1     IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3       SAN JOSE DIVISION

4

5   UNITED STATES OF AMERICA,  ) CR-15-00065-BLF

              )

6      PLAINTIFF,  ) SAN JOSE, CALIFORNIA

              )

7     VS.    ) MAY 8, 2018

              )

8   LIN, ET AL,     ) VOLUME 3

              )

9     DEFENDANT.  ) PAGES 344-433

              ) **PARTIAL TRANSCRIPT**

10 _____ )

11      TRANSCRIPT OF PROCEEDINGS

    BEFORE THE HONORABLE BETH LABSON FREEMAN

12     UNITED STATES DISTRICT JUDGE

13      A P P E A R A N C E S

14

15  FOR THE PLAINTIFF:  **BY:  MICHAEL G. PITMAN**

          UNITED STATES ATTORNEY'S OFFICE

16         150 ALMADEN BLVD., SUITE 900

          SAN JOSE, CA 95113

17

18

19  FOR THE DEFENDANT:  **BY:  RANDY SUE POLLOCK**

     LIN       ATTORNEY AT LAW

20         286 SANTA CLARA AVENUE

          OAKLAND, CA 94610

21

22    APPEARANCES CONTINUED ON NEXT PAGE

23  OFFICIAL COURT REPORTER:  SUMMER FISHER, CSR, CRR

            CERTIFICATE NUMBER 13185

24

25   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY

     TRANSCRIPT PRODUCED WITH COMPUTER

```
 1          A P P E A R A N C E S  (CONTINUED)

 2      FOR THE PLAINTIFF:      BY:  CHRISTOPHER MAGNANI
                                U.S. DEPARTMENT OF JUSTICE
 3                              TAX DIVISION
                                BEN FRANKLIN STATION
 4                              PO BOX 972
                                WASHINGTON, DC 20044
 5

 6      FOR THE DEFENDANT:      BY:  CHRISTOPHER J. CANNON
        HORNG                   SUGARMAN & CANNON
 7                              737 TEHAMA STREET, UNIT #3
                                SAN FRANCISCO, CA 94103
 8

 9      INTERPRETERS:           SHAN TSAN
                                CHEN-HAO HSU
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

346

1                        INDEX OF PROCEEDINGS

2


3          PLAINTIFF'S

4          **DEIRDRE GARRISON**
           DIRECT EXAM BY MR. PITMAN                    P. 348
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

INDEX OF EXHIBITS

|  | IDENT. | EVIDENCE |
|---|---|---|

PLAINTIFF'S

| | | |
|---|---|---|
| 229 | | P. 385 |
| 242 | | P. 399 |
| 244 | | P. 401 |
| 243 | | P. 408 |
| 223 | | P. 425 |
| 224 | | P. 426 |
| 220* | | P. 427 |
| 221* | | P. 431 |

DIRECT EXAMINATION BY MR. PITMAN

| | | |
|---|---|---|
| | 1 | SAN JOSE, CALIFORNIA                    MAY 8, 2018 |
| | 2 |             P R O C E E D I N G S |
| | 3 | (COURT CONVENED AT 2:21 P.M.) |
| 02:21:53 | 4 | MR. PITMAN:  THE GOVERNMENT CALLS DEIRDRE GARRISON, |
| 02:22:11 | 5 | YOUR HONOR. |
| 02:22:11 | 6 | THE COURT:  YOU SAID DEIRDRE? |
| 02:22:15 | 7 | MR. PITMAN:  YES, YOUR HONOR. |
| 02:22:49 | 8 | THE COURT:  MS. GARRISON, IF YOU WOULD COME FORWARD |
| 02:22:50 | 9 | TO THE WITNESS STAND, PLEASE, AND STAND TO BE SWORN. |
| 02:22:59 | 10 | (**GOVERNMENT'S WITNESS, DEIRDRE GARRISON, WAS SWORN.**) |
| 02:23:13 | 11 | THE WITNESS:  YES |
| 02:23:14 | 12 | THE CLERK:  PLEASE BE SEATED. |
| 02:23:17 | 13 | IF YOU WOULD, PLEASE STATE YOUR NAME AND SPELL YOUR LAST |
| 02:23:21 | 14 | NAME FOR THE RECORD. |
| 02:23:22 | 15 | THE WITNESS:  SURE.  MY NAME IS DEIRDRE, GARRISON. |
| 02:23:24 | 16 | AND IT'S SPELLED D-E-I-R-D-R-E.  MY LAST NAME IS SPELLED |
| 02:23:32 | 17 | G-A-R-R-I-S-O-N. |
| 02:23:32 | 18 | **DIRECT EXAMINATION** |
| 02:23:33 | 19 | BY MR. PITMAN: |
| 02:23:36 | 20 | Q.   HELLO, MS. GARRISON. |
| 02:23:38 | 21 | A.   HELLO, MR. PITMAN. |
| 02:23:40 | 22 | Q.   COULD YOU PLEASE INTRODUCE YOURSELF TO THE JURY AND TELL |
| 02:23:43 | 23 | THEM WHAT YOU DO FOR A LIVING? |
| 02:23:45 | 24 | A.   WELL, MY NAME IS DEIRDRE GARRISON, AND I WORK FOR THE IRS |
| 02:23:51 | 25 | AS A REVENUE AGENT.  AND WHAT I DO IS I AUDIT TAX RETURNS. |

DIRECT EXAMINATION BY MR. PITMAN

02:23:57  1    Q.   AND HOW LONG HAVE YOU BEEN EMPLOYED BY THE IRS?

02:24:00  2    A.   LATER THIS YEAR, IT WILL BE 15 YEARS.

02:24:03  3    Q.   SO YOU STARTED PROBABLY AROUND 2003, IS THAT FAIR?

02:24:07  4    A.   YES.

02:24:07  5    Q.   AND WHEN YOU WERE FIRST HIRED AT THE IRS, WHAT WAS THE

02:24:10  6    POSITION THAT YOU HAD, WHAT WERE YOU HIRED AS?

02:24:13  7    A.   I WAS HIRED AS AN INTERNAL REVENUE AGENT.

02:24:15  8    Q.   OKAY.  SO A REVENUE AGENT.

02:24:17  9         AND REVENUE AGENTS, I KNOW YOU JUST SAID YOU AUDIT TAX

02:24:23  10   RETURNS.  WHEN YOU FIRST STARTED, I KNOW YOU SAID THAT REVENUE

02:24:28  11   AGENTS AUDIT TAX RETURNS.  WHEN YOU WERE HIRED, WERE YOU HIRED

02:24:32  12   INTO A SPECIAL PROGRAM OR CATEGORY WITHIN THE IRS?

02:24:35  13   A.   WHEN I WAS HIRED, I WAS HIRED INTO WHAT WE CALL GENERAL

02:24:40  14   PROGRAM.

02:24:40  15   Q.   OKAY.  AND WHAT IS THAT?

02:24:42  16   A.   GENERAL PROGRAM AUDITS RETURNS FOR BUSINESSES AND

02:24:49  17   INDIVIDUALS, SMALLER BUSINESSES.  AND IT'S JUST BASICALLY A

02:24:55  18   GENERALIZED POSITION.

02:24:56  19   Q.   OKAY.  AND THEN DID THERE COME A TIME WHEN YOU WERE

02:25:00  20   PROMOTED TO A DIFFERENT GROUP OR UNIT WITHIN THE IRS?

02:25:04  21   A.   YES.  I WAS MOVED INTO, I GOT PROMOTED INTO THE, WHAT WE

02:25:12  22   CALL THE SET GROUP, AND THAT STANDS FOR SPECIAL ENFORCEMENT

02:25:17  23   PROGRAM.  I'VE BEEN THERE TEN YEARS.

02:25:20  24   Q.   OKAY.  AND DO YOU DO SOMETHING DIFFERENT -- YOU ARE STILL

02:25:24  25   A REVENUE AGENT, BUT NOW YOU WORK IN A DIFFERENT UNIT; IS THAT

02:25:28   1      FAIR TO SAY?

02:25:28   2      A.   YES.

02:25:29   3      Q.   IS THERE A DIFFERENCE IN THE WORK YOU DO IN THAT NEW UNIT?

02:25:32   4      A.   THERE IS.  YOUR GENERAL PROGRAM MIGHT BE YOUR, JUST YOUR

02:25:37   5      STANDARD EVERYDAY MOM AND POP KIND OF BUSINESS.  THE SPECIAL

02:25:44   6      ENFORCEMENT PROGRAM LOOKS MORE AT CASES WHERE THERE ARE A HIGH

02:25:52   7      PROPENSITY FOR THE TAXPAYERS TO USE, SOMETIMES, SOPHISTICATED

02:25:59   8      METHODS TO CONCEAL THEIR INCOME.  SO THE CASES ARE DIFFERENT.

02:26:05   9      Q.   OKAY.  AND YOU'VE BEEN IN THE SPECIAL ENFORCEMENT PROGRAM

02:26:08  10      FOR ABOUT TEN YEARS NOW?

02:26:10  11      A.   TEN YEARS.

02:26:10  12      Q.   OKAY.  I KNOW WE ARE USING THE WORD "AUDIT," CAN YOU JUST

02:26:15  13      GIVE THE JURY A GENERAL SENSE, WHAT DOES THAT MEAN WHEN YOU, AS

02:26:18  14      A REVENUE AGENT, AUDIT A TAX RETURN?

02:26:21  15      A.   I MEET WITH TAXPAYERS AND INTERVIEW THEM TO FIND OUT HOW

02:26:28  16      THEIR BUSINESS WORKS, AND I LOOK AT THEIR RECEIPTS AND THINGS

02:26:35  17      THAT THEY USE TO PUT THE RETURN TOGETHER, AND JUST VERIFY THAT

02:26:41  18      IT'S SUBSTANTIALLY CORRECT.

02:26:42  19      Q.   OKAY.  AND HOW DO AUDITS USUALLY END?  IS THERE USUALLY A

02:26:49  20      RESULT AT THE END OF AN AUDIT?

02:26:50  21      A.   YES, AT THE END OF AN AUDIT, WE ISSUE A REPORT WITH OUR

02:26:57  22      FINDINGS, IT COULD BE NO CHANGES WERE MADE, THEIR RETURN WAS

02:27:04  23      JUST FINE, OR THERE COULD BE AN INCREASE IN TAX, AND SOMETIMES

02:27:09  24      THERE COULD EVEN BE A DECREASE IN TAX.

02:27:12  25           WE ISSUE THE REPORT OF OUR FINDINGS AT THE END OF OUR

02:27:17  1      AUDITS, TYPICALLY.

02:27:17  2      Q.   OKAY.  AND THEN WHAT'S THE NEXT STEP AFTER THAT?  ONCE THE

02:27:21  3      REVENUE AGENT ISSUES A REPORT, WHAT HAPPENS NEXT?

02:27:25  4      A.   WE DISCUSS IT WITH THE TAXPAYER OR THE REPRESENTATIVE, AND

02:27:31  5      IF THEY AGREE, THEN THEY SIGN THE REPORT, AND THEN IT GETS

02:27:36  6      PROCESSED AND THE TAX IS ASSESSED.

02:27:39  7           IF THEY DON'T AGREE WITH THE REPORT, THEY STILL HAVE A

02:27:41  8      CHANCE TO SPEAK WITH MY MANAGER OR TO GO TO APPEALS.

02:27:49  9      Q.   OKAY.  SO YOU STARTED WORKING AT THE IRS IN 2003?

02:27:53  10     A.   YES.

02:27:54  11     Q.   CAN YOU TELL US A LITTLE BIT ABOUT THE EDUCATION YOU

02:27:57  12     RECEIVED BEFORE YOU STARTED WORKING FOR THE IRS?

02:28:00  13     A.   BEFORE I STARTED WORKING FOR THE IRS, I HAD A BACHELOR'S

02:28:06  14     DEGREE IN BUSINESS ADMINISTRATION WITH AN OPTION IN ACCOUNTING.

02:28:10  15     Q.   OKAY.  AND DO YOU HAVE ANY ADVANCED DEGREE?

02:28:14  16     A.   I DO.  AFTER I STARTED, I WENT TO SCHOOL AT NIGHT WHILE I

02:28:21  17     WAS WORKING AND I GOT MY MASTER'S DEGREE.  SO IT'S AN MST,

02:28:26  18     WHICH IS A MASTER'S IN THE SCIENCE OF TAXATION.

02:28:28  19     Q.   AND WHAT SCHOOL DID YOU RECEIVE THAT DEGREE FROM?

02:28:31  20     A.   I WENT TO CAL STATE.

02:28:33  21     Q.   OKAY.  CAN YOU GIVE US A SENSE OF APPROXIMATELY HOW MANY

02:28:37  22     AUDITS YOU'VE DONE IN YOUR CAREER?

02:28:40  23     A.   OH, HUNDREDS, MAYBE EVEN A THOUSAND, I WOULD SAY IN

02:28:50  24     BETWEEN PROBABLY 700 TO A THOUSAND, ROUGHLY, HARD TO SAY.

02:28:57  25     Q.   OKAY.  I WOULD LIKE TO CALL YOUR ATTENTION BACK TO 2008.

| | | |
|---|---|---|
| 02:29:01 | 1 | IN 2008 YOU WERE WORKING AS A REVENUE AGENT? |
| 02:29:04 | 2 | A.   UH-HUH. |
| 02:29:05 | 3 | Q.   AND WERE YOU ASSIGNED TO AN AUDIT INVOLVING THE DEFENDANTS |
| 02:29:09 | 4 | IN THIS CASE? |
| 02:29:10 | 5 | A.   YES. |
| 02:29:10 | 6 | Q.   AND AS PART OF THAT AUDIT, DID YOU HAVE AN OPPORTUNITY TO |
| 02:29:13 | 7 | MEET MR. HORNG? |
| 02:29:14 | 8 | A.   YES, I DID. |
| 02:29:15 | 9 | Q.   AND DO YOU SEE MR. HORNG IN THE COURTROOM TODAY? |
| 02:29:18 | 10 | A.   YES, I DO. |
| 02:29:19 | 11 | Q.   AND CAN YOU IDENTIFY HIM FOR US, PLEASE? |
| 02:29:22 | 12 | A.   THERE. |
| 02:29:22 | 13 | MR. PITMAN:  YOUR HONOR, CAN THE RECORD REFLECT -- |
| 02:29:25 | 14 | THE COURT:  YES, THE RECORD WILL REFLECT THE WITNESS |
| 02:29:28 | 15 | HAS IDENTIFIED MR. HORNG. |
| 02:29:29 | 16 | BY MR. PITMAN: |
| 02:29:29 | 17 | Q.   AND DID YOU ALSO -- |
| 02:29:34 | 18 | THE COURT:  AND THE RECORD WILL REFLECT THE WITNESS |
| 02:29:36 | 19 | HAS IDENTIFIED MS. LIN. |
| 02:29:40 | 20 | BY MR. PITMAN: |
| 02:29:40 | 21 | Q.   AS PART OF THE AUDIT, DID YOU HAVE AN OPPORTUNITY TO MEET |
| 02:29:43 | 22 | MS. LIN. |
| 02:29:44 | 23 | A.   YES, I DID. |
| 02:29:45 | 24 | Q.   AND IS SHE IN THE COURTROOM TODAY? |
| 02:29:46 | 25 | A.   YES, SHE IS. |

| 02:29:48 | 1 | Q.   AND CAN YOU PLEASE IDENTIFY HER FOR THE JURY? |

02:29:48  1   Q.   AND CAN YOU PLEASE IDENTIFY HER FOR THE JURY?

02:29:50  2   A.   THAT'S HER.

02:29:52  3        THE COURT:  THE RECORD REFLECTS AN IDENTIFICATION OF

02:29:54  4   MS. LIN.

02:29:54  5        MR. PITMAN:  THANK YOU, YOUR HONOR.

02:29:56  6   Q.   SO WHAT WAS YOUR ASSIGNMENT?  YOU WERE ASSIGNED TO WORK ON

02:30:02  7   THE TAXPAYER'S -- THE DEFENDANT'S TAX RETURNS; IS THAT RIGHT?

02:30:05  8   A.   YES.

02:30:05  9   Q.   AND DO YOU REMEMBER WHICH TAX RETURNS?

02:30:08  10  A.   I DO.  IT STARTED WITH THEIR 2006 INDIVIDUAL 1040 TAX

02:30:15  11  RETURN.

02:30:15  12  Q.   OKAY.  AND DID IT EVENTUALLY EXPAND?

02:30:17  13  A.   IT DID.

02:30:18  14  Q.   OKAY.  AND SO ULTIMATELY WHAT WAS THE SCOPE OF YOUR AUDIT?

02:30:22  15  A.   2006, 2007 AND 2008.

02:30:25  16  Q.   OKAY.  SO AS PART OF YOUR WORK ON THE AUDIT, DID YOU HAVE

02:30:33  17  AN OPPORTUNITY TO REVIEW IRS RECORDS PERTAINING TO THE

02:30:38  18  DEFENDANTS?

02:30:39  19  A.   YES.

02:30:40  20  Q.   AND DID THOSE RECORDS INCLUDE THEIR 1040'S FOR THE YEAR

02:30:45  21  2006 AND 2007?

02:30:48  22  A.   YES.

02:30:48  23  Q.   LET ME ASK, JONATHAN, IF YOU WOULDN'T MIND PULLING UP

02:31:04  24  EXHIBIT 1.

02:31:04  25        AND YOUR HONOR, THIS EXHIBIT IS IN EVIDENCE?

DIRECT EXAMINATION BY MR. PITMAN

02:31:06   1            THE COURT:  YES.

02:31:07   2   Q.  SO LET ME ASK YOU, PLEASE, TO TAKE A LOOK AT THE SECOND

02:31:10   3   PAGE OF THIS EXHIBIT.  AND I CAN BRING IT TO YOU PHYSICALLY IF

02:31:17   4   YOU WOULD LIKE, OR YOU CAN WORK OFF THE SCREEN.

02:31:19   5   A.  OH, OKAY.  I CAN WORK OFF THE SCREEN, THAT'S FINE.

02:31:32   6            MR. PITMAN:  YOUR HONOR, I WONDER IF I CAN TURN THE

02:31:35   7   LARGE MONITOR THAT'S FACING THE AUDIENCE JUST SLIGHTLY SO THAT

02:31:39   8   MAYBE THE JURY COULD USE IT.

02:31:43   9            THE COURT:  YES, BUT BE CAREFUL WITH IT BECAUSE I

02:31:45  10   DON'T KNOW HOW TOP-HEAVY THOSE ARE.

02:32:19  11   Q.  OKAY.  ALL RIGHT.

02:32:19  12       MS. GARRISON, DO YOU HAVE EXHIBIT NUMBER 1 IN FRONT OF

02:32:22  13   YOU?

02:32:22  14   A.  YES.

02:32:23  15   Q.  AND DO YOU RECOGNIZE THAT EXHIBIT?

02:32:26  16   A.  YES.

02:32:26  17   Q.  AND CAN YOU TELL THE JURY WHAT IT IS, PLEASE?

02:32:29  18   A.  THIS IS THE DEFENDANT'S 2006 INDIVIDUAL TAX RETURN.

02:32:38  19   Q.  OKAY.  SO THIS IS ONE OF THE RETURNS THAT YOU AUDITED?

02:32:42  20   A.  YES, IT IS.

02:32:43  21   Q.  SO I WOULD LIKE TO JUST RUN THROUGH THE RETURN WITH YOU,

02:32:51  22   QUICKLY.

02:32:52  23       IN PARTICULAR, I'M INTERESTED IN THE INCOME THAT'S

02:32:54  24   REPORTED IN THIS RETURN.

02:32:56  25   A.  OKAY.

02:32:57   1    Q.   SO JONATHAN, I WONDER IF WE CAN BLOW UP THE MIDDLE SECTION

02:33:00   2    OF THE RETURN.

02:33:12   3         SO HAVE WE IDENTIFIED THE CORRECT PORTION OF THE RETURN IN

02:33:16   4    WHICH INCOME IS REPORTED?

02:33:18   5    A.   YES.  AND THANK YOU FOR ENLARGING IT.

02:33:21   6    Q.   OKAY.  AND SO WHAT I WOULD LIKE TO DO IS BRIEFLY RUN

02:33:24   7    THROUGH THE LINE AT THE BOTTOM THERE, TOTAL INCOME, LINE 22?

02:33:30   8    A.   YES.

02:33:31   9    Q.   WHAT DOES TOTAL INCOME MEAN, CAN YOU TELL THE JURY?

02:33:34   10   A.   THAT'S THE WHOLE BALL OF WAX.  THAT'S THE TOTAL INCOME.

02:33:43   11   Q.   SO FOR THIS YEAR THE TOTAL INCOME REPORTED WAS $232,116?

02:33:49   12   A.   CORRECT.

02:33:50   13   Q.   SO LET'S TAKE A LOOK AT THE NUMBERS THAT WERE USED TO

02:33:52   14   REACH THAT TOTAL?

02:33:53   15   A.   OKAY.

02:33:53   16   Q.   THE FIRST LINE IS LINE 8A; IS THAT CORRECT?

02:33:57   17   A.   THAT'S CORRECT.

02:33:58   18   Q.   SO CAN YOU JUST DESCRIBE FOR THE JURY WHAT IS REPORTED

02:34:01   19   GENERALLY ON LINE 8A?

02:34:03   20   A.   UH-HUH.  THAT IS WHERE YOU REPORT YOUR TAXABLE INTEREST

02:34:10   21   INCOME.

02:34:11   22   Q.   AND IS THAT ALL THAT'S REPORTED ON THAT LINE?

02:34:17   23   A.   ON THAT LINE, YES.

02:34:19   24   Q.   DOES THAT ROLL INTO THE FRONT PAGE OF THE RETURN HERE FROM

02:34:23   25   A SCHEDULE OR ATTACHMENT TO THE TAX RETURN?

DIRECT EXAMINATION BY MR. PITMAN

02:34:24  1    A.    YES, THAT WOULD FLOW THROUGH FROM SCHEDULE B.

02:34:27  2    Q.    OKAY.  SO JONATHAN, I WONDER IF YOU WOULD MIND TURNING,

02:35:10  3    PLEASE, TO PAGE 10.  AND THEN CAN WE JUST BLOW UP PART ONE,

02:35:19  4    PLEASE.

02:35:20  5          OKAY.  SO IS THIS THE SCHEDULE B?

02:35:22  6    A.    THAT'S IT.

02:35:23  7    Q.    AND WHAT ARE THESE ENTRIES HERE UNDER THE FIRST NUMBER 1,

02:35:30  8    THEN THERE'S SEVERAL ENTRIES WITH NUMBERS NEXT TO THEM.

02:35:34  9          SO CAN YOU JUST INTERPRET THAT FOR THE JURY, WHAT DOES

02:35:37  10   THAT MEAN?

02:35:38  11   A.    SURE.  THOSE ARE THE SOURCES OF WHERE THE INTEREST INCOME

02:35:41  12   WAS GENERATED.  AND THEN OVER TOWARDS THE RIGHT, THOSE ARE THE

02:35:46  13   AMOUNTS FROM EACH OF THOSE INDIVIDUAL SOURCES.

02:35:48  14   Q.    OKAY.  AND IS INTEREST INCOME TYPICALLY GENERATED BY

02:35:52  15   BANKS?

02:35:53  16   A.    YES.

02:35:53  17   Q.    AND HOW IS IT REPORTED TO THE TAXPAYER AND TO THE IRS?

02:35:58  18   A.    THAT WOULD BE A 1099 INTEREST INCOME WOULD BE ISSUED BY

02:36:03  19   THE BANKS TO THE IRS, AND THEY SEND THEM TO THE PERSON WHO

02:36:12  20   EARNED THE INCOME AS WELL.

02:36:13  21   Q.    OKAY.  SO FOR THIS YEAR, THESE BANKS REPORTED PAYING THIS

02:36:17  22   AMOUNT OF INTEREST EITHER TO MR. HORNG OR MS. LIN?

02:36:21  23   A.    YES.

02:36:21  24   Q.    MR. HORNG OR MS. LIN, EXCUSE ME.

02:36:24  25   A.    YES.

DIRECT EXAMINATION BY MR. PITMAN

02:36:24  1    Q.   AND IF WE GO BACK TO THE SECOND PAGE OF THE EXHIBIT, WE

02:36:28  2    CAN SEE THAT THE TOTAL IS SHOWN THERE ON LINE 8; IS THAT RIGHT?

02:36:32  3    A.   YES.

02:36:33  4    Q.   OKAY.  SO THEN THE NEXT LINE DOWN IS LINE 9A; DO YOU SEE

02:36:38  5    THAT?

02:36:38  6    A.   UH-HUH.

02:36:39  7    Q.   SO THAT'S THE NEXT LINE THAT'S REPORTING ANY INCOME; IS

02:36:44  8    THAT RIGHT?

02:36:44  9    A.   YES.

02:36:44  10   Q.   WHAT'S REPORTED ON LINE 9-A?

02:36:47  11   A.   THAT'S THEIR DIVIDEND INCOME.

02:36:49  12   Q.   OKAY.  THAT'S DIVIDEND INCOME?

02:36:52  13   A.   DIVIDENDS ARE PAID -- IF YOU OWN STOCKS, SOMETIMES THEY

02:37:00  14   WILL PAY A DIVIDEND, AND THAT'S REPORTABLE COME.

02:37:03  15   Q.   AND FOR THIS YEAR, HOW MUCH DID THEY REPORT HERE?

02:37:05  16   A.   7,656.

02:37:07  17   Q.   AND THEN THE NEXT LINE DOWN IS LINE 10?

02:37:11  18   A.   UH-HUH.

02:37:12  19   Q.   SO THERE'S A NUMBER REPORTED ON LINE 10.  CAN YOU TELL THE

02:37:15  20   JURY WHAT THAT MEANS?

02:37:17  21   A.   THAT IS WHERE YOU WOULD REPORT IF YOU GOT A REFUND FROM

02:37:22  22   YOUR PRIOR YEAR TAX RETURN.

02:37:25  23   Q.   OKAY.  SO THEN LET'S LOOK AT LINE 12 HERE.  LINE 12 IS

02:37:34  24   WHERE BUSINESS INCOME IS REPORTED; IS THAT RIGHT?

02:37:37  25   A.   YES.

02:37:37   1   Q.   AND CAN YOU JUST DESCRIBE FOR THE JURY WHAT THAT MEANS,

02:37:40   2   WHAT'S BUSINESS INCOME?

02:37:41   3   A.   THAT'S THE NET INCOME THAT YOU EARNED FROM YOUR BUSINESS

02:37:47   4   AFTER YOU'VE TAKEN OUT THE EXPENSES.

02:37:51   5   Q.   OKAY.  SO IF WE LOOK AT LINE 7 ON THIS RETURN, THERE'S

02:37:54   6   NOTHING THERE, RIGHT?

02:37:55   7   A.   RIGHT.

02:37:55   8   Q.   SO IS LINE 7 WHERE INCOME WOULD BE REPORTED FOR MOST

02:37:59   9   PEOPLE WHO GET A W-2 EVERY YEAR?

02:38:02   10   A.   YES.

02:38:02   11   Q.   SO IN THIS YEAR, THESE TAXPAYERS, THE DEFENDANTS DIDN'T

02:38:06   12   RECEIVE ANY WAGES FROM A COMPANY THAT THEY WERE WORKING FOR, OR

02:38:09   13   THEY DIDN'T REPORT ANY?

02:38:10   14   A.   NO.

02:38:10   15   Q.   OKAY.  INSTEAD, MOST OF THEIR INCOME IS REPORTED ON

02:38:14   16   LINE 12.  SO WHAT DOES THAT TELL US ABOUT WHAT THEY WERE DOING

02:38:21   17   TO MAKE MONEY THAT YEAR?

02:38:22   18   A.   THEY WERE SELF-EMPLOYED.

02:38:24   19   Q.   THEY WERE SELF-EMPLOYED.

02:38:25   20        SO HOW DOES THE NUMBER THAT FLOWS ON TO LINE 12, HOW IS

02:38:28   21   THAT CALCULATED OR WHERE ELSE IS IT REPORTED ON THE RETURN?

02:38:32   22   A.   THAT STARTS OUT ON A SCHEDULE C, WHERE THE INCOME AND

02:38:36   23   EXPENSES ARE REPORTED.

02:38:37   24   Q.   OKAY.  SO ARE THERE SCHEDULE C'S ATTACHED TO THIS RETURN?

02:38:39   25   A.   YES.

02:38:40   1    Q.   OKAY.  JONATHAN, WOULD YOU MIND TURNING, PLEASE, TO

02:38:44   2    PAGE 11.

02:38:54   3         SO MS. GARRISON, WHAT ARE WE LOOKING AT HERE?

02:38:58   4    A.   THIS IS THE REPORTING FOR THE BUSINESS CALLED REIJIN

02:39:03   5    INTERNATIONAL.

02:39:04   6    Q.   OKAY.  AND CAN YOU TELL FROM LOOKING AT IT WHAT KIND OF

02:39:08   7    ENTITY REIJIN INTERNATIONAL WAS REPORTED AS BEING IN 2006?

02:39:13   8    A.   IT'S A SOLE PROPRIETOR BUSINESS.

02:39:15   9    Q.   AND WHAT DOES THAT MEAN, A SOLE PROPRIETOR?

02:39:18   10   A.   THAT MEANS THAT THE PEOPLE WHO ARE FILING THIS RETURN OWN

02:39:28   11   THIS BUSINESS.

02:39:28   12   Q.   OKAY.  ARE THERE ANY OTHER PECULIARITIES OR

02:39:31   13   CHARACTERISTICS OF SOLE PROPRIETORSHIPS?

02:39:36   14   A.   I'M NOT SURE I UNDERSTAND THE QUESTION.

02:39:39   15   Q.   OKAY.  LET ME ASK YOU TO LOOK AT LINE 1 HERE ON THE

02:39:45   16   SCHEDULE C.

02:39:46   17        SO WHAT IS BEING REPORTED ON LINE 1?

02:39:48   18   A.   GROSS RECEIPTS OF 88,200.

02:39:52   19   Q.   OKAY.  WHAT IS "GROSS RECEIPTS?"

02:39:55   20   A.   IT'S A TOTAL AMOUNT THAT A BUSINESS BRINGS IN FROM ALL

02:39:59   21   SOURCES BEFORE ANY EXPENSES HAVE BEEN DEDUCTED.

02:40:05   22   Q.   OKAY.  IF WE LOOK AT THE LINES BELOW THAT, WHAT WOULD BE

02:40:12   23   INCLUDED THERE IN THE LINES FLOWING DOWN INTO LINE 7?

02:40:21   24   A.   FLOWING DOWN INTO LINE 7.

02:40:24   25   Q.   LET'S TAKE IT LINE BY LINE.  GROSS RECEIPTS IS REPORTED IN

02:40:28  1    LINE 1.  THEN WHAT IS SHOWING UP IN LINE 3?

02:40:31  2    A.   THAT IS IF THEY, THAT WOULD BE THE RESULTS IF THEY HAD

02:40:37  3    SUBTRACTED ANY RETURNS AND ALLOWANCES FROM THEIR GROSS

02:40:44  4    RECEIPTS, BUT THAT'S ZERO.

02:40:46  5    Q.   OKAY.  AND THEN WHAT WOULD BE REPORTED -- LINE 4 IS BLANK,

02:40:53  6    SO WHAT WOULD BE REPORTED ON LINE 4?

02:40:55  7    A.   THAT WOULD BE COST OF GOODS SOLD.

02:40:56  8    Q.   OKAY.  SO WHAT ARE THEY REPORTING FOR COST OF GOODS SOLD

02:41:01  9    THIS YEAR?

02:41:02  10   A.   THAT WOULD BE ZERO.

02:41:03  11   Q.   AND THEN WHAT WOULD BE REPORTED ON LINE 6?

02:41:05  12   A.   IF THEY HAD ANY OTHER INCOME THAT WAS ASSOCIATED WITH THE

02:41:09  13   BUSINESS.

02:41:11  14   Q.   OKAY.  SO IN TERMS OF INCOME, THIS TAX RETURN REPORTS THAT

02:41:18  15   REIJIN INTERNATIONAL HAD GROSS RECEIPTS OF $80,200 IN THIS

02:41:24  16   YEAR?

02:41:25  17   A.   CORRECT.

02:41:25  18   Q.   THEN IT HAD NO COSTS OF GOODS SOLD?

02:41:28  19   A.   CORRECT.

02:41:29  20   Q.   IF WE SCROLL DOWN HERE AND LOOK AT PART TWO, WHAT IS PART

02:41:36  21   TWO REPORTING?

02:41:36  22   A.   THAT'S WHERE THEY REPORT THE EXPENSES THAT WERE INVOLVED

02:41:41  23   IN EARNING THE MONEY.

02:41:43  24   Q.   OKAY.  AND WHAT -- WHAT SORT OF EXPENSES WERE CLAIMED FOR

02:41:48  25   REIJIN INTERNATIONAL THIS YEAR?

| | | |
|---|---|---|
| 02:41:57 | 1 | A.   DID YOU WANT TO KNOW THE INDIVIDUAL ITEMS? |
| 02:41:59 | 2 | Q.   SURE. |
| 02:42:00 | 3 | A.   THEY DEDUCTED CAR AND TRUCK EXPENSE, SOME DEPRECIATION, |
| 02:42:08 | 4 | INSURANCE, LEGAL AND PROFESSIONAL SERVICES, OFFICE EXPENSES, |
| 02:42:13 | 5 | TRAVEL, MEALS, ENTERTAINMENT, AND THEN THEY HAVE SOME OTHER |
| 02:42:20 | 6 | EXPENSES THAT AREN'T SPECIFIED ON THE FRONT OF THIS. |
| 02:42:26 | 7 | Q.   OKAY.  AND THEN THOSE EXPENSES ARE TOTALLED UP ON LINE 28 |
| 02:42:30 | 8 | IS THAT RIGHT? |
| 02:42:30 | 9 | A.   UH-HUH. |
| 02:42:31 | 10 | Q.   THEN THOSE EXPENSES ARE SUBTRACTED FROM THE GROSS RECEIPTS |
| 02:42:34 | 11 | OF THE BUSINESSES FOR THE YEAR? |
| 02:42:35 | 12 | A.   EXACTLY. |
| 02:42:35 | 13 | Q.   THEN ON LINE 31, WHAT'S REPORTED THERE? |
| 02:42:38 | 14 | A.   $72,239. |
| 02:42:41 | 15 | Q.   OKAY.  AND IS THAT, THAT'S THE PROFIT FOR THE BUSINESS FOR |
| 02:42:45 | 16 | THE YEAR? |
| 02:42:46 | 17 | A.   YES, THAT WOULD REPRESENT ALL THE INCOME THAT REIJIN |
| 02:42:51 | 18 | INTERNATIONAL EARNED FOR THE YEAR. |
| 02:42:52 | 19 | Q.   OKAY.  AND IF THE GROSS RECEIPTS CHANGE, IF THE GROSS |
| 02:42:57 | 20 | RECEIPTS WERE, FOR INSTANCE, TO BE INCREASED IN THIS INSTANCE, |
| 02:43:01 | 21 | WOULD THAT THEN ALSO AFFECT THE NET PROFIT? |
| 02:43:05 | 22 | A.   YES. |
| 02:43:06 | 23 | Q.   OKAY.  AND IF THE GROSS RECEIPTS WERE REDUCED, THEN THE |
| 02:43:09 | 24 | NET PROFIT ALSO WOULD BE CHANGED? |
| 02:43:11 | 25 | A.   YES. |

02:43:12  1    Q.   OKAY.  NOW HOW DOES THIS NUMBER, THE NET PROFIT, THE

02:43:18  2    $72,000 FOR THIS YEAR, HOW DOES THAT ROLL INTO THE FIRST PAGE

02:43:22  3    OF THE 1040, WHICH IS THE SECOND PAGE OF THE EXHIBIT?

02:43:24  4    A.   THAT GOES INTO -- IT'S REPORTED ON LINE 12.

02:43:28  5    Q.   OKAY.  SO NOW IN THIS CASE, LINE 12 REPORTS MUCH MORE THAN

02:43:43  6    $72,000?

02:43:46  7    A.   UH-HUH.

02:43:46  8    Q.   WHY IS THAT?

02:43:47  9    A.   THAT'S BECAUSE THEY REPORTED MORE THAN ONE BUSINESS.

02:43:51  10   Q.   OKAY.  SO FOR THIS YEAR, WERE THERE MORE THAN ONE SCHEDULE

02:43:54  11   C'S ATTACHED TO THIS TAX RETURN?

02:43:56  12   A.   YES.

02:43:57  13   Q.   THERE WERE.  OKAY.

02:43:58  14        AND SO IT'S THE COMBINED NET PROFIT FOR THOSE SCHEDULE C

02:44:02  15   BUSINESSES THAT MAKE UP THE AMOUNT THAT'S REPORTED THERE ON

02:44:06  16   LINE 12?

02:44:07  17   A.   CORRECT.

02:44:08  18   Q.   OKAY.  SO LET ME ASK YOU, PLEASE, TO TAKE A LOOK AT THE

02:44:55  19   10TH PAGE OF THE EXHIBIT, AND I WOULD LIKE YOU TO TAKE A LOOK,

02:45:00  20   PLEASE, AT THE BOTTOM PART THREE, THE VERY BOTTOM OF THIS.

02:45:09  21        SO CAN YOU TELL THE JURY, PLEASE, WHAT'S BEING REPORTED

02:45:12  22   HERE?

02:45:13  23   A.   THIS IS WHERE FOREIGN ACCOUNTS AND TRUSTS GET REPORTED.

02:45:18  24   THEY ARE ASKED WHETHER THEY HAVE A FOREIGN ACCOUNT OR NOT.

02:45:23  25   Q.   OKAY.  AND IN 2006, WERE U.S. CITIZENS REQUIRED TO REPORT

02:45:31  1    CERTAIN INTEREST IN CERTAIN FOREIGN BANK ACCOUNTS?

02:45:35  2    A.   YES.

02:45:36  3    Q.   AND DOES IT -- DID IT MATTER WHAT THEIR AUTHORITY WAS WITH

02:45:40  4    RESPECT TO THAT ACCOUNT?

02:45:42  5    A.   WELL, THEY NEEDED TO HAVE SIGNATURE AUTHORITY OR SOME TYPE

02:45:46  6    OF AUTHORITY OVER THE ACCOUNT.

02:45:48  7    Q.   OKAY.

02:45:49  8    A.   AND THE -- THE TOTAL AGGREGATE NEEDED TO BE OVER $10,000.

02:45:55  9    Q.   WHEN YOU SAY SIGNATURE AUTHORITY, WHAT DO YOU MEAN BY

02:45:57 10    SIGNATURE AUTHORITY?

02:45:58 11    A.   MEANING YOU CAN SIGN ON THE ACCOUNT, YOU HAVE AUTHORITY

02:46:01 12    OVER THE ACCOUNT WHERE YOU CAN SIGN FOR MONEY.

02:46:06 13    Q.   OKAY.  SO WITH A SIGNATURE, YOU CAN GET MONEY OUT OF THE

02:46:09 14    ACCOUNT?

02:46:09 15    A.   UH-HUH.

02:46:10 16    Q.   OKAY.  AND SO -- AND WHERE IS THIS ELECTION OR SELECTION

02:46:16 17    MADE ON SCHEDULE B HERE?

02:46:19 18    A.   THAT WOULD BE QUESTION 7A.

02:46:23 19    Q.   OKAY.  AND THIS 1040 REPORTS NO INTEREST IN THE FOREIGN

02:46:27 20    ACCOUNT?

02:46:28 21    A.   NO INTEREST IN THE FOREIGN ACCOUNT.

02:46:47 22    Q.   LET ME ASK YOU, PLEASE, TO TAKE A LOOK AT THE 19TH PAGE OF

02:46:51 23    THIS TAX RETURN.  ALL RIGHT.  WHAT ARE WE LOOKING AT HERE ON

02:46:57 24    PAGE 19?

02:46:57 25    A.   THAT IS A SCHEDULE E.

DIRECT EXAMINATION BY MR. PITMAN

02:47:02  1    Q.   OKAY.  AND WHAT'S REPORTED ON SCHEDULE E?

02:47:04  2    A.   SCHEDULE E IS WHERE THEY REPORTED THEIR RENTAL PROPERTY

02:47:10  3    INCOMES AND EXPENSES.

02:47:11  4    Q.   OKAY.  AND HOW MANY RENTAL PROPERTIES DID MR. HORNG AND

02:47:19  5    MS. LIN REPORT FOR 2006?

02:47:22  6    A.   THEY REPORTED FIVE.  THERE'S MULTIPLE PAGES TO THIS.

02:47:27  7    Q.   ALL RIGHT.  SO AT THE TOP HERE, LINES A, B AND C, ARE

02:47:32  8    THOSE THE FIRST THREE?

02:47:33  9    A.   YES.

02:47:33  10   Q.   OKAY.  AND WHAT'S THE TOTAL RENTAL RECEIPTS THAT THEY

02:47:38  11   REPORTED THIS YEAR FOR THEIR FIVE RENTAL PROPERTIES?

02:47:42  12   A.   FOR THEIR FIVE RENTAL PROPERTIES THEY REPORTED $165,850.

02:47:49  13   Q.   OKAY.  AND THAT'S OVER HERE ON THE RIGHT-HAND SIDE?

02:47:52  14   A.   UH-HUH, NUMBER THREE.

02:47:53  15   Q.   AND THEN IF WE LOOK BELOW THAT, WHAT'S THIS, SO WE'VE GOT

02:48:02  16   165 UP IN THE RIGHT-HAND CORNER, THEN 93 BELOW THAT, 93,961; DO

02:48:07  17   YOU SEE THAT?

02:48:08  18   A.   YES.

02:48:08  19   Q.   SO WHAT IS THAT?

02:48:09  20   A.   THAT'S THE MORTGAGE INTEREST THAT THEY PAID.

02:48:11  21   Q.   OKAY.  SO WHY IS THAT INCLUDED HERE, THAT'S THE

02:48:13  22   SIGNIFICANCE?

02:48:14  23   A.   IT'S AN EXPENSE, SO THAT WOULD BE DEDUCTED WHEN THEY

02:48:18  24   CALCULATE HOW MUCH THEY MAID OR LOST ON THE PROPERTY.

02:48:23  25   Q.   THEN IF WE KEEP SCROLLING DOWN, THERE'S ANOTHER LINE HERE

DIRECT EXAMINATION BY MR. PITMAN

02:48:27  1    WITH A NUMBER 179,541; DO YOU SEE THAT?

02:48:31  2    A.   YES, I DO.

02:48:32  3    Q.   SO WHAT IS THAT, WHAT'S THE SIGNIFICANCE OF THAT?

02:48:35  4    A.   THAT'S THEIR EXPENSES BEFORE THEY CALCULATED DEPRECIATION.

02:48:40  5    Q.   OKAY.  AND DEPRECIATION, IS DEPRECIATION REPORTED BELOW

02:48:48  6    THAT ON LINE 20?

02:48:49  7    A.   IT IS.

02:48:50  8    Q.   CAN YOU TELL THE JURY, WHAT IS DEPRECIATION?

02:48:53  9    A.   THAT'S WHERE YOU TAKE THE VALUE OF THE BUILDING, TAKE OUT

02:48:56  10   THE COST OF THE LAND, BECAUSE IT DOESN'T DEPRECIATE, AND YOU

02:49:01  11   BASICALLY ARE WRITING OFF THE EXPENSE OF THE BUILDING OVER

02:49:05  12   TIME.

02:49:07  13   Q.   SO YOU CAN TAKE A PORTION OF THE VALUE OF THE BUILDING AS

02:49:10  14   A DEDUCTION EVERY YEAR?

02:49:11  15   A.   EXACTLY.

02:49:12  16   Q.   AND SO FOR THIS YEAR, DID THEY REPORT THAT THEY ENDED UP

02:49:18  17   MAKING MONEY ON THEIR RENTAL PROPERTIES OR NOT?

02:49:23  18   A.   I BELIEVE THEY REPORTED $12,972, IS WHAT THEY MADE FROM

02:49:31  19   THE FIVE PROPERTIES.

02:49:32  20   Q.   OKAY.  AND WAS THAT -- WE ARE LOOKING AT THE BOTTOM

02:49:40  21   RIGHT-HAND CORNER THERE?

02:49:41  22   A.   OH, YEAH, WE'VE GOT A LOSS OF IT.

02:49:43  23   Q.   OKAY.  SO THEY ARE TELLING THE IRS THEY ENDED UP LOSING

02:49:46  24   MONEY ON THEIR RENTAL PROPERTIES THIS YEAR?

02:49:49  25   A.   YES.

DIRECT EXAMINATION BY MR. PITMAN

02:49:50  1    Q.   OKAY.  COULD WE LOOK AT THE NEXT PAGE, PLEASE, PAGE

02:49:54  2    NUMBER 20.

02:49:54  3         AND THIS IS WHERE THE OTHER TWO RENTAL PROPERTIES ARE

02:49:58  4    REPORTED; IS THAT RIGHT?

02:49:59  5    A.   YES.

02:50:00  6    Q.   BUT THE NET REPORTING FOR ALL THE PROPERTIES WAS ON THE

02:50:05  7    FIRST PAGE?

02:50:06  8    A.   THE FIRST PAGE, EXACTLY.

02:50:19  9    Q.   SO JUST GENERALLY SPEAKING, IS THE AMOUNT OF INCOME THAT'S

02:50:25  10   REPORTED ON A FORM 1040 SIGNIFICANT FOR THE CALCULATION OF TAX?

02:50:32  11   A.   YES.

02:50:33  12   Q.   OKAY.  AND CAN YOU JUST DESCRIBE THAT IN A LITTLE BIT MORE

02:50:35  13   DETAIL FOR THE JURY.

02:50:37  14   A.   WELL, WHEN YOU GET TO THE FRONT OF THE RETURN, AND ONCE

02:50:44  15   YOU GET THROUGH, ALL THIS INCOME GOES OVER THERE, SO IT ENDS UP

02:50:48  16   BEING TAXED, IT ALL GOES INTO A TOTAL AT THE END.  THE TAX THAT

02:50:53  17   GOES INTO CONSIDERING -- CALCULATING YOUR TAXABLE INCOME.

02:50:57  18   Q.   IF SOMEONE HAS MORE TAXABLE INCOME, ARE THEY LIKELY TO PAY

02:51:03  19   MORE TAX?

02:51:03  20   A.   YES.

02:51:03  21   Q.   IF SOMEONE HAS LESS TAXABLE INCOME ARE THEY LIKELY TO MAKE

02:51:08  22   LESS TAX?

02:51:09  23   A.   YES.

02:51:09  24   Q.   LET ME ASK YOU THE SAME QUESTION ABOUT FOREIGN ACCOUNTS.

02:51:12  25   FOREIGN ACCOUNTS, ARE THEY IMPORTANT OR DO THEY HAVE

DIRECT EXAMINATION BY MR. PITMAN

02:51:15   1    SIGNIFICANCE TO THE IRS?

02:51:16   2    A.   YES.

02:51:16   3    Q.   COULD YOU PLEASE DESCRIBE FOR THE JURY WHY THE IRS MIGHT

02:51:25   4    BE INTERESTED IN KNOWING WHETHER SOMEONE HAS ACCOUNTS, BANK

02:51:30   5    ACCOUNTS OR OTHER KINDS OF ACCOUNTS IN OTHER COUNTRIES?

02:51:33   6    A.   BECAUSE SOMETIMES PEOPLE WILL OPEN UP ACCOUNTS IN FOREIGN

02:51:40   7    COUNTRIES, IN PARTICULAR WHERE THERE ARE TIGHT SECURITY SECRECY

02:51:48   8    LAWS SO THEY CAN KEEP THE ACCOUNT CONCEALED FROM U.S. TAX

02:51:51   9    AUTHORITIES.

02:51:51   10        AND THEY CAN EARN, THEY CAN PUT SUBSTANTIAL MONEY IN THERE

02:51:55   11   AND EARN INCOME, OR DO STOCK TRADES, EARN INCOME THAT THE U.S.

02:52:04   12   GOVERNMENT DOESN'T KNOW ABOUT.

02:52:05   13        THEY CAN ALSO HAVE, IF THEY HAVE A BUSINESS, SOMETIMES

02:52:10   14   THEY'LL HAVE THEIR BUSINESS RECEIPTS, TELL THE CUSTOMERS,

02:52:15   15   RATHER THAN SEND IT TO THE U.S. TO BE RECORDED IN THE U.S.

02:52:20   16   ACCOUNT, SOMETIMES IF THEY HAVE A FOREIGN ACCOUNT, THEY CAN

02:52:24   17   DIVERT GROSS RECEIPTS, AND WE DON'T KNOW ABOUT IT UNLESS WE

02:52:27   18   KNOW THERE'S AN ACCOUNT THERE.

02:52:28   19   Q.   OKAY.  NOT NECESSARILY, BUT IT'S POSSIBLE?

02:52:31   20   A.   SOMETIMES.  NOT ALL OF THEM, CERTAINLY NOT ALL OF THEM,

02:52:35   21   BUT IT'S JUST IMPORTANT, THERE'S A REPORTING REQUIREMENT.  IT'S

02:52:38   22   NOT ILLEGAL TO HAVE A FOREIGN BANK, YOU JUST HAVE TO REPORT IT

02:52:43   23   AND BE HONEST ABOUT THE INCOME.

02:52:45   24   Q.   AS A REVENUE AGENT, IF YOU ARE AUDITING SOMEONE'S TAX

02:52:49   25   RETURN AND YOU FIND OUT THAT THEY HAVE AN ACCOUNT IN A

DIRECT EXAMINATION BY MR. PITMAN

02:52:51   1   DIFFERENT COUNTRY, IS THAT SOMETHING THAT YOU CONSIDER IN YOUR

02:52:53   2   WORK AS AN AUDITING REVENUE AGENT?

02:52:55   3   A.   YES.

02:52:56   4   Q.   OKAY.

02:53:11   5          MR. PITMAN:   YOUR HONOR, I'M NOT SURE -- I DON'T KNOW

02:53:12   6   IF I LOST TRACK, OR WOULD THIS BE A GOOD BREAK, IF YOU ARE

02:53:14   7   READY?

02:53:15   8          THE COURT:   OH, GOOD.   IT WAS GOING TO BE IN ANOTHER

02:53:18   9   COUPLE OF MINUTES, SO IF YOU'VE REACHED A GOOD POINT, WE WILL

02:53:20   10   DO THIS NOW.

02:53:21   11      ALL RIGHT.   LET'S TAKE OUR AFTERNOON BREAK, WE WILL TAKE

02:53:22   12   15 MINUTES, WE WILL REPORT BACK AT 5 OR 6 PAST THE HOUR.

03:08:32   13          (RECESS WAS TAKEN FROM 2:53 P.M. TO 3:08 P.M.)

03:08:32   14          THE COURT:   ALL RIGHT, EVERYONE.   PLEASE BE SEATED.

03:08:35   15      ALL COUNSEL AND PARTIES ARE PRESENT, AND ALL OF OUR JURORS

03:08:37   16   AND ALTERNATES.

03:08:38   17      OKAY.   WE ARE GOING TO BRING MS. GARRISON BACK TO THE

03:08:40   18   WITNESS STAND.   AND MR. PITMAN, YOU ARE WELCOME TO CONTINUE.

03:08:45   19          MR. PITMAN:   THANK YOU, YOUR HONOR.

03:09:04   20   Q.   MS. GARRISON, DURING THE BREAK IT OCCURRED TO ME THAT WE

03:09:07   21   MIGHT HAVE BEEN USING A TERM THAT PEOPLE WHO ARE NOT WELL

03:09:13   22   VERSED IN TAX MIGHT NOT BE FAMILIAR WITH.

03:09:16   23      THE TERM "COST OF GOODS SOLD."   CAN YOU JUST DESCRIBE, WE

03:09:22   24   WERE TALKING ABOUT HOW THAT FITS INTO THE DISCUSSION WE HAD

03:09:25   25   ABOUT SCHEDULE C BUSINESSES AND HOW THEY ARE REPORTED.

03:09:30   1    A.   SO WOULD YOU LIKE ME TO DESCRIBE WHAT COST OF GOODS SOLD

03:09:34   2    IS?

03:09:35   3    Q.   YES, PLEASE.

03:09:36   4    A.   COST OF GOODS SOLD WOULD BE THE COST -- I MEAN, IT'S

03:09:41   5    REALLY SELF EXPLANATORY, REALLY, THE COST OF THE GOODS THAT YOU

03:09:45   6    ARE SELLING.

03:09:46   7         SO, LET'S SAY YOU ARE SELLING WIDGETS, $100 IS WHAT YOU

03:09:54   8    SELL IT FOR, $50 IS WHAT IT COST YOU TO BUY IT BEFORE YOU SOLD

03:09:59   9    IT, THAT WOULD GO INTO COSTS OF GOODS SOLD, $50.

03:10:03   10   Q.   OKAY.  LET ME ASK YOU, PLEASE, TO TAKE A LOOK AT

03:10:08   11   EXHIBIT 2, EXHIBIT 2 IS IN EVIDENCE, I BELIEVE.

03:10:13   12        AND IF YOU LOOK AT THE SECOND PAGE, SO WHAT ARE WE LOOKING

03:10:16   13   AT HERE, MS. GARRISON?

03:10:17   14   A.   THIS IS THE DEFENDANT'S 2007 INDIVIDUAL TAX RETURN.

03:10:24   15   Q.   OKAY.  AND AGAIN, I'M GOING TO ASK YOU SOME QUESTIONS

03:10:29   16   ABOUT THE INCOME THAT WAS REPORTED ON THIS RETURN.

03:10:34   17   A.   OKAY.

03:10:35   18   Q.   OKAY.  I SEE THE FIRST INCOME ITEM THERE IS ON LINE 7; IS

03:10:43   19   THAT CORRECT?

03:10:43   20   A.   THAT'S CORRECT.

03:10:44   21   Q.   AND WHAT'S REPORTED ON LINE 7?

03:10:46   22   A.   $40,000 IN WAGE INCOME.

03:10:49   23   Q.   AND WHAT DOES THAT MEAN, "WAGE INCOME?"

03:10:51   24   A.   THAT MEANS, THAT'S WHEN YOU WORK FOR SOMEONE, RATHER THAN

03:10:56   25   BEING SELF-EMPLOYED, IF YOU WORK FOR SOMEONE, AT THE END OF THE

03:11:00  1    YEAR THEY GIVE YOU A W-2, AND THAT SHOWS WHAT YOUR WAGES ARE,

03:11:05  2    THAT GETS RECORDED ON THAT LINE.

03:11:07  3    Q.   AND SO IF I REMEMBER CORRECTLY, IN 2006, THE DEFENDANTS

03:11:11  4    DIDN'T REPORT ANY WAGE INCOME, IS THAT --

03:11:15  5    A.   THAT'S CORRECT.

03:11:15  6    Q.   BUT IN 2007, THEY DID?

03:11:18  7    A.   YES.

03:11:25  8    Q.   THEN IF YOU LOOK AT THE NEXT LINE, LINE 8.  WHEN WE WERE

03:11:30  9    LOOKING AT THE PRIOR RETURN ABOUT TAXABLE INTEREST, THAT'S

03:11:33  10   WHAT'S REPORTED HERE ON LINE 8 OF THIS RETURN?

03:11:35  11   A.   YES.

03:11:36  12   Q.   OKAY.  SO IN THIS YEAR THEY ARE TELLING THE IRS THEY

03:11:41  13   EARNED $145,000 OF INTEREST ON THEIR BANK ACCOUNTS?

03:11:45  14   A.   YES, $145,266 INTEREST.

03:11:48  15   Q.   OKAY.  AND THE NEXT LINE IS DIVIDENDS?

03:11:50  16   A.   UH-HUH, YES.

03:11:52  17   Q.   THE NEXT LINE IS LINE 12?

03:11:58  18   A.   YES.

03:11:58  19   Q.   SO LINE 12 IS SCHEDULE C'S?

03:12:00  20   A.   RIGHT.

03:12:01  21   Q.   AND DO THEY REPORT SCHEDULE C BUSINESSES FOR 2007?

03:12:04  22   A.   YES, THEY DID.

03:12:08  23   Q.   OKAY.  WAS REIJIN ONE OF THE SCHEDULE C'S -- REIJIN

03:12:13  24   INTERNATIONAL, ONE OF THE SCHEDULE C BUSINESSES THE DEFENDANTS

03:12:15  25   REPORTED FOR 2007?

DIRECT EXAMINATION BY MR. PITMAN

03:12:17  1    A.   NO.

03:12:18  2    Q.   OKAY.  SO THEY DID REPORT SOME SCHEDULE C BUSINESSES, BUT

03:12:29  3    REIJIN WAS NOT ONE OF THEM?

03:12:30  4    A.   NOT IN 2007.

03:12:31  5    Q.   OKAY.  BUT REIJIN -- REIJIN'S BUSINESS OPERATIONS ARE

03:12:35  6    REPORTED IN THIS RETURN, RIGHT?

03:12:37  7    A.   YES, THEY ARE.

03:12:38  8    Q.   AND CAN YOU TELL -- EXPLAIN TO THE JURY HOW?

03:12:42  9    A.   WELL, IN 2007, REIJIN INCORPORATED THEIR BUSINESS.  SO NOW

03:12:50  10   THEY ARE PAYING WAGES, AND THE NET INCOME OR NET LOSS FROM THE

03:12:57  11   CORPORATION FLOWS THROUGH TO THE TAX RETURN THAT GETS REPORTED

03:13:03  12   ON LINE 17.

03:13:05  13   Q.   OKAY.  SO WHEN YOU SAY THAT REIJIN INCORPORATED, WHAT DOES

03:13:12  14   THAT MEAN?

03:13:13  15   A.   WELL, IT MEANS THEY ARE NOT AN INDIVIDUAL SOLE PROPRIETOR.

03:13:18  16   SO THEY ARE NOT JUST REPORTED ON A SCHEDULE C AS IF IT'S A

03:13:22  17   SOLE -- AS IF THAT'S OWNER, YOU KNOW, OWNER OWNED; WHEREAS, A

03:13:30  18   CORPORATION IS IT'S OWN SEPARATE ENTITY, IT'S SHAREHOLDERS THAT

03:13:36  19   OWN IT.

03:13:37  20   Q.   OKAY.  SO DID THE BUSINESS CHANGE ITS FORM IN 2007?

03:13:42  21   A.   IT DID, IT WENT FROM A SOLE PROPRIETORSHIP TO A

03:13:46  22   CORPORATION.

03:13:46  23   Q.   OKAY.  AND AS A RESULT, THE WAY IT'S REPORTED ON THE

03:13:51  24   DEFENDANT'S 1040 HAS CHANGED AS WELL?

03:13:53  25   A.   YES.

DIRECT EXAMINATION BY MR. PITMAN

03:14:04   1    Q.   SO IF WE LOOK AT LINE 17, YOU SAID ON THIS RETURN FOR

03:14:11   2    2007, REIJIN'S PROFITS FOR THE YEAR WERE REPORTED ON LINE 17?

03:14:14   3    A.   THEY FLOW OVER LINE 17, THEY ARE REPORTED ON SCHEDULE E.

03:14:22   4    Q.   SCHEDULE E.   OKAY.   LET'S TAKE A LOOK AT SCHEDULE E.

03:14:45   5         OKAY.   SO SCHEDULE E ON THIS RETURN BEGINS ON PAGE 15 OF

03:14:49   6    THE EXHIBIT.   OKAY.   SO WHAT ARE WE LOOKING AT HERE?

03:14:56   7    A.   DO YOU WANT TO GO ANOTHER PAGE OVER.

03:15:00   8    Q.   LET ME ASK YOU FIRST WHAT ARE WE LOOKING AT HERE?

03:15:03   9    A.   HERE WE ARE LOOKING AT THEIR RENTAL INCOMES.

03:15:06   10   Q.   SO DID THEY REPORT TO THE IRS THEY WERE RENTING PROPERTIES

03:15:09   11   DURING THE YEAR 2007?

03:15:10   12   A.   YES.

03:15:10   13   Q.   AND DO YOU MEAN HOW MANY PROPERTIES THEY WERE RENTING IN

03:15:14   14   2007?

03:15:15   15   A.   IN 2007 THEY ACQUIRED TWO MORE PROPERTIES, SO IT WAS SEVEN

03:15:19   16   PROPERTIES REPORTED.

03:15:19   17   Q.   OKAY.   AND AM I READING THIS CORRECTLY ON LINE 3, THEY ARE

03:15:24   18   REPORTING TO THE IRS THAT THE RENTS RECEIVED FOR ALL SEVEN OF

03:15:27   19   THOSE REPORTS IS $295,668?

03:15:31   20   A.   YES, THAT'S CORRECT.

03:15:32   21   Q.   AND THEN IF WE LOOK BELOW THAT, THERE'S A MORTGAGE

03:15:37   22   INTEREST PAID?

03:15:38   23   A.   UH-HUH.

03:15:38   24   Q.   LINE.

03:15:39   25   A.   YES.

03:15:40   1    Q.   IS THAT THE TOTAL MORTGAGE INTEREST THEY PAID, THEY'RE

03:15:43   2    REPORTING PAYING ON THEIR RENTAL PROPERTIES?

03:15:46   3    A.   YES, IT IS.

03:15:47   4    Q.   OKAY.  IF WE TURN TO THE NEXT PAGE, WHICH IS PAGE 16, SO I

03:15:57   5    THINK YOU MENTION THAT THERE WERE SEVEN PROPERTIES IN 2007.  SO

03:16:01   6    IS THIS THE SECOND SET OF THREE, THERE'S ONLY THREE ON EACH

03:16:05   7    PAGE; IS THAT RIGHT?

03:16:05   8    A.   YES.

03:16:06   9    Q.   AND THEN IF WE LOOK AT THE NEXT PAGE, PAGE 17?

03:16:11   10   A.   THAT'S THE LAST ONE.

03:16:13   11   Q.   SO THERE'S THE SEVENTH RENTAL PROPERTY FOR 2007?

03:16:16   12   A.   UH-HUH.

03:16:17   13   Q.   LET'S TAKE A LOOK AT THE NEXT PAGE, PAGE 18, PLEASE.

03:16:22   14        OKAY.  SO WHEN YOU WERE TALKING EARLIER ABOUT HOW REIJIN

03:16:27   15   CHANGED ITS FORM IN 2007, YOU TOLD ME THAT ITS BUSINESS RESULTS

03:16:33   16   WERE REPORTED ON THE SCHEDULE E; IS THAT RIGHT?

03:16:37   17   A.   TO THE SHAREHOLDER -- THE REIJIN CORPORATION WILL HAVE ITS

03:16:42   18   OWN TAX RETURN.  AND THEN THE ITEMS ON THAT ARE REPORTED ON THE

03:16:49   19   SCHEDULE K1, AND THAT GETS REPORTED AND PICKED UP ON THE

03:16:53   20   SHAREHOLDER'S RETURN.

03:16:54   21   Q.   OKAY.  SO CAN YOU TELL THE JURY WHERE REIJIN IS BEING

03:17:20   22   REPORTED ON THIS RETURN?

03:17:21   23   A.   WELL, ON THE SCHEDULE E, REIJIN IS LISTED TWICE, C AND D,

03:17:28   24   AND THAT'S BECAUSE BOTH OF THE DEFENDANTS ARE SHAREHOLDERS SO

03:17:34   25   THEY EACH WILL GET THEIR OWN PORTION OF THE INCOME OR LOSS FROM

DIRECT EXAMINATION BY MR. PITMAN

03:17:41  1    BUSINESS.

03:17:41  2    Q.  SO THEY TELL YOU NEVER TO TOUCH THESE, I'M GOING TO DO IT.

03:17:47  3    THAT'S WHY THEY TELL YOU NEVER TO DO IT.

03:17:50  4        SO AM I GETTING CLOSE TO INDICATING WHERE THEIR RESPECTIVE

03:17:56  5    INTEREST IN REIJIN ARE SHOWING UP.

03:17:58  6    A.  WELL, THAT SHOWS WHO IS PAYING IT.  BUT THEN IF YOU GO

03:18:02  7    DOWN TO THE NEXT SECTION BELOW AND YOU GO TO THE CORRESPONDING

03:18:06  8    LETTER, C AND D, THAT WOULD BE THOSE, UH-HUH.

03:18:11  9    Q.  OKAY.  SO ACCORDING TO THIS TAX RETURN, THE DEFENDANT'S

03:18:20  10   RESPECTIVE INCOME FROM REIJIN FOR 2007 WAS $285 FOR ONE OF THE

03:18:28  11   DEFENDANTS AND $28,180 FOR ANOTHER; IS THAT RIGHT?

03:18:35  12   A.  THOSE ARE NEGATIVE AMOUNTS.  SO THEY BOTH -- THEY EACH

03:18:40  13   TOOK THEIR OWN PERCENTAGE OF THE LOSS THAT WAS REPORTED BY

03:18:44  14   REIJIN.

03:18:44  15   Q.  OKAY.  SO LET'S TAKE A LOOK, NOW YOU SAID REIJIN, NOW THAT

03:18:48  16   IT'S A CORPORATION, IT HAS TO FILE ITS OWN TAX RETURN?

03:18:51  17   A.  YES.

03:18:51  18   Q.  SO WHAT KIND OF TAX RETURN DO YOU FILE FOR A CORPORATION

03:18:55  19   OR WHAT KIND OF TAX RETURN WAS FILED FOR REIJIN?

03:18:58  20   A.  THAT WOULD BE AN 1120S.

03:19:01  21   Q.  OKAY.  LET ME ASK YOU PLEASE TO TAKE A LOOK AT EXHIBIT 7.

03:19:15  22   AND IF YOU LOOK AT THE SECOND PAGE OF EXHIBIT 7, SO IS THIS AN

03:19:19  23   1120S?

03:19:20  24   A.  IT IS.

03:19:20  25   Q.  OKAY.  AND DO YOU KNOW, DOES THIS RETURN TELL YOU WHEN

```
03:19:37   1   REIJIN WAS INCORPORATED?

03:19:41   2   A.   YES.  IT WAS INCORPORATED JANUARY 8TH, 2007.

03:19:46   3   Q.   AND THAT'S IN THE UPPER LEFT-HAND CORNER HERE?

03:19:48   4   A.   THAT'S WHEN THEY MADE THE S-CORP ELECTION.  THE DATE OF

03:19:54   5   INCORPORATION IS OVER ON THE RIGHT UNDER LETTER E.

03:20:02   6   Q.   SAME DATE?

03:20:03   7   A.   SAME DATE.

03:20:10   8   Q.   SO IN 2006 WE LOOKED AT THE SCHEDULE C FOR REIJIN?

03:20:14   9   A.   YES.

03:20:14  10   Q.   AND IT REPORTED SOMETHING CALLED GROSS RECEIPTS?

03:20:16  11   A.   UH-HUH.

03:20:16  12   Q.   DOES THE 1120 HAVE A SIMILAR REPORTING LINE?

03:20:22  13   A.   YES, THEY REPORT THEIR GROSS RECEIPTS.

03:20:25  14   Q.   OKAY.  AND WHAT WERE THE GROSS RECEIPTS THAT WERE REPORTED

03:20:30  15   FOR REIJIN INTERNATIONAL IN 2007?

03:20:33  16   A.   $41,500.

03:20:36  17   Q.   OKAY.  AND THEN -- AND IS THAT -- THAT'S ON LINE 1 THERE;

03:20:44  18   IS THAT RIGHT?

03:20:44  19   A.   YES.

03:20:44  20   Q.   SO DOES "GROSS RECEIPTS" MEAN SOMETHING DIFFERENT IN THIS

03:20:47  21   CONTEXT THAN IT DID WHEN WE WERE TALKING ABOUT A SCHEDULE C, OR

03:20:51  22   IS IT THE SAME THING?

03:20:52  23   A.   THAT'S THE SAME.  AMOUNT OF MONEYS FROM ALL SOURCES THAT

03:20:56  24   THE BUSINESS TAKES IN BEFORE ACCOUNTING FOR ANY EXPENSES.

03:20:58  25   Q.   OKAY.  AND THEN IF WE LOOK DOWN THE RETURN, SO WHAT'S
```

03:21:05  1    BEING REPORTED HERE ON LINE 21 DOWN TOWARDS THE BOTTOM?

03:21:10  2    A.   THAT'S THE NET RESULT FROM THE BUSINESS.  THEY ARE

03:21:17  3    REPORTING A LOSS OF $28,465.

03:21:20  4    Q.   OKAY.  SO THEY ARE REPORTING THAT THE COMPANY BROUGHT IN

03:21:29  5    $41,500, BUT THAT IT ACTUALLY --

03:21:33  6    A.   LOST $28,465 AT THE END OF THE YEAR.

03:21:37  7    Q.   AND HOW DID THAT HAPPEN?

03:21:39  8    A.   WELL, FOR ONE THING, $41,500 WAS THE GROSS RECEIPTS TOTAL,

03:21:46  9    AND 40 OF THAT WENT AS COMPENSATION.  AND THEN THERE ARE OTHER

03:21:52 10    EXPENSES DEDUCTED THAT WOULD RESULT IN A LOSS.

03:21:59 11    Q.   SO WHEN WE LOOKED AT THEIR 1040 FOR 2007, WE NOTICE THEY

03:22:04 12    WERE REPORTING WAGES FOR THAT YEAR, AND THEY HAD NOT DONE THAT

03:22:07 13    FOR THE PREVIOUS YEAR?

03:22:08 14    A.   RIGHT.

03:22:08 15    Q.   SO WHERE DID THOSE WAGES FROM COME?

03:22:11 16    A.   THIS $40,000 WORTH OF COMPENSATION OF OFFICERS, THAT'S THE

03:22:17 17    WAGES THAT WAS REPORTED.  THOSE WERE THE WAGES THAT WERE

03:22:20 18    REPORTED.

03:22:20 19    Q.   OKAY.  SO REIJIN PAID THE DEFENDANTS $40,000 IN WAGES?

03:22:24 20    A.   EXACTLY.

03:22:25 21    Q.   AND THERE WERE SOME OTHER EXPENSES FOR THE BUSINESS AND

03:22:29 22    IT'S REPORTED THEY ENDED UP LOSING MONEY FOR THE YEAR?

03:22:32 23    A.   RIGHT.

03:22:32 24    Q.   OKAY.  AND IF WE LOOK DOWN A LITTLE BIT FURTHER, SO IS

03:22:40 25    THIS RETURN SIGNED?

DIRECT EXAMINATION BY MR. PITMAN

03:22:41  1    A.    YES.

03:22:41  2    Q.    AND DO YOU RECOGNIZE THE TOP SIGNATURE THERE?

03:22:43  3    A.    YES.

03:22:44  4    Q.    WHOSE IS IT?

03:22:45  5    A.    THAT'S MEILI LIN.

03:22:56  6    Q.    SO I WOULD LIKE TO TAKE A LOOK AT PAGE 9 OF THIS EXHIBIT,

03:23:09  7    ACTUALLY JOHN, CAN WE JUST BACK OUT.  OKAY.  SO WHAT IS THIS

03:23:13  8    DOCUMENT?

03:23:15  9    A.    THAT IS A K-1.

03:23:17  10   Q.    AND WHAT'S A K-1?

03:23:21  11   A.    A K-1 IS ISSUED TO SHAREHOLDERS OF A CORPORATION, AND IT

03:23:26  12   ALLOCATES THE INCOME BASED ON THEIR SHARES, PERCENTAGE SHARES,

03:23:31  13   AND IT ALSO ALLOCATES SOME SEPARATELY STATED ITEMS THAT ARE

03:23:40  14   CLOAKED TO THE INDIVIDUAL RETURN.

03:23:42  15   Q.    OKAY.  AND WHAT HAPPENS WITH A K-1, IS THE K-1 PART OF

03:23:45  16   THIS RETURN, THE 1120?

03:23:47  17   A.    THEY WILL REPORT WITH THEIR RETURN WHAT THEIR K-1'S WERE,

03:23:55  18   BUT THEY WILL ISSUE THOSE TO THE SHAREHOLDERS.

03:23:56  19   Q.    SO IS THE K-1 PREPARED AS PART OF THE 1120?

03:23:59  20   A.    YES.

03:23:59  21   Q.    AND THEN THE CORPORATION IS RESPONSIBLE FOR DISTRIBUTING

03:24:02  22   IT?

03:24:02  23   A.    YES.

03:24:02  24   Q.    AND TO WHOM IS IT DISTRIBUTED?

03:24:04  25   A.    THE SHAREHOLDERS.

DIRECT EXAMINATION BY MR. PITMAN

| | | |
|---|---|---|
| 03:24:05 | 1 | Q.   AND THE IRS? |
| 03:24:06 | 2 | A.   OH, AND THE IRS. |
| 03:24:07 | 3 | Q.   OKAY.  SO IF WE ARE LOOKING AT THIS PARTICULAR K-1, CAN |
| 03:24:13 | 4 | YOU TELL, THIS IS REPORTING ONE OF THE SHAREHOLDERS OF REIJIN'S |
| 03:24:17 | 5 | SHARES OF THE PROFITS OR LOSSES OF THE BUSINESS FOR THE FOR THE |
| 03:24:22 | 6 | YEAR, RIGHT? |
| 03:24:23 | 7 | A.   RIGHT. |
| 03:24:23 | 8 | Q.   AND WHICH SHAREHOLDER IS IT? |
| 03:24:24 | 9 | A.   THIS IS MR. HORNG. |
| 03:24:28 | 10 | Q.   AND SO -- |
| 03:24:30 | 11 | I'M SORRY, I DIDN'T MEAN TO INTERRUPT YOU. |
| 03:24:33 | 12 | A.   I'M SORRY.  I DIDN'T MEAN TO INTERRUPT YOU. |
| 03:24:35 | 13 | Q.   SO MR. HORNG WAS ONE OF THE SHAREHOLDERS OF REIJIN IN |
| 03:24:38 | 14 | 2007? |
| 03:24:38 | 15 | A.   YES. |
| 03:24:39 | 16 | Q.   AND CAN YOU TELL FROM LOOKING AT THIS HOW MUCH OF THE |
| 03:24:41 | 17 | BUSINESS HE OWNED? |
| 03:24:41 | 18 | A.   ONE PERCENT. |
| 03:24:42 | 19 | Q.   ONE PERCENT OF THE BUSINESS. |
| 03:24:44 | 20 | OKAY.  AND SO HOW MUCH -- LET'S TAKE A LOOK AT THE BOTTOM |
| 03:24:52 | 21 | HALF HERE.  OKAY.  SO WHAT'S BEING REPORTED THERE?  YOU SEE HIS |
| 03:25:01 | 22 | SHAREHOLDER PERCENTAGE IS IN BOX F; IS THAT RIGHT? |
| 03:25:03 | 23 | A.   UH-HUH, YES. |
| 03:25:06 | 24 | Q.   AND THEN IN -- SO WHAT INFORMATION ON THE REST OF THIS |
| 03:25:11 | 25 | FORM IS TO BE REPORTED ON MR. HORNG'S 1040 FOR THE YEAR? |

DIRECT EXAMINATION BY MR. PITMAN

03:25:17   1   A.  WELL ACTUALLY NOT INCLUDING ALL OF IT, THERE'S NUMBERS ON

03:25:20   2   THE TOP THAT AREN'T SHOWN ON THIS SCREEN.

03:25:22   3   Q.  OKAY.  SO WE HAVE TO BACK OUT?

03:25:24   4   A.  YEAH.

03:25:25   5   Q.  OKAY.

03:25:26   6   A.  OKAY.  SO WHAT'S BEING REPORTED ON HERE IS HIS ONE PERCENT

03:25:34   7   PORTION OF THE LOSS OF THE CORPORATION, $285, AND HIS ONE

03:25:42   8   PERCENT SHARE OF THE INTEREST INCOME.

03:25:46   9   Q.  OKAY.  SO THE BUSINESS OPERATIONS FOR THE YEAR LOST MONEY?

03:25:59  10   A.  YES.

03:25:59  11   Q.  BUT THE BUSINESS ALSO MADE MONEY IN INTEREST?

03:26:03  12   A.  YES.

03:26:04  13   Q.  OKAY.  SO HE'S GIVEN A PERCENTAGE OF HIS PROPORTIONAL

03:26:16  14   SHARE OF THE LOSS FOR THE YEAR?

03:26:17  15   A.  CORRECT.

03:26:18  16   Q.  BUT HE'S ALSO PICKING UP HIS PERCENTAGE OF THE INTEREST

03:26:21  17   INCOME?

03:26:21  18   A.  THAT'S CORRECT.

03:26:21  19   Q.  OKAY.  AND THEN THAT INFORMATION IS -- SHOULD FLOW BACK TO

03:26:27  20   THE 1040, HIS 1040?

03:26:28  21   A.  EXACTLY.

03:26:29  22   Q.  OKAY.  SO LET'S JUST TAKE A REAL QUICK LOOK AT THE NEXT

03:26:33  23   PAGE, PLEASE, SORRY, PAGE 11.  OKAY.  AND WHAT ARE WE LOOKING

03:26:37  24   AT HERE?

03:26:38  25   A.  WE ARE LOOKING AT ANOTHER K- 1, AND THIS IS REPORTING

03:26:43  1      MEILI LIN'S SHARE OF THE CORPORATION RESULTS, WHICH HER SHARE

03:26:49  2      IS 99 PERCENT OF THE CORPORATION.

03:26:51  3      Q.   OKAY.  SO OTHER THAN MR. HORNG AND MS. LIN, THERE WERE NO

03:26:57  4      OTHER SHAREHOLDERS OF REIJIN; IS THAT RIGHT?

03:27:00  5      A.   NO.

03:27:01  6      Q.   IT'S NOT RIGHT?

03:27:02  7      A.   NO OTHER SHAREHOLDERS, THAT IS CORRECT.

03:27:03  8      Q.   HE OWNED ONE PERCENT AND SHE OWNED THE REST?

03:27:06  9      A.   YES.

03:27:06  10     Q.   OKAY.  AND WE CAN SEE SIMILARLY HERE, SHE'S -- A PORTION

03:27:14  11     OF THE BUSINESS'S LOSSES ARE BEING REPORTED FOR HER AND ALSO

03:27:17  12     THE INTEREST INCOME?

03:27:18  13     A.   EXACTLY.  UH-HUH.

03:27:39  14     Q.   OKAY.  SO LET'S NOW TURN BACK, PLEASE, TO EXHIBIT 2.  AND

03:27:43  15     IF YOU COULD GO TO PAGE 18.  AND IF WE COULD LOOK AT THE TOP

03:27:49  16     HALF OF THIS PAGE, PLEASE.

03:27:58  17          OKAY.  SO HERE THEY ARE, CORRECT?

03:28:02  18     A.   YES.

03:28:06  19     Q.   SO IF WE GO BACK TO THE SECOND PAGE OF THIS EXHIBIT WHICH

03:28:17  20     IS THE 2007 1040, AND IF WE BLOW UP THE INCOME SECTION THERE,

03:28:30  21     SO THOSE LOSSES, ARE THEY INCLUDED IN THIS NUMBER HERE ON

03:28:34  22     LINE 17?

03:28:35  23     A.   YES, THEY ARE.

03:28:36  24     Q.   OKAY.  AND SO LINE 17 IS REPORTING A NEGATIVE $444,077?

03:28:46  25     A.   CORRECT.

DIRECT EXAMINATION BY MR. PITMAN

03:28:47   1   Q.   AND WHAT IN ADDITION TO THE LOSSES FROM REIJIN CONTRIBUTED

03:28:52   2   TO THAT NEGATIVE NUMBER?

03:28:58   3   A.   THE LOSSES FROM ALL THE RENTAL PROPERTIES.

03:29:01   4   Q.   SO THEY REPORTED TO THE IRS THAT THEY LOST MONEY ON THE

03:29:04   5   RENTAL PROPERTIES IN 2007 AS WELL?

03:29:06   6   A.   YES.

03:29:07   7   Q.   SO THEIR TOTAL INCOME FOR THE YEAR?

03:29:16   8   A.   THEIR TOTAL INCOME FOR THE YEAR WAS ZERO BECAUSE THEY

03:29:21   9   CLAIMED A LOSS OF $212,217.

03:29:28   10   Q.   SO THEY HAD NO TAXABLE INCOME IN 2007?

03:29:31   11   A.   NO.

03:29:55   12   Q.   AND COULD WE JUST TAKE A LOOK AT THE THIRD PAGE HERE,

03:29:59   13   PLEASE.  DOES THIS RETURN REPORT THAT MR. HORNG AND MS. LIN

03:30:34   14   PAID TOO MUCH TAX IN 2007, TOO MUCH FEDERAL TAX?

03:30:39   15   A.   COULD WE BLOW THIS UP A LITTLE BIGGER, I'M SORRY.

03:30:42   16   Q.   THE BOTTOM HALF.

03:30:44   17   A.   I KEEP PUTTING THESE ON AND OFF, I NEED THEM FOR READING

03:30:49   18   BUT NOT FOR FAR SIGHTED, SO I'M SORRY IF THAT'S DISTRACTING.

03:31:05   19        YES, IT SAYS THEY OVERPAID IT.

03:31:07   20   Q.   AND HOW WERE PAYMENTS MADE SUCH THAT THEY OVERPAID THEIR

03:31:10   21   TAX FOR THE YEAR?

03:31:11   22   A.   THERE WAS AN AMOUNT PAID WITH THE EXTENSION, THEY FILED AN

03:31:17   23   EXTENSION, AND PAID $40,000, AND THERE'S A LITTLE BIT OF TAX,

03:31:24   24   $1,720 WITHHELD FROM THEIR WAGES AND THEY GOT A CHILD TAX

03:31:31   25   CREDIT.  AND I'M NOT SURE WHAT THAT LINE IS, 43,898 WAS THE

03:31:40  1    TOTAL PAYMENTS.

03:31:41  2    Q.   OKAY.  AND LET ME ASK YOU, PLEASE, TO TAKE ONE QUICK LOOK

03:31:53  3    AT SCHEDULE B WHICH IS ON PAGE 7?

03:32:00  4    A.   CAN YOU GO BACK FOR ONE SECOND AND ASK ME AGAIN, WHAT

03:32:03  5    EXACTLY WAS THE QUESTION, I WANT TO MAKE SURE I ANSWERED IT

03:32:06  6    CORRECTLY.

03:32:06  7    Q.   OKAY.  IF WE GO BACK TO PAGE 3, I UNDERSTOOD YOUR

03:32:11  8    TESTIMONY TO BE THAT THEY REPORTED OVERPAYING THEIR TAX FOR THE

03:32:15  9    YEAR.  AND SO MY QUESTION TO YOU WAS, HOW DID THAT HAPPEN?

03:32:18  10   WHAT PAYMENTS DID THEY MAKE?

03:32:20  11   A.   I SEE.  OKAY.

03:32:22  12   Q.   SO IS THAT WHAT --

03:32:23  13   A.   THAT WAS THE CORRECT ANSWER, THEN, I JUST WANTED TO MAKE

03:32:26  14   SURE THAT WAS CORRECT.

03:32:26  15   Q.   SO LET'S TAKE A LOOK, PLEASE, AT PAGE 7.  AND ON THE

03:32:31  16   BOTTOM HALF OF THIS, THE BOTTOM QUARTER OF THIS PAGE, DID THIS

03:32:38  17   RETURN REPORT THAT EITHER OF THE DEFENDANTS HAD AN INTEREST IN

03:32:42  18   A FOREIGN ACCOUNT IN 2007?

03:32:44  19   A.   NO.

03:32:44  20   Q.   IN FACT, IT REPORTED THAT THEY DID NOT?

03:32:47  21   A.   THEY REPORTED THAT THEY DID NOT.

03:32:54  22   Q.   OKAY.  OKAY.  SO THAT WAS TOUGH, BUT WE DID IT, OKAY.  BUT

03:33:09  23   AS PART OF YOUR WORK AUDITING THE RETURNS, OBVIOUSLY YOU HAD TO

03:33:13  24   TAKE A LOOK AT THEM?

03:33:14  25   A.   YES.

03:33:15   1    Q.   DID YOU ALSO TAKE A LOOK AT BANK RECORDS AS PART OF YOUR

03:33:25   2    WORK ON THE AUDIT OF THE DEFENDANT'S TAX RETURNS?

03:33:29   3    A.   YES.

03:33:30   4    Q.   OKAY.  DO YOU KNOW A WOMAN NAMED CINDY SHI?

03:33:34   5    A.   I DON'T KNOW HER PERSONALLY, BUT I MET WITH HER.

03:33:37   6    Q.   OKAY.  SO YOU HAVE ENCOUNTERED A WOMAN NAMED CINDY SHI?

03:33:41   7    A.   I HAVE.

03:33:41   8    Q.   IN CONNECTION WITH THIS AUDIT?

03:33:43   9    A.   YES.

03:33:43   10   Q.   AND CAN YOU JUST DESCRIBE FOR THE JURY HOW IT IS THAT YOU

03:33:46   11   CAME INTO CONTACT WITH MS. SHI?

03:33:48   12   A.   SHE WAS REPRESENTING THE DEFENDANTS FOR THE AUDIT.

03:33:53   13   Q.   OKAY.  SO WHAT DOES THAT MEAN?

03:33:56   14   A.   IT MEANS THAT SHE'S REPRESENTING THEM, THEY SIGN A POWER

03:34:02   15   OF ATTORNEY FORM, AND SHE REPRESENTS THEM TO DEAL WITH THE IRS

03:34:11   16   AND PROVIDE THE DOCUMENTS THAT ARE REQUESTED THAT ARE NECESSARY

03:34:16   17   TO PERFORM AN AUDIT.

03:34:18   18   Q.   OKAY.  AND IS CINDY SHI A LAWYER OR --

03:34:21   19   A.   I BELIEVE SHE'S A CPA.

03:34:23   20   Q.   OKAY.  SO WHEN YOU SAY POWER OF ATTORNEY, YOU DON'T MEAN

03:34:26   21   SHE'S LITERALLY AN ATTORNEY?

03:34:28   22   A.   NO.

03:34:28   23   Q.   OKAY.

03:34:30   24   A.   NO, JUST POWER OF ATTORNEY IS THE FORM THAT WE USE TO

03:34:37   25   ALLOW SOMEONE TO BE REPRESENTED.

DIRECT EXAMINATION BY MR. PITMAN

| | | |
|---|---|---|
| 03:34:39 | 1 | Q.   OKAY.  SO WHEN PEOPLE GET AUDITED BY THE IRS, SOMETIMES |
| 03:34:43 | 2 | THEY HIRE SOMEONE TO HELP THEM WITH IT? |
| 03:34:44 | 3 | A.   EXACTLY. |
| 03:34:45 | 4 | Q.   AND MS. SHI WORKED WITH MS. LIN AND MS. HORNG? |
| 03:34:49 | 5 | A.   YES. |
| 03:34:50 | 6 | Q.   AND AS PART OF THE AUDIT DID YOU COMMUNICATE WITH MS. SHI? |
| 03:34:53 | 7 | A.   YES. |
| 03:34:53 | 8 | Q.   DID YOU ASK MS. SHI ANYTHING ABOUT THE DEFENDANT'S BANK |
| 03:34:56 | 9 | ACCOUNTS?  AT THE BEGINNING OF THE AUDIT, WERE YOU INTERESTED |
| 03:35:03 | 10 | IN THE DEFENDANT'S BANK ACCOUNTS? |
| 03:35:04 | 11 | A.   YES. |
| 03:35:05 | 12 | Q.   DID YOU ASK MS. SHI FOR INFORMATION ABOUT THEM? |
| 03:35:08 | 13 | A.   YES. |
| 03:35:08 | 14 | Q.   CAN YOU TELL THE JURY WHAT YOU ASKED MS. SHI FOR? |
| 03:35:11 | 15 | A.   WELL, MS. SHI ASKED ME IF SHE COULD JUST PROVE THEIR |
| 03:35:16 | 16 | INCOME BY SHOWING ME 1099'S ONLY AND NOT LOOKING AT BANK |
| 03:35:21 | 17 | RECORDS, AND I SAID NO, I NEED TO SEE THE BANK RECORDS. |
| 03:35:27 | 18 | SO I ASKED HER, I GAVE HER THE OPTION, BECAUSE SOMETIMES |
| 03:35:33 | 19 | IT CAN BE EXPENSIVE, I DON'T KNOW HOW MUCH IT COSTS, BUT |
| 03:35:43 | 20 | SOMETIMES I WILL OFFER TO GET THE RECORDS FOR THE TAXPAYERS TO |
| 03:35:47 | 21 | SAVE THEM THE TROUBLE OF GETTING THEM. |
| 03:35:49 | 22 | I ASKED HER IN THAT CASE, WOULD YOU LIKE YOUR CLIENTS TO |
| 03:35:53 | 23 | GET THE BANK RECORDS OR WOULD YOU LIKE ME TO GET THEM FOR THEM. |
| 03:35:56 | 24 | AND SHE CONSULTED WITH THEM AND THEN ASKED ME TO GET THEM FOR |
| 03:35:59 | 25 | THEM. |

03:35:59  1    Q.   OKAY.  LET ME ASK YOU PLEASE TO TAKE A LOOK AT EXHIBIT 2

03:36:02  2    ON 29.  THIS IS NOT IN EVIDENCE.

03:36:20  3         MS. GARRISON, CAN YOU SEE THAT EXHIBIT?

03:36:22  4    A.   I CAN.

03:36:22  5    Q.   AND DO YOU RECOGNIZE THAT DOCUMENT?

03:36:24  6    A.   YES.

03:36:24  7    Q.   AND WHAT IS IT?

03:36:25  8    A.   THAT'S THE LIST OF BANK ACCOUNTS, BECAUSE I ASKED MS. SHI

03:36:31  9    TO HAVE HER CLIENTS GIVE HER A LIST OF ALL THE BANK ACCOUNTS

03:36:37  10   AND GIVE IT TO ME.  THIS IS THE LIST THAT THEY PREPARED.

03:36:40  11   Q.   OKAY.  AND DID MS. SHI OR THE DEFENDANT --

03:36:43  12   A.   ACTUALLY, I SHOULD SAY THIS IS A LIST THAT WAS GIVEN TO ME

03:36:47  13   BY CINDY SHI.

03:36:48  14   Q.   OKAY.

03:36:50  15        MR. PITMAN:  YOUR HONOR, THE GOVERNMENT MOVES FOR

03:36:51  16   ADMISSION OF EXHIBIT 229.

03:36:53  17           THE COURT:  ANY OBJECTION?

03:36:54  18           MR. CANNON:  NO OBJECTION.

03:36:55  19           MS. POLLACK:  NO OBJECTION.

03:36:56  20           THE COURT:  IT WILL BE ADMITTED.

03:36:56  21        (PLAINTIFF'S EXHIBIT 229, WAS ADMITTED INTO EVIDENCE.)

03:36:59  22           MR. PITMAN:  OKAY.  CAN WE PUBLISH IT, PLEASE.  THANK

03:37:10  23   YOU, YOUR HONOR.

03:37:10  24   Q.   OKAY.  SO ARE BANK RECORDS, CAN THEY BE IMPORTANT IN AN

03:37:21  25   AUDIT.

03:37:22  1    A.   OH, YES, DEFINITELY.

03:37:23  2    Q.   AND CAN YOU JUST EXPLAIN TO THE JURY HOW BANK RECORDS ARE

03:37:27  3    USED IN AN AUDIT?

03:37:33  4    A.   WE GO THROUGH AND WE REVIEW AND WE LOOK TO SEE WHAT KIND

03:37:37  5    OF AMOUNTS ARE COMING IN, WHO THEY ARE COMING FROM, WHAT

03:37:41  6    ACCOUNT THEY ARE GOING TO, AND JUST DOES IT MAKE SENSE WITH

03:37:47  7    WHAT'S REPORTED ON THE TAX RETURN.

03:37:50  8    Q.   IS THERE A WAY AS A REVENUE AGENT, THAT YOU CAN COLLECT

03:37:55  9    BANK RECORDS?

03:37:57  10   A.   YES.  I CAN COLLECT BANK RECORDS BY ISSUING A SUMMONS TO

03:38:02  11   THE BANK.

03:38:03  12   Q.   AND SO WHAT IS A SUMMONS?

03:38:07  13   A.   IT'S BASICALLY A LEGAL REQUEST.  IT COMES IN A SUMMONS

03:38:16  14   FORM, BUT THEY CAN'T JUST GIVE OUT BANK RECORDS TO ANYONE WHO

03:38:21  15   ASKS FOR THEM, THEY HAVE TO HAVE A LEGITIMATE PURPOSE.

03:38:24  16       A SUMMONS IS OBVIOUSLY SHOWING THAT IS A LEGITIMATE

03:38:28  17   PURPOSE, WE NEED THOSE BANK RECORDS, AND THAT'S WHAT WE NEED IN

03:38:32  18   ORDER TO GET THEM.

03:38:33  19   Q.   OKAY.  AND DID YOU ISSUE SUMMONSES TO BANKS AS PART OF

03:38:38  20   YOUR WORK IN THIS CASE?

03:38:39  21   A.   YES, I DID.

03:38:40  22   Q.   AND DO YOU REMEMBER IF YOU ISSUED SUMMONSES TO BANK OF

03:38:47  23   AMERICA?

03:38:48  24   A.   YES.

03:38:48  25   Q.   IS BOA POSSIBLY AN ACRONYM FOR BANK OF AMERICA?

DIRECT EXAMINATION BY MR. PITMAN

03:38:53   1    A.   IT IS.

03:38:54   2    Q.   AND BELOW THAT I SEE THE NEXT ACCOUNT IS CHINA TRUST, DID

03:38:57   3    YOU ISSUE SUMMONSES TO CHINA TRUST?

03:39:00   4    A.   YES.

03:39:01   5    Q.   AND MORE BANK OF AMERICA.  HSBC, DID YOU ISSUE SUMMONSES

03:39:07   6    TO HSBC?

03:39:08   7    A.   I DID.

03:39:09   8    Q.   WELLS FARGO?

03:39:13   9    A.   YES.

03:39:14   10   Q.   METRO UNITED?

03:39:16   11   A.   YES.

03:39:16   12   Q.   CITIBANK?

03:39:18   13   A.   YES.

03:39:18   14   Q.   OKAY.  AND DID YOU RECEIVE RECORDS BACK FROM THE BANKS IN

03:39:30   15   RESPONSE TO YOUR SUMMONSES?

03:39:32   16   A.   YES, I DID.

03:39:33   17   Q.   AND WHAT KIND OF RECORDS DID YOU RECEIVE FROM THE BANKS,

03:39:38   18   JUST GENERALLY SPEAKING?

03:39:40   19   A.   I RECEIVED BANK STATEMENTS, CANCELLED CHECKS, COPIES OF

03:39:46   20   DEPOSITED ITEMS, DETAILS FOR APPLICATIONS, LIKE ACCOUNT

03:39:55   21   APPLICATIONS, SIGNATURE CARDS.

03:40:00   22   Q.   SO DO YOU REMEMBER APPROXIMATELY HOW MANY BANK ACCOUNTS

03:40:07   23   YOU ENDED UP IDENTIFYING AS PART OF YOUR AUDIT IN THIS CASE?

03:40:12   24   A.   I DON'T REMEMBER THE SPECIFIC NUMBER, IT WAS A LOT, I

03:40:20   25   DON'T KNOW, MAYBE 30 BANK ACCOUNTS, A LOT OF BANK ACCOUNTS.

03:40:27  1     Q.   OKAY.

03:40:51  2          MR. PITMAN:  YOUR HONOR, I WOULD LIKE TO MOVE THE

03:40:56  3     COURT TO ADMIT SOME BANK RECORDS BASED ON A 90211 CERTIFICATION

03:41:02  4     THAT THEY WERE PRODUCED WITH, AND THAT DECLARATION IS

03:41:09  5     EXHIBIT 560.

03:41:12  6          THE COURT:  ALL RIGHT.  LET ME FIND 560.

03:42:15  7        THESE ALL RELATE TO CATHAY BANK?

03:42:24  8          MR. PITMAN:  YES, YOUR HONOR.

03:42:25  9          THE COURT:  I CAN'T TELL BY THE DECLARATIONS WHAT

03:42:26 10     THEY INCLUDE.

03:42:40 11          MR. PITMAN:  BASED ON THE DESCRIPTION, YOUR HONOR, I

03:42:42 12     BELIEVE IT COVERS 569, 570.

03:42:48 13          THE COURT:  I'M SORRY, I'M LOST, BECAUSE I DON'T --

03:42:53 14     THIS ONLY REFERS TO ATTACHED DOCUMENTS, AND I HAVE NO IDEA WHAT

03:42:59 15     WAS ATTACHED.

03:43:05 16          MR. PITMAN:  CAN I SEE THE SECOND PAGE, PLEASE.

03:43:09 17        SO YOUR HONOR, IF YOU LOOK AT THE SECOND PAGE OF 560, IT'S

03:43:15 18     A VERY THOROUGH DESCRIPTION, INCLUDING A COUNT OF THE TOTAL

03:43:22 19     PAGES PRODUCED UNDER THE DECLARATION AND IDENTIFYING THE BANK

03:43:30 20     ACCOUNTS FOR RECORDS THAT WERE PRODUCED.

03:43:33 21          THE COURT:  IT'S A LETTER, IT'S NOT A DECLARATION.

03:43:38 22          MR. PITMAN:  CAN WE LOOK AT PAGE 1, AGAIN, PLEASE.

03:43:51 23        YOU ARE RIGHT, YOUR HONOR, THERE ARE DIFFERENT DATES.  ALL

03:44:08 24     RIGHT, YOUR HONOR, I WILL WITHDRAW THE MOTION, I APOLOGIZE.

03:44:11 25          THE COURT:  OKAY.

DIRECT EXAMINATION BY MR. PITMAN

03:44:32  1    Q.   ALL RIGHT, MS. GARRISON.

03:44:34  2         SO ONCE YOU RECEIVED BANK ACCOUNT RECORDS, AND I GUESS I

03:44:41  3    SHOULD ASK, DID YOU -- DID YOU END UP LOCATING ACCOUNTS IN

03:44:50  4    ADDITION TO THE ACCOUNTS THAT MS. SHI HAD IDENTIFIED FOR YOU?

03:44:55  5    A.   YES.

03:44:56  6    Q.   AND CAN YOU JUST GIVE US A GENERAL SENSE OF HOW YOU

03:45:01  7    DETERMINED THAT THOSE ACCOUNTS WERE ASSOCIATED WITH THE

03:45:04  8    DEFENDANTS?

03:45:04  9    A.   WELL, ON MY SUMMONS, I ALWAYS PUT, WORD IT SO THAT IT'S

03:45:11  10   ALL ACCOUNTS THAT THEY HAVE SIGNATURE AUTHORITY OR AUTHORITY

03:45:16  11   ON, BECAUSE SOMETIMES PEOPLE DON'T GIVE US ALL THE BANK

03:45:21  12   ACCOUNTS.  AND IF I WERE TO JUST ASK FOR THE ONES THAT WERE ON

03:45:24  13   THE LIST, I WOULDN'T NECESSARILY GET THEM ALL.

03:45:27  14        AND IN THIS CASE, THAT WAS TRUE, AND I GOT ADDITIONAL

03:45:32  15   ACCOUNTS THAT I WAS NOT AWARE EXISTED.

03:45:37  16   Q.   OKAY.  IS IT POSSIBLE THAT THERE WERE BANK ACCOUNTS

03:45:40  17   ASSOCIATED WITH THE DEFENDANTS THAT YOU DID NOT FIND?

03:45:43  18   A.   YES.

03:45:44  19   Q.   OKAY.  AS A REVENUE AGENT YOU DESCRIBED HOW YOU HAVE THE

03:45:52  20   CAPACITY TO REQUEST BANK RECORDS WITH SUMMONS.  WITH A SUMMONS

03:45:56  21   CAN YOU REQUEST BANK RECORDS FROM A FOREIGN COUNTRY?

03:45:58  22   A.   NO.

03:45:59  23   Q.   DO YOU HAVE THE CAPACITY AS A REVENUE AGENT TO COLLECT

03:46:03  24   INFORMATION FROM INSTITUTIONS OR INDIVIDUALS OUTSIDE OF THE

03:46:06  25   UNITED STATES?

DIRECT EXAMINATION BY MR. PITMAN

03:46:06   1      A.   I DO NOT.

03:46:07   2      Q.   OKAY.  SO YOU DIDN'T, YOU WERE NOT CAPABLE OF COLLECTING

03:46:13   3      FOREIGN BANK ACCOUNTS?

03:46:14   4               MR. CANNON:  OBJECTION.  LEADING, YOUR HONOR.

03:46:19   5               THE COURT:  OVERRULED.

03:46:21   6      BY MR. PITMAN:

03:46:22   7      Q.   YOU DID NOT COLLECT ANY INFORMATION ABOUT FOREIGN BANK

03:46:25   8      ACCOUNTS FROM THE DEFENDANTS FROM ANY FOREIGN BANKS?

03:46:28   9      A.   NO, I DID NOT.

03:46:29   10     Q.   OKAY.  SO NOW YOU'VE GOT THE BANK RECORDS, JUST DESCRIBE,

03:46:37   11     GENERALLY SPEAKING, WHAT YOU DO WITH THEM TO GET THEM INTO A

03:46:43   12     USEABLE FORMAT?

03:46:44   13     A.   I PREPARE A SPREADSHEET, AND I SHOW THE DATES OF THE

03:46:52   14     DEPOSITS AND THE AMOUNTS AND WHERE THE -- WHERE THAT CAME FROM,

03:46:59   15     WHO GAVE IT.  AND I TOTAL IT UP TO SEE WHAT'S GETTING DEPOSITED

03:47:05   16     HERE.

03:47:08   17     Q.   OKAY.  AND IS THAT LABORIOUS?

03:47:20   18     A.   YOU MIGHT EVEN SAY TEDIOUS, YES.

03:47:23   19     Q.   SO IN THIS CASE, DO YOU REMEMBER APPROXIMATELY -- SO DID

03:47:32   20     YOU PERFORM THAT WORK ON MULTIPLE BANK ACCOUNTS THAT YOU WOULD

03:47:36   21     IDENTIFY?

03:47:36   22     A.   YES, I DID.

03:47:37   23     Q.   AND DO YOU REMEMBER APPROXIMATELY HOW MUCH MONEY WAS

03:47:41   24     MOVING THROUGH THOSE ACCOUNTS IN 2006 AND 2007?

03:47:44   25     A.   OVER $30 MILLION --

03:47:47  1          MR. CANNON:  OBJECTION, YOUR HONOR, TO THIS OVERALL

03:47:48  2   TESTIMONY.  IT'S BASED UPON SOME RECORDS THAT HAVEN'T BEEN

03:47:51  3   ADMITTED.

03:47:53  4          THE COURT:  WHY DON'T YOU LAY A BETTER FOUNDATION,

03:47:56  5   MR. PITMAN.

03:47:56  6          MR. PITMAN:  OKAY.

03:47:57  7   Q.   DO YOU REMEMBER IN PARTICULAR, A BANK ACCOUNT HELD AT BANK

03:48:06  8   OF AMERICA, 3797?

03:48:13  9   A.   YES.

03:48:18  10  Q.   AND DO YOU REMEMBER WHAT NAME WAS ON THAT BANK ACCOUNT?

03:48:26  11  A.   THAT'S REIJIN INTERNATIONAL.

03:48:28  12  Q.   OKAY.  AND DID YOU ANALYZE THE BANK RECORDS FOR THAT

03:48:35  13  ACCOUNT FOR 2006 AND 2007?

03:48:38  14  A.   YES, I DID.

03:48:39  15  Q.   AND DO YOU REMEMBER APPROXIMATELY HOW MUCH MONEY MOVED

03:48:43  16  THROUGH THAT ACCOUNT -- HOW MUCH MONEY WAS DEPOSITED INTO THAT

03:48:46  17  ACCOUNT IN 2006?

03:48:51  18  A.   I DON'T RECALL THE SPECIFICS TO THAT ACCOUNT.  I JUST

03:48:55  19  REMEMBER THE SPECIFICS OF THE GENERAL AMOUNT OF -- THAT WAS IN

03:49:03  20  QUESTION.

03:49:03  21  Q.   SO I'M ASKING YOU A LITTLE BIT MORE OF A SPECIFIC

03:49:07  22  QUESTION.

03:49:07  23  A.   OKAY.  MAYBE I COULD REFRESH MY MEMORY WITH --

03:49:10  24  Q.   IS THERE SOMETHING YOU COULD LOOK AT THAT WOULD HELP YOU

03:49:13  25  REMEMBER?

DIRECT EXAMINATION BY MR. PITMAN

03:49:13    1    A.   YES.

03:49:13    2    Q.   OKAY.  AND I'M GOING TO --

03:49:15    3              MR. PITMAN:  YOUR HONOR MAY I APPROACH THE WITNESS?

03:49:17    4              THE COURT:  SURE.

03:49:24    5              MR. CANNON:  MR. PITMAN, COULD YOU PLEASE TELL ME

03:49:26    6    WHICH DOCUMENT YOU ARE SHOWING HER?

03:49:28    7         (OFF-THE-RECORD DISCUSSION.)

03:50:36    8    BY MR. PITMAN:

03:50:36    9    Q.   OKAY.  HAVE YOU HAD A CHANCE TO LOOK AT THAT DOCUMENT?

03:50:38   10    A.   YES.

03:50:39   11    Q.   IF YOU LOOKED AT IT, JUST PUT IT ASIDE, PLEASE.

03:50:42   12    A.   OH, OKAY.

03:50:43   13    Q.   SO WHAT WAS THAT DOCUMENT THAT I HANDED YOU?

03:50:47   14    A.   OH, THIS WAS A SPREADSHEET THAT I MADE OF THAT ACCOUNT.

03:50:57   15    Q.   OKAY.  AND SO HAVING LOOKED AT IT NOW, DO YOU REMEMBER

03:51:00   16    WHAT THE DEPOSITS WERE MADE TO ACCOUNT 3797 IN THE YEARS 2006

03:51:04   17    AND 2007?

03:51:06   18              MS. POLLACK:  OBJECTION.  COMPOUND.

03:51:08   19              THE COURT:  I DON'T HAVE A PROBLEM WITH HER GIVING A

03:51:10   20    TOTAL, BUT THAT'S NOT GOING TO RELATE TO THE CHARGES.

03:51:12   21         SO DO YOU WANT TO BREAK IT DOWN?  MAYBE YOU CAN'T.

03:51:19   22              MR. PITMAN:  OKAY.

03:51:19   23    Q.   SO MS. GARRISON, HAVING LOOKED AT THAT DATA SET, DOES IT

03:51:24   24    REMIND YOU OF HOW MUCH MONEY WAS DEPOSITED INTO THE ACCOUNT IN

03:51:26   25    2006?

DIRECT EXAMINATION BY MR. PITMAN

03:51:30  1    A.   I BELIEVE IT WAS $33 MILLION.

03:51:46  2    Q.   OKAY.  AND DOES THAT AMOUNT INCLUDE WIRE TRANSFERS?

03:51:49  3    A.   IT DOES.

03:51:49  4    Q.   AND DOES IT ALSO INCLUDE TRANSFERS MOVING MONEY AROUND

03:51:53  5    BETWEEN DIFFERENT ACCOUNTS?

03:51:54  6    A.   YES.

03:51:55  7    Q.   OKAY.  AND DID YOU DO THE SAME ANALYSIS FOR THAT ACCOUNT

03:52:27  8    FOR 2007?

03:52:28  9    A.   YES.

03:52:29  10   Q.   AND CAN YOU TELL US HOW MUCH WAS WIRED IN TO 3797 IN 2007?

03:52:39  11   A.   JUST THE WIRES?

03:52:40  12   Q.   YES, MA'AM.

03:52:41  13   A.   DID YOU WANT JUST THE WIRES FOR -- 2006 AS WELL, JUST THE

03:52:54  14   WIRES?

03:52:55  15   Q.   WELL, LET'S START WITH 2007.

03:52:58  16   A.   OKAY.  IN 2007, THE WIRES INTO THAT ACCOUNT WERE

03:53:22  17   $3,801,585.

03:53:27  18   Q.   OKAY.  AND THEN LET'S TALK JUST ABOUT THE WIRES FOR 2006?

03:53:31  19   A.   OKAY.

03:53:32  20   Q.   AND LET'S JUST LEAVE OUT THE INTER ACCOUNT TRANSFERS?

03:53:35  21   A.   I SEE.

03:53:37  22   Q.   FOR 2006, HOW MUCH WAS WIRED INTO THAT ACCOUNT AT BANK OF

03:53:42  23   AMERICA?

03:53:42  24   A.   OKAY.  IN 2006, THE WIRES IN WERE $21,636,919.

03:53:56  25        MR. CANNON:  OBJECTION, YOUR HONOR.

DIRECT EXAMINATION BY MR. PITMAN

03:53:57   1        IF THIS DOCUMENT IS JUST BEING USED TO REFRESH HER

03:54:00   2   RECOLLECTION, THAT'S ONE THING, BUT IT JUST SEEMS SHE'S READING

03:54:03   3   FROM A DOCUMENT THAT'S NOT IN EVIDENCE.

03:54:05   4        THE GOVERNMENT CAN --

03:54:06   5            THE COURT:  OVERRULED.

03:54:07   6        YOU MAY USE THREE WORDS IN FRONT OF THE JURY FOR YOUR

03:54:10   7   OBJECTIONS.  SO IT'S OVERRULED.

03:54:16   8   BY MR. PITMAN:

03:54:16   9   Q.   OKAY.  AND SO THAT'S NOT THE ONLY BANK ACCOUNT YOU LOOKED

03:54:19  10   AT, RIGHT?

03:54:19  11   A.   THAT'S CORRECT.

03:54:20  12   Q.   AND WHEN WE GIVE THE JURY THESE NUMBERS, WE ARE JUST

03:54:23  13   TALKING ABOUT MONEY COMING IN?

03:54:24  14   A.   EXACTLY.

03:54:25  15   Q.   OKAY.  YOU ALSO LOOKED AT MONEY GOING OUT OF THESE

03:54:30  16   ACCOUNTS AS WELL?

03:54:31  17   A.   I DID.

03:54:31  18   Q.   DO YOU REMEMBER WHEN WE SAY "WIRES," CAN YOU DESCRIBE TO

03:54:36  19   THE JURY WHAT WE MEAN BY WIRES COMING INTO THE ACCOUNT?

03:54:38  20   A.   YES.

03:54:40  21        AS OPPOSED TO SOMEONE HAVING A CHECK DEPOSITED, OR CASH

03:54:45  22   THAT THEY CAN TAKE INTO THE BANK AND DEPOSIT, A WIRE TRANSFER,

03:54:51  23   IT'S WIRED FROM ONE BANK TO THEIRS.

03:54:56  24   Q.   OKAY.  AND THEN IS THERE, WHEN THERE'S A WIRE TRANSFER

03:55:00  25   FROM ONE BANK TO ANOTHER, HOW DO YOU DETERMINE THAT THAT HAS

03:55:06  1      OCCURRED BY LOOKING AT THE BANK RECORDS, WHAT RECORD IS LEFT OF

03:55:10  2      THAT?

03:55:10  3      A.   THE BANK STATEMENT WOULD SHOW THAT.

03:55:13  4      Q.   AND DO YOU REMEMBER WITH RESPECT TO THIS ACCOUNT, COULD

03:55:19  5      YOU IDENTIFY THE SOURCE OF SOME OF THE WIRES COMING INTO THE

03:55:25  6      ACCOUNT IN 2006 AND 2007?

03:55:27  7      A.   YES.

03:55:28  8      Q.   AND WHAT WAS THE SOURCE THAT YOU COULD IDENTIFY BASED ON

03:55:31  9      THE BANK RECORDS?

03:55:33  10            MS. POLLACK:  OBJECTION.

03:55:34  11         YOUR HONOR, AGAIN, IT'S COMPOUND.

03:55:38  12            THE COURT:  OVERRULED.

03:55:40  13            THE WITNESS:  THE SOURCES WERE A COMPANY CALLED

03:55:48  14     TIANJIN RUIYU METAL PRODUCTS.

03:55:50  15     Q.   OKAY.

03:55:53  16     A.   THERE WERE OTHER COMPANIES, CARYAN, WHO ELSE, THERE WERE

03:56:04  17     CHOU LIN YEN, I BELIEVE, I WOULD HAVE TO REVIEW IT TO SEE

03:56:08  18     EXACTLY WHO THEY WERE COMING IN FROM.

03:56:11  19     Q.   OKAY.  SO ACCOUNT NUMBER 3797, THE NAME ON THAT ACCOUNT --

03:56:21  20     WHAT WAS THE NAME ON THAT ACCOUNT?

03:56:22  21     A.   REIJIN INTERNATIONAL.

03:56:23  22     Q.   OKAY.  DID THOSE DEPOSITS RAISE ANY QUESTIONS FOR YOU IN

03:56:41  23     YOUR WORK AUDITING THE DEFENDANT'S TAX RETURNS?

03:56:47  24     A.   YES.

03:56:49  25     Q.   AND CAN YOU DESCRIBE THOSE FOR THE JURY?

03:56:52   1    A.   BECAUSE WHEN YOU SEE GROSS RECEIPTS LESS THAN 200,000 AND

03:57:00   2    YOU SEE 30 MILLION GOING INTO A BANK ACCOUNT, YOU HAVE TO

03:57:05   3    WONDER, GOING INTO A BUSINESS BANK ACCOUNT, THAT IS A RED FLAG

03:57:12   4    FOR AN AUDITOR.

03:57:13   5    Q.   SO MONEY GOING INTO A BANK ACCOUNT IS NOT NECESSARILY

03:57:16   6    GROSS RECEIPTS, IS THAT FAIR TO SAY?

03:57:18   7    A.   THAT'S CORRECT.  THAT'S CORRECT.

03:57:20   8    Q.   BUT IT COULD BE?

03:57:23   9    A.   IT COULD BE.

03:57:25  10    Q.   OKAY.  ALL RIGHT.  SO IN ADDITION TO BANK RECORDS, AS PART

03:57:43  11    OF YOUR WORK ON THE AUDIT, DID YOU ALSO REVIEW IRS RECORDS

03:57:50  12    PERTAINING TO THE DEFENDANTS?

03:57:53  13    A.   YES.

03:57:54  14    Q.   OKAY.  LET ME ASK YOU, PLEASE, TO TAKE A LOOK AT

03:58:11  15    EXHIBIT 14, WHICH I BELIEVE IS IN EVIDENCE.  AND LET'S TAKE A

03:58:30  16    LOOK AT THE SECOND PAGE.

03:58:33  17         SO MS. GARRISON, DO YOU RECOGNIZE THIS DOCUMENT?

03:58:39  18    A.   YES.

03:58:40  19    Q.   AND CAN YOU JUST DESCRIBE IT FOR THE JURY, PLEASE.

03:58:42  20    A.   UH-HUH.  WE CALL THAT AN IRP DOCUMENT, IRP.  AND THAT IS A

03:58:49  21    SUMMARY OF ALL THE INFORMATION REPORTS THAT ARE SENT TO THE IRS

03:58:58  22    FOR A PARTICULAR TAXPAYER.

03:59:01  23    Q.   OKAY.  CAN YOU TELL THE JURY, PLEASE, WHAT IS A FORM 1098?

03:59:10  24    A.   UH-HUH.  A 1098 IS THE INFORMATION REPORT THAT'S ISSUED BY

03:59:13  25    THE BANK THAT SHOWS THE MORTGAGE INTEREST PAID.

03:59:20  1    Q.   OKAY.  SO HOW MUCH MORTGAGE INTEREST -- WELL, FIRST OF

03:59:25  2    ALL, CAN YOU TELL THE JURY, IF YOU KNOW, WHOSE DATA IS BEING

03:59:31  3    REPORTED HERE?

03:59:32  4    A.   I BELIEVE THIS IS MEILI LIN'S.

03:59:35  5    Q.   FOR WHICH YEAR?

03:59:36  6    A.   FOR 2007.

03:59:37  7    Q.   SO WHAT'S BEING REPORTED WITH RESPECT TO FORM 1098'S FOR

03:59:41  8    MS. LIN FOR 2007?

03:59:43  9    A.   THAT SHE PAID $478,327 IN MORTGAGE INTEREST.

03:59:52 10    Q.   OKAY.  AND WHAT'S BEING REPORTED HERE WITH RESPECT TO

04:00:03 11    1099-INT'S FOR THE YEAR?

04:00:04 12    A.   THAT WOULD BE INTEREST INCOME AND THAT'S $36,217.

04:00:11 13    Q.   OKAY.  ARE THOSE DATA POINTS, WERE THOSE DATA POINTS OF

04:00:15 14    INTEREST TO YOU AS PART OF YOUR AUDIT?

04:00:18 15    A.   YES.

04:00:21 16    Q.   AND COULD YOU TELL THE JURY WHY?

04:00:23 17    A.   BECAUSE SOMEONE WHO IS REPORTING VERY LITTLE INCOME ON

04:00:28 18    THEIR TAX RETURN, I JUST FIND IT AMAZING THAT THEY CAN PAY

04:00:35 19    $478,000 IN MORTGAGE INSURANCE -- I MEAN MORTGAGE INTEREST,

04:00:42 20    THAT'S A LOT OF MONEY.

04:01:00 21    Q.   ALL RIGHT.  LET ME PLEASE ASK YOU TO TAKE A LOOK AT

04:01:04 22    EXHIBIT 13.  SORRY, EXHIBIT 25, PLEASE.

04:01:27 23         AND IF YOU WOULD LOOK AT THE SECOND PAGE OF EXHIBIT 25.

04:01:32 24    IS THIS A SIMILAR REPORT?

04:01:35 25    A.   YES.

04:01:36   1    Q.   AND FOR WHOM IS THIS INFORMATION REPORTED?

04:01:41   2    A.   THIS LOOKS LIKE IT'S ALSO FROM MEILI LIN.

04:01:44   3    Q.   AND FOR WHICH YEAR?

04:01:45   4    A.   FOR 2006.

04:01:48   5    Q.   AND WHAT WAS THE MORTGAGE INTEREST REPORTED PAID IN THAT

04:01:52   6    YEAR?

04:01:53   7    A.   $225,339.

04:01:57   8    Q.   OKAY.  WHEN YOU STARTED WORKING ON THE CASE, WERE THERE

04:02:12   9    DOCUMENTS IN THE FILE?

04:02:15   10   A.   YES.

04:02:16   11   Q.   OKAY.  LET ME ASK YOU, PLEASE, TO TAKE A LOOK AT AN

04:02:21   12   EXHIBIT THAT'S NOT IN EVIDENCE, EXHIBIT NUMBER 242.

04:02:58   13        ALL RIGHT, MS. GARRISON, CAN YOU SEE EXHIBIT 242?

04:03:01   14   A.   I CAN.

04:03:01   15   Q.   AND WHAT IS IT?

04:03:03   16   A.   IT'S A LOAN APPLICATION.

04:03:06   17   Q.   AND DO YOU RECOGNIZE THIS LOAN APPLICATION?

04:03:08   18   A.   I DO.

04:03:09   19   Q.   WHO IS LISTED AS THE BORROWER?

04:03:15   20   A.   CAN WE MAKE THIS A LITTLE BIT BIGGER.  THANK YOU.  MUCH

04:03:18   21   BETTER.

04:03:18   22        OKAY.  LET ME SEE IT HERE, THIS IS A -- CAN WE MOVE UP A

04:03:29   23   LITTLE BIT, THE BORROWER AND NOT SHOWING.  OR MAKE IT A LITTLE

04:03:37   24   BIT SMALLER OKAY.  HERE IT IS, NOW I SEE IT.

04:03:44   25   Q.   OKAY.  I WILL JUST SEE IF I CAN GET YOU A PHYSICAL --

DIRECT EXAMINATION BY MR. PITMAN

04:03:47  1    A.   IT'S OKAY, I CAN SEE IT.

04:03:59  2    Q.   OKAY.  SO, SORRY, I THINK MY QUESTION WAS, WHO WAS THE

04:04:02  3    BORROWER ON THIS LOAN APPLICATION?

04:04:04  4    A.   IT'S MEILI LIN.

04:04:05  5    Q.   OKAY.  AND DO YOU SEE A SIGNATURE IN THE UPPER RIGHT-HAND

04:04:09  6    CORNER OF THE FIRST PAGE?

04:04:10  7    A.   YES, I DO.

04:04:11  8    Q.   AND LET'S TAKE A LOOK AT THE THIRD PAGE, AND DO YOU SEE A

04:04:20  9    SIGNATURE AT THE BOTTOM OF THE THIRD PAGE?

04:04:22  10   A.   YES, I DO.

04:04:24  11   Q.   AND DO YOU RECOGNIZE THAT SIGNATURE?

04:04:25  12   A.   THAT'S MEILI LIN.

04:04:28  13        MR. PITMAN:  YOUR HONOR, THE GOVERNMENT MOVES FOR

04:04:29  14   ADMISSION OF EXHIBIT 242.

04:04:31  15        THE COURT:  ANY OBJECTION?

04:04:32  16        MS. POLLACK:  NO OBJECTION.

04:04:34  17        THE COURT:  IT WILL BE ADMITTED.

04:04:35  18        (PLAINTIFF'S EXHIBIT 242, WAS ADMITTED INTO EVIDENCE.)

04:04:35  19   BY MR. PITMAN:

04:04:36  20   Q.   OKAY.  SO LET'S TAKE A QUICK LOOK AT THE SECOND PAGE OF

04:04:43  21   THIS EXHIBIT.  AND JOHN, CAN YOU BLOW UP THE UPPER PORTION

04:04:54  22   THERE.  OKAY.  THAT'S GOOD.

04:04:56  23        SO WHAT'S BEING REPORTED AT THE TOP OF THIS DOCUMENT?

04:05:00  24   A.   THAT'S THEIR MONTHLY INCOME.

04:05:03  25   Q.   OKAY.  AND HOW MUCH SUCCESS REPORTED?

DIRECT EXAMINATION BY MR. PITMAN

04:05:10  1      A.   IT SHOWS THAT THEY'RE REPORTING TO EARN $125,000 A MONTH.

04:05:17  2      Q.   OKAY.  AND IF YOU LOOK AT THE FIRST PAGE OF THIS DOCUMENT,

04:05:26  3      CAN YOU TELL THE JURY WHAT PROPERTY?

04:05:30  4      A.   YES.  THIS IS FOR THEIR RESIDENCE, 15024 SPERRY LANE IN

04:05:36  5      SARATOGA.

04:05:37  6      Q.   OKAY.  NOW LET ME ASK YOU, PLEASE, TO TAKE A LOOK AT

04:05:52  7      EXHIBIT 244.  DO YOU SEE EXHIBIT 244?

04:06:07  8      A.   UH-HUH.

04:06:08  9      Q.   AND WHAT IS EXHIBIT 244?

04:06:10  10     A.   THAT'S ANOTHER LOAN APPLICATION.

04:06:12  11     Q.   AND WHO IS LISTED AS THE BORROWER?

04:06:16  12     A.   MEILI LIN.

04:06:17  13     Q.   AND WHAT'S THE PRESENT ADDRESS LISTED THERE?

04:06:22  14     A.   THE SUBJECT PROPERTY ADDRESS IS 188 MINISTRY UNIT 32B IN

04:06:29  15     SAN FRANCISCO.

04:06:30  16     Q.   AND DO YOU RECOGNIZE THAT ADDRESS?

04:06:33  17     A.   YES.

04:06:37  18     Q.   AND HOW DO YOU RECOGNIZE IT?

04:06:38  19     A.   IT'S ONE OF THEIR RENTAL PROPERTIES.

04:06:40  20     Q.   HOW DO YOU KNOW THAT?

04:06:41  21     A.   I DID RESEARCH ON THE BUILDING, IT'S A LUXURY HIGH RISE.

04:06:46  22     Q.   AND LET ME ASK YOU, PLEASE, TO LOOK AT THE FIFTH PAGE OF

04:06:50  23     THIS EXHIBIT -- SORRY, THE SIXTH PAGE.

04:06:56  24          AND DO YOU SEE A SIGNATURE ON THE SIXTH PAGE?

04:06:58  25     A.   YES.

04:07:02  1    Q.   THERE ARE TWO SIGNATURES.

04:07:06  2    A.   I SEE THE BORROWER'S SIGNATURE AS MEILI LIN.

04:07:09  3              MR. PITMAN:  OKAY.  YOUR HONOR, I MOVE FOR ADMISSION

04:07:11  4    OF EXHIBIT 244.

04:07:13  5              MR. CANNON:  OBJECTION AS TO BEING UNSIGNED BY HIM,

04:07:26  6    MR. HORNG.

04:07:27  7              THE COURT:  IT'S NOT BEING OFFERED AS BEING SIGNED BY

04:07:30  8    MR. HORNG, IS IT?

04:07:31  9              MR. PITMAN:  IT IS NOT.

04:07:32  10              MS. POLLACK:  NO OBJECTION AS TO MS. LIN, YOUR HONOR.

04:07:34  11              THE COURT:  OKAY.  IT WILL BE ADMITTED.

04:07:41  12         (PLAINTIFF'S EXHIBIT 244, WAS ADMITTED INTO EVIDENCE.)

04:07:42  13              THE COURT:  IS THERE A DATE?

04:07:43  14              THE WITNESS:  12-30-05.

04:07:46  15    BY MR. PITMAN:

04:07:47  16    Q.   IF WE GO BACK TO THE FIRST PAGE, AND JOHN, CAN YOU JUST

04:07:53  17    BLOW OUT A LITTLE BIT, THANKS.  NOW CAN YOU TURN TO THE THIRD

04:08:11  18    PAGE, PLEASE.  ALL RIGHT.

04:08:13  19         WHAT'S BEING REPORTED THERE AT THE TOP OF THE THIRD PAGE?

04:08:16  20    A.   THAT'S, AGAIN, REPORTING MONTHLY INCOME OF $125,000 A

04:08:22  21    MONTH.

04:08:22  22    Q.   AND THEN IF WE LOOK DOWN A LITTLE BIT ON THE DOCUMENT, DO

04:08:27  23    YOU SEE ON THE LEFT-HAND SIDE, THERE'S A COLUMN ENTITLED

04:08:31  24    ASSETS?

04:08:32  25    A.   YES.

DIRECT EXAMINATION BY MR. PITMAN

| | | |
|---|---|---|
| 04:08:33 | 1 | Q.   AND WHAT ARE THE ASSETS THAT ARE LISTED ON THIS |
| 04:08:40 | 2 | APPLICATION? |
| 04:08:41 | 3 | A.   SOME BANK ACCOUNTS. |
| 04:08:44 | 4 |         MR. CANNON:  OBJECTION, YOUR HONOR. |
| 04:08:45 | 5 |     I HAVE A CONTINUING OBJECTION ON THE GROUNDS OF THIS |
| 04:08:49 | 6 | TESTIMONY. |
| 04:08:51 | 7 |         THE COURT:  NO, I DON'T EVEN UNDERSTAND THE |
| 04:08:53 | 8 | OBJECTION. |
| 04:08:53 | 9 | BY MR. PITMAN: |
| 04:08:56 | 10 | Q.   OKAY.  SO THE FIRST IS A BANK OF AMERICA ACCOUNT? |
| 04:09:00 | 11 | A.   YES. |
| 04:09:01 | 12 | Q.   DO YOU SEE THAT? |
| 04:09:02 | 13 | A.   I DO. |
| 04:09:02 | 14 | Q.   AND BELOW THAT? |
| 04:09:04 | 15 | A.   WELLS FARGO. |
| 04:09:05 | 16 | Q.   OKAY.  AND BELOW THAT? |
| 04:09:07 | 17 | A.   AGRICULTURAL BANK OF CHINA. |
| 04:09:10 | 18 | Q.   AGRICULTURAL BANK OF CHINA.  WHAT'S THE VALUE LISTED FOR |
| 04:09:15 | 19 | THAT ACCOUNT? |
| 04:09:16 | 20 | A.   $880,000. |
| 04:09:18 | 21 | Q.   OKAY.  LET ME ASK YOU, PLEASE, TO TAKE A LOOK AT |
| 04:09:30 | 22 | EXHIBIT 243.  THIS DOCUMENT IS NOT IN EVIDENCE.  DO YOU HAVE |
| 04:09:45 | 23 | EXHIBIT 243 IN FRONT OF YOU? |
| 04:09:47 | 24 | A.   I DO. |
| 04:09:49 | 25 | Q.   OKAY.  AND WHAT IS EXHIBIT 243? |

DIRECT EXAMINATION BY MR. PITMAN                                403

04:09:51   1      A.   THAT'S ANOTHER LOAN APPLICATION.

04:09:53   2           MR. CANNON:  YOUR HONOR, COULD WE HAVE A BRIEF

04:09:54   3      SIDEBAR?

04:09:55   4           THE COURT:  SURE.

04:09:56   5        (SIDEBAR DISCUSSION ON THE RECORD.)

04:10:12   6           MR. CANNON:  YOUR HONOR, I OBJECT TO EXHIBITS 242,

04:10:17   7      243 AND 244.  THESE ARE BANK LOAN APPLICATIONS SIGNED BY

04:10:22   8      MS. LIN, NOT SIGNED BY MY CLIENT, HENRY HORNG.

04:10:26   9         THE GOVERNMENT HAS ASSUMED ITS HER ADMISSIONS, THEY AREN'T

04:10:30  10      HIS ADMISSIONS.

04:10:31  11           THE COURT:  SO I AGREE WITH THAT COMPLETELY, BUT THE

04:10:33  12      GOVERNMENT HASN'T OFFERED THEM AGAINST MR. HORNG.

04:10:35  13         SO YOU CAN ARGUE LATER THAT, AS THE INSTRUCTIONS SAY, THE

04:10:38  14      GOVERNMENT NEEDS TO PROVE SEPARATELY THE -- EACH ELEMENT

04:10:44  15      AGAINST EACH DEFENDANT.  IT DOESN'T SAY THEY HAVE TO PROVE IT

04:10:46  16      WITH IDENTICAL EVIDENCE.

04:10:48  17         SO IT IS NATURAL THAT THERE WOULD BE DIFFERENT EVIDENCE

04:10:51  18      AGAINST EACH OF THEM.  THE LEGAL IMPACT ON THEIR JOINT 1040 IS

04:10:55  19      A DIFFERENT MATTER THAT WE ARE NOT ADDRESSING.

04:10:57  20         BUT THE FACT THAT THIS -- IT'S CLEARLY ESTABLISHED IT'S

04:11:01  21      SIGNED BY MS. LIN, AND THERE'S NO SUGGESTION OTHERWISE.  SO YOU

04:11:04  22      ARE FREE TO ARGUE IT, BUT THERE'S NO QUESTION THAT PERTAINS TO

04:11:09  23      YOUR CLIENT AT THIS POINT.

04:11:11  24           MR. CANNON:  I UNDERSTAND THAT, YOUR HONOR, BUT I

04:11:13  25      DON'T THINK THE JURY UNDERSTANDS THAT.

DIRECT EXAMINATION BY MR. PITMAN

04:11:14  1        THE COURT:  BUT YOU ARE NOT GOING TO GET IT THROUGH

04:11:16  2   TO THE JURY BY OBJECTING.  SO THAT'S WHY THERE'S NO CONTINUING

04:11:20  3   OBJECTION.

04:11:21  4        THE EXHIBIT IS ADMITTED BECAUSE THE SIGNATURE HAS BEEN

04:11:22  5   AUTHENTICATED AND THE REVENUE AGENT RELIED UPON IT.  BUT

04:11:27  6   WHETHER -- YOU KNOW, YOU CAN STAND UP IN FRONT OF THE JURY AND

04:11:30  7   SAY, THIS DOCUMENT IS NOT SIGNED BY MY CLIENT.

04:11:33  8        MR. CANNON:  YOUR HONOR, I WOULD ASK WHEN EVIDENCE IS

04:11:36  9   ADMITTED ONLY AS TO ONE CLIENT, THEY BE TOLD IT'S --

04:11:40  10        THE COURT:  THEN YOU NEED TO PREPARE A LIMITING

04:11:43  11   INSTRUCTION FOR ME, THAT WOULD BE THE PROPER THING TO DO.  AND

04:11:45  12   IF YOU WOULD LIKE TO PREPARE ONE, I WOULD BE MORE THAN GLAD TO

04:11:48  13   READ IT MID-TRIAL.  AND THAT'S REALLY THE PROPER WAY TO HANDLE

04:11:51  14   IT.

04:11:51  15        AND IT CAN BE GENERAL WITH AN EXAMPLE, NOT BY -- YOU KNOW,

04:11:55  16   TO SHOW THAT IF A DOCUMENT IS SIGNED BY ONE PARTY, IT DOESN'T

04:11:58  17   NECESSARILY PERTAIN TO THE OTHER.

04:12:00  18        YOU CAN WORK THAT OUT, AND I'M MORE THAN GLAD TO GIVE THAT

04:12:03  19   INSTRUCTION, BUT WE ARE NOT GOING TO DO IT THROUGH OBJECTING.

04:12:06  20        MR. CANNON:  THAT'S FINE.

04:12:07  21        I APPRECIATE IF THE COURT WOULD JUST GIVE A LIMITING

04:12:10  22   INSTRUCTION NOW SAYING THESE LOAN APPLICATIONS THAT HAVE BEEN

04:12:13  23   RECENTLY ADMITTED INTO EVIDENCE ARE BEING ADMITTED ONLY AGAINST

04:12:16  24   MS. LIN AND NOT AGAINST HENRY HORNG.

04:12:19  25        THE COURT:  I'M GLAD.

DIRECT EXAMINATION BY MR. PITMAN

04:12:20  1          NO OBJECTION TO THAT?

04:12:21  2              MR. PITMAN:  YES, I WOULD HAVE AN OBJECTION --

04:12:23  3              THE COURT:  WELL, THE LEGAL IMPACT ON THE 1040 IS

04:12:25  4      DIFFERENT.  SO I HAVE TO BE CAREFUL.  THAT'S WHY IT'S HELPFUL

04:12:28  5      WHEN YOU DO THESE IN ADVANCE, BECAUSE YOU ALL KNOW THESE

04:12:30  6      DOCUMENTS AND WHAT YOU ARE OFFERING THEM FOR BETTER THAN I DO.

04:12:34  7          BUT I THINK I'M GOING TO LET MR. PITMAN CLARIFY THAT.

04:12:39  8              MR. PITMAN:  FIRST OF ALL, THERE'S ALREADY AN

04:12:41  9      INSTRUCTION, THEY ARE ALREADY GOING TO BE INSTRUCTED THEY'VE

04:12:44  10     GOT TO DETERMINE GUILT AND INNOCENCE WITH RESPECT TO EACH

04:12:47  11     DEFENDANT.

04:12:47  12             THE COURT:  BUT IT DOES HELP TO LET THEM KNOW ALONG

04:12:50  13     THE WAY.  THIS WOULD BE A PROPER LIMITING INSTRUCTION.

04:12:52  14             MR. PITMAN:  I WILL TELL YOU WHY IT'S NOT,

04:12:53  15     YOUR HONOR, BECAUSE THESE ARE THE THREE LOAN APPLICATIONS THAT

04:12:56  16     THIS REVENUE AGENT SHOWED TO MR. HORNG THAT ARE THE BASIS FOR

04:13:00  17     THE TWO FALSE STATEMENTS.

04:13:01  18             THE COURT:  SO THAT'S DIFFERENT, AND THAT COMES IN IN

04:13:07  19     A DIFFERENT AREA OF PROOF.

04:13:08  20         THAT'S WHY I'M NOT PREPARED TO JUST DO THIS ON MY OWN.

04:13:11  21     IT'S COMPLICATED BECAUSE --

04:13:13  22             MR. CANNON:  THERE'S AN ALTERNATIVE THEORY THAT IF

04:13:15  23     MR. PITMAN IS TO OFFER THESE LATER, THEN THEY MAY BE ADMISSIBLE

04:13:18  24     AFTER MR. --

04:13:18  25             THE COURT:  THEY ARE ADMISSIBLE BECAUSE THEY ARE

DIRECT EXAMINATION BY MR. PITMAN

04:13:20   1    ADMISSIBLE AGAINST ONE OF THE DEFENDANTS.

04:13:21   2            MR. CANNON:  BUT THEY ARE NOT ADMISSIBLE AGAINST

04:13:24   3    MR. HORNG.

04:13:24   4            THE COURT:  THEY MAY BE LATER.  HE MAY TIE IT

04:13:27   5    TOGETHER.

04:13:28   6        I WILL GIVE A LIMITING -- YOU KNOW, LET'S SEE WHERE IT'S

04:13:31   7    GOING, BUT I'M NOT GOING TO GIVE SOMETHING RIGHT NOW.

04:13:33   8            MR. PITMAN:  THERE'S NO REQUIREMENT --

04:13:35   9            THE COURT:  THE OBJECTION IS OVERRULED.

04:13:59   10   BY MR. PITMAN:

04:14:00   11   Q.   AGENT GARRISON, DO YOU HAVE EXHIBIT 243 IN FRONT OF YOU?

04:14:05   12   A.   NOT YET.

04:14:37   13           THE COURT:  DO YOU WANT TO DO IT WITH PAPER?

04:14:39   14           MR. PITMAN:  SO I THINK WE JUST WANT TO MAKE SURE,

04:14:41   15   IT'S NOT IN EVIDENCE YET, SO WE ARE JUST --

04:14:44   16           THE COURT:  OH, OKAY.

04:14:45   17           MR. PITMAN:  THANKS, YOUR HONOR.

04:14:47   18   Q.   AND MS. GARRISON, YOU ARE FREE TO USE THE PAPER IF YOU

04:14:50   19   LIKE?

04:14:50   20   A.   EXCUSE ME?

04:14:51   21   Q.   YOU ARE FREE TO USE THE PAPER IF YOU LIKE, THEY ARE

04:14:54   22   TABBED?

04:14:54   23   A.   OKAY.  GOT IT.

04:14:55   24   Q.   OKAY.  SO EXHIBIT 243, HAVE YOU SEEN THIS DOCUMENT BEFORE?

04:14:59   25   A.   YES, I HAVE.

DIRECT EXAMINATION BY MR. PITMAN

| | | |
|---|---|---|
| 04:15:00 | 1 | Q.   WHAT IS IT? |
| 04:15:01 | 2 | A.   IT'S A LOAN APPLICATION. |
| 04:15:04 | 3 | Q.   OKAY.  AND WHO IS THE BORROWER LISTED? |
| 04:15:08 | 4 | A.   MEILI LIN. |
| 04:15:10 | 5 | Q.   AND WHAT'S THE SUBJECT PROPERTY? |
| 04:15:12 | 6 | A.   THE PROPERTY IS 1446 TO 1448 RHODE ISLAND STREET, AND |
| 04:15:19 | 7 | THAT'S IN SAN FRANCISCO. |
| 04:15:20 | 8 | Q.   OKAY.  AND DO YOU KNOW WHETHER THAT PROPERTY IS AFFILIATED |
| 04:15:23 | 9 | WITH THE DEFENDANTS AT ALL? |
| 04:15:24 | 10 | A.   YES, IT'S ANOTHER ONE OF THEIR RENTAL PROPERTIES. |
| 04:15:27 | 11 | Q.   DO YOU SEE A SIGNATURE THERE ON THE FIRST PAGE OF |
| 04:15:30 | 12 | EXHIBIT 243? |
| 04:15:31 | 13 | A.   I DO. |
| 04:15:32 | 14 | Q.   OKAY.  AND IF WE TURN TO THE THIRD PAGE OF 243; DO YOU SEE |
| 04:15:41 | 15 | A SIGNATURE THERE? |
| 04:15:41 | 16 | A.   I DO. |
| 04:15:42 | 17 | Q.   LOOKING BACK TO THE FIRST PAGE, WHO IS THE BORROWER |
| 04:15:48 | 18 | LISTED? |
| 04:15:48 | 19 | A.   MEILI LIN. |
| 04:15:49 | 20 | Q.   OKAY. |
| 04:15:53 | 21 |      MR. PITMAN:  YOUR HONOR, THE GOVERNMENT MOVES FOR |
| 04:15:54 | 22 | ADMISSION. |
| 04:15:55 | 23 |      THE COURT:  I DIDN'T GET AN IDENTIFICATION OF THE |
| 04:15:56 | 24 | SIGNATURE.  WERE YOU GOING TO ASK THAT? |
| 04:15:58 | 25 | BY MR. PITMAN: |

DIRECT EXAMINATION BY MR. PITMAN

04:15:59  1   Q.   AGENT GARRISON, DO YOU RECOGNIZE THE SIGNATURE ON THE

04:16:01  2   FRONT PAGE OF THIS DOCUMENT?

04:16:02  3   A.   I DO, THAT IS MEILI LIN'S SIGNATURE.

04:16:03  4          MR. PITMAN:  THANK YOU.

04:16:04  5        YOUR HONOR, WE MOVE FOR ADMISSION OF EXHIBIT 243.

04:16:07  6          MR. CANNON:  I OBJECT AND MOVE FOR A LIMITING

04:16:10  7   INSTRUCTION.

04:16:10  8          THE COURT:  THE OBJECTION IS OVERRULED.

04:16:11  9        MS. POLLACK, ANY OBJECTION?

04:16:14 10          MS. POLLACK:  NO OBJECTION.

04:16:15 11          THE COURT:  THANK YOU.  EXHIBIT 243 WILL BE ADMITTED.

04:16:21 12        (PLAINTIFF'S EXHIBIT 243 WAS ADMITTED INTO EVIDENCE.)

04:16:21 13          THE COURT:  AND IS THERE A SIGNATURE DATE ON THIS

04:16:23 14   DOCUMENT?

04:16:24 15          THE WITNESS:  IT IS 5 -- IT LOOKS LIKE 23.  THAT'S

04:16:33 16   HARD TO READ.  IT'S IN 2006.  I THINK IT'S 5-23-2006.

04:16:39 17          THE COURT:  THANK YOU.

04:16:41 18          MR. PITMAN:  OKAY.

04:16:41 19   Q.   AND IF YOU LOOK AT THE TOP OF THE SECOND PAGE --

04:16:47 20   A.   YES.

04:16:48 21   Q.   WHAT'S BEING REPORTED THERE?

04:16:55 22   A.   THAT IS REPORTING A MONTHLY INCOME OF $133,000.

04:17:02 23   Q.   OKAY.  SO THESE ARE SOME OF THE MATERIALS THAT YOU

04:17:07 24   REVIEWED AS PART OF YOUR WORK ON THE AUDIT?

04:17:10 25   A.   YES.

DIRECT EXAMINATION BY MR. PITMAN

| | | |
|---|---|---|
| 04:17:11 | 1 | Q.   AS PART OF YOUR WORK ON THE AUDIT, DID YOU ENCOUNTER AN |
| 04:17:30 | 2 | ENTITY CALLED FLORENCE TRADING? |
| 04:17:35 | 3 | A.   YES, I DID. |
| 04:17:36 | 4 | Q.   OKAY.  AND DO YOU REMEMBER HOW IT IS THAT AN ENTITY CALLED |
| 04:17:49 | 5 | FLORENCE TRADING CAME TO YOUR ATTENTION? |
| 04:17:51 | 6 | A.   YES.  AS I MENTIONED, I REQUEST BANK RECORDS FROM ALL |
| 04:17:58 | 7 | ACCOUNTS WHERE THEY HAVE POWER OVER THE ACCOUNT, SIGNATURE |
| 04:18:03 | 8 | AUTHORITY ON THE ACCOUNT.  AND ACCOUNT RECORDS CAME BACK TO ME |
| 04:18:07 | 9 | FOR ACCOUNTS IN THE NAME OF FLORENCE TRADING. |
| 04:18:14 | 10 | Q.   OKAY.  LET ME ASK YOU -- WELL, JOHN, DO YOU HAVE 595? |
| 04:18:27 | 11 | MR. PITMAN:  YOUR HONOR, I BELIEVE 595 IS IN |
| 04:18:31 | 12 | EVIDENCE.  I REQUEST PERMISSION TO PUBLISH THE FIRST PAGE OF |
| 04:18:35 | 13 | 595. |
| 04:18:36 | 14 | THE COURT:  ALL RIGHT. |
| 04:18:40 | 15 | MR. PITMAN:  SO ACTUALLY, LET'S GO DOWN TWO PAGES, |
| 04:18:44 | 16 | JOHN.  THERE WE GO.  OKAY. |
| 04:18:46 | 17 | Q.   SO WHAT ARE WE LOOKING AT HERE? |
| 04:18:51 | 18 | A.   THAT IS A BANK STATEMENT FOR FLORENCE TRADING COMPANY. |
| 04:18:58 | 19 | Q.   OKAY.  AND WHEN YOU SAY FOR FLORENCE TRADING, YOU MEAN |
| 04:19:04 | 20 | THAT'S THE NAME THAT'S LISTED IN THE ADDRESS BOX THERE? |
| 04:19:06 | 21 | A.   NO, THE ADDRESS -- WELL, THAT'S THE NAME LISTED IN THAT |
| 04:19:10 | 22 | BOX, BUT THE ADDRESS BELONGS TO THE DEFENDANTS. |
| 04:19:14 | 23 | Q.   OKAY. |
| 04:19:16 | 24 | MR. CANNON:  OBJECTION. |
| 04:19:19 | 25 | I DON'T BELIEVE THIS IS AN ACCOUNT THAT'S BEEN PREVIOUSLY |

04:19:22   1      MOVED INTO EVIDENCE.

04:19:24   2                  THE CLERK:  YES, IT IS.

04:19:25   3                  THE COURT:  I THINK THIS EXHIBIT IS IN EVIDENCE.

04:19:28   4      OVERRULED.

04:19:29   5      BY MR. PITMAN:

04:19:35   6      Q.   SO WHEN YOU REQUESTED BANK RECORDS, YOU RECEIVED RECORDS

04:19:42   7      IN RESPONSE, AND SOME OF THEM HAD THE NAME FLORENCE TRADING ON

04:19:46   8      THEM?

04:19:47   9      A.   THAT'S CORRECT.

04:19:47  10      Q.   OKAY.  NOW LET ME ASK YOU, DO YOU REMEMBER WHEN WE WERE

04:19:54  11      LOOKING AT THE DEFENDANT'S 1040'S, WHETHER THERE WAS AN ENTITY

04:20:02  12      CALLED FLORENCE TRADING REPORTED ON THOSE RETURNS?

04:20:09  13      A.   NO, THERE WAS NOT.

04:20:16  14      Q.   DID YOU HAVE ANY OTHER REASON TO BE INTERESTED IN FLORENCE

04:20:21  15      TRADING?

04:20:23  16      A.   YES, BECAUSE THEY HAD AUTHORITY ON THE BANK ACCOUNT, AND

04:20:32  17      THERE WAS ACTIVITY IN THE BANK ACCOUNT.

04:20:38  18      Q.   SO WHAT SORT OF -- WHAT SORT OF QUESTIONS DID THAT RAISE

04:20:46  19      FOR YOU?

04:20:46  20      A.   WHAT IS THIS COMPANY, WHY DO YOU HAVE AUTHORITY ON IT AND

04:20:55  21      WHY IS THERE MONEY GOING INTO IT THAT I DON'T HAVE AN

04:21:02  22      EXPLANATION FOR, SO I ASKED THEM ABOUT IT.

04:21:05  23      Q.   LET ME ASK YOU, PLEASE, TO TAKE A LOOK AT EXHIBIT 604,

04:21:12  24      WHICH I BELIEVE IS IN EVIDENCE.

04:21:19  25                  THE COURT:  IS THIS IN EVIDENCE?

DIRECT EXAMINATION BY MR. PITMAN

04:21:21  1      THE CLERK:  YES, YOUR HONOR.  IT IS.

04:21:25  2   BY MR. PITMAN:

04:21:26  3   Q.  AND I WOULD LIKE TO TAKE A LOOK AT ONE -- OKAY.  SO --

04:21:31  4   WELL, ACTUALLY, IT MIGHT BE EASIER, MS. GARRISON, IF YOU HAD

04:21:34  5   THE EXHIBIT IN FRONT OF YOU.

04:21:36  6      MAY I APPROACH THE WITNESS, YOUR HONOR?

04:21:37  7      THE COURT:  YES.

04:22:27  8   Q.  AND GENERALLY SPEAKING, WHAT DOES EXHIBIT 604 CONSIST OF?

04:22:36  9   A.  CHECKS WRITTEN FROM REIJIN.

04:22:45  10  Q.  AND LET ME ASK, JOHN, CAN YOU TURN TO ABOUT THE 30TH PAGE

04:22:58  11  AND ENLARGE THE BATES NUMBER, PLEASE.

04:23:01  12     OKAY.  CAN WE TAKE A LOOK, PLEASE, MS. GARRISON, I'M

04:23:04  13  DIRECTING YOU TO A SPECIFIC ITEM WITHIN THIS EXHIBIT, AND I

04:23:07  14  WOULD LIKE YOU TO TAKE A LOOK AT IT.  DOES THIS LOOK FAMILIAR

04:23:12  15  TO YOU?

04:23:13  16  A.  YES.

04:23:13  17  Q.  AND WHAT ARE WE LOOKING AT HERE?

04:23:15  18  A.  A DEPOSIT SLIP AND THE NAME IS MEILI LIN, DBA, DOING

04:23:23  19  BUSINESS AS, FLORENCE TRADING.

04:23:26  20  Q.  AND DID YOU NOTICE THIS DOCUMENT WHEN YOU WERE WORKING ON

04:23:29  21  YOUR AUDIT?

04:23:30  22  A.  DEFINITELY.

04:23:31  23  Q.  AND DID THIS RAISE QUESTIONS FOR YOU ABOUT FLORENCE

04:23:34  24  TRADING?

04:23:34  25  A.  YES.

04:23:35   1       Q.   WHAT DID YOU SAY, DBA?

04:23:40   2       A.   DOING BUSINESS AS.

04:23:42   3       Q.   LET ME ASK YOU TO TURN TO EXHIBIT 591.

04:24:20   4            AND GENERALLY SPEAKING, CAN YOU TELL THE JURY WHAT YOU SEE

04:24:26   5       IN FRONT OF YOU IN EXHIBIT 591?

04:24:29   6       A.   UH-HUH.  THIS IS A SIGNATURE CARD SHOWING MEILI LIN DOING

04:24:39   7       BUSINESS AS REIJIN INTERNATIONAL.

04:24:42   8       Q.   OKAY.  AND LET ME -- JOHN, WOULD YOU MIND TURNING 35 PAGES

04:24:49   9       INTO THIS EXHIBIT.  CAN I SEE THE BATES NUMBER, JOHN.  ONE MORE

04:25:10  10       PAGE, PLEASE.  CAN YOU GO DOWN ONE PAGE.  KEEP GOING.  OKAY.

04:25:23  11       THAT'S THE PAGE I'M INTERESTED IN.

04:25:27  12            ALL RIGHT.  SO MS. GARRISON, WHAT ARE WE LOOKING AT HERE?

04:25:34  13       A.   THAT'S A SIGNATURE CARD FOR THE FLORENCE TRADING COMPANY

04:25:39  14       ACCOUNT.

04:25:41  15            THE COURT:  COULD WE GET A PAGE NUMBER?  THIS RECORD

04:25:44  16       ISN'T GOING TO -- I'M NOT GOING TO BE ABLE TO WALK THROUGH THIS

04:25:47  17       RECORD.

04:25:48  18            MR. PITMAN:  THE EXHIBIT IS 591 AND THE PAGE NUMBER,

04:25:51  19       AND THE BATES NUMBER IS U.S. 202188.

04:25:59  20            THE COURT:  THANK YOU.

04:26:00  21            MR. PITMAN:  OKAY.

04:26:02  22       Q.   OKAY.  SO I'M SORRY, I DIDN'T CATCH YOUR ANSWER.  WHAT ARE

04:26:11  23       WE LOOKING AT HERE?

04:26:12  24       A.   WE ARE LOOKING AT THE SIGNATURE CARD FOR FLORENCE TRADING

04:26:16  25       COMPANY.

04:26:16   1    Q.   OKAY.

04:26:17   2    A.   DID YOU WANT ME TO TELL YOU THE SIGNERS OR --

04:26:23   3    Q.   SO WHAT IS A SIGNATURE CARD?

04:26:24   4    A.   EXCUSE ME?

04:26:25   5    Q.   WHAT IS A SIGNATURE CARD?

04:26:26   6    A.   THAT'S WHO HAS AUTHORITY OVER THE ACCOUNT, WHO CAN SIGN.

04:26:30   7    Q.   AND IS THIS A SIGNATURE CARD FOR A CHINATRUST BANK

04:26:33   8    ACCOUNT?

04:26:34   9    A.   YES, IT IS.

04:26:34  10    Q.   AND WHAT'S THE TITLE OF THE ACCOUNT?

04:26:37  11    A.   FLORENCE TRADING COMPANY.

04:26:39  12    Q.   AND WHO ARE THE SIGNERS?

04:26:41  13    A.   TIEN FU LIN AND MEILI LIN.

04:27:03  14    Q.   IS IT FAIR TO SAY YOU HAD SOME QUESTIONS ABOUT FLORENCE

04:27:06  15    TRADING AS WELL?

04:27:07  16    A.   YES, BECAUSE SHE'S LISTED AS VICE PRESIDENT.

04:27:10  17    Q.   SO WE'VE GONE THROUGH THE WORK YOU DID LOOKING AT THE

04:27:16  18    DEFENDANT'S TAX RETURNS, SOME OF THE WORK YOU DID LOOKING AT

04:27:22  19    BANK RECORDS, LOAN APPLICATIONS, AND SOME QUESTIONS YOU HAD

04:27:28  20    ABOUT FLORENCE TRADING.

04:27:33  21         DID THERE COME A TIME WHEN YOU SET UP SOME MEETINGS WITH

04:27:38  22    THE DEFENDANTS?

04:27:39  23    A.   YES.

04:27:39  24    Q.   OKAY.  AND WHY WAS IT IMPORTANT TO MEET WITH THE

04:27:43  25    DEFENDANTS?

DIRECT EXAMINATION BY MR. PITMAN                                    414

04:27:44   1    A.   SO THAT THEY COULD EXPLAIN TO ME HOW THEIR BUSINESS

04:27:49   2    OPERATES AND JUST GIVE ME A CLEARER PICTURE OF WHAT WAS

04:27:53   3    HAPPENING.

04:27:55   4    Q.   OKAY.  SO DO YOU REMEMBER INITIALLY MEETING WITH MS. SHI?

04:28:06   5    A.   THE INITIAL, THE FIRST APPOINTMENT, YES, IT WAS SUPPOSED

04:28:10   6    TO BE ALL THREE, BUT THEY -- DEFENDANTS DIDN'T MAKE IT TO THAT

04:28:15   7    APPOINTMENT, SO IT WAS JUST MS. SHI.

04:28:18   8    Q.   OKAY.  AND DO YOU REMEMBER WHEN THAT MEETING OCCURRED?

04:28:20   9    A.   I DON'T RECALL THE SPECIFIC DATE.

04:28:29   10   Q.   IS THERE ANYTHING THAT MIGHT HELP YOU REMEMBER THAT?

04:28:34   11   A.   MY ACTIVITY RECORD.

04:28:43   12   Q.   OKAY.  CAN YOU TURN TO PAGE, OR SORRY, EXHIBIT 238.  IS

04:28:47   13   THAT IN THE BINDER IN FRONT OF YOU THERE?

04:28:49   14   A.   THAT WAS ON 12 -- IT SAYS IT'S 12-16, BUT I BELIEVE THAT

04:29:37   15   WAS ACTUALLY AN ERROR, WHEN I REVIEWED MY RECORDS I BELIEVE IT

04:29:40   16   WAS ACTUALLY 12-17 THAT THAT OCCURRED.

04:29:44   17   Q.   12-17?

04:29:46   18   A.   OH, 2009.  SORRY.

04:29:48   19   Q.   SO DECEMBER 17, 2009 WAS YOUR FIRST MEETING?

04:29:51   20   A.   YES.

04:29:52   21   Q.   AND THE DEFENDANTS WEREN'T PRESENT AT THAT MEETING?

04:29:54   22   A.   NO.

04:29:58   23   Q.   OKAY.  WHERE DID THAT MEETING OCCUR?

04:30:03   24   A.   THAT WAS AT MS. SHI'S ACCOUNTING OFFICE IN CUPERTINO.

04:30:08   25   Q.   IN CUPERTINO AT MS. SHI'S OFFICE.  OKAY.

04:30:12  1          AND OTHER THAN YOURSELF AND MS. SHI, WAS ANYBODY PRESENT?

04:30:17  2     A.   AT THAT INTERVIEW, NO.

04:30:18  3     Q.   OKAY.  YOU MENTIONED EARLIER THAT MS. SHI WAS WORKING WITH

04:30:27  4     THE DEFENDANTS IN CONNECTION WITH THE AUDIT?

04:30:30  5     A.   YES.

04:30:30  6     Q.   DID SHE HAVE ANY OTHER INVOLVEMENT IN THE TAX RETURNS AT

04:30:34  7     ISSUE?

04:30:37  8     A.   SHE DID THE BOOKKEEPING.

04:30:39  9     Q.   OKAY.  AND DO YOU KNOW -- WELL, LET ME ASK YOU TO TAKE A

04:30:43  10    LOOK AT EXHIBIT 1 -- OR, SORRY, EXHIBIT 2.  THIRD PAGE, BOTTOM

04:30:56  11    HALF.

04:30:59  12         WERE YOU AWARE THAT CINDY SHI WAS INVOLVED IN PREPARING

04:31:05  13    THIS RETURN?

04:31:07  14    A.   YES.

04:31:07  15    Q.   SO CAN YOU DESCRIBE THAT FOR THE JURY, PLEASE?

04:31:13  16    A.   I'M SORRY, I DON'T UNDERSTAND THE QUESTION.

04:31:15  17    Q.   SO I THINK SO FAR, WE'VE TALKED TO THE JURY ABOUT THE WORK

04:31:19  18    CINDY SHI DID IN CONNECTION WITH THE AUDIT?

04:31:19  19    A.   UH-HUH.

04:31:26  20    Q.   I'VE ASKED YOU WHETHER SHE HAD ANY INVOLVEMENT IN THE

04:31:28  21    RETURN OTHER THAN THE AUDIT?

04:31:30  22    A.   OH, YES, SHE PREPARED THE RETURN.

04:31:32  23    Q.   CAN YOU DESCRIBE TO THE JURY WHAT YOU MEAN BY "SHE

04:31:35  24    PREPARED THE RETURN?"

04:31:36  25    A.   SHE TOOK INFORMATION FROM HER CLIENTS AND COMPLETED THE

04:31:44   1     TAX RETURN FOR THEM.  THEY WOULD REVIEW IT, SIGN IT, AND IT

04:31:49   2     WOULD BE SENT IN TO THE IRS.

04:31:52   3     Q.   OKAY.  SO AFTER YOUR INITIAL MEETING WITH MS. SHI IN

04:31:57   4     DECEMBER OF 2009, DID YOU SET UP ANOTHER MEETING?

04:32:02   5     A.   I DID, BECAUSE I NEEDED TO INTERVIEW THE TAXPAYERS, THE

04:32:07   6     DEFENDANTS, AND LIKE I MENTIONED THEY DIDN'T MAKE IT TO THE

04:32:13   7     FIRST APPOINTMENT, SO I SCHEDULED ANOTHER ONE.  I MET WITH THEM

04:32:24   8     JANUARY 13TH.

04:32:24   9              THE COURT:  OF WHAT YEAR?

04:32:26  10              THE WITNESS:  OF 2010.

04:32:32  11     Q.   OKAY.  SO YOU HAD -- THERE WAS ANOTHER MEETING?

04:32:34  12     A.   YES.

04:32:35  13     Q.   THAT HAPPENED IN JANUARY OF 2010?

04:32:37  14     A.   UH-HUH.

04:32:38  15     Q.   ABOUT A MONTH AFTER YOU MET WITH CINDY SHI?

04:32:40  16     A.   RIGHT.

04:32:41  17     Q.   WHERE WAS THIS SECOND MEETING CONDUCTED?

04:32:44  18     A.   THAT WAS, AGAIN, AT MS. SHI'S OFFICE.

04:32:46  19     Q.   OKAY.  AND WHO WAS PRESENT AT THAT MEETING?

04:32:49  20     A.   BOTH OF THE DEFENDANTS AND MS. SHI AND MYSELF.

04:32:56  21     Q.   OKAY.  AND WERE YOU THERE IN YOUR OFFICIAL CAPACITY?

04:33:01  22     A.   OH, YES.

04:33:02  23     Q.   WAS THIS PART OF THE AUDIT?

04:33:04  24     A.   YES.

04:33:05  25     Q.   YOU WEREN'T THERE FOR A SOCIAL VISIT?

04:33:07  1    A.   NO.

04:33:08  2    Q.   OKAY.  DID BOTH OF THE DEFENDANTS -- DID YOU SPEAK TO THE

04:33:18  3    DEFENDANTS DURING THAT MEETING?

04:33:20  4    A.   YES.

04:33:21  5    Q.   AND YOU WERE ABLE TO ENGAGE WITH BOTH OF THEM?

04:33:23  6    A.   OH, YES.

04:33:24  7    Q.   OKAY.  DID YOU ASK THE DEFENDANTS WHETHER OR NOT THEY WERE

04:33:29  8    U.S. CITIZENS?

04:33:31  9    A.   YES, I ASKED.

04:33:32  10            MR. CANNON:  OBJECTION.

04:33:34  11         COULD WE HAVE A FOUNDATION TO A PARTICULAR PERSON?

04:33:39  12            THE COURT:  OKAY.  WHY DON'T YOU BREAK THAT DOWN.

04:33:41  13   BY MR. PITMAN:

04:33:42  14   Q.   DID YOU ASK MS. LIN IF SHE WAS A U.S. CITIZEN?

04:33:45  15   A.   YES, AND SHE TOLD ME SHE WAS.

04:33:47  16   Q.   AND DID YOU ASK MR. HORNG WHETHER HE WAS A U.S. CITIZEN?

04:33:51  17   A.   YES, AND HE TOLD ME HE WAS.

04:33:52  18   Q.   AND WHY DID YOU ASK THAT QUESTION?

04:33:55  19   A.   I WANTED IT FOR THE RECORD, I'M BUILDING A PICTURE, I'M

04:34:00  20   TRYING TO LEARN AS MUCH INFORMATION AS POSSIBLE.

04:34:03  21   Q.   IS SOMEONE'S CITIZENSHIP IMPORTANT, POTENTIALLY FOR THEIR

04:34:09  22   TAX REPORTING OBLIGATIONS?

04:34:14  23   A.   THERE COULD BE -- YES.  I MEAN, IT DEPENDS ON WHETHER

04:34:18  24   THEY'RE A U.S. PERSON, AND YEAH, IT COULD DEPEND.

04:34:22  25   Q.   OKAY.  DID YOU ASK THE DEFENDANTS WHETHER THEY KEPT CASH?

04:34:31  1          MR. CANNON:  OBJECTION.  FOUNDATION.  SPECIFIC

04:34:33  2     DEFENDANTS.

04:34:35  3          THE COURT:  YOU WILL NEED TO BREAK IT DOWN SO THAT

04:34:37  4     THE RECORD IS CLEAR.

04:34:38  5          MR. PITMAN:  OKAY.

04:34:38  6     Q.   DID YOU ASK EITHER OF THE DEFENDANTS WHETHER THEY KEPT

04:34:41  7     CASH?

04:34:43  8     A.   YES, I ASKED BOTH OF THE DEFENDANTS WHETHER THEY

04:34:46  9     MAINTAINED ANY CASH OUTSIDE OF A BANK, WE WOULD CALL THAT A

04:34:52  10    CASH HOARD.

04:34:53  11    Q.   AND WHY DID YOU ASK THEM ABOUT THAT?

04:34:55  12    A.   WE ALWAYS JUST LIKE TO KNOW HOW MUCH THEY HAVE AVAILABLE

04:35:00  13    TO SPEND THAT IS NOT ACCOUNTED FOR IN A BANK.

04:35:04  14    Q.   AND DO YOU REMEMBER WHO RESPONDED TO YOUR QUESTION TO THEM

04:35:10  15    ABOUT CASH?

04:35:11  16    A.   I DON'T RECALL WHICH ONE.  I RECALL AN ANSWER WAS JUST A

04:35:16  17    COUPLE HUNDRED DOLLARS, BUT AS FAR AS WHICH OF THEM TOLD ME

04:35:21  18    THAT, I DON'T RECALL, SPECIFICALLY.

04:35:23  19    Q.   OKAY.  DID YOU ASK THEM BOTH WHETHER THEY HAD ANY

04:35:31  20    NONTAXABLE SOURCES OF INCOME IN 2006 AND 2007?

04:35:35  21          MR. CANNON:  OBJECTION.  AMBIGUOUS.

04:35:39  22    BY MR. PITMAN:

04:35:40  23    Q.   SO MS. GARRISON, DID YOU DIRECT EACH ONE OF THESE

04:35:43  24    QUESTIONS SPECIFICALLY AT ONE PERSON OR THE OTHER?

04:35:45  25    A.   I ASKED THEM TOGETHER.

04:35:48  1    Q.   OKAY.

04:35:49  2    A.   BECAUSE IT'S A JOINT RETURN.  THERE'S ONE QUESTION I ASKED

04:35:56  3    THEM EACH SPECIFICALLY BY THEMSELVES.

04:36:00  4    Q.   OKAY.  SO DID YOU ASK THEM BOTH COLLECTIVELY WHETHER THEY

04:36:05  5    HAD ANY NONTAXABLE SOURCES OF INCOME IN 2006 AND 2007?

04:36:09  6    A.   YES.

04:36:10  7         MR. CANNON:  OBJECTION.  AMBIGUOUS.

04:36:12  8         THE COURT:  SO I WILL WAIT TO HEAR THE ANSWER

04:36:15  9    BEFORE -- I THINK WE UNDERSTAND THE WITNESS'S METHOD OF ASKING

04:36:17  10   THE QUESTION.  WE WILL SEE WHAT THE METHOD OF GETTING THE

04:36:20  11   ANSWER WAS.

04:36:21  12        THE WITNESS:  I DID ASK THEM ABOUT IT.

04:36:23  13   BY MR. PITMAN:

04:36:24  14   Q.   OKAY.  AND DO YOU REMEMBER WHICH ONE OF THEM ANSWERED THE

04:36:26  15   QUESTION?

04:36:28  16   A.   MEILI LIN SAID THAT SHE GOT GIFTS FROM HER FATHER.

04:36:34  17   Q.   OKAY.  AND DID SHE GIVE YOU ANY MORE SPECIFICS ABOUT THE

04:36:38  18   GIFTS THAT SHE GOT FROM --

04:36:40  19   A.   YES, I ASKED HOW MUCH.

04:36:41  20   Q.   DID SHE GIVE YOU ANY MORE SPECIFICS ABOUT THE GIFTS THAT

04:36:45  21   SHE GOT FROM HER FATHER?

04:36:47  22   A.   YES.

04:36:48  23   Q.   AND CAN YOU TELL THE JURY ABOUT THAT, PLEASE?

04:36:52  24   A.   SHE SAID SHE GOT $95,000 AS A GIFT FROM HER FATHER.

04:36:56  25   Q.   OKAY.  AND DO YOU REMEMBER WHETHER SHE TOLD YOU SHE GOT

04:36:59   1    THAT AMOUNT EVERY YEAR OR IN ONE PARTICULAR YEAR?

04:37:06   2    A.   I DON'T RECALL SPECIFICALLY.

04:37:13   3    Q.   OKAY.  DID EITHER OF THEM IDENTIFY ANY OTHER SOURCES OF

04:37:22   4    TAXABLE INCOME THAT THEY RECEIVED IN 2006 OR 2007?

04:37:29   5    A.   TAXABLE INCOME, NO.

04:37:30   6    Q.   NONTAXABLE INCOME?

04:37:34   7    A.   NONTAXABLE INCOME, THEY DID SAY THAT THEY HAD REFINANCED A

04:37:40   8    HOUSE AND THEY MAY HAVE RECEIVED CASH BACK.  THEY WEREN'T

04:37:43   9    CERTAIN OF THE AMOUNT.  NO INHERITANCE.  THOSE WERE THE ONLY

04:37:53   10   NONTAXABLES.

04:37:54   11   Q.   OKAY.  AND WHY DID YOU ASK THAT QUESTION?

04:37:57   12   A.   BECAUSE WHEN I LOOK INTO THE BANK ACCOUNTS, I LIKE TO SEE

04:38:02   13   IF THERE'S DEPOSITS IN THERE THAT SHOULDN'T -- WOULDN'T BE

04:38:10   14   TAXABLE.  I JUST LIKE TO MAKE SURE THAT I DON'T LOOK AT

04:38:13   15   SOMETHING AS INCOME IF IT'S NOT.

04:38:18   16   Q.   OKAY.

04:38:18   17   A.   I JUST LIKE TO DIFFERENTIATE, WHAT ELSE IS COMING IN HERE.

04:38:22   18   Q.   OKAY.  ONE OF THE DOCUMENTS WE LOOKED AT EARLIER HAD A

04:38:26   19   NAME ON IT, TIEN FU LIN?

04:38:32   20   A.   YES.

04:38:33   21   Q.   DO YOU REMEMBER THAT NAME?

04:38:34   22   A.   YES, I BELIEVE THAT'S MEILI'S FATHER.

04:38:36   23   Q.   AND WHY DO YOU THINK THAT TO BE TRUE?

04:38:39   24   A.   BECAUSE SHE TOLD ME.

04:38:41   25   Q.   AND HAVE YOU EVER HEARD THE NAME PING KUANG LIN?

DIRECT EXAMINATION BY MR. PITMAN

04:38:47   1      A.    YES.

04:39:00   2      Q.    AND WHO DO YOU BELIEVE PING KUANG LIN TO BE?

04:39:03   3      A.    MEILI LIN'S BROTHER.

04:39:05   4      Q.    AND WHAT MAKES YOU SAY THAT?

04:39:07   5      A.    SHE TOLD ME.

04:39:08   6      Q.    I'M GOING TO GIVE YOU ANOTHER ONE, CHOU YUEN LIN.

04:39:18   7      C-H-O-U, Y-U-E-N, L-I-N.

04:39:22   8      A.    THAT'S HER MOTHER.

04:39:24   9      Q.    AND WHY DO YOU SAY THAT?

04:39:25   10     A.    BECAUSE SHE TOLD ME.

04:39:26   11     Q.    AND ONE MORE, MEI-ZU LIN.  AND WHO DO YOU BELIEVE THAT TO

04:39:42   12     BE?

04:39:42   13     A.    HER SISTER.

04:39:43   14     Q.    AND WHY DO YOU SAY THAT?

04:39:45   15     A.    SHE TOLD ME.

04:39:46   16     Q.    OKAY.  SO YOU MENTIONED EARLIER THAT THERE WAS ONE

04:39:55   17     SPECIFIC QUESTION YOU REMEMBER ASKING EACH OF THEM

04:39:58   18     INDIVIDUALLY?

04:39:58   19     A.    YES.

04:39:59   20     Q.    WHAT WAS THAT QUESTION?

04:39:59   21     A.    I ASKED THEM IF THEY HAD ANY FOREIGN BANK ACCOUNTS EVER.

04:40:04   22     Q.    SO YOU ASKED THEM BOTH INDIVIDUALLY?

04:40:06   23     A.    YES.

04:40:07   24     Q.    IF THEY HAD EVER HAD ANY FOREIGN BANK ACCOUNTS?

04:40:09   25     A.    YES.

04:40:10  1    Q.   OKAY.  AND DO YOU REMEMBER WHAT THEY TOLD YOU?

04:40:12  2    A.   THEY SAID THEY DID NOT.

04:40:14  3    Q.   OKAY.  SO THEY EACH TOLD YOU THAT THEY --

04:40:17  4    A.   AND I THEN ASKED IT A SECOND TIME TO MAKE SURE THEY

04:40:20  5    UNDERSTOOD WHAT I MEANT.  DO YOU HAVE ANY FOREIGN BANK ACCOUNTS

04:40:25  6    OR ANY ACCOUNTS OUTSIDE THE U.S. NOW OR IN THE PAST?  AND I

04:40:29  7    EVEN GAVE SOME SPECIFIC COUNTRIES.  AND THEY EACH TOLD ME NO,

04:40:35  8    THEY DID NOT.

04:40:36  9    Q.   OKAY.  SO DID YOU ALSO DISCUSS WITH THEM REIJIN

04:40:50  10   INTERNATIONAL?

04:40:51  11   A.   YES.

04:40:52  12   Q.   REIJIN INTERNATIONAL.  SO WHAT DID THEY TELL YOU ABOUT

04:41:00  13   REIJIN INTERNATIONAL AND WHAT IT DOES?

04:41:03  14   A.   IT'S AN EXPORTER OF SCRAP METALS.

04:41:06  15   Q.   OKAY.  AND DID THEY DESCRIBE TO YOU --

04:41:14  16        MR. CANNON:  AMBIGUOUS.

04:41:23  17        THE COURT:  WHY DON'T YOU BREAK IT DOWN, RATHER THAN

04:41:26  18   "THEY."

04:41:28  19   BY MR. PITMAN:

04:41:28  20   Q.   SO DURING THIS MEETING, REIJIN'S BUSINESS MODEL WAS

04:41:32  21   DESCRIBED TO YOU; IS THAT CORRECT?

04:41:33  22   A.   YES.

04:41:34  23   Q.   DO YOU REMEMBER SPECIFICALLY WHO IT WAS THAT DESCRIBED

04:41:41  24   REIJIN'S BUSINESS MODEL TO YOU DURING THIS MEETING?

04:41:44  25   A.   THEY BOTH HAD INPUT DURING THE MEETING, BUT I'M NOT SURE

04:41:49   1     WHO ANSWERED WHICH QUESTION, IT WAS TOGETHER.

04:41:55   2               MR. PITMAN:  SO YOUR HONOR, MAY I PROCEED?

04:41:57   3               THE COURT:  YES.

04:41:58   4     Q.   SO WHAT DID THEY TELL YOU ABOUT WHAT REIJIN DID?

04:42:04   5     A.   THEIR DAILY, YOU MEAN -- THEY CHECKED THE PRICES ON METALS

04:42:14   6     IN THE U.S. ON THE STOCK MARKET PRICES, WHAT IT'S GOING FOR,

04:42:19   7     AND THEN THEY CONTACT -- OR THEY SAID THE SUPPLIERS CONTACT

04:42:27   8     THEM, BUT IF THEY HAVE SOMETHING THEY SPECIFICALLY NEED, THEY

04:42:33   9     CONTACT THE SUPPLIER.  AND IF THEY HAVE A GOOD RATE ON IT, THEN

04:42:40  10     THEY PLACE AN ORDER.

04:42:42  11          AND THEY SAY THEY NEED THE MONEY IN ADVANCE IN ORDER TO

04:42:47  12     GET -- THEY LIKE TO KEEP THE CUSTOMER'S MONEY IN ADVANCE IN

04:42:53  13     THEIR BANK ACCOUNTS SO THAT IF A GOOD DEAL COMES UP ON METALS,

04:42:58  14     THEY CAN BUY IT, ASK THEN IT GETS SHIPPED TO CHINA.

04:43:03  15     Q.   SO I'M A LITTLE CONFUSED BY YOUR ANSWER.

04:43:06  16     A.   SORRY.

04:43:06  17     Q.   WELL, THAT PROBABLY SAYS MORE ABOUT ME.

04:43:08  18          BUT YOU REFER TO SOME PARTICIPANTS IN THIS TRANSACTION

04:43:12  19     THAT I DON'T UNDERSTAND.  SO YOU SAID "THEIR" CUSTOMER?

04:43:17  20     A.   WELL, YES.  THEY SAY THEY HAVE ONLY ONE CUSTOMER, AND

04:43:23  21     THAT'S TIANJIN RUIYU METAL PRODUCTS, THAT'S THEIR ONE CUSTOMER.

04:43:32  22     Q.   AND YOU ALSO SAID THE SUPPLIER?

04:43:36  23     A.   YES.  THEY HAD THEIR DIFFERENT SUPPLIERS THAT THEY WOULD

04:43:45  24     GET THESE METALS FROM.

04:43:49  25     Q.   SO WHAT SERVICES WAS REIJIN PROVIDING TO ITS CUSTOMER,

04:43:53   1    ACCORDING TO THE DEFENDANTS?

04:43:55   2    A.   ACCORDING TO THE DEFENDANTS, THEY WERE A PURCHASING AGENT.

04:43:58   3    Q.   AND WHAT DOES THAT MEAN?

04:44:00   4    A.   IT MEANS THAT THEY'RE NOT -- IT'S NOT -- THEY'RE CLAIMING

04:44:06   5    THAT IT'S NOT REALLY THEIR MONEY, IT'S THEIR CUSTOMER'S MONEY

04:44:09   6    AND THEY ARE JUST FACILITATING THE PURCHASE.

04:44:15   7    Q.   OKAY.  SO HOW DID THEY TELL YOU THAT REIJIN MADE MONEY?

04:44:27   8    A.   REIJIN, THEY SAID THAT AT THE END OF THE YEAR, THEY ADD UP

04:44:35   9    ALL THE BILL OF LADINGS, THE TOTAL NUMBER OF BILL OF LADINGS,

04:44:40   10   AND THEN THEY CHARGE $300 PER BILL OF LADING, AND THEY SEND AN

04:44:50   11   ANNUAL INVOICE TO TIANJIN.  AND THEN TIANJIN, IF THEY APPROVE

04:45:01   12   IT, THEY STAMP IT THAT THEY APPROVE IT, AND THEN THEY ALSO GET

04:45:07   13   A BONUS FROM TIANJIN.

04:45:11   14   Q.   REIJIN DOES?

04:45:13   15   A.   REIJIN DOES, YEAH, GETS A BONUS.  THAT'S THE SECOND

04:45:17   16   COMPONENT OF THE INCOME OF REIJIN.

04:45:18   17        AND THE BONUS HAS NO FORMULA, THERE'S NO MINIMUM, THERE'S

04:45:23   18   NO PERFORMANCE, THERE'S NOTHING THAT, NO SET LIMIT THRESHOLD

04:45:30   19   THAT THEY HIT TO GET THAT, IT'S JUST AT THE WHIM AND AT THE

04:45:34   20   MERCY OF TIANJIN, WHAT THEY DECIDE TO PAY.

04:45:38   21   Q.   OKAY.

04:45:45   22        MR. PITMAN:  YOUR HONOR, THIS MIGHT BE A GOOD

04:45:47   23   BREAKING POINT.

04:45:48   24        THE COURT:  WE GO UNTIL 5:00.

04:45:49   25        MR. PITMAN:  OKAY.

DIRECT EXAMINATION BY MR. PITMAN

04:45:50  1    Q.   LET ME ASK YOU, PLEASE, TO TAKE A LOOK AT EXHIBIT 223.

04:46:03  2    A.   I DON'T HAVE 223.  MINE STARTS AT 238.

04:46:06  3         MR. PITMAN:  MAY I APPROACH, YOUR HONOR?

04:46:08  4         THE COURT:  SURE.

04:47:04  5    Q.   OKAY.  MS. GARRISON, DO YOU HAVE EXHIBIT 223 IN FRONT OF

04:47:07  6    YOU?

04:47:07  7    A.   I DO.

04:47:08  8    Q.   AND DO YOU RECOGNIZE THAT DOCUMENT?

04:47:09  9    A.   I DO.

04:47:09  10   Q.   AND WHAT IS IT?

04:47:10  11   A.   IT'S THE PURCHASE CONTRACT BETWEEN TIANJIN RUIYU METAL

04:47:16  12   PRODUCTS AND REIJIN INTERNATIONAL.

04:47:20  13   Q.   AND HOW ARE YOU FAMILIAR WITH THIS DOCUMENT?

04:47:24  14   A.   OH, IT WAS GIVEN TO ME DURING THE AUDIT OF THE TAXPAYERS.

04:47:28  15   Q.   OKAY.

04:47:29  16        MR. PITMAN:  YOUR HONOR, I WOULD MOVE FOR ADMISSION

04:47:31  17   OF EXHIBIT 223.

04:47:32  18        THE COURT:  ANY OBJECTION?

04:47:34  19        MR. CANNON:  NO, YOUR HONOR.

04:47:36  20        THE COURT:  IT WILL BE ADMITTED.

04:47:37  21        (PLAINTIFF'S EXHIBIT 223, WAS ADMITTED INTO EVIDENCE.)

04:47:38  22   BY MR. PITMAN:

04:47:42  23   Q.   SO IS THIS -- YOU'VE ALREADY DESCRIBED THE RELATIONSHIP AS

04:47:49  24   IT WAS PRESENTED TO YOU BY THE DEFENDANTS BETWEEN THEIR COMPANY

04:47:54  25   AND TIANJIN?

DIRECT EXAMINATION BY MR. PITMAN

04:47:56  1    A.   YES.

04:47:56  2    Q.   IS THIS A DOCUMENT THAT THEY GAVE TO YOU IN SUPPORT OF

04:48:00  3    THEIR REPRESENTATIONS ABOUT THAT RELATIONSHIP?

04:48:03  4    A.   YES.

04:48:03  5    Q.   OKAY.  LET ME ASK YOU, PLEASE, TO TAKE A LOOK AT

04:48:14  6    EXHIBIT 224.

04:48:23  7    A.   YES.

04:48:24  8    Q.   DO YOU RECOGNIZE EXHIBIT 224?

04:48:29  9    A.   YES, IT'S A PURCHASE CONTRACT.

04:48:31  10   Q.   AND WAS THIS ALSO GIVEN TO YOU BY THE DEFENDANTS IN THE

04:48:35  11   COURSE OF THE AUDIT?

04:48:36  12   A.   YES.

04:48:37  13        MR. PITMAN:  YOUR HONOR, I MOVE FOR ADMISSION OF

04:48:39  14   EXHIBIT 224.

04:48:40  15        THE COURT:  ANY OBJECTION?

04:48:41  16        MS. POLLACK:  NO OBJECTION.

04:48:42  17        THE COURT:  IT WILL BE ADMITTED.

04:48:45  18   (PLAINTIFF'S EXHIBIT 224, WAS ADMITTED INTO EVIDENCE.)

04:48:45  19   BY MR. PITMAN:

04:48:49  20   Q.   ALL RIGHT.  SO THIS ONE IS PRETTY SIMILAR TO THE FIRST.

04:48:52  21   LET ME ASK YOU, PLEASE, TO TAKE A LOOK AT EXHIBIT 220.

04:49:05  22        SO THIS EXHIBIT IS MADE UP OF TWO PAGES, BUT I WOULD LIKE

04:49:18  23   YOU TO LOOK AT THE SECOND PAGE ONLY, PLEASE.

04:49:34  24   A.   OKAY.

04:49:35  25   Q.   DOES THAT DOCUMENT LOOK FAMILIAR TO YOU?

04:49:37  1    A.    YES.

04:49:37  2    Q.    WHAT IS IT?

04:49:38  3    A.    IT'S THE 2006 COMMISSIONS AND BONUS.

04:49:42  4    Q.    AND WHAT DO YOU MEAN BY THAT?

04:49:45  5    A.    BASICALLY THIS WOULD BE THEIR GROSS RECEIPTS ACCORDING TO

04:49:51  6    THEM.

04:49:52  7    Q.    SO IS THIS SOMETHING THE DEFENDANTS GAVE TO YOU IN THE

04:49:54  8    COURSE OF THE AUDIT?

04:49:55  9    A.    YES.

04:49:55  10   Q.    YOUR HONOR, I WOULD MOVE FOR ADMISSION OF A SECOND PAGE

04:49:59  11   ONLY OF WHAT'S BEEN MARKED AS EXHIBIT 220, AND THE BATES NUMBER

04:50:04  12   FOR THAT PAGE IS U.S. 000774.

04:50:14  13             THE COURT:  ANY OBJECTION TO THE SINGLE PAGE?

04:50:16  14             MR. CANNON:  NO OBJECTION WITH THE QUALIFICATION OF

04:50:19  15   THE SINGLE PAGE.

04:50:20  16             THE COURT:  ALL RIGHT.  IT WILL BE ADMITTED.

04:50:20  17       (PLAINTIFF'S EXHIBIT 220, SINGLE PAGE, WAS ADMITTED INTO

04:50:22  18   EVIDENCE.)

04:50:22  19   BY MR. PITMAN:

04:50:23  20   Q.    JOHN, CAN YOU ZOOM OUT JUST A LITTLE BIT SO WE CAN SEE THE

04:50:26  21   WHOLE THING.

04:50:27  22       OKAY.  SO THEY TOLD YOU THEY GOT $300 PER BILL OF LADING.

04:50:39  23   A.    YES.

04:50:41  24   Q.    AND A DISCRETIONARY BONUS FROM TIANJIN?

04:50:48  25   A.    RIGHT.

04:50:49   1    Q.   AND IS THIS A DOCUMENT THAT THEY GAVE TO YOU IN SUPPORT OF

04:50:53   2    THAT PROPOSITION?

04:50:54   3    A.   YES.

04:50:54   4    Q.   AND CAN YOU JUST DESCRIBE FOR THE JURY WHAT INFORMATION IS

04:51:00   5    BEING CONVEYED HERE ON THIS DOCUMENT OR WHAT IT WAS PURPORTED

04:51:04   6    TO BE?

04:51:04   7    A.   OKAY.   THIS SHOWS THAT IN 2006, THEY HAD 171 BILL OF

04:51:14   8    LADINGS, $300 A PIECE.   SO THE TOTAL WAS $51,300 FOR THAT FIRST

04:51:23   9    COMPONENT OF THEIR INCOME.

04:51:26   10        AND THEN THE SECOND COMPONENT, THE DISCRETIONARY AMOUNT OF

04:51:30   11   BONUS, WAS $104,900.   FOR A TOTAL OF $156,200.

04:51:43   12   Q.   OKAY.   WAS THE REPRESENTATION THAT THOSE WERE THE GROSS

04:51:47   13   RECEIPTS FOR REIJIN FOR 2006?

04:51:50   14   A.   THAT WAS THEIR REPRESENTATION, YES.

04:51:54   15   Q.   AND DID YOU COMPARE THAT NUMBER TO THE NUMBER THAT WAS

04:52:00   16   REPORTED FOR REIJIN ON SCHEDULE C TO THE DEFENDANT'S 1040 FOR

04:52:07   17   2006?

04:52:08   18   A.   YES, I COMPARED IT.

04:52:09   19   Q.   AND DID IT MATCH?

04:52:11   20   A.   NO.

04:52:11   21   Q.   OKAY.   AND DO YOU HAVE AN UNDERSTANDING AS TO WHY IT

04:52:19   22   DIDN'T MATCH?

04:52:21   23   A.   WELL, IT WAS OFF BY $68,000, AND THERE WAS A FOURTH

04:52:31   24   SCHEDULE C, C-EZ, FOR MR. HORNG, AND HE -- IT WAS JUST WRITTEN

04:52:41   25   MANAGEMENT FEES, BUT IT WASN'T -- THIS WASN'T INCLUDED IN THE

04:52:44  1    INCOME OF REIJIN AS REPORTED.

04:52:50  2    Q.   ALL RIGHT.  LET'S SEE IF WE CAN -- SO THEN LET'S TAKE A

04:53:03  3    LOOK BACK AT EXHIBIT NUMBER 1.  AND LET'S TAKE A LOOK AT PAGE

04:53:24  4    NUMBER 11.  AND LET'S LOOK AT THE TOP PART THERE.

04:53:38  5         SO IS THIS THE SCHEDULE C FOR REIJIN FOR 2006?

04:53:41  6    A.   IT IS.

04:53:42  7    Q.   AND THE GROSS RECEIPTS ARE $88,200?

04:53:46  8    A.   THAT'S CORRECT.

04:53:47  9    Q.   AND NOW THIS IS EXHIBIT 220.  AND THE AMOUNT REPORTED FOR

04:54:07  10   REIJIN HERE IS $156,200?

04:54:10  11   A.   CORRECT.

04:54:10  12   Q.   OKAY.  SO IF WE GO BACK, IT DOESN'T LOOK LIKE THIS FULL

04:54:19  13   AMOUNT IS REPORTED ON THE SCHEDULE C?

04:54:21  14   A.   NO.

04:54:22  15   Q.   DID YOU ASK THEM ABOUT THAT?

04:54:24  16   A.   I DON'T RECALL.

04:54:28  17   Q.   OKAY.  NOW YOU WERE SAYING THAT YOU THINK THE DIFFERENCE

04:54:32  18   BETWEEN THOSE TWO NUMBERS MAY BE ACCOUNTED FOR BY ANOTHER

04:54:35  19   SCHEDULE C ON THE 1040?

04:54:37  20   A.   I THINK THAT MAY BE WHAT THEY DID, YES.

04:54:40  21   Q.   OKAY.  BUT THAT'S JUST BASED ON YOUR OWN ANALYSIS OF THE

04:54:44  22   RETURN?

04:54:44  23   A.   YEAH.  I DON'T HAVE ANYTHING TO SUPPORT THAT OTHER THAN

04:54:47  24   THE FACT THAT I SUBTRACTED THE AMOUNT THAT THEY REPORTED FOR

04:54:51  25   REIJIN FROM THIS AMOUNT THAT THEY SAY -- THIS INVOICE THAT THEY

DIRECT EXAMINATION BY MR. PITMAN

04:54:57  1    CREATED.  AND WHEN I SUBTRACT IT, I FOUND THAT IT WAS OFF BY,

04:55:05  2    IT LOOKED LIKE THIS WAS UNREPORTED BY $68,000.

04:55:09  3    Q.   AND IF WE LOOK AT PAGE 15 OF EXHIBIT 1, IS THIS THE

04:55:17  4    SCHEDULE C-EZ YOU WERE TALKING ABOUT?

04:55:19  5    A.   IT IS.

04:55:25  6    Q.   SO COULD BE, BUT YOU'RE NOT SURE?

04:55:36  7    A.   IT COULD BE, BUT NO, I'M NOT SURE.

04:55:39  8    Q.   SO LET ME ASK YOU NOW, PLEASE, TO TAKE A LOOK AT

04:55:42  9    EXHIBIT 221.  AND THAT EXHIBIT IS MADE UP OF TWO PAGES, BUT I

04:55:49  10   WOULD LIKE YOU TO LOOK JUST AT THE SECOND ONE.

04:55:52  11   A.   LOOK TO THE SECOND?

04:55:53  12   Q.   YES, PLEASE.

04:55:55  13   A.   YES.  UH-HUH.

04:55:58  14   Q.   OKAY.  ARE YOU FAMILIAR WITH THAT DOCUMENT?

04:56:00  15   A.   YES, I AM.

04:56:01  16   Q.   AND WHAT IS IT?

04:56:02  17   A.   THAT IS THEIR CALCULATIONS OF WHAT THEY SHOULD REPORT.

04:56:08  18   IT'S THEIR -- FROM TIANJIN.  IT'S THEIR BILL TO TIANJIN FOR

04:56:14  19   COMMISSIONS AT THIS YEAR, 272 BILL OF LADINGS.

04:56:22  20   Q.   SORRY, LET ME INTERRUPT YOU, LET'S GET IT IN EVIDENCE

04:56:25  21   FIRST.

04:56:25  22        IS THIS AN EXHIBIT OR A DOCUMENT THAT THE DEFENDANTS GAVE

04:56:27  23   YOU AS PART OF THE AUDIT?

04:56:28  24   A.   YES.

04:56:29  25             MR. PITMAN:  YOUR HONOR, I MOVE FOR ADMISSION OF

04:56:31  1    EXHIBIT 221, BUT I WOULD ONLY LIKE TO ADMIT THE SECOND PAGE OF

04:56:35  2    THE MARKED EXHIBIT, AND THE BATES NUMBER FOR THAT PAGE IS U.S.

04:56:40  3    000770.

04:56:46  4            THE COURT:  THAT SINGLE PAGE, IS THERE ANY OBJECTION?

04:56:48  5            MR. CANNON:  NO, YOUR HONOR.

04:56:49  6            MS. POLLACK:  NO OBJECTION.

04:56:50  7            THE COURT:  IT WILL BE ADMITTED.

04:56:50  8        (PLAINTIFF'S EXHIBIT 221, SINGLE PAGE, WAS ADMITTED INTO

04:56:52  9    EVIDENCE.)

04:56:52  10   BY MR. PITMAN:

04:56:53  11   Q.   SO MS. GARRISON, THIS IS SIMILAR TO THE DOCUMENT WE WERE

04:56:58  12   JUST LOOKING AT, BUT IT'S FOR A DIFFERENT YEAR; IS THAT RIGHT?

04:57:08  13   A.   YES, THAT'S FOR 2007.

04:57:10  14   Q.   AND DID YOU HAVE AN OPPORTUNITY TO COMPARE THIS

04:57:19  15   DOCUMENT -- WELL, FOR 2007, WHERE WERE REIJIN'S BUSINESS

04:57:25  16   RESULTS REPORTED ON, WHICH RETURN?

04:57:27  17   A.   THOSE WOULD BE REPORTED ON THEIR 1120S, THE CORPORATE TAX

04:57:32  18   RETURN.

04:57:32  19   Q.   SO DID YOU COMPARE THIS DOCUMENT TO THE 1120S FOR REIJIN

04:57:39  20   FOR 2007?

04:57:40  21   A.   YES, I DID.

04:57:41  22   Q.   AND DID IT APPEAR THAT THE TWO DOCUMENTS WERE CONSISTENT?

04:57:46  23   A.   YES.

04:57:47  24   Q.   OKAY.  SO LET'S TAKE A LOOK, PLEASE, AT EXHIBIT NUMBER 7.

04:58:08  25   LET'S LOOK AT THE SECOND PAGE, PLEASE.

DIRECT EXAMINATION BY MR. PITMAN

04:58:10   1          ALL RIGHT.  SO IN THE UPPER RIGHT-HAND CORNER, THE GROSS

04:58:17   2   RECEIPTS FOR 2007 REPORTED ON THIS FORM ARE $41,500.

04:58:22   3   A.   THAT'S CORRECT.

04:58:23   4   Q.   AND IF WE TAKE A LOOK AT THIS DOCUMENT THAT WAS GIVEN TO

04:58:25   5   YOU DURING THE AUDIT, SAME AMOUNT?

04:58:33   6   A.   YES.

04:58:33   7   Q.   SO THESE DO MATCH.

04:58:47   8          THE COURT:  IS THIS A STOPPING POINT NOW?

04:58:50   9          MR. PITMAN:  IT IS, YOUR HONOR.

04:58:51  10          THE COURT:  ALL RIGHT.  EXCELLENT.

04:58:52  11          ALL RIGHT.  LADIES AND GENTLEMEN, WE'VE REACHED THE END OF

04:58:54  12   OUR COURT DAY.  I WILL SEE YOU TOMORROW AT 9:00.  WE WILL START

04:58:58  13   PROMPTLY.  WE WILL HAVE A FULL DAY.

04:58:59  14          THURSDAY, OF COURSE, YOU'RE NOT HERE.  I AM, BUT YOU'RE

04:59:03  15   NOT.  SO SEE YOU BRIGHT AND EARLY.  LEAVE ME YOUR BADGES AND

04:59:07  16   YOUR NOTEBOOKS.

04:59:09  17          LET ME REMIND YOU, YOU ARE NOT TO FORM OR EXPRESS ANY

04:59:12  18   OPINIONS IN THE CASE.  YOU ARE NOT TO TALK TO ANYONE, WRITE

04:59:17  19   ANYTHING, COMMUNICATE TO ANYONE ABOUT THE CASE.

04:59:19  20          HAVE A GOOD EVENING AND I WILL SEE YOU IN THE MORNING.

04:59:23  21          (JURY OUT AT 4:59 P.M.)

05:00:08  22          THE COURT:  ALL RIGHT.  PLEASE BE SEATED, EVERYONE.

05:00:13  23          MR. PITMAN:  MAY WE EXCUSE THE WITNESS, YOUR HONOR?

05:00:14  24          THE COURT:  YES, THE WITNESS MAY STEP DOWN.

05:00:17  25          THANK YOU, MS. GARRISON.  I DON'T MEAN TO STRAND YOU

DIRECT EXAMINATION BY MR. PITMAN

05:00:19   1        THERE.

05:00:19   2             OKAY.  WE ARE OUTSIDE THE PRESENCE OF THE JURY.  I DON'T

05:00:23   3    HAVE ANY HOUSEKEEPING.  DOES ANYONE HAVE ANYTHING TO BRING UP

05:00:26   4    TONIGHT?

05:00:29   5                  MR. PITMAN:  I DON'T BELIEVE SO, YOUR HONOR.

05:00:30   6                  THE COURT:  OKAY.  ALL RIGHT THEN.  I WILL SEE YOU

05:00:32   7    TOMORROW MORNING, WE WILL GET STARTED RIGHT AT 9:00.

05:00:36   8                  MR. PITMAN:  THANK YOU, YOUR HONOR.

05:00:36   9                  THE COURT:  THANK YOU.

05:00:37  10             (THE PROCEEDINGS WERE CONCLUDED AT 5:00 P.M.)

          11

          12

          13

          14

          15

          16

          17

          18

          19

          20

          21

          22

          23

          24

          25