IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-15-00065-BLF |
| | ) | |
| PLAINTIFF, | ) | SAN JOSE, CALIFORNIA |
| | ) | |
| VS. | ) | MAY 14, 2018 |
| | ) | |
| LIN, ET AL, | ) | VOLUME 6 |
| | ) | |
| DEFENDANT. | ) | PAGES 1-31 |
| | ) | *PARTIAL TRANSCRIPT* |
| ________________________________ | ) | |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S

FOR THE PLAINTIFF: **BY: MICHAEL G. PITMAN**
UNITED STATES ATTORNEY'S OFFICE
150 ALMADEN BLVD., SUITE 900
SAN JOSE, CA 95113

FOR THE DEFENDANT: LIN **BY: RANDY SUE POLLOCK**
ATTORNEY AT LAW
286 SANTA CLARA AVENUE
OAKLAND, CA 94610

APPEARANCES CONTINUED ON NEXT PAGE

OFFICIAL COURT REPORTER: SUMMER FISHER, CSR, CRR
CERTIFICATE NUMBER 13185

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED WITH COMPUTER

A P P E A R A N C E S (CONTINUED)

FOR THE PLAINTIFF: **BY: CHRISTOPHER MAGNANI**
U.S. DEPARTMENT OF JUSTICE
TAX DIVISION
BEN FRANKLIN STATION
PO BOX 972
WASHINGTON, DC 20044

FOR THE DEFENDANT: HORNG **BY: CHRISTOPHER J. CANNON**
SUGARMAN & CANNON
737 TEHAMA STREET, UNIT #3
SAN FRANCISCO, CA 94103

INTERPRETERS: SHAN TSAN
CHEN-HAO HSU

INDEX OF PROCEEDINGS

PLAINTIFF'S

**JOWEI CAMPBELL**
DIRECT EXAM BY MR. PITMAN P. 5

INDEX OF EXHIBITS

|  | IDENT. | EVIDENCE |
|---|---|---|
| PLAINTIFF'S | | |
| 903 | | P. 23 |
| 904 | | P. 29 |

SAN JOSE, CALIFORNIA MAY 14, 2018

P R O C E E D I N G S

(COURT CONVENED AT 4:01 P.M.)

04:01:35 MR. PITMAN: THE GOVERNMENT CALLS JOWEI CAMPBELL.

04:01:48 THE COURT: MS. CAMPBELL, IF YOU WOULD COME FORWARD 04:01:51 TO THE WITNESS STAND, PLEASE, AND STAND TO BE SWORN.

04:01:54 **(GOVERNMENT'S WITNESS, JOWEI CAMPBELL, WAS SWORN.)**

04:01:55 THE WITNESS: YES.

04:02:06 THE CLERK: AND TO BEGIN, IF YOU WOULD STATE YOUR 04:02:11 NAME AND SPELL YOUR LAST NAME FOR THE RECORD.

04:02:13 THE WITNESS: JOWEI CAMPBELL.

04:02:16 LAST NAME IS C-A-M-P-B-E-L-L.

04:02:21 **DIRECT EXAMINATION**

04:02:23 BY MR. PITMAN:

04:02:23 Q. ALL RIGHT. GOOD AFTERNOON, MS. CAMPBELL.

04:02:26 CAN YOU PLEASE TELL THE JURY HOW YOU ARE CURRENTLY 04:02:29 EMPLOYED.

04:02:30 A. I'M CURRENTLY EMPLOYED AT INTERNAL REVENUE SERVICE AS A 04:02:35 REVENUE AGENT.

04:02:36 Q. AND HOW LONG HAVE YOU BEEN EMPLOYED BY THE IRS?

04:02:40 A. I'M AT INTERNAL REVENUE SERVICE FOR 12 YEARS.

04:02:45 Q. AND WHEN YOU WERE FIRST HIRED, WHAT WAS THE POSITION YOU 04:02:48 WERE HIRED INTO?

04:02:50 A. I WAS HIRED AS A REVENUE AGENT AT A GENERAL PROGRAM.

04:02:57 Q. WHAT DOES THAT MEAN, GENERAL PROGRAM REVENUE AGENT?

04:03:00 A. GENERAL PROGRAM REVENUE AGENT MEANS YOU BASICALLY NEED TO UNDERSTAND ALL KINDS OF TAX LAWS AND DO THE INCOME TAX RETURN EXAMINATION FOR THE SMALL BUSINESS TAXPAYER.

04:03:14 Q. AND HOW LONG WERE YOU IN THE GENERAL PROGRAM?

04:03:17 A. I AM IN GENERAL PROGRAM TEN YEARS -- TEN AND A HALF YEARS.

04:03:24 Q. AND THEN AFTER YOU HAD DONE THOSE TEN AND A HALF YEARS, DID YOU MOVE ON TO ANOTHER ASSIGNMENT?

04:03:30 A. YES. I WAS ALSO AT SET PROGRAM FOR ONE AND A HALF YEARS.

04:03:37 Q. AND WHAT DOES SET STAND FOR?

04:03:42 A. SET MEANS SPECIAL ENFORCEMENT PROGRAM.

04:03:44 Q. AND HOW DOES THAT DIFFER FROM THE GENERAL PROGRAM?

04:03:46 A. SPECIAL ENFORCEMENT PROGRAM IS MORE FOCUSED ON THE TAXPAYER'S RETURNS WITH MORE FRAUDULENT SITUATION.

04:03:58 Q. OKAY. AND THEN EVENTUALLY, DID YOU MOVE BACK INTO THE GENERAL PROGRAM?

04:04:02 A. YES.

04:04:03 Q. WHEN WAS THAT?

04:04:04 A. I WENT BACK TO GENERAL PROGRAM IN MAY 2016.

04:04:11 Q. OKAY. AND THAT'S WHERE YOU'RE WORKING NOW?

04:04:14 A. YES.

04:04:14 Q. AND CAN YOU -- AS PART OF YOUR WORK AS A REVENUE AGENT, YOU HAVE YOUR OWN CASES WHERE YOU'RE AUDITING?

04:04:24 A. YES.

04:04:24 Q. AND THEN YOU ALSO HAVE BEEN ASSIGNED TO SUPPORT LITIGATION AS WELL; IS THAT RIGHT?

04:04:30 A. YES.

04:04:30 Q. AND CAN YOU JUST DESCRIBE THAT BRIEFLY FOR THE JURY,
04:04:33 PLEASE?

04:04:33 A. YES. CURRENTLY, I'M ASSISTING WITH THIS CASE WE ARE AT
04:04:40 RIGHT NOW, AND AS A COOPERATING AGENT.

04:04:42 Q. OKAY. AND HAVE YOU WORKED AS A COOPERATING AGENT ON ANY
04:04:45 OTHER CASES?

04:04:46 A. YES. I USED TO WORK AS A COOPERATING AGENT TOO.

04:04:52 Q. OKAY. SO HOW MANY CASES HAVE YOU WORKED AS A COOPERATING
04:04:56 AGENT ON?

04:04:56 A. BEFORE I HAD THREE CASES, AND THIS MY NUMBER FOUR.

04:05:00 Q. OKAY. AND CAN YOU DESCRIBE FOR THE JURY, PLEASE, YOUR
04:05:03 EDUCATIONAL HISTORY?

04:05:04 A. YEAH. SURE.

04:05:08 I HAVE A BACHELOR DEGREE FROM TAIWAN. MY MAJOR IS
04:05:14 INTERNATIONAL BUSINESS. AND I CAME HERE IN 1989, AND I STUDIED
04:05:22 AT SAN DIEGO STATE UNIVERSITY. AND MY MAJOR IS BUSINESS
04:05:27 ADMINISTRATION. AND MY FOCUS IS FINANCE/ACCOUNTING.

04:05:33 Q. AND DID YOU RECEIVE A DEGREE FROM SAN DIEGO STATE?

04:05:36 A. YES, I HAVE A MASTER'S DEGREE, YES.

04:05:39 Q. AND AFTER YOU FINISHED YOUR EDUCATION, DID YOU GO TO WORK
04:05:41 IN THE PRIVATE SECTOR?

04:05:43 A. YES.

04:05:43 Q. CAN YOU JUST DESCRIBE, BRIEFLY, YOUR CAREER BEFORE YOU
04:05:46 CAME TO THE IRS FOR THE JURY?

04:05:48 A. SURE.

04:05:50 Q. I GRADUATED FROM SAN DIEGO STATE IN 1992. AND I TOOK THE CPA EXAM, AND I PASSED THE CPA EXAM IN FOUR PARTS AT MY FIRST SITTING.

04:06:07 AND AFTER THAT I WENT BACK TO TAIWAN, I WORK AT PRICEWATERHOUSE FOR ONE AND A HALF YEARS. AND BECAUSE OF FAMILY MOVING TO HERE, SO I CAME BACK HERE, AND I WORK AT A SMALL COMPANY, LOCAL HERE BAY AREA FOR ABOUT FOUR YEARS.

04:06:25 THEN I MOVED TO A BIGGER COMPANY, BASICALLY A STOCK TRADING COMPANY, LIKE KLA-TENCORE FOR EIGHT YEARS. THEN I CAME TO IRS.

04:06:41 Q. OKAY. AND SO YOU ARE A LICENSED CPA?

04:06:45 A. YES.

04:06:46 Q. AND HOW MANY AUDITS WOULD YOU SAY YOU'VE COMPLETED OVER YOUR CAREER AS AN IRS EMPLOYEE?

04:06:53 A. I WOULD SAY, I WILL PROBABLY SAY I PROBABLY DID 150 TO 180 EXAMINATIONS.

04:07:05 MR. PITMAN: YOUR HONOR, I WOULD LIKE TO OFFER MS. CAMPBELL AN EXPERT WITNESS UNDER RULE 702 IN IRS PRACTICE AND PROCEDURES AND THE COMPUTATION OF INCOME AND TAX LIABILITIES.

04:07:15 THE COURT: ANY DESIRE TO CROSS-EXAMINE THE WITNESS, VOIR DIRE HER QUALIFICATIONS?

04:07:21 MR. CANNON: NO, YOUR HONOR.

04:07:21 THE COURT: ALL RIGHT.

04:07:22 ANY OBJECTION TO MS. CAMPBELL BEING ADMITTED AS AN EXPERT?

04:07:27 MR. CANNON: NOT AS DEFINED.

04:07:30 THE COURT: ALL RIGHT.

04:07:31 MR. CANNON: I'M SORRY, YOUR HONOR.

04:07:32 I SAID NOT AS DEFINED.

04:07:34 THE COURT: NOT AS DEFINED.

04:07:35 MS. POLLOCK, ANY OBJECTION?

04:07:36 MS. POLLOCK: NO, YOUR HONOR.

04:07:37 THE COURT: THE WITNESS MAY TESTIFY AS DEFINED.

04:07:40 MR. PITMAN: I'M SORRY, YOUR HONOR?

04:07:41 THE COURT: SHE MAY TESTIFY AS AN EXPERT AS SET FORTH
04:07:44 ON THE RECORD.

04:07:45 MR. PITMAN: THANK YOU, YOUR HONOR.

04:07:45 Q. OKAY. SO MS. CAMPBELL, AT SOME POINT YOU WERE ASSIGNED TO
04:07:50 WORK ON THIS CASE?

04:07:51 A. YES.

04:07:51 Q. AND YOU HAVE BEEN -- YOU OBSERVED THE TRIAL?

04:07:54 A. YES, I DID.

04:07:55 Q. OKAY. YOU WERE ABSENT FOR A MOMENT I THINK DURING THE
04:07:59 TESTIMONY OF ONE OF THE CUSTODIAN'S; IS THAT RIGHT?

04:08:00 A. YES, THAT'S CORRECT.

04:08:01 Q. BUT OTHER THAN THAT, YOU'VE LISTENED TO THE TESTIMONY?

04:08:06 A. YEAH, WHOLE TESTIMONY.

04:08:07 Q. AND YOU'VE REVIEWED THE EXHIBITS?

04:08:08 A. YES, I DID.

04:08:09 Q. OKAY. SO AS PART OF YOUR WORK ON THE DEFENDANT'S CASE, HAVE YOU HAD AN OPPORTUNITY TO REVIEW THEIR INCOME TAX RETURN FOR 2006?

04:08:18 A. YES, I DID.

04:08:19 Q. SO IF WE TAKE A LOOK AT EXHIBIT 1, OKAY.

04:08:57 SO IN THE YEAR 2006 -- WELL, LET'S TAKE A LOOK AT THE VERY BOTTOM PART OF THIS RETURN HERE, PART THREE.

04:09:12 SO AT THE BOTTOM OF THE RETURN, PART THREE, THERE ARE TWO QUESTIONS THERE -- WELL, THREE QUESTIONS, REALLY. 7A, B, AND 8; DO YOU SEE THOSE?

04:09:23 A. YES.

04:09:23 Q. AND DURING THE YEAR 2006, WERE AMERICAN TAXPAYERS REQUIRED TO DISCLOSE CERTAIN FOREIGN FINANCIAL HOLDINGS ON THEIR 1040'S?

04:09:35 A. YES, THEY NEEDED TO. SO THE QUESTION IS ASKING, DID YOU HAVE AN INTEREST IN OR A SIGNATURE OR OTHER AUTHORITY OVER FINANCIAL ACCOUNT IN A FOREIGN COUNTRY. SO THE CHECK BOX SAID NO.

04:09:53 Q. OKAY. SO THE QUESTION I'M ASKING YOU IS NOT WHAT THE RETURN SAYS, I'M JUST ASKING YOU WHAT THE RULE WAS IN 2006?

04:10:00 A. OKAY. THE RULE IS IF A U.S. TAXPAYER HAS ANY SIGNATURE AUTHORITY OVER A FINANCIAL ACCOUNT IN FOREIGN COUNTRY, THEN YOU NEEDED TO DISCLOSE HERE.

04:10:16 Q. OKAY.

04:10:18 MR. CANNON: OBJECTION, YOUR HONOR.

04:10:20 THAT WAS A LEGAL OPINION WHICH WAS A DIFFERENT THING.

04:10:22 THE COURT: OVERRULED.

04:10:23 BY MR. PITMAN:

04:10:23 Q. WERE THERE ANY OTHER TRIGGERING CRITERIA FOR THAT
04:10:27 REPORTING REQUIREMENT?

04:10:27 A. YES. SO IF YOU HAVE OVER $10,000 IN THE ACCOUNT BALANCE,
04:10:34 IN ANY TIME OF THE YEAR, YOU ARE REQUIRED TO FILE A TRF90-22.1.

04:10:42 Q. OKAY. SO THE FOREIGN ACCOUNTS, DOES THAT INCLUDE FOREIGN
04:10:52 BANK ACCOUNTS?

04:10:52 A. YES.

04:10:53 Q. AND YOU MENTIONED SIGNATURE AUTHORITY?

04:10:55 A. YES.

04:10:56 Q. WHAT DOES THAT MEAN?

04:10:57 A. SIGNATURE AUTHORITY MEANS YOUR NAME IS ON THE SIGNATURE
04:11:01 CARD OF THAT SPECIFIC BANK ACCOUNT.

04:11:04 Q. OKAY. IS THAT THE ONLY WAY YOU WOULD DEFINE "SIGNATURE
04:11:10 AUTHORITY?"

04:11:15 A. I WOULD SAY SIGNATURE AUTHORITY ALSO, IF IT'S ON THE
04:11:23 ACCOUNT APPLICATION, YOU ALSO SAYING YOU ARE POWER OF ATTORNEY
04:11:30 WITH THAT SPECIFIC ACCOUNT.

04:11:33 SO THEN THAT WILL BE ALSO SAYING YOU HAVE THE SIGNATURE
04:11:36 AUTHORITY OVER THAT ACCOUNT.

04:11:37 Q. SO THE IDEA IS IF YOU CAN ACCESS THE MONEY WITH YOUR
04:11:40 SIGNATURE?

04:11:41 A. CORRECT, YES.

04:11:43 Q. AND WHAT IF YOU HAVE MULTIPLE DIFFERENT ACCOUNTS?

04:11:52 A. YES, IT'S THE SAME THING.

04:11:53 Q. OKAY. AND IF THE -- OKAY.

04:11:57 SO LOOKING AT THE EXHIBIT NUMBER 1, WHICH IS THE
04:12:00 DEFENDANT'S TAX RETURN FOR 2006, DOES THIS SAY THAT THEY DID OR
04:12:05 DID NOT HAVE FOREIGN BANK ACCOUNTS DURING THE YEAR 2006?

04:12:10 A. THEY SAY THEY DON'T HAVE A FOREIGN BANK ACCOUNT.

04:12:13 Q. OKAY. SO AS PART OF THIS INVESTIGATION, DID THE
04:12:16 GOVERNMENT COLLECT ANY DOCUMENTS FROM CANADA?

04:12:19 A. YES.

04:12:21 Q. OKAY. AND HAVE YOU HAD A CHANCE TO REVIEW THOSE
04:12:23 DOCUMENTS?

04:12:24 A. YES, I DID.

04:12:25 Q. OKAY. CAN WE TAKE A LOOK, PLEASE, AS EXHIBIT 401.

04:12:39 ALL RIGHT. MS. CAMPBELL, HAVE YOU SEEN EXHIBIT 401
04:12:43 BEFORE?

04:12:43 A. YES.

04:12:43 Q. AND WHAT BANK DOES THIS DOCUMENT COME FROM?

04:12:50 A. CTC BANK OF CANADA.

04:12:52 Q. OKAY. AND THIS EXHIBIT CONSISTS OF WHAT?

04:12:57 A. IT'S A PERSONAL ACCOUNT OPENING CHECK LIST.

04:13:00 Q. OKAY. BUT THAT'S -- IS THAT THE ONLY THING THAT'S IN THIS
04:13:04 EXHIBIT?

04:13:04 A. IT HAS A -- IT SAYS THERE'S A SIGNATURE CARD, PERSONAL
04:13:09 BANKING ACCOUNT AGREEMENT, AND AN ACCOUNT OWNERS, TWO ID
04:13:16 COPIES, ACCOUNT OWNERS SIN CARD NUMBER. AND THE CERTIFICATE OF

04:13:22 DEPOSIT AGREEMENT, VERBAL FAX AGREEMENT.

04:13:26 Q. AND WHAT'S THE ACCOUNT NUMBER FOR THE ACCOUNT THAT'S BEING
04:13:29 OPENED?

04:13:29 A. THE ACCOUNT NUMBER IS 8006306.

04:13:34 Q. AND WHOSE NAME IS THE ACCOUNT IN?

04:13:36 A. LIN, MEILI.

04:13:39 Q. OKAY. SO IF WE LOOK AT THE NEXT PAGE, SOME INSTRUCTIONS
04:13:45 THERE. IF WE LOOK AT THE NEXT PAGE, AND THEN LET'S GO TO THE
04:13:48 FOURTH PAGE.

04:14:12 OKAY. SO WHAT ARE WE LOOKING AT HERE?

04:14:16 A. SO THIS IS AN AGREEMENT FOR BENEFITS PLAN.

04:14:21 Q. AND THE ACCOUNT -- THE PRIMARY ACCOUNT HOLDER LISTED ON
04:14:28 THIS AGREEMENT IS WHO?

04:14:30 A. LIN, MEILI.

04:14:31 Q. AND IS THERE ANYBODY ELSE LISTED AS A SECONDARY OR JOINT
04:14:35 ACCOUNT HOLDER?

04:14:36 A. NO, NOBODY ELSE.

04:14:37 Q. THE ADDRESS THAT'S LISTED ON THE BOTTOM THERE, IS THAT
04:14:43 MS. LIN'S ADDRESS IN SARATOGA?

04:14:47 A. NO, IT'S NOT.

04:14:48 Q. OKAY. AND WHERE DOES IT LOOK LIKE THAT ADDRESS IS?

04:14:52 A. THE ADDRESS IS 404 CHEN GONG, 1ST ROW, KAOHSIUNG, TAIWAN.

04:15:06 Q. AND IF WE LOOK AT THE VERY NEXT PAGE, AT THE VERY TOP OF
04:15:10 THIS PAGE THERE'S A CHECK BOX UNDERNEATH THIRD-PARTY
04:15:14 DECLARATION; CAN YOU SEE THAT?

04:15:16 A. YES.

04:15:16 Q. AND CAN YOU JUST READ THE TEXT OF THAT PARAGRAPH FOR THE
04:15:19 JURY, PLEASE?

04:15:19 A. SURE.

04:15:22 THIRD PARTY DECLARATION. THE PROCEEDS OF -- I CANNOT READ
04:15:28 THAT -- CRIME. THE CRIME AND TERRORIST FINANCING REGULATIONS
04:15:33 REQUIRES THE BANK TO DETERMINE WHETHER THIS ACCOUNT ARE TO BE
04:15:37 USED BY OR ON BEHALF OF A THIRD PARTIES. WILL THIS ACCOUNT BE
04:15:42 USED BY OR ON BEHALF OF ANY OTHER PARTY WHO IS NOT REGISTERED
04:15:46 ON THE ACCOUNT?

04:15:49 THE ANSWER IS NO.

04:15:50 Q. AND THEN DO YOU SEE A SIGNATURE BELOW THAT?

04:15:52 A. YES.

04:15:53 Q. AND DO YOU RECOGNIZE THAT SIGNATURE?

04:15:54 A. YES.

04:15:54 Q. OKAY. AND WHOSE SIGNATURE IS THAT?

04:15:57 A. LIN, MEILI.

04:15:59 Q. OKAY. LET'S TAKE A LOOK AT THE NEXT PAGE, AND THE NEXT
04:16:07 PAGE, AND THE NEXT PAGE, ONE MORE, PLEASE. OKAY.

04:16:17 AND AGAIN, DO YOU SEE ON THIS DOCUMENT, SIMILAR LANGUAGE
04:16:23 IN THE TOP HALF OF THE PAGE ABOUT WHETHER OR NOT THIS ACCOUNT
04:16:27 WILL BE USED BY ANYONE OTHER THAN THE PRIMARY ACCOUNT HOLDER?

04:16:31 A. YES.

04:16:32 Q. OKAY. YOU DON'T HAVE TO READ IT. AGAIN, THE BOX IS
04:16:38 CHECKED NO; IS THAT RIGHT?

04:16:39 A. YES.

04:16:39 Q. AND THIS IS, AGAIN, SIGNED BY MEILI LIN?

04:16:43 A. I CANNOT SEE THE SIGNATURE -- YES.

04:16:45 Q. OKAY. CAN WE GO TO THE NEXT PAGE, PLEASE. AND THEN ONE
04:16:51 MORE. OKAY.

04:16:54 SO CAN WE -- JONATHAN, IS IT POSSIBLE TO COMPARE THIS PAGE
04:17:10 TO THE FOURTH PAGE OF THE EXHIBIT?

04:17:27 SO THE ADDRESS ON THE PASSPORT, THE PASSPORT DOESN'T GIVE
04:17:32 A STREET ADDRESS; IS THAT RIGHT?

04:17:34 A. RIGHT. NO STREET ADDRESS HERE.

04:17:37 Q. BUT IT DOES IDENTIFY A CITY, DOESN'T IT?

04:17:40 A. YES.

04:17:41 Q. AND WHAT CITY DOES IT IDENTIFY?

04:17:42 A. KAOHSIUNG CITY.

04:17:46 Q. AND IS THAT THE SAME CITY THAT'S LISTED AS THE ADDRESS ON
04:17:50 THE ACCOUNT?

04:17:51 A. YES, THE SAME CITY.

04:17:58 Q. OKAY. LET ME ASK, JONATHAN, WOULD IT BE POSSIBLE TO
04:18:04 COMPARE PAGE 13 OF EXHIBIT 401 -- I'M SORRY, PAGE 12, I GUESS.
04:18:19 PAGE 11, I GUESS. THANK YOU. WITH PAGE 20 OF EXHIBIT 154.

04:18:31 SO DO YOU REMEMBER WHEN AGENT RICHARDS TESTIFIED?

04:18:35 A. YES.

04:18:36 Q. WERE YOU IN THE COURTROOM WHEN HE WAS GOING THROUGH THE
04:18:38 PHOTOGRAPHS THAT WERE TAKEN DURING PART OF THE SEARCH WARRANT?

04:18:41 A. YES.

04:18:42 Q. AND DO YOU REMEMBER THAT WE TALKED ABOUT A REPUBLIC OF
04:18:45 CHINA -- FIRST OF ALL, IS REPUBLIC OF CHINA DIFFERENT THAN
04:18:47 TAIWAN?
04:18:48 A. NO, IT'S THE SAME.
04:18:49 Q. OKAY. HE WAS TALKING ABOUT A PASSPORT THAT WAS
04:18:53 PHOTOGRAPHED AT THE EXECUTION OF A SEARCH WARRANT?
04:18:55 A. YES.
04:18:56 Q. AND THAT'S WHAT WE ARE LOOKING AT ON THE RIGHT-HAND SIDE?
04:18:59 A. RIGHT.
04:19:01 Q. AND HAVE YOU HAD A CHANCE TO COMPARE THE PHOTOGRAPH TAKEN
04:19:06 AT THE SEARCH WARRANT WITH THE PASSPORT THAT WAS CAPTURED BY
04:19:09 THE BANK WHEN THE ACCOUNT WAS OPENED?
04:19:11 A. YES.
04:19:11 Q. AND DO THEY APPEAR TO BE THE SAME?
04:19:13 A. YES.
04:19:14 Q. NOW GOING BACK TO EXHIBIT 401, YOU'VE HAD AN OPPORTUNITY
04:19:27 TO REVIEW THIS EXHIBIT?
04:19:27 A. YES.
04:19:28 Q. AND IS THERE A U.S. ADDRESS PROVIDED FOR THE ACCOUNT
04:19:35 HOLDER OF THIS CTC BANK OF CANADA ACCOUNT ANYWHERE ON THE
04:19:40 APPLICATION?
04:19:42 A. NO.
04:19:43 Q. AND HAVE YOU HAD A CHANCE TO DETERMINE WHETHER OR NOT
04:19:47 MEILI LIN'S SOCIAL SECURITY NUMBER IS INCLUDED ANYWHERE ON THIS
04:19:50 APPLICATION?

04:19:52 A. NO.

04:19:53 Q. YOU HAVE NOT HAD AN OPPORTUNITY?

04:19:54 A. OH, NO, I HAVE OPPORTUNITY, BUT I COULDN'T SEE THE SOCIAL
04:19:59 SECURITY NUMBER IN THIS PAGE.

04:20:01 Q. OKAY. I'M NOT ASKING ABOUT THIS PAGE.

04:20:03 A. OKAY.

04:20:04 Q. HAVE YOU HAD A CHANCE TO REVIEW THE ENTIRE EXHIBIT 401?

04:20:08 A. YES, I DO.

04:20:09 Q. AND DO YOU SEE MEILI LIN'S SOCIAL SECURITY NUMBER ANYWHERE
04:20:12 IN THAT EXHIBIT?

04:20:14 A. NO.

04:20:15 Q. THANK YOU.

04:20:19 NOW GOING TO PAGE 5 OF EXHIBIT 501, OH, I'M SORRY, 401.

04:20:30 OKAY. I'M INTERESTED IN THE SIGNATURE BLOCK ON THE BOTTOM
04:20:34 HERE. SO DO YOU SEE THAT IT IDENTIFIES A LOCATION WHERE THE
04:20:43 SIGNATURE OCCURRED?

04:20:45 A. RICHMOND.

04:20:50 Q. OKAY. SO DO YOU KNOW WHETHER THIS BANK HAS A BRANCH IN
04:20:59 RICHMOND, BRITISH COLUMBIA, WHICH IS IN CANADA?

04:21:02 A. YES.

04:21:03 Q. AND HOW DO YOU KNOW THAT?

04:21:05 A. FROM THE BANK STATEMENT.

04:21:07 Q. OKAY. LET'S TAKE A LOOK AT EXHIBIT 407. AND ARE YOU
04:21:15 LOOKING AT THE BOTTOM OF THIS DOCUMENT?

04:21:17 A. YES.

04:21:18 Q. SO THE SECOND ADDRESS THERE IS IN RICHMOND, BRITISH COLUMBIA, CANADA?

04:21:30 A. YES.

04:21:30 Q. LET ME ASK YOU, HAVE YOU HAD AN OPPORTUNITY AS PART OF YOUR WORK ON THIS CASE, TO REVIEW THE CREDIT CARD STATEMENTS FOR THE DEFENDANT'S CREDIT CARDS DURING 2006 AND 2007?

04:21:42 A. YES, I DO.

04:21:43 Q. CAN WE TAKE A LOOK, PLEASE, JOHN, AT EXHIBIT 452.

04:21:51 DO YOU RECOGNIZE EXHIBIT 452, MS. CAMPBELL?

04:21:54 A. YES.

04:21:54 Q. AND I KNOW IT'S PRETTY SMALL, JOHN, CAN WE BLOW UP, MAYBE THE TOP HALF HERE. OKAY.

04:22:03 SO WHAT IS THIS?

04:22:05 A. THIS IS UNITED MILEAGE PLUS CREDIT CARD. AND WITH A VISA ACCOUNT SUMMARY. IT'S ACCOUNT NUMBER, THE LAST FOUR DIGITS IS 7934. AND THE ACCOUNT NAME IS MEILI LIN.

04:22:26 Q. OKAY. SO THIS IS A CREDIT CARD BILL?

04:22:28 A. RIGHT.

04:22:29 Q. AND IT'S AN ACCOUNT HELD IN THE NAME OF MEILI LIN?

04:22:33 A. RIGHT.

04:22:33 Q. AND CAN YOU SEE THE PERIOD -- WELL, ACTUALLY, LET'S TAKE A LOOK AT THE FIFTH PAGE OF THIS EXHIBIT.

04:22:47 OKAY. IS THIS ANOTHER CREDIT CARD BILL?

04:22:51 A. YES.

04:22:52 Q. AND FOR WHAT PERIOD?

04:22:55 A. MARCH 19, 2006, TO APRIL 18, 2006.

04:23:01 Q. OKAY. AND YOU'VE REVIEWED THIS BEFORE YOU TESTIFIED TODAY?

04:23:03 A. YES.

04:23:04 Q. AND BASED ON THE STATEMENT, DID IT APPEAR THAT THIS CREDIT CARD WAS BEING USED IN CANADA IN APRIL OF 2006?

04:23:13 A. YES.

04:23:13 Q. SO JOHN, COULD WE LOOK AT THE BOTTOM HALF OF THAT PAGE, PLEASE.

04:23:23 AND IS THERE A PARTICULAR ENTRY THAT YOU'RE LOOKING AT?

04:23:36 A. APRIL 13TH I SEE HUDSON NEWS, RICHMOND.

04:23:48 Q. JOHN IS THERE ANY WAY YOU COULD BLOW UP THIS ENTRY FROM APRIL 13TH? OKAY.

04:23:54 SO IT APPEARS THAT THIS CREDIT CARD WAS BEING USED ON APRIL 13TH IN CANADA?

04:24:00 A. YES.

04:24:00 Q. AND IF WE TAKE A LOOK THE BACK AT EXHIBIT 401, AND COULD WE LOOK AT PAGE 5, PLEASE.

04:24:20 SO THIS IS DATED TWO DAYS EARLIER THAN THAT CREDIT CARD TRANSACTION; IS THAT RIGHT?

04:24:25 A. YES.

04:24:26 Q. OKAY. DID YOU ALSO HAVE AN OPPORTUNITY TO REVIEW MR. HORNG'S CREDIT CARD STATEMENTS FOR THIS PERIOD?

04:24:38 A. YES.

04:24:39 Q. CAN WE TAKE A LOOK AT EXHIBIT 446, PLEASE, AND CAN WE GO

TO PAGE, SEVEN, PLEASE. OKAY. CAN WE BLOW UP THE TOP HALF, PLEASE.

SO WHAT ARE WE LOOKING AT HERE?

A. THE ACCOUNT STATEMENT, UNITED MILEAGE PLUS CARD.

Q. OKAY. AND IS THIS A DIFFERENT CREDIT CARD THAN THE ONE WE WERE LOOKING AT EARLIER?

A. IT'S DIFFERENT.

Q. AND HOW DO YOU KNOW THAT?

A. DIFFERENT ACCOUNT NUMBER.

Q. OKAY. AND THE FIRST ONE WE LOOKED AT, WHOSE NAME WAS THAT ONE IN?

A. JYH-CHAU HORNG.

Q. THE FIRST ONE WE LOOKED AT EARLIER?

A. THE FIRST ONE IS MEILI LIN'S, SORRY.

Q. AND WHOSE NAME IS THIS ACCOUNT HELD IN?

A. JYH-CHAU HORNG.

Q. OKAY. AND IF WE LOOK AT THE BOTTOM, PAGE 7, DO YOU SEE A TRANSACTION THERE ON APRIL 13TH?

A. APRIL --

Q. JOHN, CAN WE JUST BLOW UP THE FIRST FOUR OR FIVE LINES THERE.

A. I SAW ON THE APRIL --

Q. DO YOU SEE AN ENTRY THERE, THE THIRD ENTRY DATED APRIL 14TH?

A. YES.

04:26:13 Q. AND WHAT IS THAT A CHARGE FOR?

04:26:15 A. IT'S WESTIN HOTEL, GRAND HOTEL IN VANCOUVER.

04:26:22 Q. OKAY. SO DOES IT APPEAR THAT THIS CREDIT CARD WAS ALSO BEING USED IN CANADA AT AROUND THE SAME TIME?

04:26:29 A. YES.

04:26:29 Q. SO IN ADDITION TO THE EXHIBIT THAT WE'VE ALREADY LOOKED AT, EXHIBIT 401 WHICH WAS THE ACCOUNT OPENING MATERIALS FOR CTC BANK OF CANADA ACCOUNT, HAVE YOU ALSO HAD AN OPPORTUNITY TO REVIEW THE STATEMENTS FOR THAT ACCOUNT?

04:27:15 A. YES.

04:27:16 Q. OKAY. SO LET'S TAKE A LOOK AT SOME EXAMPLES.

04:27:21 CAN WE LOOK AT EXHIBIT 402, PLEASE. ARE YOU FAMILIAR WITH EXHIBIT 402?

04:27:31 A. YES.

04:27:32 Q. AND CAN YOU -- LET ME JUST --

04:27:35 MR. PITMAN: YOUR HONOR, IS IT OKAY IF I APPROACH THE WITNESS?

04:27:39 THE COURT: SURE.

04:27:50 Q. SO WHAT ARE WE LOOKING AT, WHAT IS EXHIBIT 402?

04:27:54 A. ACCOUNT STATEMENT FROM CTC BANK.

04:27:56 Q. OKAY. AND IS THIS AN ACCOUNT THAT YOU LOOKED AT, AS PART OF YOUR WORK ON THE CASE?

04:28:03 A. YES.

04:28:04 Q. AND WHAT'S THE CURRENCY IN WHICH THIS ACCOUNT WAS HELD, IF YOU CAN TELL?

A. CANADIAN DOLLAR.

Q. OKAY. AND LET'S TAKE A LOOK, PLEASE, AT EXHIBIT 407.

AND WHAT ARE WE LOOKING AT HERE, WHAT'S EXHIBIT 407?

A. IT'S ALSO ACCOUNT STATEMENT.

Q. OKAY. AND WHAT'S THE CURRENCY THAT THIS ACCOUNT WAS HELD IN?

A. U.S. DOLLAR.

Q. OKAY. SO HAVE YOU HAD A CHANCE TO GO THROUGH THESE STATEMENTS AND ANALYZE THE ACTIVITY IN THESE ACCOUNTS?

A. YES.

Q. AND DID YOU PREPARE A SUMMARY BASED ON THE EVIDENCE AND THE TESTIMONY THAT YOU'VE HEARD SO FAR?

A. YES.

Q. LET ME ASK YOU, PLEASE, TO TAKE A LOOK AT EXHIBIT 903, WHICH IS NOT IN EVIDENCE.

OKAY. DO YOU SEE EXHIBIT 903?

A. YES.

Q. AND IS THIS A SUMMARY OF THE BANK ACCOUNTS THAT YOU PREPARED BASED ON YOUR ANALYSIS?

A. YES.

Q. ALL RIGHT.

MR. PITMAN: YOUR HONOR, I MOVE FOR ADMISSION OF EXHIBIT 903 AS A SUMMARY EXHIBIT.

THE COURT: ANY OBJECTION?

MR. CANNON: NO.

04:29:31 THE COURT: IT WILL BE ADMITTED.

04:29:33 (GOVERNMENT'S EXHIBIT 903 WAS ADMITTED INTO EVIDENCE.)

04:29:33 MR. PITMAN: MAY I PUBLISH IT, YOUR HONOR?

04:29:35 THE COURT: YOU MAY.

04:29:36 Q. ALL RIGHT. SO MS. CAMPBELL, CAN YOU JUST DESCRIBE WHAT 04:29:44 INFORMATION IS BEING CONVEYED TO THE JURY HERE?

04:29:48 A. THIS ANALYSIS HERE IS MAINLY TO SHOW ALL THE MONEY COMING 04:29:56 IN AND COMING OUT. ALSO TRANSFER INTO CD AND TRANSFER OUT FROM 04:30:02 A CD FOR THE PERIOD FROM APRIL 12, 2006, TO AUGUST 21ST, 2006.

04:30:14 SHALL I CONTINUE?

04:30:14 Q. WELL, YEAH. CAN YOU DESCRIBE WHAT IT IS THAT THE BANK 04:30:20 RECORDS SHOW HAS HAPPENED WITH THIS ACCOUNT?

04:30:23 A. OKAY. SO HERE YOU CAN SEE ABOUT SEVEN OR EIGHT 04:30:29 TRANSACTIONS COMING IN WITH DIFFERENT CHINESE PEOPLE, TRANSFER 04:30:37 MONEY IN.

04:30:41 THEN ONCE THE MONEY COMING IN -- LIST TAKE ONE EXAMPLE, 04:30:47 APRIL 12, 2006. ONCE THE MONEY COMING IN, THEN 99,173, THEN 04:30:56 RIGHT AWAY THE MONEY TRANSFER TO CD.

04:30:59 THEN YOU SEE ON THE SECOND LINE, IT SHOWS 99,973 WITH THE 04:31:04 SAME DOLLAR AMOUNT. SO THEY DID THIS TRANSACTION FOR EIGHT 04:31:10 TIMES, BECAUSE THERE ARE A TOTAL EIGHT CD, ACTUALLY OPENED.

04:31:17 AND WHEN THEY NEED MONEY, THEY WILL JUST PULL OUT THE CD, 04:31:26 SO THAT SHOW ON -- YOU CAN SEE IT SHOW ON THE MAY 24, 2006.

04:31:32 THERE ARE TWO CD THAT PAY OUT, ONE IS $100,410, AND THE 04:31:40 NEXT ONE IS 99,855.

04:31:44 SO THE MONEY GET MOVED OUT FROM THE CD AND THE TRANSFER TO TRMP ON THE SAME DAY $200,000.

04:31:57 AND THIS KIND OF TRANSACTION HAPPENED THREE TIMES. THE FIRST ONE IS MAY 24TH, THEN IT HAPPENED ON JULY 6TH, THE LAST TIME IT HAPPENED ON AUGUST 21ST.

04:32:19 Q. OKAY. SO WHEN MONEY COMES INTO THE ACCOUNT, IT DOESN'T JUST SIT THERE?

04:32:28 A. NO.

04:32:28 Q. IT GETS TRANSFERRED TO CD'S THAT ARE ASSOCIATED WITH THE ACCOUNT?

04:32:32 A. CORRECT.

04:32:32 Q. AND WHEN WE SAY CD, WHAT DO WE MEAN?

04:32:36 A. CERTIFICATE OF DEPOSIT.

04:32:37 Q. AND DO CERTIFICATES OF DEPOSIT TYPICALLY HAVE HIGHER INTEREST RATES THAN CHECKING ACCOUNTS OR SAVINGS ACCOUNTS?

04:32:43 A. YES.

04:32:44 Q. OKAY. SO IF WE LOOK AT THE FIRST TWO TRANSACTIONS HERE ON APRIL 12TH, THERE'S A DEPOSIT FROM MR. NIEN?

04:32:54 A. YES.

04:32:55 Q. AND THAT MONEY 99,973, THAT VERY SAME DAY IS MOVED OUT OF THE ACCOUNT AND INTO A CD?

04:33:03 A. YES.

04:33:04 Q. AND THEN A SIMILAR PATTERN FOR THE NEXT TRANSACTION?

04:33:10 A. YES.

04:33:10 Q. AND THE NEXT TRANSACTION?

04:33:11 A. YES.

04:33:12 Q. AND THEN ON APRIL 26TH, THERE WERE ACTUALLY TWO DIFFERENT
04:33:17 DEPOSITS?

04:33:17 A. RIGHT.

04:33:18 Q. AND THE NEXT DAY, IT WAS SWEPT INTO THE CD TOO?

04:33:22 A. RIGHT, TOGETHER.

04:33:23 Q. THEN THERE'S ANOTHER ONE MAY 9TH, MONEY COMING IN AND
04:33:28 BEING SWEPT TO THE CD?

04:33:29 A. YES.

04:33:30 Q. BUT THEN FOR MONEY TO LEAVE THE ACCOUNT, IT HAS TO COME
04:33:35 BACK FROM THE CD INTO THE CHECKING ACCOUNT, RIGHT?

04:33:37 A. CORRECT.

04:33:38 Q. AND THOSE ARE THE FIRST TWO TRANSACTIONS WE SEE ON
04:33:41 MAY 24TH?

04:33:41 A. RIGHT. MONEY PAY OUT.

04:33:43 Q. THEN $200,000 LEAVES THE ACCOUNT AND IT GOES TO TRMP?

04:33:49 A. YES.

04:33:49 Q. THEN THAT PATTERN CONTINUES UNTIL THE END OF AUGUST?

04:33:51 A. RIGHT.

04:33:52 Q. AND AT THE END OF AUGUST, WAS THE ACCOUNT ESSENTIALLY
04:33:55 EMPTY?

04:33:58 A. THE $3,178 IN THE END OF AUGUST 21ST, AND I REMEMBERED THE
04:34:06 ACCOUNT WAS ACTUALLY CLOSED IN 2008.

04:34:12 Q. OKAY. BUT DURING THIS PERIOD IN 2006, HOW MUCH MONEY IN
04:34:17 TOTAL MOVED THROUGH THIS ACCOUNT?

04:34:22 A. TOTAL GOING INTO THE ACCOUNT IS $974,853.
04:34:32 Q. OKAY. SO ALMOST $975,000?
04:34:35 A. RIGHT.
04:34:36 Q. AND WAS THIS ACCOUNT HELD IN U.S. DOLLARS OR CANADIAN
04:34:40 DOLLARS?
04:34:41 A. U.S. DOLLAR.
04:34:42 Q. AND WERE THERE DAYS DURING THIS PERIOD FOR WHICH THE, JUST
04:34:49 THE CHECKING ACCOUNT HELD A BALANCE OF MORE THAN $10,000?
04:34:52 A. YES.
04:34:52 Q. AND IF WE LOOK AT THE FAR RIGHT-HAND COLUMN, WHAT'S BEING
04:34:58 REPORTED IN THE FAR RIGHT-HAND COLUMN?
04:35:02 A. THE FAR RIGHT-HAND COLUMN IS ACTUALLY THE TOTAL BALANCE OF
04:35:06 THE ACCOUNT, INCLUDING CD.
04:35:07 Q. OKAY. SO IF WE LOOK AT THE TOTAL BALANCE OF ALL THE CD'S
04:35:11 AND THE CHECKING ACCOUNT, IT WAS OVER HALF A MILLION DOLLARS IN
04:35:17 JULY AND AUGUST; IS THAT RIGHT? OR JUST IN JULY?
04:35:21 A. JUST IN JULY.
04:35:21 Q. OKAY.
04:35:29 A. IN MAY TOO.
04:35:32 Q. IT WAS ALSO OVER $500,000 IN MAY?
04:35:36 A. YES.
04:35:36 Q. OKAY. DID THIS ACCOUNT GENERATE ANY INTEREST INCOME
04:35:54 DURING THIS PERIOD?
04:35:54 A. YES.
04:35:55 Q. AND HOW DID YOU DETERMINE -- WELL, LET'S TAKE A LOOK AT AN

04:35:59 EXAMPLE. CAN WE LOOK AT EXHIBIT 407, PAGE 1, PLEASE. OKAY.
04:36:09 WHAT ARE WE LOOKING AT HERE?
04:36:11 A. THIS IS AN ACCOUNT STATEMENT.
04:36:13 Q. OKAY. AND SO CAN YOU JUST DESCRIBE FOR THE JURY HOW YOU
04:36:18 CALCULATED THE INTEREST THAT ACCUMULATED IN THIS ACCOUNT DURING
04:36:23 THIS PERIOD?
04:36:24 A. I LOOK AT THE TIME WHEN THE MONEY MOVED TO THE CD.
04:36:29 Q. SO LET'S SEE, IS THERE A TRANSACTION HERE WHERE THERE'S
04:36:32 MONEY MOVING TO THE CD?
04:36:34 A. YES, IT'S UNDER APRIL 12TH. APRIL 12TH. $99,973 MOVED TO
04:36:57 THE CD.
04:37:04 Q. IS THAT IT? DID I PUT THE MARK ON THE RIGHT NUMBER?
04:37:07 A. YES.
04:37:08 Q. OKAY. SO ON APRIL 12TH, 99,973 MOVES INTO THE CD?
04:37:15 A. YES.
04:37:18 Q. AND THEN DID YOU LOOK TO SEE WHEN THE MONEY CAME BACK FROM
04:37:22 THE CD?
04:37:22 A. YES.
04:37:23 Q. OKAY. LET'S TAKE A LOOK AT THE NEXT PAGE OF THIS EXHIBIT,
04:37:26 PLEASE.
04:37:29 OKAY. SO DO YOU SEE THE MONEY COMING BACK FROM THE CD
04:37:32 HERE?
04:37:32 A. YES. SO IT'S ON THE MAY 24TH. THERE'S A DEPOSIT,
04:37:43 $100,410.
04:37:46 Q. ALL RIGHT. DID I KIND OF HIT IT THERE?

04:37:48 A. YES, THAT'S CORRECT.
04:37:53 Q. OKAY. SO WHEN THE MONEY WENT INTO THE CD, IT WAS 99,973?
04:38:01 A. RIGHT.
04:38:02 Q. AND IT WAS PULLED OUT A MONTH LATER?
04:38:05 A. AT 100,410.
04:38:10 Q. AND IT'S YOUR UNDERSTANDING THAT THAT'S BECAUSE INTEREST
04:38:12 HAD ACCUMULATED WHILE IT WAS SITTING IN THE CD?
04:38:15 A. YES.
04:38:15 Q. OKAY. AND DID YOU PREPARE A SUMMARY OF YOUR ANALYSIS OF
04:38:26 THE INTEREST THAT ACCUMULATED IN THIS ACCOUNT DURING 2006?
04:38:30 A. YES, I DID.
04:38:30 Q. OKAY. CAN WE TAKE A LOOK, PLEASE, AT EXHIBIT 904, WHICH
04:38:35 IS NOT IN EVIDENCE.
04:38:45 MS. CAMPBELL, DO YOU RECOGNIZE EXHIBIT 904?
04:38:48 A. YES.
04:38:48 Q. AND IS THIS YOUR ANALYSIS SUMMARY OF THE BANK RECORDS AND
04:38:55 THE INTEREST ACCUMULATING IN THESE ACCOUNTS?
04:38:57 A. YES, I DID THIS.
04:38:58 Q. AND THIS IS BASED ON THE BANK RECORDS WHICH ARE ALREADY IN
04:39:01 EVIDENCE?
04:39:01 A. RIGHT.
04:39:02 MR. PITMAN: YOUR HONOR, I MOVE FOR ADMISSION OF
04:39:04 EXHIBIT 904 AS A SUMMARY.
04:39:06 THE COURT: ANY OBJECTION?
04:39:10 MR. CANNON: I DON'T THINK -- I WILL EVENTUALLY HAVE

04:39:14 AN OBJECTION, YOUR HONOR. IF WE COULD HOLD THIS FOR A MOMENT.

04:39:18 MR. PITMAN SENT ME A VARIETY OF SUMMARY EXHIBITS, AND I
04:39:21 DON'T THINK I HAVE THIS PARTICULAR ONE, BUT IT MAY JUST BE A
04:39:25 PROBLEM WITH COMMUNICATION.

04:39:27 THE COURT: OKAY.

04:39:32 (OFF-THE-RECORD DISCUSSION.)

04:41:04 MR. CANNON: NO OBJECTION, YOUR HONOR.

04:41:05 THE COURT: IT WILL BE ADMITTED.

04:41:08 (GOVERNMENT'S EXHIBIT 904 WAS ADMITTED INTO EVIDENCE.)

04:41:08 MR. PITMAN: MAY I PUBLISH 904, YOUR HONOR?

04:41:11 THE COURT: YES.

04:41:12 Q. SO MS. CAMPBELL, CAN YOU JUST BRIEFLY DESCRIBE FOR THE
04:41:15 JURY WHAT WE ARE LOOKING AT HERE?

04:41:17 A. THIS IS THE ANALYSIS I DID TO SUMMARIZE THE TOTAL INTEREST
04:41:25 INCOME FROM THE ACCOUNT 8006306.

04:41:30 Q. OKAY. AND WE LOOKED AT -- THE EXAMPLE WE JUST LOOKED AT
04:41:37 WAS THE MONEY GOING INTO THE CD APRIL 12TH AND MONEY COMING OUT
04:41:42 MAY 24TH.

04:41:43 SO IS THAT THE FIRST TRANSACTION LISTED HERE?

04:41:45 A. YES.

04:41:45 Q. SO THAT MONEY WAS ONLY IN THE CD FOR A SHORT TIME?

04:41:48 A. RIGHT.

04:41:48 Q. AND IT ONLY ACCUMULATED A LITTLE BIT OF INTEREST?

04:41:51 A. RIGHT.

04:41:54 Q. AND THERE WERE OTHER SIMILAR TRANSACTIONS THROUGHOUT THE

04:41:56 YEAR 2006?
04:41:57 A. RIGHT, THERE ARE EIGHT CD'S.
04:41:59 Q. DID YOU SUM UP THE TOTAL OF THE INTEREST THAT ACCUMULATED
04:42:02 IN THOSE CD'S DURING 2006?
04:42:05 A. YES.
04:42:05 Q. AND WHAT WAS THE TOTAL?
04:42:06 A. $4,080.39.
04:42:13 Q. OKAY.
04:42:26 DID YOU HEAR ANY TESTIMONY OR SEE ANY EVIDENCE SUGGESTING
04:42:29 THAT CTC BANK OF CANADA ISSUED A 1099 FOR MEILI LIN FOR THIS
04:42:35 INTEREST INCOME IN 2006?
04:42:38 A. NO.
04:42:38 Q. OKAY. AND IF WE TAKE A LOOK AT EXHIBIT 1, PAGE 10, THIS
04:42:45 IS MEILI LIN'S FORM 1040 FOR 2006?
04:42:49 A. YES.
04:42:49 Q. THIS IS WHERE INTEREST INCOME IS REPORTED, IS IT NOT?
04:42:53 A. NO, NOT FROM THIS ACCOUNT.
04:42:56 Q. SO THIS IS WHERE INTEREST INCOME WOULD BE REPORTED,
04:43:00 CORRECT?
04:43:01 A. CORRECT.
04:43:01 Q. AND DO YOU SEE ANYTHING HERE ON THE TOP PART, PART ONE,
04:43:07 REPORTING THE INTEREST INCOME THAT YOU CALCULATED FOR THIS BANK
04:43:11 ACCOUNT?
04:43:12 A. NO.
04:43:13 Q. OKAY.

04:43:18 MR. PITMAN: YOUR HONOR, THIS MIGHT BE A GOOD STOPPING POINT.

04:43:21 THE COURT: OKAY. LADIES AND GENTLEMEN, WE ARE GOING TO STOP A LITTLE BIT EARLY SO THAT I CAN TEND TO SOMETHING WITH THE ATTORNEYS SO THAT THINGS WILL GO A LITTLE MORE SMOOTHLY TOMORROW. I'M SURE YOU DON'T MIND A FEW MINUTES BEING SPRUNG EARLY.

04:43:33 I'M GOING TO HAVE YOU LEAVE YOUR BADGES AND YOUR NOTEBOOKS RIGHT THERE ON YOUR CHAIRS. LET ME REMIND YOU, YOU ARE NOT TO FORM OR EXPRESS ANY OPINIONS ABOUT THE CASE, AND DON'T TALK TO ANYONE ABOUT ANYTHING ABOUT CASE.

04:43:44 HAVE A GOOD EVENING AND I WILL SEE YOU TOMORROW AT 10:00. REMEMBER YOU WILL COME LATE TOMORROW.

04:43:50 ///