09:55:01

```
1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                      SAN JOSE DIVISION


4    UNITED STATES OF AMERICA,      )   CR-15-00065-BLF
                                    )
5                    PLAINTIFF,     )   SAN JOSE, CALIFORNIA
                                    )
6           VS.                     )   MAY 15, 2018
                                    )
7    LIN, ET AL,                    )   VOLUME 7
                                    )
8                    DEFENDANT.     )   PAGES 1-167
                                    )
9    _____    )   *PARTIAL TRANSCRIPT*

10

11                   TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE BETH LABSON FREEMAN
12                 UNITED STATES DISTRICT JUDGE

13
                      A P P E A R A N C E S
14

15      FOR THE PLAINTIFF:      BY:  MICHAEL G. PITMAN
                                UNITED STATES ATTORNEY'S OFFICE
16                              150 ALMADEN BLVD., SUITE 900
                                SAN JOSE, CA 95113
17


18

19      FOR THE DEFENDANT:      BY:  RANDY SUE POLLOCK
        LIN                     ATTORNEY AT LAW
20                              286 SANTA CLARA AVENUE
                                OAKLAND, CA 94610
21

22           APPEARANCES CONTINUED ON NEXT PAGE

23    OFFICIAL COURT REPORTER:      SUMMER FISHER, CSR, CRR
                                    CERTIFICATE NUMBER 13185
24

25         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
              TRANSCRIPT PRODUCED WITH COMPUTER
```

```
1          A P P E A R A N C E S  (CONTINUED)

2          FOR THE PLAINTIFF:     BY:  CHRISTOPHER MAGNANI
                                  U.S. DEPARTMENT OF JUSTICE
3                                 TAX DIVISION
                                  BEN FRANKLIN STATION
4                                 PO BOX 972
                                  WASHINGTON, DC 20044
5

6          FOR THE DEFENDANT:     BY:  CHRISTOPHER J. CANNON
           HORNG                  SUGARMAN & CANNON
7                                 737 TEHAMA STREET, UNIT #3
                                  SAN FRANCISCO, CA 94103
8

9          INTERPRETERS:          SHAN TSAN
                                  CHEN-HAO HSU
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

INDEX OF PROCEEDINGS

PLAINTIFF'S

**JOWEI CAMPBELL**

DIRECT EXAM BY MR. PITMAN                    P. 6
CROSS-EXAM BY MR. CANNON                      P. 93
REDIRECT EXAM BY MR. PITMAN                   P. 145
RECROSS-EXAM BY MR. CANNON                    P. 156

1                        **INDEX OF EXHIBITS**

2                                         IDENT.      EVIDENCE

3          PLAINTIFF'S

4           905                                        15
            906                                        18
5           911                                        22
            908                                        49, 69
6           907                                        77
            912                                        86

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1        SAN JOSE, CALIFORNIA              MAY 15, 2018
```

10:00:25   2                    P R O C E E D I N G S

10:00:25   3        (COURT CONVENED AT 10:00 A.M.)

10:00:27   4             THE COURT:  WE ARE BACK ON THE RECORD IN USA VERSUS

10:01:14   5    LIN AND HORNG.

10:01:16   6             ALL COUNSEL AND PARTIES ARE PRESENT AND ALL OF OUR JURORS

10:01:19   7    AND ALTERNATES.  GOOD MORNING, EVERYONE.

10:01:22   8             ALL RIGHT.  IT'S NICE TO GET A LITTLE BIT OF A LATE START

10:01:24   9    FOR ALL OF YOU.  I'M SURE YOU HAD PLENTY TO DO THIS MORNING.  I

10:01:28  10    KNOW I DID, SO WE ALL GET THIS LATE START.

10:01:32  11             WE LEFT OFF, MR. PITMAN, YESTERDAY IN THE MIDDLE OF

10:01:35  12    MS. CAMPBELL'S TESTIMONY.  ARE YOU GOING TO RECALL HER THIS

10:01:37  13    MORNING?

10:01:38  14             MR. PITMAN:  YES, YOUR HONOR.

10:01:38  15             THE COURT:  ALL RIGHT.

10:01:39  16        LET'S BRING MS. CAMPBELL BACK UP TO THE WITNESS STAND.

10:01:52  17        MS. CAMPBELL, I WILL HAVE YOU STAND TO BE SWORN.

10:01:55  18        (**GOVERNMENT'S WITNESS, JOWEI CAMPBELL, WAS SWORN.**)

10:01:55  19             THE WITNESS:  YES.

10:02:01  20             THE CLERK:  THANK YOU.  PLEASE BE SEATED.

10:02:05  21             THE COURT:  GOOD MORNING.

10:02:06  22             THE WITNESS:  GOOD MORNING.

10:02:08  23             THE COURT:  MR. PITMAN, YOU MAY CONTINUE.

10:02:10  24             MR. PITMAN:  THANK YOU, YOUR HONOR.

10:02:11  25

DIRECT EXAMINATION BY MR. PITMAN

|       |    |                                                         |
|-------|----|---------------------------------------------------------|
| 10:02:11 | 1  | **DIRECT EXAMINATION**                               |
| 10:02:11 | 2  | BY MR. PITMAN:                                       |
| 10:02:14 | 3  | Q.   GOOD MORNING, MS. CAMPBELL.                    |
| 10:02:15 | 4  | A.   GOOD MORNING.                                   |
| 10:02:15 | 5  | Q.   SO YESTERDAY WHEN WE LEFT OFF, WE WERE LOOKING AT SOME |
| 10:02:21 | 6  | BANK RECORDS FOR A CANADIAN BANK ACCOUNT; DO YOU REMEMBER THAT? |
| 10:02:25 | 7  | A.   YES, I REMEMBER.                                |
| 10:02:26 | 8  | Q.   AND WE TALKED ABOUT THE OPENING OF THE ACCOUNT AND THE |
| 10:02:34 | 9  | INTEREST IN THE ACCOUNT.  AND I HAVE ANOTHER QUESTION, JUST |
| 10:02:43 | 10 | ABOUT THAT ACCOUNT IN GENERAL.                       |
| 10:02:49 | 11 | CAN WE LOOK, PLEASE, AS EXHIBIT 407.                 |
| 10:02:55 | 12 | SO MS. CAMPBELL, DO YOU RECOGNIZE EXHIBIT 407?       |
| 10:02:59 | 13 | A.   YES.                                            |
| 10:02:59 | 14 | Q.   AND WHAT IS THIS?                               |
| 10:03:00 | 15 | A.   CTC BANK OF CANADA.  THIS IS A BANK STATEMENT.  |
| 10:03:07 | 16 | Q.   SO BASED ON THAT, WHERE DOES IT APPEAR THE STATEMENTS FOR |
| 10:03:20 | 17 | THIS ACCOUNT WERE BEING SENT?                        |
| 10:03:23 | 18 | A.   IT'S SENT TO 404 CHEN GONG 1ST ROAD, KAOHSIUNG. |
| 10:03:32 | 19 | Q.   OKAY.  AND THEN DID YOU HAVE A CHANCE TO -- WERE YOU IN |
| 10:03:41 | 20 | THE COURTROOM WHEN AGENT RICHARDS WAS TESTIFYING?    |
| 10:03:43 | 21 | A.   YES, I WAS.                                      |
| 10:03:44 | 22 | Q.   AND AGENT RICHARDS TESTIFIED ABOUT SOME BASIC RECORDS THAT |
| 10:03:47 | 23 | WERE FOUND DURING THE EXECUTION OF THE SEARCH WARRANT? |
| 10:03:49 | 24 | A.   YES.                                            |
| 10:03:57 | 25 | Q.   CAN WE TAKE A LOOK, PLEASE, AT EXHIBIT 128.     |

DIRECT EXAMINATION BY MR. PITMAN

10:04:10  1          SO EXHIBIT 128 WAS A RECORD THAT WAS FOUND DURING THE

10:04:22  2   EXECUTION OF THE SEARCH WARRANT?

10:04:24  3   A.   YES.

10:04:25  4   Q.   AND CAN WE COMPARE 128, PLEASE, TO 407.

10:04:39  5          SO THE STATEMENTS APPEAR TO HAVE BEEN SENT TO TAIWAN; IS

10:04:44  6   THAT RIGHT?

10:04:44  7   A.   YES.

10:04:45  8   Q.   BUT RECORDS FOR THE ACCOUNT WERE FOUND AT THE HOME DURING

10:04:49  9   THE EXECUTION OF THE SEARCH WARRANT?

10:04:51  10  A.   YES.

10:04:52  11  Q.   OKAY.  LET ME ASK YOU, PLEASE, TO TAKE A LOOK AT

10:04:59  12  EXHIBIT 244.  DO YOU REMEMBER WHEN AGENT GARRISON TESTIFIED?

10:05:10  13  A.   YES.

10:05:11  14  Q.   AND IS THIS ONE OF THE LOAN APPLICATIONS THAT AGENT

10:05:18  15  GARRISON TESTIFIED ABOUT?

10:05:19  16  A.   YEAH -- YES.

10:05:21  17  Q.   AND JOHN, COULD WE TAKE A LOOK AT PAGE 3, PLEASE.  AND CAN

10:05:30  18  WE HIGHLIGHT THE ASSETS PORTION, PLEASE.

10:05:42  19          SO I WOULD LIKE TO DRAW YOUR ATTENTION TO THE ASSET

10:05:47  20  AGRICULTURAL BANK OF CHINA; DO YOU SEE THAT?

10:05:49  21  A.   YES.

10:05:50  22  Q.   AND DOES THIS LOAN APPLICATION SAY ABOUT AGRICULTURAL BANK

10:05:54  23  OF CHINA?

10:05:54  24  A.   IT'S ACCOUNT NUMBER 23219.  WITH AMOUNT $880,000.

10:06:01  25  Q.   OKAY.  AND WERE YOU ALSO IN THE ROOM WHEN MS. CHATMAN

10:06:06   1   TESTIFIED, SHE WAS A CUSTODIAN FOR THE BANK OF AMERICA?

10:06:08   2   A.   YES.

10:06:09   3   Q.   SHE'S THE ONE WHO TOLD US IT'S LAWYERS WHO PUT BATES

10:06:14   4   STAMPS ON DOCUMENTS?

10:06:14   5   A.   RIGHT, YES.

10:06:15   6   Q.   AND SHE INTRODUCED SOME DOCUMENTS THAT BANK OF AMERICA

10:06:17   7   RECEIVED FROM COUNTRYWIDE?

10:06:20   8   A.   RIGHT.

10:06:21   9   Q.   AND CAN WE TAKE A LOOK, PLEASE, AT EXHIBIT 314.

10:06:33   10       SO WHAT ARE WE LOOKING AT HERE?

10:06:34   11   A.   IT'S A CERTIFICATE OF DEPOSIT BALANCE STATEMENT.

10:06:38   12   Q.   OKAY.  AND CAN WE PLEASE TAKE A LOOK AT EXHIBIT 387, WHICH

10:06:42   13   IS A TRANSLATION OF THIS DOCUMENT.

10:06:50   14       SO WHAT DOES THE CERTIFICATE OF DEPOSIT SAY ABOUT THE

10:06:52   15   BALANCE IN THAT CERTIFICATE OF DEPOSIT?

10:06:54   16   A.   IT'S 5 MILLION RENMINBI, CHINESE YUAN.

10:07:01   17   Q.   SO I DIDN'T CATCH THE LAST THING YOU SAID.

10:07:03   18   A.   IT'S -- THE CURRENCY IS RENMINBI.

10:07:08   19   Q.   AND WHAT'S A RENMINBI?

10:07:10   20   A.   THAT'S A CHINESE CURRENCY.

10:07:12   21   Q.   OKAY.  AND THE BALANCE THERE IS HOW MUCH?

10:07:15   22   A.   5 MILLION.

10:07:20   23   Q.   OKAY.  DO YOU KNOW HOW MUCH THAT WAS IN DOLLARS THEN?

10:07:23   24   A.   IT WILL BE, YOU NEED TO TIMES ABOUT .12.

10:07:32   25   Q.   OKAY.  SO THE PARTIES HAVE STIPULATED THAT DURING THIS

10:07:35  1     YEAR, ONE RENMINBI WAS WORTH AT LEAST 12 CENTS?

10:07:41  2     A.   RIGHT.

10:07:41  3     Q.   SO ARE YOU ABLE TO CALCULATE OR WOULD YOU LIKE A

10:07:44  4     CALCULATOR?

10:07:45  5     A.   I WOULD LIKE TO HAVE A CALCULATOR.

10:07:49  6          MR. PITMAN:  YOUR HONOR, MAY I APPROACH?

10:07:50  7          THE COURT:  YES.

10:08:19  8          THE WITNESS:  SO IT'S 600,000 U.S. DOLLARS.

10:08:22  9     Q.   OKAY.  LET ME ASK YOU, PLEASE, TO TAKE A LOOK AT

10:08:26  10    EXHIBIT 315.

10:08:34  11         AND IS THIS ANOTHER DOCUMENT THAT MS. CHATMAN SHOWED TO

10:08:37  12    US?

10:08:37  13    A.   YES.

10:08:37  14    Q.   AND CAN WE COMPARE 315 AND 314, PLEASE.

10:08:49  15         SO DO THESE APPEAR TO BE THE SAME?

10:08:51  16    A.   NO, THEY ARE DIFFERENT.

10:08:53  17    Q.   OKAY.  SO THIS IS ANOTHER CD?

10:08:55  18    A.   RIGHT.

10:08:56  19    Q.   OKAY.  CAN WE TAKE A LOOK AT 316, PLEASE, WHICH IS THE

10:09:00  20    TRANSLATION OF 315.

10:09:09  21         SO WHAT WAS THE BALANCE OF THIS CD?

10:09:11  22    A.   7 MILLION RENMINBI.

10:09:14  23    Q.   OKAY.  AND USING YOUR CALCULATOR, CAN YOU TELL US HOW MUCH

10:09:18  24    THAT WAS IN U.S. DOLLARS?

10:09:19  25    A.   $840,000.

DIRECT EXAMINATION BY MR. PITMAN

10:09:28  1   Q.   OKAY.  SO CAN WE BACK OUT, PLEASE, AND LOOK, AGAIN, AT

10:09:48  2   EXHIBIT 315.

10:09:58  3        WHEN AGENT RICHARDS TESTIFIED, DID HE TESTIFY ABOUT SOME

10:10:03  4   FOREIGN BANK ACCOUNT RECORDS THAT WERE FOUND IN THE HOME DURING

10:10:06  5   THE SEARCH?

10:10:07  6   A.   YES.

10:10:07  7   Q.   AND COULD WE TAKE A LOOK, PLEASE, AS EXHIBIT 94.  AND

10:10:16  8   COULD WE COMPARE, PLEASE, EXHIBIT 94 TO EXHIBIT 315.

10:10:34  9        OKAY.  DO THESE APPEAR TO BE THE SAME?

10:10:36  10  A.   YES, THEY ARE THE SAME.

10:10:37  11  Q.   SO ONE IS FROM THE BANK, ONE IS FROM THE HOUSE?

10:10:39  12  A.   CORRECT.

10:10:40  13  Q.   BUT THEY APPEAR TO BE COPIES OF THE SAME DOCUMENT?

10:10:43  14  A.   YES.

10:10:43  15  Q.   AND WE ALSO TAKE A LOOK, PLEASE, AS EXHIBIT 96.  OKAY.  IS

10:10:56  16  THIS -- THIS IS ANOTHER DOCUMENT THAT WAS FOUND DURING THE

10:11:01  17  SEARCH WARRANT?

10:11:01  18  A.   YES.

10:11:02  19  Q.   AND DOES THIS ONE APPEAR TO BE A DUPLICATE OF ONE OF THE

10:11:06  20  OTHERS WE'VE LOOKED AT OR NOT?

10:11:08  21  A.   DIFFERENT.

10:11:08  22  Q.   OKAY.  SO CAN WE TAKE A LOOK, PLEASE, AT EXHIBIT 97, WHICH

10:11:12  23  IS THE TRANSLATION.  OH, I'M SORRY, CAN WE GO TO THE SECOND

10:11:26  24  PAGE.

10:11:31  25       SO WHAT WAS THE BALANCE OF THIS CD?

DIRECT EXAMINATION BY MR. PITMAN

10:11:33  1    A.   THEY ARE DIFFERENT ACCOUNT NUMBERS HERE.  HERE THE

10:11:42  2    REFERENCE NUMBER IS 21818, WITH 7 MILLION RENMINBI.  AND THE

10:11:49  3    OTHER ONE YOU SHOWED TO ME IS, I BELIEVE IS 6 -- AROUND

10:11:54  4    6.5 MILLION.

10:11:55  5    Q.   OKAY.  SO LET'S START AGAIN.  LET'S TAKE A LOOK AT

10:11:59  6    EXHIBIT 96.

10:12:02  7         SO THIS IS ANOTHER CD LOCATED DURING THE SEARCH WARRANT?

10:12:05  8    A.   YES.

10:12:05  9    Q.   AND NOW I WOULD LIKE YOU, PLEASE, IF I UNDERSTOOD YOUR

10:12:09  10   TESTIMONY IT WAS -- THIS IS ONE WE HAVEN'T LOOKED AT YET?

10:12:13  11   A.   RIGHT.

10:12:14  12   Q.   AND CAN WE TAKE A LOOK AT THE SECOND PAGE OF EXHIBIT 97,

10:12:18  13   PLEASE.

10:12:25  14        SO DOES THIS APPEAR TO BE A TRANSLATION OF THE CD WE JUST

10:12:28  15   LOOKED AT?

10:12:29  16   A.   NO.

10:12:29  17   Q.   IT DOES NOT.  OKAY.

10:12:31  18        LET ME ASK YOU, PLEASE, TO TAKE A LOOK AT EXHIBIT 99 AND

10:12:42  19   IS THERE ANOTHER DOCUMENT THAT WAS FOUND DURING THE EXECUTION

10:12:44  20   OF THE SEARCH WARRANT.

10:12:45  21   A.   YES.

10:12:45  22   Q.   AND WHAT DOES IT APPEAR TO BE?

10:12:47  23   A.   THIS IS A TAIWAN COOPERATIVE BANK CD ACCOUNT BALANCE.

10:12:56  24   Q.   OKAY.  AND DO YOU SEE ANY DATES ON THERE?

10:12:59  25   A.   YES.  THERE ARE SEVERAL DATES.

DIRECT EXAMINATION BY MR. PITMAN

10:13:04  1    Q.   OKAY.  CAN YOU TELL WHETHER THIS CD WAS ISSUED OR WHEN IT

10:13:11  2    WAS ISSUED OR ACTIVE?

10:13:13  3    A.   THE CD WAS OPENED JANUARY 28, 2004.  AND THIS SPECIFIC

10:13:24  4    CERTIFICATE ISSUE DATE WAS SEPTEMBER 26, 2005.

10:13:29  5    Q.   OKAY.  SO YOU HAD AN OPPORTUNITY TO REVIEW THE DEFENDANT'S

10:13:44  6    TAX RETURN?

10:13:46  7    A.   YES.

10:13:47  8    Q.   FOR 2006?

10:13:48  9    A.   YES.

10:13:48  10   Q.   AND YOU'VE ALSO HAD A CHANCE TO REVIEW THEIR 1040 FOR

10:13:55  11   2007?

10:13:55  12   A.   YES.

10:13:56  13   Q.   AND DID EITHER OF THOSE TAX RETURNS DISCLOSE AN INTEREST

10:14:00  14   IN A FOREIGN ACCOUNT?

10:14:01  15   A.   NO.

10:14:01  16   Q.   AND DID EITHER OF THOSE TAX RETURNS REPORT ANY INTEREST

10:14:07  17   COME FROM ANY OF THESE BANKS?

10:14:10  18   A.   NO.

10:14:10  19   Q.   OKAY.  SO IN ADDITION TO LOOKING AT THE DEFENDANT'S TAX

10:14:26  20   RETURNS, DID YOU ALSO HAVE AN OPPORTUNITY TO REVIEW BANK

10:14:29  21   STATEMENTS?

10:14:31  22   A.   YES.

10:14:32  23   Q.   AND DID YOU ALSO HAVE AN OPPORTUNITY TO REVIEW IRS

10:14:36  24   RECORDS?

10:14:37  25   A.   YES, I DO.

DIRECT EXAMINATION BY MR. PITMAN

10:14:38  1    Q.   AND DID YOU ALSO HAVE AN OPPORTUNITY TO REVIEW CREDIT CARD

10:14:43  2    STATEMENTS?

10:14:43  3    A.   YES.

10:14:45  4    Q.   OKAY.  SO LET'S JUST REMIND THE JURY, LET'S TAKE A LOOK AT

10:14:49  5    EXHIBIT 1, PLEASE.  AND CAN WE LOOK AT PAGE 2.

10:14:53  6         OKAY.  SO THIS IS -- WHAT ARE WE LOOKING AT HERE.

10:14:56  7    A.   THIS IS THE PAGE 1 OF MR. HORNG AND MS. LIN'S 1040 TAX

10:15:02  8    RETURN.

10:15:03  9    Q.   OKAY.  FOR WHICH YEAR?

10:15:04  10   A.   2006.

10:15:05  11   Q.   AND WHAT'S THE TOTAL INCOME REPORTED?

10:15:08  12   A.   CAN YOU PLEASE GO DOWN A LITTLE BIT ON THE PAGE?  I THINK

10:15:20  13   $232,000.

10:15:22  14   Q.   OKAY.  $232,116; IS THAT RIGHT?

10:15:27  15   A.   RIGHT.

10:15:27  16   Q.   AND THEN LET'S TAKE A LOOK, PLEASE, AT EXHIBIT 2.  AND CAN

10:15:31  17   WE SEE THE SECOND PAGE, PLEASE.

10:15:34  18        OKAY.  AND WHAT ARE WE LOOKING AT HERE?

10:15:37  19   A.   THIS IS ALSO THE FORM 1040, BUT THIS IS IN THE YEAR 2007.

10:15:42  20   Q.   AND WHAT'S THE TOTAL INCOME REPORTED ON THIS RETURN?

10:15:46  21   A.   IT'S NEGATIVE $212,217.

10:15:51  22   Q.   OKAY.  SO AS PART OF YOUR REVIEW OF THE MATERIALS IN THE

10:16:01  23   CASE, DID YOU HAVE AN OPPORTUNITY TO TRY TO IDENTIFY MONEY THAT

10:16:11  24   THE DEFENDANTS WERE SPENDING TO SUPPORT THEIR LIFESTYLE IN 2006

10:16:14  25   AND 2007?

DIRECT EXAMINATION BY MR. PITMAN

| | | |
|---|---|---|
| 10:16:15 | 1 | A.   YES, I DO. |
| 10:16:16 | 2 | Q.   AND CAN YOU JUST DESCRIBE FOR THE JURY WHAT YOU DID? |
| 10:16:21 | 3 | A.   WHAT I DID WAS I HAVE ALL THE BANK RECORDS, AND I ENTER |
| 10:16:30 | 4 | ALL THE BANK RECORDS INTO A SPREADSHEET, AND I DID, OF COURSE, |
| 10:16:39 | 5 | THEIR BUSINESS BANK ACCOUNTS AND ALSO THEIR PERSONAL BANK |
| 10:16:45 | 6 | ACCOUNTS. |
| 10:16:45 | 7 | SO I LOOK AT THE MONEY THEY SPEND, AND ON BOTH THE PAYEE |
| 10:16:52 | 8 | AND THE PAYOR, AND ALSO ON THE MEMO SECTION OF EACH CHECKS, TO |
| 10:17:00 | 9 | UNDERSTAND ARE THEY BUSINESS EXPENSES OR PERSONAL EXPENSES. |
| 10:17:05 | 10 | Q.   OKAY.  AND YOU IDENTIFIED SOME EXPENSES THAT YOU THOUGHT |
| 10:17:09 | 11 | LOOKED PERSONAL? |
| 10:17:10 | 12 | A.   YES. |
| 10:17:11 | 13 | Q.   AND DID YOU PREPARE A SUMMARY OF SOME OF THOSE EXPENSES? |
| 10:17:14 | 14 | A.   YES, I DID. |
| 10:17:15 | 15 | Q.   OKAY.  CAN WE TAKE A LOOK, PLEASE, AT EXHIBIT 905, WHICH |
| 10:17:20 | 16 | IS NOT IN EVIDENCE. |
| 10:17:20 | 17 | OKAY.  SO DO YOU RECOGNIZE EXHIBIT 905? |
| 10:17:28 | 18 | A.   YES, I DO. |
| 10:17:29 | 19 | Q.   AND IS THIS A SUMMARY OF YOUR CALCULATION OF SOME OF THE |
| 10:17:33 | 20 | LIFESTYLE SPENDING IN 2006? |
| 10:17:35 | 21 | A.   YES. |
| 10:17:36 | 22 | Q.   AND IS THIS BASED ON DOCUMENTS THAT ARE ADMITTED INTO |
| 10:17:40 | 23 | EVIDENCE? |
| 10:17:40 | 24 | A.   YES. |
| 10:17:41 | 25 | MR. PITMAN:  YOUR HONOR, I MOVE FOR ADMISSION OF |

DIRECT EXAMINATION BY MR. PITMAN

```
10:17:43   1    EXHIBIT 905.

10:17:44   2              THE COURT:  ANY OBJECTION?

10:17:46   3              MR. CANNON:  NONE, YOUR HONOR.

10:17:47   4              THE COURT:  IT WILL BE ADMITTED.

10:17:49   5         (GOVERNMENT'S EXHIBIT 905 WAS ADMITTED INTO EVIDENCE.)

10:17:49   6    BY MR. PITMAN:

10:17:50   7    Q.   SO CAN WE JUST WALK THE JURY THROUGH THIS, PLEASE, LINE BY

10:17:54   8    LINE.

10:17:54   9         SO THE FIRST LINE SAYS PORTFOLIO INVESTMENT?

10:17:57  10    A.   RIGHT.

10:17:58  11    Q.   AND WHAT DOES THAT MEAN?

10:17:59  12    A.   SO I SAW $300,000, THE DEFENDANTS INVEST AT SCOTTRADE

10:18:11  13    ACCOUNT.

10:18:11  14    Q.   OKAY.  AND THAT LOOKED TO YOU TO BE A PERSONAL

10:18:13  15    EXPENDITURE?

10:18:14  16    A.   RIGHT.  THAT'S THEIR PERSONAL INVESTMENT.

10:18:20  17    Q.   AND THE NEXT LINE?

10:18:21  18    A.   THE NEXT LINE IS MORTGAGE INTEREST REPORTED ON THE IRS

10:18:24  19    DOCUMENT.

10:18:24  20    Q.   OKAY.  AND WHAT'S THE NEXT LINE?

10:18:26  21    A.   THE NEXT LINE IS HOUSE INVESTMENT.

10:18:29  22    Q.   OKAY.

10:18:30  23    A.   AND IT'S THE PURCHASE OF TWO HIGH RISE BUILDING IN

10:18:36  24    SAN FRANCISCO.

10:18:37  25    Q.   NOT TWO WHOLE BUILDINGS?
```

DIRECT EXAMINATION BY MR. PITMAN

| | | |
|---|---|---|
| 10:18:39 | 1 | A.   NO, THE BUILDINGS -- IT'S TWO UNITS. |
| 10:18:44 | 2 | Q.   SO TWO UNITS IN THAT BUILDING? |
| 10:18:46 | 3 | A.   YEAH, TWO UNITS. |
| 10:18:47 | 4 | Q.   OKAY.  THEN WHAT'S THE NEXT LINE? |
| 10:18:48 | 5 | A.   AND THE NEXT LINE IS CREDIT CARDS STATEMENT. |
| 10:18:52 | 6 | Q.   OKAY.  SO THAT'S HOW MUCH THEY SPENT ON THEIR CREDIT CARDS |
| 10:18:55 | 7 | IN 2006? |
| 10:18:56 | 8 | A.   CORRECT. |
| 10:18:57 | 9 | Q.   AND WHAT'S THE NEXT ONE? |
| 10:18:58 | 10 | A.   THE NEXT ONE IS $178,000 PURCHASE OF BENTLEY. |
| 10:19:03 | 11 | Q.   OKAY.  SO THE DEFENDANTS APPEAR TO HAVE PURCHASED A |
| 10:19:06 | 12 | BENTLEY AUTOMOBILE IN 2006? |
| 10:19:07 | 13 | A.   YES. |
| 10:19:08 | 14 | Q.   AND WHAT'S THE NEXT LINE? |
| 10:19:09 | 15 | A.   SO NEXT LINE IS THEIR PROPERTY TAX. |
| 10:19:12 | 16 | Q.   OKAY.  AND THE NEXT LINE? |
| 10:19:14 | 17 | A.   THEN JEWELRY.  SO YEAH, JEWELRY, IN ADDITION TO, THERE MAY |
| 10:19:21 | 18 | BE SOME JEWELRY SPENDING THEY USED WITH A CREDIT CARD.  SO |
| 10:19:25 | 19 | THAT'S IN ADDITION. |
| 10:19:26 | 20 | Q.   IN ADDITION, OKAY. |
| 10:19:27 | 21 | AND WHAT DOES HOA STAND FOR? |
| 10:19:30 | 22 | A.   IT'S A HOMEOWNER'S ASSOCIATION. |
| 10:19:32 | 23 | Q.   OKAY.  AND THE NEXT LINE? |
| 10:19:33 | 24 | A.   LEGAL FEE. |
| 10:19:36 | 25 | Q.   OKAY.  AND THE NEXT LINE? |

DIRECT EXAMINATION BY MR. PITMAN

10:19:41  1   A.   SO THESE ARE THEIR CHILDREN'S PRIVATE SCHOOL TUITION.

10:19:45  2   Q.   OKAY.  AND THE NEXT LINE?

10:19:46  3   A.   AND FURNITURE, ABOUT $4,000.

10:19:49  4   Q.   OKAY.  SO IF YOU TOTAL ALL THOSE UP, HOW MUCH DOES IT

10:19:53  5   EQUAL?

10:19:53  6   A.   IT'S ABOUT 1.2 MILLION.

10:19:55  7   Q.   AND IS THIS ALL THE MONEY THAT THE DEFENDANTS SPENT DURING

10:19:59  8   2006?

10:20:00  9   A.   YES.

10:20:00  10  Q.   IT IS ALL THE MONEY THAT THEY SPENT IN 2006?

10:20:03  11  A.   OH, IT'S ACTUALLY MORE, BECAUSE HERE WE JUST LISTED MORE

10:20:07  12  MAIN ITEMS.

10:20:08  13  Q.   SO I'M NOT SURE YOUR ANSWER WAS CLEAR.  LET ME ASK YOU

10:20:11  14  AGAIN.  IS THIS ALL THE MONEY THAT THE DEFENDANTS SPENT IN

10:20:15  15  2006?

10:20:16  16  A.   NO.

10:20:17  17  Q.   OKAY.  SO THERE WERE SOME CATEGORIES THAT WERE NOT

10:20:20  18  INCLUDED HERE, IS THAT FAIR TO SAY?

10:20:22  19  A.   YES.

10:20:22  20  Q.   OKAY.  LET ME ASK YOU, PLEASE, TO TAKE A LOOK AT

10:20:27  21  EXHIBIT 207, WHICH IS NOT IN EVIDENCE?

10:20:33  22      DO YOU RECOGNIZE EXHIBIT 207 -- OH, SORRY.  HOW ABOUT 906,

10:21:00  23  JONATHAN, SORRY.

10:21:02  24      SO MS. CAMPBELL, CAN YOU SEE EXHIBIT 906?

10:21:05  25  A.   YES.

DIRECT EXAMINATION BY MR. PITMAN

10:21:06  1    Q.   AND WHAT IS EXHIBIT 906?

10:21:08  2    A.   906 IS THE 2007 EXPENSE.

10:21:13  3    Q.   OKAY.  AND DID YOU PREPARE THIS USING THE SAME METHODS YOU

10:21:16  4    DESCRIBED FOR THE SUMMARY FOR 2006?

10:21:19  5    A.   YES.

10:21:20  6    Q.   OKAY.

10:21:20  7         MR. PITMAN:  YOUR HONOR, I MOVE FOR ADMISSION OF

10:21:26  8    EXHIBIT 906.

10:21:28  9         THE COURT:  ANY OBJECTION?

10:21:28  10         MR. CANNON:  NO OBJECTION, YOUR HONOR.

10:21:30  11         THE COURT:  IT WILL BE ADMITTED.

10:21:32  12    (GOVERNMENT'S EXHIBIT 906 WAS ADMITTED INTO EVIDENCE.)

10:21:32  13    BY MR. PITMAN:

10:21:35  14    Q.   OKAY.  SO WHAT ARE WE LOOKING AT HERE?

10:21:37  15    A.   2007 MAJOR EXPENSE SPENDING.

10:21:41  16    Q.   OKAY.  AND CAN WE JUST GO THROUGH THESE AGAIN, WHAT'S THE

10:21:45  17    FIRST ITEM THERE?

10:21:46  18    A.   THE FIRST ITEM IS PORTFOLIO INVESTMENT.  SO IT'S 750,000.

10:21:53  19    THIS IS THE MAIN INVESTMENT FROM LPL.

10:21:57  20    Q.   OKAY.

10:21:58  21    A.   SO LPL IS ABOUT $600,000 SPENDING.

10:22:04  22    Q.   AND THERE WERE SOME OTHERS AS WELL?

10:22:05  23    A.   THERE'S ABOUT 150,000, I BELIEVE SCOTTRADE.

10:22:10  24    Q.   AND WHAT'S THE NEXT LINE?

10:22:11  25    A.   SO THE NEXT LINE IS HOUSE, THEY PURCHASE THREE HOUSES IN

DIRECT EXAMINATION BY MR. PITMAN

10:22:18  1    2007.

10:22:19  2    Q.   OKAY.

10:22:20  3    A.   SO THE THREE HOUSES IN MILLBRAE.

10:22:24  4    Q.   AND WERE THEY HOUSES?

10:22:26  5    A.   OH, THEY ARE CONDOMINIUM.

10:22:27  6    Q.   OKAY.  AND WHAT'S THE NEXT LINE?

10:22:30  7    A.   AND MORTGAGE.  SO THIS IS THE SAME CONCEPT, I USE THE IRS

10:22:38  8    DATA, THAT WAS 595,000.

10:22:41  9    Q.   OKAY.  WHAT'S THE NEXT LINE?

10:22:42  10   A.   CREDIT CARD EXPENSES.  THEY SPENT ON THE CREDIT CARD.

10:22:49  11   USED BY CREDIT CARD TO PAY THE EXPENSES.

10:22:53  12   Q.   OKAY.  SO THIS IS A SUMMARY OF THEIR CREDIT CARD BILLS?

10:22:56  13   A.   CORRECT.

10:22:56  14   Q.   OKAY.  AND WHAT'S THE NEXT LINE?

10:22:58  15   A.   IT'S A JEWELRY.

10:22:59  16   Q.   OKAY.  AND HOW DID YOU FIND THE MONEY THAT THEY HAD SPENT

10:23:02  17   ON JEWELRY?

10:23:04  18   A.   SO I SEE THEY WIRE EXPENSES, THE JEWELRY PURCHASE, TO

10:23:12  19   TAIWAN TO PURCHASE JEWELRY, AND I ALSO SEE THEY PURCHASE

10:23:18  20   JEWELRY HERE IN THE UNITED STATES WITH THEIR CHECKS.  SO THAT'S

10:23:24  21   ABOUT 109,000.

10:23:26  22   Q.   OKAY.  AND WHAT IS GOLF?

10:23:27  23   A.   GOLF IS RELATING TO THEIR GOLF CLUB SPENDING.

10:23:33  24   Q.   OKAY.  AND PROPERTY TAX?

10:23:35  25   A.   PROPERTY TAX, YES.  $25,772.

DIRECT EXAMINATION BY MR. PITMAN

10:23:39  1    Q.   AND HOA?

10:23:40  2    A.   HOA, YES.

10:23:42  3    Q.   AND JUST REMIND US, AGAIN, WHAT THAT MEANS?

10:23:44  4    A.   HOMEOWNER'S ASSOCIATION.

10:23:46  5    Q.   SO THOSE ITEMS ADD UP TO JUST OVER $2.4 MILLION?

10:23:53  6    A.   YES.

10:23:54  7    Q.   AND IS THAT ALL THE MONEY THAT THE DEFENDANTS SPENT IN

10:23:57  8    2007?

10:23:58  9    A.   NO.

10:24:07  10   Q.   NOW I UNDERSTOOD YOU TO TESTIFY THAT YOU HAD TAKEN A LOOK

10:24:10  11   AT THE DEFENDANT'S CREDIT CARD STATEMENTS FOR 2006 AND 2007?

10:24:14  12   A.   YES.

10:24:14  13   Q.   AND DID YOU HAVE A CHANCE TO REVIEW THOSE IN DETAIL?

10:24:18  14   A.   YES.

10:24:18  15   Q.   AND DO YOU REMEMBER WHICH ACCOUNTS YOU LOOKED AT?

10:24:22  16   A.   I LOOK AT ALL THE ACCOUNTS IN THE CHASE CARD.

10:24:27  17   Q.   OKAY.  AND WERE THERE MORE THAN ONE?

10:24:30  18   A.   RIGHT.  THERE ARE THREE.

10:24:35  19   Q.   THREE ACCOUNTS?

10:24:36  20   A.   THREE ACCOUNTS.

10:24:36  21   Q.   OKAY.  AND IN WHOSE NAMES WERE THOSE ACCOUNTS?

10:24:39  22   A.   MEILI LIN HAS ONE ACCOUNT, AND HENRY HORNG HAS TWO

10:24:48  23   ACCOUNTS.

10:24:48  24   Q.   AND DID YOU PREPARE A SUMMARY OF THE EXPENDITURES OF THOSE

10:24:52  25   ACCOUNTS FOR 2006 AND 2007?

10:24:54  1      A.    YES.

10:24:54  2      Q.    AND THOSE ARE BASED ON THE CREDIT CARD STATEMENTS?

10:24:58  3      A.    RIGHT.

10:24:58  4      Q.    LET ME ASK YOU, PLEASE, TO TAKE A LOOK AT EXHIBIT 911,

10:25:01  5      WHICH IS NOT IN EVIDENCE.

10:25:14  6      A.    SO THIS IS A 2006 SUMMARY FOR THE VISA CARD, 7934.

10:25:20  7      Q.    OKAY.  AND JOHN, CAN YOU JUST SLOWLY PAGE THROUGH A LITTLE

10:25:24  8      BIT.

10:25:29  9      A.    OKAY.  SO THIS IS THE OTHER VISA ACCOUNT NUMBER 1494 AND

10:25:36  10     0773.

10:25:38  11     Q.    OKAY.  AND THE NEXT?

10:25:42  12     A.    THIS IS 2007 FOR ACCOUNT NUMBER 7934.

10:25:48  13     Q.    OKAY.  AND THE NEXT PAGE?

10:25:54  14     A.    THIS IS 2007 FOR ACCOUNT NUMBER 1494.

10:25:59  15     Q.    OKAY.  AND THE NEXT PAGE?

10:26:01  16     A.    AND THESE ARE THE TOTAL 2006 AND 2007 SPENDING.

10:26:05  17     Q.    AND THE NEXT PAGE?

10:26:07  18     A.    SO THIS IS THE PIE CHART IN SHOWING YOU THE WHOLE

10:26:17  19     SPENDING, LIKE WHICH PART IS THEIR MAIN SPENDING.  THAT'S VERY

10:26:23  20     SIMPLE.  THEY HAVE JEWELRY ABOUT 26 PERCENT.

10:26:27  21     Q.    OKAY.  LET'S FIRST, BEFORE WE TESTIFY ABOUT WHAT IT SAYS,

10:26:30  22     I JUST WANT TO MAKE SURE THAT YOU RECOGNIZE THIS DOCUMENT?

10:26:32  23     A.    RIGHT.

10:26:33  24     Q.    AND IT'S A SUMMARY THAT WAS PREPARED BASED ON YOUR

10:26:35  25     ANALYSIS OF THE TRIAL EXHIBITS MADE UP OF CREDIT CARD

10:26:39   1      STATEMENTS?

10:26:39   2      A.    CORRECT.

10:26:40   3            MR. PITMAN:   YOUR HONOR, I MOVE FOR ADMISSION OF

10:26:42   4      EXHIBIT 911.

10:26:43   5            THE COURT:   ANY OBJECTION?

10:26:44   6            MR. CANNON:   NO OBJECTION.

10:26:44   7            THE COURT:   IT WILL BE ADMITTED.

10:26:46   8      (GOVERNMENT'S EXHIBIT 911 WAS ADMITTED INTO EVIDENCE.)

10:26:46   9      BY MR. PITMAN:

10:26:47   10     Q.    CAN WE TAKE A LOOK AT PAGE 1, PLEASE.

10:26:51   11           OKAY.   SO CAN YOU JUST DESCRIBE FOR THE JURY WHAT PAGE 1

10:26:54   12     IS?

10:26:55   13     A.    PAGE 1 IS THE 2006 ON THE VISA CARD 7934.

10:27:02   14     Q.    AND DO YOU KNOW WHOSE ACCOUNT THAT WAS?

10:27:04   15     A.    THAT IS MEILI LIN'S ACCOUNT.

10:27:06   16     Q.    OKAY.   AND CAN WE TAKE A LOOK AT THE NEXT PAGE, PLEASE.

10:27:12   17     A.    SO THIS IS THE 2006 SUMMARY.   SAME VISA ACCOUNT, FOR THE

10:27:21   18     ACCOUNT NUMBER 1494 AND 0773.

10:27:26   19     Q.    SO IT'S NOT THE SAME ACCOUNT AS THE ONE WE JUST LOOKED AT?

10:27:29   20     A.    NO, I'M SAYING IT'S THE SAME CHASE ACCOUNT, CHASE VISA

10:27:36   21     ACCOUNT.

10:27:37   22     Q.    SO I'M NOT SURE I UNDERSTAND YOUR ANSWER?

10:27:39   23     A.    I MEAN CHASE VISA CREDIT CARD SUMP.

10:27:42   24     Q.    OKAY.   SO THE FIRST PAGE WE LOOKED AT WAS MEILI'S ACCOUNT?

10:27:45   25     A.    RIGHT.

DIRECT EXAMINATION BY MR. PITMAN

10:27:46  1    Q.   AND NOW WE ARE LOOKING AT THE SECOND PAGE?

10:27:48  2    A.   RIGHT.

10:27:49  3    Q.   AND WHOSE ACCOUNT IS THIS?

10:27:50  4    A.   THIS IS HENRY HORNG'S ACCOUNT.

10:27:53  5    Q.   AND IT SAYS THERE'S TWO DIFFERENT ACCOUNT NUMBERS THERE AT

10:27:56  6    THE TOP?

10:27:56  7    A.   RIGHT.

10:27:57  8    Q.   SO WHY -- DID HE HAVE TWO DIFFERENT CREDIT CARDS OR --

10:28:03  9    A.   I SAW THE EVIDENCE SHOWED THAT IN THE BEGINNING OF 2006,

10:28:09 10    HE'S USING THE ACCOUNT 0773, AND TO MAY 11TH, AND HE CHANGED TO

10:28:19 11    THE OTHER ACCOUNT, 1494.

10:28:22 12    Q.   OKAY.  SO LET'S TAKE A LOOK, PLEASE, AT THE THIRD PAGE.

10:28:28 13    AND WHAT ARE WE LOOKING AT HERE?

10:28:30 14    A.   SO WE ARE LOOKING AT ACCOUNT NUMBER 7934.

10:28:33 15    Q.   OKAY.  AND WHOSE ACCOUNT WAS THAT?

10:28:35 16    A.   THIS IS MEILI LIN'S ACCOUNT.

10:28:37 17    Q.   OKAY.  SO THIS IS A SUMMARY OF THE CHARGES ON THAT ACCOUNT

10:28:39 18    FOR THE YEAR 2007?

10:28:41 19    A.   YES.

10:28:42 20    Q.   AND CAN WE TAKE A LOOK AT THE NEXT SLIDE, PLEASE.  AND

10:28:49 21    WHAT ARE WE LOOKING AT HERE?

10:28:51 22    A.   ACCOUNT 1494.

10:28:55 23    Q.   OKAY.  AND THIS IS A SUMMARY OF HENRY HORNG?

10:28:57 24    A.   HENRY -- YES.

10:28:59 25    Q.   HENRY HORNG'S ACCOUNT FOR 2007?

DIRECT EXAMINATION BY MR. PITMAN

10:29:01  1  A.   YES.

10:29:01  2  Q.   OKAY.  AND CAN WE TAKE A LOOK, PLEASE, AT THE NEXT

10:29:06  3  ACCOUNT -- I'M SORRY, THE NEXT SLIDE.

10:29:09  4  A.   THIS IS THE TOTAL 2006 AND 2007.

10:29:14  5  Q.   OKAY.  BOTH ACCOUNTS FOR BOTH YEARS?

10:29:16  6  A.   CORRECT.

10:29:16  7  Q.   OKAY.  AND THEN CAN WE TAKE A LOOK AT THE LAST PAGE,

10:29:20  8  PLEASE.  AND WHAT ARE WE LOOKING AT HERE?

10:29:25  9  A.   SO THIS IS A TOTAL 2006 AND 2007.  HERE IT SHOWS A THE

10:29:34 10  TOTAL EXPENSES WAS $376,939, AND CATEGORIZE THEM BY DIFFERENT

10:29:42 11  EXPENSE TYPE.

10:29:43 12  Q.   OKAY.  AND AGAIN, THIS ISN'T ALL THE MONEY THEY SPENT IN

10:29:57 13  2006 AND 2007?

10:29:59 14  A.   NO.

10:29:59 15  Q.   THIS IS JUST THE CREDIT CARDS?

10:30:02 16  A.   CORRECT.

10:30:06 17  Q.   DID YOU HAVE A CHANCE TO REVIEW JP MORGAN RECORDS

10:30:18 18  REFLECTING THE PAYMENTS THAT WERE MADE TOWARDS THESE CREDIT

10:30:22 19  CARD ACCOUNTS?

10:30:23 20  A.   YES.

10:30:24 21  Q.   SO CAN WE TAKE A LOOK, PLEASE, AS EXHIBIT 447.  THIS IS

10:30:38 22  THE FIRST PAGE OF THE EXHIBIT.  SO WHAT ARE WE LOOKING AT HERE?

10:30:42 23  A.   SO THIS IS A CHECK FROM PING KUANG LIN, PING KUANG LIN'S

10:30:51 24  CHECK.

10:30:51 25  Q.   SO THE CHECK IS COMING FROM WHICH ACCOUNT?

DIRECT EXAMINATION BY MR. PITMAN

| | | |
|---|---|---|
| 10:30:53 | 1 | A.   CATHAY BANK. |
| 10:30:56 | 2 | Q.   OKAY.  AND WHAT WAS THIS CHECK USED TO PAY? |
| 10:30:59 | 3 | A.   PAY CHASE CARD SERVICES. |
| 10:31:05 | 4 | Q.   OKAY.  AND DO YOU RECOGNIZE THE SIGNATURE ON THAT CHECK? |
| 10:31:07 | 5 | A.   YES. |
| 10:31:07 | 6 | Q.   AND WHOSE IS IT? |
| 10:31:08 | 7 | A.   SO IT APPEARED TO BE MEILI LIN'S SIGNATURE. |
| 10:31:13 | 8 | Q.   SO THE AMOUNT OF THIS CHECK IS? |
| 10:31:16 | 9 | A.   $1,114 FORTY CENTS. |
| 10:31:21 | 10 | Q.   OKAY.  SO NOW I WONDER IF WE CAN COMPARE THIS PAGE TO |
| 10:31:33 | 11 | EXHIBIT 446, PAGE 2.  AND IF YOU WOULDN'T MIND, JONATHAN, |
| 10:31:37 | 12 | BLOWING UP ON THE STATEMENT, JUST THE TOP SECTION HERE RIGHT |
| 10:31:42 | 13 | UNDER THE WORD UNITED MILEAGE PLUS. |
| 10:31:46 | 14 | OKAY.  SO DO YOU SEE IN THE BOTTOM LEFT-HAND CORNER, A |
| 10:31:53 | 15 | STATEMENT REFLECTED FOR THIS CREDIT CARD STATEMENT? |
| 10:31:56 | 16 | A.   YES. |
| 10:31:57 | 17 | Q.   AND DOES IT APPEAR THAT THAT AMOUNT IS THE SAME AS FOR THE |
| 10:32:00 | 18 | CHECK ON THE LEFT? |
| 10:32:01 | 19 | A.   THEY ARE THE SAME. |
| 10:32:02 | 20 | Q.   OKAY.  SO WHOSE CREDIT CARD WAS PAID WITH THIS CHECK? |
| 10:32:10 | 21 | A.   IT'S JYH-CHAU HORNG'S. |
| 10:32:13 | 22 | Q.   OKAY.  SO THIS IS PAYING MR. HORNG'S CREDIT CARD? |
| 10:32:16 | 23 | A.   YES. |
| 10:32:16 | 24 | Q.   NOW LET ME ASK YOU, PLEASE, TO TAKE A LOOK AT EXHIBIT 566. |
| 10:32:29 | 25 | DO YOU RECOGNIZE THIS DOCUMENT? |

DIRECT EXAMINATION BY MR. PITMAN

10:32:31   1   A.   YES.

10:32:32   2   Q.   AND CAN YOU TELL THE JURY WHAT IT IS?

10:32:34   3   A.   THIS IS A SIGNATURE CARD OF PING KUANG LIN'S BANK ACCOUNT.

10:32:43   4   Q.   AND DO YOU SEE THE BANK ACCOUNT NUMBER THERE?

10:32:46   5   A.   YES.  IT'S ON THE RIGHT TOP.

10:32:55   6   Q.   OKAY.  AND WHAT ARE THE LAST FOUR DIGITS OF THE BANK

10:32:58   7   ACCOUNT NUMBER?

10:32:59   8   A.   827.

10:33:01   9   Q.   0827?

10:33:02  10   A.   0827.

10:33:03  11   Q.   OKAY.  NOW IF WE ZOOM OUT, DO YOU SEE MEILI LIN'S

10:33:08  12   SIGNATURE ANYWHERE ON THIS SIGNATURE CARD?

10:33:09  13   A.   NO.

10:33:09  14   Q.   OKAY.  NOW, CAN WE TAKE A LOOK, PLEASE, AT EXHIBIT 447.

10:33:19  15   OKAY.  SO THIS IS THE CHECK WE WERE JUST LOOKING AT?

10:33:22  16   A.   RIGHT.

10:33:22  17   Q.   AND IS THIS CHECK WRITTEN AGAINST THE ACCOUNT FOR THE

10:33:27  18   SIGNATURE CARD THAT WE JUST LOOKED AT?

10:33:29  19   A.   YES.

10:33:29  20   Q.   OKAY.  NOW LET ME ASK YOU, PLEASE, TO TAKE A LOOK AT

10:33:47  21   PAGE 2 OF EXHIBIT 447.

10:33:49  22        OKAY.  AND WHAT ARE WE LOOKING AT HERE?

10:33:51  23   A.   SO THIS IS CATHAY BANK ACCOUNT 819.  AND IT'S A CHECK FROM

10:34:00  24   TIAN FU LIN AND CHOU YUAN-LIN ACCOUNT.

10:34:07  25   Q.   AND DO YOU SEE A SIGNATURE ON THAT?

DIRECT EXAMINATION BY MR. PITMAN

10:34:09    1      A.    YES.

10:34:09    2      Q.    AND DO YOU RECOGNIZE THAT SIGNATURE?

10:34:10    3      A.    YES, I DO.

10:34:11    4      Q.    OKAY.  AND WHOSE IS IT?

10:34:13    5      A.    IT'S -- IT APPEARS TO BE MEILI LIN'S SIGNATURE.

10:34:17    6      Q.    OKAY.  AND HOW MUCH IS THIS CHECK FOR?

10:34:19    7      A.    IT'S $7,047.35.

10:34:23    8      Q.    OKAY.  AND I WONDER IF WE CAN COMPARE THIS PAGE TO PAGE 4

10:34:28    9      OF EXHIBIT 446, AND AGAIN, I WANT TO LOOK AT THE TOP PORTION

10:34:40   10      HERE.

10:34:48   11           WELL, IT'S HARD TO MAKE OUT BUT IN THE BOTTOM LEFT-HAND

10:34:51   12      CORNER -- CAN WE JUST DO VISA ACCOUNT SUMMARY, JOHN, UNDER THE

10:34:55   13      UNITED MILEAGE PLUS.

10:35:02   14           ALL RIGHT.  SO DOES THIS APPEAR TO REFLECT A PAYMENT

10:35:05   15      CONSISTENT WITH THE CHECK WE WERE JUST LOOKING AT?

10:35:07   16      A.    YES, THEY ARE THE SAME.

10:35:08   17      Q.    OKAY.  AND IF WE BACK OUT, THE STATEMENT ON THE RIGHT-HAND

10:35:12   18      SIDE, WHAT CREDIT CARD IS THIS STATEMENT FOR?

10:35:17   19      A.    THAT'S JYH-CHAU HORNG'S ACCOUNT.

10:35:22   20      Q.    OKAY.  SO IT APPEARS THAT A CHECK FROM ACCOUNT 0819 WAS

10:35:26   21      USED TO PAY HENRY HORNG'S CREDIT CARD BILL?

10:35:30   22      A.    YES.

10:35:31   23      Q.    LET ME ASK YOU, PLEASE, TO TAKE A LOOK AT EXHIBIT 563.

10:35:36   24           THE COURT:  THAT WAS ACCOUNT 819?  YES, THANK YOU.

10:35:39   25      THAT'S WHAT I HAVE.

DIRECT EXAMINATION BY MR. PITMAN

```
10:35:41   1    BY MR. PITMAN:
10:35:43   2    Q.   ALL RIGHT.  MS. CAMPBELL, WHAT ARE WE LOOKING AT HERE?
10:35:46   3    A.   SO WE HAVE SIGNATURE CARD.
10:35:47   4    Q.   OKAY.  AND CAN YOU TELL FOR WHICH ACCOUNT?
10:35:49   5    A.   0819.
10:35:50   6    Q.   OKAY.  AND WHOSE NAME IS ON THE SIGNATURE CARD THERE?
10:35:55   7    A.   TIAN FU LIN AND CHOU YUAN-LIN.
10:36:04   8    Q.   AND DO YOU SEE MEILI LIN'S SIGNATURE ANYWHERE ON THE
10:36:07   9    SIGNATURE CARD?
10:36:08   10   A.   NO.
10:36:09   11   Q.   OKAY.  CAN WE GO BACK, PLEASE, AND TAKE A LOOK AT
10:36:12   12   EXHIBIT 447, PAGE 2.
10:36:18   13        SO IS THIS A CHECK WRITTEN AGAINST AN ACCOUNT FOR WHOSE
10:36:23   14   SIGNATURE CARD WE WERE LOOKING AT?
10:36:25   15   A.   TIAN FU LIN AND CHOU LIN.
10:36:28   16   Q.   AND THE ACCOUNT WAS 0819?
10:36:32   17   A.   RIGHT.
10:36:32   18   Q.   AND LET'S TAKE A LOOK AT ONE MORE.  COULD WE LOOK AT PAGE
10:36:36   19   FIVE, PLEASE OF EXHIBIT 447.
10:36:42   20        OKAY.  SO THIS IS A CHECK AGAINST A DIFFERENT ACCOUNT; IS
10:36:46   21   THAT RIGHT?
10:36:46   22   A.   YES.  SO THIS IS ACCOUNT NUMBER 2232.
10:36:50   23   Q.   OKAY.  AND WHOSE NAME IS ON THAT CHECK?
10:36:52   24   A.   PING KUANG LIN.
10:36:54   25   Q.   OKAY.  DO YOU SEE THE SIGNATURE THERE?
```

DIRECT EXAMINATION BY MR. PITMAN

10:36:56  1    A.   YES.

10:36:57  2    Q.   AND DO YOU RECOGNIZE THAT SIGNATURE?

10:36:59  3    A.   YES.  IT APPEARS TO BE MEILI LIN'S SIGNATURE.

10:37:04  4    Q.   OKAY.  AND WAS THAT CHECK ALSO USED TO PAY A CREDIT CARD

10:37:08  5    BILL FOR MR. HORNG OR MS. LIN?

10:37:12  6    A.   YES, BECAUSE IT PAID TO CHASE CARD.

10:37:14  7    Q.   OKAY.  AND LET'S JUST TAKE A LOOK AT PAGE 448, PAGE 1,

10:37:19  8    PLEASE.  AND AGAIN, IF WE COULD JUST LOOK AT THE VISA ACCOUNT

10:37:23  9    SUMMARY SECTION.

10:37:26  10        OKAY.  SO YOU SEE A PAYMENT THERE OF 9531.

10:37:31  11   A.   YES.

10:37:31  12   Q.   AND DOES THAT CORRESPOND TO THE AMOUNT OF THE CHECK WE

10:37:34  13   JUST LOOKED AT?

10:37:35  14   A.   YES.

10:37:35  15   Q.   ALL RIGHT.  NOW LET ME ASK YOU, PLEASE, TO TAKE A LOOK AT

10:37:39  16   EXHIBIT 594.  AND IS THIS AN ACCOUNT STATEMENT?

10:37:48  17   A.   RIGHT.

10:37:50  18   Q.   AND IS THIS AN ACCOUNT STATEMENT FOR THE ACCOUNT FOR --

10:37:54  19   A.   2232.

10:37:55  20   Q.   2232.  SO IS THAT THE ACCOUNT THAT WAS USED TO WRITE THE

10:37:59  21   $9,000 CHECK WE JUST LOOKED AT?

10:38:01  22   A.   YES.

10:38:01  23   Q.   AND WHOSE NAME IS ON THAT ACCOUNT?

10:38:04  24   A.   MR. PING KUANG LIN.

10:38:05  25   Q.   OKAY.  THANK YOU.

DIRECT EXAMINATION BY MR. PITMAN

10:38:11  1          OKAY.  SO NOW I WOULD LIKE TO ASK YOU A LITTLE BIT ABOUT

10:38:29  2     REIJIN INTERNATIONAL, OKAY.

10:38:32  3     A.    YES.

10:38:33  4     Q.    JUST REMIND THE JURY WHAT REIJIN INTERNATIONAL IS?

10:38:36  5     A.    YES.  REIJIN INTERNATIONAL IS A BUSINESS OF PURCHASING

10:38:45  6     SCRAP METAL HERE FROM UNITED STATES AND SELL TO CHINA.

10:38:50  7     Q.    OKAY.  AND WHOSE BUSINESS WAS IT?

10:38:53  8     A.    MEILI LIN AND HENRY HORNG.

10:38:56  9     Q.    OKAY.  CAN WE TAKE A LOOK, PLEASE, AT EXHIBIT 1.  AND CAN

10:39:04  10    YOU GO TO PAGE 7.  OH, SORRY, CAN YOU PAGE DOWN.  KEEP GOING,

10:39:16  11    PLEASE.

10:39:21  12          OKAY.  SO WHAT ARE WE LOOKING AT HERE?

10:39:23  13    A.    THIS IS A SCHEDULE C WITH A BUSINESS NAME REIJIN

10:39:30  14    INTERNATIONAL.

10:39:31  15    Q.    OKAY.  SO IS THIS WHERE THE PROFITS AND LOSSES FOR REIJIN

10:39:35  16    WERE REPORTED FOR THE YEAR 2006?

10:39:37  17    A.    YES.

10:39:38  18    Q.    AND WHAT WERE THE PROFITS OR LOSSES REPORTED FOR REIJIN

10:39:42  19    FOR 2006?

10:39:47  20    A.    IT SHOWS ON PART ONE IT SHOWS INCOME, HOW MUCH IS EARNED.

10:39:53  21    AND THEN PART TWO IS TOTAL EXPENSES BY CATEGORY.

10:39:57  22    Q.    SO IF WE SCROLL DOWN A LITTLE BIT, OKAY.  SO WHAT WAS THE

10:40:10  23    NET PROFIT REPORTED FOR REIJIN FOR 2006?

10:40:13  24    A.    $72,239.

10:40:17  25    Q.    OKAY.  SO LET ME ASK YOU A QUESTION, JUST GENERALLY

10:40:21  1     SPEAKING, WHAT SORT OF BUSINESS WAS REIJIN IN 2006?

10:40:28  2     A.   COULD YOU PLEASE ASK ME A DIFFERENT WAY.

10:40:32  3     Q.   SURE.  WAS REIJIN A CORPORATION IN 2006?

10:40:35  4     A.   NO.

10:40:36  5     Q.   OKAY.  SO WHAT KIND OF BUSINESS WAS IT IN 2006?

10:40:39  6     A.   IT'S A SOLE PROPRIETORSHIP.

10:40:41  7     Q.   OKAY.  AND CAN YOU JUST TELL THE JURY, WHAT'S A SOLE

10:40:45  8     PROPRIETORSHIP?

10:40:45  9     A.   SOLE PROPRIETORSHIP IS YOU ARE THE EMPLOYER AND YOU ARE

10:40:52  10    ALSO EMPLOYEE.  SO YOU OWN YOUR OWN BUSINESS.  AND IT'S

10:40:58  11    BASICALLY A DISREGARDED ENTITY.  SO THAT MEANS ALL THE RESULT

10:41:06  12    OF THE BUSINESS IS RECORDED ON THE SCHEDULE C, AND THEN ON THE

10:41:10  13    1040 TAX RETURN.

10:41:14  14    Q.   AND SO IF A SOLE PROPRIETORSHIP HAS -- IF THE SOLE

10:41:19  15    PROPRIETORSHIP, IF THE BUSINESS HAS MONEY IN ITS BANK ACCOUNT,

10:41:22  16    CAN THE OWNER TAKE THAT MONEY?

10:41:24  17    A.   YES.

10:41:25  18    Q.   OKAY.  SO THE MONEY, BASICALLY IT BELONGS ON THE OWNER?

10:41:29  19    A.   CORRECT.

10:41:30  20    Q.   BUT ONCE THE MONEY HAS BEEN EARNED BY THE BUSINESS, IT

10:41:34  21    NEEDS TO BE REPORTED, RIGHT?

10:41:35  22    A.   YES.

10:41:37  23    Q.   SO IS IT ACCEPTABLE OR IS IT POSSIBLE TO TAKE MONEY FROM A

10:41:48  24    SCHEDULE C SOLE PROPRIETORSHIP, FOR THE OWNER TO TAKE THAT

10:41:54  25    MONEY IF THAT MONEY HAS NEVER BEEN REPORTED AS A PROFIT FOR THE

DIRECT EXAMINATION BY MR. PITMAN

10:42:01  1    COMPANY?

10:42:02  2    A.   YES.

10:42:06  3    Q.   YOU CAN DO THAT?

10:42:07  4    A.   RIGHT.

10:42:07  5    Q.   BUT ARE THERE TAX CONSEQUENCES FOR DOING THAT?

10:42:11  6    A.   THEN YOU NEED TO REPORT IT WHEN YOU TAKE THE MONEY.

10:42:15  7    Q.   OKAY.  SO YOU CAN TAKE THE MONEY?

10:42:18  8    A.   RIGHT.

10:42:19  9    Q.   BUT WHAT ABOUT IF YOU HAD REPORTED IT, LET'S SAY YOU HAD A

10:42:22  10   SCHEDULE C BUSINESS GOING BACK MANY YEARS AND YOU REPORTED THE

10:42:26  11   PROFITS OVER THE YEARS?

10:42:27  12   A.   YES.

10:42:27  13   Q.   AND SO THERE WAS MONEY JUST SITTING IN A BANK ACCOUNT.

10:42:30  14   YOU'VE DECLARED THE MONEY, YOU'VE REPORTED IT TO THE IRS,

10:42:33  15   YOU'VE PAID TAX ON IT?

10:42:34  16   A.   SO THAT'S GOOD.

10:42:35  17   Q.   YOU CAN TAKE IT --

10:42:37  18   A.   YEAH, YOU CAN TAKE IT ANY TIME.

10:42:39  19   Q.   AND YOU DON'T HAVE TO REPORT IT?

10:42:41  20   A.   NO.

10:42:41  21   Q.   BUT IF THAT MONEY IS SITTING IN THE BUSINESS BANK ACCOUNT

10:42:44  22   AND YOU NEVER REPORTED IT AS A PROFIT FOR THE BUSINESS, IF YOU

10:42:47  23   TAKE IT, WHAT DO YOU HAVE TO DO?

10:42:48  24   A.   YOU TAKE IT AND YOU USE IT AND YOU NEED TO REPORT IT AS

10:42:52  25   INCOME.

| | | |
|---|---|---|
| 10:42:53 | 1 | Q.   OKAY.  SO LET ME ASK YOU, PLEASE, TO TAKE A LOOK AT |
| 10:43:07 | 2 | EXHIBIT 29. |
| 10:44:17 | 3 | THE COURT:  MR. PITMAN, IS THIS IN EVIDENCE? |
| 10:44:19 | 4 | MR. PITMAN:  YES, IT IS. |
| 10:44:19 | 5 | THE COURT:  THANK YOU. |
| 10:44:20 | 6 | BY MR. PITMAN: |
| 10:44:20 | 7 | Q.   I'M SHOWING YOU THE FIRST PAGE OF EXHIBIT 29? |
| 10:44:23 | 8 | A.   YES. |
| 10:44:23 | 9 | Q.   ARE YOU FAMILIAR WITH THIS DOCUMENT? |
| 10:44:25 | 10 | A.   YES. |
| 10:44:25 | 11 | Q.   AND DO YOU REMEMBER WHEN KRISTY MORGAN TESTIFIED ABOUT |
| 10:44:29 | 12 | THIS DOCUMENT? |
| 10:44:30 | 13 | A.   YES. |
| 10:44:30 | 14 | Q.   AND WHAT IS EXHIBIT 29? |
| 10:44:35 | 15 | A.   EXHIBIT 29 GIVE A LOT OF INFORMATION ON THE TAX RETURN, |
| 10:44:40 | 16 | INCLUDING THE WAGES AND SELF-EMPLOYED INCOME, AND WHAT KIND OF |
| 10:44:48 | 17 | FORM IS ATTACHED WITH THE TAX RETURN FILING. |
| 10:44:50 | 18 | Q.   OKAY.  AND DID YOU HAVE A CHANCE TO REVIEW EXHIBIT 29? |
| 10:44:55 | 19 | A.   YES. |
| 10:44:55 | 20 | Q.   AND DID YOU DETERMINE, BASED ON EXHIBIT 29, HOW MUCH |
| 10:45:00 | 21 | SCHEDULE C INCOME THE DEFENDANTS HAD REPORTED AS FAR AS IRS |
| 10:45:08 | 22 | RECORDS GO, FROM THE BEGINNING UNTIL THE END OF 2006? |
| 10:45:15 | 23 | A.   RIGHT. |
| 10:45:16 | 24 | Q.   YOU DID? |
| 10:45:16 | 25 | A.   YES, I DID. |

DIRECT EXAMINATION BY MR. PITMAN

10:45:17  1    Q.   OKAY.  AND DO YOU REMEMBER, BASED ON YOUR SUMMARY, HOW

10:45:21  2    MUCH, ACCORDING TO EXHIBIT 29, THEY HAD REPORTED AS SCHEDULE C

10:45:25  3    INCOME FOR THOSE YEARS?

10:45:27  4         THE COURT:  WHEN YOU SAY FROM THE BEGINNING, THE

10:45:29  5    BEGINNING OF WHAT?

10:45:30  6         MR. PITMAN:  WELL, SO, I WILL CLARIFY.

10:45:32  7    Q.   EXHIBIT 29, WAS THAT THE FULL SUMMARY OF THE IRS'S

10:45:37  8    RECORDS?

10:45:38  9    A.   YES.

10:45:40  10   Q.   GOING BACK TO --

10:45:42  11   A.   TO 1999.

10:45:43  12   Q.   AT LEAST 1999.  OKAY.

10:45:45  13   A.   YES.

10:45:45  14   Q.   SO FROM 1999 THROUGH 2006, THROUGH THE END OF 2006?

10:45:51  15   A.   CORRECT.

10:45:52  16   Q.   DID YOU HAVE A CHANCE TO CALCULATE HOW MUCH SCHEDULE C

10:45:54  17   INCOME THE DEFENDANTS HAD REPORTED?

10:45:56  18   A.   YES, I DO.

10:45:57  19   Q.   AND DO YOU REMEMBER HOW MUCH?

10:45:59  20   A.   I BELIEVE IT'S AROUND 250,000.

10:46:04  21   Q.   OKAY.  IS THERE ANYTHING THAT WOULD HELP YOU REMEMBER?

10:46:07  22   A.   YES, PLEASE.

10:46:16  23   Q.   AND WHAT WOULD HELP YOU REMEMBER?

10:46:17  24   A.   CAN I PLEASE SEE THE EXHIBIT I CREATED?

10:46:24  25   Q.   DID YOU PREPARE A SPREADSHEET SUMMARIZING YOUR WORK ON

| | | |
|---|---|---|
| 10:46:28 | 1 | EXHIBIT 29? |
| 10:46:29 | 2 | A.  YES. |
| 10:46:30 | 3 | Q.  AND WOULD TAKING A LOOK AT THAT HELP YOU REMEMBER? |
| 10:46:33 | 4 | A.  YEAH, DEFINITELY.  SO IT'S $273,779. |
| 10:47:11 | 5 | Q.  OKAY.  THANK YOU. |
| 10:47:20 | 6 | A.  THANK YOU. |
| 10:47:28 | 7 | Q.  NOW AS PART OF YOUR WORK ON THE CASE, DID YOU HAVE AN |
| 10:47:32 | 8 | OPPORTUNITY TO DETERMINE WHETHER THE DEFENDANTS WERE SPENDING |
| 10:47:35 | 9 | REIJIN'S MONEY ON THEMSELVES? |
| 10:47:37 | 10 | A.  YES. |
| 10:47:38 | 11 | Q.  OKAY.  AND DID YOU FIND SOME EXAMPLES OF INSTANCES IN |
| 10:47:41 | 12 | WHICH THEY HAD DONE THAT? |
| 10:47:42 | 13 | A.  YES, I DID. |
| 10:47:43 | 14 | Q.  OKAY.  SO WE'VE TALKED A LITTLE BIT ABOUT THE PURCHASE OF |
| 10:47:47 | 15 | A BENTLEY? |
| 10:47:48 | 16 | A.  RIGHT. |
| 10:47:49 | 17 | Q.  OKAY.  SO DID THAT APPEAR TO YOU TO BE A PERSONAL EXPENSE? |
| 10:47:55 | 18 | A.  YES. |
| 10:47:55 | 19 | Q.  AND DID IT APPEAR TO HAVE USED REIJIN MONEY? |
| 10:47:59 | 20 | A.  YES. |
| 10:48:00 | 21 | Q.  OKAY.  SO LET'S START BY TAKING A LOOK AT EXHIBIT 514. |
| 10:48:30 | 22 | OKAY.  AND CAN WE PLEASE GO TO THE 23RD PAGE. |
| 10:48:36 | 23 | SO WHAT ARE WE LOOKING AT HERE? |
| 10:48:38 | 24 | A.  SO WE ARE LOOKING AT A CHECK, NUMBER 1199, FROM ACCOUNT |
| 10:48:43 | 25 | NUMBER 3797.  AND THIS IS REIJIN INTERNATIONAL'S BANK ACCOUNT. |

DIRECT EXAMINATION BY MR. PITMAN

| | | |
|---|---|---|
| 10:48:50 | 1 | Q.   OKAY.  AND WHAT'S THE AMOUNT OF THE CHECK? |
| 10:48:52 | 2 | A.   170,000. |
| 10:48:55 | 3 | Q.   AND DO YOU SEE A SIGNATURE THERE? |
| 10:48:59 | 4 | A.   YES, IT'S MEILI LIN'S SIGNATURE. |
| 10:49:02 | 5 | Q.   AND IF WE TAKE A LOOK, PLEASE, AT EXHIBIT -- WHAT'S THE |
| 10:49:06 | 6 | DATE ON THIS CHECK? |
| 10:49:07 | 7 | A.   IT'S MARCH 10, 2006. |
| 10:49:10 | 8 | Q.   OKAY.  AND CAN WE TAKE A LOOK AT EXHIBIT 514, PAGE 29. |
| 10:49:23 | 9 | AND WAS THIS A CHECK THAT YOU THOUGHT ALSO WAS ASSOCIATED |
| 10:49:26 | 10 | WITH THAT PURCHASE OF THAT AUTOMOBILE? |
| 10:49:28 | 11 | A.   YES. |
| 10:49:29 | 12 | Q.   AND CAN YOU TELL THE JURY WHY? |
| 10:49:30 | 13 | A.   ON THE MEMO SECTION, IT SAYS FOR BENTLEY CAR. |
| 10:49:35 | 14 | Q.   OKAY.  SO THESE CHECKS WERE WRITTEN AGAINST ACCOUNT NUMBER |
| 10:49:43 | 15 | 3797? |
| 10:49:43 | 16 | A.   YES, THE SAME ACCOUNT. |
| 10:49:45 | 17 | Q.   SO WHAT MAKES YOU THINK THAT THAT WAS A REIJIN ACCOUNT? |
| 10:49:49 | 18 | A.   BECAUSE ON THE LEFT CORNER, YOU SEE REIJIN INTERNATIONAL |
| 10:49:55 | 19 | COMPANY WITH THEIR COMPANY'S ADDRESS. |
| 10:49:58 | 20 | Q.   AND WHEN YOU HAD A CHANCE TO -- YOU DID HAVE A CHANCE TO |
| 10:50:02 | 21 | ANALYZE THE ACTIVITY IN THAT ACCOUNT, RIGHT? |
| 10:50:03 | 22 | A.   YES. |
| 10:50:04 | 23 | Q.   AND DID IT APPEAR THAT THAT ACCOUNT WAS USED FOR REIJIN |
| 10:50:07 | 24 | BUSINESS? |
| 10:50:07 | 25 | A.   YES. |

DIRECT EXAMINATION BY MR. PITMAN

10:50:08   1    Q.   WAS THAT ONE OF THE PRIMARY REIJIN ACCOUNTS?

10:50:11   2    A.   YES, THIS IS THE MAIN ACCOUNT, YES.

10:50:14   3    Q.   SO LET ME ASK YOU, PLEASE, TO TAKE A LOOK AT EXHIBIT 766.

10:50:21   4         AND THIS IS A DOCUMENT THAT WAS FOUND DURING THE EXECUTION

10:50:24   5    OF THE SEARCH WARRANT?

10:50:28   6    A.   YES.

10:50:29   7    Q.   SO THIS APPEARS TO BE A SALES CONTRACT?

10:50:34   8    A.   YES.

10:50:35   9    Q.   FOR THE PURCHASE OF WHAT?

10:50:37  10    A.   PURCHASE OF BENTLEY.

10:50:38  11    Q.   OKAY.  AND WHAT WAS THE TOTAL SALES PRICE?

10:50:42  12    A.   170,000.

10:50:44  13    Q.   AND IF WE LOOK AT THE SECOND PAGE, DO YOU SEE SIGNATURES

10:50:52  14    THERE ON THE SECOND PAGE?

10:50:54  15    A.   YES.

10:50:56  16    Q.   OKAY.  AND DO YOU RECOGNIZE THOSE SIGNATURES?

10:50:57  17    A.   YES, IT APPEAR TO BE MEILI LIN'S SIGNATURE.

10:51:02  18    Q.   OKAY.  AND WHAT MAKES YOU THINK THAT THE BENTLEY WAS A

10:51:10  19    PERSONAL AS OPPOSED TO A BUSINESS EXPENSE?

10:51:13  20    A.   BECAUSE MY UNDERSTANDING IS THAT REIJIN'S BUSINESS IS

10:51:19  21    DOING SCRAP METAL PURCHASING, AND SELL TO CHINA, AND I DON'T

10:51:25  22    UNDERSTAND WHY THEY WOULD NEED A BENTLEY FOR BUSINESS PURPOSE.

10:51:29  23    Q.   OKAY.  SO DID YOU ALSO FIND OTHER INSTANCES OF WHAT

10:51:35  24    APPEARED TO BE PERSONAL SPENDING FROM THE CORPORATE ACCOUNT IN

10:51:38  25    2006?

10:51:39   1      A.   YES.

10:51:40   2      Q.   OKAY.  LET ME ASK YOU, PLEASE, TO TAKE A LOOK AT

10:51:43   3      EXHIBIT 520.  AND CAN WE GO TO PAGE 26, PLEASE.

10:51:53   4           SO WHAT ARE WE LOOKING AT HERE?

10:51:55   5      A.   SO HERE WE LOOK AT ACCOUNT NUMBER 5199.  AND THIS ACCOUNT

10:52:02   6      BELONGED TO MEILI LIN.  AND WE SEE $100,000 PAY TO SCOTT TRADE.

10:52:11   7      Q.   SO DID I UNDERSTAND YOU TO SAY THAT ACCOUNT NUMBER 5199 IS

10:52:16   8      NOT A BUSINESS ACCOUNT?

10:52:20   9      A.   NO.

10:52:24  10      Q.   SO WHY DID YOU IDENTIFY THIS AS A PURCHASE USING REIJIN

10:52:27  11      MONEY?

10:52:28  12      A.   YES.

10:52:32  13      Q.   WELL, CAN YOU EXPLAIN TO THE JURY, JUST BRIEFLY, WHY YOU

10:52:36  14      BELIEVE THAT THIS MONEY CAME FROM REIJIN?

10:52:38  15      A.   YES.

10:52:40  16           I SEE THE SAME AMOUNT OF MONEY TRANSFER OUT FROM REIJIN'S

10:52:46  17      MAIN ACCOUNT AND DEPOSIT INTO 5199.

10:52:50  18      Q.   OKAY.  SO LET'S TAKE A LOOK, PLEASE, AT EXHIBIT 509.  AND

10:52:56  19      CAN WE GO TO PAGE 17, PLEASE.  OKAY.

10:53:00  20           SO WHAT ARE WE LOOKING AT HERE?

10:53:03  21      A.   WE ARE LOOKING AT REIJIN INTERNATIONAL COMPANY'S ACCOUNT

10:53:08  22      STATEMENT ON APRIL 19, 2006.

10:53:12  23      Q.   SO THIS IS A STATEMENT FOR THE BUSINESS ACCOUNT?

10:53:18  24      A.   CORRECT.

10:53:18  25      Q.   OKAY.  AND CAN WE PLEASE GO TO PAGE 20.  AND IN THE

DIRECT EXAMINATION BY MR. PITMAN

10:53:28  1    BOTTOM, THE LAST ACTIVITY THERE AT THE BOTTOM.

10:53:31  2    A.   YES.

10:53:32  3    Q.   OKAY.  SO HOW MUCH MONEY WAS WITHDRAWN FROM THIS ACCOUNT

10:53:35  4    ON APRIL 18TH?

10:53:36  5    A.   TOTAL AMOUNT WITHDRAWN IS $100,000.

10:53:41  6    Q.   OKAY.  AND YOU HAVE REASON TO BELIEVE THAT MONEY, WHEN IT

10:53:50  7    WAS WITHDRAWN, IT WAS MOVED TO THE PERSONAL ACCOUNT?

10:53:52  8    A.   YES.

10:53:52  9    Q.   OKAY.  SO LET'S TAKE A LOOK AT EXHIBIT 519, PAGE 38.

10:54:05 10         OKAY.  AND WHAT ARE WE LOOKING AT HERE?

10:54:07 11    A.   SO HERE WE ARE LOOKING AT CHECKING DEPOSIT SLIP FOR

10:54:10 12    ACCOUNT NUMBER 5199.

10:54:12 13    Q.   AND CAN WE SEE HOW MUCH IS BEING DEPOSITED?

10:54:15 14    A.   YES, 100,000.

10:54:17 15    Q.   AND CAN WE SEE WHAT ACCOUNT IT'S COMING FROM?

10:54:20 16    A.   YEAH, HERE WE ALSO SEE THE ACCOUNT NUMBER 10097.

10:54:25 17    Q.   OKAY.  AND THIS DEPOSIT WAS ALSO MADE ON APRIL 18TH, 2006?

10:54:30 18    A.   YES.

10:54:36 19    Q.   AND CAN WE TAKE A LOOK, THEN, AT EXHIBIT 517.  AND CAN WE

10:54:43 20    GO TO PAGE 33, PLEASE.

10:54:49 21         SO WHAT ARE WE LOOKING AT HERE?

10:54:51 22    A.   WE SEE APRIL 2006 BANK OF AMERICA ACCOUNT STATEMENT.

10:54:58 23    Q.   OKAY.  SO THIS IS THE ACCOUNT STATEMENT FOR THE PERSONAL

10:55:01 24    ACCOUNT?

10:55:01 25    A.   YES.

DIRECT EXAMINATION BY MR. PITMAN

| | | |
|---|---|---|
| 10:55:01 | 1 | Q.   AND IF WE GO TO PAGE 37.   SORRY, CAN YOU GO TO PAGE 36. |
| 10:55:19 | 2 | OKAY.   SO DO WE SEE THE MONEY HITTING THE ACCOUNT? |
| 10:55:23 | 3 | A.   YES. |
| 10:55:24 | 4 | Q.   SO THERE IT IS, THE DEPOSIT FOR $100,000. |
| 10:55:32 | 5 | A.   RIGHT.   APRIL 18TH. |
| 10:55:33 | 6 | Q.   OKAY.   AND THEN IF WE GO TO EXHIBIT 520, PAGE 26.   OKAY. |
| 10:55:46 | 7 | SO HERE'S THE CHECK. |
| 10:55:48 | 8 | A.   YES. |
| 10:55:49 | 9 | Q.   SO ON THE MORNING OF APRIL 18TH, 2006, THERE WAS $100,000 |
| 10:55:55 | 10 | SITTING IN REIJIN'S ACCOUNT? |
| 10:55:57 | 11 | A.   YES. |
| 10:55:58 | 12 | Q.   AND THAT DAY, THAT $100,000 WAS MOVED TO THE PERSONAL |
| 10:56:03 | 13 | ACCOUNT? |
| 10:56:03 | 14 | A.   CORRECT. |
| 10:56:03 | 15 | Q.   AND THAT DAY, MEILI LIN ISSUED A CHECK FOR $100,000 TO |
| 10:56:08 | 16 | SCOTTRADE? |
| 10:56:09 | 17 | A.   YES. |
| 10:56:09 | 18 | Q.   AND WHAT MAKES YOU THINK THAT SCOTTRADE WAS A PERSONAL |
| 10:56:12 | 19 | EXPENDITURE? |
| 10:56:16 | 20 | A.   BECAUSE THE SCOTTRADE ACCOUNT WAS OWNED BY MEILI LIN, IT'S |
| 10:56:26 | 21 | NOT OWNED BY REIJIN. |
| 10:56:27 | 22 | Q.   OKAY.   IF WE LOOK AT EXHIBIT 422 -- HOLD ON A SECOND.   CAN |
| 10:56:38 | 23 | WE TAKE A LOOK AT EXHIBIT 422. |
| 10:56:40 | 24 | WHAT ARE WE LOOKING AT HERE? |
| 10:56:42 | 25 | A.   WE SEE A SIGNATURE PAGE. |

DIRECT EXAMINATION BY MR. PITMAN

10:56:44   1     Q.   OKAY.

10:56:45   2     A.   FOR THE SCOTTRADE ACCOUNT.

10:56:48   3     Q.   SO THIS IS THE SIGNATURE PAGE FOR THE ACCOUNT.  AND IF WE

10:56:50   4     LOOK AT EXHIBIT 423, IS THIS AN ACCOUNT STATEMENT FOR THAT

10:56:57   5     ACCOUNT?

10:56:57   6     A.   YES.

10:56:58   7     Q.   AND CAN WE GO, PLEASE, TO PAGE 9.

10:57:05   8          AND DO YOU SEE $100,000 HITTING THIS ACCOUNT ON

10:57:16   9     APRIL 20TH?

10:57:16   10    A.   YES, APRIL 20TH.

10:57:18   11    Q.   OKAY.  OKAY.  DID YOU NOTICE ANY OTHER INSTANCES OF WHAT

10:57:38   12    APPEARED TO BE REIJIN MONEY BEING USED TO PURCHASE PERSONAL

10:57:41   13    ASSETS?

10:57:41   14    A.   YES.

10:57:42   15    Q.   OKAY.  LET ME ASK YOU, PLEASE, TO TAKE A LOOK AT

10:57:46   16    EXHIBIT 520.  AND CAN WE GO, PLEASE, TO PAGE 30.

10:58:01   17         OKAY.  WHAT ARE WE LOOKING AT HERE?

10:58:03   18    A.   WE SEE THE OTHER CHECK NUMBER 1083 FROM ACCOUNT 5199 PAID

10:58:10   19    TO JENNIFER CHIN FOR $160,000.

10:58:14   20    Q.   OKAY.  AND DO YOU SEE A SIGNATURE ON THIS CHECK?

10:58:18   21    A.   YES.

10:58:18   22    Q.   AND WHOSE SIGNATURE IS THAT?

10:58:21   23    A.   IT APPEAR TO BE HENRY HORNG'S SIGNATURE.

10:58:24   24    Q.   OKAY.  SO THIS IS $160,000 CHECK, AND IT'S WRITTEN AGAINST

10:58:31   25    THE PERSONAL ACCOUNT, RIGHT?

10:58:32    1       A.    YES.

10:58:33    2       Q.    BUT DO YOU HAVE REASON TO BELIEVE THAT THE MONEY USED TO

10:58:35    3       FUND THIS CHECK CAME FROM A REIJIN ACCOUNT?

10:58:37    4       A.    YES.

10:58:38    5       Q.    OKAY.  LET'S TAKE A LOOK, PLEASE, AT EXHIBIT 509.  AND CAN

10:58:45    6       WE GO, PLEASE, TO PAGE 23.

10:58:50    7             SO WHAT ARE WE LOOKING AT HERE?

10:58:52    8       A.    SO HERE WE SEE REIJIN INTERNATIONAL COMPANY'S BANK ACCOUNT

10:58:58    9       STATEMENT ON MAY 19, 2006.

10:59:06   10       Q.    AND CAN WE GO, PLEASE, TO PAGE 27.

10:59:17   11             SO DO YOU SEE A WITHDRAWAL FROM THIS ACCOUNT ON MAY 1ST?

10:59:23   12       A.    MAY 8TH.

10:59:24   13       Q.    MAY 8TH.

10:59:29   14       A.    YES.

10:59:30   15       Q.    AND I'M SORRY, I MIGHT HAVE THE WRONG PAGE HERE.

10:59:45   16             SO IF YOU LOOK AT THE BOTTOM, I'M SORRY, THE TOP HALF,

10:59:50   17       ACCOUNT ACTIVITY.  OKAY.  SO ON MAY 8TH, MONEY LEFT THE REIJIN

10:59:59   18       ACCOUNT?

11:00:00   19       A.    YES.

11:00:00   20       Q.    AND HOW MUCH WAS IT?

11:00:02   21       A.    $202,746.

11:00:08   22       Q.    OKAY.  AND THEN IF WE LOOK AT EXHIBIT 517, AND CAN WE GO

11:00:21   23       TO PAGE 45, PLEASE.

11:00:24   24             WHAT IS THIS?

11:00:25   25       A.    THIS IS MEILI LIN ACCOUNT 5199 STATEMENT.

11:00:28  1    Q.   SO THIS IS THE ACCOUNT STATEMENT FOR THE PERSONAL ACCOUNT?

11:00:29  2    A.   CORRECT.

11:00:30  3    Q.   OKAY.  AND IF WE GO TO PAGE 48, DO YOU SEE A DEPOSIT OF

11:00:39  4    $202,000?

11:00:41  5    A.   YES.

11:00:42  6    Q.   OKAY.  SO THERE'S THE MONEY ARRIVING FROM THE BUSINESS

11:00:48  7    ACCOUNT INTO THE PERSONAL ACCOUNT?

11:00:49  8    A.   CORRECT.

11:00:50  9    Q.   AND THEN IF WE LOOK AT EXHIBIT 520, PAGE 30.  ON THAT SAME

11:00:59  10   DAY, MAY 8TH, 2006, HENRY HORNG WRITES A CHECK FOR $160,000?

11:01:05  11   A.   YES.

11:01:05  12   Q.   OKAY.  SO AT THE BEGINNING OF THE DAY, THE MONEY WAS IN

11:01:19  13   REIJIN'S ACCOUNT, IT MOVED TO THE PERSONAL ACCOUNT, AND THE

11:01:22  14   CHECK WAS ISSUED?

11:01:23  15   A.   YES.

11:01:24  16   Q.   NOW WHAT MAKES YOU THINK THAT THIS CHECK IS FOR A PERSONAL

11:01:28  17   EXPENDITURE?

11:01:30  18   A.   FIRST THE MONEY MOVED FROM THE BUSINESS TO PERSONAL

11:01:34  19   ACCOUNT.  AND THEN YOU SEE ALSO ON THIS CHECK ON THE LEFT

11:01:40  20   CORNER, YOU SEE A DEPOSIT PAYMENT.

11:01:45  21        I KNOW IT'S KIND OF BLURRED, BUT IT READ 110-2972 SECOND

11:01:54  22   DRIVE.  SO IT LEADS ME TO THINK IT CAN BE POTENTIALLY A HOUSE

11:02:01  23   PURCHASE.

11:02:01  24   Q.   OKAY.  SO MAYBE I DIDN'T ASK MY QUESTION WELL.

11:02:05  25        WHAT DO YOU THINK THEY USED THIS CHECK FOR?

DIRECT EXAMINATION BY MR. PITMAN

11:02:08  1    A.  FOR THEIR PERSONAL INVESTMENT OR FOR THEIR PERSONAL

11:02:16  2    SPENDING.

11:02:16  3    Q.  OKAY.  DO YOU THINK THEY USED THIS TO HELP BUY A HOUSE?

11:02:20  4    A.  YES.

11:02:20  5    Q.  OKAY.  AND WHAT MAKES YOU THINK THEY USED THIS MONEY TO

11:02:24  6    BUY A HOUSE?

11:02:26  7    A.  COULD YOU PLEASE REPHRASE THE QUESTION?

11:02:34  8    Q.  YES.  WE SEE THE CHECK TO JENNIFER CHIN FOR $160,000.

11:02:40  9    A.  YES.

11:02:41 10    Q.  YOU HAVE REASON TO BELIEVE THAT THAT $160,000 WAS USED AS

11:02:45 11    PART OF A REAL ESTATE TRANSACTION?

11:02:47 12    A.  YES.

11:02:47 13    Q.  OKAY.  IS PART OF THE REASON YOU HAVE THE BELIEF, THE MEMO

11:02:50 14    ON THIS CHECK?

11:02:51 15    A.  YES.

11:02:52 16    Q.  AND WHAT DOES THAT MEMO APPEAR TO SAY?  I KNOW IT'S VERY

11:02:55 17    BLURRY.

11:02:56 18    A.  BECAUSE YOU CANNOT REALLY READ IT VERY WELL, BUT YOU CAN

11:03:02 19    STILL READ ABOUT, YOU KNOW, SOME -- YOU CAN STILL RECOGNIZE IT

11:03:08 20    A LITTLE.

11:03:10 21        SO -- AND WE -- I ACTUALLY GO TRY TO VERIFY IT, IF IT'S

11:03:16 22    REALLY RELATED TO --

11:03:17 23    Q.  OKAY.  SO LET'S JUST FOCUS RIGHT NOW ON THE MEMO OF THE

11:03:20 24    CHECK.

11:03:21 25        I UNDERSTAND IT'S NOT VERY LEGIBLE, BUT ARE THERE SOME

DIRECT EXAMINATION BY MR. PITMAN

| | | |
|---|---|---|
| 11:03:24 | 1 | NUMBERS THERE THAT YOU CAN MAKE OUT?  FOR INSTANCE, DOES IT |
| 11:03:28 | 2 | APPEAR THAT THERE'S A REFERENCE AT LEAST TO AN ADDRESS? |
| 11:03:30 | 3 | A.   YES. |
| 11:03:32 | 4 | Q.   OKAY.  LET ME ASK YOU, PLEASE -- JOHN, I WONDER IF WE CAN |
| 11:03:36 | 5 | COMPARE THIS DOCUMENT TO EXHIBIT NUMBER 300. |
| 11:03:54 | 6 | SO DO YOU SEE EXHIBIT 300 ON YOUR SCREEN THERE? |
| 11:03:57 | 7 | A.   YES. |
| 11:03:58 | 8 | Q.   AND WHAT IS EXHIBIT 300? |
| 11:03:59 | 9 | A.   LOAN APPLICATION. |
| 11:04:03 | 10 | Q.   OKAY.  SO LET'S SEE IF WE CAN JUST -- YEAH.  OKAY. |
| 11:04:07 | 11 | PERFECT. |
| 11:04:08 | 12 | OKAY.  SO CAN YOU SEE WHERE IT SAYS SUBJECT PROPERTY? |
| 11:04:12 | 13 | A.   YES. |
| 11:04:13 | 14 | Q.   AND WHAT DOES SUBJECT PROPERTY MEAN? |
| 11:04:16 | 15 | A.   THAT IS THE PROPERTIES ON THIS LOAN. |
| 11:04:20 | 16 | Q.   OKAY.  SO THAT'S THE PROPERTY THAT'S BEING BORROWED |
| 11:04:23 | 17 | AGAINST? |
| 11:04:23 | 18 | A.   RIGHT. |
| 11:04:23 | 19 | Q.   OKAY.  SO IF WE COMPARE THE ADDRESS THERE, DO YOU SEE THAT |
| 11:04:31 | 20 | THE ADDRESS SAYS 72ND DRIVE? |
| 11:04:37 | 21 | A.   YES. |
| 11:04:38 | 22 | Q.   AND IT APPEARS TO SAY 72ND DRIVE ALSO ON THE CHECK? |
| 11:04:41 | 23 | A.   RIGHT. |
| 11:04:41 | 24 | Q.   AND THE ADDRESS IS UNUSUAL, IT'S 110-29? |
| 11:04:49 | 25 | A.   YES. |

DIRECT EXAMINATION BY MR. PITMAN

11:04:50  1      Q.   SO LET'S TAKE A LOOK AT EXHIBIT 300, PAGE 3.  AND IF YOU

11:05:03  2      COULD JUST, BLOW UP, JOHN, PLEASE, THIS SECTION IN THE MIDDLE

11:05:09  3      ON THE LEFT-HAND SIDE.

11:05:13  4           OKAY.  SO DO YOU SEE THERE'S A LINE THERE THAT SAYS, OTHER

11:05:17  5      CREDITS?

11:05:18  6      A.   YES.

11:05:19  7      Q.   AND WHAT IS LISTED THERE AS OTHER CREDITS?

11:05:23  8      A.   IT SAYS ESCROW DEPOSIT, 160,000.

11:05:27  9      Q.   OKAY.  AND IF WE LOOK AT EXHIBIT 520, PAGE 30 AND COMPARE

11:05:35 10      THAT TO EXHIBIT 300, PAGE 3.  AND CAN YOU BLOW UP THE SECTION

11:05:52 11      ON PAGE 3 THERE, JOHN.  THANKS.

11:05:56 12           OKAY.  SO WHEN THEY BOUGHT THIS HOUSE, THEY HAD $160,000

11:06:00 13      CREDIT FOR THE DEPOSIT.

11:06:01 14      A.   YES.

11:06:01 15      Q.   AND IT APPEARS TO YOU THAT EXHIBIT 520 WAS THE CHECK THAT

11:06:05 16      WAS USED TO MAKE THAT DEPOSIT?

11:06:06 17      A.   YES.

11:06:06 18      Q.   AND THE MONEY FOR THAT CHECK STARTED MAY 8TH IN THE

11:06:09 19      BUSINESS ACCOUNT?

11:06:10 20      A.   RIGHT.

11:06:10 21      Q.   MOVED TO THE PERSONAL ACCOUNT?

11:06:12 22      A.   RIGHT.

11:06:12 23      Q.   AND THEN THE CHECK WAS CUT?

11:06:14 24      A.   CORRECT.

11:06:14 25      Q.   OKAY.  LET ME ASK YOU, PLEASE, TO TAKE A LOOK AT

DIRECT EXAMINATION BY MR. PITMAN

11:06:28  1    EXHIBIT 20 -- I'M SORRY, EXHIBIT 2.

11:06:35  2         AND CAN WE LOOK AT THE SECOND PAGE.  SO EXHIBIT 2 IS?

11:06:39  3    A.   FORM 1040 2007 TAX YEAR.

11:06:42  4    Q.   OKAY.  SO THIS IS THE DEFENDANT'S TAX RETURN FOR 2007?

11:06:45  5    A.   YES.

11:06:46  6    Q.   AND IF WE GO TO PAGE 20 -- I'M SORRY, CAN YOU PAGE DOWN,

11:07:01  7    AND KEEP GOING.

11:07:17  8         LET'S TAKE A LOOK, SORRY, AT EXHIBIT 1.  AND COULD WE LOOK

11:07:24  9    AT THE SECOND PAGE, PLEASE.

11:07:25 10         SO EXHIBIT 1 IS?

11:07:27 11    A.   IT'S DEFENDANT'S INDIVIDUAL INCOME TAX RETURN.

11:07:31 12    Q.   OKAY.  AND IF WE GO TO PAGE 20 OF THIS RETURN, WHAT'S

11:07:37 13    BEING REPORTED HERE?

11:07:39 14    A.   THIS IS SCHEDULE E, RENTAL ACTIVITIES.

11:07:44 15    Q.   OKAY.  AND DO YOU SEE THE PROPERTY AT 110-29 72ND DRIVE

11:07:52 16    REPORTED HERE AS A RENTAL PROPERTY?

11:07:55 17    A.   YES.

11:07:56 18    Q.   CAN YOU IDENTIFY THE LINE IT'S ON HERE?

11:08:02 19    A.   YES, IT'S ON THE PROPERTY B.

11:08:19 20    Q.   OKAY.  SO LET ME ASK YOU ABOUT ANOTHER EXPENSE.

11:08:23 21         IF WE TAKE A LOOK AT EXHIBIT 509, AND CAN WE PLEASE GO TO

11:08:32 22    PAGE 47, WHAT ARE WE LOOKING AT HERE?

11:08:37 23    A.   THIS IS THE REIJIN INTERNATIONAL BANK STATEMENT IN

11:08:43 24    OCTOBER 2006.

11:08:43 25    Q.   OKAY.  OCTOBER 2006.  OKAY, AND IF WE GO TO PAGE 49.  AND

DIRECT EXAMINATION BY MR. PITMAN

11:08:51  1    IF WE COULD BLOW UP JUST THE LAST FOUR OR FIVE TRANSACTIONS ON

11:08:54  2    THE BOTTOM.

11:08:59  3         OKAY.  WAS THERE A TRANSACTION HERE THAT CAUGHT YOUR

11:09:03  4    ATTENTION?

11:09:04  5    A.   YES.

11:09:04  6    Q.   AND CAN YOU DESCRIBE IT FOR THE JURY, PLEASE?

11:09:08  7    A.   IT APPEARED THIS TRANSACTION HAPPENED OCTOBER 10TH, A WIRE

11:09:15  8    OUT TO DAVID TRADING COMPANY, AND THE BANK IS BANK OF TAIWAN

11:09:24  9    FOR $17,000.

11:09:28  10        SO I BELIEVE THIS IS A PERSONAL SPENDING.  THE REASON IS

11:09:36  11   REIJIN IS DOING BUSINESS OF PURCHASING SCRAP METAL IN THE

11:09:42  12   UNITED STATES, NOT IN TAIWAN.

11:09:50  13   Q.   SO I'M JUST GOING TO TRY TO HIGHLIGHT AS BEST I CAN ALL OF

11:09:56  14   THAT.  IS THAT THE DAVID TRADING TRANSACTION THAT YOU ARE

11:10:00  15   TALKING ABOUT?

11:10:00  16   A.   YES.

11:10:01  17   Q.   OKAY.  ON OCTOBER 10TH, 2006?

11:10:03  18   A.   RIGHT.

11:10:04  19   Q.   OKAY.  SO WE'VE GONE THROUGH QUITE A FEW FOR 2006.  DID

11:10:11  20   YOU HAVE AN OPPORTUNITY TO PREPARE A SUMMARY CALCULATING THE

11:10:18  21   TOTAL VALUE OF THESE PERSONAL EXPENSES THAT WE'VE JUST LOOKED

11:10:25  22   AT?

11:10:25  23   A.   YES.

11:10:25  24   Q.   OKAY.  AND CAN YOU PLEASE TAKE A LOOK AT EXHIBIT 908 WHICH

11:10:30  25   IS NOT IN EVIDENCE.  OKAY.  HAVE YOU HAD A CHANCE TO LOOK AT

DIRECT EXAMINATION BY MR. PITMAN

11:10:41  1    EXHIBIT 908?

11:10:42  2    A.   YES.

11:10:43  3    Q.   AND WHAT IS EXHIBIT 908?

11:10:45  4    A.   THESE SUMMARIZE ALL THE PURCHASES FOR PERSONAL INVESTMENT

11:10:52  5    OR EXPENSES.

11:10:52  6    Q.   OKAY.  SO THIS IS JUST A SUMMARY OF THE TRANSACTIONS WE

11:10:55  7    JUST WALKED THROUGH?

11:10:56  8    A.   YES.

11:10:57  9         MR. PITMAN:  YOUR HONOR, I MOVE FOR ADMISSION OF

11:10:59  10   EXHIBIT 908.

11:11:00  11        THE COURT:  ANY OBJECTION?

11:11:01  12        MR. CANNON:  NO OBJECTION.

11:11:02  13        THE COURT:  IT WILL BE ADMITTED.

11:11:04  14      (GOVERNMENT'S EXHIBIT 908 WAS ADMITTED INTO EVIDENCE.)

11:11:04  15   BY MR. PITMAN:

11:11:06  16   Q.   OKAY.  SO IF WE ADD UP THE BENTLEY, THE SCOTTRADE, THE

11:11:11  17   110-72ND DRIVE AND DAVID TRADING, WHAT'S THE TOTAL?

11:11:18  18   A.   THE TOTAL IS 455,000.

11:11:20  19   Q.   OKAY.  AND DID YOU SEE THAT AMOUNT REPORTED AS INCOME ON

11:11:28  20   THE DEFENDANT'S TAX RETURN FOR 2006?

11:11:31  21   A.   NO.

11:11:31  22   Q.   AND DID YOU SEE THAT AMOUNT REPORTED AS REIJIN PROFITS FOR

11:11:39  23   2006?

11:11:40  24   A.   NO.

11:11:40  25   Q.   AND YOUR SUMMARY OF SCHEDULE 29, GOING BACK TO 1999, IS

DIRECT EXAMINATION BY MR. PITMAN

11:11:44   1     THIS AMOUNT GREATER THAN THE AMOUNT REPORTED ON SCHEDULE C'S

11:11:48   2     GOING BACK TO 1999?

11:11:49   3     A.   YES.

11:11:49   4     Q.   OKAY.  SO IN 2007, REIJIN, ITS STATUS AS AN ENTITY

11:12:09   5     CHANGED, RIGHT?

11:12:09   6     A.   RIGHT.

11:12:10   7     Q.   OKAY.  AND WE TALKED TO MR. ECKLEY A LITTLE BIT ABOUT

11:12:13   8     THAT?

11:12:13   9     A.   RIGHT.

11:12:13   10    Q.   SO WHAT HAPPENED IN 2007 TO REIJIN?

11:12:16   11    A.   IN 2007, BEGINNING OF 2007, THEY BECOME A COMPANY, THEY

11:12:28   12    ARE AN S CORPORATION.

11:12:29   13    Q.   SO YOU SAID THEY BECAME A COMPANY?

11:12:31   14    A.   RIGHT.

11:12:32   15    Q.   WELL, IT WAS NOT A COMPANY BEFORE?

11:12:34   16    A.   NO.  THEY USED TO BE SOLE PROPRIETORSHIP.

11:12:38   17    Q.   OKAY.  BUT IN 2007 IT WAS INCORPORATED?

11:12:40   18    A.   RIGHT.

11:12:41   19    Q.   OKAY.  SO WE TALKED A LITTLE BIT ABOUT THE RULES FOR

11:12:47   20    TAKING MONEY OUT OF THE SOLE PROPRIETORSHIP?

11:12:49   21    A.   YES.

11:12:49   22    Q.   AND ARE THOSE RULES SIMILAR FOR A CORPORATION?

11:12:55   23    A.   NO, THEY ARE DIFFERENT.

11:12:58   24    Q.   OKAY.  AND CAN YOU DESCRIBE THEM FOR THE JURY, PLEASE.

11:13:02   25    A.   SURE.  SO IF THEY ARE A COMPANY, THEY USE COMPANY'S MONEY,

DIRECT EXAMINATION BY MR. PITMAN

11:13:13  1    AND THAT WILL BE TREATED AS A DISTRIBUTION, THAT SHOULD BE

11:13:17  2    REPORTED ON THEIR INDIVIDUAL TAX RETURN.

11:13:18  3    Q.   OKAY.  SO THE GENERAL PRINCIPLE IS SIMILAR?

11:13:22  4    A.   RIGHT.

11:13:23  5    Q.   BUT THE TAX TREATMENT OF THE MONEY COMING OUT OF THE

11:13:26  6    BUSINESS WOULD BE DIFFERENT IF IT WAS A CORPORATION?

11:13:30  7    A.   RIGHT.

11:13:30  8    Q.   SO IF YOU REPORT THAT YOUR CORPORATION MADE A LOT OF

11:13:40  9    PROFIT, THAT PROFIT COULD BE DISTRIBUTED TO THE SHAREHOLDERS?

11:13:47  10   A.   YES.

11:13:47  11   Q.   AND THEN THE SHAREHOLDERS REPORT THAT ON THEIR 1040 AS?

11:13:52  12   A.   INCOME.

11:13:54  13   Q.   BUT IF THE PROFIT FOR THE BUSINESS IS NOT REPORTED ON A

11:13:58  14   FORM 1120, CAN THE SHAREHOLDERS JUST TAKE THE MONEY?

11:14:03  15   A.   THEY CAN TAKE MONEY, BUT THEY NEED TO REPORT IT AS INCOME.

11:14:09  16   Q.   THEY NEED TO REPORT IT AS INCOME ON THEIR 1040.  OKAY.

11:14:18  17        SO DID YOU HAVE AN OPPORTUNITY TO DETERMINE WHETHER MONEY

11:14:23  18   FROM REIJIN'S ACCOUNTS WERE USED FOR WHAT SEEMED TO BE PERSONAL

11:14:30  19   ITEMS IN 2007?

11:14:32  20   A.   YES.

11:14:33  21   Q.   OKAY.  LET ME ASK YOU, PLEASE, TO TAKE A LOOK AT

11:14:40  22   EXHIBIT 669.  OKAY.  SO I GUESS I SHOULD GIVE SOME BACKGROUND

11:14:49  23   HERE.

11:14:50  24        ARE YOU FAMILIAR WITH AN ENTITY CALLED FLORENCE CAPITAL?

11:14:54  25   A.   YES.

DIRECT EXAMINATION BY MR. PITMAN

11:14:56  1    Q.   CAN YOU JUST TELL THE JURY WHAT IS FLORENCE CAPITAL?

11:14:58  2    A.   FLORENCE CAPITAL IS ONE PARTNERSHIP SET UP BY THE

11:15:06  3    DEFENDANTS.  AND THE BUSINESS WAS DOING REAL ESTATE INVESTMENT.

11:15:12  4    Q.   REAL ESTATE INVESTMENT?

11:15:14  5    A.   YES.

11:15:15  6    Q.   AND WAS FLORENCE CAPITAL SET UP -- DO YOU REMEMBER

11:15:21  7    APPROXIMATELY WHEN IT WAS CREATED?

11:15:23  8    A.   IT WAS CREATED IN 2007.

11:15:28  9    Q.   AND WHO WERE THE OWNERS OF FLORENCE CAPITAL IN 2007?

11:15:32  10   A.   THERE WERE TWO PARTNERS IN FLORENCE CAPITAL.  THEY ARE THE

11:15:36  11   DEFENDANTS.

11:15:36  12   Q.   OKAY.  SO THE DEFENDANTS OWNED FLORENCE CAPITAL IN 2007?

11:15:40  13   A.   YES.

11:15:40  14   Q.   OKAY.  AND THE DEFENDANTS ALSO OWNED REIJIN IN 2007,

11:15:44  15   RIGHT?

11:15:44  16   A.   CORRECT.

11:15:44  17   Q.   OKAY.  SO LET'S TAKE A LOOK HERE AT EXHIBIT 669, AND I

11:15:48  18   WOULD LIKE TO PLEASE GO TO PAGE 82.

11:15:57  19        OKAY.  WHAT ARE WE LOOKING AT HERE?

11:16:01  20   A.   SO WE HAVE THE REIJIN INTERNATIONAL'S ACCOUNT STATEMENT.

11:16:06  21   Q.   OKAY.  SO THIS IS AN ACCOUNT STATEMENT FOR A REIJIN

11:16:10  22   ACCOUNT?

11:16:10  23   A.   YES.

11:16:11  24   Q.   AND IS THERE -- WAS THERE A TRANSACTION ON THIS STATEMENT

11:16:14  25   THAT CAUGHT YOUR ATTENTION?

DIRECT EXAMINATION BY MR. PITMAN

| | | |
|---|---|---|
| 11:16:15 | 1 | A.   YES. |
| 11:16:17 | 2 | Q.   WHICH ONE? |
| 11:16:18 | 3 | A.   SO THAT'S ON THE BOTTOM, AND THE DATE WAS DECEMBER 28TH, |
| 11:16:27 | 4 | WITH THE DOLLAR AMOUNT 1.35 MILLION. |
| 11:16:30 | 5 | Q.   OKAY. |
| 11:16:32 | 6 | A.   SO THIS IS MONEY GOING OUT. |
| 11:16:36 | 7 | Q.   OKAY.  SO ON DECEMBER 28TH, 2007, $1.35 MILLION LEFT |
| 11:16:51 | 8 | REIJIN'S ACCOUNT? |
| 11:16:51 | 9 | A.   CORRECT. |
| 11:16:52 | 10 | Q.   OKAY.  AND DO YOU KNOW WHERE IT WENT? |
| 11:16:53 | 11 | A.   YES. |
| 11:16:54 | 12 | Q.   LET'S TAKE A LOOK AT EXHIBIT 671, PAGE 10.  OKAY.  WHAT |
| 11:17:05 | 13 | ARE WE LOOKING AT HERE? |
| 11:17:06 | 14 | A.   SO THIS IS FLORENCE CAPITAL GROUP ACCOUNT STATEMENT. |
| 11:17:12 | 15 | Q.   SO IS THIS A BANK ACCOUNT THAT WAS SET UP FOR FLORENCE |
| 11:17:16 | 16 | CAPITAL? |
| 11:17:16 | 17 | A.   CORRECT. |
| 11:17:17 | 18 | Q.   AND THAT'S THE BUSINESS THAT THE DEFENDANTS OWNED? |
| 11:17:19 | 19 | A.   RIGHT. |
| 11:17:19 | 20 | Q.   AND SO WE JUST SAW $1.35 MILLION LEAVING A REIJIN BANK |
| 11:17:24 | 21 | ACCOUNT? |
| 11:17:25 | 22 | A.   YES. |
| 11:17:25 | 23 | Q.   AND WHERE DID IT END UP? |
| 11:17:27 | 24 | A.   IT END UP TO BE IN THIS ACCOUNT. |
| 11:17:29 | 25 | Q.   OKAY.  SO THE MONEY MOVED FROM REIJIN TO FLORENCE CAPITAL? |

DIRECT EXAMINATION BY MR. PITMAN

| | | |
|---|---|---|
| 11:17:33 | 1 | A.   CORRECT.  SO YOU CAN SEE OTHER CREDITS TRANSACTION ON THE |
| 11:17:41 | 2 | DATE DECEMBER 28TH, 1.35 MILLION COMING IN. |
| 11:17:47 | 3 | Q.   SO THE MONEY WAS TRANSFERRED FROM ONE BUSINESS TO ANOTHER? |
| 11:17:58 | 4 | A.   CORRECT. |
| 11:17:59 | 5 | Q.   OKAY.  AND LET'S TAKE A LOOK, PLEASE, AT EXHIBIT NUMBER 7. |
| 11:18:11 | 6 | AND CAN WE LOOK AT THE SECOND PAGE? |
| 11:18:15 | 7 |      I'M SORRY.  I ACTUALLY WOULD LIKE TO LOOK AT EXHIBIT 9. |
| 11:18:22 | 8 | SORRY.  SO EXHIBIT 9, SECOND PAGE. |
| 11:18:25 | 9 |      SO WHAT ARE WE LOOKING AT HERE? |
| 11:18:27 | 10 | A.   SO WE ARE LOOKING AT FLORENCE CAPITAL GROUP TAX RETURN. |
| 11:18:32 | 11 | Q.   OKAY.  AND SO THIS IS THE TAX RETURN FOR THE MONEY THAT |
| 11:18:35 | 12 | THE COMPANY RECEIVED THE MONEY IN 2007? |
| 11:18:39 | 13 | A.   YES. |
| 11:18:40 | 14 | Q.   IF WE TAKE A LOOK AT PAGE 5.  CAN WE BLOW UP THE CENTER |
| 11:19:00 | 15 | SECTION THERE, LIABILITIES AND SHAREHOLDER EQUITY. |
| 11:19:06 | 16 |      SO IS THERE ANYTHING SIGNIFICANT ABOUT THIS PORTION OF THE |
| 11:19:11 | 17 | TAX RETURN IN CONNECTION WITH THIS $1.35 MILLION? |
| 11:19:18 | 18 | A.   YES. |
| 11:19:19 | 19 | Q.   AND COULD YOU JUST DESCRIBE THAT FOR THE JURY, PLEASE? |
| 11:19:22 | 20 | A.   YES.  BECAUSE FLORENCE CAPITAL AND REIJIN INTERNATIONAL |
| 11:19:25 | 21 | ARE RELATED ENTITIES. |
| 11:19:28 | 22 |      WHEN I SAY THEY ARE RELATED ENTITIES, MEANS THEY ARE OWNED |
| 11:19:32 | 23 | BY THE SAME PEOPLE.  SO THEY ARE ALL DEFENDANTS. |
| 11:19:36 | 24 |      MR. CANNON:  OBJECTION, YOUR HONOR. |
| 11:19:38 | 25 |      THIS ASSUMES FACTS NOT IN EVIDENCE. |

DIRECT EXAMINATION BY MR. PITMAN

11:19:39   1         THE COURT:  OVERRULED.  THEY HAVE BEEN ESTABLISHED.

11:19:43   2         THE WITNESS:  THEY ARE OWNED BY THE SAME PEOPLE, THEY

11:19:46   3   ARE DEFENDANTS.

11:19:48   4       SO WHEN ONE ENTITY GET MONEY FROM THE OTHER ENTITY, IT

11:19:57   5   SHOULD BE SEPARATELY STATED ON THE BALANCE SHEET.

11:20:01   6   BY MR. PITMAN:

11:20:02   7   Q.   AND WHERE WOULD IT BE SEPARATELY STATED?

11:20:04   8   A.   IT SHOULD BE STATED ON THE LINE 19, LOAN FROM

11:20:08   9   SHAREHOLDERS.

11:20:09   10   Q.   OKAY.  BUT IT'S NOT?

11:20:11   11   A.   NO. ZERO.

11:20:13   12   Q.   SO THEY JUST TOOK MONEY FROM ONE OF THEIR BUSINESSES AND

11:20:22   13   PUT IT IN ANOTHER BUSINESS?

11:20:24   14   A.   CORRECT.

11:20:25   15   Q.   AND IT'S NOT REFLECTED AS A LOAN OR ANYTHING, JUST AS A

11:20:28   16   DISTRIBUTION?

11:20:29   17   A.   CORRECT.

11:20:29   18   Q.   OKAY.  LET'S LOOK AT ANOTHER TRANSACTION.  WERE YOU HERE

11:20:33   19   IN THE COURTROOM WHEN MR. LEU TESTIFIED?

11:20:37   20   A.   YES.

11:20:38   21   Q.   AND MR. LEU WAS THE GENTLEMAN WHO WAS FROM LPL

11:20:40   22   INVESTMENTS?

11:20:41   23   A.   RIGHT.

11:20:41   24   Q.   AND I THINK HE TESTIFIED ABOUT SOME BUSINESS THAT HE DID

11:20:47   25   WITH THE DEFENDANTS?

DIRECT EXAMINATION BY MR. PITMAN

11:20:48  1      A.   YES.

11:20:49  2      Q.   OKAY.  SO LET'S PLEASE TAKE A LOOK AT EXHIBIT 523.  AND

11:21:08  3      CAN WE GO TO PAGE 46, PLEASE.  SO WHAT ARE WE LOOKING AT HERE?

11:21:17  4      A.   SO HERE WE SEE A CHECK WITH $200,000 CUT TO LPL.

11:21:25  5      Q.   OKAY.  AND IS THIS ONE OF THE CHECKS THAT MR. LEU

11:21:29  6      TESTIFIED ABOUT?

11:21:30  7      A.   YES.

11:21:30  8      Q.   SO THIS WAS ONE OF THE CHECKS THE DEFENDANTS USED TO MAKE

11:21:33  9      THEIR INVESTMENT WITH HIM?

11:21:34  10     A.   RIGHT.

11:21:35  11     Q.   AND IF WE LOOK AT THE NEXT PAGE, OKAY.  AND THIS IS

11:21:43  12     ANOTHER CHECK?

11:21:43  13     A.   YES.

11:21:44  14     Q.   ANOTHER $200,000 CHECK?

11:21:45  15     A.   CORRECT.

11:21:46  16     Q.   AND THIS IS ANOTHER CHECK THE DEFENDANTS USED TO MAKE

11:21:48  17     THEIR INVESTMENT WITH MR. LEU?

11:21:50  18     A.   CORRECT.

11:21:51  19     Q.   WHAT ACCOUNT WERE THESE TWO CHECKS ISSUED FROM?

11:22:05  20     A.   ACCOUNT 5199.

11:22:07  21     Q.   OKAY.  AND WAS THAT A PERSONAL OR BUSINESS ACCOUNT?

11:22:09  22     A.   IT'S A PERSONAL ACCOUNT.

11:22:11  23     Q.   OKAY.  BUT DO YOU HAVE REASON TO BELIEVE THAT THE MONEY

11:22:13  24     USED TO MAKE THESE INVESTMENTS CAME FROM REIJIN?

11:22:16  25     A.   YES.

DIRECT EXAMINATION BY MR. PITMAN

11:22:17  1    Q.   OKAY.  LET'S TAKE A LOOK AT EXHIBIT 669, AND CAN WE GO,

11:22:27  2    PLEASE, TO PAGE 32.  OKAY.  WHAT ARE WE LOOKING AT HERE?

11:22:33  3    A.   THIS IS REIJIN INTERNATIONAL'S BANK ACCOUNT, ACCOUNT

11:22:37  4    NUMBER 6103.

11:22:39  5    Q.   OKAY.  AND WAS THERE A TRANSACTION HERE THAT CAUGHT YOUR

11:22:42  6    EYE?

11:22:43  7    A.   YES.  THERE IS WIRE TRANSFER OUT, HAPPENED ON AUGUST 31ST

11:22:52  8    FOR $1 MILLION.

11:22:54  9    Q.   OKAY.  LET'S TAKE A LOOK, PLEASE, AS PAGE 38 OF THIS

11:22:57  10   EXHIBIT.  WHAT ARE WE LOOKING AT HERE?

11:23:06  11   A.   THIS IS OUT GOING WIRE TRANSFER FOR A DOCUMENT.

11:23:09  12   Q.   SO THIS IS A RECORD OF THE MONEY LEAVING THE REIJIN

11:23:12  13   ACCOUNT?

11:23:12  14   A.   YES.

11:23:12  15   Q.   AND IT'S A MILLION DOLLARS?

11:23:14  16   A.   YES.

11:23:15  17   Q.   AND WHAT ACCOUNT DID THAT MONEY GO TO?

11:23:19  18   A.   HERE IT SAYS FROM 9103.

11:23:32  19   Q.   SO IF YOU LOOK AT SECTION B, OR SORRY, YOU CAN'T SEE IT,

11:23:37  20   YEAH.  JOHN, CAN YOU BACK OUT, PLEASE.  JUST LEAVE IT OUT.

11:23:42  21        DO YOU SEE WHERE THE MONEY WENT WHEN IT LEFT THIS ACCOUNT?

11:23:45  22   A.   YES.

11:23:46  23   Q.   AND WHERE DID IT GO?

11:23:47  24   A.   IT GOES TO BOFA, REIJIN INTERNATIONAL ACCOUNT NUMBER 2409.

11:23:55  25   Q.   OKAY.  SO IT LEFT ONE REIJIN ACCOUNT AND IT WENT TO

DIRECT EXAMINATION BY MR. PITMAN

11:23:57  1    ANOTHER ONE?

11:23:58  2    A.   YES.

11:23:58  3    Q.   OKAY.  CAN WE TAKE A LOOK AT THE NEXT PAGE.  WHAT DOES

11:24:07  4    THIS APPEAR TO BE?

11:24:07  5    A.   THIS IS A FAX COVER SHEET TO THE METRO UNITED BANK

11:24:16  6    REQUESTING $1 MILLION TRANSFER OUT.

11:24:23  7    Q.   AND THAT'S SIGNED BY MEILI LIN?

11:24:26  8    A.   MEILI LIN.

11:24:27  9    Q.   SO THEN THE MONEY WENT TO ACCOUNT NUMBER 2409.

11:24:38  10        LET'S TAKE A LOOK AT 502, PLEASE.  AND CAN WE GO TO PAGE

11:24:45  11   2, PLEASE.  OKAY.

11:24:47  12        SO WHAT ARE WE LOOKING AT HERE?

11:24:49  13   A.   SO WE ARE HERE LOOKING AT REIJIN INTERNATIONAL ACCOUNT,

11:24:54  14   BOFA ACCOUNT STATEMENT.

11:24:55  15   Q.   OKAY.  THIS IS FOR ACCOUNT 2409?

11:24:58  16   A.   YES.

11:24:59  17   Q.   THIS IS THE SECOND ACCOUNT IN THIS TRANSACTION?

11:25:01  18   A.   YES.

11:25:05  19   Q.   AND IF WE LOOK AT THE NEXT PAGE, PAGE 93, I'M SORRY -- CAN

11:25:27  20   WE GO TO PAGE 92, PLEASE.  CAN YOU GO TO PAGE 20, PLEASE.

11:25:49  21   THAT'S NOT GOOD.

11:25:50  22        CAN YOU GO BACK TO PAGE 1, PLEASE.  OH, SORRY, CAN YOU GO

11:25:54  23   TO PAGE 21.  21.  OKAY.

11:26:03  24        SO IS THIS AN ACCOUNT STATEMENT FOR ACCOUNT 2409?

11:26:06  25   A.   YES.

DIRECT EXAMINATION BY MR. PITMAN

| | | |
|---|---|---|
| 11:26:06 | 1 | Q.   FOR SEPTEMBER 2007? |
| 11:26:09 | 2 | A.   SEPTEMBER 2007. |
| 11:26:10 | 3 | Q.   OKAY.  AND IF WE GO TO THE NEXT PAGE.  SO YOU SEE THE |
| 11:26:19 | 4 | MILLION DOLLARS HITTING THIS ACCOUNT? |
| 11:26:22 | 5 | A.   YES. |
| 11:26:22 | 6 | Q.   AND WHEN DID THE MONEY ARRIVE IN 2409? |
| 11:26:36 | 7 | A.   AUGUST 31ST, $1 MILLION, IT'S THIS FIRST TRANSACTION. |
| 11:26:39 | 8 | Q.   SO THIS IS ACTUALLY THE FIRST TRANSACTION TRANSFERRED FROM |
| 11:26:42 | 9 | ONE REIJIN ACCOUNT TO ANOTHER? |
| 11:26:43 | 10 | A.   YES. |
| 11:26:44 | 11 | Q.   BUT THE MONEY DIDN'T STAY IN 2409 VERY LONG? |
| 11:26:48 | 12 | A.   NO. |
| 11:26:48 | 13 | Q.   SO IF WE TAKE A LOOK AT EXHIBIT 503, PAGE 114.  CAN YOU GO |
| 11:27:07 | 14 | TO PAGE 1, PLEASE.  AND CAN YOU GO TO PAGE 11. |
| 11:27:15 | 15 |      OKAY.  SO WHAT ARE WE LOOKING AT HERE? |
| 11:27:20 | 16 | A.   SO WE SEE A WITHDRAW TICKET WITH $1 MILLION FOR ACCOUNT |
| 11:27:26 | 17 | NUMBER 2409. |
| 11:27:28 | 18 | Q.   SO THE MONEY WAS TRANSFERRED FROM ONE ACCOUNT TO ANOTHER? |
| 11:27:31 | 19 | A.   RIGHT. |
| 11:27:32 | 20 | Q.   AND ON THE SAME DAY IT WAS TRANSFERRED OUT OF A SECOND |
| 11:27:36 | 21 | ACCOUNT TO A THIRD? |
| 11:27:36 | 22 | A.   RIGHT. |
| 11:27:37 | 23 | Q.   AND WHICH ACCOUNT DID THE MONEY GO TO NEXT? |
| 11:27:41 | 24 | A.   THE MONEY GO TO 5968. |
| 11:27:45 | 25 | Q.   OKAY.  SO LET'S TAKE A LOOK AT EXHIBIT 537. |

DIRECT EXAMINATION BY MR. PITMAN

| | | |
|---|---|---|
| 11:27:53 | 1 | OKAY.  SO IS THIS A DEPOSIT SLIP? |
| 11:27:57 | 2 | A.   YES. |
| 11:27:58 | 3 | Q.   AND WHAT ACCOUNT IS IT FOR? |
| 11:28:00 | 4 | A.   IT'S FOR ACCOUNT 5968. |
| 11:28:05 | 5 | Q.   AND WHAT'S THE VALUE? |
| 11:28:08 | 6 | A.   $1 MILLION. |
| 11:28:19 | 7 | Q.   SO ALL THOSE TRANSACTIONS WE JUST LOOKED AT OCCURRED ON |
| 11:28:23 | 8 | AUGUST 31ST, 2007; IS THAT RIGHT? |
| 11:28:24 | 9 | A.   YES. |
| 11:28:24 | 10 | Q.   THE MONEY LEFT ONE REIJIN ACCOUNT? |
| 11:28:28 | 11 | A.   AND GO TO THE OTHER REIJIN ACCOUNT. |
| 11:28:30 | 12 | Q.   AND THEN? |
| 11:28:31 | 13 | A.   THEN GO TO THE OTHER REIJIN ACCOUNT. |
| 11:28:33 | 14 | Q.   OKAY.  SO IS THIS ACCOUNT, 5968, WHERE THE MONEY ENDED UP |
| 11:28:40 | 15 | AT THE END OF AUGUST 31ST, IS THAT A REIJIN ACCOUNT? |
| 11:28:43 | 16 | A.   YES. |
| 11:28:44 | 17 | Q.   OKAY.  THEN ABOUT SIX WEEKS LATER, DID SOME MONEY LEAVE |
| 11:28:57 | 18 | THAT ACCOUNT, 5968? |
| 11:28:58 | 19 | A.   YES. |
| 11:28:59 | 20 | Q.   SO LET'S TAKE A LOOK AT EXHIBIT 537, PLEASE.  AND CAN WE |
| 11:29:06 | 21 | GO TO PAGE 3. |
| 11:29:10 | 22 | OKAY.  WHAT ARE WE LOOKING AT HERE? |
| 11:29:12 | 23 | A.   HERE WE ARE LOOKING AT A TIME DEPOSIT DEBIT, THE MONEY |
| 11:29:18 | 24 | GOING OUT FROM 5968 FOR $400,000. |
| 11:29:23 | 25 | Q.   AND WHAT ACCOUNT DID THAT MONEY GO TO? |

61

DIRECT EXAMINATION BY MR. PITMAN

11:29:26  1    A.   IT GOES TO 5199.

11:29:32  2    Q.   CAN YOU JUST REMIND THE JURY, IS 5199 A PERSONAL ACCOUNT?

11:29:36  3    A.   YES.

11:29:37  4    Q.   AND THEN IF WE CAN COMPARE 537, PAGE 3, TO EXHIBIT 524,

11:29:49  5    PAGE 240, SO ON THE LEFT, WE HAVE MONEY LEAVING 5968?

11:29:57  6    A.   YES.

11:29:58  7    Q.   AND ON THE RIGHT, WE HAVE MONEY ARRIVING IN THE PERSONAL

11:30:01  8    ACCOUNT?

11:30:01  9    A.   CORRECT.

11:30:02  10   Q.   AND WHEN DID THAT OCCUR?

11:30:04  11   A.   OCTOBER 11, 2007.

11:30:08  12   Q.   OKAY.  AND THEN CAN WE PLEASE, JOHN, TAKE A LOOK AT

11:30:11  13   SIDE-BY-SIDE, 5 -- SORRY, EXHIBIT 523, PAGE 47, AND 523,

11:30:25  14   PAGE 46.

11:30:30  15       NOW ON OCTOBER 11, 2007, $400,000 LEFT THE REIJIN ACCOUNT

11:30:37  16   AND IT MOVED TO THE PERSONAL ACCOUNT, AND ON THAT SAME DAY,

11:30:42  17   MEILI LIN WROTE TWO, $200,000 CHECKS TO LPL.

11:30:47  18   A.   YES.

11:30:48  19   Q.   NOW WHAT MAKES YOU THINK THAT LPL WAS A PERSONAL

11:30:51  20   INVESTMENT?

11:30:55  21   A.   IF I CAN RECOLLECT MY MEMORY, WE KNOW THE DAY MR. LEU

11:31:00  22   TESTIFIED, HE WENT TO THEIR HOME AND SIGN AN APPLICATION FOR

11:31:07  23   THE LOAN -- FOR THE NEW ACCOUNTS AT LPL.

11:31:15  24   Q.   AND DID THEY REPORT LPL AS A PERSONAL ASSET ON THEIR 2007

11:31:19  25   FORM 1040?

62

DIRECT EXAMINATION BY MR. PITMAN

| | | |
|---|---|---|
| 11:31:20 | 1 | A.   CAN I SEE THE 1040? |
| 11:31:30 | 2 | Q.   YES.  CAN WE PLEASE TAKE A LOOK AT EXHIBIT NUMBER 2.  AND |
| 11:32:02 | 3 | COULD YOU GO TO PAGE 39. |
| 11:32:09 | 4 |      OKAY.  SO ARE THESE LPL STATEMENTS? |
| 11:32:14 | 5 | A.   YES. |
| 11:32:14 | 6 | Q.   AND IF YOU LOOK AT PAGE 12 OF THIS EXHIBIT, WHAT'S BEING |
| 11:32:25 | 7 | REPORTED HERE IN PART ONE? |
| 11:32:29 | 8 | A.   SHORT TERM CAPITAL GAIN IN THE BOXES.  ON THE LINE 1 AND 2 |
| 11:32:36 | 9 | SHOWING LPL FINANCIAL. |
| 11:32:38 | 10 | Q.   SO THEY REPORTED THE LOSSES, MR. LEU WAS VERY APOLOGETIC. |
| 11:32:43 | 11 | A.   RIGHT. |
| 11:32:43 | 12 | Q.   THAT INVESTMENT WASN'T SUCCESSFUL, AND THE DEFENDANTS |
| 11:32:47 | 13 | WROTE OFF THE LOSSES FROM THAT ACCOUNT ON THEIR 1040 FOR 2007? |
| 11:32:51 | 14 | A.   CORRECT. |
| 11:32:59 | 15 | Q.   OKAY.  LET'S TAKE A LOOK AT THE NEXT ONE.  CAN WE LOOK, |
| 11:33:03 | 16 | PLEASE, AS EXHIBIT 521, PAGE 2, PLEASE. |
| 11:33:13 | 17 |      OKAY.  WHAT ARE WE LOOKING AT HERE? |
| 11:33:15 | 18 | A.   SO THIS IS A BANK ACCOUNT STATEMENT FOR THE ACCOUNT 5199 |
| 11:33:23 | 19 | IN MARCH 2007. |
| 11:33:25 | 20 | Q.   AND THAT'S THE PERSONAL ACCOUNT? |
| 11:33:27 | 21 | A.   YES. |
| 11:33:27 | 22 | Q.   OKAY.  AND IF WE GO TO PAGE 25 OF THIS EXHIBIT, WAS THERE |
| 11:33:33 | 23 | A TRANSACTION HERE THAT CAUGHT YOUR EYE? |
| 11:33:42 | 24 | A.   YES. |
| 11:33:43 | 25 | Q.   AND CAN YOU DESCRIBE IT FOR THE JURY, PLEASE. |

DIRECT EXAMINATION BY MR. PITMAN

11:33:46  1    A.   MARCH 20, 2007, THERE IS WIRE IN FROM KWONG ON TRADING FOR

11:34:02  2    $94,982.

11:34:10  3    Q.   HOW WOULD YOU CHARACTERIZE THIS TRANSACTION, WHY DID IT

11:34:17  4    DRAW YOUR ATTENTION?

11:34:17  5    A.   BECAUSE I RECOGNIZE THIS COMPANY.  WHEN I DOING THE

11:34:20  6    ANALYSIS ON THE BUSINESS BANK ACCOUNT.  AND THIS COMPANY

11:34:28  7    TRANSFER MONEY TO REIJIN'S ACCOUNT.

11:34:33  8    Q.   OKAY.  SO IT LOOKS LIKE IT'S A CUSTOMER OF REIJIN?

11:34:36  9    A.   CORRECT.

11:34:38  10         MR. CANNON:  OBJECTION.  NO FOUNDATION.

11:34:40  11         THE COURT:  OVERRULED.

11:34:45  12         THE WITNESS:  SO THIS IS -- YEAH, THIS IS KWONG ON

11:34:50  13   TRADING.

11:34:50  14   Q.

11:34:51  15   BY MR. PITMAN:

11:34:52  16   Q.   SO MOST OF THE OTHER TRANSACTIONS WE'VE LOOKED AT, THEY

11:34:55  17   TOOK MONEY FROM THE BUSINESS AND THEN WROTE CHECKS?

11:34:57  18   A.   YES.

11:34:58  19   Q.   BUT THIS ONE, IT LOOKS LIKE THEY JUST HAD MONEY THAT

11:35:01  20   SHOULD HAVE BEEN REIJIN'S DEPOSITED RIGHT INTO THEIR PERSONAL

11:35:04  21   BANK ACCOUNT?

11:35:04  22   A.   YES.

11:35:05  23   Q.   OKAY.  LET ME ASK YOU, PLEASE, TO TAKE A LOOK AT

11:35:13  24   EXHIBIT 503.  AND IF WE COULD TAKE A LOOK AT PAGES 42 AND 44.

11:35:33  25         OKAY.  MS. CAMPBELL, WHAT ARE WE LOOKING AT HERE?

DIRECT EXAMINATION BY MR. PITMAN

11:35:35  1    A.   SO HERE WE ARE SEEING TWO CHECKS.  BOTH OF FROM REIJIN'S

11:35:39  2    ACCOUNT, 2409.  AND ONE IS $25,650 AND THE OTHER ONE IS $9,625.

11:35:50  3    THEY ALL ARE PAID TO BOULDER RIDGE.

11:35:53  4    Q.   AND DO YOU KNOW WHAT BOULDER RIDGE IS?

11:35:55  5    A.   YES.

11:35:55  6    Q.   WHAT'S BOULDER RIDGE?

11:35:57  7    A.   IT'S A GOLF CLUB.

11:35:58  8    Q.   GOLF CLUB.  OKAY.  SO THESE CHECKS WERE BOTH WRITTEN IN

11:36:02  9    2007?

11:36:03  10   A.   YES.

11:36:04  11   Q.   AND THEY WERE BOTH WRITTEN AGAINST A REIJIN ACCOUNT?

11:36:07  12   A.   YES.

11:36:07  13   Q.   SO WHAT MAKES YOU THINK THAT THESE WERE NOT

11:36:11  14   BUSINESS-RELATED EXPENDITURES?

11:36:12  15   A.   BECAUSE THESE ARE PAID TO THE GOLF CLUB.

11:36:15  16   Q.   OKAY.  WHY DID YOU THINK THAT REIJIN DIDN'T NEED A GOLF

11:36:23  17   CLUB MEMBERSHIP?

11:36:24  18   A.   BECAUSE, AGAIN, THEIR BUSINESS IS DOING BUYING SCRAP METAL

11:36:27  19   AND THEN SELL TO CHINA.

11:36:29  20   Q.   ALL RIGHT.  A COUPLE MORE.

11:36:58  21        LET'S TAKE A LOOK AT EXHIBIT 669, PLEASE, PAGE 12.

11:37:04  22        OKAY.  WHAT ARE WE LOOKING AT HERE?

11:37:06  23   A.   THIS IS REIJIN INTERNATIONAL BANK ACCOUNT STATEMENT 9103.

11:37:14  24   Q.   SO THE ACCOUNT NUMBER IS 9103?

11:37:18  25   A.   YES.

DIRECT EXAMINATION BY MR. PITMAN

11:37:19  1    Q.   AND THIS IS A REIJIN ACCOUNT?

11:37:22  2    A.   YES.

11:37:22  3    Q.   AND WAS THERE A TRANSACTION ON THIS STATEMENT THAT CAUGHT

11:37:26  4    YOUR ATTENTION -- WELL, LET ME ASK YOU, PLEASE, TO TAKE A LOOK

11:37:34  5    AT EXHIBIT 669, PAGE 20.

11:37:42  6         WHAT ARE WE LOOKING AT HERE?

11:37:44  7    A.   SO THIS IS OUTGOING WIRE TRANSFER DOCUMENT.

11:37:51  8    Q.   OKAY.  AND THE MONEY IS LEAVING ACCOUNT --

11:37:54  9    A.   LEAVING ACCOUNT 9103 FOR $23,998.

11:38:00  10   Q.   AND WHERE IS THE MONEY GOING?

11:38:02  11   A.   IT GOES TO IMAGE LINK COMPANY TAIWAN.

11:38:13  12   Q.   AND WAS THIS WIRE AUTHORIZATION SIGNED BY MEILI LIN?

11:38:18  13   A.   YES.

11:38:19  14   Q.   IN 2007?

11:38:20  15   A.   RIGHT.

11:38:21  16   Q.   SO WHAT MAKES YOU THINK THAT IMAGE LINK IN TAIWAN WAS NOT

11:38:25  17   REIJIN BUSINESS?

11:38:26  18   A.   BECAUSE REIJIN'S BUSINESS IS BUYING SCRAP METAL FROM U.S.

11:38:32  19   Q.   OKAY.  AND LET'S TAKE A LOOK ALSO AT PAGE 41.  SO THIS IS

11:38:44  20   AN ACCOUNT STATEMENT FOR A LITTLE LATER IN THE YEAR FOR THE

11:38:46  21   SAME ACCOUNT?

11:38:47  22   A.   YES.

11:38:49  23   Q.   IS THAT CORRECT?

11:38:50  24   A.   YES, CORRECT.

11:38:50  25   Q.   AND IF WE TAKE A LOOK AT PAGE 55.  WHAT ARE WE LOOKING AT

DIRECT EXAMINATION BY MR. PITMAN

11:38:59  1    HERE?

11:38:59  2    A.   THIS IS A FAX COVER SHEET TO METRO UNITED BANK FROM MEILI

11:39:08  3    LIN, HENRY HORNG, REIJIN INTERNATIONAL.

11:39:11  4    Q.   OKAY.  AND WHAT ARE THEY REQUESTING?

11:39:13  5    A.   SO THEY ARE REQUESTING $10,000 TRANSFERRED TO IMAGE LINK.

11:39:20  6    Q.   OKAY.  AND AGAIN, IT'S YOUR OPINION THAT THIS APPEARS TO

11:39:24  7    BE A PERSONAL EXPENSE?

11:39:26  8    A.   YES, BECAUSE AGAIN, REIJIN IS BUYING SCRAP METAL FROM USA.

11:39:35  9    Q.   OKAY.  AND FINALLY, IF WE GO TO EXHIBIT 521, PAGE 103.

11:39:54  10   WHAT ARE WE LOOKING AT HERE?

11:39:56  11   A.   WE SEE A BANK OF AMERICA ACCOUNT STATEMENT, 5199 IN

11:40:02  12   NOVEMBER 2007, MEILI LIN'S ACCOUNT.

11:40:05  13   Q.   OKAY.  SO THIS IS THE PERSONAL ACCOUNT?

11:40:07  14   A.   YES.

11:40:07  15   Q.   AND IF WE GO TO PAGE 106, DO YOU SEE A DEPOSIT THERE FOR

11:40:19  16   $15,000 ON NOVEMBER 5TH?

11:40:21  17   A.   YES.

11:40:21  18   Q.   OKAY.  AND DID YOU HAVE A CHANCE TO DETERMINE WHAT MADE UP

11:40:26  19   THAT DEPOSIT?

11:40:27  20   A.   YES.

11:40:27  21   Q.   SO LET'S TAKE A LOOK, PLEASE, AT EXHIBIT 524, PAGE 248.

11:40:38  22   DOES THIS APPEAR TO BE THE DEPOSIT SLIP FOR THAT DEPOSIT?

11:40:42  23   A.   YES.

11:40:43  24   Q.   AND BEHIND THAT DEPOSIT SLIP, ARE THERE CHECKS?

11:40:45  25   A.   YES.

DIRECT EXAMINATION BY MR. PITMAN

| | | |
|---|---|---|
| 11:40:46 | 1 | Q. OKAY. SO LET'S TAKE A LOOK AT THE NEXT PAGE. AND LET'S |
| 11:40:51 | 2 | TAKE A LOOK AT THE NEXT PAGE. |
| 11:40:55 | 3 | SO WHAT ARE WE LOOKING AT HERE? |
| 11:40:57 | 4 | A. SO WE SEE A CHECK NUMBER 1284 PAID TO MEILI LIN, $9,200 |
| 11:41:05 | 5 | FROM REIJIN'S ACCOUNT. |
| 11:41:06 | 6 | Q. SO THIS TIME SHE JUST CUT HERSELF A CHECK FROM THE |
| 11:41:10 | 7 | BUSINESS ACCOUNT? |
| 11:41:11 | 8 | A. YES. |
| 11:41:11 | 9 | Q. OKAY. SO WE'VE GONE THROUGH QUITE A FEW TRANSACTIONS |
| 11:41:18 | 10 | HERE. DID YOU HAVE AN OPPORTUNITY TO PREPARE A SUMMARY OF THE |
| 11:41:21 | 11 | TRANSACTIONS WE HAVE JUST LOOKED AT FOR 2007? |
| 11:41:25 | 12 | A. YES. |
| 11:41:25 | 13 | Q. I WOULD LIKE YOU, PLEASE, TO TAKE A LOOK AT EXHIBIT 908, |
| 11:41:29 | 14 | WHICH IS NOT IN EVIDENCE. |
| 11:41:34 | 15 | CAN YOU SEE -- HOLD ON A SECOND. JOHN, CAN YOU TRY 907. |
| 11:41:48 | 16 | 908. 909. |
| 11:41:52 | 17 | OH, BOY. LET ME HAND YOU, PLEASE, WHAT IS MARKED AS |
| 11:42:02 | 18 | EXHIBIT 908. |
| 11:42:06 | 19 | MR. CANNON: EXCUSE ME, IS THAT 908 OR 909? |
| 11:42:14 | 20 | MR. PITMAN: 908. |
| 11:42:15 | 21 | THE COURT: IS THAT FROM THE COURT'S DOCUMENTS? IS |
| 11:42:17 | 22 | THAT THE ORIGINAL? |
| 11:42:20 | 23 | MR. PITMAN: THAT'S A GOOD QUESTION. MAY I APPROACH, |
| 11:42:22 | 24 | YOUR HONOR? |
| 11:42:23 | 25 | THE COURT: YES, THE WITNESS NEEDS TO SEE THE |

DIRECT EXAMINATION BY MR. PITMAN

| | | |
|---|---|---|
| 11:42:25 | 1 | ORIGINAL. |
| 11:42:45 | 2 | BY MR. PITMAN: |
| 11:42:45 | 3 | Q.   I'M SHOWING YOU WHAT'S BEEN MARKED AS EXHIBIT 908.  AND IF |
| 11:42:49 | 4 | YOU COULD TAKE A LOOK AT THE SECOND PAGE OF THAT EXHIBIT, |
| 11:42:52 | 5 | PLEASE. |
| 11:43:21 | 6 | A.   YES. |
| 11:43:21 | 7 | Q.   OKAY.  HAVE YOU HAD A CHANCE TO LOOK AT THE SECOND PAGE OF |
| 11:43:25 | 8 | EXHIBIT 908? |
| 11:43:25 | 9 | A.   YES. |
| 11:43:25 | 10 | Q.   AND IS THAT A SUMMARY OF THE PERSONAL SPENDING THAT WE |
| 11:43:31 | 11 | JUST WALKED THROUGH? |
| 11:43:33 | 12 | A.   YES. |
| 11:43:33 | 13 | MR. PITMAN:  YOUR HONOR, I MOVE FOR ADMISSION OF THE |
| 11:43:35 | 14 | SECOND PAGE OF 908. |
| 11:43:37 | 15 | THE COURT:  ANY OBJECTION? |
| 11:43:38 | 16 | MR. CANNON:  I HAVE -- COULD I JUST SEE YOURS REALLY |
| 11:43:43 | 17 | QUICK. |
| 11:44:06 | 18 | (OFF-THE-RECORD DISCUSSION.) |
| 11:44:37 | 19 | BY MR. PITMAN: |
| 11:44:37 | 20 | Q.   OKAY.  SO YOU HAVE HAD AN OPPORTUNITY TO LOOK AT THE |
| 11:44:40 | 21 | SECOND PAGE OF 908? |
| 11:44:41 | 22 | A.   YES. |
| 11:44:41 | 23 | Q.   AND IS THAT A SUMMARY OF YOUR -- THE CALCULATION OF |
| 11:44:49 | 24 | THESE -- THIS PERSONAL SPENDING THAT WE'VE LOOKED AT? |
| 11:44:51 | 25 | A.   YES. |

11:44:52  1    Q.   AND THEN WHILE WE'RE AT IT, I WILL ASK YOU, PLEASE, TO

11:44:55  2    TAKE A LOOK AT THE THIRD PAGE OF 908.

11:45:08  3         AND IS THE THIRD PAGE OF 908 JUST A SUM OF THE PERSONAL

11:45:14  4    SPENDING OF 2006 AND 2007?

11:45:17  5    A.   YES.

11:45:18  6         MR. PITMAN:  YOUR HONOR, AT THIS TIME I MOVE FOR

11:45:19  7    ADMISSION OF PAGES 2 AND 3 OF EXHIBIT 908.

11:45:22  8         THE COURT:  ANY OBJECTION?

11:45:22  9         MR. CANNON:  NO OBJECTION.

11:45:23 10         THE COURT:  THOSE TWO PAGES WILL BE ADMITTED.

11:45:23 11         (GOVERNMENT'S EXHIBIT 908, PAGES 2 AND 3, WAS ADMITTED

11:45:25 12    INTO EVIDENCE.)

11:45:25 13         THE COURT:  YOU WILL TAKE CARE OF THE ORIGINAL?

11:45:29 14         MR. PITMAN:  I WILL, YOUR HONOR.

11:45:30 15    THE ORIGINAL IS ACTUALLY CORRECT, IT'S -- I DID NOT

11:45:33 16    REMEMBER THAT I INCLUDED THREE PAGES IN THE EXHIBIT.

11:45:36 17         THE COURT:  IS THERE A PAGE 1?

11:45:37 18         MR. PITMAN:  THERE IS.  AND WE'VE ALREADY SEEN IT.

11:45:39 19    SO 908 IS GOOD.  ALL THREE PAGES ARE IN.

11:45:44 20         THE COURT:  OKAY.

11:45:45 21    BY MR. PITMAN:

11:45:45 22    Q.   SO JOHN, CAN WE TAKE A LOOK, PLEASE, AT THE SECOND PAGE OF

11:45:49 23    908.

11:45:51 24         OKAY.  SO WE TALKED ABOUT THE INVESTMENT IN FLORENCE

11:46:01 25    CAPITAL?

| | | |
|---|---|---|
| 11:46:02 | 1 | A.   YES. |
| 11:46:02 | 2 | Q.   AND WE TALKED ABOUT THE INVESTMENT IN LPL? |
| 11:46:07 | 3 | A.   YES. |
| 11:46:07 | 4 | Q.   AND WE TALKED ABOUT THE MONEY FOR KWONG ON TRADING? |
| 11:46:12 | 5 | A.   YES. |
| 11:46:13 | 6 | Q.   AND THE GOLF CLUB? |
| 11:46:14 | 7 | A.   CORRECT, YES. |
| 11:46:15 | 8 | Q.   AND THE MONEY TO IMAGE LINK? |
| 11:46:17 | 9 | A.   YES. |
| 11:46:17 | 10 | Q.   AND THE CHECK? |
| 11:46:19 | 11 | A.   YES. |
| 11:46:20 | 12 | Q.   SO IS IT ACCURATE TO SAY THAT THE TOTAL OF JUST THESE |
| 11:46:29 | 13 | TRANSACTIONS IS OVER $1.9 MILLION? |
| 11:46:34 | 14 | A.   YES. |
| 11:46:34 | 15 | Q.   AND DID YOU SEE THAT $1.9 MILLION REPORTED ON THE |
| 11:46:38 | 16 | DEFENDANT'S 1040 FOR 2007? |
| 11:46:40 | 17 | A.   NO. |
| 11:46:40 | 18 | Q.   WAS IT REPORTED AS INCOME? |
| 11:46:42 | 19 | A.   NO. |
| 11:46:42 | 20 | Q.   WAS IT REPORTED AS A DIVIDEND? |
| 11:46:44 | 21 | A.   NO. |
| 11:46:45 | 22 | Q.   OKAY.  AND DID YOU SEE IT REPORTED ON THE FORM 1120 FOR |
| 11:46:49 | 23 | REIJIN IN ANY WAY? |
| 11:46:51 | 24 | A.   NO. |
| 11:46:51 | 25 | Q.   OKAY.  SO LET ME ASK YOU, PLEASE, TO TAKE A LOOK AT THE |

DIRECT EXAMINATION BY MR. PITMAN

11:47:01  1    THIRD PAGE OF EXHIBIT 208.

11:47:04  2        AND WHAT ARE WE LOOKING AT HERE?

11:47:06  3    A.   SO THESE ARE TWO YEARS ADDED TOGETHER.  IT'S $2,378,455.

11:47:13  4    Q.   OKAY.  SO THAT'S THE AMOUNT THAT THE DEFENDANTS TOOK FROM

11:47:19  5    REIJIN FOR THEMSELVES IN THESE TWO YEARS?

11:47:21  6    A.   YES.

11:47:30  7    Q.   SO YOU SAID THAT YOU DIDN'T SEE THAT MONEY REPORTED ON THE

11:47:34  8    DEFENDANT'S INCOME TAX RETURNS?

11:47:37  9    A.   NO.

11:47:38  10   Q.   DID YOU HAVE AN OPPORTUNITY TO CALCULATE WHAT SORT OF

11:47:41  11   IMPACT THAT MONEY WOULD HAVE HAD ON THEIR 1040'S IF THEY HAD

11:47:48  12   REPORTED IT AS INCOME?

11:47:50  13   A.   YES, I DID.

11:47:51  14   Q.   OKAY.  AND DO YOU REMEMBER HOW MUCH ADDITIONAL TAX WOULD

11:47:56  15   HAVE BEEN DUE IF THESE PERSONAL ITEMS WERE REPORTED ON THEIR

11:48:01  16   1040 FOR 2006?

11:48:04  17   A.   I CANNOT REMEMBER.  CAN YOU PLEASE SHOW ME MY CALCULATION?

11:48:08  18   Q.   YES.

11:48:33  19        MR. PITMAN:  THIS MIGHT BE A GOOD TIME FOR A BREAK,

11:48:34  20   YOUR HONOR.

11:48:36  21        THE COURT:  OKAY.  WE DON'T NEED TO SIT HERE WHILE

11:48:39  22   YOU RUSTLE THROUGH ALL THE PAPERS, SO THAT MAKES SENSE.

11:48:43  23        SO LET'S TAKE OUR LUNCH BREAK A FEW MINUTES EARLY, I DON'T

11:48:43  24   THINK ANYONE WILL MIND.  WE HAVE BEEN GOING FOR A WHILE AT THIS

11:48:47  25   POINT.  WHY DON'T WE COME BACK BY 1:00, OUR NORMAL TIME.

DIRECT EXAMINATION BY MR. PITMAN

| | | |
|---|---|---|
| 11:48:50 | 1 | (RECESS FROM 11:48 A.M. UNTIL 1:00 P.M.) |
| 01:02:50 | 2 | THE COURT:  GOOD AFTERNOON, EVERYONE.  PLEASE BE SEATED. |
| 01:02:52 | 3 | WE ARE BACK ON THE RECORD.  ALL COUNSEL AND PARTIES ARE |
| 01:02:55 | 4 | HERE, AND ALL OF OUR JURORS AND ALTERNATES. |
| 01:02:57 | 5 | MR. PITMAN, YOU WERE CONTINUING WITH YOUR DIRECT |
| 01:03:02 | 6 | EXAMINATION OF MS. CAMPBELL. |
| 01:03:03 | 7 | WOULD YOU LIKE TO CONTINUE? |
| 01:03:04 | 8 | MR. PITMAN:  YES.  THANK YOU, YOUR HONOR. |
| 01:03:05 | 9 | THE COURT:  GOOD AFTERNOON, MS. CAMPBELL. |
| 01:03:08 | 10 | THE WITNESS:  GOOD AFTERNOON. |
| 01:03:17 | 11 | Q.  ALL RIGHT.  CAN WE TAKE A LOOK, PLEASE, AT EXHIBIT 908 ON |
| 01:03:42 | 12 | PAGE 3. |
| 01:03:49 | 13 | OKAY.  SO MS. CAMPBELL, THE QUESTION I ASKED YOU RIGHT |
| 01:03:52 | 14 | BEFORE WE BROKE, THIS MORNING WE WERE TALKING A LITTLE BIT |
| 01:03:57 | 15 | ABOUT MONEY THAT HAD COME FROM THE BUSINESS AND BEEN USED BY |
| 01:04:00 | 16 | THE DEFENDANTS FOR WHAT APPEAR TO BE PERSONAL EXPENSES; DO YOU |
| 01:04:04 | 17 | REMEMBER THAT TESTIMONY? |
| 01:04:04 | 18 | A.  YES, I REMEMBER. |
| 01:04:05 | 19 | Q.  AND THEN THIS EXHIBIT WAS TOTALLING UP, PLEASE CORRECT ME |
| 01:04:10 | 20 | IF I'M WRONG, BUT THE AMOUNTS OF THE FUNDS THAT YOU IDENTIFIED |
| 01:04:13 | 21 | AS BEING DIVERTED FROM THE COMPANY? |
| 01:04:16 | 22 | A.  YES. |
| 01:04:16 | 23 | Q.  AND THEN THE QUESTION I ASKED YOU RIGHT BEFORE WE BROKE |
| 01:04:20 | 24 | WAS WHETHER YOU HAD AN OPPORTUNITY TO CALCULATE WHAT EFFECT |
| 01:04:26 | 25 | THIS INCOME, IF THIS HAD BEEN TREATED AS INCOME ON THEIR 1040'S |

DIRECT EXAMINATION BY MR. PITMAN

01:04:33   1      FOR 2006 AND 2007, HOW MUCH THAT WOULD HAVE CHANGED THE

01:04:37   2      RETURNS?

01:04:39   3      A.   RIGHT.   THIS INCOME WAS NOT REPORTED ON THE 1040.

01:04:45   4      Q.   SO MY QUESTION TO YOU IS, DID YOU FIGURE OUT WHAT WOULD

01:04:48   5      HAVE CHANGED IF IT HAD BEEN?

01:04:49   6      A.   YES.

01:04:50   7      Q.   OKAY.   AND DO YOU REMEMBER WHAT THE CHANGES WOULD HAVE

01:04:55   8      BEEN?

01:04:55   9      A.   I DON'T REMEMBER THE EXACT AMOUNT.

01:04:58   10     Q.   OKAY.   SO I'M GOING TO SHOW YOU YOUR REPORT PAPERS HERE.

01:05:02   11     A.   SURE.

01:05:02   12     Q.   SEE IF THAT REFRESHES YOUR RECOLLECTION.

01:05:05   13     A.   YES.

01:05:06   14     Q.   OKAY.

01:05:10   15     A.   SO --

01:05:12   16          MR. CANNON:   EXCUSE ME.   THESE --

01:05:16   17          (OFF-THE-RECORD DISCUSSION.)

01:05:23   18          THE WITNESS:   SO I INCLUDE THESE TWO NUMBERS OF

01:05:28   19     INCOME SEPARATELY IN 2006 AND 2007.   AND I CALCULATED THE TAX

01:05:35   20     LIABILITY IS $142,823 IN 2006, AND $537,972 IN 2007.

01:05:51   21     BY MR. PITMAN:

01:05:51   22     Q.   OKAY.   SO THAT'S HOW MUCH ADDITIONAL TAX THEY WOULD HAVE

01:05:55   23     OWED ON THEIR 1040'S IF HAD REPORTED THESE AMOUNTS AS INCOME?

01:05:59   24     A.   YES.

01:05:59   25     Q.   SO LET ME ASK YOU NOW, CHANGING SUBJECTS, THE DEFENDANTS

DIRECT EXAMINATION BY MR. PITMAN

01:06:03  1    WERE LANDLORDS?

01:06:07  2    A.   COULD YOU --

01:06:08  3    Q.   DO YOU KNOW THE WORD LANDLORD?

01:06:10  4    A.   OH, YES, THEY ARE.

01:06:12  5    Q.   AND JUST CAN YOU TELL THE JURY A LITTLE BIT ABOUT WHAT WE

01:06:15  6    KNOW ABOUT THEIR RENTAL ACTIVITY?

01:06:18  7    A.   RENTAL ACTIVITY IS SUPPOSED TO BE REPORTED ON SCHEDULE E

01:06:25  8    OF THEIR TAX RETURNS.

01:06:27  9    Q.   OKAY.  SO LET'S TAKE A LOOK AT THE 1040 FOR 2006, WHICH IS

01:06:33  10   EXHIBIT NUMBER 1.

01:06:48  11        OKAY.  SO IS THIS THE FIRST PAGE OF THE SCHEDULE E  FOR

01:06:50  12   2006?

01:06:51  13   A.   YES.

01:06:52  14   Q.   AND HOW MANY RENTAL PROPERTIES DID THE DEFENDANTS REPORT

01:06:55  15   HAVING THAT YEAR?

01:06:56  16   A.   THERE ARE THREE REPORTED HERE ON PAGE 1.

01:07:00  17   Q.   AND THEN ARE THERE SOME MORE ON THE NEXT PAGE?

01:07:03  18   A.   YES.  THERE ARE TWO REPORTED ON PAGE 2.

01:07:16  19   Q.   SO ALL TOGETHER THEY WERE RENTING FIVE PROPERTIES THAT

01:07:20  20   YEAR?

01:07:21  21   A.   YES.

01:07:22  22   Q.   OKAY.  AND CAN WE TAKE A LOOK AT EXHIBIT NUMBER 2, PLEASE.

01:07:31  23   AND CAN WE GO TO PAGE 15.

01:07:34  24        SO THIS IS THE 1040 FOR 2007?

01:07:39  25   A.   YES.

DIRECT EXAMINATION BY MR. PITMAN

01:07:40  1    Q.   SO THEY ARE REPORTING THREE PROPERTIES HERE ON PAGE 1?

01:07:43  2    A.   YES.

01:07:43  3    Q.   OF SCHEDULE E FOR 2007?

01:07:45  4    A.   YES.

01:07:45  5    Q.   AND IF WE GO TO THE NEXT PAGE, IS THAT THREE ADDITIONAL

01:07:54  6    PROPERTIES?

01:07:55  7    A.   YES.

01:07:55  8    Q.   AND IF WE GO TO THE NEXT PAGE 1 MORE?

01:08:06  9    A.   YES.

01:08:06  10   Q.   SO HOW MANY TOTAL RENTAL PROPERTIES IN 2006?

01:08:10  11           THE COURT:  WHICH YEAR IS THAT?

01:08:11  12           MR. PITMAN:  HOW MANY TOTAL RENTAL PROPERTIES IN

01:08:15  13   2006.

01:08:16  14           THE COURT:  WE ARE LOOKING AT THE 2007 SCHEDULE E?

01:08:20  15           MR. PITMAN:  YES.

01:08:21  16           THE WITNESS:  2006, THERE ARE FIVE.

01:08:23  17   Q.   AND HOW MANY IN 2007?

01:08:24  18   A.   2007, THERE ARE SEVEN.

01:08:26  19   Q.   OKAY.  SO AS PART OF YOUR WORK ON THIS CASE, DID YOU HAVE

01:08:29  20   AN OPPORTUNITY TO TAKE A LOOK AT THE BANK RECORDS FOR THE

01:08:35  21   DEFENDANTS?

01:08:36  22   A.   YES.

01:08:36  23   Q.   AND AS PART OF YOUR WORK ON THE CASE, DID YOU ATTEMPT TO

01:08:40  24   VERIFY WHETHER THEY HAD PROPERLY REPORTED THE RENTS THAT THEY

01:08:44  25   RECEIVED FROM THEIR TENANTS IN 2006 AND 2007?

DIRECT EXAMINATION BY MR. PITMAN

01:08:52  1    A.   YES.

01:08:53  2    Q.   SO JUST GENERALLY SPEAKING, CAN YOU DESCRIBE FOR THE JURY

01:08:56  3    WHAT YOU DID TO TRY TO CALCULATE THE RENTS THE DEFENDANTS HAD

01:09:00  4    RECEIVED DURING THOSE YEARS?

01:09:01  5    A.   YES.   I REVIEWED ALL THE BANK RECORDS OF DEFENDANTS BOTH

01:09:05  6    BUSINESS AND PERSONAL BANK ACCOUNTS.   AND SO BANK RECORDS OF

01:09:14  7    COURSE INCLUDE CANCELLED CHECKS.

01:09:15  8         SO I WAS ABLE TO SEE EACH CHECK CUT TO PAY THE DEFENDANTS

01:09:21  9    FOR THE RENTAL INCOME.   AND HOW I KNOW THEY ARE RENTAL INCOME

01:09:29 10    IS BECAUSE I LOOK AT EACH CHECK AND ALSO I LOOK AT EACH MONTH,

01:09:40 11    BECAUSE I WAS ABLE TO SEE THE WHOLE PERIODS.

01:09:45 12         SO EACH MONTH, I SEE THE CONSISTENT PAYMENT TO THE

01:09:50 13    DEFENDANTS FOR THE SAME AMOUNT.

01:09:56 14         SO I USE THOSE RECORDS AND ADD THEM TOGETHER TO GET THE

01:09:58 15    TOTAL RENTAL INCOME SUPPOSED TO BE REPORTED IN EACH YEAR.

01:10:03 16    Q.   OKAY.  SO LET ME ASK YOU, PLEASE, TO TAKE A LOOK AT

01:10:07 17    EXHIBIT 907, WHICH IS NOT IN EVIDENCE.   AND ARE YOU LOOKING NOW

01:10:19 18    AT EXHIBIT 907?

01:10:21 19    A.   YES.

01:10:21 20    Q.   AND WHAT IS 907, DO YOU RECOGNIZE THIS EXHIBIT?

01:10:32 21    A.   YES, IT'S RENTS RECEIVED IN 2006 AND 2007.

01:10:37 22    Q.   AND IS THIS SOMETHING THAT WAS PREPARED BASED ON YOUR

01:10:40 23    ANALYSIS?

01:10:40 24    A.   YES.

01:10:41 25    Q.   AND IS THIS A COMPARISON OF THE RENTS THAT YOU FOUND IN

01:10:45  1    YOUR RESEARCH AND THE RENTS THAT WERE REPORTED ON THE 1040'S?

01:10:49  2    A.   YES, IT'S A COMPARISON.

01:10:51  3    Q.   OKAY.

01:10:53  4         MR. PITMAN:  SO YOUR HONOR, I MOVE FOR THE ADMISSION

01:10:55  5    OF EXHIBIT 907.

01:10:56  6         THE COURT:  ANY OBJECTION?

01:10:57  7         MR. CANNON:  NO, YOUR HONOR.

01:10:58  8         THE COURT:  IT WILL BE ADMITTED.

01:11:00  9         (GOVERNMENT'S EXHIBIT 907 WAS ADMITTED INTO EVIDENCE.)

01:11:00  10   BY MR. PITMAN:

01:11:01  11   Q.   SO -- SO I WONDER JOHN, IF WE CAN COMPARE THIS EXHIBIT TO

01:11:21  12   THE EXHIBIT 1, PAGE 19.  COULD YOU BLOW UP THE TOP HALF OF

01:11:35  13   PAGE 19.

01:11:46  14        SO THE BOTTOM HALF OF THIS PAGE, WHAT ARE WE LOOKING AT

01:11:50  15   AGAIN?

01:11:50  16   A.   WE ARE LOOKING AT 2006 SCHEDULE E AND ALSO THE COMPARISON

01:11:55  17   WITH MY ANALYSIS.

01:11:56  18   Q.   SO THE SCHEDULE E FOR 2006 REPORTED MULTIPLE RENTAL

01:12:01  19   PROPERTIES?

01:12:01  20   A.   RIGHT.

01:12:02  21   Q.   BUT IS THE TOTAL RENT RECEIVED, ACCORDING TO THE

01:12:06  22   DEFENDANTS, REPORTED SOMEWHERE ON THIS FIRST PAGE OF THE

01:12:09  23   SCHEDULE?

01:12:10  24   A.   YES.

01:12:13  25   Q.   AND CAN YOU TELL US WHERE IT IS?

DIRECT EXAMINATION BY MR. PITMAN

01:12:15  1    A.   YES, IT'S ON THE LINE 3 ON THE VERY RIGHT TOTALS,

01:12:22  2    $165,850.

01:12:25  3    Q.   OKAY.  AND SO IF WE ADD UP, I SEE THAT THAT NUMBER THERE

01:12:30  4    ON THE RIGHT-HAND SIDE OF PAGE 19, IF WE ADD UP THE TOTALS

01:12:36  5    THERE REPORTED IN COLUMNS A, B, AND C, IT WOULDN'T ADD UP TO

01:12:41  6    165, RIGHT?

01:12:42  7    A.   RIGHT.

01:12:43  8    Q.   AND WHY IS THAT?

01:12:44  9    A.   BECAUSE THERE ARE TWO PROPERTIES ON PAGE 2.

01:12:48  10   Q.   OKAY.  BUT THE TOTAL HERE IS WHAT THEY ARE REPORTING FOR

01:12:51  11   ALL FIVE PROPERTIES FOR 2006; IS THAT RIGHT?

01:12:54  12   A.   CORRECT.

01:12:54  13   Q.   AND SO IF WE LOOK AT THE AMOUNT ON THE TOP, ON

01:13:01  14   EXHIBIT 907, THERE'S THREE LITTLE BOXES THERE, AND THE TOP BOX

01:13:05  15   IS LABELED 2006?

01:13:07  16   A.   YES.

01:13:08  17   Q.   SO THE PER RETURN, WHAT DOES THAT MEAN?

01:13:12  18   A.   PER RETURN IS A NUMBER REPORTED ON TAX RETURN.

01:13:15  19   Q.   RIGHT.  SO THAT NUMBER IS THE SAME AS WHAT THEY REPORTED

01:13:20  20   ON THEIR TAX RETURN.  AND THEN THE NUMBER ABOVE THAT, PER

01:13:24  21   ANALYSIS, WHAT DOES THAT MEAN?

01:13:26  22   A.   THAT MEANS -- THAT IS I ANALYZE ALL THE BANK RECORDS AND I

01:13:32  23   COME UP WITH $268,238.

01:13:35  24   Q.   OKAY.  SO BASED ON YOUR REVIEW OF THE RECORDS, IT SEEMS TO

01:13:38  25   YOU THAT THE RENTS RECEIVED IN 2006 WERE ACTUALLY $102,000 MORE

DIRECT EXAMINATION BY MR. PITMAN

01:13:47  1    THAN WERE REPORTED ON SCHEDULE E FOR 2006?

01:13:50  2    A.   CORRECT.

01:13:50  3    Q.   OKAY.  AND LET'S TAKE A LOOK REAL QUICK, PLEASE, AT

01:13:54  4    EXHIBIT 2, PAGE 15.

01:14:16  5        SO AGAIN, HOW MANY TOTAL RENTAL PROPERTIES DID THEY REPORT

01:14:19  6    IN 2007?

01:14:21  7    A.   SEVEN.

01:14:21  8    Q.   AND WHAT WAS THE TOTAL RENT THEY REPORTED TO THE IRS

01:14:27  9    HAVING RECEIVED IN THAT YEAR?

01:14:29  10   A.   $295,668.

01:14:33  11   Q.   AND BASED ON YOUR ANALYSIS, HOW MUCH RENT DID THEY REALLY

01:14:37  12   RECEIVE THAT YEAR?

01:14:38  13   A.   $388,003.

01:14:44  14   Q.   SO THE DIFFERENCE BETWEEN THOSE TWO NUMBERS?

01:14:46  15   A.   IS $92,335.

01:14:50  16   Q.   OKAY.  AND JOHN, CAN WE JUST HAVE 907, PLEASE.

01:14:59  17       AND THEN THE FINAL BOX THERE AT THE BOTTOM, THE TOTAL

01:15:02  18   ADJUSTMENT, WHAT DOES THAT MEAN?

01:15:04  19   A.   IT MEANS THE ADJUSTMENT FROM 2006 AND 2007 COMBINED.

01:15:09  20   Q.   OKAY.  SO ACCORDING TO YOUR ANALYSIS FOR THESE TWO YEARS,

01:15:12  21   THEY UNDERREPORTED THE INCOME THEY RECEIVED IN THE FORM OF RENT

01:15:16  22   PAID BY TENANTS BY $194,000?

01:15:19  23   A.   YES.

01:15:19  24   Q.   OKAY.  AND AS PART OF YOUR WORK ON THE CASE, DID YOU HAVE

01:15:22  25   AN OPPORTUNITY TO DETERMINE WHAT IMPACT IT WOULD HAVE HAD ON

DIRECT EXAMINATION BY MR. PITMAN

01:15:26    1    THEIR FORMS 1040 FOR THESE TWO YEARS IF THEY HAD REPORTED ALL

01:15:30    2    OF THESE RENTS?

01:15:31    3    A.   YES.

01:15:32    4    Q.   AND CAN YOU TELL THE JURY WHAT YOU CONCLUDED?

01:15:35    5    A.   I CONCLUDED THERE WILL BE NO IMPACT ON THE TAX RETURN.

01:15:41    6    Q.   WELL, NO IMPACT ON THE TAX DUE ANYWAY?

01:15:43    7    A.   RIGHT.

01:15:44    8    Q.   AND CAN YOU EXPLAIN TO THE JURY WHY THAT IS?

01:15:46    9    A.   YES.  THE REASON THERE'S NO IMPACT IN 2006 IS BECAUSE THEY

01:15:50   10    HAVE REPORTED A LOSS, A HUGE LOSS ON THE SCHEDULE E.

01:15:54   11    Q.   OKAY.

01:15:55   12    A.   SO EVEN WE ADJUST $102,000, STILL LOWER THAN THE TOTAL

01:16:01   13    LOSS REPORTED ON THE RETURN.

01:16:03   14    Q.   OKAY.  SO LET'S JUST TAKE A LOOK AT PAGE 19 OF EXHIBIT

01:16:07   15    NUMBER 1.

01:16:15   16        SO WHEN YOU SAY THE TOTAL RENTS RECEIVED ARE AT THE TOP OF

01:16:22   17    THIS COLUMN ON THE RIGHT-HAND SIDE, RIGHT?

01:16:24   18    A.   YES.

01:16:25   19    Q.   BUT THEN THERE ARE DEDUCTIONS THAT ARE TAKEN DOWN THE

01:16:28   20    SCHEDULE; IS THAT CORRECT?

01:16:29   21    A.   CORRECT.

01:16:30   22    Q.   AND WHAT ARE THOSE DEDUCTIONS?  I MEAN, JUST GENERALLY

01:16:38   23    SPEAKING, WHAT IS DEDUCTED FROM THE RENTS?

01:16:40   24    A.   SO THESE ARE DIFFERENT KIND OF EXPENSES, FOR EXAMPLE,

01:16:44   25    MORTGAGE INTEREST, DEPRECIATION, PROPERTY TAX.

01:16:49   1    Q.   OKAY.  AND SO FOR 2006, IT WAS YOUR CONCLUSION THAT THOSE

01:16:55   2    DEDUCTIONS WERE SIGNIFICANT ENOUGH THAT THEY WOULD HAVE

01:17:00   3    CANCELLED OUT ANY INCOME, EVEN IF THEY HAD PROPERLY REPORTED

01:17:03   4    THE RENTAL INCOME?

01:17:04   5    A.   CORRECT.

01:17:05   6    Q.   AND WHAT WAS THE STORY FOR 2007?

01:17:08   7    A.   THERE'S NO IMPACT FOR THE TAX DUE.

01:17:10   8    Q.   OKAY.  AND WHY IS THAT?

01:17:12   9    A.   BECAUSE THEY REPORT ALL THE RENTAL LOSS ON SCHEDULE E AND

01:17:21   10   THE FLOW THROUGH TO THE PAGE 1 OF 1040.  IF MY MEMORY CORRECT,

01:17:27   11   IT'S ABOUT 400,000.

01:17:29   12   Q.   OKAY.  SO --

01:17:31   13   A.   LOSS, SORRY.  LOSS.

01:17:33   14   Q.   WOULD IT HAD BEEN TO TAKE A LOOK AT EXHIBIT -- I DON'T

01:17:36   15   UNDERSTAND YOUR ANSWER, SO COULD YOU TAKE A LOOK AT EXHIBIT

01:17:40   16   NUMBER 2, PAGE 1.  I'M SORRY, PAGE 2.

01:17:53   17        THIS IS THE 1040 FOR 2007?

01:17:55   18   A.   YES.

01:17:56   19   Q.   AND YOU CONCLUDED THEY UNDERREPORTED THE RENTS RECEIVED IN

01:17:59   20   THIS YEAR BY A LITTLE BIT MORE THAN $92,000?

01:18:02   21   A.   YES.

01:18:03   22   Q.   AND YOU ALSO CONCLUDED THAT INCLUDING THAT INCOME IN THIS

01:18:06   23   TAX RETURN WOULD NOT HAVE INCREASED THEIR TAX DUE?

01:18:09   24   A.   NO, IT WON'T INCREASE THEIR TAX DUE.

01:18:11   25   Q.   AND COULD YOU JUST EXPLAIN TO THE JURY WHY THAT IS?

DIRECT EXAMINATION BY MR. PITMAN

01:18:14  1    A.   SURE.  SO IF YOU ARE LOOKING AT LINE 17 ON THE TAX RETURN,

01:18:20  2    IS $444,000 LOSS.

01:18:27  3         SO EVEN I INCREASE 92,000 MORE, SO IT STILL SHOWS A

01:18:30  4    NEGATIVE NUMBER.

01:18:31  5    Q.   OKAY.  SO EVEN WITH ANOTHER 92,000 IN THERE, THEY WOULD

01:18:35  6    STILL BE REPORTING A TOTAL LOSS FOR THE YEAR?

01:18:38  7    A.   YES.

01:18:39  8    Q.   AND SO STILL NO TAX DUE?

01:18:41  9    A.   RIGHT.

01:18:41  10   Q.   OKAY.

01:18:44  11        SO LET ME ASK YOU A QUESTION, CHANGING SUBJECTS AGAIN,

01:18:47  12   WE'VE HEARD A LOT OF TESTIMONY ABOUT REIJIN INTERNATIONAL.

01:18:54  13   A.   YES.

01:18:55  14   Q.   AND YOU'VE HAD SOME TIME TO GET FAMILIAR WITH REIJIN

01:18:59  15   INTERNATIONAL?

01:19:00  16   A.   YES.

01:19:01  17   Q.   AND DID YOU REVIEW DOCUMENTS ABOUT REIJIN AS PART OF YOUR

01:19:07  18   WORK ON THIS CASE?

01:19:09  19   A.   YES.

01:19:09  20   Q.   DID YOU HAVE ACCESS TO BANK RECORDS?

01:19:11  21   A.   YES.

01:19:11  22   Q.   AND YOU HAD ACCESS TO THE EXHIBITS THAT AGENT RICHARDS

01:19:16  23   TESTIFIED ABOUT?

01:19:17  24   A.   YES.

01:19:18  25   Q.   AND THERE WERE QUITE A FEW RECORDS THAT CAME THROUGH OTHER

01:19:25  1    KINDS OF CUSTODIANS LIKE SCOTTRADE AND LPL, YOU HAD ACCESS TO

01:19:29  2    THOSE DOCUMENTS AS WELL?

01:19:30  3    A.   YES.

01:19:31  4    Q.   AND AS PART OF YOUR WORK ON THE CASE, DID YOU ATTEMPT TO

01:19:35  5    SORT OF RECREATE REIJIN'S BUSINESS PERFORMANCE DURING 2006 AND

01:19:41  6    2007?

01:19:42  7    A.   YES.

01:19:42  8    Q.   OKAY.  SO TO BEGIN WITH, DID YOU TAKE A LOOK AT THE MONEY

01:19:49  9    THAT REIJIN WAS SPENDING DURING 2006 AND 2007?

01:19:53 10    A.   YES.

01:19:53 11    Q.   AND WHERE DID YOU FIND INFORMATION ABOUT THE MONEY REIJIN

01:19:58 12    WAS SPENDING DURING 2006 AND 2007?

01:20:02 13    A.   I LOOK AT THE BANK RECORDS.

01:20:03 14    Q.   OKAY.  SO YOU LOOKED AT THE MONEY LEAVING THE BUSINESS

01:20:09 15    BUSINESS ACCOUNTS?

01:20:10 16    A.   YES.

01:20:10 17    Q.   AND COULD YOU JUST TELL US, WHERE WAS THE MONEY GOING?

01:20:13 18    A.   THE MONEY GOING TO THE SCRAP METAL SUPPLIERS AND THE

01:20:19 19    FREIGHT FORWARDING COMPANIES, FREIGHT INSURANCE COMPANIES.

01:20:25 20    THOSE ARE THE MAIN ONES.

01:20:26 21    Q.   OKAY.  AND DO YOU REMEMBER WHICH BANK ACCOUNTS WERE BEING

01:20:36 22    USED TO SEND THAT MONEY?

01:20:37 23    A.   MEILI'S ACCOUNT, 37 -- I NEED TO LOOK AT -- 3797.

01:20:48 24    Q.   3797.  OKAY.  YOU SOUND LIKE YOU MAY BE HAVING TROUBLE

01:20:52 25    REMEMBERING?

DIRECT EXAMINATION BY MR. PITMAN

01:20:52  1    A.   RIGHT.  TOO MANY NUMBERS.

01:21:42  2              MR. PITMAN:  YOUR HONOR, MAY I APPROACH THE WITNESS?

01:21:44  3              THE COURT:  YES.

01:21:58  4              THE WITNESS:  YES, IT'S BOFA ACCOUNT NUMBER 3797.

01:22:02  5    BY MR. PITMAN:

01:22:03  6    Q.   OKAY.  AND WAS THAT ACCOUNT HELD IN REIJIN'S NAME?

01:22:09  7    A.   YES.

01:22:11  8    Q.   SO DID YOU HAVE AN OPPORTUNITY TO GO THROUGH THOSE BANK

01:22:17  9    RECORDS AND TOTAL UP ALL THE MONEY ON SCRAP METAL AND FREIGHT

01:22:25  10   FORWARDING AND SHIPPING, REIJIN-RELATED BUSINESS?

01:22:28  11   A.   YES.

01:22:28  12   Q.   AND LET ME ASK YOU -- SO YOU TOTALLED UP ALL THE MONEY

01:22:43  13   THAT WAS BEING SPENT IN 2006?

01:22:46  14   A.   YES.

01:22:46  15   Q.   AND DID YOU PERFORM THE SAME EXERCISE FOR 2007?

01:22:49  16   A.   YES.

01:22:50  17   Q.   AND WAS YOUR WORK IN 2007 SUBSTANTIALLY SIMILAR

01:22:53  18   IDENTIFYING TRANSACTIONS THAT APPEARED TO BE BUSINESS-RELATED

01:22:56  19   EXPENDITURES?

01:22:57  20   A.   YES.

01:22:58  21   Q.   AND YOU TOTALLED UP ALL THOSE EXPENDITURES?

01:23:01  22   A.   YES.

01:23:01  23   Q.   AND DID YOU ALSO TAKE A LOOK AT MONEY COMING IN TO REIJIN?

01:23:11  24   A.   YES.

01:23:12  25   Q.   AND DID YOU LOOK JUST AT REIJIN BANK ACCOUNTS OR DID YOU

DIRECT EXAMINATION BY MR. PITMAN

01:23:17  1    LOOK AT BANK ACCOUNTS IN THE NAMES OF OTHERS AS WELL?

01:23:19  2    A.   YES, I LOOK AT ALL THE ACCOUNTS.

01:23:21  3    Q.   ALL THE ACCOUNTS.  OKAY.  SO HOW DID YOU TRY -- HOW DID

01:23:24  4    YOU IDENTIFY MONEY COMING IN TO THESE ACCOUNT THAT IS LOOKED

01:23:29  5    LIKE REIJIN BUSINESS?

01:23:30  6    A.   YES.  I LOOK AT TRANSACTION BY TRANSACTION, AND MAINLY

01:23:40  7    THEY ARE ALL WIRED IN.  SO THE MONEY FROM TRMP IS REIJIN'S

01:23:46  8    CUSTOMER, SO THEY ARE BUSINESS-RELATED TRANSACTIONS, SO I TREAT

01:23:53  9    THAT AS MONEY IN FOR THE REIJIN.

01:23:57  10   Q.   AND WERE THERE OTHER SENDERS?

01:24:02  11   A.   YES, THERE ARE ALSO OTHER SENDERS, THEY ARE CHINESE PEOPLE

01:24:05  12   OR CHINESE COMPANIES THEY TRANSFER MONEY, ALSO WIRE IN TO

01:24:13  13   REIJIN'S ACCOUNT OR OTHER ACCOUNTS.

01:24:15  14   Q.   AND SO IF YOU SAW FOR INSTANCE, A CHINESE COMPANY OTHER

01:24:23  15   THAN TRMP WIRING MONEY INTO REIJIN'S ACCOUNT, AND THEN YOU SAW

01:24:29  16   THAT SAME CHINESE COMPANY TO A DIFFERENT ACCOUNT HELD IN

01:24:35  17   SOMEONE ELSE'S NAME?

01:24:36  18   A.   I WOULD INCLUDE THAT AS BUSINESS TRANSACTIONS.

01:24:38  19   Q.   OKAY.  SO LET ME ASK YOU, PLEASE, TO TAKE A LOOK AT

01:24:43  20   EXHIBIT 912, WHICH IS NOT IN EVIDENCE.

01:25:05  21         MR. PITMAN:  YOUR HONOR, MAY I APPROACH THE COURT, I

01:25:07  22   NEED TO GET AN EXHIBIT?

01:25:12  23         THE COURT:  YES.

01:25:20  24   Q.   ALL RIGHT.  MS. CAMPBELL, I'M SHOWING YOU WHAT'S BEEN

01:25:22  25   MARKED AS EXHIBIT 912.

DIRECT EXAMINATION BY MR. PITMAN

01:25:42  1          OKAY.  ARE YOU FAMILIAR WITH EXHIBIT 912?

01:25:44  2     A.   YES.

01:25:44  3     Q.   AND WHAT IS THAT EXHIBIT?

01:25:46  4     A.   THAT EXHIBIT SHOWS THAT REIJIN'S BUSINESS PROFITS IN YEAR

01:25:50  5     2006 AND 2007.

01:25:53  6     Q.   OKAY.  ACCORDING TO YOUR ANALYSIS?

01:25:55  7     A.   RIGHT.

01:25:56  8          MR. PITMAN:  YOUR HONOR, I MOVE FOR ADMISSION OF

01:25:57  9     EXHIBIT NUMBER 912.

01:25:58  10         THE COURT:  ANY OBJECTION?

01:26:07  11         MR. CANNON:  NO, YOUR HONOR.

01:26:08  12         THE COURT:  IT WILL BE ADMITTED.

01:26:24  13         (GOVERNMENT'S EXHIBIT 912 WAS ADMITTED INTO EVIDENCE.)

01:26:24  14    BY MR. PITMAN:

01:26:24  15    Q.   SO WHEN WE TALKED ABOUT IT EARLIER, WE STARTED WITH THE

01:26:32  16    SPENDING, RIGHT?

01:26:33  17    A.   YES.

01:26:33  18    Q.   SO ACCORDING TO YOUR ANALYSIS, HOW MUCH MONEY WAS GOING

01:26:36  19    OUT OF REIJIN TO RUN REIJIN BUSINESS IN 2006?

01:26:40  20    A.   IT'S $21,038,478.

01:26:44  21    Q.   OKAY.  AND THEN IN THAT SAME YEAR, HOW MUCH MONEY DID YOU

01:26:48  22    SEE COMING IN TO THE ACCOUNTS THAT YOU LOOKED AT, THAT LOOKED

01:26:52  23    LIKE REIJIN BUSINESS?

01:26:53  24    A.   $23,166,798.

01:26:58  25    Q.   OKAY.  AND THE 2006 NET, WHAT IS THAT?

DIRECT EXAMINATION BY MR. PITMAN

01:27:03  1    A.   IT'S $2,148,320.

01:27:08  2    Q.   SO IS THAT SIMPLY THE DIFFERENCE BETWEEN THE MONEY THAT

01:27:14  3    CAME IN AND THE MONEY THAT WENT OUT?

01:27:15  4    A.   YES.

01:27:15  5    Q.   SO 2.1 MILLION MORE CAME IN THAN WENT OUT?

01:27:19  6    A.   YES.

01:27:20  7    Q.   OKAY.  AND IF WE TAKE A LOOK AT 2007, HOW MUCH MONEY WAS

01:27:25  8    SPENT ON REIJIN BUSINESS IN 2007?

01:27:28  9    A.   IT'S $6,703,684.

01:27:33 10    Q.   AND THEN HOW MUCH MONEY DID YOU SEE COMING IN TO REIJIN

01:27:36 11    DURING 2007?

01:27:37 12    A.   IT'S $11,324,321.

01:27:42 13    Q.   OKAY.  SO -- AND THEN THE DIFFERENCE IS?

01:27:46 14    A.   $4,620,637.

01:27:52 15    Q.   SO I WONDER IF WE COULD COMPARE THIS TO EXHIBIT 351.  --

01:28:17 16    OH, I GUESS WE CAN.

01:28:20 17         CAN WE SWITCH BACK AND FORTH?  SORRY.  SORRY, JOHN, CAN WE

01:28:41 18    LOOK AT 350.

01:28:43 19         SO MS. CAMPBELL, DO YOU REMEMBER SEEING THIS LETTER

01:28:45 20    EARLIER?

01:28:46 21    A.   YES.

01:28:47 22    Q.   AND THIS WAS A LETTER THAT WE FOUND IN A LOAN FILE?

01:28:49 23    A.   CORRECT.

01:28:50 24    Q.   AND CAN YOU READ THE SECOND PARAGRAPH THERE?

01:28:55 25    A.   SURE.

DIRECT EXAMINATION BY MR. PITMAN

01:28:56  1      WE HAVE ABOUT FOUR EMPLOYEES AND THE YEARLY REVENUE OF THE

01:29:00  2  COMPANY IS ABOUT 25 MILLION.

01:29:04  3  Q.   AND THIS LETTER IS SIGNED BY MR. HORNG?

01:29:07  4      MR. CANNON:  OBJECTION.  BEYOND THE SCOPE OF THIS

01:29:09  5  WITNESS'S EXPERTISE.

01:29:13  6      THE COURT:  WHY DON'T YOU LAY A FOUNDATION.

01:29:14  7  BY MR. PITMAN:

01:29:15  8  Q.   DO YOU RECOGNIZE THE SIGNATURE ON THIS DOCUMENT?

01:29:17  9  A.   YES.

01:29:17  10  Q.   WHOSE SIGNATURE IS IT?

01:29:19  11  A.   MR. HORNG.

01:29:20  12  Q.   SO HE'S TELLING THE BANK 25 MILLION A YEAR IN REVENUE.

01:29:24  13  AND IF WE LOOK AT YOUR ANALYSIS, FOR 2006 --

01:29:34  14  A.   23 MILLION MORE.

01:29:35  15  Q.   HE'S PRETTY CLOSE?

01:29:36  16  A.   RIGHT.

01:29:37  17  Q.   SO DID YOU HAVE AN OPPORTUNITY TO CALCULATE THE IMPACT

01:29:45  18  THESE AMOUNTS WOULD HAVE HAD -- SO IN 2006, REIJIN WAS A

01:29:48  19  SCHEDULE C BUSINESS, RIGHT?

01:29:50  20  A.   YES.

01:29:50  21  Q.   AND DO YOU REMEMBER WHAT THE PROFITS FOR REIJIN WERE THAT

01:29:56  22  WERE REPORTED ON THE DEFENDANT'S TAX RETURN FOR 2006?  LET'S

01:30:04  23  TAKE A LOOK AT EXHIBIT 1.

01:30:13  24      AND CAN WE GO, PLEASE, TO PAGE 11.  AND JUST THE BOTTOM

01:30:18  25  HALF, I SUPPOSE, THERE.

DIRECT EXAMINATION BY MR. PITMAN

01:30:21  1          SO WHAT WAS THE TOTAL PROFIT REPORTED FOR REIJIN THAT

01:30:24  2   YEAR?

01:30:25  3   A.   $72,239.

01:30:28  4   Q.   OKAY.  AND YOUR ANALYSIS SUGGESTED THAT THE PROFIT WAS

01:30:32  5   SLIGHTLY HIGHER THAN THAT?

01:30:34  6   A.   23 MILLION.

01:30:36  7   Q.   WELL, NOT -- I'M ASKING NOT GROSS RECEIPTS, I'M ASKING THE

01:30:40  8   PROFIT.  DO YOU REMEMBER WHAT THE PROFIT YOU CALCULATED FOR

01:30:43  9   2006 WAS?

01:30:45  10  A.   TWO. -- WAIT A MINUTE.  $2,148,320.

01:30:55  11  Q.   OKAY.  SO DID YOU HAVE AN OPPORTUNITY TO CALCULATE --

01:31:01  12  SORRY.  SO REIJIN'S PROFITS SHOULD BE REPORTED ON SCHEDULE C?

01:31:05  13  A.   YES.

01:31:05  14  Q.   YOUR CALCULATION SUGGESTS THAT THESE PROFITS ARE

01:31:09  15  UNDERREPORTED BY OVER $2 MILLION?

01:31:12  16  A.   YES.

01:31:12  17  Q.   DID YOU HAVE AN OPPORTUNITY TO CALCULATE WHAT THE

01:31:14  18  CONSEQUENCE WOULD HAVE BEEN FOR THEIR FORM 1040 IF THEY HAD

01:31:18  19  REPORTED THE PROFITS AS YOU DETERMINED THEM TO BE?

01:31:21  20  A.   YES.

01:31:22  21  Q.   AND HOW MUCH ADDITIONAL TAX WOULD HAVE BEEN DUE IN 2006 IF

01:31:27  22  THEY HAD REPORTED THESE PROFITS?

01:31:31  23  A.   COULD YOU PLEASE SHOW ME MY CALCULATION?  SO IN 2006, THE

01:32:15  24  TAX DUE WILL BE -- OKAY, LET ME REPHRASE.

01:32:23  25          THE TAX LIABILITY WILL BE INCREASED $762,628 IN 2006.  FOR

DIRECT EXAMINATION BY MR. PITMAN

01:32:39  1    THE 2007 IT WILL BE $1,505,655.

01:32:49  2           THE COURT:  I DIDN'T GET THE NUMBER RIGHT FOR 2006.

01:32:51  3    I'M SORRY.  COULD YOU SAY THAT AGAIN?

01:32:53  4           THE WITNESS:  SURE.

01:32:57  5           MR. PITMAN:  MAY I?

01:32:59  6       I'M NOT CERTAIN I'VE SHOWN THE WITNESS THE CORRECT

01:33:01  7    CALCULATION.

01:33:04  8    Q.  SO MS. CAMPBELL, LET ME JUST ASK YOU, PLEASE, TO LOOK

01:33:07  9    CAREFULLY AT WHAT YOU'RE READING, AND TO MAKE SURE THAT IT'S, I

01:33:16 10    JUST WANT TO MAKE SURE I'VE HANDED YOU THE RIGHT THING.

01:33:23 11           THE INTERPRETER:  YOUR HONOR, THE INTERPRETER

01:33:24 12    COULDN'T HEAR THAT PART OF THE CONVERSATION.

01:33:26 13           MR. PITMAN:  I'M JUST ASKING THE WITNESS, PLEASE, TO

01:33:28 14    TAKE A MOMENT.

01:33:29 15       SHE'S REFRESHING HER RECOLLECTION BASED ON SOME

01:33:32 16    CALCULATIONS SHE PERFORMED IN ADVANCE OF TRIAL.

01:33:35 17       AND I'M ASKING HER, PLEASE, JUST TO TAKE A MOMENT AND MAKE

01:33:39 18    SURE THAT SHE'S LOOKING AT THE RIGHT THING.

01:33:43 19           THE WITNESS:  YES.

01:33:44 20           MR. PITMAN:  EXCELLENT.  THANK YOU.

01:33:45 21    Q.  SO I'M JUST ASKING YOU ABOUT 2006, OKAY.  FOR THE YEAR

01:33:51 22    2006, IF THE DEFENDANT'S 1040 HAD REPORTED THE PROFITS AS YOU

01:33:57 23    DETERMINED THEM TO BE, HOW MUCH ADDITIONAL TAX WOULD THEY HAVE

01:34:00 24    OWED?

01:34:01 25    A.  IT WILL BE $762,628.

01:34:08  1    Q.   OKAY.  AND THEN FOR 2007 --

01:34:17  2    A.   IT WILL BE 1 MILLION --

01:34:19  3    Q.   LET ME ASK YOU A QUESTION, PLEASE.

01:34:21  4    A.   SORRY.

01:34:22  5    Q.   SO IN 2007, REIJIN WAS NO LONGER A SCHEDULE C BUSINESS,

01:34:26  6    RIGHT?

01:34:26  7    A.   RIGHT.

01:34:29  8    Q.   AND SO IN 2007, REIJIN HAD ITS OWN FORM 1120?

01:34:33  9    A.   YES.

01:34:34  10   Q.   AND THEN THE PROFITS AND LOSSES FOR THE BUSINESS WERE

01:34:36  11   CALCULATED ON THE FORM 1120?

01:34:39  12   A.   YES.

01:34:41  13   Q.   AND THEN THOSE PROFITS AND LOSSES FLOWED THROUGH FORM

01:34:45  14   K-1'S?

01:34:46  15   A.   YES, K-1.

01:34:48  16   Q.   AND THEN THOSE K-1'S HIT THE DEFENDANT'S 1040 FOR 2007,

01:34:53  17   RIGHT?

01:34:53  18   A.   YES.

01:34:53  19   Q.   AND THEY WERE THE ONLY SHAREHOLDERS IN 2007?

01:34:58  20   A.   YES.

01:34:58  21   Q.   SO HAVE YOU HAD AN OPPORTUNITY TO DETERMINE HOW THEIR

01:35:02  22   1040'S WOULD HAVE CHANGED IF REIJIN'S PROFITS WOULD HAVE BEEN

01:35:13  23   REPORTED, IF THEY WILL BE CALCULATED ON THE FORM 1120?

01:35:16  24   A.   YES.

01:35:16  25   Q.   AND COULD YOU TELL THE JURY HOW MUCH TAX WOULD BE DUE?

01:35:19  1   A.   $1,505,655.

01:35:23  2   Q.   OKAY.

01:35:45  3        WE HAVE GONE THROUGH QUITE A LOT TOGETHER.  WE HAVE LOOKED

01:35:48  4   AT THE MONEY THAT CAME OUT OF THE BUSINESS FOR THE DEFENDANT'S

01:35:52  5   BENEFIT.  AND YOU TOLD THE JURY ABOUT YOUR CONCLUSIONS ABOUT

01:35:55  6   HOW THAT MONEY WOULD CHANGE THE 1040 IF THEY REPORTED IT.

01:35:58  7   A.   YES.

01:35:58  8   Q.   AND WE TALKED ABOUT RENTAL INCOME APPEARS TO HAVE BEEN

01:36:02  9   UNREPORTED ON THE 1040?

01:36:04  10  A.   RIGHT.

01:36:04  11  Q.   AND YOU TOLD THE JURY ABOUT HOW YOU CONCLUDED THAT WOULD

01:36:08  12  HAVE IMPACTED THE 1040 IF IT WOULD HAVE BEEN REPORTED?

01:36:11  13  A.   YES.

01:36:12  14  Q.   AND THEN WE ALSO TALKED ABOUT REIJIN'S BUSINESS AND HOW

01:36:15  15  AND YOUR DETERMINATION ABOUT HOW THAT BUSINESS WOULD HAVE

01:36:19  16  IMPACTED THE 1040 IF IT HAD BEEN REPORTED PROPERLY?

01:36:23  17  A.   YES.

01:36:24  18  Q.   SO DID YOU HAVE AN OPPORTUNITY TO DO ONE BIG ANALYSIS

01:36:28  19  WHERE YOU INCLUDED THE RENTAL INCOME, THE FUNDS THAT THEY TOOK

01:36:32  20  FROM THE COMPANY FOR THEMSELVES, AND THE BUSINESS PROFITS?

01:36:35  21  A.   YES.

01:36:36  22  Q.   OKAY.  AND DID YOU CALCULATE HOW MUCH ADDITIONAL TAX WOULD

01:36:41  23  HAVE BEEN DUE IF THEY'D INCLUDED ALL OF THAT INCOME IN THE 1040

01:36:45  24  FOR 2006?

01:36:47  25  A.   YES.

CROSS-EXAMINATION BY MR. CANNON

01:36:47  1    Q.   AND HOW MUCH ADDITIONAL TAX WOULD HAVE BEEN DUE?

01:36:50  2    A.   IN 2006, IT WILL BE $925,063.

01:37:23  3    Q.   OKAY.  SO THAT'S THE ADDITIONAL TAX THAT WOULD HAVE BEEN

01:37:26  4    DUE IN 2006?

01:37:27  5    A.   YES.

01:37:28  6    Q.   AND DID YOU ALSO HAVE AN OPPORTUNITY TO CALCULATE HOW MUCH

01:37:30  7    ADDITIONAL TAX WOULD HAVE BEEN DUE IN 2007 IF THEY'D INCLUDED

01:37:36  8    THE MONEY THEY TOOK FROM THE COMPANY, THE RENTAL INCOME, AND

01:37:41  9    THE BUSINESS PROFITS?

01:37:42  10   A.   YES.

01:37:43  11   Q.   AND HOW MUCH ADDITIONAL TAX WOULD HAVE BEEN DUE IN 2007?

01:37:46  12   A.   IT'S $2,211,181.

01:37:54  13   Q.   THANK YOU.

01:37:55  14        MR. PITMAN:  I DON'T HAVE ANY FURTHER QUESTIONS FOR

01:37:57  15   THIS WITNESS, YOUR HONOR.

01:38:05  16        THE COURT:  CROSS-EXAMINATION FOR THIS WITNESS?

01:38:50  17        MR. CANNON:  EXCUSE ME, IF I COULD JUST HAVE ONE

01:38:53  18   MINUTE, YOUR HONOR.

01:38:54  19        THE COURT:  OF COURSE.

01:39:17  20                    **CROSS-EXAMINATION**

01:39:17  21   BY MR. CANNON:

01:39:17  22   Q.   GOOD AFTERNOON, AGENT KIM.

01:39:20  23   A.   GOOD AFTERNOON.

01:39:21  24   Q.   SO YOU'VE SAT THROUGH THE TRIAL, RIGHT?

01:39:23  25   A.   YES.

CROSS-EXAMINATION BY MR. CANNON

01:39:24  1    Q.   AND YOU'VE SEEN EVERYTHING THE JURORS HAVE SEEN?

01:39:26  2    A.   YES.

01:39:26  3    Q.   AND YOU WERE ASKED TO CONDUCT AN ANALYSIS OF THE BANK

01:39:30  4    ACCOUNTS, AND SUMMARIZE THOSE BANK ACCOUNTS, RIGHT?

01:39:34  5    A.   YES.

01:39:34  6    Q.   AND THAT'S WHAT YOU DID, RIGHT?

01:39:36  7    A.   RIGHT.

01:39:37  8    Q.   AND THE ANALYSIS OF MR. HORNG AND MS. LIN'S INCOME IS

01:39:45  9    BASED UPON LOOKING AT THE BANK DEPOSITS, RIGHT?

01:39:52  10   A.   BANK DEPOSITS AND ALSO WITHDRAWAL.

01:39:56  11   Q.   YES, THE BANK DEPOSITS AND THE WITHDRAWALS, CORRECT?

01:40:00  12   A.   YES.

01:40:00  13   Q.   BUT YOUR ENTIRE ANALYSIS IS BASED ON THE ASSUMPTION THAT

01:40:04  14   ALL OF THE WIRES THAT CAME IN FROM CHINA ARE GROSS RECEIPTS,

01:40:08  15   RIGHT?

01:40:09  16   A.   THEY APPEAR TO BE BUSINESS-RELATED TRANSACTION.

01:40:15  17   Q.   COULD YOU JUST ANSWER MY QUESTION, PLEASE.

01:40:17  18   A.   YES.

01:40:18  19   Q.   SO YOUR ENTIRE ANALYSIS IS BASED ON THE ASSUMPTION THAT

01:40:21  20   ALL THE WIRES INTO THE ACCOUNTS ARE GROSS RECEIPTS?

01:40:30  21   A.   I ACTUALLY REMOVED THE MONEY TRANSFERRED BETWEEN ACCOUNTS.

01:40:37  22   AND THE MONEY GO IN AFTER THE CD IS FILED.  RIGHT.

01:40:44  23   Q.   BUT WHAT I'M ASKING YOU IS WHEN YOU DID YOUR GROSS INCOME

01:40:48  24   ANALYSIS, THAT GROSS INCOME ANALYSIS IS SOLELY BASED ON ADDING

01:40:52  25   UP THE WIRE TRANSFERS INTO THE ACCOUNTS?

CROSS-EXAMINATION BY MR. CANNON

01:40:56  1    A.   I EXCLUDE SOME OF THE MONEY TRANSFERRED IN INTO THE

01:41:01  2    ACCOUNTS THAT -- LET ME JUST SAY THIS WAY, SOME OF THE MONEY GO

01:41:11  3    INTO ACCOUNTS AND THEY ARE, EITHER THEY ARE CHINESE PEOPLE OR

01:41:17  4    CHINESE COMPANY, IF THEY GO INTO THE ACCOUNTS, AND THEY ONLY

01:41:20  5    SHOW UP ONCE AND THEY NEVER GET TO THE BUSINESS BANK ACCOUNT, I

01:41:28  6    DO NOT INCLUDE THOSE WIRE TRANSFERS.

01:41:30  7    Q.   CORRECT.  BUT WHAT YOU WOULD CONSIDER THE BANK ACCOUNTS --

01:41:35  8    A.   YES.

01:41:35  9    Q.   THE TRANSFERS IN TO THE BUSINESS BANK ACCOUNTS, THE

01:41:40  10   REQUIRE TRANSFERS, THAT'S THE FUNDAMENTAL ASSUMPTION OF YOUR

01:41:44  11   CALCULATIONS, RIGHT?

01:41:47  12   A.   YES.

01:41:47  13   Q.   AND THE ENTITIES THAT YOU ASSUMED WERE BUSINESS-RELATED

01:41:58  14   TRANSFERS, WERE FROM CARIYAN, RIGHT?

01:42:03  15   A.   COULD YOU PLEASE REPHRASE YOUR QUESTION.

01:42:06  16   Q.   OKAY.  YOU PREPARED -- YOU DID WORKSHEETS AND YOU DID A

01:42:13  17   DATA ANALYSIS, CORRECT?

01:42:14  18   A.   YES.

01:42:15  19   Q.   AND MR. PITMAN JUST SHOWED YOU THAT DATA ANALYSIS, RIGHT?

01:42:19  20   A.   YES.

01:42:19  21   Q.   AND YOU USED THAT TO REFRESH YOUR RECOLLECTION, RIGHT?

01:42:22  22   A.   RIGHT.

01:42:22  23   Q.   DO YOU HAVE THAT IN FRONT OF YOU THERE?

01:42:24  24   A.   YES.

01:42:24  25   Q.   SO YOU HAVE THE ABILITY TO REFER TO IT?

CROSS-EXAMINATION BY MR. CANNON

01:42:26  1   A.   RIGHT.

01:42:27  2   Q.   AND THAT DATA ANALYSIS ASSUMES THE TRANSFERS INTO THE

01:42:35  3   BUSINESS ACCOUNTS ARE GROSS RECEIPTS, CORRECT?

01:42:40  4   A.   YES.  BUT -- OKAY.  OKAY.

01:42:45  5   Q.   OKAY.  THEN YOU ALSO LOOKED AT TRANSFERS INTO OTHER

01:42:50  6   ACCOUNTS, CORRECT?

01:42:51  7   A.   YES.

01:42:52  8   Q.   AND YOU DETERMINED IF THERE WAS A TRANSFER INTO ANOTHER

01:42:57  9   ACCOUNT FROM ONE OF THE ORIGINATORS INTO A BUSINESS ACCOUNT,

01:43:04  10  THAT WAS ALSO GROSS RECEIPTS, RIGHT?

01:43:07  11  A.   YES.

01:43:08  12  Q.   OKAY.  SO THAT WE CAN UNDERSTAND, WHAT YOU DID IS YOU

01:43:13  13  ADDED UP THE TRANSFERS COMING IN, RIGHT?

01:43:17  14  A.   YES.

01:43:18  15  Q.   AND YOU GOT THE INFORMATION ABOUT THE TRANSFERS COMING IN

01:43:23  16  FROM THE BANK OF AMERICA ACCOUNT FOR REIJIN?

01:43:28  17  A.   YES.

01:43:29  18  Q.   AND THE BANK OF AMERICA ACCOUNT FOR MEILI LIN AND P.K.,

01:43:36  19  RIGHT?

01:43:37  20  A.   RIGHT.

01:43:37  21  Q.   AND OTHER ACCOUNTS?

01:43:40  22  A.   RIGHT.

01:43:40  23  Q.   AND ALL OF THOSE TRANSFERS IN WERE WIRE TRANSFERS, WEREN'T

01:43:47  24  THEY?

01:43:48  25  A.   YES.

CROSS-EXAMINATION BY MR. CANNON

01:43:49  1   Q.   AND YOU'VE SEEN LOTS OF WIRE TRANSFERS, RIGHT?

01:43:53  2   A.   YES.

01:43:53  3   Q.   AND WIRE TRANSFERS ARE MULTIPLE-PAGE DOCUMENTS, CORRECT?

01:44:00  4   A.   YES.

01:44:03  5   Q.   AND THE WIRE TRANSFER INFORMATION THAT COMES IN HAS THE

01:44:07  6   NAME AND ADDRESS ON THE ORIGINATOR, DOESN'T IT?

01:44:10  7   A.   MAJORITY OF TIME, THEY DO SHOW THE ORIGINATORS.

01:44:15  8   Q.   CORRECT.  AND PREPARING YOUR DATA ANALYSIS, YOU DIDN'T

01:44:19  9   LOOK AT THE SPECIFIC WIRE TRANSFERS IN, DID YOU?

01:44:24  10  A.   I LOOK AT SOME -- SOME OF, I CAN SEE THE ORIGINAL PEOPLE

01:44:32  11  TRANSFER THE MONEY.  BUT SOME, I -- I ACTUALLY CAN SEE ALL THE

01:44:42  12  PEOPLE TRANSFER THE MONEY.  I CAN SEE THE PERSON'S NAME ON THE

01:44:45  13  BANK STATEMENTS.

01:44:46  14  Q.   YES.

01:44:47  15  A.   RIGHT.

01:44:48  16  Q.   BUT THAT'S A DIFFERENT QUESTION THAN I ASKED YOU, THOUGH.

01:44:51  17       YOU PREPARED YOUR DATA ANALYSIS THAT YOU HAVE IN FRONT OF

01:44:58  18  YOU, BY LOOKING AT THE BANK STATEMENTS, RIGHT?

01:45:01  19  A.   YES.

01:45:01  20  Q.   YOU DIDN'T GO BEYOND THE BANK STATEMENTS?

01:45:03  21  A.   I DO GO BEYOND THE BANK STATEMENTS.

01:45:08  22  Q.   YOU DIDN'T GO --

01:45:09  23  A.   I DO.

01:45:09  24  Q.   WELL, IN THIS CASE YOU INCLUDED BATES NUMBERS ON YOUR DATA

01:45:13  25  ANALYSIS SHEET ON THE DOCUMENTS YOU LOOKED AT, CORRECT?

01:45:15   1        A.   CORRECT.

01:45:16   2        Q.   AND YOU DIDN'T INCLUDE BATES NUMBERS OF WIRE TRANSFERS,

01:45:19   3   DID YOU?

01:45:23   4        A.   I DO NOT PUT ON THIS SPECIFIC PAPER, BUT I DO LOOK AT

01:45:32   5   THEM.

01:45:32   6        Q.   BUT YOU DIDN'T -- BUT YOU DIDN'T PUT THAT ON THIS SPECIFIC

01:45:36   7   PAPER, RIGHT?

01:45:36   8        A.   I BELIEVE SOME DO, SOME DON'T.

01:45:40   9        Q.   OKAY.  BUT THIS SPECIFIC PAPER, YOUR DATA ANALYSIS IN THIS

01:45:45  10   CASE IS OVERWHELMINGLY PRIMARILY BASED ON BANK STATEMENTS,

01:45:51  11   RIGHT?

01:45:52  12        A.   CAN YOU PLEASE REPHRASE YOUR QUESTION.

01:46:00  13        Q.   OKAY.  YOUR DATA ANALYSIS, THE DATA POINTS, THE DOCUMENT

01:46:06  14   THAT MR. PITMAN HANDED YOU SO YOU COULD REFRESH YOUR

01:46:10  15   RECOLLECTION, THAT'S PRIMARILY BASED, OVERWHELMINGLY BASED ON

01:46:15  16   INFORMATION THAT YOU OBTAINED BY REVIEWING BANK STATEMENTS,

01:46:19  17   CORRECT?

01:46:20  18        A.   BANK STATEMENTS AND WIRE TRANSFER INFORMATION, BOTH.

01:46:26  19        Q.   COULD YOU SHOW ME ON YOUR SHEET WHERE YOU REVIEWED A WIRE

01:46:32  20   TRANSFER?

01:46:32  21        A.   FOR EXAMPLE, I DID LOOK AT WIRE TRANSFER INFORMATION FOR

01:46:48  22   THE ACCOUNT, I BELIEVE METRO UNITED BANK.

01:47:11  23        Q.   OKAY.  AND CAN YOU TELL ME EXACTLY WHAT DATE AND WHAT

01:47:16  24   ENTRY YOU ARE TALKING ABOUT?

01:47:22  25        A.   YOU KNOW, I COULDN'T REMEMBER SPECIFICALLY WHICH ONE, BUT

01:47:25   1    I DO REMEMBER I VIEWED ALL THE BANK WIRE TRANSFER INFORMATION,

01:47:33   2    SPECIFICALLY I KNOW THE METRO, I DID SEE THE WIRE TRANSFER

01:47:38   3    INFORMATION.

01:47:38   4    Q.   OKAY.  SO YOUR ONLY SPECIFIC RECOLLECTION AS WE SIT HERE,

01:47:42   5    IS THAT YOU LOOKED AT SOME WIRES INTO METRO, RIGHT?

01:47:46   6    A.   I BELIEVE THERE'S SOME OTHER ACCOUNTS TOO, BUT BECAUSE

01:47:50   7    THEY ARE ALL NOT OF TRANSACTIONS, SO I CANNOT REALLY REMEMBER

01:47:54   8    ONE BY ONE AT THIS POINT.

01:47:55   9    Q.   CORRECT.  AND YOU JUST -- AND YOU'RE A C APPROXIMATE, A,

01:47:59  10    RIGHT?

01:48:00  11             THE COURT:  AND DOCUMENTATION IS IMPORTANT.

01:48:02  12             THE WITNESS:  RIGHT.

01:48:03  13    Q.   AND IF YOU'RE GOING TO BE CROSS-EXAMINED IN COURT, YOU

01:48:06  14    WANT THE OTHER SIDE TO KNOW WHAT DOCUMENTS YOU ARE REFERRING TO

01:48:10  15    IN YOUR SUMMARY?

01:48:11  16    A.   YES.

01:48:11  17    Q.   SO IT'S -- SO YOUR SUMMARY ISN'T ADMISSIBLE IF YOU DON'T

01:48:17  18    TELL ME WHAT DOCUMENTS YOU ARE REFERRING TO, RIGHT?

01:48:22  19             MR. PITMAN:  OBJECTION, YOUR HONOR.

01:48:24  20             THE COURT:  SUSTAINED.

01:48:24  21    BY MR. CANNON:

01:48:25  22    Q.   YOU KNOW THAT IT'S IMPORTANT FOR YOUR SUMMARY TO CONTAIN

01:48:30  23    REFERENCES TO THE DOCUMENTS IT PURPORTS TO SUMMARIZE, DON'T

01:48:33  24    YOU?

01:48:34  25    A.   A LOT OF THIS --

CROSS-EXAMINATION BY MR. CANNON

01:48:36   1     Q.   DO YOU KNOW THAT OR NOT?

01:48:39   2     A.   OKAY.  CAN YOU REPHRASE YOUR QUESTION ONE MORE TIME?

01:48:42   3     Q.   YOU'RE A SUMMARY WITNESS, RIGHT?

01:48:44   4     A.   YES.

01:48:45   5     Q.   YOU WENT TO IRS SUMMARY WITNESS SCHOOL TO LEARN HOW TO

01:48:48   6     TESTIFY AS A SUMMARY WITNESS, RIGHT?

01:48:50   7     A.   I DIDN'T GO TO THE SUMMARY WITNESS TRAINING.

01:48:53   8     Q.   THE IRS HAS SUMMARY WITNESS TRAINING, RIGHT?

01:48:55   9     A.   YES.

01:48:56  10     Q.   AND YOU'RE AWARE THAT OTHER PEOPLE ON THE IRS GO TO

01:49:00  11     SUMMARY WITNESS TRAINING?

01:49:01  12     A.   YES, I DO.

01:49:02  13     Q.   AND YOU'RE AWARE OF THE PRINCIPLES OF BEING A SUMMARY

01:49:06  14     WITNESS, RIGHT?

01:49:06  15     A.   I --

01:49:17  16     Q.   YES OR NO?

01:49:18  17     A.   YES.

01:49:19  18     Q.   AND YOU'RE AWARE THAT TO BE A SUMMARY WITNESS, YOU HAVE TO

01:49:22  19     IDENTIFY THE DOCUMENTS THAT YOU'RE SUMMARIZING, DON'T YOU?

01:49:30  20     A.   YES.

01:49:31  21     Q.   AND THE SHEET THAT YOU ARE LOOKING AT NOW, IS A LIST OF

01:49:34  22     THE DOCUMENTS THAT YOUR OPINIONS ARE BASED UPON, CORRECT?  THAT

01:49:38  23     YOUR SUMMARIES ARE BASED UPON?

01:49:39  24     A.   YES.

01:49:40  25     Q.   AND THE DOCUMENT THAT'S IN FRONT OF YOU HAS BATES NUMBERS

CROSS-EXAMINATION BY MR. CANNON

01:49:44  1    OF THE DOCUMENTS THAT YOU REVIEWED AND PURPORTED TO SUMMARIZE,

01:49:49  2    CORRECT?

01:49:50  3    A.   YES.

01:49:51  4    Q.   AND THOSE BATES NUMBERS REFER TO BANK STATEMENTS, CORRECT?

01:49:54  5    A.   BANK STATEMENTS AND THE WIRE INFORMATION.

01:49:56  6    Q.   CAN YOU SHOW ME ONE REFERENCE ON THAT SHEET THAT REFERS TO

01:50:02  7    WIRE INFORMATION?

01:50:03  8    A.   SURE.  I THINK I -- I BELIEVE IF YOU LOOK AT THE PAGE IN

01:50:45  9    THE -- LOOK AT THE 2007, AND THERE ARE SEVERAL TRANSACTIONS --

01:50:53  10   Q.   COULD YOU IDENTIFY THEM BY DATE AND TRANSACTION, PLEASE?

01:50:56  11   A.   SURE.  SURE.  OKAY.  YOU LOOK AT MAY 14, 2007.

01:51:07  12   Q.   OKAY.  HOLD ON, PLEASE.  THIS IS VERY FINE PRINT.  OKAY.

01:51:11  13   MAY 14, 2007.  MAY 14TH?  I DON'T HAVE A MAY 14TH ON MINE.

01:51:19  14   A.   I HAVE IT.

01:51:22  15            MR. CANNON:  COULD I APPROACH, YOUR HONOR?

01:51:24  16            THE COURT:  YES, YOU MAY.

01:51:38  17        (OFF-THE-RECORD DISCUSSION.)

01:52:42  18   Q.   OKAY.  SO TO REFRESH YOUR RECOLLECTION, SO YOU ARE SAYING

01:52:51  19   THAT ON 5-14, IN THE BUSINESS BANK ACCOUNT, THE THERE'S ONLY

01:53:03  20   15-14 METRO --

01:53:05  21   A.   OH, SORRY.  I THINK IT'S MAY 16TH.

01:53:09  22   Q.   OKAY.  SO MAY 16TH?

01:53:12  23   A.   RIGHT.

01:53:12  24   Q.   OKAY.  AND COULD YOU PLEASE TELL ME WHICH BATES NUMBER

01:53:16  25   REFERS TO A WIRE?

CROSS-EXAMINATION BY MR. CANNON

01:53:18  1    A.   I CAN'T REMEMBER, BECAUSE I LOOK THROUGH SO MANY

01:53:26  2    TRANSACTIONS, AND I DON'T HAVE THE BANK STATEMENTS IN FRONT OF

01:53:30  3    ME AND I DON'T HAVE WIRE, IT'S NOT HERE.

01:53:34  4         SO I DON'T -- I WANTED TO TELL YOU EXACTLY, BUT I

01:53:39  5    COULDN'T.  THE BATES NUMBER IS NOT HERE.

01:53:41  6    Q.   OKAY.  SO LOOKING AT YOUR INFORMATION, YOU CAN'T TELL IF

01:53:45  7    YOU LOOKED AT A WIRE, CAN YOU?

01:53:47  8    A.   BECAUSE WE DO --

01:53:49  9    Q.   YES OR NO?

01:53:51  10   A.   CAN YOU PLEASE JUST RESTATE YOUR QUESTION ONE MORE TIME.

01:53:55  11   THANK YOU.

01:53:56  12   Q.   SURE.

01:53:57  13        SO AS WE SIT HERE TODAY, LOOKING AT YOUR DATA ANALYSIS,

01:54:01  14   CAN YOU TELL IF YOU LOOKED AT A WIRE FOR THE 5-15-07 ENTRY?

01:54:09  15   A.   YES.

01:54:12  16   Q.   HOW?

01:54:13  17   A.   YOU GO TO THE BATES NUMBER AND THERE ARE TWO BATES NUMBERS

01:54:19  18   HERE.

01:54:19  19   Q.   OKAY.

01:54:21  20   A.   ONE OF THE BATES NUMBER IS THE WIRE TRANSFER.

01:54:24  21   Q.   OKAY.  SO --

01:54:26  22   A.   THE SPECIFIC WIRE TRANSFER INFORMATION DOCUMENT.

01:54:29  23   Q.   OKAY.  SO YOU'RE TELLING ME THAT THE -- WHICH OF THE --

01:54:34  24   NOW, I SEE ONE BATES NUMBER, U.S. 2022957, RIGHT?

01:54:42  25   A.   YES.

CROSS-EXAMINATION BY MR. CANNON

01:54:42  1    Q.   AND THEN A SEE A COMMA, 58, IS THAT 58 ANOTHER BATES

01:54:47  2    NUMBER?

01:54:47  3    A.   YES.

01:54:48  4    Q.   OKAY.  AND THEN THE U.S. 80129 IS ANOTHER BATES NUMBER,

01:54:55  5    CORRECT?

01:54:56  6    A.   958 -- 202958 IS THE OTHER BATES NUMBER.

01:55:10  7    Q.   AS I'M LOOKING AT THIS I SEE A BATES NUMBER U.S. 202957?

01:55:16  8    A.   YES.

01:55:16  9    Q.   AND THEN I SEE COMMA 58?

01:55:20  10   A.   THAT'S 958.

01:55:22  11   Q.   OKAY.  SO THOSE WOULD BE TWO CONSECUTIVE DOCUMENTS IN A

01:55:26  12   BANK STATEMENT, RIGHT?

01:55:27  13   A.   YES.

01:55:28  14   Q.   THEN THERE IS A NUMBER, U.S. 80129, CORRECT?

01:55:34  15   A.   YES.

01:55:35  16   Q.   AND YOU'RE TELLING ME THAT THAT U.S. 80129 IS A WIRE

01:55:42  17   TRANSFER?

01:55:42  18   A.   NO.  THE 80129 WAS NUMBER, USED TO BE WE USE FOR THE BATES

01:55:51  19   NUMBER, BUT WE DON'T USE THAT BATES NUMBER ANYMORE.

01:55:54  20   Q.   CORRECT.

01:55:54  21   A.   SO THE NEW BATES NUMBER ARE THE ONE WE ARE CURRENTLY

01:55:58  22   REFERRING TO.

01:55:58  23   Q.   CORRECT.  SO THERE ARE TWO COLUMNS OF BATES NUMBERS,

01:56:01  24   RIGHT?

01:56:02  25   A.   YES.

CROSS-EXAMINATION BY MR. CANNON

01:56:02  1    Q.   THE BATES NUMBER ON THE RIGHT IS THE OLD BATES NUMBERS,

01:56:06  2    RIGHT?

01:56:07  3    A.   YES.

01:56:08  4    Q.   THE BATES NUMBERS ON THE LEFT ARE THE NEW BATES NUMBERS

01:56:12  5    THAT WERE RENUMBERED FOR TRIAL?

01:56:14  6    A.   RIGHT.

01:56:15  7    Q.   AND THE NEW BATES NUMBERS THAT ARE RENUMBERED FOR TRIAL,

01:56:20  8    REFER TO BANK STATEMENTS, CORRECT?

01:56:23  9    A.   BANK STATEMENTS OR WIRE INFORMATION.

01:56:26  10   Q.   OKAY.  BUT IN THIS CASE, THE U.S. 202957,58, REFERS TO AN

01:56:37  11   ACCOUNT STATEMENT, CORRECT?

01:56:38  12   A.   I BELIEVE THIS BATES ACTUALLY IS FOR THE WIRED

01:56:49  13   INFORMATION.

01:56:50  14   Q.   OKAY.  AND ARE THERE OTHER ANY OTHER BATES NUMBERS THAT

01:56:58  15   YOU KNOW REFER TO WIRE INFORMATION?

01:57:08  16   A.   THE METRO UNITED BANK, THEY DO HAVE THE FILE DOCUMENTS,

01:57:20  17   WIRE DOCUMENT, FULL DOCUMENT.  I CAN SEE.  TO USE, TO PUT ON

01:57:26  18   THIS ANALYSIS.

01:57:27  19   Q.   THAT'S NOT MY QUESTION.

01:57:29  20        MY QUESTION IS, ARE THERE ANY OTHER BATES NUMBERS IN YOUR

01:57:33  21   DATA ANALYSIS THAT REFER TO WIRE TRANSFERS?

01:57:37  22   A.   OKAY.  THERE ARE A LOT.  YOU WANT ME TO GO ONE BY ONE?

01:57:47  23   Q.   IF THERE IS A RANGE, IF YOU CAN DEFINE, YES.

01:57:51  24   A.   OKAY.

01:57:53  25        IF YOU CAN LOOK AT 2007 TO SEE ALL THE METRO --

CROSS-EXAMINATION BY MR. CANNON

| | | |
|---|---|---|
| 01:58:05 | 1 | Q.   OKAY. |
| 01:58:06 | 2 | A.   RIGHT. |
| 01:58:11 | 3 | Q.   SO ARE YOU TELLING ME, AS YOU ARE SITTING THERE, ALL THE |
| 01:58:15 | 4 | METRO ENTRIES FROM 4-18-07 TO 7-9-07, ALL CONTAIN WIRE |
| 01:58:23 | 5 | INFORMATION? |
| 01:58:24 | 6 | A.   YES. |
| 01:58:32 | 7 | Q.   AND ARE THERE -- APART FROM METRO BANK, ARE THERE ANY |
| 01:58:38 | 8 | OTHER ENTRIES THAT REFER TO WIRE INFORMATION? |
| 01:58:40 | 9 | A.   SO THEN YOU CAN ALSO SEE AUGUST 3RD -- |
| 01:58:53 | 10 | Q.   OH, I'M SORRY, THAT'S METRO BANK AGAIN.  I'M SORRY. |
| 01:58:56 | 11 | SO METRO BANK GOES DOWN TO 8-19-07, CORRECT?  SO WHAT YOU |
| 01:59:01 | 12 | ARE TELLING ME THAT THE ENTRIES FOR METRO BANK CONTAIN WIRE |
| 01:59:07 | 13 | INFORMATION? |
| 01:59:07 | 14 | A.   YES. |
| 01:59:09 | 15 | Q.   BUT IT IS BANK OF AMERICA ENTRIES DON'T CONTAIN WIRE |
| 01:59:16 | 16 | INFORMATION, RIGHT? |
| 01:59:17 | 17 | A.   SOME DO, SOME DON'T. |
| 01:59:18 | 18 | Q.   HOW DO YOU TELL? |
| 02:00:35 | 19 | A.   USUALLY FOR THE BOFA ACCOUNTS, I WILL NOT BE ABLE TO SEE |
| 02:00:39 | 20 | THE SPECIFIC WIRE DOCUMENT. |
| 02:00:42 | 21 | Q.   OKAY. |
| 02:00:46 | 22 | SO FOR THE BANK OF AMERICA ACCOUNTS, YOU DIDN'T LOOK AT |
| 02:00:54 | 23 | THE WIRES, YOU JUST LOOKED AT THE ACCOUNT STATEMENTS, RIGHT? |
| 02:00:58 | 24 | A.   RIGHT. |
| 02:00:58 | 25 | Q.   AND THE ACCOUNTS THAT YOU REFERRED TO AS BUSINESS ACCOUNTS |

02:01:01  1  WERE BANK OF AMERICA ACCOUNTS, RIGHT?

02:01:03  2  A.   YES.

02:01:03  3  Q.   AND THE INFORMATION THAT YOU HAD REGARDING THOSE ACCOUNTS,

02:01:07  4  YOU OBTAINED FROM THE BANK STATEMENTS, RIGHT?

02:01:10  5  A.   YES.

02:01:11  6  Q.   YOU DIDN'T CONTACT THE NAMES LISTED ON THE BANK STATEMENTS

02:01:16  7  AS THE ORIGINATORS OF THE WIRES, DID YOU?

02:01:18  8  A.   NO.

02:01:19  9  Q.   YOU HAVE NO INFORMATION AS TO ANYTHING ABOUT THE

02:01:23  10  ORIGINATORS OF THOSE WIRES, RIGHT?

02:01:25  11  A.   NO.

02:01:28  12  Q.   AND ALL YOU KNOW IS THAT WIRES CAME IN INTO THOSE

02:01:33  13  ACCOUNTS, CORRECT?

02:01:34  14  A.   YES.

02:01:37  15  Q.   YOU DON'T HAVE ANY INVOICES CONNECTED TO THOSE WIRES?

02:01:44  16  A.   NO INVOICES.

02:01:45  17  Q.   YOU DON'T HAVE ANYTHING OTHER THAN THE BANK STATEMENTS?

02:01:53  18  A.   CORRECT.

02:01:53  19  Q.   SO IF THE TAXPAYER CAN SHOW THAT THOSE WIRES AREN'T GROSS

02:01:59  20  RECEIPTS, ALL OF YOUR CALCULATIONS FALL, DON'T THEY?

02:02:09  21  A.   I DON'T AGREE WITH WHAT YOU SAID.  THE REASON IS

02:02:12  22  BECAUSE --

02:02:13  23  Q.   CAN YOU ANSWER MY QUESTION, PLEASE.

02:02:18  24       IF THE TAXPAYERS CAN SHOW THAT ALL OF THOSE CALCULATIONS

02:02:22  25  ARE NOT GROSS RECEIPTS, YOUR CALCULATION WILL FALL, WON'T IT?

CROSS-EXAMINATION BY MR. CANNON

02:02:28   1       A.   YES.

02:02:34   2       Q.   AND THIS IS A CRIMINAL CASE, RIGHT?

02:02:36   3       A.   RIGHT.

02:02:37   4       Q.   AND THE GOVERNMENT HAS THE BURDEN OF PROOF?

02:02:40   5       A.   YES.

02:02:41   6       Q.   AND THE GOVERNMENT HAS THE BURDEN OF PROVING THAT ALL OF

02:02:44   7       THOSE TRANSFERS -- ALL OF THOSE WIRES ARE GROSS RECEIPTS,

02:02:50   8       RIGHT?

02:02:51   9       A.   WE --

02:02:55   10      Q.   YES OR NO?

02:02:56   11      A.   YES.

02:02:56   12      Q.   NOW, YOU'VE GONE THROUGH IRS TRAINING, RIGHT?

02:03:03   13      A.   YEAH.

02:03:03   14      Q.   AND YOU KNOW THE DIFFERENCE BETWEEN, AS YOU SAID, THERE

02:03:09   15      ARE TRANSFERS THAT AREN'T GROSS INCOME, RIGHT?

02:03:13   16      A.   NO.

02:03:16   17      Q.   THERE AREN'T --

02:03:17   18      A.   YOU MEAN TRANSFERS BETWEEN ACCOUNTS?

02:03:19   19      Q.   CORRECT.

02:03:20   20      A.   BETWEEN ACCOUNTS, NO.

02:03:23   21      Q.   YES.

02:03:24   22           SO YOU'RE FAMILIAR WITH THE INTERNAL REVENUE MANUAL,

02:03:28   23      RIGHT.

02:03:28   24      A.   YES.

02:03:29   25      Q.   AND THE INTERNAL REVENUE INSTRUCTS PEOPLE LIKE YOURSELF,

02:03:34  1    REVENUE AGENTS, ON HOW TO DO AN AUDIT, RIGHT?

02:03:36  2    A.   YES.

02:03:37  3    Q.   AND IT SAYS, BEFORE YOU DO AN AUDIT, YOU SHOULD EXAMINE

02:03:42  4    THE INDUSTRY OR MARKET SEGMENT IN WHICH THE TAXPAYER OPERATES,

02:03:46  5    RIGHT?

02:03:46  6    A.   YEAH.

02:03:47  7    Q.   AND DID YOU DO THAT?

02:03:48  8    A.   YES, BUT THIS IS NOT A -- I DIDN'T START THIS EXAMINATION,

02:03:57  9    YEAH.  I'M ONLY COOPERATING AGENT.

02:04:00  10   Q.   OKAY.  YOU'RE ONLY THE COOPERATING AGENT.

02:04:02  11        SO IT'S THE RESPONSIBILITY OF THE PERSON THAT STARTS THE

02:04:05  12   AGENT TO EXAMINE THE INDUSTRY OR MARKET SEGMENT, RIGHT?

02:04:09  13   A.   YEAH.  I MEAN, I WOULD SAY MY JOB WAS GETTING THE

02:04:18  14   DOCUMENTS, AND THEN I ANALYZED THE RECORDS.

02:04:23  15   Q.   OKAY.  BUT SOMEBODY AT THE IRS IS SUPPOSED TO ANALYZE THE

02:04:27  16   INDUSTRY OR MARKET SEGMENT, RIGHT?

02:04:29  17   A.   YES.

02:04:32  18   Q.   AND YOU SAT HERE, YOU HEARD AGENT GARRISON TESTIFY, RIGHT?

02:04:36  19   A.   YES.

02:04:36  20   Q.   SHE DIDN'T ANALYZE THE INDUSTRY OR MARKET SEGMENT, DID

02:04:40  21   SHE?

02:04:40  22   A.   I CANNOT SPEAK FOR HER.

02:04:44  23   Q.   WELL, YOU HEARD HER TESTIFY, AND YOU CAN -- YOU'RE A

02:04:48  24   SUMMARY AGENT, YOU'RE SUMMARIZING THE TESTIMONY.

02:04:52  25        YOU DIDN'T HEAR AGENT GARRISON SAY THAT SHE ANALYZED THE

CROSS-EXAMINATION BY MR. CANNON

02:04:56   1    INDUSTRY OR MARKET SEGMENTS, DID YOU?

02:04:59   2    A.   NO.

02:05:00   3    Q.   AND THE IRS ALSO PREPARES AUDIT GUIDES TO AUDIT CERTAIN

02:05:03   4    BUSINESSES, RIGHT?

02:05:04   5    A.   YES.

02:05:05   6    Q.   AND YOU DIDN'T LOOK AT ONE OF THOSE AUDIT GUIDES FOR SCRAP

02:05:10   7    METAL, DID YOU?

02:05:11   8    A.   AS I SAY, IT WAS PROVIDED BY THE RECORDS AND I ANALYZED

02:05:22   9    THOSE RECORDS.

02:05:23   10   Q.   OKAY.  SO ANALYZING THE AUDIT GUIDES THAT APPLY TO THE

02:05:29   11   SCRAP METAL WAS KIND OF BEYOND YOUR JOB DESCRIPTION, RIGHT?

02:05:32   12   A.   I --

02:05:38   13   Q.   YES OR NO?

02:05:39   14   A.   YES, I PROVIDE THE TECHNICAL ASPECT OF THE CASE, YES,

02:05:46   15   ASSISTANCE TO --

02:05:46   16   Q.   DID YOU CONSIDER IT YOUR JOB TO ANALYZE AUDIT GUIDES FOR

02:05:51   17   THE SCRAP METAL BUSINESS?

02:05:52   18   A.   YEAH, I -- YEAH.

02:05:56   19   Q.   DID YOU DO THAT?

02:05:57   20   A.   NO.

02:05:58   21   Q.   AND AGENT GARRISON TESTIFIED THAT SHE DIDN'T DO THAT

02:06:01   22   EITHER, CORRECT?

02:06:03   23   A.   RIGHT.

02:06:03   24   Q.   AND ANOTHER THING THAT'S IMPORTANT IN AN AUDIT IS TO

02:06:08   25   IDENTIFY THE SUPPLIERS, RIGHT?

CROSS-EXAMINATION BY MR. CANNON

02:06:10  1     A.   RIGHT.

02:06:11  2     Q.   AND IN THIS CASE, DID YOU DO ANYTHING TO IDENTIFY THE

02:06:21  3     ORIGINATOR OF MANY WIRES BY THE NAME OF CARIYAN?

02:06:25  4     A.   SCRAP METAL, CARIYAN IS A PERSON, WIRED MONEY IN TO

02:06:33  5     REIJIN.

02:06:33  6     Q.   CORRECT.

02:06:35  7     A.   CORRECT.

02:06:35  8     Q.   DID YOU DO ANYTHING TO FIGURE OUT WHO CARIYAN WAS?

02:06:39  9     A.   YES.

02:06:42  10    Q.   WHAT DID YOU DO BESIDES LOOK AT A BANK STATEMENT?

02:06:46  11    A.   I REMEMBER I LOOKED AT IT TO SEE WHAT THEY DO.

02:06:53  12    Q.   OH, YOU DID?

02:06:54  13    A.   YEAH.

02:06:55  14    Q.   HOW DID YOU DO THAT?

02:06:56  15    A.   I LOOK AT SOME INFORMATIONS.

02:07:04  16    Q.   YOU DID?

02:07:04  17    A.   RIGHT.

02:07:05  18    Q.   WHAT INFORMATION?

02:07:06  19    A.   ON THE WEBSITE.

02:07:08  20    Q.   OH, YOU LOOKED AT THE WEBSITE.  AND WHAT DID THE CARIYAN

02:07:12  21    WEBSITE SAY?

02:07:13  22    A.   IT'S BEEN A WHILE, I DON'T REMEMBER NOW.

02:07:16  23    Q.   OKAY.  AND THERE WERE A LOT OF ORIGINATOR WIRES, RIGHT?

02:07:20  24    A.   RIGHT.

02:07:20  25    Q.   DID YOU LOOK AT THE -- DO YOU DO ANYTHING TO EXAMINE CHEN

02:07:27  1      CHUN NUN?

02:07:27  2      A.   NO.

02:07:28  3      Q.   DID YOU DO ANYTHING TO EXAMINE CHEN XIAOLING?

02:07:30  4      A.   NO.

02:07:31  5      Q.   DID YOU DO ANYTHING TO EXAMINE CHEN YI CHEN?

02:07:35  6      A.   NO.

02:07:35  7      Q.   DID YOU DO ANYTHING TO EXAMINE CHEN YING JUIN?

02:07:39  8      A.   NO.

02:07:39  9      Q.   DID YOU DO ANYTHING TO EXAMINE CHIANG YU LAN?

02:07:42  10     A.   NO.

02:07:43  11     Q.   DID YOU DO ANYTHING TO EXAMINE CHO PAO HI?

02:07:47  12     A.   NO.

02:07:48  13     Q.   DID YOU DO ANYTHING TO EXAMINE CHOW YEN KUI?

02:07:52  14     A.   NO.

02:07:52  15     Q.   DID YOU DO ANYTHING TO EXAMINE THE FULTON COMPANY?

02:07:56  16     A.   EXCUSE ME.

02:07:57  17     Q.   THE FULTON COMPANY?

02:07:58  18     A.   NO.

02:07:58  19     Q.   DID YOU DO ANYTHING TO EXAMINE HUANG HSIUNG HUI?

02:08:01  20     A.   NO.

02:08:02  21     Q.   DID YOU DO ANYTHING TO EXAMINE JUMP INTERNATIONAL?

02:08:05  22     A.   I THINK I DID LOOK AT JUMP INTERNATIONAL.

02:08:12  23     Q.   DID YOU DO ANYTHING TO EXAMINE KUO CHI HUI?

02:08:15  24     A.   NO.

02:08:16  25     Q.   DID YOU DO ANYTHING TO EXAMINE LI JIEWEN?

| 02:08:20 | 1  | A. | NO. |
| 02:08:20 | 2  | Q. | DID YOU DO ANYTHING TO EXAMINE CHINA TEXMUTECH? |
| 02:08:24 | 3  | A. | NO. |
| 02:08:25 | 4  | Q. | DID YOU DO ANYTHING TO EXAMINE FAN LIUNU? |
| 02:08:28 | 5  | A. | NO. |
| 02:08:28 | 6  | Q. | DID YOU DO ANYTHING TO EXAMINE HUANG HSIANG HUI? |
| 02:08:31 | 7  | A. | NO. |
| 02:08:31 | 8  | Q. | DID YOU DO ANYTHING TO EXAMINE KWONG ON TRADING? |
| 02:08:36 | 9  | A. | NO. |
| 02:08:36 | 10 | Q. | DID YOU DO ANYTHING TO EXAMINE WANG HIN LAN? |
| 02:08:39 | 11 | A. | NO. |
| 02:08:40 | 12 | Q. | DID YOU DO ANYTHING TO EXAMINE WANG HSIN SHIEH? |
| 02:08:43 | 13 | A. | NO. |
| 02:08:43 | 14 | Q. | DID YOU DO ANYTHING TO EXAMINE YANG MING CORPORATION? |
| 02:08:48 | 15 | A. | YANG MING CORPORATION IS A VERY FAMOUS CONTAINER LINE. |
| 02:08:54 | 16 | Q. | DID YOU DO ANYTHING TO EXAMINE MINGLI YEN? |
| 02:08:58 | 17 | A. | NO. |
| 02:08:59 | 18 | Q. | DID YOU DO ANYTHING TO EXAMINE PARKWELL LIMITED? |
| 02:09:02 | 19 | A. | VAGUELY. |
| 02:09:19 | 20 | Q. | DID YOU DO ANYTHING TO EXAMINE PAN CHI YI? |
| 02:09:22 | 21 | A. | NO. |
| 02:09:22 | 22 | Q. | DID YOU DO ANYTHING TO EXAMINE PAN CHING CHIU? |
| 02:09:25 | 23 | A. | NO. |
| 02:09:26 | 24 | Q. | DID YOU DO ANYTHING TO EXAMINE PREVIEW TECHNOLOGY? |
| 02:09:30 | 25 | A. | YES. |

CROSS-EXAMINATION BY MR. CANNON

02:09:31    1    Q.   DID YOU DO ANYTHING TO EXAMINE SHEN TUI MEI HUA?

02:09:36    2    A.   NO.

02:09:37    3    Q.   DID YOU DO ANYTHING TO EXAMINE SUEN HUI CHU?

02:09:40    4    A.   NO.

02:09:41    5    Q.   DID YOU DO ANYTHING TO EXAMINE THE SUEN YUE BUILDING?

02:09:44    6    A.   NO.

02:09:45    7    Q.   DID YOU DO ANYTHING TO EXAMINE AN ENTITY CALLED SUNSHINE?

02:09:48    8    A.   NO.

02:09:49    9    Q.   DID YOU DO ANYTHING TO EXAMINE WONG HSIU LAN?

02:09:52   10    A.   NO.

02:09:53   11    Q.   DID YOU DO ANYTHING TO EXAMINE WOY WOO MON?

02:09:56   12    A.   NO.

02:09:57   13    Q.   DID YOU DO ANYTHING TO EXAMINE WANG HSIN CHU?

02:10:01   14    A.   NO.

02:10:01   15    Q.   NOW THERE WAS ALSO AN ENTRY ON YOUR DATA ANALYSIS LISTED

02:10:05   16    AS SUNTORY.  NOW SUNTORY IS A FAMOUS JAPANESE SPIRITS COMPANY,

02:10:10   17    RIGHT?

02:10:10   18    A.   NO.

02:10:10   19    Q.   DID YOU DO ANYTHING TO EXAMINE THE ORIGINATOR OF WIRES

02:10:16   20    CALLED SUNTORY?

02:10:17   21    A.   NO.

02:10:17   22    Q.   SO IT'S FAIR TO SAY THAT YOU DIDN'T EXAMINE THE

02:10:22   23    ORIGINATORS OF THE WIRES, RIGHT?

02:10:26   24    A.   NO.

02:10:29   25    Q.   NOW, IN THE INTERNAL REVENUE MANUAL WHEN THEY ARE

CROSS-EXAMINATION BY MR. CANNON

```
02:10:42   1      INSTRUCTING YOU HOW TO DO AUDITS, THEY TELL YOU THAT, DOES IT
02:10:48   2      SAY THAT INCOME IS PROVEN THROUGH A DETAILED IN-DEPTH ANALYSIS
02:10:53   3      OF ALL BANK DEPOSITS?
02:10:54   4      A.   YES.
02:10:59   5      Q.   DIDN'T HAPPEN HERE, DID IT?
02:11:07   6      A.   WHEN YOU SAY IN-DEPTH ANALYSIS, DO YOU MEAN THE INDIRECT
02:11:13   7      ANSWER?
02:11:13   8      Q.   WHAT I'M SAYING IS YOU DIDN'T EXAM THE SOURCES OF THE
02:11:18   9      WIRES, YOU DIDN'T TRACK DOWN THE ORIGINATORS, DID YOU?
02:11:21  10      A.   NO.
02:11:25  11      Q.   NOW, ARE YOU FAMILIAR WITH A CASE CALLED GLECKMAN VERSUS
02:11:34  12      UNITED STATES?
02:11:35  13      A.   NO.
02:11:35  14      Q.   WOULD IT SURPRISE YOU --
02:11:38  15           MR. PITMAN:  OBJECTION, YOUR HONOR.
02:11:40  16           THE COURT:  I'M NOT GOING TO HAVE A LEGAL DISCUSSION
02:11:43  17      HERE.
02:11:43  18      BY MR. CANNON:
02:11:45  19      Q.   NOW, MS. CAMPBELL, YOU DID SOME CALCULATIONS, DIDN'T YOU?
02:11:52  20      A.   YES.
02:11:52  21      Q.   AND THOSE CALCULATIONS REQUIRED THE UNDERSTANDING OF TAX
02:11:56  22      LAW?
02:11:56  23      A.   RIGHT.
02:11:57  24      Q.   AND THEY REQUIRE UNDERSTANDING OF TAX CODES?
02:12:04  25      A.   YES.
```

CROSS-EXAMINATION BY MR. CANNON

02:12:04  1    Q.   AND THE UNDERSTANDING OF APPLYING THE LAW TO THE FACTS?

02:12:10  2    A.   YES.

02:12:10  3    Q.   AND IF THERE'S A CASE OUT THERE THAT SAYS --

02:12:13  4         MR. PITMAN:  OBJECTION, YOUR HONOR.

02:12:16  5         THE COURT:  THE OBJECTION IS SUSTAINED.

02:12:18  6         MR. CANNON:  OKAY.

02:12:18  7    Q.   ARE YOU AWARE IN YOUR ANALYSIS THAT BANK DEPOSITS,

02:12:23  8    STANDING ALONE, DO NOT PROVE ADDITIONAL TAXES DUE?

02:12:27  9    A.   I THINK IT DEPENDS.

02:12:38  10   Q.   NOW, ARE YOU AWARE THAT THE INTERNAL REVENUE TELLS YOU

02:12:44  11   THAT AN ADEQUATE INVESTIGATION OF DEPOSITS IS REQUIRED IN ORDER

02:12:50  12   TO NEGATE OR ELIMINATE THE LIKELIHOOD THAT DEPOSITS AROSE FROM

02:12:55  13   NONTAXABLE SOURCES OF INCOME?

02:12:57  14   A.   CAN YOU JUST REPEAT YOUR QUESTION ONE MORE TIME.

02:13:03  15   Q.   SURE.

02:13:04  16        ARE YOU AWARE THAT THE INTERNAL REVENUE MANUAL SAYS, THAT

02:13:08  17   AN ADEQUATE INVESTIGATION DEPOSITS IS REQUIRED IN ORDER TO

02:13:13  18   NEGATE OR ELIMINATE THE LIKELIHOOD THAT THE DEPOSITS AROSE FROM

02:13:17  19   NONTAXABLE SOURCES OF INCOME?

02:13:20  20   A.   YES.

02:13:21  21   Q.   AND GIFTS ARE A NONTAXABLE SOURCE?

02:13:24  22   A.   CORRECT.

02:13:25  23   Q.   TRANSFERS ARE A NONTAXABLE SOURCE?

02:13:29  24   A.   CORRECT.

02:13:29  25   Q.   A TRANSFER FROM AN ACCOUNT IN TAIWAN TO THE UNITED STATES

CROSS-EXAMINATION BY MR. CANNON

02:13:34   1    WOULD BE A NONTAXABLE SOURCE, CORRECT?

02:13:39   2    A.   DEPENDS.

02:13:40   3    Q.   NOW, ARE YOU AWARE -- AND YOU ARE FAMILIAR WITH THE IRM,

02:13:48   4    RIGHT?

02:13:48   5    A.   YES.

02:13:48   6    Q.   AND IN FACT, THERE ARE CLASSES THAT EXPLAIN THE IRM TO THE

02:13:52   7    AGENTS, RIGHT?

02:13:53   8    A.   YES.

02:13:55   9    Q.   AND THE IRM IS THE INTERNAL REVENUE MANUAL?

02:13:59   10   A.   YES.

02:13:59   11   Q.   AND THE INTERNAL REVENUE MANUAL IS A VALUABLE TOOL, RIGHT?

02:14:03   12   A.   RIGHT.

02:14:04   13   Q.   AND WHEN YOU ARE TALKING ABOUT THE BANK DEPOSITS AND CASH

02:14:09   14   EXPENDITURES METHOD, THE IRM SAYS?

02:14:15   15        MR. PITMAN:  OBJECTION, YOUR HONOR.

02:14:24   16        THE COURT:  WELL, THERE'S NOT GOING TO BE A TEST ON

02:14:27   17   THE MANUAL, ARE YOU GOING TO SHOW IT TO HER?

02:14:30   18        MR. CANNON:  I UNDERSTAND.

02:14:30   19   Q.   DOES THE IRM TELL YOU THAT THE ENTIRE ANALYSIS MUST BE

02:14:35   20   COMPLETED?

02:14:36   21   A.   YOU MEAN THE ENTIRE ANALYSIS OF INCOME.

02:14:41   22   Q.   OF BANK DEPOSITS AND CASH EXPENDITURES, IF THAT'S ONE OF

02:14:45   23   THE METHODS YOU ARE USING TO ESTABLISH INCOME?

02:14:47   24   A.   YES.

02:14:47   25   Q.   AND DOES THE IRM TELL YOU THAT SHORTENED VERSIONS THAT DO

CROSS-EXAMINATION BY MR. CANNON

02:14:52  1    NOT ACCOUNT FOR BUSINESS AND PERSONAL CASH EXPENDITURES ARE

02:14:56  2    INSUFFICIENT?

02:14:59  3    A.   YEAH, IT SAYS THAT.

02:15:02  4    Q.   THE IRM ESSENTIALLY SAYS, TO SUM IT UP, THAT WHEN YOU ARE

02:15:06  5    TRYING TO ESTABLISH GROSS RECEIPTS, YOU DON'T TAKE SHORT CUTS,

02:15:10  6    RIGHT?

02:15:13  7    A.   NO SHORT CUT, YEAH.

02:15:17  8    Q.   NOW, GROSS RECEIPTS DON'T INCLUDE NONTAXABLE INCOME,

02:15:23  9    RIGHT?

02:15:23  10   A.   RIGHT.

02:15:24  11   Q.   SO GIFTS AREN'T INCLUDED IN GROSS RECEIPTS?

02:15:28  12   A.   SHOULDN'T BE.

02:15:29  13   Q.   INHERITANCE AREN'T?

02:15:31  14   A.   NO.

02:15:32  15   Q.   LOAN PROCEEDS AREN'T?

02:15:33  16   A.   NO.

02:15:33  17   Q.   TRANSFERS BETWEEN ACCOUNTS?

02:15:35  18   A.   NO.

02:15:36  19   Q.   CHECKS TO CASH REDEPOSITED?

02:15:38  20   A.   NO.

02:15:42  21   Q.   TAX EXEMPT INTEREST?

02:15:44  22   A.   NO.

02:15:44  23   Q.   INSURANCE PROCEEDS?

02:15:46  24   A.   NO.

02:15:46  25   Q.   THERE ARE LOTS OF SOURCES OF UNTAXABLE RECEIPTS, RIGHT?

02:15:51  1    A.    CORRECT.

02:15:53  2    Q.    NOW LET'S TALK ABOUT THE INCOME TAX FOR A MINUTE.  WHAT'S

02:16:24  3    INCOME?

02:16:26  4    A.    IT'S COVERED IN INTERNAL REVENUE CODE 61, A LOT, WAGES,

02:16:34  5    INTEREST INCOME, DIVIDENDS INCOME, CAPITAL GAIN AND SCHEDULE E

02:16:41  6    RENTAL.

02:16:42  7    Q.    IT'S ESSENTIALLY MONEY YOU EARN, RIGHT?

02:16:44  8    A.    RIGHT.

02:16:45  9    Q.    GIFTS AND TRANSFERS AREN'T INCOME, RIGHT?

02:16:47 10    A.    NO.

02:16:48 11    Q.    WHAT ARE ASSETS?

02:16:49 12    A.    ASSETS ARE MONEYS, THE PROPERTIES YOU OWN.

02:16:58 13    Q.    SO IN THE UNITED STATES, ASSETS AREN'T TAXABLE, RIGHT?

02:17:03 14    A.    CAN YOU PLEASE REPEAT YOUR QUESTION.

02:17:05 15    Q.    IN THE UNITED STATES, ASSETS AREN'T TAXABLE?

02:17:09 16    A.    WHAT DO YOU MEAN ASSETS ARE NOT TAXABLE?

02:17:11 17    Q.    IF YOU OWN PROPERTY, IF YOU OWN A HUNDRED MILLION DOLLARS,

02:17:19 18    OF DOLLAR BILLS IN YOUR BACKYARD, THAT WOULD BE A PILE OF

02:17:22 19    ASSETS, RIGHT?

02:17:23 20    A.    RIGHT.

02:17:24 21    Q.    YOU HAVE A PILE OF CASH, RIGHT?

02:17:26 22    A.    RIGHT.

02:17:27 23    Q.    IT WOULDN'T BE TAXABLE, WOULD IT?

02:17:29 24    A.    NO.

02:17:30 25    Q.    IF YOU OWN A STACK OF GOLD BARS, THAT WOULD BE AN ASSET,

02:17:34   1   RIGHT?

02:17:34   2   A.   RIGHT.

02:17:35   3   Q.   THAT'S NOT TAXABLE, IS IT?

02:17:37   4   A.   NO.

02:17:37   5   Q.   LET'S SAY YOU OWN TEN PROPERTIES, THAT'S NOT -- THAT'S AN

02:17:43   6   ASSET, RIGHT?

02:17:44   7   A.   RIGHT.

02:17:45   8   Q.   IT'S NOT SUBJECT TO FEDERAL INCOME TAX, RIGHT?

02:17:47   9   A.   NO.

02:17:48   10   Q.   IT MIGHT BE SUBJECT TO STATE TAX AND PROPERTY TAX, BUT

02:17:53   11   IT'S NOT SUBJECT TO FEDERAL INCOME TAX, RIGHT?

02:17:55   12   A.   NO.

02:17:55   13   Q.   OKAY.  AND DO YOU KNOW WHO WARREN BUFFET IS?

02:18:01   14   A.   YES.

02:18:01   15   Q.   HE HAS A LOT OF ASSETS, DOESN'T HE?

02:18:03   16   A.   YEAH.

02:18:04   17   Q.   AND SO HE COULD LIVE FOR THE REST OF HIS LIFE SELLING OFF

02:18:10   18   THOSE ASSETS, COULDN'T HE?

02:18:12   19   A.   YEAH -- YES.

02:18:14   20   Q.   HE DOESN'T NEED ANY INCOME, DOES HE?

02:18:19   21   A.   I THINK HE NEEDS INCOME, STILL NEED INCOME TO SURVIVE.

02:18:24   22   Q.   WELL, IF HE'S GOT 5 BILLION IN ASSETS, WHY COULDN'T HE

02:18:29   23   JUST SELL OFF A COUPLE HUNDRED THOUSAND EVERY NOW AND THEN TO

02:18:32   24   SURVIVE?

02:18:33   25   A.   YEAH, SO HE NEEDS TO SELL OFF SOME ASSETS.

| | | |
|---|---|---|
| 02:18:36 | 1 | Q.   RIGHT. |
| 02:18:37 | 2 | A.   RIGHT. |
| 02:18:40 | 3 | Q.   SO IF YOU HAVE ENOUGH ASSETS, YOU COULD SURVIVE BY SELLING |
| 02:18:45 | 4 | THEM OFF, CAN'T YOU? |
| 02:18:46 | 5 | A.   YES. |
| 02:18:46 | 6 | Q.   OR TRANSFERRING THEM? |
| 02:18:48 | 7 | A.   WHAT DO YOU MEAN TRANSFERRING THEM. |
| 02:18:49 | 8 | Q.   YOU COULD MOVE YOUR ASSETS FROM ONE ACCOUNT TO ANOTHER, IT |
| 02:18:53 | 9 | WOULDN'T BE A TAXABLE EVENT? |
| 02:18:54 | 10 | A.   CORRECT. |
| 02:18:55 | 11 | Q.   NOW, I ASKED YOU BRIEFLY ABOUT BRINGING MONEY INTO THE |
| 02:19:04 | 12 | U.S. ISN'T A TAXABLE EVENT, ISN'T IT? |
| 02:19:10 | 13 | A.   SO CAN YOU BE MORE SPECIFIC? |
| 02:19:14 | 14 | Q.   SURE.  THE U.S. DOLLAR IS THE WORLD'S RESERVE CURRENCY, |
| 02:19:17 | 15 | RIGHT? |
| 02:19:17 | 16 | A.   RIGHT. |
| 02:19:18 | 17 | Q.   AND WE SELL LOTS OF BONDS TO EVERYBODY ALL OVER THE WORLD, |
| 02:19:22 | 18 | RIGHT? |
| 02:19:23 | 19 | A.   RIGHT. |
| 02:19:23 | 20 | Q.   AND PEOPLE HAVE TO PAY FOR THOSE BONDS? |
| 02:19:25 | 21 | A.   RIGHT. |
| 02:19:26 | 22 | Q.   AND IT'S NOT TAXABLE TO BRING MONEY INTO THE UNITED STATES |
| 02:19:28 | 23 | TO BUY U.S. BONDS, IS IT? |
| 02:19:31 | 24 | A.   NO. |
| 02:19:31 | 25 | Q.   THE GOVERNMENT ENCOURAGES MONEY BEING BROUGHT INTO THE |

CROSS-EXAMINATION BY MR. CANNON

02:19:34   1    UNITED STATES, RIGHT?

02:19:35   2    A.   RIGHT.

02:19:35   3    Q.   NOW THERE'S NOTHING WRONG WITH CONTROLLING A LOT OF

02:19:42   4    DIFFERENT ACCOUNTS, IS THERE?

02:19:44   5    A.   NO.

02:19:44   6    Q.   NOW -- AND, IF WE COULD TALK ABOUT YOUR WORK PAPERS FOR A

02:20:03   7    MOMENT.  AND I'M GOING TO TRY NOT TO BORE THE JURY MORE THAN I

02:20:21   8    ALREADY HAVE.

02:20:22   9        IF I COULD APPROACH THE WITNESS, YOUR HONOR, WITH A COPY

02:20:25  10    OF HER WORK PAGES.

02:20:27  11            THE COURT:  YES.

02:20:29  12    Q.   DO YOU HAVE A COPY OF THOSE WORK PAPERS UP THERE WITH YOU?

02:20:53  13    ARE THOSE YOUR WORK PAPERS?

02:20:55  14    A.   YES.

02:20:55  15    Q.   NOW -- AND THAT BASICALLY DECIDES -- THAT'S YOUR KIND OF

02:21:04  16    NOTES TO YOURSELF --

02:21:05  17    A.   RIGHT.

02:21:06  18    Q.   SO YOU CAN TELL US WHAT YOU LOOKED AT, RIGHT?

02:21:08  19    A.   YEAH.

02:21:09  20    Q.   AND SUMMARIZE THEM?

02:21:11  21    A.   RIGHT.

02:21:12  22    Q.   AND COME TO A CONCLUSION, RIGHT?

02:21:14  23    A.   CORRECT.

02:21:15  24    Q.   SO THE FIRST ACCOUNT YOU LOOKED AT IS BOFA 46526, RIGHT?

02:21:23  25    A.   YES.

CROSS-EXAMINATION BY MR. CANNON

02:21:24   1    Q.   AND THAT'S AN ACCOUNT IN THE NAME OF TIAN FU LIN, RIGHT?

02:21:29   2    A.   YES.

02:21:29   3    Q.   AND TIAN FU LIN IS MS. MEILI LIN'S FATHER?

02:21:34   4    A.   YES.

02:21:34   5    Q.   AND THERE'S ONLY ONE ENTRY ON YOUR WORK PAPER FOR THAT,

02:21:41   6    RIGHT?

02:21:41   7    A.   WHAT DO YOU MEAN ONE ENTRY?

02:21:44   8    Q.   WELL, IT INDICATES ONE WIRE COMING IN FROM AN ORIGINATOR

02:21:52   9    NAMED GENERSEN, RIGHT?

02:21:55   10   A.   I THINK WE ARE LOOKING AT DIFFERENT PAGE, WHICH PAGE ARE

02:21:59   11   YOU LOOKING AT?

02:22:01   12          MR. CANNON:  COULD I APPROACH, YOUR HONOR?

02:22:03   13          THE COURT:  YES.

02:22:04   14   BY MR. CANNON:

02:22:04   15   Q.   I'M LOOKING AT 2007, JUST BECAUSE IT'S EASIER.

02:22:10   16   A.   OH, OKAY.

02:22:21   17       (OFF-THE-RECORD DISCUSSION.)

02:22:22   18   A.   OH, YEAH, HERE, I SEE IT.  OKAY.

02:22:24   19   Q.   NOW, SO THE FIRST ACCOUNT IN YOUR WORK PAPERS IS BANK OF

02:22:30   20   AMERICA ACCOUNT 46526, RIGHT?

02:22:33   21   A.   YES.

02:22:34   22   Q.   OKAY.  AND THAT'S AN ACCOUNT WHERE YOU LIST ONE

02:22:38   23   TRANSACTION?

02:22:42   24   A.   OKAY.  --

02:22:44   25   Q.   IS THAT AN ACCOUNT WHERE YOU LIST ONE TRANSACTION IN YOUR

02:22:46  1    WORK PAPERS?

02:22:49  2    A.   OKAY.  THIS CAN BE SEVERAL TRANSACTIONS.

02:22:53  3    Q.   WELL, THIS TRANSACTION THAT YOU LIST IS FOR 199,985,

02:22:59  4    RIGHT?

02:22:59  5    A.   RIGHT.

02:22:59  6    Q.   AND YOU'VE LOOKED AT A LOT OF WIRES IN YOUR CAREER AS A

02:23:03  7    REVENUE AGENT?

02:23:03  8    A.   RIGHT.

02:23:04  9    Q.   AND WHEN PEOPLE WIRE MONEY, THEY USUALLY WIRE IT IN ROUND

02:23:10  10   NUMBERS, CORRECT?

02:23:11  11   A.   RIGHT.

02:23:14  12   Q.   THEY USUALLY WIRE, 100, 200,000, SOMETHING LIKE THAT,

02:23:18  13   CORRECT?

02:23:18  14   A.   CORRECT.

02:23:19  15   Q.   AND THEN THE WIRE TRANSFER FEE IS TAKEN OUT OF THE AMOUNT

02:23:23  16   WIRED, RIGHT?

02:23:23  17   A.   RIGHT.

02:23:24  18   Q.   SO IF YOU SEE A NUMBER OF 199,985, THAT LOOKS LIKE A WIRE

02:23:31  19   IN, DOESN'T IT?

02:23:32  20   A.   NO, THAT'S NOT A WAY I SAY THIS IS A WIRE.  BASICALLY, I

02:23:43  21   REMEMBER SPECIFICALLY THIS IS -- I SEE THE BANK STATEMENTS AND

02:23:47  22   SAY THESE ARE WIRE IN FROM THIS PERSON, GENDERSEN.

02:23:51  23   Q.   OKAY.  SO THAT'S ALL THAT I'M ASKING YOU.  SO FOR THAT

02:23:54  24   ACCOUNT, THERE'S A WIRE IN FROM THIS PERSON, RIGHT?

02:23:58  25   A.   RIGHT.

CROSS-EXAMINATION BY MR. CANNON

02:23:59  1    Q.   OKAY.  AND SO THE SECOND ACCOUNT IS A BOFA ACCOUNT, 15199,

02:24:08  2    RIGHT?

02:24:08  3    A.   YES.

02:24:08  4    Q.   AND THAT'S AN ACCOUNT IN THE NAME OF MEILI LIN AND

02:24:17  5    JYH-CHAU HORNG, CORRECT?

02:24:18  6    A.   CORRECT.

02:24:19  7    Q.   AND THIS IS, YOU LIST KWONG ON TRADING, RIGHT?

02:24:26  8    A.   RIGHT.

02:24:26  9    Q.   AND THAT'S AN AMOUNT OF 94982, RIGHT?

02:24:31  10   A.   CORRECT.

02:24:31  11   Q.   AND THIS WORK PAPER, IS DESIGNED TO SHOW GROSS RECEIPTS,

02:24:40  12   RIGHT?

02:24:40  13   A.   TO SHOW ALL THE MONEY COMING IN.

02:24:43  14   Q.   YES?

02:24:43  15   A.   RIGHT.  AND I TRY TO EVALUATE THEM TO SEE IF THEY ARE

02:24:46  16   BUSINESS-RELATED TRANSACTIONS.

02:24:48  17   Q.   WELL, WE ESTABLISHED BEFORE THAT YOU COUNTED ALL THE MONEY

02:24:51  18   IN AND CONSIDERED IT BUSINESS-RELATED TRANSACTIONS, RIGHT?  ALL

02:24:57  19   THE WIRES IN?

02:24:57  20   A.   NOT REALLY.

02:24:58  21   Q.   THESE ARE ALL THE WIRES IN THAT YOU CALCULATED AS

02:25:02  22   BUSINESS-RELATED TRANSACTIONS ON THIS WORK PAPER, RIGHT?

02:25:06  23   A.   RIGHT.  BUSINESS-RELATED.  BUSINESS-RELATED.

02:25:09  24   Q.   AND YOU CALCULATED BY, BY SAYING KWONG ON TRADING, RIGHT?

02:25:14  25   A.   YES.

Case 5:15-cr-00065-BLF   Document 245   Filed 05/15/18   Page 125 of 167

02:25:15  1    Q.   AND WE ESTABLISHED BEFORE THAT YOU DIDN'T INVESTIGATE

02:25:18  2    KWONG ON TRADING?

02:25:20  3    A.   NO, I DIDN'T.

02:25:21  4    Q.   THE REASON THAT YOU INCLUDED THEM IN YOUR WORK PAPERS IS

02:25:25  5    YOU SAY THE MONEY FROM THIS PAYOR WAS DEPOSITED INTO THE

02:25:29  6    BUSINESS BANK ACCOUNT, RIGHT?

02:25:32  7    A.   YES, THAT'S ONE REASON.

02:25:33  8    Q.   OKAY.

02:25:34  9    A.   RIGHT.

02:25:35  10   Q.   THAT WAS YOUR REASON TO INCLUDE IT.  YOU DIDN'T HAVE

02:25:38  11   ANYTHING IN PARTICULAR TO CONNECT THAT TRANSACTION TO A

02:25:41  12   BUSINESS TRANSACTION, DID YOU, OTHER THAN THE NAME OF THE

02:25:44  13   ORIGINATOR OF THE WIRE?

02:25:47  14   A.   YES, YES.

02:25:51  15   Q.   YOU HAD NO OTHER INFORMATION, CORRECT?

02:25:57  16   A.   I TRIED TO IDENTIFY IF THAT'S SPECIFIC TRANSACTION IS

02:26:03  17   BUSINESS-RELATED.

02:26:04  18   Q.   CORRECT.  AND TO DO IDENTIFY WHETHER IT WAS

02:26:08  19   BUSINESS-RELATED, YOU DIDN'T INVESTIGATE THE PERSON THAT SENT

02:26:11  20   THE MONEY IN TO THE ENTITY?

02:26:15  21   A.   NO.

02:26:15  22   Q.   ALL YOU DID WAS COMPARE THAT NAME TO THE ORIGINATOR OF A

02:26:19  23   TRANSFER INTO THE BUSINESS ACCOUNT, RIGHT?

02:26:23  24   A.   RIGHT.

02:26:23  25   Q.   OKAY.

CROSS-EXAMINATION BY MR. CANNON

02:26:25  1            SO IF WE GO SO ACCOUNT THREE, THAT'S A BOFA ACCOUNT 13797,

02:26:34  2    RIGHT?

02:26:34  3    A.    YES.

02:26:35  4    Q.    AND YOU LIST THREE TRANSFERS IN, RIGHT?

02:26:44  5    A.    I THINK THERE ARE MORE THAN THREE TRANSFERS.

02:26:46  6    Q.    OKAY.  BUT YOU LIST THREE ORIGINATORS OR THREE

02:26:50  7    TRANSFERRER'S, RIGHT?

02:26:53  8    A.    CORRECT.

02:26:53  9    Q.    AND THOSE ARE CARIYAN ENTERPRISES?

02:26:56  10   A.    YES.

02:26:56  11   Q.    CHINA TEXMUTECH?

02:26:58  12   A.    YES.

02:26:59  13   Q.    AND TIANJIN RUIYU METAL PRODUCTS, RIGHT?

02:27:04  14   A.    YES.

02:27:06  15   Q.    AND TIANJIN RUIYU METAL PRODUCTS IS ALSO KNOWN AS TRMP?

02:27:10  16   A.    CORRECT.

02:27:11  17   Q.    AND THAT WAS THE ENTITY IF CHINA THAT REPROCESSED SCRAP,

02:27:15  18   RIGHT?

02:27:16  19   A.    RIGHT.

02:27:16  20   Q.    AND THAT WE KNOW, RIGHT?

02:27:17  21   A.    CORRECT.

02:27:17  22   Q.    AND AS TO CHINA TEXMUTECH.  WE DON'T KNOW ANYTHING ABOUT

02:27:22  23   THEM, DO WE?

02:27:23  24   A.    NO, WE DON'T.

02:27:25  25   Q.    AND AS TO CARIYAN ENTERPRISES, WE DON'T KNOW ANYTHING

CROSS-EXAMINATION BY MR. CANNON

02:27:28    1    ABOUT THEM, DO WE?

02:27:29    2    A.   NO.

02:27:30    3    Q.   OKAY.  THEN THE FOURTH ACCOUNT IS ANOTHER BANK ACCOUNT,

02:27:43    4    42898, RIGHT?

02:27:44    5    A.   YES.

02:27:45    6    Q.   AND THAT'S IN THE NAME OF CHOU YUAN LIN, RIGHT?

02:27:49    7    A.   YES.

02:27:49    8    Q.   AND YOU LIST 299,964 OF TRANSFERS IN, RIGHT?

02:27:56    9    A.   RIGHT.

02:27:57   10    Q.   AND THAT'S -- AND YOU SAY THAT THE REASON YOU INCLUDED

02:28:03   11    THAT IS BECAUSE THE MONEY FROM THIS PAYOR DEPOSITED INTO THE

02:28:08   12    BUSINESS BANK ACCOUNT, RIGHT?

02:28:10   13    A.   RIGHT.

02:28:10   14    Q.   BUT WE DON'T KNOW ANYTHING AT ALL ABOUT LI JIEWEN, DO WE?

02:28:17   15    A.   NO.

02:28:18   16    Q.   NOW, LET'S IMAGINE I HAVE DIRECT DEPOSIT INTO MY BANK

02:28:29   17    ACCOUNT, OKAY?

02:28:30   18    A.   YEAH.

02:28:31   19    Q.   LET'S SAY I SELL A CAR TO MY BROTHER, OKAY?

02:28:35   20    A.   UH-HUH.

02:28:35   21    Q.   AND HE DEPOSITS MONEY IN MY ACCOUNT.

02:28:38   22    A.   OKAY.

02:28:38   23    Q.   AND LET'S SAY HE MAKES A SECOND DEPOSIT INTO MY ACCOUNT.

02:28:47   24    A.   HOW DO YOU MEAN SECOND DEPOSIT?

02:28:50   25    Q.   HE MAKES ANOTHER DEPOSIT OF MONEY INTO MY BANK ACCOUNT?

CROSS-EXAMINATION BY MR. CANNON

02:28:55  1     A.   OKAY.

02:28:55  2     Q.   CAN YOU ASSUME THAT'S A SECOND CAR SALE?

02:28:57  3     A.   NO.

02:28:58  4     Q.   COULD IT BE A GIFT?

02:28:59  5     A.   CAN BE.

02:29:02  6     Q.   COULD IT BE A LOAN?

02:29:03  7     A.   IT CAN BE.

02:29:04  8     Q.   COULD IT BE A PORTION OF A DOWN PAYMENT FOR A HOUSE WE ARE

02:29:07  9     BUYING TOGETHER?

02:29:08 10     A.   CAN BE.

02:29:09 11     Q.   HOW CAN YOU TELL WHAT THAT TRANSFER IS FOR WITHOUT TALKING

02:29:13 12     TO MY BROTHER?

02:29:16 13     A.   I THINK IT DEPENDS ON THE TRANSACTION IN A TRANSFER OF

02:29:27 14     INFORMATION ON THE BANK STATEMENTS.

02:29:29 15     Q.   RIGHT.  SO YOU WOULD HAVE TO TALK TO SOMEBODY TO FIND OUT

02:29:32 16     WHAT IT'S ABOUT, WOULDN'T YOU?

02:29:36 17     A.   YES.

02:29:37 18     Q.   NOW, I WOULD LIKE TO ASK YOU WHAT YOU KNOW ABOUT MOVING

02:29:45 19     MONEY IN AND OUT OF CHINA.  WHAT DO YOU KNOW ABOUT CURRENCY

02:29:49 20     CONTROLS AND QUOTAS IN CHINA?

02:29:51 21     A.   I DON'T KNOW.

02:29:52 22     Q.   ARE YOU AWARE THAT SOME PEOPLE HAVE THE ABILITY TO GET

02:29:55 23     MONEY OUT OF CHINA AND OTHERS DON'T?

02:29:57 24     A.   I DON'T KNOW ANYTHING ABOUT CHINA.

02:30:01 25     Q.   DO YOU KNOW ABOUT CHINESE UNDERGROUND BANKS?

CROSS-EXAMINATION BY MR. CANNON

02:30:05  1    A.   NO.

02:30:05  2    Q.   DO YOU KNOW ABOUT CHINESE CURRENCY EXCHANGERS?

02:30:09  3    A.   DO YOU MEAN CHINESE CURRENCY EXCHANGING, EXCHANGE RATE?

02:30:14  4    Q.   NO.  SOMETIMES PEOPLE WILL TRANSFER MONEY FROM CHINA TO

02:30:18  5    HONG KONG BECAUSE IT'S EASIER TO TRANSFER MONEY FROM HONG KONG

02:30:22  6    TO THE UNITED STATES?

02:30:22  7    A.   I DON'T KNOW, NO.

02:30:24  8    Q.   NOW IN THIS CASE, YOU WERE DEALING WITH LOTS OF TRANSFERS

02:30:28  9    OF MONEY FROM CHINA, RIGHT?

02:30:31  10   A.   RIGHT.

02:30:32  11   Q.   ALL WIRES?

02:30:33  12   A.   WIRES.

02:30:34  13   Q.   IT WOULD BE USEFUL TO KNOW HOW THAT HAPPENS, DON'T YOU

02:30:39  14   THINK?

02:30:39  15   A.   YES.

02:30:41  16   Q.   OKAY.  NOW IF WE COULD GO BACK TO THE FIFTH ACCOUNT ON

02:30:44  17   YOUR WORK PAPERS, THAT'S A BANK OF AMERICA ACCOUNT 46490,

02:30:51  18   RIGHT?

02:30:51  19   A.   WHICH YEAR ARE WE TALKING ABOUT?

02:30:59  20   Q.   2007, SAME PAGE WE WERE TALKING ABOUT BEFORE.  I'M JUST

02:31:14  21   GOING TO GO DOWN THE PAGE.

02:31:18  22   A.   WHAT ACCOUNT DID YOU SAY?

02:31:21  23   Q.   BANK OF AMERICA ACCOUNT 46490 IN THE NAME OF PING KUANG

02:31:26  24   LIN?

02:31:26  25   A.   YES.

CROSS-EXAMINATION BY MR. CANNON

02:31:26  1    Q.   AND YOU SEE ONE TRANSFER GOING IN THERE, RIGHT?

02:31:30  2    A.   YES.

02:31:36  3    Q.   OKAY.  AND YOU DON'T EVEN LIST A REASON AS TO WHY THAT'S

02:31:40  4    BUSINESS INCOME ON YOUR WORK PAPER, DO YOU?

02:31:45  5    A.   NO, BECAUSE I DIDN'T INCLUDE THAT.

02:31:48  6    Q.   WHEN YOU LOOK AT THE BOTTOM WHERE YOU HAVE A GRAND TOTAL?

02:31:57  7    A.   YES.

02:32:02  8    Q.   THAT GRAND TOTAL IS THE AMOUNT THAT YOU USE FOR THE

02:32:07  9    TRANSFERS IN, RIGHT?

02:32:09  10   A.   WHICH NUMBER IS SPECIFIC?  TALK ABOUT THAT, I'M TRYING TO

02:32:17  11   UNDERSTAND HERE.

02:32:18  12   Q.   THE NUMBER YOU HAVE HISTORY LIVED, THE GRAND TOTAL OF 13

02:32:23  13   MILLION AND CHANGE?

02:32:23  14   A.   YES.

02:32:25  15   Q.   AND THAT WAS ONE OF THE NUMBERS THAT CONTRIBUTED TO THAT

02:32:27  16   GRAND TOTAL?

02:32:29  17   A.   RIGHT.

02:32:30  18   Q.   AND THAT WAS ONE OF THE NUMBERS THAT CONTRIBUTED TO YOUR

02:32:33  19   GROSS RECEIPTS?

02:32:37  20   A.   I -- MY GROSS RECEIPT IN THIS ANALYSIS ONLY 11 MILLION,

02:32:46  21   324.

02:32:47  22   Q.   11,324, OKAY.  GOT IT?

02:32:51  23   A.   321.

02:32:58  24   Q.   AND THE NEXT ACCOUNT IS BANK OF AMERICA ACCOUNT 62409,

02:33:03  25   RIGHT?

CROSS-EXAMINATION BY MR. CANNON

02:33:04  1     A.   YES.

02:33:06  2     Q.   AND ONCE AGAIN, THIS INCLUDES MONEY COMING IN FROM CARIYAN

02:33:10  3     ENTERPRISES?

02:33:11  4     A.   YEAH.

02:33:11  5     Q.   AND MONEY COMING IN FROM GR DEVELOPMENT INTERNATIONAL

02:33:19  6     LIMITED?

02:33:20  7     A.   YES.

02:33:23  8     Q.   MONEY COMING IN FROM JUMP INTERNATIONAL?

02:33:25  9     A.   YES.

02:33:25 10     Q.   KWONG ON TRADING?

02:33:27 11     A.   YES.

02:33:28 12     Q.   LI JIEWEN?

02:33:29 13     A.   YES.

02:33:29 14     Q.   AND TRMP?

02:33:31 15     A.   CORRECT.

02:33:32 16     Q.   AND I THINK AS WE ESTABLISHED BEFORE, OF ALL OF THOSE

02:33:35 17     ENTITIES THAT I JUST TALKED ABOUT, NONE OF -- YOU DIDN'T

02:33:38 18     INVESTIGATE ANY OF THEM OTHER THAN TRMP, RIGHT?

02:33:45 19     A.   RIGHT.

02:33:46 20     Q.   SO THE MONEY THAT WAS DEPOSITED INTO THE BUSINESS BANK

02:33:53 21     ACCOUNT, COULD BE FLIGHT CAPITAL, COULDN'T IT?

02:33:59 22     A.   CAN YOU PLEASE REPHRASE YOUR QUESTION.

02:34:01 23     Q.   THE MONEY THAT WAS DEPOSITED INTO THE BANK ACCOUNT COULD

02:34:05 24     BE FLIGHT CAPITAL, COULDN'T IT?

02:34:09 25     A.   YOU MEAN JUST CAPITAL MONEY COMING IN?

CROSS-EXAMINATION BY MR. CANNON

02:34:12  1    Q.   SOMEBODY TRYING TO TRANSFER MONEY AND USING THIS BUSINESS

02:34:15  2    AS A CONVENIENT WAY TO DO IT.

02:34:21  3    A.   YEAH, IT NEED TO BE ACCOUNTED FOR, IT NEED TO BE RECORDED.

02:34:26  4    Q.   IT COULD HAVE BEEN MONEY COMING OUT OF CHINA?

02:34:29  5    A.   YES.

02:34:29  6    Q.   COULD HAVE BEEN MONEY BEING ACCUMULATED FOR INVESTMENT?

02:34:32  7    A.   YES.

02:34:33  8    Q.   YOU DON'T HAVE ANY INCOME -- YOU DON'T HAVE ANY EVIDENCE

02:34:37  9    THAT IT'S INCOME, DO YOU?

02:34:38  10   A.   BASED ON THE --

02:34:49  11   Q.   DO YOU HAVE ANY EVIDENCE THAT IT'S INCOME OTHER THAN THE

02:34:52  12   FACT THAT IT'S A CHECK GOING INTO THE BUSINESS ACCOUNT?

02:34:56  13          MR. PITMAN:  OBJECTION, YOUR HONOR.

02:34:58  14      CAN WE ALLOW THE WITNESS TO ANSWER?

02:35:01  15          THE COURT:  OVERRULED.

02:35:02  16          THE WITNESS:  COULD YOU PLEASE REPEAT YOUR QUESTION.

02:35:04  17   BY MR. CANNON:

02:35:04  18   Q.   DO YOU HAVE ANY EVIDENCE THAT THE TRANSFERS FROM CARIYAN,

02:35:08  19   GR DEVELOPMENT, INTERNATIONAL LIMITED, JUMP INTERNATIONAL,

02:35:11  20   KWONG ON TRADING, OR LI JIEWEN ARE INCOME, OTHER THAN THE FACT

02:35:14  21   THAT IT WAS DEPOSITED INTO A BUSINESS ACCOUNT?

02:35:22  22   A.   NO, I DIDN'T DO AN INVESTIGATION ON CARIYAN ENTERPRISES.

02:35:25  23   Q.   OKAY.  NOW IF YOU COULD LOOK AT THE SEVENTH ACCOUNT ON

02:35:29  24   YOUR WORK PAPERS.  THAT'S A BANK OF AMERICA ACCOUNT 62546,

02:35:39  25   RIGHT?

02:35:39  1      A.   YES.

02:35:41  2      Q.   AND THAT LISTS DEPOSITS FROM EINSTEIN INTERNATIONAL?

02:35:44  3      A.   YES.

02:35:44  4      Q.   AND GR DEVELOPMENT?

02:35:47  5      A.   CORRECT.

02:35:48  6      Q.   AND ONCE AGAIN, YOU SAY THAT THIS IS BUSINESS INCOME

02:35:51  7      BECAUSE THESE PAYORS DEPOSITED MONEY INTO THE BUSINESS BANK

02:35:55  8      ACCOUNT, RIGHT?

02:35:56  9      A.   YES.

02:35:57 10      Q.   AND ONCE AGAIN, YOU HAVE NO EVIDENCE WHO THESE ENTITIES

02:36:00 11      ARE, RIGHT?

02:36:02 12      A.   NO.

02:36:08 13      Q.   NOW, THE EIGHTH ACCOUNT IS A METRO ACCOUNT, RIGHT, METRO

02:36:13 14      ACCOUNT 50912, RIGHT?

02:36:18 15      A.   YES.

02:36:19 16      Q.   AND THAT'S AN ACCOUNT IN THE NAME OF P.K. LIN, RIGHT?

02:36:23 17      A.   YES.

02:36:24 18      Q.   AND HE'S MEILI LIN'S BROTHER?

02:36:27 19      A.   YES.

02:36:27 20      Q.   AND THAT LISTS DEPOSITS FROM CHEN CHUN NUN?

02:36:33 21      A.   YEAH.

02:36:34 22      Q.   CHEN XIAOLING?

02:36:36 23      A.   YES.

02:36:36 24      Q.   CHEN YING JUIN?

02:36:38 25      A.   YES.

| | | |
|---|---|---|
| 02:36:39 | 1 | Q.   EINSTEIN INTERNATIONAL? |
| 02:36:40 | 2 | A.   YES. |
| 02:36:41 | 3 | Q.   FAN LIUNU? |
| 02:36:42 | 4 | A.   YES. |
| 02:36:43 | 5 | Q.   GR DEVELOPMENT INTERNATIONAL LIMITED? |
| 02:36:46 | 6 | A.   YES. |
| 02:36:46 | 7 | Q.   HUANG HSIANG HUI? |
| 02:36:49 | 8 | A.   YES. |
| 02:36:50 | 9 | Q.   JUMP INTERNATIONAL? |
| 02:36:53 | 10 | A.   YES. |
| 02:36:54 | 11 | Q.   KUO CHI HUI? |
| 02:36:56 | 12 | A.   YES. |
| 02:36:57 | 13 | Q.   KWONG ON TRADING? |
| 02:36:59 | 14 | A.   YES. |
| 02:36:59 | 15 | Q.   WANG HSIN LAN? |
| 02:37:01 | 16 | A.   YES. |
| 02:37:02 | 17 | Q.   NEW ENERGY TRADING? |
| 02:37:03 | 18 | A.   YES. |
| 02:37:04 | 19 | Q.   PARKWELL COMPANY LIMITED? |
| 02:37:05 | 20 | A.   YES. |
| 02:37:06 | 21 | Q.   PREVIEW TECHNOLOGY CORP? |
| 02:37:08 | 22 | A.   YES. |
| 02:37:08 | 23 | Q.   WENDY HO? |
| 02:37:09 | 24 | A.   YES. |
| 02:37:10 | 25 | Q.   AND WINTER MARK COMPANY? |

CROSS-EXAMINATION BY MR. CANNON

02:37:12  1     A.   YES.

02:37:13  2     Q.   AND AS TO CHEN XIAOLING, YOU IDENTIFIED THAT AS A BUSINESS

02:37:18  3     TRANSACTION BECAUSE MONEY FROM THIS PAYOR WAS DEPOSITED INTO

02:37:22  4     THE BUSINESS BANK ACCOUNT, RIGHT?

02:37:27  5     A.   YES.

02:37:27  6     Q.   AS TO EINSTEIN INTERNATIONAL, YOU DID THE SAME THING,

02:37:30  7     RIGHT?

02:37:30  8     A.   RIGHT.

02:37:30  9     Q.   AS TO FAN LIUNU, YOU DID THE SAME THING, RIGHT?

02:37:34  10    A.   RIGHT.

02:37:34  11    Q.   AS TO GR DEVELOPMENT INTERNATIONAL LIMITED, YOU DID THE

02:37:37  12    SAME THING?

02:37:37  13    A.   RIGHT.

02:37:38  14    Q.   AS TO WANG HSIN SHIEH, YOU DID THE SAME THING?

02:37:41  15    A.   YES.

02:37:42  16    Q.   AS TO JUMP INTERNATIONAL, YOU DID THE SAME THING?

02:37:44  17    A.   YES.

02:37:44  18    Q.   AS TO KWONG ON TRADING, YOU DID THE SAME THING?

02:37:47  19    A.   YES.

02:37:47  20    Q.   AS TO PARKWELL COMPANY LIMITED YOU DID THE SAME THING?

02:37:50  21    A.   YES.

02:37:51  22    Q.   AND AS TO PREVIEW TECHNOLOGY CORP, YOU DID THE SAME THING,

02:37:54  23    RIGHT?

02:37:55  24    A.   YES.

02:37:55  25    Q.   AND NOW I THINK EVERYBODY WILL BE GLAD TO HEAR THAT THE

CROSS-EXAMINATION BY MR. CANNON

02:38:02  1    LAST ACCOUNT I'M GOING TO ASK YOU ABOUT ON YOUR WORK PAPERS IS

02:38:05  2    THE METRO ACCOUNT 39103.

02:38:14  3         AND IS THAT A REIJIN INTERNATIONAL ACCOUNT?

02:38:17  4    A.   YES.

02:38:17  5    Q.   AND IS THAT THE ACCOUNT THAT YOU IDENTIFIED AS BUSINESS

02:38:25  6    ACCOUNT?

02:38:25  7    A.   YES.

02:38:26  8    Q.   AND DOES THAT HAVE DEPOSITS FROM CARIYAN ENTERPRISES?

02:38:29  9    A.   YES.

02:38:29  10   Q.   CHINA TEXMUTECH?

02:38:31  11   A.   YES.

02:38:31  12   Q.   EINSTEIN INTERNATIONAL?

02:38:32  13   A.   YES.

02:38:32  14   Q.   FAN LIUNU?

02:38:34  15   A.   YES.

02:38:34  16   Q.   KWONG ON TRADING?

02:38:35  17   A.   YES.

02:38:35  18   Q.   AND TIANJIN RUIYU METAL PRODUCTS?

02:38:39  19   A.   YES.

02:38:41  20   Q.   AND THE ONLY DEPOSITOR THAT WE KNOW ANYTHING ABOUT IS

02:38:44  21   TIANJIN RUIYU METAL PRODUCTS, RIGHT?

02:38:50  22   A.   YES.

02:38:53  23   Q.   NOW?

02:38:55  24        THE COURT:  MR. CANNON, WE ARE GOING TO NEED TO TAKE

02:38:56  25   A BREAK.  WOULD THIS BE A GOOD TIME?

CROSS-EXAMINATION BY MR. CANNON

| | | |
|---|---|---|
| 02:38:59 | 1 | MR. CANNON:  FINE, YOUR HONOR.  THANK YOU. |
| 02:39:00 | 2 | THE COURT:  ALL RIGHT.  I APPRECIATE THAT. |
| 02:39:01 | 3 | ALL RIGHT.  LET'S TAKE A 15-MINUTE BREAK.  WE WILL COME |
| 02:39:04 | 4 | BACK AT FIVE MINUTES TO 3. |
| 02:39:08 | 5 | (RECESS FROM 2:39 P.M. UNTIL 2:57 P.M.) |
| 02:57:31 | 6 | THE COURT:  PLEASE BE SEATED, EVERYONE. |
| 02:57:34 | 7 | WE ARE BACK ON THE RECORD.  ALL COUNSEL AND PARTIES ARE |
| 02:57:37 | 8 | PRESENT AND ALL OF OUR JURORS AND ALTERNATES. |
| 02:57:40 | 9 | MR. CANNON, YOU MAY CONTINUE. |
| 02:57:42 | 10 | MR. CANNON:  THANK YOU, YOUR HONOR. |
| 02:57:44 | 11 | Q.   NOW, AGENT CAMPBELL, HOW LONG HAVE YOU BEEN ASSIGNED TO |
| 02:57:56 | 12 | THIS INVESTIGATION? |
| 02:57:59 | 13 | A.   TWO YEARS. |
| 02:58:00 | 14 | Q.   AND YOU'RE -- I THINK YOU SAID YOU ARE THE COOPERATING |
| 02:58:05 | 15 | REVENUE AGENT, RIGHT? |
| 02:58:06 | 16 | A.   YES. |
| 02:58:06 | 17 | Q.   OKAY.  AND WHAT ARE THE RESPONSIBILITIES OF A COOPERATING |
| 02:58:13 | 18 | AGENT? |
| 02:58:13 | 19 | A.   I THINK IT'S MAINLY PROVIDING TECHNICAL SUPPORT AND |
| 02:58:17 | 20 | ANALYZE RECORDS. |
| 02:58:19 | 21 | Q.   OKAY.  SO YOU'VE HAD TWO YEARS TO PROVIDE TECHNICAL |
| 02:58:23 | 22 | SUPPORT, RIGHT? |
| 02:58:24 | 23 | A.   IT'S OFF AND ON FOR THIS CASE. |
| 02:58:27 | 24 | Q.   OKAY.  AND IT'S A COMMON EXAMINATION TECHNIQUE TO USE |
| 02:58:31 | 25 | PUBLIC SOURCE RECORDS AND DOCUMENTS, ISN'T IT? |

CROSS-EXAMINATION BY MR. CANNON

```
02:58:35   1    A.   YES.

02:58:36   2    Q.   AND BY PUBLIC SOURCE, BY THAT, I MEAN YOU CAN GOOGLE

02:58:41   3    THINGS, RIGHT?

02:58:42   4    A.   YES.

02:58:43   5    Q.   YOU ALSO HAVE ACCESS TO COUNTY RECORDERS, COUNTY RECORDERS

02:58:49   6    OFFICES?

02:58:50   7    A.   I DON'T DO INVESTIGATION.

02:58:51   8    Q.   A REVENUE AGENT WOULD HAVE ACCESS TO THAT INFORMATION?

02:58:55   9    A.   RIGHT.

02:58:56   10   Q.   AND YOU'VE GOT INFORMATION IN ALL THE LEXIS DATABASES, SO

02:59:00   11   IT'S EASY TO PULL UP PROPERTY RECORDS, RIGHT?

02:59:03   12   A.   YEAH.

02:59:03   13   Q.   YOU GET INFORMATION FROM BANKS?

02:59:05   14   A.   ARE YOU TALKING ABOUT REGULAR CASES.

02:59:11   15   Q.   AS A REVENUE AGENT --

02:59:13   16   A.   RIGHT.  REGULAR CASES, RIGHT.

02:59:15   17   Q.   AND WE TOUCHED ON THIS BRIEFLY BEFORE, BUT IN AUDITING

02:59:18   18   PEOPLE, IT'S VERY USEFUL TO GET, TO INFORM YOURSELF AS TO IRS

02:59:24   19   GUIDELINES, PROCEDURES AND TECHNIQUES, ISN'T IT?

02:59:26   20   A.   RIGHT.

02:59:27   21   Q.   AND YOU'RE AWARE OF TAX INFORMATION EXCHANGE AGREEMENTS

02:59:33   22   WITH THE U.S. AND FOREIGN COUNTRIES, RIGHT?

02:59:35   23   A.   COULD YOU PLEASE REPEAT YOUR QUESTION.

02:59:38   24   Q.   YOU'RE AWARE THAT THE U.S. HAS MANY, HAS TAX INFORMATION

02:59:42   25   EXCHANGE AGREEMENTS WITH MANY FOREIGN COUNTRIES?
```

CROSS-EXAMINATION BY MR. CANNON

02:59:44  1    A.   RIGHT.

02:59:46  2    Q.   AND WE HAVE A TAX TREATY WITH CHINA, RIGHT?

02:59:49  3    A.   I'M NOT SURE.

02:59:52  4    Q.   WELL YOU'VE SEEN TAX TREATY DOCUMENTS FROM CHINA, HAVEN'T

02:59:56  5    YOU?

02:59:56  6    A.   YES.

02:59:59  7    Q.   SO YOU'VE SEEN DOCUMENTS THAT HAVE BEEN OBTAINED BY THE

03:00:02  8    IRS FROM THE TAX TREATY BETWEEN THE U.S. AND CHINA?

03:00:09  9    A.   YES.

03:00:10  10   Q.   AND I'M NOT GOING TO GO THROUGH ALL OF THE EXHIBITS THAT

03:00:18  11   YOU PUT TOGETHER BECAUSE THEY'RE ALL BASED ON THE ASSUMPTION

03:00:24  12   THAT ALL THE TRANSFERS IN ARE INCOME, RIGHT?

03:00:28  13   A.   NO, I DON'T --

03:00:29  14   Q.   WELL --

03:00:31  15   A.   I DON'T THINK SO.

03:00:32  16   Q.   WELL, THEY ARE BASED ON THE ASSUMPTION THAT THE WIRES IN

03:00:39  17   ARE GROSS INCOME?

03:00:40  18   A.   SOME ARE.  SOME POTENTIALLY CAN BE INCOME, YES.

03:00:44  19   Q.   OKAY.  AND SO IF THOSE WIRES AREN'T INCOME, YOUR DIVERTED

03:00:50  20   FUNDS ANALYSIS KIND OF GOES OUT THE WINDOW, DOESN'T IT?

03:00:57  21   A.   NO.

03:00:58  22   Q.   WELL, YOUR DIVERTED FUNDS ANALYSIS IS BASED ON THE

03:01:04  23   ASSUMPTION THAT THE WIRES IN ARE INCOME, RIGHT?

03:01:08  24   A.   NO, NOT REALLY, NO.

03:01:10  25   Q.   OH, REALLY?

CROSS-EXAMINATION BY MR. CANNON

03:01:12  1    A.   NO.

03:01:13  2    Q.   SO I THOUGHT YOU DID AN ANALYSIS WHERE YOU TOOK THE MONEY

03:01:17  3    COMING IN?

03:01:18  4    A.   THE MONEY COMING IN, YES.

03:01:20  5    Q.   AND THEN YOU SUBTRACTED FROM THAT, THE MONEY THAT WAS

03:01:24  6    WIRED FOR EXPENSES AND FOR SCRAP METAL?

03:01:29  7    A.   RIGHT.

03:01:30  8    Q.   AND THEN YOU CAME UP WITH A PRESUMPTIVE TAXABLE INCOME

03:01:34  9    LEVEL, RIGHT?

03:01:36  10   A.   THAT'S JUST ONE -- THAT'S ONE ANALYSIS.

03:01:39  11   Q.   RIGHT.

03:01:40  12   A.   RIGHT.

03:01:41  13   Q.   AND THEN FROM THAT ANALYSIS, YOU WERE TALKING ABOUT

03:01:44  14   DIVERTED FUNDS FROM THAT ANALYSIS, RIGHT?

03:01:46  15   A.   NO.  THAT'S TWO SEPARATE ANALYSIS.

03:01:48  16   Q.   WELL, THERE HAS TO BE INCOME TO DIVERT, DOESN'T THERE?

03:01:52  17   A.   YES.  BUT IT'S NOT ALL -- YOU CANNOT SAY ALL OF THE MONEY

03:02:11  18   COMING IN, THAT IS A BASIS FOR ME TO DO THE DIVERTED, I DON'T

03:02:17  19   THINK THAT IS THE SAME THING.

03:02:20  20   Q.   WELL, THERE'S NO INCOME, THERE'S NO DIVERSION, RIGHT?

03:02:25  21   A.   RIGHT.

03:02:29  22   Q.   OKAY.  AND YOU DID AN ANALYSIS OF RENTAL PROPERTY, RIGHT?

03:02:38  23   A.   RIGHT.

03:02:39  24   Q.   AND THAT DIDN'T MAKE A DIFFERENCE ON THE TAX RETURN 2007

03:02:43  25   BECAUSE THERE WAS SO MANY OTHER LOSSES, RIGHT?

CROSS-EXAMINATION BY MR. CANNON

03:02:46  1   A.   RIGHT.

03:02:47  2   Q.   AND WHEN YOU'RE CALCULATING RENTAL INCOME, IF YOU'RE A

03:02:53  3   LANDLORD AND SOMEONE PAYS YOU A SECURITY DEPOSIT, THAT'S NOT

03:02:57  4   INCOME, IS IT?

03:02:59  5   A.   I DON'T KNOW.  I NEED TO REFRESH MY MEMORY.  I DON'T KNOW.

03:03:16  6   Q.   OKAY.  SO WHEN --

03:03:18  7   A.   BECAUSE IT DEPENDS.

03:03:19  8   Q.   OKAY.  SO WHEN YOU WERE CALCULATING YOUR RENTAL INCOME

03:03:22  9   SHEET, YOU DIDN'T SUBTRACT SECURITY DEPOSITS, DID YOU?

03:03:27  10  A.   SOME I CAN TELL THEY ARE SECURITY DEPOSITS, SOME I CANNOT

03:03:31  11  TELL IF THEY ARE.  SO IT'S HARD FOR ME TO TELL.

03:03:35  12  Q.   OKAY.  AND GENERALLY WHEN YOU DID THAT, IN PREPARING YOUR

03:03:44  13  SHEET, YOU JUST KIND OF ENTERED THE INFORMATION FROM THE BANK

03:03:46  14  ACCOUNTS INTO A SPREADSHEET, RIGHT?

03:03:49  15  A.   RIGHT.

03:03:49  16  Q.   AND YOU SORTED THE SPREADSHEET?

03:03:52  17  A.   RIGHT.

03:03:52  18  Q.   AND WHEN YOU WERE SORTING THE SPREADSHEET YOU WERE SORTING

03:03:56  19  BY NAME?

03:03:57  20  A.   YEAH -- YES.

03:03:59  21  Q.   AND SO IF YOU WOULD GET REPEATED NAMES FROM SOMEONE, YOU

03:04:03  22  WOULD FIGURE THOSE PEOPLE WERE TENANTS AND THEY WERE PAYING

03:04:07  23  RENT, RIGHT?

03:04:08  24  A.   I DIDN'T AUTOMATICALLY ASSUME THOSE PAYMENTS ARE RENT,

03:04:14  25  UNLESS I SEE ON THE MEMO SECTION, IT PUT ON THE RENT, AND THEN

03:04:20  1      SPECIFY WHICH AMOUNTS ARE RENT.

03:04:23  2           AND SOMETIMES I SEE THEY PUT ON THE PROPERTY'S ADDRESS.

03:04:29  3      AND SOMETIMES I SEE A CANCELLED CHECK WITH THE NAME AND THE

03:04:36  4      ADDRESS OF THE PERSON, IS LEADING IN THE RENTAL PROPERTY.  SO

03:04:41  5      IT'S REFLECTED ON THAT CHECK.  SO I COUNT THAT AS RENT.

03:04:44  6      Q.   RIGHT.

03:04:45  7      A.   RIGHT.

03:04:45  8      Q.   AND SOMETIMES YOU DO THAT, BUT THAT'S PRETTY TEDIOUS,

03:04:48  9      RIGHT, TO LOOK AT EVERY CHECK?

03:04:50  10     A.   I DO EVERY CHECK.  I DO EVERY CHECK.  I MAKE SURE THEY ARE

03:04:55  11     ALL EXAMINED, TO BE ACCOUNTED FOR.

03:04:59  12     Q.   CORRECT.  TO MAKE SURE THEY'RE ACCOUNTED FOR?

03:05:02  13     A.   RIGHT.

03:05:02  14     Q.   AND YOU ACCOUNT FOR THEM BY TAKING INFORMATION FROM THE

03:05:06  15     BANK STATEMENT, RIGHT?

03:05:07  16     A.   CANCELLED CHECKS AND THE BANK STATEMENTS.

03:05:11  17     Q.   CORRECT.  AND YOU HAVE ACCESS TO THE CANCELLED CHECKS?

03:05:14  18     A.   RIGHT.

03:05:14  19     Q.   AND THE BANK STATEMENTS, WHEN YOU HAVE THE BANK

03:05:18  20     STATEMENTS, YOU'VE GOT A MONTH'S WORTH OF ENTRIES, RIGHT?

03:05:22  21     A.   RIGHT.

03:05:22  22     Q.   SO IF YOU'RE CREATING A SPREADSHEET, IT'S JUST EASY TO

03:05:27  23     TRANSFER THE INFORMATION FROM THE BANK STATEMENTS TO THE

03:05:30  24     SPREADSHEET, RIGHT?

03:05:31  25     A.   YES.

CROSS-EXAMINATION BY MR. CANNON

03:05:32  1    Q.   AND YOU WERE TALKING ABOUT TRACING PAYMENTS FOR CARS AND

03:05:38  2    STOCK INVESTMENTS AND THINGS LIKE THAT, RIGHT?

03:05:40  3    A.   RIGHT.

03:05:41  4    Q.   AND SO YOU TALKED ABOUT HOW MONEY WOULD COME INTO ONE

03:05:47  5    ACCOUNT AND IT WOULD GO OUT INTO ANOTHER ACCOUNT TO BUY A CAR

03:05:50  6    OR TO BE INVESTED IN A STOCK INVESTMENT, RIGHT?

03:05:53  7    A.   RIGHT.

03:05:54  8    Q.   AND THAT'S A LEGITIMATE WAY TO TRACE FUNDS?

03:05:59  9    A.   WHAT DO YOU MEAN LEGITIMATE WAY TO TRACE FUNDS, YOU MEAN

03:06:04  10   TAX-WISE OR?

03:06:06  11   Q.   WELL, YOU ARE TALKING ABOUT TAXES, RIGHT?

03:06:09  12   A.   RIGHT.

03:06:09  13   Q.   AND YOU TALKED ABOUT HOW YOU WERE TRACING FUNDS FOR

03:06:14  14   SPECIFIC PURPOSES?

03:06:15  15   A.   RIGHT.

03:06:16  16   Q.   AND YOU SAID, WELL, YOU COULD SEE MONEY CAME INTO ONE

03:06:19  17   ACCOUNT, CAME OUT OF THAT ACCOUNT, CAME INTO ANOTHER ACCOUNT?

03:06:22  18   A.   RIGHT.

03:06:22  19   Q.   AND THAT WAS TRACEABLE, RIGHT?

03:06:24  20   A.   RIGHT.

03:06:25  21   Q.   AND THAT'S A REASONABLE WAY TO TRACE EXPENSES, RIGHT?

03:06:27  22   A.   TRACE EXPENSES, YES.

03:06:30  23   Q.   AND THE OTHER DAY YOU ALSO TESTIFIED ABOUT FOREIGN BANK

03:06:42  24   ACCOUNTS, RIGHT?

03:06:43  25   A.   RIGHT.

03:06:43  1     Q.   AND ONE OF THE THINGS ON THE INSTRUCTION FOR -- IS IT

03:06:55  2     TD-F109, I ALWAYS GET THAT WRONG?

03:06:57  3     A.   TD F90-22.5.

03:07:00  4     Q.   AND IT'S GOT TWO PARAGRAPHS OF INSTRUCTION, RIGHT?

03:07:07  5     A.   RIGHT.

03:07:07  6     Q.   AND IN THOSE INSTRUCTIONS, IT SAYS ANY ACCOUNT THAT YOU

03:07:10  7     ARE A SIGNATORY OF OR THAT YOU'RE A NOMINEE OF SOMEONE ELSE?

03:07:14  8     A.   OR THE AUTHORITY.

03:07:14  9     Q.   IT APPLIES TO NOMINEES, RIGHT?

03:07:17  10    A.   NOT JUST NOMINEE, IT MEANS ACCOUNTS YOU CAN HAVE CONTROL.

03:07:24  11    Q.   RIGHT.

03:07:24  12    A.   RIGHT.

03:07:25  13    Q.   AND A NOMINEE CAN CONTROL AN ACCOUNT FOR SOMEBODY ELSE,

03:07:28  14    RIGHT?

03:07:28  15    A.   RIGHT.

03:07:29  16    Q.   AND THAT'S A REAL COMMON PROVISION IN THE TAX LAW?

03:07:33  17    A.   I DON'T KNOW.  WHEN YOU SAY COMMON, WHAT DO YOU MEAN?

03:07:39  18    Q.   WELL, YOU SEE A LOT OF CASES WHERE ONE PERSON IS A NOMINEE

03:07:43  19    FOR OTHERS, RIGHT?

03:07:44  20    A.   I DO SEE SOME CASES LIKE THAT, YES.

03:07:46  21         MR. CANNON:  I HAVE NO FURTHER QUESTIONS, YOUR HONOR.

03:07:48  22         THE COURT:  MS. POLLOCK, QUESTIONS?

03:07:50  23         MS. POLLOCK:  NO QUESTIONS, YOUR HONOR.

03:07:52  24    THANK YOU.

03:07:52  25         THE COURT:  MR. PITMAN, REDIRECT?

REDIRECT EXAMINATION BY MR. PITMAN

03:08:13  1

03:08:13  2                    **REDIRECT EXAMINATION**

03:08:16  3

03:08:16  4    BY MR. PITMAN:

03:08:27  5    Q.   SO MS. CAMPBELL, ON CROSS EXAM, MR. CANNON ASKED YOU QUITE

03:08:32  6    A FEW QUESTIONS ABOUT THE WORK THAT YOU'VE DONE LOOKING AT

03:08:37  7    MONEY COMING IN TO REIJIN?

03:08:40  8    A.   YES.

03:08:41  9    Q.   AND HE TALKED TO YOU A LITTLE BIT ABOUT THE WORK THAT

03:08:46  10   YOU'D DONE TO MAKE A DETERMINATION AS TO WHETHER OR NOT THAT

03:08:50  11   MONEY SHOULD BE INCLUDED AS REIJIN BUSINESS OR NOT?

03:08:54  12   A.   RIGHT.

03:08:56  13         MR. CANNON:  OBJECTION, YOUR HONOR.

03:08:58  14    I THINK SHE WAS A SUMMARY WITNESS, NOT A BUSINESS EXPERT.

03:09:03  15         THE COURT:  OVERRULED.

03:09:04  16    SHE IS A SUMMARY WITNESS, THERE'S NO DOUBT ABOUT THAT, BUT

03:09:07  17   THE QUESTION IS PERMISSIBLE.

03:09:10  18   BY MR. PITMAN:

03:09:12  19   Q.   AND SO MR. CANNON WENT THROUGH WITH YOU A LIST OF SOME OF

03:09:21  20   THE PEOPLE THAT, PEOPLE AND ENTITIES, THAT HAD BEEN MOVING

03:09:25  21   MONEY INTO REIJIN?

03:09:27  22   A.   YES.

03:09:28  23   Q.   OKAY.  AND I THINK HE ASKED YOU, IS THERE ANY EVIDENCE

03:09:31  24   THAT THIS WAS INCOME?

03:09:33  25   A.   RIGHT.

REDIRECT EXAMINATION BY MR. PITMAN

03:09:34  1    Q.   AND I WANTED TO MAKE SURE I UNDERSTOOD YOUR ANSWER

03:09:40  2    CORRECTLY.

03:09:41  3    A.   OKAY.

03:09:42  4    Q.   SO CAN WE TAKE A LOOK AT EXHIBIT 350.  SO WOULD YOU

03:09:55  5    CONSIDER THIS EVIDENCE?

03:09:56  6    A.   YES, I DO.

03:09:57  7    Q.   OKAY.  BUT WHEN MR. CANNON ASKED YOU WHETHER YOU HAD

03:10:02  8    EVIDENCE THAT THE MONEY FLOWING THROUGH REIJIN WAS INCOME, YOU

03:10:06  9    TOLD HIM THAT YOU DID NOT?

03:10:08  10   A.   I THINK HE'S MENTIONING THOSE SPECIFIC PEOPLE TRANSFERRING

03:10:14  11   MONEY, AND HE ASKED ME IF I DID INVESTIGATION ON THOSE PEOPLE.

03:10:17  12   Q.   OKAY.  SO I WANT TO MAKE SURE I UNDERSTAND YOUR ANSWER

03:10:20  13   HERE, BECAUSE WE ARE SAYING TWO VERY DIFFERENT THINGS, OKAY?

03:10:23  14   A.   RIGHT.

03:10:24  15   Q.   ONE IS, HAVE YOU SPOKEN TO PEOPLE THAT SEND MONEY TO

03:10:28  16   REIJIN?

03:10:28  17   A.   NO.

03:10:29  18   Q.   AND YOU HAVE NOT SPOKEN TO THE PEOPLE THAT SEND MONEY TO

03:10:31  19   REIJIN?

03:10:32  20   A.   NO.

03:10:32  21   Q.   BUT YOU SAT THROUGH THIS TRIAL --

03:10:36  22   A.   RIGHT.

03:10:36  23   Q.   AND YOU LISTENED TO THE EVIDENCE, YOU SAW THE DOCUMENTS.

03:10:42  24   THERE WERE OTHER PIECES OF EVIDENCE THAT SUGGESTED TO YOU --

03:10:46  25            MR. CANNON:  OBJECTION.  LEADING, YOUR HONOR.

REDIRECT EXAMINATION BY MR. PITMAN

```
03:10:48   1              THE COURT:  OVERRULED.

03:10:49   2   BY MR. PITMAN:

03:10:50   3   Q.  CORRECT ME IF I'M WRONG, THERE WERE OTHER PIECES OF

03:10:54   4   EVIDENCE, OTHER THAN WHETHER OR NOT YOU'D SPOKEN TO PEOPLE

03:10:59   5   SENDING MONEY TO REIJIN, SUGGESTING THAT REIJIN WAS MAKING

03:11:02   6   MONEY?

03:11:02   7   A.  YES, RIGHT.

03:11:03   8   Q.  OKAY.  SO IT'S NOT ACCURATE TO SAY THAT YOU HAD NO

03:11:07   9   EVIDENCE?

03:11:07  10              MR. CANNON:  OBJECTION.  LEADING.

03:11:09  11              THE COURT:  OVERRULED.

03:11:10  12   BY MR. PITMAN:

03:11:10  13   Q.  IT'S NOT ACCURATE TO SAY THERE'S NO EVIDENCE THAT THE

03:11:13  14   BUSINESS WAS MAKING MONEY?

03:11:15  15   A.  I MISSPOKE.

03:11:16  16   Q.  OKAY.  SO LET'S JUST GO THROUGH SOME OF THIS AGAIN.

03:11:32  17        LET'S START WITH THE MONEY REIJIN WAS SPENDING, OKAY?

03:11:36  18   A.  OKAY.

03:11:36  19   Q.  THE MONEY REIJIN WAS SPENDING.  DO YOU REMEMBER HOW MUCH

03:11:44  20   MONEY LEFT REIJIN IN 2006?  HOW MUCH MONEY WAS USED FROM THE

03:11:56  21   CORPORATE ACCOUNTS?

03:11:57  22   A.  IN 2006, THE MONEY LEFT FROM REIJIN'S ACCOUNT WAS 21, 038,

03:12:11  23   478.

03:12:11  24   Q.  OKAY.  SO REIJIN SPENT $21 MILLION IN 2006?

03:12:16  25   A.  YES.
```

REDIRECT EXAMINATION BY MR. PITMAN

| | | |
|---|---|---|
| 03:12:17 | 1 | Q.   AND YOU WERE ABLE TO DETERMINE WHERE THAT MONEY WENT, |
| 03:12:20 | 2 | RIGHT? |
| 03:12:21 | 3 | A.   RIGHT. |
| 03:12:22 | 4 | Q.   MOST OF THAT MONEY WAS SPENT IN THE UNITED STATES? |
| 03:12:25 | 5 | A.   CORRECT. |
| 03:12:26 | 6 | Q.   AND IT WAS USED TO BUY SCRAP METAL? |
| 03:12:28 | 7 | A.   YES. |
| 03:12:29 | 8 | Q.   OR TO SHIP SCRAP METAL? |
| 03:12:32 | 9 | MR. CANNON:  OBJECTION.  MISSTATES THE EVIDENCE. |
| 03:12:38 | 10 | THE COURT:  COULD YOU BACK UP A LITTLE BIT ON THAT. |
| 03:12:41 | 11 | BY MR. PITMAN: |
| 03:12:41 | 12 | Q.   SO WE'VE GOT $21 MILLION BEING SPENT BY REIJIN IN 2006? |
| 03:12:46 | 13 | A.   YES. |
| 03:12:46 | 14 | Q.   CAN YOU PLEASE TELL THE JURY WHAT THAT MONEY WAS SPENT ON. |
| 03:12:54 | 15 | A.   MAINLY BUYING SCRAP METALS. |
| 03:12:56 | 16 | Q.   AND IN YOUR EXPERIENCE, DO PEOPLE USUALLY BUY $21 MILLION |
| 03:13:00 | 17 | OF SCRAP METAL FOR FUN? |
| 03:13:02 | 18 | A.   NO. |
| 03:13:02 | 19 | Q.   OKAY.  SO THAT'S USUALLY SOMETHING SOMEONE MIGHT DO SO |
| 03:13:05 | 20 | THEY COULD SELL IT? |
| 03:13:06 | 21 | A.   RIGHT. |
| 03:13:07 | 22 | Q.   OKAY. |
| 03:13:07 | 23 | A.   YES.  LIKE A PURCHASE. |
| 03:13:10 | 24 | Q.   AND YOU KNOW THAT SCRAP METAL WENT TO CHINA? |
| 03:13:15 | 25 | A.   RIGHT. |

REDIRECT EXAMINATION BY MR. PITMAN

03:13:15   1    Q.   AND THEN YOU SAW $23 MILLION COMING BACK TO THE

03:13:18   2    UNITED STATES?

03:13:19   3    A.   RIGHT.

03:13:20   4    Q.   SO WOULD THAT -- YOU THINK THAT WOULD BE EVIDENCE?

03:13:23   5    A.   YEAH, OF COURSE.

03:13:25   6    Q.   OKAY.  SO THAT MIGHT BE SOME MORE EVIDENCE THAT THIS WAS

03:13:28   7    UNREPORTED INCOME?

03:13:28   8    A.   RIGHT, RIGHT.

03:13:30   9    Q.   OKAY.  WE'VE ALSO LOOKED A LITTLE BIT AT THE DEFENDANT'S

03:13:34   10   LIFESTYLES DURING THE YEAR AT ISSUE?

03:13:36   11   A.   RIGHT.

03:13:37   12   Q.   RIGHT?  WE SAW THE MONEY THAT THEY WERE SPENDING?

03:13:40   13   A.   YES.

03:13:41   14   Q.   CREDIT CARDS, AND BUYING HOUSES?

03:13:44   15   A.   RIGHT.

03:13:45   16   Q.   RIGHT.  BUT THEY TOLD THE IRS THEY WEREN'T MAKING VERY

03:13:48   17   MUCH MONEY?

03:13:49   18   A.   NO.

03:13:50   19   Q.   SO WOULD YOU THINK OF THAT, MAYBE, AS EVIDENCE?

03:13:53   20   A.   YES.

03:13:54   21   Q.   THAT THERE WAS A SOURCE OF INCOME THAT WASN'T BEING

03:13:56   22   REPORTED?

03:13:57   23   A.   RIGHT.

03:13:58   24   Q.   OKAY.  AND SO HAVING LOOKED AT THOSE PIECES OF EVIDENCE,

03:14:06   25   AND SEEING $20 MILLION A YEAR GOING THROUGH THIS BUSINESS, ARE

REDIRECT EXAMINATION BY MR. PITMAN

03:14:13  1    YOU COMFORTABLE WITH YOUR CONCLUSION THAT THE MONEY GOING OUT

03:14:18  2    WAS BEING USED TO BUY SCRAP METAL?

03:14:22  3    A.   YES, I SAW THOSE RECORDS.

03:14:23  4    Q.   OKAY.  AND THAT THE MONEY COMING IN LOOKS LIKE PEOPLE

03:14:28  5    BUYING THE SCRAP?

03:14:29  6    A.   RIGHT, RIGHT.

03:14:31  7    Q.   WE ALSO HEARD TESTIMONY FROM MR. LEU, RIGHT?

03:14:55  8    A.   YES.

03:14:56  9    Q.   AND WE'VE SEEN LOAN APPLICATIONS?

03:14:59  10   A.   RIGHT.

03:15:00  11   Q.   AND WE'VE SEEN PERSONAL FINANCIAL STATEMENTS?

03:15:05  12   A.   RIGHT.

03:15:06  13   Q.   AND THOSE ALL REPORT INCOME HIGHER AND IN SOME CASES MUCH

03:15:12  14   HIGHER --

03:15:12  15          MR. CANNON:  OBJECTION, YOUR HONOR.  LEADING --

03:15:15  16          THE COURT:  THE OBJECTION IS SUSTAINED.

03:15:24  17   BY MR. PITMAN:

03:15:24  18   Q.   SO YOU'VE REVIEWED THE LOAN APPLICATIONS?

03:15:27  19   A.   YES.

03:15:28  20   Q.   AND DID THOSE LOAN APPLICATIONS REPORT INCOME THAT WAS THE

03:15:31  21   SAME AS REPORTED ON THE 1040'S?

03:15:33  22   A.   NO.

03:15:34  23   Q.   HOW WERE THEY DIFFERENT?

03:15:35  24   A.   ON THE LOAN APPLICATION SAYING THEY HAD $125,000 A MONTH

03:15:45  25   INCOME.  AND ON THE TAX RETURN, IT SHOWS $72,000 BUSINESS

REDIRECT EXAMINATION BY MR. PITMAN

03:15:50  1    INCOME.

03:15:50  2    Q.   OKAY.  SO WOULD YOU SAY THAT MIGHT BE EVIDENCE OF

03:15:55  3    UNREPORTED INCOME?

03:15:56  4    A.   YES, OF COURSE THAT'S EVIDENCE.

03:15:57  5    Q.   OKAY.

03:15:58  6         MR. CANNON:  OBJECTION, YOUR HONOR.

03:16:00  7       THIS IS NOT SUMMARY EVIDENCE.

03:16:03  8         THE COURT:  OVERRULED.  IT'S PROPER

03:16:05  9    CROSS-EXAMINATION.

03:16:06  10         MR. CANNON:  YOUR HONOR, THIS IS THE GOVERNMENT'S

03:16:07  11   WITNESS.

03:16:12  12         THE COURT:  OVERRULED.

03:16:12  13   BY MR. PITMAN:

03:16:13  14   Q.   OKAY.  SO THE TRUTH IS --

03:16:15  15         THE COURT:  YOU CAN'T ASK LEADING QUESTIONS.  BUT

03:16:19  16   THIS SUBJECT MATTER IS THE PROPER SUBJECT OF CROSS-EXAMINATION.

03:16:23  17         MR. PITMAN:  OKAY.  I WILL -- I WILL NOT LEAD.  OKAY.

03:16:28  18         THE WITNESS:  OKAY.

03:16:30  19   Q.   DO YOU KNOW MUCH ABOUT WHO WAS SENDING MONEY FROM CHINA?

03:16:38  20   A.   I SEE TRMP, TRMP SENDING MONEY TO THEM.  AND I SEE

03:16:53  21   SEVERAL -- A LOT OF CHINESE COMPANIES AND CHINESE PEOPLE

03:16:57  22   SENDING MONEY TO REIJIN INTERNATIONAL.

03:16:59  23   Q.   OKAY.  AND GIVEN WHAT YOU KNOW ABOUT THE TOTALITY OF THE

03:17:04  24   BUSINESS, DID YOU FEEL IT WAS NECESSARY TO INTERVIEW THE PEOPLE

03:17:11  25   IN CHINA TO ASK THEM ABOUT WHY THEY WERE SENDING MONEY TO

REDIRECT EXAMINATION BY MR. PITMAN

03:17:16   1      REIJIN?

03:17:18   2      A.   IT WOULD BE BETTER IF WE CAN TALK TO THAT PERSON FROM

03:17:28   3      CHINA, BUT BECAUSE THERE ARE RESTRICTIONS FOR US TO DO SO, SO

03:17:37   4      WE KNOW THAT TRMP IS REIJIN'S MAIN CUSTOMER.  AND WE ALSO KNOW

03:17:45   5      A LOT OF CHINESE PEOPLE, BASED ON THEIR TESTIMONY, THEY SAID

03:17:51   6      THEY ARE THE CUSTOMER OF TRMP.  SO THEY SEND THE MONEY TO U.S.

03:17:57   7          SO -- BUT FROM MY VIEW IS, I SEE REIJIN IS PURCHASING

03:18:05   8      SCRAP METAL, AND ALSO THEY HAVE ALL THIS CUSTOMER, I SEE, IT

03:18:12   9      CAN BE THEIR CUSTOMERS, INSTEAD OF TRMP'S CUSTOMER, SENDING

03:18:17  10      MONEY TO THEM, DIRECTLY TO U.S.

03:18:20  11      Q.   AND IS THAT CONCLUSION BASED EXCLUSIVELY ON BANK RECORDS,

03:18:26  12      OR WAS THERE OTHER EVIDENCE IN THE CASE THAT YOU CONSIDERED?

03:18:29  13      A.   I SAW OTHER EVIDENCE, FOR EXAMPLE, ON THIS EXHIBIT 350, IT

03:18:37  14      SAYS THAT WE PURCHASED SCRAP METALS HERE IN U.S. AND SEND IT TO

03:18:43  15      CHINA AND TAIWAN.

03:18:45  16          SO BASICALLY IT JUST SAYING THEY ARE DOING THIS KIND OF

03:18:49  17      BUSINESS, THEY ARE BUYING HERE AND SELLING TO TAIWAN CHINA.

03:18:55  18      Q.   NOW MR. CANNON ALSO ASKED YOU A FEW QUESTIONS ABOUT RENTAL

03:19:01  19      INCOME?

03:19:02  20      A.   YES.

03:19:03  21      Q.   OKAY.  AND JUST TO REFRESH THE JURY, WAS IT YOUR

03:19:06  22      CONCLUSION THAT THE RENTAL INCOME WAS UNDERREPORTED DURING 2006

03:19:10  23      AND 2007?

03:19:11  24      A.   YES.

03:19:12  25      Q.   AND WHEN -- LET'S GO THROUGH IN A LITTLE BIT MORE DETAIL

03:19:17  1    HOW IT WAS THAT YOU REACHED THAT CONCLUSION, OKAY?

03:19:20  2    A.    OKAY.

03:19:20  3    Q.    DID I UNDERSTAND YOU TO SAY THAT YOU LOOKED AT EVERY

03:19:25  4    SINGLE CHECK YOU INCLUDED IN YOUR ANALYSIS?

03:19:28  5    A.    I LOOK AT EVERY SINGLE CHECKS.

03:19:30  6    Q.    OKAY.  AND THERE WAS A QUESTION ABOUT SECURITY DEPOSITS?

03:19:34  7    A.    RIGHT.

03:19:35  8    Q.    IF YOU SAW SOMETHING THAT WAS CLEARLY A SECURITY DEPOSIT,

03:19:39  9    DID YOU INCLUDE IT IN YOUR ANALYSIS?

03:19:42  10   A.    I -- I LOOK AT THEM AND MAY INCLUDE IT, BUT I DON'T

03:19:54  11   BELIEVE IT'S A BIG AMOUNT.

03:19:57  12   Q.    AND IF YOU SAW MONEY GOING OUT IN REPAYMENT OF A SECURITY

03:20:02  13   DEPOSIT, THEN DID YOU TRY TO BACK OUT THE DEPOSIT COMING IN?

03:20:05  14   A.    YES, I DID.  I REMEMBER THAT.

03:20:07  15   Q.    OKAY.

03:20:08  16         AND SO OTHER THAN -- SO CAN YOU GIVE US A SENSE FOR WHAT

03:20:13  17   PERCENTAGE OF THE CHECKS THAT YOU INCLUDED IN THE RENTAL INCOME

03:20:17  18   WERE SECURITY DEPOSITS OR COULD HAVE BEEN SECURITY DEPOSITS?

03:20:33  19   A.    GIVE ME A MINUTE.  I THINK PROBABLY $3,000 OUT OF TOTAL

03:20:49  20   350,000 RENTAL.  SOMETHING -- SOMETHING LIKE THAT.

03:20:55  21   Q.    SO ONE PERCENT?

03:20:57  22   A.    VERY SMALL AMOUNT.

03:20:58  23   Q.    AND NOW LET ME ASK YOU ANOTHER QUESTION ABOUT THE DIVERTED

03:21:01  24   FUNDS, OKAY.

03:21:02  25         DIVERTED FUNDS.  MONEY THAT THE -- WE WALKED THROUGH

REDIRECT EXAMINATION BY MR. PITMAN

03:21:07 1    SEVERAL EXAMPLES OF WHERE THE DEFENDANTS HAD USED CORPORATE

03:21:11 2    MONEY TO MAKE WHAT LOOKED LIKE PERSONAL PURCHASES?

03:21:15 3    A.   YES.

03:21:19 4    Q.   AND IN 2007, REIJIN WAS A CORPORATION?

03:21:27 5    A.   YES.

03:21:27 6    Q.   AND DO YOU REMEMBER HOW MUCH IT WAS CAPITALIZED WITH?

03:21:30 7    A.   REIJIN, RIGHT?

03:21:33 8    Q.   IN 2007.

03:21:35 9    A.   I REMEMBER COMMON STOCK IS 1,000.

03:21:38 10   Q.   OKAY.

03:21:39 11       SO FOR A CORPORATION, WHEN MONEY IS TAKEN FROM A

03:21:46 12   CORPORATION, ARE THERE MANY POSSIBLE EXPLANATIONS OR

03:21:51 13   CHARACTERIZATIONS FOR THAT MONEY?

03:21:53 14   A.   YES.

03:21:53 15   Q.   AND CAN YOU GIVE US AN IDEA OF WHAT THEY MIGHT BE?

03:21:59 16   A.   IT CAN BE A LOAN TO SHAREHOLDER, IT CAN BE DISTRIBUTION TO

03:22:08 17   SHAREHOLDER.

03:22:09 18   Q.   OKAY.  WHAT ABOUT A RETURN OF CAPITAL?

03:22:12 19   A.   YES.  IT CAN BE A RETURN OF CAPITAL, YES.

03:22:16 20   Q.   AND CAN IT BE ALSO A REPAYMENT OF THE LOAN?

03:22:20 21   A.   RIGHT.

03:22:20 22   Q.   OKAY.  SO LET'S TAKE A LOOK, PLEASE, AT THE 1120 FOR

03:22:27 23   REIJIN 2007, WHICH IS EXHIBIT 7, I BELIEVE.  AND CAN WE MOVE

03:22:38 24   DOWN A COUPLE PAGES, KEEP GOING.  OKAY.  GO BACK UP, PLEASE,

03:22:42 25   PAGE 5.

REDIRECT EXAMINATION BY MR. PITMAN

| 03:22:43 | 1 | ALL RIGHT.  SO DOES THIS -- SORRY, LET'S TAKE A LOOK AT |
| 03:23:02 | 2 | PAGE 1, REAL QUICK. |
| 03:23:19 | 3 | SORRY, YOUR HONOR. |
| 03:23:50 | 4 | SO, AGAIN, HOW MUCH -- WHAT WAS THE CAPITAL IN THE |
| 03:23:53 | 5 | BUSINESS IN 2007? |
| 03:23:55 | 6 | A.   $1,000. |
| 03:23:57 | 7 | Q.   OKAY.  AND SO WHAT WAS THE AVAILABLE RETURN OF CAPITAL FOR |
| 03:24:01 | 8 | THIS YEAR? |
| 03:24:07 | 9 | A.   I DON'T SEE ANY. |
| 03:24:13 | 10 | Q.   OKAY.  AND IF WE LOOK AT LINE 18, DO YOU SEE THAT? |
| 03:24:33 | 11 | A.   IT'S OTHER CURRENT LIABILITIES, LINE 18. |
| 03:24:42 | 12 | Q.   AND -- OH, SORRY, I'M LOOKING AT LINE 19? |
| 03:24:46 | 13 | A.   LINE 19. |
| 03:24:47 | 14 | Q.   OKAY.  SO WHAT IS LINE 19? |
| 03:24:49 | 15 | A.   LOAN FROM SHAREHOLDERS. |
| 03:24:52 | 16 | Q.   OKAY.  SO WHEN SHAREHOLDERS TAKE MONEY FROM A CORPORATION |
| 03:25:00 | 17 | AND IT'S NOT A RETURN OF A LOAN AND IT'S NOT A RETURN OF |
| 03:25:03 | 18 | CAPITAL, IS IT INCOME TO THE SHAREHOLDERS? |
| 03:25:13 | 19 | A.   IT DEPENDS. |
| 03:25:14 | 20 | Q.   WHAT DOES IT DEPEND ON? |
| 03:25:16 | 21 | A.   DID DEPENDS ON HOW MUCH EQUITY THEY PUT IN.  SO IN THIS |
| 03:25:21 | 22 | CASE, SINCE THERE'S ONLY $1,000 EQUITY, SO THE EXCESS OVER THAT |
| 03:25:30 | 23 | $1,000 CAPITAL SHOULD BE TAXABLE. |
| 03:25:34 | 24 | Q.   WELL, WE CAN SEE THAT THEY'RE REPORTING THAT THEY'VE |
| 03:25:38 | 25 | LOANED THE COMPANY ALSO, $736,000, RIGHT? |

| | | |
|---|---|---|
| 03:25:42 | 1 | A.   RIGHT. |
| 03:25:43 | 2 | Q.   SO THEY CAN TAKE THAT LOAN BACK WITHOUT REPORTING IT? |
| 03:25:45 | 3 | A.   RIGHT. |
| 03:25:46 | 4 | Q.   SO THEY HAVE BASICALLY 738,000 AVAILABLE THEORETICALLY TO |
| 03:25:51 | 5 | PULL OUT OF THIS COMPANY IN 2007? |
| 03:25:53 | 6 | A.   RIGHT. |
| 03:25:56 | 7 | Q.   BUT ACCORDING TO YOUR ANALYSIS, THEY TOOK A LOT MORE, |
| 03:26:02 | 8 | DIDN'T THEY? |
| 03:26:02 | 9 | A.   YES. |
| 03:26:03 | 10 | Q.   AND THEY DIDN'T REPORT THE DIFFERENCE AS INCOME? |
| 03:26:07 | 11 | A.   CORRECT. |
| 03:26:07 | 12 | MR. PITMAN:  THANK YOU. |
| 03:26:08 | 13 | I HAVE NO FURTHER QUESTIONS, YOUR HONOR. |
| 03:26:10 | 14 | THE COURT:  MR. CANNON, DID YOU WANT TO FOLLOW UP? |
| 03:26:12 | 15 | MR. CANNON:  THANK YOU, YOUR HONOR. |
| 03:26:14 | 16 | **RECROSS-EXAMINATION** |
| 03:26:15 | 17 | BY MR. CANNON: |
| 03:26:28 | 18 | Q.   GOOD AFTERNOON, AGAIN. |
| 03:26:30 | 19 | A.   GOOD AFTERNOON. |
| 03:26:30 | 20 | Q.   NOW, MR. PITMAN ASKED YOU A BUNCH OF QUESTIONS, AND I JUST |
| 03:26:34 | 21 | WANT TO KIND OF FOLLOW UP ON SOME OF THE QUESTIONS THAT HE |
| 03:26:38 | 22 | ASKED YOU. |
| 03:26:39 | 23 | A.   OKAY. |
| 03:26:39 | 24 | Q.   THERE'S A DIFFERENCE BETWEEN REVENUE AND INCOME, ISN'T |
| 03:26:42 | 25 | THERE? |

RECROSS-EXAMINATION BY MR. CANNON

03:26:43  1   A.   REVENUE AND INCOME.  REVENUE MAINLY MEANS THE CREATED FROM

03:26:54  2   BUSINESS TRANSACTIONS, YOU CALL THAT GROSS RECEIPT.

03:26:58  3   Q.   OKAY.

03:26:59  4   A.   RIGHT.

03:26:59  5   Q.   AND SO THE GROSS RECEIPTS WOULD BE ALL THE MONEY THAT

03:27:07  6   COMES INTO THE BUSINESS, RIGHT?

03:27:08  7   A.   IT DEPENDS, BECAUSE SOME CAN BE LOANED TO THE COMPANY.

03:27:14  8   Q.   OKAY.

03:27:15  9   A.   RIGHT.

03:27:15  10   Q.   OKAY.  AND THEN -- BUT ALL THE MONEY, MINUS THE LOANS,

03:27:20  11   WOULD BE THE REVENUE, RIGHT?

03:27:21  12   A.   RIGHT.

03:27:22  13   Q.   AND THE PROFIT IS ALL THE MONEY MINUS EXPENSES, RIGHT?

03:27:31  14   A.   BUSINESS EXPENSES.

03:27:36  15   Q.   SO LET'S SAY YOU ARE IN THE BUSINESS OF SELLING WATER

03:27:39  16   PITCHERS, AND IF I SAY, I WILL GIVE YOU $10 FOR THAT WATER

03:27:44  17   PITCHER, THAT $10 WOULD BE YOUR REVENUE FOR THAT WATER PITCHER,

03:27:50  18   FOR YOUR WATER PITCHER SALE BUSINESS, RIGHT?

03:27:52  19   A.   RIGHT.

03:27:52  20   Q.   AND LET'S SAY YOU PAID $8 FOR THAT WATER PITCHER, YOUR

03:27:59  21   PROFIT WOULD BE 2, RIGHT?

03:28:00  22   A.   RIGHT.

03:28:01  23   Q.   OKAY.  AND THERE ARE DIFFERENT ACCOUNTING SYSTEMS, AREN'T

03:28:07  24   THERE?

03:28:07  25   A.   YES.

RECROSS-EXAMINATION BY MR. CANNON

| | | |
|---|---|---|
| 03:28:08 | 1 | Q.   AND THERE'S SOMETHING CALLED GAP, RIGHT? |
| 03:28:10 | 2 | A.   CORRECT. |
| 03:28:12 | 3 | Q.   AND GAP IS DIFFERENT THAN TAX ACCOUNTING, ISN'T IT? |
| 03:28:18 | 4 | A.   SOME COMPANY, THEY LIKE TO USE DIFFERENT METHODS FOR THE |
| 03:28:22 | 5 | TAX ACCOUNTING PURPOSES. |
| 03:28:29 | 6 | Q.   AND GENERALLY SPEAKING, WHEN YOU ARE TRYING TO DEAL WITH |
| 03:28:31 | 7 | ACCOUNTING, PEOPLE RELY ON PROFESSIONALS, RIGHT? |
| 03:28:33 | 8 | A.   RIGHT. |
| 03:28:33 | 9 | Q.   RELY ON CPA'S? |
| 03:28:35 | 10 | A.   RIGHT. |
| 03:28:36 | 11 | Q.   TAX PREPARERS? |
| 03:28:37 | 12 | A.   RIGHT. |
| 03:28:37 | 13 | Q.   IT'S NOT SOMETHING THAT THE AVERAGE PERSON KNOWS? |
| 03:28:44 | 14 | A.   I THINK IT DEPENDS ON THE TYPE OF BUSINESS THEY WERE IN. |
| 03:28:48 | 15 | FOR SMALL BUSINESS, MOST TIMES THEY ARE JUST USING A CASH |
| 03:28:52 | 16 | BASIS.  SO IT'S VERY STANDARD. |
| 03:28:55 | 17 | Q.   OKAY. |
| 03:28:56 | 18 | A.   RIGHT. |
| 03:28:57 | 19 | Q.   AND MR. PITMAN ASKED YOU LOTS OF QUESTIONS ABOUT EVIDENCE |
| 03:29:01 | 20 | YOU SAW IN THIS CASE, RIGHT? |
| 03:29:02 | 21 | A.   RIGHT. |
| 03:29:02 | 22 | Q.   AND WHILE YOU WERE SITTING THERE IN THE AUDIENCE, YOU |
| 03:29:05 | 23 | HEARD LOTS OF EVIDENCE THAT MS. MEILI LIN COMES FROM A VERY |
| 03:29:10 | 24 | WEALTHY FAMILY, RIGHT? |
| 03:29:12 | 25 | A.   YES. |

RECROSS-EXAMINATION BY MR. CANNON

03:29:12  1    Q.   AND DID YOU TAKE ANY STEPS TO ESTABLISH MS. MEILI LIN'S

03:29:20  2    NET WORTH IN 2004, 2005?

03:29:24  3    A.   NO.

03:29:28  4    Q.   WE DON'T KNOW WHAT SHE -- DO YOU HAVE ANY IDEA WHAT SHE

03:29:32  5    WAS WORTH THEN?

03:29:34  6    A.   I MEAN, GENERAL IDEA, BUT I DIDN'T REALLY GO THROUGH THE

03:29:40  7    CALCULATION, JUST GENERAL IDEA.

03:29:42  8    Q.   WELL, SHE HAD, IN PARTNERSHIP WITH HER FAMILY, SEVERAL

03:29:48  9    HOUSES IN NEW YORK, RIGHT?

03:29:49  10   A.   RIGHT.

03:29:49  11   Q.   AND THEN MR. PITMAN SHOWED YOU THAT EXHIBIT NUMBER 99, DO

03:29:56  12   YOU RECALL THAT?

03:29:56  13   A.   NO.

03:29:59  14        MR. CANNON:  JONATHAN, WOULD YOU MIND SHOWING

03:30:02  15   EXHIBIT 99.

03:30:02  16   Q.   DO YOU RECALL EXHIBIT NUMBER 99 NOW?

03:30:05  17   A.   YES.

03:30:06  18   Q.   AND DO YOU READ CHINESE?

03:30:08  19   A.   YES.

03:30:10  20   Q.   AND YOU TOLD MR. PITMAN THAT WAS A CD IN A BANK IN TAIWAN,

03:30:14  21   RIGHT?

03:30:15  22   A.   RIGHT.

03:30:16  23   Q.   AND AFTER YOU DO THE CONVERSION RATE, THAT'S WORTH IN THE

03:30:21  24   NEIGHBORHOOD OF 500,000 U.S., RIGHT?

03:30:24  25   A.   RIGHT.

RECROSS-EXAMINATION BY MR. CANNON

03:30:24   1   Q.   AND MS. LIN ALSO HAD OTHER ASSETS BEFORE THIS CASE EVER

03:30:27   2   STARTED, RIGHT?

03:30:29   3   A.   YES.

03:30:30   4   Q.   AND HER FAMILY HAD ASSETS, RIGHT?

03:30:38   5   A.   I DIDN'T CHECK THE FAMILY'S ASSETS, I DIDN'T KNOW ABOUT

03:30:41   6   THAT.

03:30:41   7   Q.   OKAY.  SO, BUT SITTING THROUGH THIS TRIAL, YOU LEARNED THE

03:30:45   8   FAMILY HAD SUBSTANTIAL ASSETS, RIGHT?

03:30:52   9   A.   I'VE HEARD ABOUT IT BUT I DON'T SEE ANY FINANCIAL

03:30:59   10   STATEMENT OF THE FAMILY.

03:31:00   11   Q.   OKAY.  YOU DIDN'T SEE A FINANCIAL STATEMENT.

03:31:03   12   A.   RIGHT.

03:31:03   13   Q.   DID YOU PICK UP A PHONE AND CALL OTHER FAMILY MEMBERS TO

03:31:06   14   SEE WHAT THEIR NET WORTH WAS?

03:31:08   15   A.   NO.

03:31:08   16   Q.   DID YOU SEE HOW MUCH MONEY WAS AVAILABLE TO HELP SUPPORT

03:31:12   17   THEIR DAUGHTER?

03:31:13   18   A.   NO.

03:31:13   19   Q.   DID YOU CHECK OUT HER MOTHER'S NET WORTH BECAUSE SHE WAS A

03:31:17   20   THIRD OWNER OF THE HOUSE ON SPERRY?

03:31:18   21   A.   NO.

03:31:19   22   Q.   DID YOU CHECK IN TO THE FACT THAT THE BENTLEY THAT YOU

03:31:23   23   CLAIM WAS A DIVERSION WAS ACTUALLY SENT TO CHINA SO HER BROTHER

03:31:27   24   P.K. COULD DRIVE IT IN CHINA?

03:31:29   25   A.   I KNOW IT WAS SENT TO THE BROTHER, BUT STILL, THE MONEY IS

RECROSS-EXAMINATION BY MR. CANNON

03:31:33   1    FROM LIN.

03:31:35   2    Q.   CORRECT.  AND THE MONEY ALSO CAME IN FROM THE BROTHER TOO,

03:31:39   3    RIGHT?

03:31:39   4    A.   WHAT MONEY CAME IN FROM THE BROTHER?

03:31:43   5    Q.   MONEY CAME IN FROM TRMP, WHICH IS P.K.'S BUSINESS IN

03:31:49   6    CHINA.

03:31:52   7    A.   P.K.'S BUSINESS FROM CHINA IS DIFFERENT FROM P.K.

03:31:55   8    Q.   CORRECT.  BUT P.K.'S BUSINESS FROM CHINA, TRMP, SENT LOTS

03:32:00   9    OF TRANSFERS TO THE U.S., RIGHT?

03:32:02  10    A.   BUSINESS SENT TO DEFENDANTS, YES.

03:32:06  11    Q.   AND SOME OF THAT MONEY WAS USED TO BUY A BENTLEY?

03:32:09  12    A.   YES.

03:32:10  13    Q.   AND THAT BENTLEY WAS SHIPPED BACK TO CHINA, WASN'T IT?

03:32:14  14    A.   BACK TO CHINA, YES.

03:32:27  15    Q.   AND WE TALKED BRIEFLY BEFORE, IF YOU'RE AUDITING SOMEONE,

03:32:31  16    IT'S GOOD IF YOU UNDERSTAND THE BUSINESS, RIGHT?

03:32:33  17    A.   YEAH.

03:32:33  18    Q.   AND YOU TALKED ABOUT YOUR HISTORY ON DIRECT EXAMINATION.

03:32:37  19    DID YOU WORK FOR A CONSULTING FIRM FOR A WHILE?

03:32:40  20    A.   NEVER.

03:32:41  21    Q.   ARE YOU AWARE OF A CONSULTING FIRM CALLED THE MCKENZIE

03:32:50  22    GROUP?

03:32:50  23    A.   NO, I DON'T KNOW.

03:32:51  24    Q.   DID YOU LOOK AT ANY CONSULTING FIRM REPORTS ON THE SCRAP

03:32:54  25    METAL BUSINESS?

RECROSS-EXAMINATION BY MR. CANNON

03:32:54  1    A.   NO.

03:32:55  2    Q.   ARE YOU AWARE OF THE GROSS MARGINS IN THE SCRAP METAL

03:32:58  3    BUSINESS?

03:32:59  4    A.   I DIDN'T LOOK -- I DIDN'T DO AN INVESTIGATION, I ONLY USE

03:33:10  5    THE INFORMATION PROVIDED TO DO MY ANALYSIS.

03:33:16  6    Q.   OKAY.  NOW, MR. PITMAN ASKED YOU SOME QUESTIONS NOW ABOUT

03:33:29  7    LIFESTYLE, RIGHT?

03:33:31  8    A.   RIGHT.

03:33:31  9    Q.   AND $500,000 WOULD SUPPORT A PRETTY GOOD LIFESTYLE, RIGHT?

03:33:35  10   A.   YES.

03:33:36  11   Q.   AND WE KNOW MS. LIN HAD THAT MONEY IN A BANK IN TAIWAN,

03:33:40  12   RIGHT?

03:33:40  13   A.   BASED ON THIS INFORMATION, YES.

03:33:50  14   Q.   AND WE KNOW SHE AND HER -- AND WE KNOW THAT SHE'S BEEN

03:33:58  15   GETTING GIFTS FROM HER FAMILY SINCE THE 90'S, RIGHT?

03:34:01  16   A.   I DON'T KNOW ABOUT THAT.

03:34:03  17   Q.   WELL, YOU WERE HERE IN COURT AND LISTENED TO THE

03:34:07  18   TESTIMONY, RIGHT?

03:34:07  19   A.   YES.

03:34:10  20   Q.   AND THERE WAS A LOT OF TESTIMONY ABOUT HER GETTING YEARLY

03:34:12  21   GIFTS IN THE HUNDREDS OF THOUSANDS OF DOLLARS FROM HER FAMILY.

03:34:15  22        AND I'M SAYING --

03:34:16  23        MR. PITMAN:  OBJECTION, YOUR HONOR.

03:34:17  24   MISSTATES THE EVIDENCE.

03:34:18  25        THE COURT:  SUSTAINED.

03:34:19  1    BY MR. CANNON:

03:34:19  2    Q.   95,000 YEARLY?

03:34:20  3              THE COURT:   SUSTAINED.

03:34:21  4    BY MR. CANNON:

03:34:21  5    Q.   THERE WAS A LOT OF TESTIMONY ABOUT HER GETTING $95,000

03:34:24  6    YEARLY FROM HER FAMILY, RIGHT?

03:34:26  7    A.   YEAH, THAT PART, YES.

03:34:27  8    Q.   AND OVER TIME, THAT'S HUNDREDS OF THOUSANDS OF DOLLARS,

03:34:30  9    ISN'T IT?

03:34:30  10   A.   YES.

03:34:33  11   Q.   AND IF IT INVESTS AND GROWS, THAT'S MORE MONEY, ISN'T IT?

03:34:37  12   A.   YES.

03:34:40  13   Q.   AND $95,000 FOR TEN YEARS IS ALMOST A MILLION DOLLARS,

03:34:46  14   IT'S $950,000, RIGHT?

03:34:49  15   A.   RIGHT.

03:34:49  16   Q.   AND YOU WOULD HOPE YOU WOULD BE ABLE TO INVEST IT AND GROW

03:34:52  17   IT IN THE MEANTIME, WOULDN'T YOU?

03:34:55  18   A.   CAN YOU PLEASE REPEAT YOUR QUESTION.

03:34:58  19   Q.   SURE.

03:34:59  20        IF YOU GOT A MILLION DOLLARS IN GIFTS, YOU WOULD WANT TO

03:35:02  21   INVEST IT SO THE MONEY WOULD GROW, WOULDN'T YOU?

03:35:05  22   A.   YEAH.

03:35:05  23   Q.   NOW MR. PITMAN ALSO ASKED YOU SOME QUESTIONS ABOUT HOW

03:35:13  24   REIJIN WAS BEING CAPITALIZED.

03:35:15  25        DO YOU KNOW ANYTHING ABOUT HOW CHINESE COMPANIES ARE

03:35:18  1      CAPITALIZED?

03:35:19  2      A.   I DON'T KNOW ANYTHING ABOUT CHINESE COMPANY.

03:35:22  3      Q.   HAVE YOU EVER HEARD THE TERM "CAPITAL EXAM?"

03:35:25  4      A.   NO.

03:35:27  5      Q.   AND JUST SO I COMPLETELY UNDERSTAND, AS YOU SIT HERE, YOU

03:35:50  6      DON'T KNOW WHAT MS. LIN'S NET WORTH WAS PRIOR TO THE AUDIT,

03:35:55  7      RIGHT?

03:35:55  8      A.   NO, I DON'T KNOW.

03:35:59  9      Q.   YOU DON'T KNOW WHAT ASSETS SHE HAD AVAILABLE TO BUY CARS,

03:36:04  10     HOUSES, AND OTHER THINGS, DO YOU?

03:36:07  11     A.   I WENT THROUGH THE BANK STATEMENTS SO I KNOW THEY HAVE

03:36:11  12     MONEY IN THE BANK ACCOUNTS, YES.

03:36:13  13     Q.   OKAY.  AND THEY HAD SUBSTANTIAL ASSETS?

03:36:16  14     A.   RIGHT.

03:36:16  15     Q.   AND SUBSTANTIAL FINANCIAL ABILITY TO BUY THINGS?

03:36:19  16     A.   RIGHT.

03:36:20  17     Q.   TO LIVE HIGH ON THE HOG, RIGHT?

03:36:22  18     A.   RIGHT.

03:36:23  19           MR. CANNON:  I HAVE NO FURTHER QUESTIONS.

03:36:27  20           THE COURT:  MR. PITMAN?

03:36:28  21     I WILL GIVE YOU THE LAST WORD.

03:36:30  22           MR. PITMAN:  NO THANKS, YOUR HONOR.

03:36:32  23           THE COURT:  NOTHING ELSE.

03:36:33  24     AND MAY MS. CAMPBELL BE EXCUSED?

03:36:36  25           MR. PITMAN:  YES, YOUR HONOR.

03:36:37  1          THE COURT:  MS. CAMPBELL, THANK YOU FOR YOUR

03:36:39  2     TESTIMONY.  YOU ARE FREE TO GO.

        3

        4

        5

        6

        7

        8

        9

       10

       11

       12

       13

       14

       15

       16

       17

       18

       19

       20

       21

       22

       23

       24

       25

1

2

3

4                    **<u>CERTIFICATE OF REPORTER</u>**

5

6

7

8            I, THE UNDERSIGNED OFFICIAL COURT

9    REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10   THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11   FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12   CERTIFY:

13            THAT THE FOREGOING TRANSCRIPT,

14   CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND

15   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS

16   SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

17   HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18   TRANSCRIPTION TO THE BEST OF MY ABILITY.

19

20

21

22

23

24   _____
     SUMMER A. FISHER, CSR, CRR
25   CERTIFICATE NUMBER 13185          DATED: 5/15/18

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25