1           IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                     SAN JOSE DIVISION


4
     UNITED STATES OF AMERICA,        )   CR-15-00065-BLF
5                                     )
                       PLAINTIFF,     )   SAN JOSE, CALIFORNIA
6                                     )
             VS.                      )   MAY 16, 2018
7                                     )
     LIN, ET AL,                      )   VOLUME 8
8                                     )
                       DEFENDANT.     )   PAGES 1-28
9                                     )
     _____)   **\*PARTIAL TRANSCRIPT\***
10


11              TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE BETH LABSON FREEMAN
12             UNITED STATES DISTRICT JUDGE


13                A P P E A R A N C E S

14

15     FOR THE PLAINTIFF:      **BY:  MICHAEL G. PITMAN**
                               UNITED STATES ATTORNEY'S OFFICE
16                             150 ALMADEN BLVD., SUITE 900
                               SAN JOSE, CA 95113
17


18

19     FOR THE DEFENDANT:      **BY:  RANDY SUE POLLOCK**
       LIN                     ATTORNEY AT LAW
20                             286 SANTA CLARA AVENUE
                               OAKLAND, CA 94610
21

22          APPEARANCES CONTINUED ON NEXT PAGE

23     OFFICIAL COURT REPORTER:      SUMMER FISHER, CSR, CRR
                                     CERTIFICATE NUMBER 13185
24

25       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
            TRANSCRIPT PRODUCED WITH COMPUTER

1          A P P E A R A N C E S (CONTINUED)

2          FOR THE PLAINTIFF:      **BY:  CHRISTOPHER MAGNANI**
                                   U.S. DEPARTMENT OF JUSTICE
3                                  TAX DIVISION
                                   BEN FRANKLIN STATION
4                                  PO BOX 972
                                   WASHINGTON, DC 20044

5

6          FOR THE DEFENDANT:      **BY:  CHRISTOPHER J. CANNON**
           HORNG                   SUGARMAN & CANNON
7                                  737 TEHAMA STREET, UNIT #3
                                   SAN FRANCISCO, CA 94103

8

9          INTERPRETERS:           SHAN TSAN
                                   CHEN-HAO HSU

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              SAN JOSE, CALIFORNIA                    MAY 16, 2018
 2                        P R O C E E D I N G S
 3         (THE PROCEEDINGS WERE HELD OUT OF THE PRESENCE OF THE JURY
 4    AT 9:01 A.M.)
 5              THE COURT:  GOOD MORNING, EVERYONE.  PLEASE BE
 6    SEATED.  WE ARE ON THE RECORD OUTSIDE THE PRESENCE OF THE JURY.
 7              FIRST OF ALL, I'M NOT SURE WHETHER YOU NOTICED, BUT
 8    THERE'S SOME BIG SNARL ON 280, SO WE HAVE AT LEAST A COUPLE OF
 9    JURORS WHO ARE TIED UP ON IT AND WE WILL BE WAITING FOR THEM.
10    BUT THAT GIVES ME THE OPPORTUNITY TO ADDRESS SOME OF THE THING
11    US PROVIDED TO ME LAST NIGHT.
12              I WOULD LIKE TO START WITH THE REQUEST BY THE DEFENSE TO
13    ADMIT THE AUDIT TECHNIQUES GUIDE ON SCRAP METAL BUSINESS.  THE
14    DEFENSE TAKES THE DIFFERENT POSITION ON WHY IT WOULD BE
15    ADMISSIBLE.  I APPRECIATE THAT.
16              AND I WILL TELL YOU THAT YESTERDAY DURING THE TESTIMONY OF
17    MR. HORDYK, IT WASN'T EVEN CLEAR TO ME, AND IS NO MORE CLEAR
18    SEEING HIS RESUME, WHEN HE LEFT THE IRS AND WHETHER HE COULD
19    AUTHENTICATE THIS IN ANY WAY.
20              BUT NOW THE DEFENSE IS LOOKING TO ADMIT IT, REALLY, AS A
21    JUDICIALLY NOTICEABLE DOCUMENT, CORRECT?
22              MR. CANNON:  CORRECT.
23              THE COURT:  OKAY.  AND I THINK THAT MAY BE THE PROPER
24    WAY TO PROCEED.
25              AND AS I SAY, I HAVE NO IDEA WHETHER MR. HORDYK LEFT THE
```

09:03:08  1    IRS FIVE MINUTES AGO OR 20 YEARS AGO, IT'S JUST UNCLEAR FROM

09:03:12  2    THE TESTIMONY AND FROM HIS RESUME, WHICH IS FINE, HE DOESN'T

09:03:15  3    HAVE TO REVEAL THAT TO THE PUBLIC.  BUT I DIDN'T HAVE A BASIS.

09:03:18  4        SO MR. PITMAN, I ALWAYS HAVE CONCERN ABOUT -- I WOULD

09:03:24  5    CERTAINLY NEVER ADMIT THE LAW TO THE JURY, THEY DON'T GET TO

09:03:27  6    READ THE STATUTES THEMSELVES AND APPLY THEM.

09:03:30  7        BUT IT IS A VALID TECHNIQUE, AS A DEFENSE, TO REVEAL THE

09:03:36  8    INVESTIGATION AS HAVING BEEN INCOMPLETE, AND IT'S ONE THING TO

09:03:41  9    SIMPLY ASSERT FROM THE DEFENSE PERSPECTIVE, IT WAS SHODDY, IT'S

09:03:44  10   ANOTHER THING TO HOLD IT UP AGAINST THE PROVISIONS OF THE

09:03:48  11   AGENCY ITSELF.

09:03:49  12       SO I WOULD LIKE YOUR COMMENTS.

09:03:52  13           MR. PITMAN:  YEAH.  YOUR HONOR, I HAD AN OPPORTUNITY

09:03:53  14   TO TAKE A LOOK AT THIS DOCUMENT, AND MY CONCERN IS THAT IT

09:03:58  15   SEEMS TO BE IN DIRECT CONFLICT WITH THE COURT'S ORDER THAT THE

09:04:01  16   JURY NOT RECEIVE THE LAW.  THIS DOCUMENT CITES MULTIPLE

09:04:05  17   STATUTES --

09:04:06  18           THE COURT:  SO IT'S THE SCRAP METAL CHAPTER, CORRECT?

09:04:09  19           MR. PITMAN:  IT IS.

09:04:10  20           THE COURT:  LET ME JUST PICK IT UP.

09:04:19  21       BUT THIS IS AN IRS MANUAL TO ASSIST AUDITORS, CORRECT?

09:04:26  22           MR. PITMAN:  THAT'S WHAT IT PURPORTS TO BE.  I KNOW

09:04:29  23   AGENT GARRISON TESTIFIED SHE NEVER REVIEWED IT, SHE DIDN'T

09:04:32  24   THINK IT WAS RELEVANT.

09:04:33  25           THE COURT:  THAT'S FINE, BUT SHE DIDN'T SAY IT

09:04:36 1    DOESN'T EXIST.

09:04:37 2        MR. PITMAN:  SO IF YOU LOOK AT PAGE 7, YOUR HONOR,

09:04:42 3    PAGE 7 HAS MULTIPLE CITES TO STATUTES AND COURT DECISIONS

09:04:46 4    INTERPRETING THE LAW BASED ON THOSE DECISIONS.

09:04:53 5        THE COURT:  WELL, IT MAY BE THAT THAT'S NOT EVEN WHAT

09:04:57 6    THE DEFENSE CARES ABOUT, BUT THERE ARE A SERIES OF -- I'M

09:05:02 7    LOOKING AT PAGE 8, PRE-AUDIT STEPS WHICH IS THE ROAD MAP TO THE

09:05:08 8    AUDIT PROCEDURES, I WOULD ASSUME THESE WERE THE THINGS

09:05:15 9    MR. HORDYK WAS TALKING ABOUT, TELLING THE AUDITOR HOW TO DO

09:05:19 10   THEIR JOB.

09:05:21 11       MR. PITMAN:  AND I WOULD ALSO NOTE ON PAGE 8,

09:05:23 12   YOUR HONOR, THE FIRST FULL PARAGRAPH ON THAT PAGE ADDRESSES

09:05:29 13   DIVERTED FUNDS, WHICH IS ONE OF THE ISSUES FOR THE JURY.

09:05:34 14       THE COURT:  I'M SORRY, I JUST CAN'T HEAR YOU.

09:05:40 15       MR. PITMAN:  SORRY, YOUR HONOR.

09:05:41 16       ON PAGE 8 THE FIRST FULL PARAGRAPH IS A DESCRIPTION OF THE

09:05:44 17   CONCEPT OF DIVERTED FUNDS.  AND IT DESCRIBES THE LEGAL

09:05:50 18   PRINCIPLES BEHIND THAT THEORY.

09:06:17 19       THE COURT:  I GUESS I DON'T SEE THAT REALLY AS MUCH

09:06:22 20   OF A CONCERN AS SECTIONS, SUCH AS PAGE 7, WHICH ACTUALLY, FOR

09:06:29 21   EXAMPLE, THE LAST PARAGRAPH IN THE RECENT DECISION, BOTH

09:06:32 22   REVERSES COMMISSIONER, THAT'S THE KIND OF THING I WOULD NOT

09:06:36 23   WANT TO SUBMIT TO THE JURY.

09:06:39 24       MR. CANNON, PERHAPS YOU CAN HELP ME.  THIS MAY BE NOT

09:06:43 25   CONTROVERSIAL BECAUSE THERE MAY ACTUALLY ONLY BE PORTIONS YOU

09:06:47  1     REALLY WANT TO PUT BEFORE THE JURY.

09:06:48  2              MR. CANNON:  YOUR HONOR, IF THE COURT WOULD REALLY

09:06:50  3     DESIRE, I CAN BLACKOUT IN THE RECENT, THE LAST PARAGRAPH ON

09:06:57  4     PAGE 7.

09:06:57  5              THE COURT:  WELL, IT'S ALL THE TREASURY REGULATIONS

09:07:00  6     AND ALL OF THAT, THAT I'M NOT GIVING THOSE AS JURY

09:07:04  7     INSTRUCTIONS, OR I MEAN I CAN, BUT YOU HAVEN'T ASKED ME TO.

09:07:07  8              MR. CANNON:  YES.

09:07:07  9              THE COURT:  YOU KNOW, THE JURY CAN CERTAINLY DECIDE

09:07:13 10     BASED ON AGENT GARRISON'S TESTIMONY THAT SHE DIDN'T THINK THIS

09:07:17 11     WAS RELEVANT, AND NOW MR. HORDYK'S TESTIMONY THAT THIS WOULD BE

09:07:20 12     THE GUIDE TO TELL YOU HOW TO DO THE JOB AS TO WHETHER OR NOT

09:07:23 13     THIS IS RELEVANT.

09:07:25 14        I THINK IT'S APPROPRIATE, IT'S CERTAINLY -- IT CERTAINLY

09:07:28 15     WOULD BE IN EVIDENCE BEFORE THE JURY THAT THERE WAS A DIFFERENT

09:07:31 16     VIEW.

09:07:31 17        I THINK THAT TO THE EXTENT THERE ARE GUIDELINES FOR THE

09:07:36 18     MANNER IN WHICH THIS PURPORTEDLY SHOULD BE DONE, AND AS I SAY,

09:07:42 19     THE JURY MAY AGREE WITH YOU THAT BECAUSE THIS WASN'T A CASH

09:07:45 20     BUSINESS, THIS WHOLE DOCUMENT IS IMPERMISSIBLE.  BUT IF THEY

09:07:49 21     THINK IT'S APPLICABLE, I THINK IT'S DIRECTLY RELEVANT TO THE

09:07:51 22     DEFENSE.

09:07:52 23        AND THE ONLY THING I'M LOOKING AT IS EXCLUDING FROM HERE

09:07:57 24     THE DESCRIPTIONS OF WHAT THE LAW REQUIRES AS OPPOSED TO HOW AN

09:08:01 25     AUDITOR DOES HIS OR HER JOB.

7

09:08:04   1          I THINK THAT'S NOT UNCONTROVERSIAL, ACTUALLY, AND WHAT

09:08:10   2    I -- AND IT MAY BE THAT WE ARE GOING TO JUMP TO PAGE 8, THAT

09:08:14   3    THERE'S VERY LITTLE THAT WE WOULD BE ADMITTING HERE.

09:08:42   4          THERE'S A DESCRIPTION AT THE BEGINNING OF THE

09:08:44   5    INTRODUCTION, JUST BASIC BACKGROUND ON THE BUSINESS, WHICH IS

09:08:49   6    FINE, IT'S NOT REALLY RELEVANT TO WHAT THE JURY IS DOING, BUT

09:08:55   7    YOU ARGUE IT WAS RELEVANT TO WHAT THE AUDITOR WOULD BE DOING.

09:08:58   8              MR. CANNON:  YES, YOUR HONOR.

09:08:59   9              THE COURT:  AND IT'S FINE, I MEAN, AND THEN IT TALKS

09:09:05  10    ABOUT HOW SCRAP METAL IS PURCHASED, WHAT PEDDLERS ARE, I'M ON

09:09:09  11    PAGE 6, WHAT ARE BROKERS.

09:09:11  12          THEN IT GETS TO MAJOR ISSUES, AND THAT'S A SECTION THAT I

09:09:14  13    WOULD EXCLUDE ENTIRELY, BUT WOULD ALLOW THE PREAUDIT STEPS ON

09:09:20  14    PAGE 8.

09:09:26  15          THE INTERVIEW QUESTIONS, WHICH ARE EXTENSIVE, 32

09:09:29  16    QUESTIONS.  THERE'S A DEVELOPMENT PROCESS, PAGE 12.  AND IT

09:09:53  17    GOES INTO A LOT OF THINGS THAT SIMPLY DIDN'T PERTAIN IN THIS

09:09:56  18    CASE, MANY KIND OF TAX FRAUD INVOLVING THE SCRAP METAL BUSINESS

09:09:59  19    IT SEEMS.

09:09:59  20          AND SO THAT'S FINE.  AND THEN IT TALKS ABOUT PURCHASERS IN

09:10:10  21    CASH WHICH WE DON'T HAVE, PURCHASERS BY CHECK.

09:10:16  22          THEN WHEN WE GET TO PAGE 15, SELLERS OF SCRAP METAL,

09:10:20  23    THAT'S NOT WHAT WE'RE DEALING WITH HERE, WE ARE DEALING WITH

09:10:23  24    THE PURCHASERS, CORRECT?

09:10:24  25              MR. CANNON:  CORRECT.

```
09:10:25   1        THE COURT:  AND I DON'T THINK IT'S -- I MEAN, IT MAY

09:10:29   2   BE IRRELEVANT, I CERTAINLY -- MAYBE NOBODY CARES WHETHER THAT'S

09:10:34   3   INCLUDED FOR THE JURY OR NOT.

09:10:35   4        MR. CANNON:  I WOULD ACTUALLY LIKE THE SELLER'S

09:10:37   5   PORTION IN, YOUR HONOR, BECAUSE THERE'S -- IT'S OUR POSITION

09:10:41   6   THAT OUR CLIENTS ARE BROKERS, THEY NEVER TAKE PHYSICAL

09:10:44   7   POSSESSION OF IT, AND I THINK THAT MAKES A DIFFERENCE.

09:10:47   8        THE COURT:  BUT THEY'RE NOT SELLERS.

09:10:49   9        MR. CANNON:  CORRECT.

09:10:50  10        SO THE SELLER WOULD BE MR. -- WHAT WAS HIS NAME,

09:10:55  11   HEITMEIER?

09:10:57  12        MR. CANNON:  YES.

09:10:59  13        THE COURT:  HE WAS THE SELLER?

09:11:00  14        MR. CANNON:  CORRECT.

09:11:00  15        THE COURT:  AND MS. LIN WAS EITHER AN INTERMEDIARY

09:11:03  16   FOR A PURCHASER, OR A PURCHASER.

09:11:05  17        MR. CANNON:  OR A BROKER, YOUR HONOR.

09:11:07  18        THE COURT:  THAT'S WHY I USE THE WORD INTERMEDIARY.

09:11:09  19   BUT YES, CERTAINLY BROKER.

09:11:11  20     WELL, I DON'T THINK THERE'S ANYTHING THAT WOULD BE

09:11:16  21   PREJUDICIAL.

09:11:18  22        MR. PITMAN:  WELL, LOOKING AT PAGE 15, YOUR HONOR,

09:11:20  23   BEGINNING WITH THE HEADING MAJOR ISSUES.  AGAIN, THAT APPEARS

09:11:24  24   TO BE A DESCRIPTION OF THE LAW.

09:11:28  25        THE COURT:  OKAY.  IT IS.  THAT'S TRUE.  I WOULD WANT
```

09:11:34  1      THAT TAKEN OUT.

09:11:35  2           MAYBE WE WOULD SKIP TO THE PRE-AUDIT STEPS OUT, AFTER

09:11:38  3      TAKING OUT THE MAJOR ISSUES SECTION, BUT LEAVING IN THE

09:11:43  4      BEGINNING PORTION.  AND THEN LEAVING IN THE INTERVIEW

09:11:53  5      QUESTIONS, THAT'S LARGELY IRRELEVANT, BUT IT MAY HAVE SOME --

09:12:01  6      IT MAY OFFER SOME SUPPORT INFERENTIALLY TO THE DEFENSE.

09:12:09  7           THEN WE GET TO THE COMMON INDUSTRY ISSUES ON PAGE 23, ALSO

09:12:14  8      HAVING SOME LEGAL ISSUES THERE.  IS ANY OF THIS -- THERE IS A

09:12:21  9      SECTION ON INTERNATIONAL ON PAGE 24.

09:12:27  10          MR. CANNON:  I THINK IT'S IMPORTANT IT INCLUDES THE

09:12:31  11     INTERNATIONAL POSITION, YOUR HONOR, BECAUSE IT SAYS IN THIS

09:12:32  12     CASE THE EXAMINER SHOULD CONSIDER THE USE OF A SPONTANEOUS

09:12:36  13     EXCHANGE OF INFORMATION.  SO IT REFLECTS RESOURCES THAT ARE

09:12:40  14     AVAILABLE TO THE EXAMINER TO GET INTERNATIONAL INFORMATION.

09:13:02  15          THE COURT:  IT DOESN'T EXCLUDE THE DEFINITION OF A

09:13:05  16     BROKER, WE CAN USE THE WORD INTERMEDIARY THAT I CHOSE.

09:13:09  17          OKAY.  THAT'S WHAT I WANT TO DO.  MR. PITMAN, I APPRECIATE

09:13:12  18     THAT.  I THINK THAT THIS IS ADMISSIBLE, I DON'T KNOW WHAT YEAR

09:13:16  19     THIS WAS ISSUED.  I DON'T KNOW WHETHER THIS WAS -- HERE'S ONE

09:13:20  20     PROBLEM WITH ADMITTING THIS.

09:13:22  21          I DON'T KNOW WHETHER THIS WAS, IN EFFECT, IN THE RELEVANT

09:13:29  22     YEARS.  I'M NOT EVEN SURE WHAT THE RELEVANT YEARS ARE BECAUSE I

09:13:34  23     KNOW WHAT THE TAX YEARS IN QUESTION ARE.  BUT THE INVESTIGATION

09:13:37  24     ITSELF, I BELIEVE THAT MS. CAMPBELL INDICATED THAT SHE REVIEWED

09:13:41  25     THIS OVER A PERIOD OF TWO YEARS, BUT I DON'T RECALL WHAT PERIOD

09:13:45  1    THAT WAS.  AND SO IF THIS WAS -- IF THIS DOCUMENT DIDN'T EXIST

09:13:50  2    WHEN THE RELEVANT INVESTIGATIONS WERE GOING ON, I NEED TO KNOW

09:13:54  3    THAT.

09:13:54  4         MR. CANNON:  YOUR HONOR, I BELIEVE I DOWNLOADED FROM

09:13:58  5    THE IRS WEBSITE, I BELIEVE IT HAD A PUBLICATION DATE OF 2010 ON

09:14:01  6    THE WEBSITE.  I CAN SHOW THAT TO MR. PITMAN.

09:14:04  7         THE COURT:  I JUST CAN'T TELL THAT FROM THIS SECTION.

09:14:19  8         YOU PROVIDED TO ME A TAX INTENSIVE AUDIT TECHNIQUES GUIDE

09:14:23  9    TABLE OF CONTENTS THAT SHOWS YOUR PRINT DATE OF LAST WEEK, BUT

09:14:29 10    ALSO SAYS REVISION DATE OF APRIL 2010.

09:14:34 11         AND IT INCLUDES CHAPTER 16 ON SCRAP METAL.

09:14:41 12         MR. CANNON:  THAT'S CORRECT.

09:14:42 13         THE COURT:  SO THAT SEEMS TO INDICATE THAT IT WOULD

09:14:46 14    HAVE BEEN, THE CHAPTER WOULD HAVE BEEN EXTANT DURING THE

09:14:50 15    RELEVANT TIME OF THE INVESTIGATION.

09:14:54 16         MR. PITMAN:  SO I THINK GIVEN THAT CONCERN ABOUT THE

09:14:57 17    QUESTIONS ABOUT WHEN THIS DOCUMENT WAS PUBLISHED AND IF IT WAS

09:15:00 18    PUBLISHED AFTER MS. GARRISON HAD FINISHED HER INVESTIGATION,

09:15:03 19    THEN I'M NOT SURE THE RELEVANCE OF THE DOCUMENT ITSELF.  THE

09:15:07 20    JURY IS AWARE THAT THERE WERE GUIDELINES, AND MR. HORDYK HAD

09:15:12 21    TESTIFY ABOUT THE GUIDELINES THAT WERE AVAILABLE FOR EXAMINING

09:15:15 22    SCRAP METAL BUSINESSES.

09:15:17 23         THE COURT:  WELL, ONLY IF HE WORKED FOR THE IRS

09:15:19 24    DURING THAT TIME, OR AS AN EXPERT, HAS REVIEWED THEM NOW.

09:15:22 25         HE'S ONLY STARTING, I DON'T MEAN TO HOLD YOU TO THE

09:15:26  1    TESTIMONY, YOU MAY HAVE BEEN GETTING TO THAT AND WE JUST

09:15:28  2    HAVEN'T GOTTEN THERE.

09:15:29  3              MR. PITMAN:  SO THE OVERALL DOCUMENT IS JUST

09:15:31  4    INJECTING A LOT OF EXTRANEOUS INFORMATION TO THE JURY,

09:15:36  5    INCLUDING THE LEGAL ANALYSIS.

09:15:37  6              THE COURT:  WE HAVE A LOT OF EXTRANEOUS FOR THE JURY

09:15:41  7    IN THIS CASE WITH THIS MANY DOCUMENTS.

09:15:43  8              MR. PITMAN:  AND THIS IS INHERENTLY A LEGAL DOCUMENT.

09:15:45  9    IT INCORPORATES THE IRS'S INTERPRETATION OF THE LAW ON ISSUES

09:15:49  10   WITH WHICH, WITH RESPECT TO WHICH THE COURT IS GOING TO BE

09:15:52  11   INSTRUCTING THE JURY.

09:15:56  12             THE COURT:  THAT'S WHY I'M GOING TO HAVE THOSE

09:15:58  13   REDACTED.

09:15:59  14        WHAT I'M MOST INTERESTED IN ALLOWING, AND THINK THE

09:16:02  15   DEFENSE HAS MADE A CLEAR CASE ON, ARE THE STEP BY STEP APPROACH

09:16:07  16   TO HOW AN AUDIT IS CONDUCTED IN THE SCRAP METAL BUSINESS.

09:16:12  17        I THINK WHAT I'M GOING TO DO IS I'M GOING TO HAVE YOU DO

09:16:15  18   THE REDACTIONS.  AND WE CAN, IF THERE'S A DISAGREEMENT, I CAN

09:16:18  19   LOOK AT THEM FURTHER, BUT I THINK YOU HAVE A -- WE'VE WALKED

09:16:22  20   THROUGH IT PRETTY THOROUGHLY, I THINK YOU KNOW WHAT I'M LOOKING

09:16:25  21   TO TAKE OUT.

09:16:27  22        THERE ARE SOME EXTRANEOUS THINGS, I DON'T FIND THEM

09:16:31  23   PREJUDICIAL, I DON'T FIND THEM CONFUSING.  I THINK A REASONABLE

09:16:34  24   JURY WILL KNOW WHAT TO IGNORE.  THE JURIES IN DOCUMENT CASES

09:16:38  25   ARE WELL EQUIPPED TO IGNORE THINGS THEY DON'T FIND TO BE

09:16:41  1    IMPORTANT IN MAKING THEIR DECISION, AND THEY ARE TOLD THAT THEY

09:16:45  2    MAY GIVE EACH PIECE OF EVIDENCE THE WEIGHT THEY THINK IT

09:16:48  3    DESERVES.  AND IT'S NOT FOR ME TO TELL THEM HOW TO CONSIDER THE

09:16:51  4    EVIDENCE.  YOU CAN ARGUE IT.

09:16:54  5         SO HAVING SOME EXTRANEOUS INFORMATION, I AM PREPARED TO

09:17:02  6    ERR ON THE SIDE OF THE DEFENSE TO DRAW INFERENCES FROM SOME OF

09:17:05  7    THAT AND ON 403 ANALYSIS, DO NOT FIND IT TO BE, EVEN THOUGH THE

09:17:09  8    PROBATIVE VALUE MAY BE MINOR, I DON'T SEE ANY PREJUDICIAL

09:17:13  9    EFFECT FROM IT.

09:17:14  10        SO EVEN THERE, I'M NOT GOING TO EXCLUDE IT.  BUT I THINK

09:17:19  11   THAT OVERALL, WITH THE TESTIMONY OF THIS EXPERT ABOUT THE GUIDE

09:17:27  12   BEING RELEVANT TO AN INVESTIGATION OF THIS SORT, IT PUTS IN

09:17:33  13   CONTROVERSY, AGENT GARRISON'S TESTIMONY THAT BECAUSE THIS

09:17:37  14   WASN'T A CASH INTENSIVE BUSINESS, SHE DISREGARDED THIS.  I

09:17:40  15   THINK THAT'S REASONABLE.

09:17:41  16        OKAY.  SO WITH THOSE LIMITATIONS, I WILL ADMIT THIS

09:17:44  17   DOCUMENT.

09:17:46  18        AND MR. HORDYK IS HERE, HE WILL UNDERSTAND WHAT HE'S NOT

09:17:48  19   ALLOWED TO TALK ABOUT.  AND I THINK I WAS CLEAR YESTERDAY ON NO

09:17:53  20   QUESTIONS THAT WOULD ELICIT TESTIMONY ABOUT HIS VIEW OF THE

09:17:57  21   LAW.

09:17:58  22        LET ME -- AND I GATHER OUR JURORS ARE NOT ALL HERE YET?

09:18:02  23        THE CLERK:  WE ARE STILL MISSING ONE.

09:18:04  24        THE COURT:  OKAY.  THEN WE HAVE ALL THE TIME IN THE

09:18:06  25   WORLD RIGHT NOW.  AND WE ARE ALL MORE SHARP THAN WE WILL BE

09:18:10   1      TODAY AT 5:00.

09:18:11   2           THE ISSUE OF MR. NI AS TO WHETHER HE QUALIFIES, I DID

09:18:18   3      RECEIVE THE OPPOSITION TO THE MOTION TO EXCLUDE.  I'M TRYING

09:18:24   4      TO -- I DON'T THINK I NEED TO HEAR IN A DAUBERT SETTING OUTSIDE

09:18:29   5      THE PRESENCE OF THE JURY, TESTIMONY FROM MR. NI ABOUT HIS

09:18:32   6      QUALIFICATIONS.  AND I JUST WANT TO CONFIRM THAT, IT APPEARS

09:18:37   7      THAT HIS LAW FIRM RESUME IS WHO HE IS.

09:18:41   8           MR. CANNON:  YES.

09:18:41   9           THE COURT:  OKAY.  AND SO I WILL TELL THAT YOU IN MY

09:18:51   10     VIEW OF LOOKING AT THE ARGUMENTS AND MR. NI'S QUALIFICATIONS,

09:18:57   11     FIRST OF ALL, HE APPEARS TO BE AN EXTRAORDINARILY ACCOMPLISHED

09:19:01   12     ATTORNEY.

09:19:03   13          AND SO I DON'T MEAN TO DIMINISH HIS PROFESSIONAL SUCCESS

09:19:06   14     IN ANY WAY.  HE IS ABSOLUTELY AN UTTERLY UNQUALIFIED TO TESTIFY

09:19:12   15     ON CULTURAL ISSUES.

09:19:14   16          IT WOULD BE LIKE ASKING SOMEONE TO TESTIFY ABOUT THE

09:19:18   17     CULTURE OF THE AMERICAN SOUTH BECAUSE THEY READ THE LOUISIANA

09:19:23   18     NEWSPAPERS.  HE DOESN'T APPEAR TO BE ANY MORE INFORMED THAN A

09:19:28   19     CITIZEN OF THE COUNTRY WHO IS -- WHO READS THE NEWSPAPER.  AND

09:19:32   20     THAT'S JUST NOT ENOUGH.

09:19:33   21          SO I'M NOT GOING TO ALLOW ANY TESTIMONY ON CULTURAL

09:19:38   22     ISSUES.

09:19:39   23          AND THERE IS ONE ISSUE THAT MAY BE RELEVANT, NOW I HAVE

09:19:44   24     TO -- LET ME JUST FIND THE GOVERNMENT'S ARGUMENT ON IT.

09:19:50   25     MR. MAGNANI, YOU SUGGESTED A CONDITIONALLY RELEVANT PORTION OF

09:19:58  1    THE TESTIMONY ON THE ISSUE OF NOMINEES.

09:20:16  2            MR. MAGNANI:  YES, YOUR HONOR.

09:20:17  3            THE COURT:  SO I THINK PARTLY I NEED TO BE CAREFUL

09:20:19  4    ABOUT THE ORDER OF PRESENTATION OF THE EVIDENCE, AND I THINK

09:20:21  5    THAT'S REALLY WHAT YOU'RE ALERTING ME TO MR. MAGNANI; IS THAT

09:20:26  6    RIGHT?

09:20:26  7            MR. MAGNANI:  YES, YOUR HONOR.

09:20:27  8            THE COURT:  OKAY.  SO I THINK THAT BASED ON MR. NI'S

09:20:33  9    EXPERIENCE AND HIS EDUCATION AS A LAWYER, THAT HE CERTAINLY

09:20:42  10   COULD TESTIFY ABOUT THE ROLE OF A NOMINEE.  BUT I GUESS IT'S

09:20:47  11   MS. LIN, SHE'S THE ONE WHO WOULD HAVE BEEN A NOMINEE, IF AT

09:20:50  12   ALL, CORRECT?

09:20:51  13           MR. CANNON:  THAT'S CORRECT.

09:20:52  14           THE COURT:  THEN MS. LIN NEEDS TO TESTIFY, AND WE

09:20:55  15   NEED TO KNOW WHAT THAT TESTIMONY IS.  IT'S BEEN REPRESENTED IN

09:20:58  16   MS. LIN'S OPENING STATEMENT, AS OF YESTERDAY, THAT SHE WILL

09:21:02  17   TESTIFY.

09:21:02  18       SO I HAVE HIGH CONFIDENCE THAT THAT WILL HAPPEN.  ALTHOUGH

09:21:06  19   MS. LIN RETAINS HER CONSTITUTIONAL RIGHT NOT TO TESTIFY UNTIL

09:21:09  20   THE MOMENT SHE TAKES THE STAND, AND I WOULD CERTAINLY NOT DENY

09:21:16  21   HER THAT RIGHT TO EXERCISE THE RIGHT NOT TO TESTIFY.  I THINK

09:21:18  22   WE'RE PRETTY CONFIDENT THAT THAT'S, ALL SIGNALS ARE GO ON THAT.

09:21:24  23       BUT I WANT THE FOUNDATION OF THE TESTIMONY BEFORE MR. NI

09:21:29  24   TESTIFIES SO THAT HE DOESN'T COLOR FOR THE JURY, A PICTURE THAT

09:21:37  25   IS NOT IN ANY WAY REPRESENTED.

09:21:40  1      SO THAT SHOULDN'T BE A PROBLEM IN ORDER OF TESTIMONY.

09:21:45  2   WHERE IS HE TRAVELLING FROM?

09:21:46  3          MR. CANNON:  HE'S ACTUALLY -- HE WAS TRAVELLING TO

09:21:49  4   NEW YORK WITH A DELEGATION FROM THE PEOPLE'S REPUBLIC MEETING

09:21:54  5   WITH THE PEOPLE AT THE U.N.

09:21:56  6          THE COURT:  OKAY.  AND I WILL JUST SAY THEY SPENT

09:22:01  7   SOME TIME LOOKING AT THE -- I ESPECIALLY RELIED ON THE

09:22:06  8   NINTH CIRCUIT ON THE CULTURAL TESTIMONY, U.S. VERSUS CASTENEDA,

09:22:13  9   U.S. VERSUS URIE, AND OF COURSE JINRO V. SECURE INVESTMENTS.

09:22:24  10  JINRO, THE WHOLE CASE WAS THROWN OUT BECAUSE OF THE

09:22:27  11  IMPROPER STEREOTYPICAL TESTIMONY THAT HARMED THE DEFENSE.  BUT

09:22:32  12  IT WAS -- IT HAS BEEN RELIED ON AS SETTING THE STANDARD SINCE

09:22:40  13  THEN.

09:22:41  14  AND QUITE FRANKLY, I THINK AS WE SEE IN THE CASTENEDA

09:22:44  15  CASE, THE NINTH CIRCUIT SAYS, IN THAT CASE, THERE SIMPLY WAS NO

09:22:47  16  NEED FOR THE EXPERT TESTIMONY.

09:22:49  17  HERE, AGAIN, I THINK THAT -- I DON'T THINK WE ARE TRYING

09:22:54  18  TO -- THAT THE DEFENSE IS TRYING TO EXPLAIN CONCEPTS THAT ARE

09:22:59  19  IRRATIONAL, UNFAMILIAR.

09:23:02  20  YOU KNOW, THIS KIND OF TESTIMONY IS GIVEN IN AN ANALOGOUS

09:23:06  21  SENSE IN CHILD ABUSE ACCOMMODATION SYNDROME TESTIMONY WHEN

09:23:13  22  CHILDREN SUBMIT TO ABUSERS OVER AND OVER AGAIN.  AND IT DEFIES

09:23:21  23  ONE'S INSTINCTUAL VIEW THAT WHEN ONE IS HARMED AND ASSAULTED,

09:23:25  24  YOU RUN TO A PARENT OR AN ADULT TO SEEK HELP AND THESE CHILDREN

09:23:31  25  DON'T.  EVEN TALKING ABOUT RECANTING AND PROTECTING.

09:23:34  1          AND IT'S CONTROVERSIAL, BUT IT'S BECOME PRETTY COMMON.

09:23:39  2          HERE, WE DON'T HAVE THAT AT ALL.  AND FRANKLY, THE

09:23:45  3  DEFENDANTS THEMSELVES, OR MS. LIN, I DON'T KNOW WHETHER

09:23:49  4  MS. HORNG IS GOING TO TESTIFY, THERE'S BEEN NO REPRESENTATION

09:23:52  5  THAT HE WILL, BUT MS. LIN IS CERTAINLY CAPABLE OF TESTIFYING

09:23:55  6  ABOUT HOW HER FAMILY OPERATED, AND MR. LIN, HER BROTHER, WHO

09:24:02  7  WILL BE TESTIFYING, OBVIOUSLY HE'S AN IMPORTANT PARTICIPANT IN

09:24:06  8  THAT, CAN GIVE THAT TESTIMONY.

09:24:08  9          SO I DON'T THINK IT'S A MATTER THE JURY NEEDS EXPLANATION

09:24:11  10  ON.  I DON'T THINK THAT, AND WE ARE NOT GOING TO HAVE AN EXPERT

09:24:16  11  TESTIFYING ABOUT CURRENCY CONTROLS.  BECAUSE THE JURY IS GOING

09:24:23  12  TO BE, I THINK IT'S GOING TO BE CONFUSING.

09:24:26  13          I HAVE REAL CONCERNS THAT IF WE START GOING DOWN THE ROAD

09:24:29  14  OF TESTIMONY ABOUT HOW INDIVIDUALS IN CHINA AND TAIWAN MOVE

09:24:36  15  THEIR MONEY TO THE U.S., THE JURY IS GOING TO BECOME VERY

09:24:39  16  CONFUSED AND DISTRACTED BY WHETHER THAT'S LEGAL OR ILLEGAL.

09:24:43  17  AND THAT'S NOT THE ISSUE HERE.

09:24:44  18          MR. CANNON:  YOUR HONOR, I WOULD LIKE TO SAY TWO

09:24:46  19   THINGS.

09:24:47  20          ONE IS A PREFACE.  I WOULD LIKE TO SAY THAT CASES THAT

09:24:50  21  DEAL WITH THE PROSECUTION USING A CULTURAL EXPERT ARE VERY

09:24:55  22  DIFFERENT, WHERE A DEFENDANT WOULD LIKE TO INTRODUCE THAT TYPE

09:24:57  23  OF EVIDENCE, BECAUSE A DEFENDANT HAS A CONSTITUTIONAL RIGHT TO

09:25:01  24  PRESENT A DEFENSE, AND THE PROSECUTION IS IN A VERY DIFFERENT

09:25:04  25  POSITION.

09:25:04  1          THE COURT:  TRUE.

09:25:05  2          MR. CANNON:  SO WE HAVE DIFFERENT STANDARDS.

09:25:11  3      AND I THINK IN THE CONTEXT OF THIS CASE, IT'S REALLY

09:25:13  4  IMPORTANT TO PRESENT TESTIMONY ABOUT ONE, CHINA HAS CURRENCY

09:25:16  5  CONTROLS, AND TWO, HOW CHINESE PEOPLE MOVE MONEY OUT OF CHINA

09:25:20  6  THROUGH A RESPECTED PROFESSION.  BECAUSE I THINK THAT'S REALLY

09:25:24  7  IMPORTANT.

09:25:25  8      MR. NI IS PREPARED TO TESTIFY THAT CHINA DOES HAVE

09:25:28  9  CURRENCY CONTROLS, THAT PEOPLE, THE CHINESE PEOPLE, AND WITHOUT

09:25:31 10  TALKING ABOUT CULTURAL ISSUES, SIMPLY SAY, THE FACTS ARE THE

09:25:36 11  CHINESE PEOPLE COMMONLY MOVE MONEY OUT OF CHINA THROUGH

09:25:39 12  NOMINEES AND THROUGH INTERNATIONAL TRADING COMPANIES.

09:25:43 13          THE COURT:  SO THAT WOULD BE TOO BROAD FOR MR. NI

09:25:47 14   BECAUSE I ACTUALLY DON'T THINK HE'S AN EXPERT ON THE GENERAL

09:25:50 15   PRACTICES OF THE WEALTHY IN CHINA.

09:25:54 16      I THINK THAT HE CAN CERTAINLY TESTIFY THAT IN HIS BUSINESS

09:25:59 17  AS A LAWYER, HE HAS OFTEN BEEN RETAINED TO ASSIST CLIENTS WHO

09:26:06 18  WISH TO ACCOMPLISH CERTAIN THINGS BECAUSE OF CURRENCY CONTROLS.

09:26:15 19      THERE'S NO INDICATION THAT HE HAS EVER, AS A SOCIAL

09:26:18 20  SCIENTIST, STUDIED THE CONDUCT OF ANY GROUP OF CHINESE PEOPLE.

09:26:22 21  I ASSUME WE ARE TALKING ABOUT THE WEALTHY, BUT EVEN THAT'S A

09:26:26 22  TERM I COULDN'T DEFINE.

09:26:28 23          MR. CANNON:  AND I JUST WANT TO MAKE SURE I

09:26:30 24   UNDERSTAND THE COURT'S ORDER, BECAUSE I THINK THAT THERE'S A

09:26:31 25   LINE THAT I'M GOING TO KIND OF BE --

09:26:34  1          THE COURT:  THAT'S RIGHT.  BUT I THINK IT DOES ALLOW

09:26:36  2   YOU TO PRESENT MR. NI'S TESTIMONY, BUT IN A MORE LIMITED WAY.

09:26:41  3          MR. CANNON:  OKAY.

09:26:41  4          THE COURT:  AND HE WOULD BE SAYING, I'M SURE HE WILL

09:26:44  5   TESTIFY THAT THE LIN FAMILY IS NOT A CLIENT OF HIS.

09:26:46  6          MR. CANNON:  CORRECT.

09:26:47  7          THE COURT:  OKAY.

09:26:48  8          MR. CANNON:  SO HE CAN TESTIFY THAT HIS CLIENTS, SOME

09:26:51  9   OF HIS CLIENTS WOULD LIKE TO MOVE MONEY OUT OF CHINA AND THIS

09:26:55  10  IS HOW THEY DO IT AND THESE ARE THE REASONS WHY THEY DO IT.

09:26:57  11         THE COURT:  HE CAN TESTIFY, I AM FAMILIAR WITH THE

09:26:59  12  PRACTICE.

09:27:00  13         MR. CANNON:  GOT IT.

09:27:00  14         THE COURT:  OF A PROFILE OF AN INDIVIDUAL WHO DESIRES

09:27:05  15  LEGAL ASSISTANCE IN ACHIEVING A RESULT.

09:27:08  16         MR. CANNON:  OKAY.

09:27:09  17         THE COURT:  AND THEN HE IS TESTIFYING, FROM HIS

09:27:11  18  EXPERTISE, HE IS NOT GENERALIZING ABOUT THE COUNTRY.

09:27:16  19         MR. CANNON:  VERY GOOD.

09:27:17  20         THE COURT:  ALL RIGHT.

09:27:17  21      MR. MAGNANI?

09:27:18  22         MR. MAGNANI:  THE ONLY THING, YOUR HONOR, IS I THINK

09:27:20  23  THAT THE SAME ARGUMENTS THAT THE GOVERNMENT MADE ABOUT

09:27:22  24  CONDITIONAL RELEVANCY WOULD APPLY NOT ONLY TO NOMINEES, BUT

09:27:25  25  ALSO TO THE CURRENCY CONTROLS THING.

09:27:27  1            THE COURT:  ABSOLUTELY.  SO I THINK WE WILL LAY THE

09:27:30  2     FOUNDATION FIRST.

09:27:30  3            MR. CANNON:  YES.

09:27:31  4            THE COURT:  AND SO WE'VE GOT MS. LIN AND MR. LIN, I

09:27:35  5     DON'T KNOW WHETHER HE'S GOING TO TESTIFY TODAY, IF HE'S EVEN

09:27:39  6     HERE YET.

09:27:43  7            MS. POLLOCK:  MR. LIN IS GOING TO TESTIFY FIRST,

09:27:45  8     YOUR HONOR.

09:27:45  9            THE COURT:  OH, FIRST.  OKAY.

09:27:48  10           MS. POLLOCK:  FOLLOWING MR. HORDYK.

09:27:50  11           THE COURT:  YEAH.  OKAY.

09:27:52  12        SO I THINK THEN I CAN RESPECT THE GOVERNMENT'S VALID

09:27:58  13    CONCERN ABOUT THE RELEVANCE IN NOT ALLOWING OTHER WITNESSES TO,

09:28:04  14    ESSENTIALLY, TESTIFY FOR THE DEFENDANTS.

09:28:07  15        THEN MS. LIN WILL TESTIFY, MR. LIN, HER BROTHER, WILL

09:28:10  16    TESTIFY, LAYING OUT THE FACTUAL CIRCUMSTANCES OF THIS CASE, AND

09:28:16  17    THEN MR. NI CAN TESTIFY, STAYING AWAY FROM THE CULTURAL ISSUE,

09:28:22  18    I'M NOT GOING TO ALLOW THAT, AND STAYING AWAY FROM ANY GROSS

09:28:26  19    GENERALIZATIONS ABOUT WHAT INDIVIDUALS IN CHINA DO, BUT LIMIT

09:28:30  20    IT TO HIS OWN EXPERIENCE AND EXPERTISE, WHICH I THINK THAT IS

09:28:33  21    RELEVANT, AND I THINK THAT THAT WILL GIVE THE JURY A PICTURE

09:28:37  22    OF -- I THINK IT'S APPROPRIATE TO GIVE THE JURY A PICTURE OF

09:28:42  23    THE LEGITIMACY OF THE CONDUCT IN A WAY THAT, TELLING THE JURY

09:28:50  24    WHAT PEOPLE DO IS VERY DIFFERENT, AND I THINK THAT'S WHERE -- I

09:28:52  25    THINK IT GETS TO BE A DISTRACTION FOR THE JURY, AS OPPOSED TO

| | | |
|---|---|---|
| 09:28:55 | 1 | WHAT INDIVIDUALS WHO SEEK OUT A HIGHLY ACCOMPLISHED ATTORNEY |
| 09:29:02 | 2 | LIKE MR. NI AND SEEK TO USE HIS ADVICE TO ACCOMPLISH THESE |
| 09:29:06 | 3 | MEANS, THESE ENDS. |
| 09:29:08 | 4 | OKAY.  SO I THINK THAT TAKES CARE OF THE DAUBERT. |
| 09:29:13 | 5 | MR. CANNON:  I THINK SO. |
| 09:29:14 | 6 | THE COURT:  SO THIS ENDED UP BEING A GOOD USE OF TIME |
| 09:29:18 | 7 | WHILE THE POOR JURORS ARE SITTING IN TRAFFIC. |
| 09:29:21 | 8 | THE CLERK:  OUR LAST ARRIVED JUST A MOMENT AGO. |
| 09:29:23 | 9 | THE COURT:  WELL, THAT'S EXCELLENT.  OKAY. |
| 09:30:09 | 10 | OKAY.  CAN WE BRING IN OUR JURY? |
| 09:30:12 | 11 | MR. PITMAN:  YOUR HONOR, I HAD ONE MORE ISSUE FOR THE |
| 09:30:14 | 12 | COURT. |
| 09:30:15 | 13 | THE COURT:  YES, MR. PITMAN. |
| 09:30:16 | 14 | MR. PITMAN:  THE COURT HAD REQUESTED YESTERDAY IN |
| 09:30:17 | 15 | RESPONSE TO THE MOTION TO DISMISS COUNT 1 OF THE INDICTMENT. |
| 09:30:19 | 16 | THE COURT:  YES. |
| 09:30:20 | 17 | MR. PITMAN:  SO I WAS ABLE TO DO SOME RESEARCH ON THE |
| 09:30:22 | 18 | ISSUE, AND I'M HAPPY TO SHARE IT WITH YOU, OR I CAN JUST FILE |
| 09:30:26 | 19 | IT AFTER COURT, IF YOU PREFER. |
| 09:30:28 | 20 | THE COURT:  WHY DON'T YOU GIVE ME A THUMBNAIL SKETCH |
| 09:30:31 | 21 | OF IT.  I DON'T KNOW WHETHER THE DEFENSE HAS A COPY OF THIS OR |
| 09:30:34 | 22 | NOT, I CERTAINLY WANT THEM TO BE ABLE TO REVIEW IT AS WELL. |
| 09:30:36 | 23 | MS. POLLOCK:  JUST FOR THE RECORD, I WAS GOING TO BE |
| 09:30:38 | 24 | FILING SOMETHING SUPPLEMENTAL TONIGHT.  WE HAVEN'T SEEN THIS. |
| 09:30:42 | 25 | THE COURT:  OKAY.  WHAT WAS THE FRUIT OF YOUR |

09:30:44  1    RESEARCH?

09:30:45  2         MR. PITMAN:  SO I SUGGESTED TO THE COURT THAT IT WAS

09:30:47  3    POSSIBLE THE ARGUMENT WAS WAIVED BECAUSE IT WASN'T RAISED

09:30:49  4    BEFORE TRIAL.

09:30:50  5         AND I THINK THE APPLICABLE RULE IS RULE 12.  UNDER

09:30:56  6    RULE 12, A MOTION TO DISMISS BASED ON A DEFECT IN AN INDICTMENT

09:31:00  7    MUST BE RAISED IN A PRETRIAL MOTION IF THE BASIS FOR THE MOTION

09:31:05  8    IS REASONABLY AVAILABLE BEFORE TRIAL.

09:31:09  9         AND THAT'S RULE 12(B)(3)(B).  SO I WOULD ARGUE BASED ON

09:31:19  10   THAT RULE, THAT THE MOTION TO DISMISS IN THIS CASE, WHICH IS

09:31:22  11   APPARENTLY BASED, AS I UNDERSTAND IT, ON A FACIAL DEFECT IN THE

09:31:26  12   INDICTMENT, UNTIMELY UNDER THAT RULE, BECAUSE THE MOTION WAS

09:31:30  13   NOT BROUGHT BEFORE TRIAL.

09:31:34  14        HOWEVER UNDER RULE 12(C)(1), THE COURT IS FREE TO CONSIDER

09:31:40  15   AN UNTIMELY MOTION SO LONG AS GOOD CAUSE FOR THE DELAY IS

09:31:45  16   SHOWN.

09:31:47  17        AND AGAIN, I WAS STRUGGLING LAST NIGHT TO TRY TO FIND, I

09:31:52  18   WAS NOT ABLE TO FIND A NINTH CIRCUIT THAT INTERPRETED THAT

09:31:55  19   STANDARD IN THIS CONTEXT, BUT I DID FIND A RECENT CASE FROM THE

09:32:01  20   SIXTH CIRCUIT WHICH IS AN UNREPORTED CASE, AND THE CITE FOR IT

09:32:07  21   IS 678, FEDERAL APPENDIX 335.

09:32:12  22        AND IN THAT CASE, THE SIXTH CIRCUIT DISCUSSES THE GOOD

09:32:17  23   CAUSE STANDARD AND HOW IT'S APPLIED, BUT AT A MINIMUM, THIS IS

09:32:22  24   A QUOTE FROM THE OPINION, AT A MINIMUM, A PARTY MUST ARTICULATE

09:32:27  25   SOME LEGITIMATE EXPLANATION FOR THE FAILURE TO TIMELY FILE.

09:32:34   1          THE COURT:  ALL RIGHT.

09:32:35   2          WELL, I WANT TO SEE THE RESPONSE BECAUSE, IN FACT, I DON'T

09:32:39   3   NEED TO WORRY ABOUT THIS UNTIL WE SEND THE CASE TO THE JURY.

09:32:42   4   AND IT'S AN IMPORTANT ISSUE.

09:32:45   5          ANSWER THIS QUESTION FOR ME, THIS MAY SOUND LIKE CRIMINAL

09:32:48   6   LAW, CRIMINAL PROCEDURE 101, IF A MOTION LIKE THIS HAD BEEN

09:32:53   7   BROUGHT, SAY, AT THE FINAL PRETRIAL CONFERENCE, THAT YOU

09:32:58   8   INDICATE WOULD BE TIMELY, WOULD THE GOVERNMENT HAVE BEEN ABLE

09:33:01   9   TO ELECT TO FILE A SUPERSEDING INDICTMENT?

09:33:07  10          MR. PITMAN:  I WOULD IMAGINE SO, YOUR HONOR.  I CAN'T

09:33:09  11   THINK OF A REASON WHY NOT.

09:33:11  12          THE COURT:  I MEAN, YOU WOULD HAVE TO GO BACK TO THE

09:33:13  13   GRAND JURY AND ALL OF THOSE PROCEDURES, AND SHOULD THAT CAUSE

09:33:17  14   PREJUDICE TO THE DEFENSE, THEY COULD ASK FOR A TRIAL

09:33:19  15   CONTINUANCE, BUT I'M JUST TRYING TO UNDERSTAND JUST THE

09:33:25  16   CIRCUMSTANCES OF GRANTING A MOTION LIKE THIS.

09:33:28  17          I MEAN, TYPICALLY WE SEE THESE THROUGHOUT PROCEEDINGS,

09:33:31  18   I'VE NEVER SEEN ONE BROUGHT ON A FACIAL ATTACK.  AND I WANT TO

09:33:34  19   SEE WHAT THE DEFENSE COMES UP WITH, BECAUSE THE AMOUNT DOES

09:33:37  20   APPEAR TO BE AN ESSENTIAL ELEMENT OF THE CRIME.

09:33:40  21          MR. PITMAN:  NO, YOUR HONOR, IT'S NOT.

09:33:43  22          THE COURT:  IT'S NOT?  THEN ARE YOU ALSO ARGUING THAT

09:33:45  23   IT'S NOT -- I THOUGHT THAT WAS THE BASIS OF THE MOTION WAS THAT

09:33:49  24   THE $10,000 AMOUNT WAS AN ESSENTIAL ELEMENT, NOT PLED IN THE

09:33:53  25   INDICTMENT.

09:33:53  1              MR. CANNON:  THAT IS.

09:33:54  2              THE COURT:  I GUESS I HAVE TO LOOK AT THE STATUTE.

09:33:56  3              MR. PITMAN:  YEAH.  THE STATUTE IS 72061, YOUR HONOR.

09:34:00  4      WHICH IS FILING A FALSE TAX RETURN.  AND THE ELEMENTS ARE SET

09:34:03  5      FORTH IN THE JURY INSTRUCTIONS.

09:34:05  6              THE COURT:  YEAH, I WAS JUST GOING TO TURN TO THE

09:34:07  7      JURY INSTRUCTIONS, LET'S SEE WHICH ONE THAT IS.  OKAY.  IT'S

09:35:10  8      INSTRUCTION NUMBER 50.  SO THE FILING OF A FALSE TAX RETURN

09:35:14  9      DOESN'T PERTAIN SPECIFICALLY TO FOREIGN ACCOUNTS.

09:35:17  10             MR. PITMAN:  THAT'S CORRECT.

09:35:18  11          I THINK THE ELEMENT THAT WOULD APPLY IS MATERIALITY.

09:35:27  12             THE COURT:  AND I WOULD PRESUME THERE ARE IRS

09:35:29  13     REGULATIONS THAT MR. CANNON IS REFERRING TO INDICATING THAT NO

09:35:29  14     REPORT IS NECESSARY UNLESS.

09:35:40  15             MR. PITMAN:  THAT'S CORRECT.

09:35:40  16             THE COURT:  OKAY.  WELL, IT MAY BE THAT THE

09:35:41  17     TIMELINESS THEN IS NOT EVEN AT ISSUE BECAUSE IT'S NOT AN

09:35:55  18     ESSENTIAL ELEMENT OF THE CRIME ITSELF AND I DON'T EVEN KNOW IF

09:35:58  19     THERE'S A DEFICIENCY IN THE PLEADING.

09:35:59  20          CLEARLY, IN ORDER TO CONVICT, THE JURY WOULD HAVE TO BE

09:36:03  21     ADVISED THAT ONLY FOREIGN ACCOUNTS WITH A VALUE OF $10,000, AND

09:36:08  22     I DON'T KNOW WHETHER WE HAVE THAT INSTRUCTION, DO WE?

09:36:11  23             MR. PITMAN:  I HAVE PROPOSED IT, YOUR HONOR.

09:36:12  24             THE COURT:  THAT'S IN THE NEW ONES YOU GAVE ME.

09:36:14  25             MR. PITMAN:  IT'S ACTUALLY IN THE OLD ONES AS WELL.

```
09:36:17   1              THE COURT:  IS IT?  SORRY.
09:36:32   2          SO YOU CALL IT, MUST PROVE EACH OF THE FOLLOWING ELEMENTS.
09:36:52   3   WELL, I GUESS WE REALLY NEED TO TAKE A STEP BACK HERE, THIS
09:36:55   4   RAISES THE ISSUE OF THE REQUIREMENT OF THE INDICTMENT LAYING
09:37:01   5   OUT THE SPECIFIC ELEMENTS OF WHAT MAKES A VIOLATION MATERIAL.
09:37:08   6              MR. CANNON:  CORRECT.
09:37:10   7              THE COURT:  I WILL NEED SOME CASE AUTHORITY FROM YOU,
09:37:12   8   MR. CANNON THAT TELLS ME THAT.
09:37:14   9              MR. CANNON:  WE WILL GET YOU THAT, YOUR HONOR.
09:37:15  10              THE COURT:  I APPRECIATE THAT.
09:37:16  11          OKAY.  THAT SOUNDS FINE.  ALL RIGHT.  NOW WE CAN BRING IN
09:37:20  12   OUR JURY.
09:37:21  13              (JURY IN AT 9:37 A.M.)
09:37:21  14              ///
          15
          16
          17
          18
          19
          20
          21
          22
          23
          24
          25
```

**(PARTIAL) DIRECT EXAMINATION BY MR. CANNON**

09:37:21   1

09:37:21   2

10:09:52   3   Q.   OKAY.  AND ARE THERE THEORIES OF HOW TO DO AN

10:09:56   4   INVESTIGATION, AND BY THIS I MEAN, WHAT DO REVENUE AGENTS DO TO

10:10:02   5   DEAL WITH OBSERVATIONAL BIAS?

10:10:05   6   A.   OBSERVATIONAL BIAS IS A CONCEPT THAT YOU START OUT WITH --

10:10:17   7   ALL RIGHT.  SO YOU LOOK AT A BANK ACCOUNT AND THERE'S -- EVERY

10:10:21   8   MONTH THERE'S A HUNDRED DOLLARS DEPOSITS AND I'M JUST USING

10:10:24   9   THAT FIGURE, THERE'S A HUNDRED DOLLARS DEPOSITED IN THE BANK

10:10:27   10   ACCOUNT, OKAY.

10:10:29   11       AND YOU FIND THAT THAT'S THEIR INCOME, JUST A FIGURE, I'M

10:10:35   12   ILLUSTRATING SOMETHING HERE.  AND SOMETIMES EVERY YEAR THERE'S

10:10:39   13   A DEPOSIT OF, SAY, A THOUSAND DOLLARS IN APRIL.  ANY IDEA WHAT

10:10:47   14   THAT MIGHT BE?  WELL, SOMETHING COMES TO MIND BUT IT WOULD ON

10:10:53   15   THE ONE HAND TRIGGER AN INTEREST, RIGHT, HUNDRED DOLLARS AND

10:10:56   16   ALL THE SUDDEN THERE'S A THOUSAND DOLLARS, YOU WANT TO LOOK AT

10:10:58   17   THAT.

10:10:59   18       AND YOU WOULD.  BUT, PROBABLY THEIR TAX REFUND.

10:11:04   19   Q.   OKAY.  AND SO IF AN AUDITOR IS CONDUCTING AN AUDIT, ARE

10:11:08   20   THERE -- WHAT DO THEY DO ONCE THEY HAVE A HYPOTHESIS?

10:11:15   21   A.   A HYPOTHESIS IS A CONCEPT THAT YOU START OUT WITH THAT,

10:11:21   22   YOU KNOW, AUDITS COME FROM DIFFERENT SOURCES.  IT COULD BE AN

10:11:25   23   INFORMANT, IT COULD BE A BANK LEAD, BANKS DO PROVIDE

10:11:30   24   INFORMATION, AND WITH THAT IN MIND YOU START WITH THE

10:11:34   25   HYPOTHESIS THAT, IT'S NOT ANYWHERE YOU COULD SEE ON THE TAX

10:11:39  1    RETURNS, THE HYPOTHESIS IS THIS IS UNREPORTED INCOME.

10:11:45  2         SO WHAT YOU WOULD DO IS YOU WOULD START WITH THAT

10:11:48  3    HYPOTHESIS TO PROVE IT.  AND AT THE END OF THAT, WHATEVER YOUR

10:11:55  4    RESULT IS, IF IT'S IN FAVOR OF THE GOVERNMENT, IT'S IMPORTANT

10:11:58  5    TO DISPROVE IT BECAUSE OPERATIONAL BIAS CAN TRIGGER A CONCEPT

10:12:05  6    WHERE YOU CLOSE YOUR MIND OFF TO THE OTHER SIDE OF THE STORY.

10:12:11  7         AND REVENUE AGENTS, AND MOST INVESTIGATORS ARE TRAINED

10:12:16  8    THAT THERE'S TWO SIDES TO EVERY STORY.  YOU NEED TO DEVELOP ONE

10:12:20  9    SIDE, BUT YOU ALSO HAVE TO HAVE AN OPEN MIND TO AN ALTERNATIVE

10:12:25  10   POSITION, TWO SIDES TO EVERY STORY.  OPERATIONAL BIAS TENDS TO

10:12:30  11   CLOSE OFF THAT SECOND SIDE.

10:12:32  12   Q.   AND WOULD IT BE FAIR TO SAY THAT IT'S THE RESPONSIBILITY

10:12:36  13   OF THE REVENUE AGENT TO KIND OF ACT AS A DEVIL'S ADVOCATE TO

10:12:41  14   UNDERMINE THEIR OWN THEORY AS TO WHAT HAPPENED?

10:12:43  15   A.   THAT'S WHAT YOU USE TO DISPROVE THE FIRST THEORY.

10:12:46  16   Q.   AND IS THAT STANDARD PRACTICES SET OUT IN THE INTERNAL

10:12:50  17   REVENUE MANUAL?

10:12:51  18   A.   IT IS, YES.

10:12:54  19   Q.   FROM LOOKING AT THE DOCUMENTS YOU'VE SEEN IN THIS CASE AND

10:12:57  20   LISTENING TO THE TESTIMONY YOU'VE LISTENED TO IN COURT AND

10:12:59  21   READING AGENT GARRISON'S REPORT, WHAT DOES IT APPEAR HAPPENED

10:13:02  22   IN THIS CASE?

10:13:03  23   A.   OBSERVATIONAL BIAS.  THERE WAS NO ATTEMPT TO LOOK AT THE

10:13:08  24   OTHER SIDE OF THE STORY TO DISPROVE, INDEED THERE WAS NO

10:13:12  25   ATTEMPT TO IDENTIFY THE SOURCE DOCUMENTS TO FIND OUT WHETHER OR

10:13:15 1   NOT THEY WERE INCOME, WHETHER OR NOT IT WAS A LOAN AND

10:13:17 2   THEREFORE NOT TAXABLE, WHETHER OR NOT IT WAS A TRANSFER,

10:13:20 3   THEREFORE NOT TAXABLE.  WHETHER OR NOT IT WAS AN INHERITANCE,

10:13:24 4   THEREFORE NOT TAXABLE.

10:13:25 5   Q.   DOES THE IRS TRAIN ITS AGENTS TO MAKE A REASONABLE EFFORT

10:13:29 6   TO FIND OUT A DOCUMENT THAT SOURCES THE FUNDS?

10:13:33 7   A.   IT TRAINS THEM AND IT TRAINS THEM ALSO TO THE CONCEPT THAT

10:13:36 8   IT IS A REQUIRED STEP IN EVERY AUDIT.

10:13:39 9   Q.   DOES THE INTERNAL REVENUE MANUAL ALLOW A REVENUE AGENT TO

10:13:44 10  REJECT A TAXPAYER'S EXPLANATION WITHOUT INVESTIGATION?

10:13:47 11  A.   OH, NO.  IT MUST BE INVESTIGATED OR THE TAXPAYER'S

10:13:50 12  POSITION STANDS.

10:13:52 13  Q.   AND DID YOU SEE ANY EVIDENCE HERE, INCLUDING THE EXHIBITS

10:13:56 14  POINTED OUT BY MR. PITMAN, THAT ESTABLISHES THAT THE BANK

10:14:00 15  DEPOSITS IN THIS CASE ARE INCOME?

16       ///

17

18

19

20

21

22

23

24

25

1

2

3

4                          **<u>CERTIFICATE OF REPORTER</u>**

5

6

7

8            I, THE UNDERSIGNED OFFICIAL COURT

9     REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10    THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11    FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12    CERTIFY:

13            THAT THE FOREGOING TRANSCRIPT,

14    CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND

15    CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS

16    SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

17    HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18    TRANSCRIPTION TO THE BEST OF MY ABILITY.

19

20

21

22

23

24    _____

25    SUMMER A. FISHER, CSR, CRR
      CERTIFICATE NUMBER 13185          DATED: 5/16/18