IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-15-00065-BLF |
| | ) | |
| PLAINTIFF, | ) | SAN JOSE, CALIFORNIA |
| | ) | |
| VS. | ) | MAY 15-16, 2018 |
| | ) | |
| LIN, ET AL, | ) | VOLUME 7 - VOLUME 8 |
| | ) | |
| DEFENDANT. | ) | PAGES 1-76 |
| | ) | |
| _____ | ) | **\*PARTIAL TRANSCRIPT\*** |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S

FOR THE PLAINTIFF:        **BY:  MICHAEL G. PITMAN**
                          UNITED STATES ATTORNEY'S OFFICE
                          150 ALMADEN BLVD., SUITE 900
                          SAN JOSE, CA 95113


FOR THE DEFENDANT:        **BY:  RANDY SUE POLLOCK**
LIN                       ATTORNEY AT LAW
                          286 SANTA CLARA AVENUE
                          OAKLAND, CA 94610

APPEARANCES CONTINUED ON NEXT PAGE

OFFICIAL COURT REPORTER:        SUMMER FISHER, CSR, CRR
                                CERTIFICATE NUMBER 13185

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED WITH COMPUTER

```
1        A P P E A R A N C E S  (CONTINUED)

2        FOR THE PLAINTIFF:      BY:  CHRISTOPHER MAGNANI
                                 U.S. DEPARTMENT OF JUSTICE
3                                TAX DIVISION
                                 BEN FRANKLIN STATION
4                                PO BOX 972
                                 WASHINGTON, DC 20044
5

6        FOR THE DEFENDANT:      BY:  CHRISTOPHER J. CANNON
         HORNG                   SUGARMAN & CANNON
7                                737 TEHAMA STREET, UNIT #3
                                 SAN FRANCISCO, CA 94103
8

9        INTERPRETERS:           SHAN TSAN
                                 CHEN-HAO HSU
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

INDEX OF PROCEEDINGS


DEFENDANT'S

**KEN HORDYK**
DIRECT EXAM BY MR. CANNON                    P. 5
CROSS-EXAM BY MR. PITMAN                     P. 52
REDIRECT EXAM BY MR. CANNON                  P. 70

<u>INDEX OF EXHIBITS</u>

<u>IDENT.</u>      <u>EVIDENCE</u>

<u>DEFENDANT'S</u>

1086                        11          39

| | 1 | SAN JOSE, CALIFORNIA                    MAY 15, 2018 |
|---|---|---|
| | 2 | P R O C E E D I N G S |
| | 3 | (COURT CONVENED AT 4:27 P.M.) |
| 04:27:59 | 4 | THE COURT:  OKAY.  MR. HORDYK, IF YOU WOULD COME |
| 04:28:04 | 5 | FORWARD TO THE WITNESS STAND, PLEASE, AND STAND TO BE SWORN. |
| 04:28:07 | 6 | (**DEFENSE WITNESS, KEN HORDYK, WAS SWORN.**) |
| 04:28:09 | 7 | THE WITNESS:  YES. |
| 04:28:17 | 8 | THE CLERK:  PLEASE BE SEATED. |
| 04:28:25 | 9 | AND IF YOU WOULD STATE YOUR NAME AND SPELL YOUR LAST NAME |
| 04:28:28 | 10 | FOR THE RECORD. |
| 04:28:29 | 11 | THE WITNESS:  MY NAME IS KEN HORDYK. |
| 04:28:31 | 12 | LAST NAME IS SPELLED H-O-R-D-Y-K. |
| 04:28:36 | 13 | **DIRECT EXAMINATION** |
| 04:28:36 | 14 | BY MR. CANNON: |
| 04:28:36 | 15 | Q.  AND MR. HORDYK, THIS ISN'T THE FIRST TIME YOU'VE TESTIFIED |
| 04:28:39 | 16 | IN COURT. |
| 04:28:39 | 17 | A.  NO. |
| 04:28:40 | 18 | Q.  AND SO I'M GOING TO ASK YOU SOME QUESTIONS ABOUT YOURSELF |
| 04:28:43 | 19 | SO WE CAN EXPLAIN TO THE JURY WHY WE'VE CALLED YOU TO TESTIFY |
| 04:28:47 | 20 | TODAY. |
| 04:28:48 | 21 | ARE YOU THE PRESIDENT OF HORDYK AND ASSOCIATES? |
| 04:28:52 | 22 | A.  I AM. |
| 04:28:52 | 23 | Q.  AND WHAT IS HORDYK AND ASSOCIATES? |
| 04:28:54 | 24 | A.  HORDYK AND ASSOCIATES IS A FORENSIC ACCOUNTING FIRM, JUST |
| 04:28:59 | 25 | ME. |

DIRECT EXAMINATION BY MR. CANNON

04:29:00   1   Q.   AND WHAT DID YOU DO BEFORE YOU STARTED HORDYK AND

04:29:03   2   ASSOCIATES?

04:29:04   3   A.   I SPENT 32 YEARS AS A UNITED STATES TREASURY AGENT

04:29:09   4   EMPLOYED BY THE INTERNAL REVENUE SERVICE.

04:29:11   5   Q.   AND DID YOU RECEIVE AWARDS DURING THAT TIME?

04:29:14   6   A.   I DID.

04:29:16   7   Q.   AND WHAT DID YOU DO DURING THE LAST 18 YEARS OF YOUR

04:29:20   8   SERVICE WITH THE IRS?

04:29:22   9   A.   I WAS A SPECIAL ASSIGNMENT.  I WAS THE SPECIAL ENFORCEMENT

04:29:27   10   PROGRAM SUPERVISOR HERE IN SAN FRANCISCO, UP THE ROAD.  I HAD

04:29:32   11   21 AGENTS AND SUPPORT STAFF.

04:29:35   12   Q.   AND WHAT IS THE SPECIAL ENFORCEMENT PROGRAM?

04:29:37   13   A.   WELL, I'VE HEARD A COUPLE DEFINITIONS BY AGENT GARRISON

04:29:42   14   AND CAMPBELL, BUT MY UNDERSTANDING, AT THE TIME I TOOK THE

04:29:45   15   RESPONSIBILITY, WAS WE WERE RESPONSIBLE FOR TAX COMPLIANCE OF

04:29:49   16   PEOPLE INVOLVED IN ORGANIZED CRIME, POLITICAL CORRUPTION,

04:29:55   17   NARCOTICS AND ILLEGAL GAMBLING, UNDER U.S. TITLE 26, THAT'S THE

04:30:01   18   INTERNAL REVENUE CODE.

04:30:03   19       AND IN ADDITION, WE HAD SOME RESPONSIBILITIES UNDER U.S.

04:30:06   20   TITLE 31 TO PROTECT THE UNITED STATES CURRENCY.

04:30:07   21   Q.   HAVE YOU OVER SEEN INVESTIGATIONS OF ORGANIZED CRIME?

04:30:10   22   A.   YES.

04:30:13   23   Q.   MONEY LAUNDERING?

04:30:14   24   A.   YES.

04:30:15   25   Q.   ACCOUNTING IRREGULARITIES?

04:30:16  1    A.   YES.

04:30:17  2    Q.   ILLEGAL GAMBLING?

04:30:18  3    A.   MANY.

04:30:19  4    Q.   AND HAVE YOU ALSO HAD EXPERIENCE DEALING WITH FOREIGN

04:30:22  5    TRANSACTIONS?

04:30:22  6    A.   MANY MORE.

04:30:23  7    Q.   CAN YOU EXPLAIN TO THE JURY HOW YOU ACQUIRED EXPERIENCE

04:30:27  8    DEALING WITH FOREIGN TRANSACTIONS WHILE YOU WERE WORKING FOR

04:30:30  9    THE IRS?

04:30:30  10   A.   SURE.

04:30:31  11        IF I CAN PLEASE EXPLAIN IT THIS WAY.  IN 1986, I WAS

04:30:37  12   APPROACHED BY TAKING OVER AN ASSIGNMENT TO TAKE THIS JOB THAT I

04:30:40  13   HAD JUST DESCRIBED TO YOU WITH THE SPECIAL ENFORCEMENT PROGRAM.

04:30:45  14        AT THE TIME, THERE WAS AN ISSUE THAT WAS COMING OUT OF

04:30:50  15   CHINA THAT WE WERE DEEPLY CONCERNED ABOUT, AND THAT WAS THE

04:30:55  16   REVISION BACK OF HONG KONG BACK TO MAINLAND CHINA.

04:30:59  17        HONG KONG WAS UNDER THE CONTROL OF GREAT BRITAIN.  GREAT

04:31:02  18   BRITAIN HAD A 99-YEAR LEASE.  THAT LEASE WAS SET TO EXPIRE

04:31:09  19   JULY 1ST, 1997.

04:31:10  20        AND WITH THAT IN MIND, THERE WAS AN INFLUX OF MONEYS

04:31:13  21   COMING OUT OF HONG KONG TO THE UNITED STATES.  WE WANTED TO GET

04:31:18  22   A HANDLE ON IT, WE WANTED TO CONTROL IT, AND WE WANTED TO

04:31:21  23   PROTECT OUR ECONOMY.

04:31:22  24   Q.   AND SO WHAT DID YOU DO AS A RESULT OF THE HANDING OVER

04:31:26  25   HONG KONG?

DIRECT EXAMINATION BY MR. CANNON

04:31:27  1    A.   THERE WAS QUITE A COORDINATED EFFORT BETWEEN THE STATE

04:31:33  2    DEPARTMENT AND THE UNITED STATES TREASURY DEPARTMENT AND

04:31:35  3    SEVERAL OTHER AGENCIES.

04:31:36  4         AND SPECIFICALLY, I WAS ASSOCIATED WITH IDENTIFYING MONEYS

04:31:42  5    COMING HERE, LOOKING FOR PEOPLE THAT WERE TRYING TO EVADE THE

04:31:49  6    U.S. TAX SYSTEM AND TO TAKE ADVANTAGE OF OUR BANKING SYSTEM.

04:31:53  7    Q.   AND WHILE YOU WERE ENGAGED IN THAT WORK FOR THE UNITED

04:31:57  8    STATES, DID YOU LEARN ABOUT TRANSFERS OF MONEY FROM CHINA TO

04:32:02  9    THE UNITED STATES?

04:32:02  10   A.   OH, INDEED.

04:32:03  11   Q.   DID YOU LEARN HOW TO IDENTIFY THEM?

04:32:05  12   A.   YES.

04:32:05  13   Q.   DID YOU LEARN HOW TO IDENTIFY WHAT AVENUES OF

04:32:10  14   INVESTIGATION ARE AVAILABLE TO REVENUE AGENTS?

04:32:12  15   A.   WE DID.

04:32:12  16   Q.   AND HAVE YOU ACTUALLY TAUGHT COURSES TO IRS REVENUE

04:32:17  17   AGENTS?

04:32:17  18   A.   I HAVE, AND WRITTEN THOSE COURSES.

04:32:20  19   Q.   AND WHAT COURSES HAVE YOU TAUGHT AND WRITTEN?

04:32:22  20   A.   I HELPED WRITE THE TRAINING COURSE THAT AGENTS DO WHEN --

04:32:29  21   THIS IS A GENERAL PROGRAM OF REVENUE AGENTS WHO COME INTO THE

04:32:34  22   INTERNAL REVENUE SERVICE AND ARE ASSIGNED GENERAL AUDIT PROGRAM

04:32:36  23   CASES THAT GO OUT AND AUDIT BUSINESSES.

04:32:39  24        SPECIAL ENFORCEMENT, AS I MENTIONED TO YOU, IS A VERY

04:32:43  25   DIFFERENT WAY OF LOOKING AT AN IRS AUDIT.

04:32:48  1       PEOPLE INVOLVED IN THOSE ACTIVITIES I MENTIONED DON'T USE

04:32:53  2   RECORDS, THEY HIDE THEIR ASSETS, THEY USE NOMINEES, THEY HAVE

04:33:01  3   NOT AN EASY WAY OF IDENTIFYING THEIR INCOMES.

04:33:05  4       WITH THAT, THERE'S A TRAINING COURSE THAT TEACHES AGENTS

04:33:08  5   IN THAT PROGRAM HOW TO DO THOSE KINDS OF AUDITS, INDIRECT

04:33:15  6   METHODS OF DETERMINING INCOME, FINDING ASSETS, CONTACTING

04:33:19  7   FOREIGN COUNTRIES FOR THIS INFORMATION.

04:33:22  8       AND THAT TRAINING COURSE, I HELPED WRITE SPECIFICALLY SOME

04:33:29  9   OF THE MORE ENFORCEMENT-FRIENDLY TO THE IRS TRAINING

04:33:35  10   PROCEDURES, THINGS THAT YOU DON'T NEED TO KNOW ABOUT, BUT

04:33:37  11   JEOPARDY ASSESSMENTS WHERE THE IRS TAKES THE MONEY TODAY, WE

04:33:41  12   ARE NOT GOING TO WAIT UNTIL APRIL 15TH.  TERMINATION

04:33:44  13   ASSESSMENTS WHERE WE TERMINATE YOUR TAX YEAR TODAY.

04:33:47  14       MIND YOU, THIS IS IN A VERY DIFFERENT MINDSET THAN ANY OF

04:33:53  15   YOU ARE PROBABLY INVOLVED WITH.

04:33:55  16   Q.   HAVE YOU QUALIFIED AS A FORENSIC ACCOUNTING EXPERT WITNESS

04:33:59  17    IN BOTH FEDERAL AND STATE COURT?

04:34:01  18   A.   I HAVE.

04:34:02  19   Q.   AND HAVE YOU PROVIDED ASSISTANCE TO IRS AGENTS AS WELL IN

04:34:09  20   VARIOUS STATE TAXES AUTHORITIES?

04:34:10  21   A.   I HAVE.

04:34:11  22       MR. CANNON:  YOUR HONOR, AT THIS TIME I WOULD LIKE TO

04:34:13  23   OFFER MR. HORDYK AS AN EXPERT WITNESS ON IRS PROCEDURES AND

04:34:17  24   INVESTIGATION IN ACCOUNTING.

04:34:19  25       THE COURT:  MR. PITMAN, WOULD YOU LIKE TO VOIR DIRE

DIRECT EXAMINATION BY MR. CANNON

| | | |
|---|---|---|
| 04:34:21 | 1 | THE WITNESS ON HIS QUALIFICATIONS? |
| 04:34:22 | 2 | MR. PITMAN:  NO, YOUR HONOR, BUT I DO HAVE A CONCERN |
| 04:34:24 | 3 | ABOUT ONE OF THE TOPICS FOR WHICH THIS WITNESS WAS PROFFERED. |
| 04:34:28 | 4 | THE COURT:  LET ME JUST LOOK BACK AT WHAT HE WAS |
| 04:34:31 | 5 | OFFERED AS.  IRS PROCEDURES AND INVESTIGATIONS IN ACCOUNTING. |
| 04:34:39 | 6 | MR. PITMAN:  WITH RESPECT TO THOSE SUBJECTS, |
| 04:34:41 | 7 | YOUR HONOR, I HAVE NO OBJECTION. |
| 04:34:43 | 8 | THE COURT:  THANK YOU. |
| 04:34:44 | 9 | I WILL ALLOW MR. HORDYK TO TESTIFY AS AN EXPERT ON THOSE |
| 04:34:48 | 10 | TWO FIELDS. |
| 04:34:49 | 11 | MR. CANNON:  THANK YOU. |
| 04:34:50 | 12 | Q.  NOW, MR. HORDYK, YOU GAVE -- I WAS GOING THROUGH YOUR |
| 04:34:56 | 13 | QUALIFICATIONS AS AN EXPERT AS TO WHAT YOU KNEW ABOUT THE FLOW |
| 04:35:01 | 14 | OF FUNDS TO THE UNITED STATES FROM CHINA. |
| 04:35:05 | 15 | CAN YOU TELL THE JURY HOW YOU STUDIED THE FLOW OF FUNDS |
| 04:35:07 | 16 | FROM CHINA TO THE UNITED STATES? |
| 04:35:08 | 17 | A.  WELL, FIRST, I RECEIVED MY TRAINING FROM THE STATE |
| 04:35:13 | 18 | DEPARTMENT BACK IN WASHINGTON, D.C. IN 1987, EARLY 1987, |
| 04:35:18 | 19 | SHORTLY AFTER THE CHINA TAX TREATY WAS SIGNED.  ACTUALLY, IT |
| 04:35:23 | 20 | WAS SIGNED IN 1986 BY PRESIDENT REAGAN AND TOOK EFFECT IN |
| 04:35:29 | 21 | JANUARY 1ST, 1987. |
| 04:35:31 | 22 | AND THE ISSUE WAS -- THE CONCERN WAS THE INFLUX OF MONEY |
| 04:35:35 | 23 | AND HOW IT WOULD AFFECT OUR ECONOMY AND ANY ABUSES THAT WE |
| 04:35:37 | 24 | MIGHT EXPERIENCE. |
| 04:35:39 | 25 | NEXT, THERE WAS A TREASURY DEPARTMENT MEETING IN |

04:35:43  1    WASHINGTON, D.C. WHERE WE WERE LOOKING FOR THE SAME MATERIAL

04:35:47  2    AND HOW WE WERE GOING TO ORGANIZE AND ADDRESS IT, AND THEN WE

04:35:53  3    SET OUT.

04:35:55  4         MR. CANNON:  AND YOUR HONOR, IF I COULD APPROACH THE

04:35:57  5    WITNESS.

04:35:57  6       I WOULD LIKE TO MARK AS DEFENSE NEXT IN ORDER, THE TAX

04:36:01  7    TREATY BETWEEN THE UNITED STATES AND CHINA, 1089.

04:36:46  8         (DEFENSE EXHIBIT 1089 WAS MARKED FOR IDENTIFICATION.)

04:36:46  9         MR. CANNON:  I HAVE, IN MY HAND, EXHIBIT 1089.

04:36:52  10        THE COURT:  THANK YOU.

04:36:54  11   Q.   NOW, MR. HORDYK, I HAVE HANDED YOU A COPY OF THE TAX

04:36:58  12   TREATY BETWEEN THE UNITED STATES AND CHINA.

04:36:59  13   A.   YES.

04:37:00  14   Q.   AND IS THIS -- CAN YOU TELL THE JURY WHY IT'S IMPORTANT

04:37:04  15   THERE BE A TAX TREATY BETWEEN THE UNITED STATES AND ANOTHER

04:37:07  16   COUNTRY?

04:37:07  17   A.   SURE.

04:37:09  18   Q.   IN THE WORLD TODAY, COUNTRIES PROMOTE COMMERCE IN TRADE.

04:37:14  19   AND TO MAKE THAT COMMERCE IN TRADE ACCOMMODATING TO THE

04:37:19  20   SOCIETIES THAT ARE INVOLVED IN FOLLOWING THROUGH WITH IT, THE

04:37:23  21   COUNTRIES ENTER INTO THESE MUTUAL AGREEMENTS, WHEREBY IT MAKES

04:37:27  22   IT EASY FOR TRADE TO HAPPEN.

04:37:29  23      THINGS LIKE EXCHANGING OF INFORMATION, TAX CREDITS, IF YOU

04:37:34  24   PAY TAX ON THESE GAINS IN ONE COUNTRY, YOU GET IT BACK IN THE

04:37:38  25   OTHER, AND HOW TO TREAT CERTAIN BUSINESS OPERATIONS, AND

| | | |
|---|---|---|
| 04:37:42 | 1 | PENSION FUNDS AND SO ON. |
| 04:37:44 | 2 | SO THE COUNTRIES ENTER INTO THIS SIMPLY FOR THAT PURPOSE |
| 04:37:48 | 3 | OF PROMOTING THE COMMERCE IN TRADE. |
| 04:37:50 | 4 | Q.   AND IS THE TAX TREATY SOMETHING THAT YOU WERE FAMILIAR |
| 04:37:53 | 5 | WITH AND USED IN YOUR WORK FOR THE IRS? |
| 04:37:55 | 6 | A.   VERY. |
| 04:37:56 | 7 | Q.   AND DO YOU HAVE, IN YOUR HAND, A COPY OF THE TAX TREATY |
| 04:38:02 | 8 | BETWEEN THE UNITED STATES AND CHINA? |
| 04:38:03 | 9 | A.   I DO. |
| 04:38:03 | 10 | MR. CANNON:  YOUR HONOR, I WOULD OFFER THIS IN |
| 04:38:05 | 11 | EVIDENCE AS DEFENSE EXHIBIT, WHICH I THINK IS -- IF YOU COULD |
| 04:38:09 | 12 | TELL ME THE NUMBER, PLEASE. |
| 04:38:11 | 13 | THE WITNESS:  EXHIBIT 1089. |
| 04:38:14 | 14 | MR. PITMAN:  OBJECTION, YOUR HONOR. |
| 04:38:16 | 15 | HEARSAY AND 403. |
| 04:38:18 | 16 | THE COURT:  SUSTAINED. |
| 04:38:18 | 17 | I'M NOT GOING TO ADMIT THE LAW.  THE JURY INSTRUCTIONS |
| 04:38:22 | 18 | PROVIDE THE LAW TO THE JURY. |
| 04:38:25 | 19 | BY MR. CANNON: |
| 04:38:26 | 20 | Q.   IN YOUR DEALINGS WITH CHINA, WERE YOU AWARE OF THE TAX |
| 04:38:33 | 21 | TREATY BETWEEN THE U.S. AND CHINA? |
| 04:38:35 | 22 | A.   OH, YES. |
| 04:38:36 | 23 | Q.   AND DID YOU RELY UPON IT IN DEALING WITH CHINA? |
| 04:38:40 | 24 | A.   YES. |
| 04:38:40 | 25 | Q.   AND DOES THE TAX TREATY BETWEEN THE U.S. AND CHINA PROVIDE |

04:38:44  1    FOR THE MUTUAL EXCHANGE OF INFORMATION BETWEEN THE U.S. AND

04:38:47  2    CHINA?

04:38:47  3    A.   ALSO KNOWN AS AN MLAT, YES.

04:38:52  4    Q.   AND IN ADDITION TO THE TAX TREATY, ARE THERE OTHER WAYS TO

04:38:56  5    GET INFORMATION FROM A FOREIGN COUNTRY?

04:38:57  6    A.   SURE, YEAH, YES.

04:38:58  7    Q.   AND CAN YOU TELL ME WHAT THOSE ARE?

04:39:01  8    A.   PICKING THE PHONE UP AND CALLING THEM.  WRITING A LETTER

04:39:05  9    TO THEM.  ASKING THE TAXPAYER TO COME IN AND SIGN A LETTER THAT

04:39:09  10   WE PREPARE FOR THEM.  CONSENT DIRECTORS, WHICH IS A FORMAL

04:39:15  11   PROCESS OF THIS LETTER TO SEND TO SOMEONE ASKING FOR

04:39:20  12   INFORMATION, AS WELL AS INITIAL ASSISTANCE REQUEST, WHERE IT

04:39:23  13   GOES FROM -- THE TREATY PROVIDES FOR EACH COUNTRY TO HAVE

04:39:27  14   SOMEONE WHO IS REFERRED TO AS A COMPETENT AUTHORITY.  AND THE

04:39:30  15   COMPETENT AUTHORITY IS THE PERSON THAT YOU WOULD GO TO, MY

04:39:33  16   COMPETENT AUTHORITY PERSON IN THIS COUNTRY WOULD GO TO THE

04:39:37  17   COMPETENT AUTHORITY IN CHINA REQUESTING THE INFORMATION, AND

04:39:40  18   WOULD COME BACK THE SAME WAY THAT THE REQUEST HAPPENED.

04:39:43  19   Q.   AND ARE THESE REQUESTS TO GET INFORMATION FROM A FOREIGN

04:39:48  20   COUNTRY SOMETHING THAT AUDITORS DO IN THE REGULAR COURSE OF

04:39:51  21   BUSINESS WHILE WORKING FOR THE IRS?

04:39:55  22   A.   WELL, IT WAS WHEN I WAS THERE.

04:39:57  23   Q.   AND EVEN THOUGH YOU ARE NO LONGER THERE, ARE YOU STILL

04:40:02  24   FAMILIAR WITH THE INTERNAL REVENUE MANUAL?

04:40:06  25   A.   YES.

DIRECT EXAMINATION BY MR. CANNON

04:40:06  1    Q.   IS THAT ALSO KNOWN AS THE IRM?

04:40:10  2    A.   YES.

04:40:10  3    Q.   ASK YOU EXPLAIN TO THE JURY WHAT THE INTERNAL REVENUE

04:40:14  4    MANUAL IS?

04:40:15  5    A.   THE INTERNAL REVENUE MANUAL IS AN OUTLINE OF HOW TO DO

04:40:20  6    YOUR JOB, HOW THE INTERNAL REVENUE SERVICE WORKS, THE PURPOSE

04:40:23  7    OF WHICH IS TO APPLY A CONSISTENT APPROACH TO ADDRESSING THE

04:40:32  8    TAX LAWS.

04:40:33  9    Q.   AND DOES THE -- IS THE INTERNAL REVENUE MANUAL A VALUABLE

04:40:39  10   RESOURCE FOR IRS REVENUE AGENTS?

04:40:41  11   A.   IMMENSELY.

04:40:43  12   Q.   AND CAN YOU EXPLAIN TO THE JURY WHY?

04:40:44  13   A.   WELL, IT HELPS YOU WITH YOUR JOB.  FOR INSTANCE, A REVENUE

04:40:52  14   AGENT COULD BE AUDITING A CAR DEALERSHIP THIS WEEK, A RECORDING

04:40:56  15   STUDIO THE NEXT WEEK, A LUMBER COMPANY THE FOLLOWING WEEK, A

04:40:58  16   DAIRY FARM THE WEEK AFTER THAT.  IT'S EXTREMELY IMPORTANT TO

04:41:02  17   UNDERSTAND HOW THOSE BUSINESSES OPERATE, NOT ONLY HOW THEY

04:41:06  18   OPERATE, BUT TO UNDERSTAND THE JARGON THAT'S USED IN THOSE

04:41:09  19   BUSINESSES.

04:41:10  20   Q.   AND DOES THE INTERNAL REVENUE MANUAL CONTAIN AUDIT GUIDES

04:41:15  21   FOR PARTICULAR TYPES OF BUSINESSES?

04:41:17  22   A.   ALMOST EVERY BUSINESS YOU CAN THINK OF, INCLUDING SOME OF

04:41:21  23   THE ILLEGAL ONES.

04:41:22  24   Q.   AND DOES THE INTERNAL REVENUE MANUAL ALSO CONTAIN A GUIDE

04:41:27  25   TO AUDIT THE SCRAP METAL BUSINESS?

04:41:28   1    A.   IT DOES, INDEED.

04:41:29   2    Q.   AND DID YOU REVIEW THAT GUIDE BEFORE YOU CAME TO COURT

04:41:34   3    TODAY?

04:41:34   4    A.   YES, I HAVE.

04:41:36   5    Q.   AND WE HAVE A COPY OF THAT PREVIOUSLY MARKED AS DEFENSE

04:41:41   6    EXHIBIT 186.

04:41:41   7         COULD I HAVE A COPY OF THAT FOR THE WITNESS, AND COULD I

04:41:45   8    APPROACH THE --

04:42:08   9              THE COURT:  THAT WAS 1086?

04:42:10   10             MR. CANNON:  YES, YOUR HONOR.

04:42:19   11   Q.   NOW, CAN YOU EXPLAIN TO THE JURY WHY SOMEONE WOULD WANT TO

04:42:26   12   LOOK AT SOMETHING LIKE AN AUDIT GUIDE?

04:42:30   13   A.   IT CERTAINLY IS A MORE EFFICIENT WAY OF DOING YOUR AUDIT,

04:42:35   14   AND YOU UNDERSTAND HOW THE BUSINESS OPERATES, WHAT THE

04:42:38   15   PROCEDURES ARE, WHAT THE JARGON IS.  IT ASSISTS YOU IN GETTING

04:42:45   16   YOUR JOB DONE.

04:42:46   17   Q.   AND NOW, I NOTICE THE TITLE OF THIS IS, IT SAYS "CASH

04:42:52   18   INTENSIVE BUSINESS.  AUDIT TECHNIQUES GUIDE CHAPTER 16.  SCRAP

04:42:56   19   METAL."

04:42:56   20        CAN YOU TELL THE JURY WHAT THAT MEANS -- WHAT THAT TITLE

04:43:00   21   MEANS?

04:43:00   22   A.   WELL, FIRST OF ALL, IT'S NOT A GUIDE.  SO IT'S A GUIDE FOR

04:43:05   23   THE REVENUE AGENT ON HOW THAT BUSINESS OPERATES.

04:43:08   24        THERE ARE CERTAIN BUSINESSES WE KNOW THAT ARE MORE CASH

04:43:12   25   INTENSIVE THAN OTHERS.  RESTAURANTS, BARS, COIN-OPERATED

04:43:17  1    LAUNDROMATS AND SO ON.  AND IN THIS CASE, SCRAP METAL.  AND

04:43:23  2    THERE'S ANOTHER WAY OF LOOKING AT HOW TO ACCOUNT FOR THE CASH

04:43:27  3    OR THE INCOME THAT COMES THROUGH THAT BUSINESS.

04:43:30  4         AND IT WOULD ASSIST THE AGENT IN UNDERSTANDING HOW TO

04:43:33  5    CAPTURE THAT INCOME AND KNOW HOW THE BUSINESS WORKS.

04:43:36  6    Q.   AND IS THAT GUIDE DESIGNED TO HELP AGENTS AUDITING ONLY

04:43:42  7    BUSINESSES IN THE SCRAP METAL BUSINESS THAT DEAL IN CASH, OR IS

04:43:46  8    IT ALSO DESIGNED TO HELP AUDIT BUSINESSES IN THE SCRAP METAL

04:43:48  9    BUSINESS THAT DEAL WITH CHECKS AND WIRE TRANSFERS?

04:43:51 10    A.   LET ME SAY, HAVING BEEN AN AUDITOR AND NOT KNOWING HOW THE

04:43:55 11    BUSINESS WORKS, YOU WANT TO GET YOUR HANDS ON EVERYTHING YOU

04:43:58 12    CAN TO FIND OUT ABOUT -- THE INTENT IS TO GIVE THE AGENT SOME

04:44:02 13    GUIDE ON HOW TO DO SCRAP METAL AUDITS.  WHILE ON THE ONE HAND

04:44:06 14    IT MAY BE CASH INTENSIVE, ON THE OTHER, IT'S STILL AN INSIGHT

04:44:10 15    INTO HOW BUSINESS WORKS.

04:44:13 16         MR. CANNON:  YOUR HONOR, AT THIS TIME I WOULD OFFER

04:44:15 17    EXHIBIT 1086 INTO EVIDENCE.

04:44:16 18         MR. PITMAN:  OBJECTION, YOUR HONOR.

04:44:17 19    HEARSAY, RELEVANCE AND 403.

04:44:19 20         THE COURT:  SUSTAINED.  NOT ADMITTED.

04:44:21 21    BY MR. CANNON:

04:44:21 22    Q.   NOW MR. HORDYK, ARE YOU AWARE THAT THE IRS DISTINGUISHES

04:44:26 23    BETWEEN THE ROLES OF DIFFERENT PARTS OF THE SCRAP METAL

04:44:30 24    BUSINESS?

04:44:31 25    A.   YES.

DIRECT EXAMINATION BY MR. CANNON

04:44:32  1    Q.   AND FOR EXAMPLE, WHAT'S A SCRAP METAL PEDDLER?

04:44:38  2    A.   A PEDDLER IS SOMEONE WHO IS, WHAT THE WORD IMPLIES,

04:44:43  3    SOMEONE WHO IS PEDALLING THE INVENTORY.  BUT THEY DON'T HAVE

04:44:47  4    POSSESSION OF IT, THEY ARE OFFERING IT TO THE SMELTING

04:44:54  5    OPERATION, GENERALLY.

04:44:55  6    Q.   AND WHO IS A BROKER IN THE SCRAP METAL BUSINESS?

04:44:59  7    A.   A BROKER IS SOMEONE WHO BROKERS THE PEOPLE THAT HAVE THE

04:45:04  8    SCRAP METAL, THE SALE TO THE SMELTER, OR IN THIS CASE THEY CALL

04:45:08  9    IT THE YARD.

04:45:10  10   Q.   AND ARE THERE DIFFERENT WAYS TO AUDIT DIFFERENT PEOPLE IN

04:45:14  11   THE SCRAP METAL SUPPLY CHAIN?

04:45:16  12   A.   YES.

04:45:16  13   Q.   AND IN ADDITION TO THE MATERIAL THAT'S AVAILABLE ON THE

04:45:22  14   INTERNAL REVENUE ON THE IRS WEBSITE, IS THERE A LOT OF OTHER

04:45:26  15   MATERIAL AVAILABLE ON HOW TO AUDIT SCRAP METAL BUSINESSES?

04:45:29  16   A.   OF COURSE.  THE MANUAL IDENTIFIES HOW TO ADDRESS CERTAIN

04:45:37  17   ASPECTS OF THE INCOME THAT COMES INTO THE BUSINESS, WHAT

04:45:42  18   EXPENSES MAY BE ALLOWED, WHAT THE TERMINOLOGY IS, AND THAT

04:45:50  19   PARTICULAR BUSINESS, THE JARGON IN THAT BUSINESS THAT IS USED.

04:45:54  20   Q.   COULD YOU TELL THE JURY WHAT THE TERM "INDIRECT METHOD OF

04:45:58  21   PROOF" MEANS?

04:45:59  22   A.   THERE'S DIRECT AND INDIRECT.

04:46:02  23        DIRECT WOULD BE SOMETHING THAT WOULD BE FOUND IN THE BOOKS

04:46:06  24   AND RECORDS OF THE TAXPAYER.

04:46:08  25        WHEN THOSE ARE LACKING, OR NOT ALL THE INCOME IS REPORTED,

DIRECT EXAMINATION BY MR. CANNON

04:46:14  1    THE INTERNAL REVENUE CODE UNDER SECTION 446, I THINK IT'S

04:46:18  2    SUBSECTION B, I COULD BE WRONG ON THE SUBSECTION, BE THAT AS IT

04:46:22  3    MAY, SECTION 446 ALLOWS THE INTERNAL REVENUE SERVICE TO USE

04:46:26  4    CERTAIN METHODS IN IDENTIFYING INCOME FOR COMING UP WITH

04:46:32  5    ADDITIONAL TAX OR TAX THAT'S DUE AND OWING.

04:46:35  6    Q.   AND IS THE BANK DEPOSIT METHOD ONE OF THE INDIRECT METHODS

04:46:40  7    OF PROOF?

04:46:41  8    A.   IT IS.

04:46:42  9         MR. PITMAN:  OBJECTION, YOUR HONOR.

04:46:43  10    I'M OBJECTING TO THE RELEVANCE OF THIS LINE OF

04:46:45  11    QUESTIONING.

04:46:45  12         THE COURT:  OVERRULED.

04:46:47  13         THE WITNESS:  YES, IT IS.

04:46:48  14    BY MR. CANNON:

04:46:49  15    Q.   AND COULD YOU EXPLAIN TO THE JURY WHAT THE BANK DEPOSIT

04:46:52  16    METHOD ENTAILS?

04:46:53  17    A.   FIRST, LET ME SAY THIS, THERE ARE A VARIETY OF INDIRECT

04:46:57  18    METHODS THAT ARE AVAILABLE.

04:46:59  19         IN THE BANK DEPOSIT ANALYSIS, WHEN SOMEONE USES THE BANK

04:47:03  20    SYSTEM EXCLUSIVELY, IT'S AN OPPORTUNITY TO GET THE BANK RECORDS

04:47:08  21    AND IDENTIFY FROM EACH DEPOSIT WHAT IS OR IS NOT INCOME.

04:47:14  22    Q.   AND IS IT IMPORTANT TO LOOK AT EACH INDIVIDUAL DEPOSIT?

04:47:18  23    A.   NOT ONLY IMPORTANT, IT'S MANDATED.

04:47:21  24    Q.   AND WHY IS IT MANDATED TO LOOK AT EACH INDIVIDUAL DEPOSIT?

04:47:25  25    A.   THE ISSUE IS FINDING INCOME THAT'S TAXABLE.  NOT ALL

04:47:33  1      DEPOSITS TO A BANK ACCOUNT IS TAXABLE.

04:47:36  2          FOR INSTANCE, LOAN PROCEEDS, YOU SAW AN ASSET AND PUT THE

04:47:42  3      PROCEEDS OF THAT SALE IN INHERITANCES, REDEPOSITS, THAT'S WHEN

04:47:48  4      SOMEONE HAS A CHECK THAT THEY TRY TO DEPOSIT.  WHEN THE CHECK

04:47:54  5      BOUNCES, THEY REDEPOSIT IT AGAIN.

04:47:56  6          DO YOU WANT SOME MORE?

04:47:58  7      Q.   PLEASE.

04:47:58  8      A.   I CAN'T THINK OF ANY, IT'S LATE.

04:48:01  9      Q.   ARE TRANSFERS TAXABLE ITEM OF INCOME?

04:48:03 10      A.   NO.

04:48:05 11      Q.   ARE GIFTS A TAXABLE ITEM OF INCOME?

04:48:08 12      A.   NO.

04:48:08 13      Q.   HOW ABOUT INHERITANCES?

04:48:10 14      A.   NO.

04:48:11 15      Q.   NOW, ARE THERE REQUIREMENTS UNDER BOTH CASE LAW AND IRS

04:48:16 16      PROCEDURES AS TO WHAT A REVENUE AGENT IS SUPPOSED TO DO TO

04:48:21 17      PROVE DEPOSITS?

04:48:22 18              MR. PITMAN:  OBJECTION, YOUR HONOR.

04:48:23 19              THE WITNESS:  YES.

04:48:24 20              THE COURT:  RESTATE THE QUESTION.  THIS IS NOT A

04:48:26 21      WITNESS ON THE LAW.

04:48:27 22      BY MR. CANNON:

04:48:28 23      Q.   ARE THERE PROCEDURES THAT THE IRS IS SUPPOSED TO GO

04:48:30 24      THROUGH TO PROVE BANK DEPOSITS AS INCOME?

04:48:34 25      A.   THERE ARE.

04:48:35  1    Q.   AND WHAT ARE THOSE PROCEDURES?

04:48:37  2    A.   WELL, THE BANK RECORDS.

04:48:40  3         SO FIRST THING IS SECURING THE RECORD, THE BANK

04:48:44  4    STATEMENTS, GENERALLY FOR THE ACCOUNTS -- OF COURSE I SHOULD

04:48:47  5    BACK UP.  YOU GOT TO IDENTIFY THE ACCOUNTS, GET THE BANK

04:48:50  6    STATEMENTS, GET THE DEPOSIT TICKETS.

04:48:52  7         SO YOU LOOK AT A BANK STATEMENTS AND IT HAS A DEPOSIT, I

04:48:57  8    MEAN THOSE OF YOU THAT HAVE BANKS, YOU SEE THE DEPOSIT.  WHAT

04:49:01  9    COMPRISES THAT DEPOSIT?  SO YOU NEED THE DEPOSIT TICKET,

04:49:04 10    BECAUSE THAT COULD BE MADE UP OF CASH, CHECKS, SOMETHING ELSE.

04:49:10 11         SO YOU NEED TO BREAK OUT EACH INDIVIDUAL DEPOSIT TO

04:49:13 12    IDENTIFY WHAT IT IS.  WHAT YOU ARE LOOKING FOR, OF COURSE, IS

04:49:17 13    THOSE DEPOSITS THAT ARE NOT TAXABLE AS OPPOSED TO THOSE THAT

04:49:22 14    ARE.

04:49:24 15    Q.   AND WHAT DO YOU DO ONCE YOU GET THE BANK RECORDS AND YOU

04:49:28 16    IDENTIFY CERTAIN DEPOSITS?

04:49:29 17    A.   ANALYZE IT.

04:49:30 18    Q.   AND HOW DOES THAT -- HOW DOES THAT PROCESS OF ANALYSIS GO?

04:49:36 19    A.   IT'S A LONG PROCESS ON SPREADSHEETS AND LOOKING AT RECORDS

04:49:41 20    AND MAKING THESE DETERMINATIONS TO TRACE THE MONEY THAT HAS

04:49:47 21    BEEN DEPOSITED BACK TO ITS SOURCE, THAT'S A STATUTORY

04:49:51 22    REQUIREMENT, UNDER SECTION 446, AND CASE LAW.

04:50:00 23    Q.   OKAY.  AND WHY DO YOU WANT TO TRACE THE DEPOSITS BACK TO

04:50:03 24    THE SOURCE?

04:50:04 25    A.   IT MAY NOT BE TAXABLE.

DIRECT EXAMINATION BY MR. CANNON

04:50:06  1    Q.   AND IS THERE ANY WAY TO TELL WHETHER IT'S TAXABLE OR NOT

04:50:09  2    WITHOUT TRACING IT BACK TO THE SOURCE?

04:50:10  3    A.   NO.

04:50:11  4    Q.   COULD YOU -- CAN YOU TELL IF IT'S TAXABLE JUST BY LOOKING

04:50:15  5    AT THE BANK DEPOSIT RECORD?

04:50:17  6    A.   I DON'T HAVE THAT GIFT, NO.

04:50:18  7    Q.   AND DOES THE IRS HAVE RULES AND PROCEDURES AS TO THE KIND

04:50:23  8    OF TRACING THAT'S SUPPOSED TO BE DONE?

04:50:24  9    A.   THEY DO.

04:50:25  10   Q.   AND DO THEY TALK ABOUT NEEDING AN ADEQUATE INVESTIGATION

04:50:28  11   OF DEPOSITS?

04:50:29  12   A.   CORRECT.

04:50:30  13   Q.   AND IS THERE A -- DOES THE IRS CHARGE THE EXAMINING

04:50:36  14   OFFICERS WITH NEGATING OR ELIMINATING THE LIKELIHOOD THAT THE

04:50:41  15   DEPOSITS AROSE FROM A NONTAXABLE SOURCE OF INCOME?

04:50:43  16   A.   YES, THEY DO.

04:50:44  17   Q.   AND YOU SAT IN COURT AND YOU SAW THE TESTIMONY OF JOWEI

04:50:53  18   CAMPBELL WHO WAS THE GOVERNMENT'S EXPERT WITNESS?

04:50:56  19   A.   I DID.

04:50:56  20   Q.   AND YOU READ THE TRANSCRIPT OF AGENT GARRISON, CORRECT?

04:50:59  21   A.   I DID.

04:51:00  22   Q.   AND DID YOU SEE ANYTHING IN EITHER THE TESTIMONY YOU SAW

04:51:03  23   OR READ THAT INDICATED THAT THE IRS TRACED THE DEPOSITS IN THIS

04:51:06  24   CASE?

04:51:06  25   A.   I DID NOT.

DIRECT EXAMINATION BY MR. CANNON

04:51:10  1    Q.   AND IS THAT FAIRLY UNUSUAL IN A TAX CASE?

04:51:13  2    A.   MOST UNUSUAL.

04:51:15  3    Q.   NOW, IS THE IMPORTATION OF MONEY INTO THE U.S. TAXABLE?

04:51:27  4    A.   GENERALLY, NO.  IN FACT, IT'S ENCOURAGED.

04:51:32  5    Q.   AND IS ACTING AS A NOMINEE FOR A FOREIGN PERSON A TAXABLE

04:51:37  6    EVENT?

04:51:37  7    A.   IT IS NOT.

04:51:37  8    Q.   AND CAN YOU TELL THE JURY WHAT A NOMINEE IS?

04:51:41  9    A.   A NOMINEE, NOT SOMEONE RUNNING FOR PUBLIC OFFICE, IT'S

04:51:47  10   SOMEONE WHO TAKES POSSESSION OF AN ASSET IN THE NAME OF ANOTHER

04:51:51  11   TO HOLD IT FOR SOME SPECIFIC REASON.

04:51:54  12   Q.   AND IS THAT PRETTY COMMON?

04:51:55  13   A.   VERY.

04:51:56  14   Q.   AND IS THAT -- AND IS ONE PERSON ACTING AS A NOMINEE FOR

04:52:02  15   ANOTHER PERSON SOMETHING THAT HAPPENS COMMONLY IN -- SOMETHING

04:52:05  16   THAT'S DISCOVERED COMMONLY IN A TAX INVESTIGATION?

04:52:06  17   A.   WELL, CERTAINLY COMMON IN THE FINANCIAL ARENA, YES.

04:52:10  18   Q.   NOW, HOW DO YOU DISTINGUISH BETWEEN THE TRANSFER OF FUNDS

04:52:16  19   AND INCOME?

04:52:17  20   A.   LET'S START WITH THE PREMISE THAT WE ARE AUDITING A

04:52:24  21   BUSINESS THAT HAS INCOME THAT NEEDS TO BE REPORTED.  AND IN

04:52:29  22   USING A BANK DEPOSIT ANALYSIS, YOU GET THE STATEMENTS, YOU LOOK

04:52:33  23   AT THE DEPOSITS, GET THE DEPOSIT RECEIPTS.

04:52:37  24        FROM THE DEPOSIT STATEMENTS THEMSELVES, THEN YOU FURTHER

04:52:41  25   GO TO SEE WHERE THAT SOURCE, THE CHECK, THE WIRE TRANSFER, CAME

04:52:46  1    FROM.

04:52:47  2         AND THEN AT THAT POINT, YOU FIND OUT FROM THE PERSON THAT

04:52:53  3    GAVE IT, WHAT IT WAS FOR, TO FIND OUT WHETHER IT'S TAXABLE OR

04:53:00  4    NOT.

04:53:00  5    Q.   IS IT IMPORTANT TO FOLLOW UP WITH THE ORIGINATOR OF THE

04:53:02  6    CHECK OR THE WIRE?

04:53:03  7    A.   ABSOLUTELY.

04:53:05  8    Q.   AND ARE THERE DIFFICULTIES IN FOLLOWING UP WITH THE

04:53:07  9    ORIGINATOR?

04:53:08  10   A.   THERE COULD BE.

04:53:09  11   Q.   AND HOW WOULD YOU GET THE -- FOR EXAMPLE, IF YOU WOULD BE

04:53:14  12   LOOKING AT A WIRE TRANSFER, HOW WOULD YOU GET THE INFORMATION

04:53:17  13   AS TO WHO IS THE ORIGINATOR OF A WIRE TRANSFER?

04:53:19  14   A.   FROM A WIRE TRANSFER.

04:53:22  15   Q.   AND DOES A WIRE TRANSFER FORM HAVE MULTIPLE PAGES?

04:53:25  16   A.   OH, YES.

04:53:26  17   Q.   AND HAVE YOU SEEN THOUSANDS OF WIRE TRANSFER FORMS?

04:53:28  18   A.   OH, I HAVE, SURE.

04:53:30  19   Q.   AND DID I SHOW YOU A COUPLE OF THE WIRE TRANSFER FORMS IN

04:53:34  20   THIS CASE?

04:53:34  21   A.   YOU DID.

04:53:35  22   Q.   AND DID THE BACK PAGE OF THE WIRE TRANSFER FORMS HAVE THE

04:53:38  23   NAME AND ADDRESS OF THE ORIGINATORS OF THE WIRE TRANSFER?

04:53:40  24   A.   WIRE TRANSFERS, AS YOU KNOW, IS MONEY SENT FROM ONE BANK

04:53:45  25   TO ANOTHER.  AND IT'S USUALLY REFERRED TO AS PAGE 1 AND PAGE 2.

04:53:48   1            PAGE 1 IS THE BANK INSTRUCTION ON WHERE THE MONEY CAME

04:53:52   2       FROM AND WHERE IT'S GOING TO, WHAT ACCOUNT IT'S GOING TO.

04:53:56   3            PAGE 2, WHICH COULD BE SEVERAL PAGES, IS THE INSTRUCTION

04:54:00   4       TO NOT ONLY THE BANK, BUT TO THE RECIPIENT ON WHAT TO DO WITH

04:54:04   5       THAT MONEY.

04:54:05   6       Q.   AND DOES PAGE 2 CONTAIN INFORMATION ABOUT THE ORIGINATOR

04:54:09   7       AND THE SENDER OF THE WIRE TRANSFER?

04:54:10   8       A.   GENERALLY, IT DOES, YES.

04:54:12   9       Q.   AND DOES THAT INFORMATION PROVIDE ENOUGH INFORMATION SO

04:54:14  10       YOU COULD CONTACT THE PERSON?

04:54:17  11       A.   WELL, YOU CERTAINLY KNOW WHAT BANK IT CAME FROM.

04:54:20  12       OBVIOUSLY, THERE'S OTHER MEANS.  IN TODAY'S WORLD YOU CAN

04:54:25  13       GOOGLE, GET AN ADDRESS, YOU CAN CALL THE BANK, GET AN ADDRESS,

04:54:28  14       AND THE NAME.  BUT MOST FREQUENTLY, THAT NAME IS ON THE PAGE 2.

04:54:34  15       Q.   OKAY.

04:54:36  16       A.   SOMETIMES PAGE 1.

04:54:36  17       Q.   AND IN YOUR EXPERIENCE WITH THE IRS, WAS IT COMMON FOR

04:54:40  18       REVENUE AGENTS TO CALL THE ORIGINATOR OF A WIRE TRANSFER?

04:54:42  19       A.   CERTAINLY TRY TO MAKE CONTACT, YES.

04:54:46  20       Q.   AND IN YOUR EXPERIENCE WITH THE IRS, HAVE YOU EVER HAD

04:54:50  21       OCCASION TO CALL THE DIRECTOR OF COMPLIANCE AT A BANK AND ASK

04:54:54  22       HOW TO GET RECORDS?

04:54:55  23       A.   A LOT, PARTICULARLY WHEN THE BANK IS OFFSHORE.

04:54:59  24       Q.   AND WHY WOULD AN OFFSHORE BANK TALK TO AN AMERICAN IRS

04:55:05  25       REVENUE AGENT?

DIRECT EXAMINATION BY MR. CANNON

04:55:06  1    A.   BECAUSE THEY WANT TO DO BANKING WITH US.  THEY WANT TO DO

04:55:09  2    BANKING WITH US BECAUSE THE UNITED STATES HAS THE WORLD'S

04:55:13  3    RESERVE CURRENCY.

04:55:15  4    Q.   AND SO WHAT HAPPENS WHEN YOU CALL A BANK?

04:55:19  5    A.   TWO THINGS.

04:55:23  6         ONE IS THEY COULD BE VERY COOPERATIVE.  SECOND, THEY MAY

04:55:26  7    WANT SOME DOCUMENTATION FROM THE ACCOUNT HOLDER, A LETTER, OR

04:55:32  8    SOME LEGAL DOCUMENT, A SUMMONS OR SUBPOENA.

04:55:36  9    Q.   AND HOW DO YOU FIND OUT WHAT THE BANK IS GOING TO WANT?

04:55:40 10    A.   ASK THEM.

04:55:41 11    Q.   AND HOW DO YOU DO THAT?

04:55:42 12    A.   CALL THEM.

04:55:42 13    Q.   AND IS THAT -- IS THERE A PARTICULAR PERSON YOU WOULD CALL

04:55:48 14    AT A BANK?

04:55:48 15    A.   YEAH -- YES, THE COMPLIANCE OFFICER IS ONE THAT I'VE

04:55:53 16    ALWAYS GONE THROUGH.  AND BY THE WAY, THE BANKS IN CHINA HAVE

04:55:57 17    COMPLIANCE OFFICERS.

04:55:59 18    Q.   HAVE YOU CALLED BANK'S IN CHINA COMPLIANCE OFFICERS?

04:56:03 19    A.   HAVE I CALLED THEM?

04:56:04 20    Q.   YES.

04:56:04 21    A.   MANY TIMES.

04:56:05 22    Q.   AND HAVE YOU GOTTEN INFORMATION FROM THEM?

04:56:07 23    A.   ALMOST EVERY TIME.

04:56:09 24    Q.   NOW, DID YOU VIEW SOME OF THE DOCUMENTS THAT ARE

04:56:31 25    REFERENCED IN AGENT CAMPBELL'S REPORT?

04:56:33  1    A.   I DID.

04:56:34  2    Q.   AND WHAT DOCUMENTS ARE REFERENCED IN AGENT CAMPBELL'S

04:56:40  3    REPORT?

04:56:40  4    A.   IT'S A SPREADSHEET OF WIRE TRANSFERS COMING INTO THIS

04:56:44  5    COUNTRY.

04:56:44  6    Q.   WERE THEY -- THE SPREADSHEET REFERS TO WIRE TRANSFERS.

04:56:49  7    BUT WERE THE UNDERLYING DOCUMENTS REFERENCED IN THE SPREADSHEET

04:56:53  8    WIRE TRANSFERS OR BANK DEPOSITS -- I'M SORRY.  BANK STATEMENTS.

04:56:56  9    A.   BANK STATEMENTS.

04:56:58  10   Q.   BANK STATEMENTS.

04:56:59  11        AND DID THE BANK STATEMENTS CONTAIN THE INFORMATION THAT

04:57:05  12   MAKES IT EASY TO CONTACT THE ORIGINATOR OF THE WIRE?

04:57:11  13   A.   IF THE BANK STATEMENTS HAD THE WIRE INFORMATION ON IT,

04:57:14  14   SOMETIMES IN A BANK STATEMENT, WITH A DEPOSIT THEY WILL HAVE A

04:57:21  15   LINE UNDERNEATH IT THAT WAS A WIRE TRANSFER, AND SOMETIMES THE

04:57:24  16   NAME OF THE TRANSFEREE MIGHT BE THERE.  IF NOT, YOU NEED TO GO

04:57:29  17   GET THE WIRE TRANSFER ITSELF.

04:57:30  18   Q.   OKAY.  AND ARE STATEMENTS SUFFICIENT TO DETERMINE TAXABLE

04:57:34  19   INCOME?

04:57:35  20   A.   NO.

04:57:35  21   Q.   WHY NOT?

04:57:36  22   A.   BECAUSE IT DOESN'T IDENTIFY THE SOURCE OF THE INCOME OR

04:57:39  23   THE DEPOSIT.

04:57:40  24   Q.   NOW, IF YOU'RE WORKING AS A REVENUE AGENT FOR THE IRS, DO

04:57:46  25   YOU HAVE TO HAVE ACCESS TO IRS COUNSEL TO GET INFORMATION FROM

04:57:49  1    FOREIGN COUNTRIES?

04:57:50  2    A.   YES.

04:57:51  3    Q.   AND HOW DIFFICULT IS IT TO GET INFORMATION FROM IRS

04:57:55  4    COUNSEL?

04:57:56  5    A.   I HAVE A PERSONAL RELATIONSHIP WITH MY COUNSEL.

04:58:01  6    Q.   AND IS IT DIFFICULT FOR A REVENUE AGENT TO TALK TO IRS

04:58:06  7    COUNSEL ABOUT HOW TO GET RECORDS FROM A FOREIGN COUNTRY?

04:58:08  8    A.   NO, NO, IRS COUNSEL ARE IRS ATTORNEYS WHO ARE AVAILABLE AS

04:58:13  9    A RESOURCE FOR THE AGENTS DOING THE AUDITS.

04:58:17  10   Q.   AND DID I SHOW YOU SOME OF THE EXHIBITS THAT ARE IN

04:58:21  11   EVIDENCE IN THIS CASE THAT HAVE LITTLE SQUARE STAMPS ON THEM

04:58:24  12   THAT SHOWS THEY WERE OBTAINED FROM THIRD COUNTRIES?

04:58:27  13   A.   YES.

04:58:27  14   Q.   AND DOES THAT INDICATE THAT THE IRS HAD THE ABILITY TO GET

04:58:32  15   EVIDENCE FROM THIRD COUNTRIES IN THIS CASE?

04:58:33  16   A.   THEY DID.

04:58:34  17   Q.   NOW I WOULD LIKE TO ASK YOU A COUPLE MORE QUESTIONS ABOUT

04:58:39  18   THE INDIRECT METHOD OF PROOF, AND HOW YOU GO ABOUT DOING THAT.

04:58:44  19   BECAUSE THERE'S -- COULD YOU JUST EXPLAIN TO THE JURY WHAT THE

04:58:50  20   INDIRECT METHOD OF PROOF IS?

04:58:52  21         MR. PITMAN:  YOUR HONOR, I'M GOING TO OBJECT AGAIN TO

04:58:54  22   THIS LINE OF QUESTIONING ON THE GROUNDS OF RELEVANCE.

04:59:00  23         THE COURT:  WELL, WHY DON'T WE STOP RIGHT HERE BEFORE

04:59:02  24   WE LAUNCH INTO THAT.

04:59:04  25         AND I'M SURE WHEN WE COME BACK TOMORROW MORNING, THAT WILL

DIRECT EXAMINATION BY MR. CANNON

04:59:08  1    BE MADE CLEAR, OKAY.  YOU WILL LAY A FOUNDATION FOR THAT.

04:59:11  2              MR. CANNON:  THANK YOU, YOUR HONOR.

04:59:11  3              THE COURT:  ALL RIGHT.  THANK YOU, MR. HORDYK.

04:59:13  4        LADIES AND GENTLEMEN, WE HAVE COMPLETED OUR DAY.  WE HAD A

04:59:15  5    LONG ONE.  EVEN THOUGH WE STARTED AT 10, IT FELT LONG, BUT

04:59:19  6    TOMORROW WE ARE GOING TO MAKE IT LONGER, WE ARE GOING TO START

04:59:23  7    AT 9:00.

04:59:24  8        SO LEAVE ME YOUR BADGES AND YOUR NOTEBOOKS.  I WILL SEE

04:59:27  9    YOU TOMORROW.

04:59:27  10       AND LET ME REMIND YOU, YOU ARE NOT TO FORM OR EXPRESS ANY

04:59:30  11   OPINIONS IN THE CASE AND YOU ARE NOT TO DO ANY RESEARCH OR

04:59:33  12   INVESTIGATION.

04:59:33  13       HAVE A GOOD EVENING, AND DON'T TRIP OVER EACH OTHER ON

04:59:38  14   YOUR WAY OF GETTING OUT OF COURT.

04:59:38  15       ///

16

17

18

19

20

21

22

23

24

25

29

| | |
|---|---|
| 04:59:38 | 1 |

MAY 16, 2018:  DIRECT EXAMINATION CONTINUED

04:59:38  2

09:39:34  3   THE COURT:  MR. HORDYK, IF YOU WOULD COME BACK TO THE

09:39:35  4 WITNESS STAND, PLEASE, AND I'M GOING TO HAVE YOU SWORN FOR A

09:39:38  5 NEW COURT DAY, SIR.

09:39:39  6   (**DEFENSE WITNESS, KEN HORDYK, WAS SWORN.**)

09:39:40  7   THE WITNESS:  YES.

09:39:51  8   THE CLERK:  PLEASE BE SEATED.

09:40:05  9     **DIRECT EXAMINATION**

09:40:06  10 BY MR. CANNON:

09:40:06  11 Q.  GOOD MORNING, MR. HORDYK.

09:40:07  12 A.  GOOD MORNING.

09:40:08  13 Q.  NOW, WE TALKED ABOUT A LOT OF THINGS YESTERDAY, I DON'T

09:40:11  14 WANT TO WASTE EVERYBODY'S TIME, SO LET'S JUST KIND OF GET INTO

09:40:15  15 IT.

09:40:16  16 A.  OKAY.

09:40:16  17 Q.  COULD YOU EXPLAIN TO THE JURY A LITTLE BIT MORE ABOUT YOUR

09:40:20  18 EXPERIENCE IN TRACING MONEY FROM CHINA?

09:40:22  19 A.  YES.

09:40:25  20   AS I MENTIONED YESTERDAY, THERE ARE A NUMBER OF WAYS TO

09:40:28  21 TRACE SOURCES TO THE ORIGIN, AND THAT'S WHAT WE MEAN BY

09:40:33  22 SOURCING INCOMES TO FIND OUT WHERE IT CAME FROM, AND AT THAT

09:40:36  23 POINT, LOOK AT THE DOCUMENTS THAT WOULD IDENTIFY WHETHER IT'S

09:40:39  24 TAXABLE INCOME FOR U.S. PURPOSES, AND WHETHER IT'S A LOAN, THE

09:40:44  25 NATURE OF A PARTICULAR AMOUNT OF MONEY THAT WE ARE LOOKING AT.

DIRECT EXAMINATION BY MR. CANNON

09:40:49  1          WITH RESPECT TO CHINA, MY EXPERIENCE GOES BACK TO THE LATE

09:40:53  2     80'S WHEN THIS ISSUE WITH HONG KONG CAME UP IN ITS REVERSION

09:40:58  3     BACK TO MAINLAND CHINA.  AND A LOT OF THE MONEY THAT WAS

09:41:02  4     INVESTED IN HONG KONG, PEOPLE THOUGHT THEY HAD EXPOSURE, SO

09:41:09  5     THEY WERE LOOKING TO MOVE THEIR MONEY OUT AND COMING HERE.

09:41:13  6          WHAT WE WERE ATTEMPTING TO DO WAS LOOK FOR TWO THINGS,

09:41:16  7     SPECIFICALLY.  WE WERE LOOKING FOR PEOPLE THAT WERE TRYING TO

09:41:19  8     LAUNDER MONEY.  THAT'S WHEN YOU TAKE MONEY FROM ILLEGAL

09:41:23  9     ACTIVITIES, MOSTLY DRUGS IS WHAT WE WERE CONCERNED ABOUT.  AND

09:41:26  10    THE SECOND ISSUE WAS THE GREY MARKET.  WE KNOW THAT CHINA WAS A

09:41:30  11    LARGE PURVEYOR OF GREY MARKET GOODS.

09:41:34  12         THAT'S WHEN THEY TAKE A NAME BRAND ITEM, AND RATHER THAN

09:41:38  13    HAVE THAT NAME BRAND ITEM MANUFACTURED WHERE IT'S MANUFACTURED,

09:41:41  14    THEY COPY IT IN CHINA AND BRING IT OVER.  WE ARE LOOKING TO

09:41:46  15    HELP PREVENT THAT.  SO WE WERE LOOKING AT THOSE KINDS OF ITEMS,

09:41:52  16    THAT MONEY COMING INTO THE U.S.

09:41:54  17         SO WITH THAT IN MIND, WE ATTEMPTED TO IDENTIFY IT COMING

09:42:01  18    IN.  SO I HAD LOTS OF MEETINGS WITH BANK OFFICIALS, TREASURE

09:42:06  19    OFFICIALS, STATE DEPARTMENT OFFICIALS ABOUT WHAT THOSE AGENCIES

09:42:15  20    KNEW, OR FOR COMPETING COMPANIES THAT WOULD BE BRINGING MONEY

09:42:21  21    IN, IDENTIFYING SPECIFIC PEOPLE BRINGING IT IN, WATCHING THE

09:42:25  22    FLOW OF MONEY COMING IN THROUGH THE BANKS AND THE WIRE TRANSFER

09:42:29  23    PROCESS.

09:42:29  24         WE WERE USING TITLE 31 TO DO THAT EXAMINATION.

09:42:33  25         ONCE WE IDENTIFIED SOMETHING, SOMEONE, AN AMOUNT OF MONEY,

DIRECT EXAMINATION BY MR. CANNON

09:42:37   1    IT USUALLY STARTED WITH AN ACCESS DEPOSIT COMING IN FROM SOME

09:42:43   2    BANK.  AND IT LOOKED LIKE IT WAS COMING FROM A CHINESE SOURCE,

09:42:48   3    BE IT MAINLAND CHINA, HONG KONG OR TAIWAN.

09:42:54   4        AND FROM THAT, WE WERE ABLE TO DETERMINE FROM PAGE 2 OF

09:42:57   5    THE WIRE TRANSFER, AND THAT'S GENERALLY HOW MONEY COMES IN

09:43:02   6    TO -- IT GOES THROUGH THE VARIOUS ECONOMIES IN THE WORLD

09:43:05   7    THROUGH WIRE TRANSFERS.

09:43:09   8        TO FIND OUT WHO WAS SENDING THE MONEY, AND ON PAGE 2,

09:43:13   9    IT'S -- THERE'S A LOT OF INFORMATION ON A WIRE.  IT IDENTIFIES

09:43:17   10   THE INDIVIDUAL SENDING IT, WHO IT'S GOING TO, THE INDIVIDUAL

09:43:21   11   SENDING IT, THEIR NAME, THEIR ADDRESS, THEIR PHONE NUMBER.

09:43:24   12       THAT'S WHAT I MEANT YESTERDAY, YOU CAN SIMPLY PICK UP THE

09:43:28   13   PHONE AND CALL THEM.  AND OF COURSE MAYBE I WOULD NEED A

09:43:30   14   TRANSLATOR, WHICH WAS AVAILABLE.  AND THEN FROM THAT, DEVELOP

09:43:35   15   WHERE THE MONEY WENT ONCE IT GOT TO THIS COUNTRY.

09:43:38   16       SO ON THE WIRE ITSELF ON PAGE 1, IS THE BANK INFORMATION

09:43:42   17   THAT RECEIVES IT, THE ROUTING NUMBER, THE ACCOUNT NUMBER, AND

09:43:46   18   SOMETIMES BUT NOT ALWAYS, THE NAME OF THE ACCOUNT HOLDER.

09:43:51   19       SO WE GO TRY TO FIND WHO THAT PERSON WAS, DEVELOP THE

09:43:57   20   LEADS.  FROM THERE, ONCE WE GET THE BANK ACCOUNT NUMBER, THEN

09:44:00   21   WE GET THE BANK STATEMENTS.

09:44:02   22   Q.  AND SO WITH THIS KIND OF FLOW FROM MONEY FROM CHINA THAT

09:44:07   23   COMES INTO THE UNITED STATES, IS IT IMPORTANT TO DISTINGUISH

09:44:09   24   THE DIFFERENT KINDS OF MONEY THAT'S COMING TO THE

09:44:13   25   UNITED STATES?

09:44:13  1    A.   OH, ABSOLUTELY.  THE PURPOSE IS TO FIND OUT WHAT'S TAXABLE

09:44:17  2    VERSUS WHAT'S NOT TAXABLE VERSUS WHAT'S ILLEGAL.

09:44:21  3         WHAT I MEAN BY THAT IS, AGAIN, MONEY COMING IN FOR

09:44:27  4    LAUNDERED PURPOSES, GREY MARKET PURPOSES, THOSE KINDS OF

09:44:30  5    ACTIVITIES THAT WOULD DISRUPT OUR ECONOMY AND INFLUENCE OUR

09:44:33  6    MONEY FLOW.

09:44:34  7    Q.   AND AS TO LEGAL MONEY COMING TO THE UNITED STATES, WHAT

09:44:38  8    WAS THE POSITION OF THE TREASURY?

09:44:39  9    A.   WELCOMED IT.

09:44:41  10        MONEY COMING IN, INVESTMENT MONEY, MONEY THAT WAS -- A

09:44:47  11   PERSON WOULD COME HERE ON VACATION, ALL THE WAY UP TO SOMEONE

09:44:51  12   WHO WANTED TO INVEST IN THIS COUNTRY.  MONEY SPENT IN THIS

09:44:53  13   COUNTRY IS USED, GOSH HEAVENS, IT GOES INTO THE BANK, THE BANK

09:44:59  14   LENDS IT OUT, CREATES JOBS, IT'S A PLUS FOR OUR ECONOMY.  SO IT

09:45:02  15   WAS ENCOURAGED TO INVEST MONEY IN THIS COUNTRY.

09:45:05  16        WHICH IS KIND OF INTERESTING, YOU HEARD TESTIMONY, I

09:45:08  17   RECALL HEARING IT, THAT THERE WERE LIMITATIONS ON THE AMOUNT OF

09:45:11  18   MONEY THAT CHINA WOULD PERMIT THEIR CURRENCY TO COME TO THIS

09:45:15  19   COUNTRY.

09:45:16  20        A LOT OF CHINESE -- CHINA IS NOT THE ONLY ONE.  A LOT OF

09:45:20  21   THIRD-WORLD COUNTRIES PUT RESTRICTIONS ON THEIR MONEY LEAVING

09:45:24  22   THEIR COUNTRY.  THEY WANT IT IN THEIR COUNTRY, INVESTED IN

09:45:28  23   THEIR COUNTRY TO PROVIDE JOBS FOR THEIR CITIZENS AS OPPOSED TO

09:45:31  24   COMING HERE AND INCREASING OUR ECONOMIC WELFARE.

09:45:34  25   Q.   NOW, YESTERDAY WE TALKED ABOUT SOME TYPES OF MONEY THAT

09:45:40   1   WOULD COME INTO A BANK AND THERE WOULD BE A BANK DEPOSIT WHICH

09:45:43   2   WOULD BE NONTAXABLE, RIGHT?

09:45:44   3   A.   YES.

09:45:45   4   Q.   AND THOSE NONTAXABLE TYPES OF DEPOSITS WOULD INCLUDE

09:45:49   5   GIFTS?

09:45:51   6   A.   LOANS.

09:45:52   7   Q.   WHAT ELSE?

09:45:53   8   A.   TRANSFERS.

09:45:56   9        SAY SOMEBODY SELLS AN ASSET, THE PROCEEDS OF THAT ASSET

09:46:00  10   ISN'T NECESSARILY TAXABLE.  SO YOU BUY A PAIR OF SHOES FOR TEN

09:46:08  11   DOLLARS YOU SELL IT FOR TEN DOLLARS, SO YOU WIRE THE MONEY OVER

09:46:11  12   HERE, THAT WOULD BE DETERMINED, THE COST OF THE ASSET, THE SALE

09:46:14  13   PRICE OF THE ASSET, THE TYPE OF ASSET, AND THEN ONE COULD MAKE

09:46:27  14   A DETERMINATION, LIKE ME, WHETHER OR NOT IT WAS TAXABLE OR NOT

09:46:32  15   TAXABLE.

09:46:32  16   Q.   AND I WAS THINKING ABOUT THE TAX TREATY BETWEEN THE U.S.

09:46:36  17   AND CHINA, AND WHY IS THAT TAX TREATY IMPORTANT?

09:46:39  18   A.   WELL, FROM MY PERSPECTIVE, IT WAS IMPORTANT BECAUSE IT

09:46:46  19   ALLOWED YOU TO HAVE ACCESS TO THE INFORMATION IN CHINA RELATIVE

09:46:49  20   TO ME DOING MY JOB.

09:46:51  21        SO IN THE WORLD TODAY, WITH TRADING COMMERCE ON A GLOBAL

09:46:58  22   BASIS, COUNTRIES THAT, AROUND THE WORLD, ENTERED INTO TREATY

09:47:02  23   REGIMENTS TO PROMOTE COMMERCE IN TRADING.

09:47:05  24        AND THE UNITED STATES AND CHINA, THE TREATY IS -- IT WAS

09:47:08  25   ENTERED INTO, THAT TOOK EFFECT JANUARY 1ST, 1987.  HOW DO I

09:47:16  1    KNOW THAT?  BECAUSE I GOT ONE OF THE FIRST COPIES OF IT, WHICH

09:47:20  2    THERE WAS A PROVISION IN THERE THAT ALLOWED THE UNITED STATES

09:47:22  3    TO HAVE ACCESS TO BANK INFORMATION IN CHINA.

09:47:28  4        ANOTHER PROVISION IN THERE WAS TO SHARE THIS INFORMATION.

09:47:31  5    ANOTHER PROVISION WAS, I THINK IT'S ARTICLE 22 OF THAT

09:47:38  6    PROVISION, IF I RECALL, HAD TO DO WITH DOUBLE TAXATION.

09:47:43  7        SO IF YOU HAD MONEY IN CHINA AND YOU PAY TAX ON IT, YOU

09:47:46  8    KNOW, I PAY TAX HERE.  OR IF YOU PAY TAX HERE, YOU ARE ABLE TO

09:47:52  9    GET A CREDIT IN CHINA FOR THE MONEY THAT COMES OVER HERE.

09:47:56  10        SO THOSE REVERSE POLICIES BETWEEN THE TWO COUNTRIES THAT

09:48:00  11    ALLOWED CITIZENS TO TRAVEL BACK AND FORTH INVESTING MONEY CAN

09:48:06  12    ONLY BE TAXED ONCE.

09:48:07  13    Q.   SO IF I COULD EXPLAIN THAT ONCE MORE BECAUSE THAT'S KIND

09:48:12  14    OF A DIFFICULT CONCEPT.

09:48:13  15        ARE YOU SAYING THAT IF MONEY IS TAXED IN CHINA AND THEN

09:48:17  16    SENT TO THE U.S., THAT MONEY WON'T BE TAXED IN THE U.S.?

09:48:21  17    A.   THAT'S CORRECT.

09:48:21  18    Q.   AND IS THAT KNOWN AS THE PRINCIPLE OF DOUBLE TAXATION?

09:48:25  19    A.   YES, IT IS, AND THAT'S SET OUT IN THE TAX TREATY.

09:48:28  20    Q.   OKAY.

09:48:28  21        AND LET'S SAY -- AND DOES -- LET'S SAY I'M A U.S. PERSON

09:48:32  22    FOR U.S. TAX REASONS, AND I HAVE AN ACCOUNT IN CHINA OR TAIWAN,

09:48:37  23    AND I TRANSFER THAT MONEY INTO THE U.S., IS THAT TRANSFER OF

09:48:40  24    THE MONEY INTO THE U.S. A TAXABLE EVENT?

09:48:44  25    A.   THAT'S AN INTERESTING QUESTION.  YOU'RE A U.S. CITIZEN?

09:48:47   1    Q.   YES.

09:48:48   2    A.   YOU HAVE MONEY IN TAIWAN.

09:48:50   3    Q.   YES.

09:48:51   4    A.   SO INTERNAL REVENUE CODE IS AN INTERESTING DOCUMENT

09:48:54   5    BECAUSE IT REACHES EVERY PERSON ON THE PLANET AND DEALS WITH

09:49:01   6    THEM BY EXCEPTION.

09:49:02   7         SO IF YOU'RE A CITIZEN OF THE UNITED STATES OR A RESIDENT

09:49:06   8    OF THE UNITED STATES, AND A RESIDENT IS ANYONE WHO SPENDS A

09:49:10   9    HALF A YEAR PLUS A DAY, YOU ARE TAXED ON YOUR WORLDWIDE INCOME.

09:49:16   10   WORLDWIDE INCOME.  ALL OF IT.

09:49:19   11        SO IF YOU HAVE A BANK ACCOUNT IN, DID YOU SAY SINGAPORE?

09:49:25   12   Q.   IN SINGAPORE, TAIWAN, CHINA, ANY PLACE OUTSIDE THE U.S.

09:49:28   13   A.   YOU WOULD PAY TAX ON IT HERE.  SO BRINGING IT OR

09:49:32   14   TRANSFERRING IT HERE, IT'S NOT EVEN TAXED, THEORETICALLY.

09:49:35   15   Q.   AND THERE'S NO TAX ON BRINGING MONEY INTO THE UNITED

09:49:38   16   STATES, RIGHT?

09:49:39   17   A.   NO.

09:49:40   18   Q.   IN FACT, THE GOVERNMENT ENCOURAGES MONEY TO BE BROUGHT

09:49:45   19   INTO THE UNITED STATES?

09:49:45   20   A.   THE GOVERNMENT ENCOURAGES IT.

09:49:46   21   Q.   OKAY.  AND WHAT DID YOU LEARN IN YOUR PAST EXPERIENCE

09:49:50   22   ABOUT WHY PEOPLE WANT TO BRING MONEY TO THE UNITED STATES?

09:49:52   23   A.   YOU'VE HEARD THIS TERM BEFORE, THE UNITED STATES HAS THE

09:49:58   24   LOWEST RESERVE CURRENCY.

09:49:59   25        SIMPLY WHAT THAT MEANS IS THAT ALL THE CURRENCIES IN THE

09:50:02   1    WORLD ARE MEASURED AGAINST THE U.S. DOLLAR.  THE U.S. DOLLAR IS

09:50:07   2    THE STAPLE WHICH PERMITS A GREAT DEAL OF LATITUDE FOR OUR

09:50:13   3    ECONOMY TO EXPAND BECAUSE WE CAN BORROW, AND PEOPLE ARE

09:50:16   4    WILLING, EAGER, THROUGH OUR BORROWING POWERS TO INVEST IN OUR

09:50:21   5    BONDS AND TREASURY BILLS AND WHAT HAVE YOU, WHERE THE

09:50:24   6    GOVERNMENT SAYS, WE NEED SOME MORE MONEY TO OPERATE.  SO WE

09:50:28   7    ISSUE BONDS, AND PEOPLE AROUND THE WORLD ARE WILLING TO BUY

09:50:31   8    THOSE BONDS, INVEST IN THOSE BONDS, AND PROMOTE OUR ECONOMY.

09:50:38   9    Q.   OKAY.  AND I ASKED YOU SOME QUESTIONS YESTERDAY ABOUT THE

09:50:42   10   AUDIT PROCESS, AND WHAT'S IMPORTANT IN AN AUDIT PROCESS.

09:50:46   11       AND CAN YOU TELL THE JURY WHY IT'S IMPORTANT TO KNOW HOW A

09:50:49   12   BUSINESS WORKS?

09:50:50   13   A.   ON THE ONE HAND, YOU THINK A BUSINESS IS JUST SOMEONE

09:50:59   14   MAKES SOMETHING AND SELLS IT.  AS SIMPLE AS THAT SOUNDS, THERE

09:51:04   15   ARE COMPLEXITIES WITH MAKING A PRODUCT.

09:51:07   16       AND I'M JUST TAKING THIS AS ONE SIMPLE EXAMPLE.  WHERE DO

09:51:12   17   THE GOODS COME FROM?  WHERE ARE THEY MADE?  HOW ARE THEY MADE?

09:51:16   18   ARE THEY MADE IN-HOUSE OR ARE THEY BOUGHT?

09:51:18   19       WHAT'S IMPORTANT ABOUT THIS IS THAT VARIOUS BUSINESSES DO

09:51:25   20   VARIOUS THINGS IN OUR ECONOMY.  THERE ARE MANUFACTURER, AS YOU

09:51:30   21   KNOW, THERE ARE BROKERS WHO BROKER.  SOMEONE WHO MANUFACTURES

09:51:34   22   SOMETHING OR SOMEONE WHO SELLS SOMETHING.  THERE ARE ATTORNEYS,

09:51:38   23   FOR HEAVENS SAKES, PEOPLE PROVIDE SERVICES AS OPPOSED TO PEOPLE

09:51:41   24   WHO PROVIDE GOODS.

09:51:45   25       IT'S IMPORTANT TO KNOW THE JARGON OF THE BUSINESS, HOW

09:51:47  1    THEY SPEAK TO EACH OTHER, AND ALSO HOW THEY ACQUIRE ASSETS,

09:51:54  2    SELL THEIR ASSETS, HIRE THEIR EMPLOYEE, EMPLOY THEIR EMPLOYEE,

09:51:58  3    PAY THEIR EMPLOYEES, SELL THEIR PRODUCT, HOW THEY RECEIVE MONEY

09:52:01  4    FOR THE SALES OF GOODS AND SERVICES.  THAT ALL HAS TO BE KNOWN

09:52:07  5    BEFORE YOU START THE AUDIT.

09:52:09  6         SO BEFORE ANY AUDIT STARTS, ANY AUDIT STARTS, THE AGENT

09:52:13  7    NEEDS TO SIT AND PREPARE AN AUDIT PLAN.  HOW ARE WE GOING TO DO

09:52:20  8    THIS AUDIT?  AND THAT BEGINS WITH THE INFORMATION THAT THE

09:52:27  9    FEDERAL GOVERNMENT ALREADY HAS ON THE TAXPAYER.

09:52:30  10        SO FOR INSTANCE, YOU KNOW WHEN YOU HAVE MONEY IN A BANK,

09:52:33  11   THE BANK REPORTS TO THE INTERNAL REVENUE SERVICE YOUR INTEREST.

09:52:36  12   AND THAT INFORMATION IS AVAILABLE TO THE AUDITOR BEFORE THEY

09:52:40  13   EVEN START THE AUDIT.

09:52:41  14        SO FINDING THAT INFORMATION, NEXT IS, HOW ARE WE GOING TO

09:52:46  15   PROCEED WITH THIS AUDIT?  WHO ARE WE GOING TO INTERVIEW?  WHAT

09:52:51  16   ABOUT THE BUSINESS?  LET'S HAVE SOME BASIC UNDERSTANDING ABOUT

09:52:54  17   THE BUSINESS.

09:52:55  18        AND TODAY'S RESOURCES GOOGLE, HEAVENS, THERE'S NOT MUCH

09:52:59  19   YOU CAN'T FIND, IN TERMS OF PROFIT PERCENTAGE AND HOW THE

09:53:02  20   BUSINESS OPERATES.  THOSE ARE ALL IMPORTANT CLUES.

09:53:06  21        SO FOR INSTANCE, IF A BUSINESS OPERATES ON A PROFIT MARGIN

09:53:11  22   OF 50 PERCENT, SO THEY BUY A PRODUCT FOR TEN DOLLARS, SELL IT

09:53:15  23   FOR TWENTY, YOU WANT TO KNOW THAT.  AND THAT'S -- MOST OF THAT

09:53:20  24   IS AVAILABLE EITHER ONLINE OR THROUGH GOVERNMENT SERVICES.

09:53:27  25   Q.   AND DOES THE --

09:53:29    1    A.    A LOT OF INFORMATION IS COLLECTED AND AVAILABLE TO THE

09:53:30    2    AGENT, SO THEY PUT TOGETHER THE AUDIT PLAN TO KNOW THIS SO THAT

09:53:33    3    THEY KNOW WHAT THEY ARE GOING OUT TO DO.

09:53:35    4    Q.    AND DOES THE GOVERNMENT ALSO PROVIDE AUDIT INFORMATION AS

09:53:41    5    PART OF THE INTERNAL REVENUE MANUAL TO HELP AUDITORS AUDIT

09:53:47    6    SPECIFIC BUSINESSES?

09:53:47    7    A.    THEY DO.

09:53:48    8    Q.    AND WHY DO THEY PROVIDE THAT INFORMATION?

09:53:51    9    A.    I HAVE A PERSONAL EXPERIENCE, BUT BE THAT AS IT MAY, SO

09:53:54   10    THEY KNOW WHAT THEY'RE GETTING INTO.

09:53:55   11        I MEAN, THESE AUDIT GUIDES THAT ARE AVAILABLE TO THE

09:53:58   12    INTERNAL REVENUE AGENT BEFORE THEY GO OUT, TALKS ABOUT THE

09:54:03   13    JARGON, WHAT WORDS ARE USED TO DESCRIBE VARIOUS ACTIVITIES

09:54:07   14    WITHIN THE BUSINESS, HOW THE BUSINESS PERFORMS, IS EXPECTED TO

09:54:10   15    PERFORM, ALL THOSE CIRCLES THEN BECOME KNOWN TO THE AUDITOR AND

09:54:16   16    THEY ARE ENTERING INTO A FIELD THEY ARE COMFORTABLE WITH.

09:54:19   17        LIKE FOR INSTANCE, I THINK I MENTIONED YESTERDAY, AN AGENT

09:54:23   18    THIS WEEK COULD BE AUDITING A RECORDING STUDIO, NEXT WEEK A CAR

09:54:28   19    DEALERSHIP, A LUMBER COMPANY, AND THE NEXT DAY A FAIRY FARM.

09:54:33   20        I REMEMBER AN EXPERIENCE IN MY YOUNG AGE, I WENT OUT IT DO

09:54:38   21    A FAIRY FARM, AND IT WAS VERY IMPORTANT TO KNOW THE DIFFERENCE

09:54:40   22    BETWEEN A SPRINGER, A HEIFER AND A HOOFER.  I DIDN'T.  AND IT

09:54:44   23    WAS EMBARRASSING.  AND THESE ARE DAYS BEFORE THE AUDIT MANUAL

09:54:47   24    CAME AROUND.  THAT IDENTIFIED BUSINESS ACTIVITIES NOW.

09:54:53   25        THEY STARTED APPEARING IN THE INTERNAL REVENUE MANUAL IN

09:54:57  1    THE MID TO LATE 70'S.  AND THEY ARE FAIRLY INCLUSIVE BY THE

09:55:01  2    EARLY 90'S.  IT WAS A GREAT EFFORT TO PUT TOGETHER THESE AUDIT

09:55:07  3    GUIDES.

09:55:07  4         THE GAMING INDUSTRY, AUDITING CASINOS, A VERY COMPLEX

09:55:11  5    PROCEDURE.  THOSE KINDS OF THINGS ARE CONTAINED IN THE AUDIT

09:55:14  6    MANUAL.  AN AGENT IS DUTY BOUND TO LOOK AT THOSE AUDIT MANUALS.

09:55:20  7    Q.   AND IS THERE A SPECIFIC AUDIT MANUAL DEALING WITH THE

09:55:24  8    SCRAP METAL?

09:55:24  9    A.   THERE IS, INDEED.

09:55:26  10   Q.   AND THAT'S BEEN PREVIOUSLY IDENTIFIED AS DEFENSE

09:55:30  11   EXHIBIT 1086.  YOU REVIEWED THAT BEFORE YOU CAME TO TODAY?

09:55:32  12   A.   I DID.

09:55:33  13   Q.   AND IS THAT THE AUDIT MANUAL, THE IRS -- LISTED IN THE IRM

09:55:39  14   AS TO HOW TO AUDIT SCRAP METAL BUSINESSES?

09:55:41  15   A.   IT TALKS ABOUT THE SCRAP METAL BUSINESS, HOW TO AUDIT,

09:55:46  16   THAT'S OTHER, BUT YES.

09:55:49  17        MR. CANNON:  YOUR HONOR, AT THIS TIME I WOULD MOVE

09:55:51  18   EXHIBIT 1086 INTO EVIDENCE.

09:55:53  19        THE COURT:  ANY OBJECTIONS?

09:55:54  20        MR. PITMAN:  I WILL PRESERVE MY OBJECTIONS TO THIS

09:55:56  21   EXHIBIT, YOUR HONOR.

09:55:57  22        THE COURT:  ALL RIGHT.  AS PREVIOUSLY DISCUSSED THIS

09:56:00  23   MORNING, I WILL ADMIT THIS DOCUMENT.

09:56:04  24      (DEFENDANT'S EXHIBIT 1086 WAS ADMITTED INTO EVIDENCE.)

09:56:04  25        MR. CANNON:  THANK YOU.

09:56:05   1          COULD I APPROACH THE WITNESS YOUR HONOR WITH A COPY OF

09:56:07   2     1086 OR SHOULD I GIVE HIM THE COURT'S EXHIBIT?

09:56:09   3              THE COURT:  YES.  YOU MAY IF I HAVE HIM THE COURT'S

09:56:12   4     EXHIBIT.

09:56:12   5              MR. CANNON:  THANK YOU.

09:56:46   6              THE WITNESS:  MY OTHER OBSERVATION IS THAT THESE --

09:56:48   7              THE COURT:  I'M SORRY, THERE'S NO QUESTION PENDING.

09:56:56   8              MR. CANNON:  THIS IS IN EVIDENCE.

09:56:57   9          COULD WE PUBLISH TO THE JURY, A PORTION OF EXHIBIT 1086.

09:57:03  10     Q.   NOW, MR. HORDYK, WOULD YOU PLEASE LOOK AT THE PORTION OF

09:57:07  11     THE AUDIT, THE IRS AUDIT GUIDE FOR SCRAP METAL BUSINESSES.

09:57:12  12          DOES IT TALK ABOUT -- DOES THE AUDIT GUIDE FOR SCRAP

09:57:17  13     METALS TALK ABOUT THE POSITIONS OF DIFFERENT PEOPLE IN THE

09:57:20  14     SCRAP METAL BUSINESS?

09:57:23  15     A.   IT DOES, YES.

09:57:24  16     Q.   AND DOES IT TALK ABOUT WHO A BROKER IS?

09:57:27  17     A.   IT DOES, YES.

09:57:29  18     Q.   AND WHO IS A BROKER?

09:57:32  19     A.   I WILL READ IT TO YOU.

09:57:32  20          BROKERS ACT AS AGENTS FOR OTHERS IN NEGOTIATING CONTRACTS,

09:57:32  21     PURCHASES, OR SALES.  BROKERS MAY ACT AS INTERMEDIARIES BETWEEN

09:57:32  22     ANY BUYER OR SELLER OF SCRAP METAL.

09:57:32  23          THE BROKER IS DIFFERENT FROM THE PEDDLER BECAUSE THE

09:57:52  24     BROKER MAY NOT TAKE PHYSICAL POSSESSION OF THE SCRAP METAL, BUT

09:57:52  25     BROKER IS DIFFERENT FROM A PEDDLER, SOMEONE WHO IS OUT SELLING,

| | | |
|---|---|---|
| 09:57:56 | 1 | AND A BROKER MAY NOT -- A BROKER MAY NOT, AND THIS IS |
| 09:58:00 | 2 | IMPORTANT, MAY NOT TAKE POSSESSION OF THE SCRAP. |
| 09:58:05 | 3 | THAT'S A BROKER. |
| 09:58:06 | 4 | Q.   AND COULD YOU EXPLAIN TO THE JURY WHAT'S THE DIFFERENCE |
| 09:58:10 | 5 | BETWEEN TAKING LEGAL POSSESSION AND PHYSICAL POSSESSION? |
| 09:58:13 | 6 | A.   TAKING LEGAL POSSESSION MEANS THAT YOU PURCHASE IT.  SO |
| 09:58:22 | 7 | YOU BUY THE PRODUCT THAT COMES INTO YOUR INVENTORY, AND BECOME |
| 09:58:27 | 8 | PART OF YOUR ACCOUNTING SYSTEM. |
| 09:58:30 | 9 | AND THEN WHEN YOU SELL THAT INVENTORY, IT'S PART OF YOUR |
| 09:58:33 | 10 | SALE.  AS OPPOSED TO WHAT A BROKER DOES, THEY NEVER TAKE |
| 09:58:37 | 11 | POSSESSION.  THEY BROKER THE PEOPLE THAT HAVE THE SCRAP WITH |
| 09:58:40 | 12 | THE PEOPLE THAT WANT TO BUY IT, THEY PUT THE TWO PARTIES |
| 09:58:44 | 13 | TOGETHER. |
| 09:58:44 | 14 | Q.   AND UNDER THE UCC, A BROKER COULD TAKE LEGAL POSSESSION, |
| 09:58:47 | 15 | BUT THEY DON'T TAKE PHYSICAL POSSESSION, RIGHT? |
| 09:58:50 | 16 | A.   THEY COULD TAKE LEGAL POSSESSION ONCE THEY PURCHASE IT, |
| 09:58:52 | 17 | AND -- BUT THEY DON'T TAKE -- NECESSARILY HAVE TO TAKE |
| 09:58:56 | 18 | POSSESSION. |
| 09:58:58 | 19 | AND THAT JUST MOVES ON, AND THEY JUST MAKE THE PURCHASE |
| 09:59:01 | 20 | AND THEN SELL IT AFTERWARDS. |
| 09:59:03 | 21 | BUT THAT'S NOT USUALLY HOW IT WORKS WHEN YOU READ THIS. |
| 09:59:06 | 22 | HOW IT USUALLY WORKS IS, THE SALE IS IDENTIFIED, THE COST IS |
| 09:59:13 | 23 | IDENTIFIED, THE PURCHASER PROVIDES MONEYS TO MAKE THE PURCHASE, |
| 09:59:19 | 24 | AND THE BROKER MAKES THE PURCHASE AND THEN SENDS IT TO THE |
| 09:59:23 | 25 | BUYER. |

DIRECT EXAMINATION BY MR. CANNON

09:59:24  1   Q.   NOW, IN THE AUDIT GUIDE FOR THE SCRAP METAL BUSINESS,

09:59:33  2   COULD YOU LOOK AT PAGE 8, PLEASE.

09:59:40  3   A.   YES.

09:59:40  4   Q.   AND THAT DESCRIBES STEPS AS TO WHAT AN AUDITOR IS SUPPOSED

09:59:44  5   TO DO BEFORE THEY BEGIN THE AUDIT?

09:59:46  6   A.   IT DOES.  THERE'S A SECTION IN HERE LABELED "PRE-AUDIT

09:59:51  7   STEPS."

09:59:53  8   Q.   AND CAN YOU EXPLAIN TO THE JURY WHAT AN INFORMATION

09:59:59  9   DOCUMENT REQUEST IS?

10:00:02  10  A.   IT'S A REQUEST BY THE INTERNAL REVENUE SERVICE, GENERALLY

10:00:07  11  TO THE TAXPAYER, COULD BE TO SOME WITNESS, OF DOCUMENTS THAT

10:00:13  12  YOU WOULD LIKE THEM TO PROVIDE.

10:00:15  13      YOU IDENTIFY THE DOCUMENT, THE DATE OF THE REQUEST, YOU

10:00:18  14  SIGN IT, AND OFTEN TIMES THERE'S AN EXPECTED COMPLETION DATE.

10:00:24  15  Q.   AND IS AN INFORMATION DOCUMENT REQUEST NORMALLY REFERRED

10:00:28  16  TO AS AN IDR?

10:00:30  17  A.   YES, OF COURSE.  THE FEDERAL GOVERNMENT HAS ALL THESE

10:00:34  18  ACRONYMS.

10:00:35  19  Q.   AND IN THE TYPICAL TAX CASE, IS -- DOES THE IRS SEND OUT

10:00:40  20  IDR ONE, THEN IDR TWO, A SERIES OF IDR'S?

10:00:46  21  A.   YES.

10:00:46  22  Q.   AND ARE IDR'S SELF-ENFORCING?  BY THAT I MEAN, DO THEY

10:00:53  23  HAVE THE POWER OF A COURT ORDER?

10:00:54  24  A.   THEY DO NOT.

10:00:55  25  Q.   AND WOULD YOU SAY THAT MOST OF THE RECORDS THE IRS GETS

DIRECT EXAMINATION BY MR. CANNON

10:01:01  1    COME THROUGH IDR'S?

10:01:04  2    A.   JUST ABOUT ALL OF THEM.

10:01:06  3    Q.   AND WHY IS THAT?

10:01:07  4    A.   BECAUSE THE NEXT STEP IS TO SUMMON THE INFORMATION AND

10:01:12  5    THAT'S A COURT ORDER ENFORCEMENT PROCEDURE, AND IT TAKES TIME,

10:01:18  6    IT COSTS MONEY, JUST A SIMPLE AUDIT IS TO GIVE THE INFORMATION

10:01:22  7    THROUGH AN IDR AND YOU ARE DONE WITH IT.

10:01:24  8    Q.   AND SO IS AN IDR A STEP UP FROM A PHONE CALL?

10:01:30  9    A.   IT'S A FORMAL REQUEST, YES.  A PHONE CALL WOULD NOT BE A

10:01:34  10   FORMAL REQUEST.

10:01:34  11   Q.   OKAY.  NOW, IF YOU ALSO LOOK ON PAGE 9, DOES THE AUDIT

10:01:42  12   GUIDE FOR THE SCRAP METAL BUSINESS LIST A SET OF INTERVIEW

10:01:46  13   QUESTIONS THAT WOULD BE GOOD FOR AGENTS TO ASK?

10:01:53  14   A.   I SEE IT, YES, YES.

10:01:56  15   Q.   AND HOW MANY QUESTIONS ARE THERE?

10:01:57  16   A.   32.

10:02:04  17   Q.   AND CAN YOU EXPLAIN TO THE JURY HOW THE TYPICAL IRS

10:02:10  18   INTERVIEW HAPPENS, WHAT'S THE DEVELOPMENT PROCESS, HOW DO

10:02:13  19   REVENUE AGENTS DECIDE WHAT QUESTIONS TO ASK?

10:02:17  20   A.   IT STARTS WITH AN AUDIT PLAN, HOW ARE WE GOING TO CONDUCT

10:02:20  21   THIS EXAMINATION.

10:02:22  22        WITH THAT IN MIND, HOW ARE WE GOING TO INTERVIEW THESE

10:02:25  23   PEOPLE IN TERMS OF THE OWNER, THE SUPPLIER, THE CUSTOMERS, SO

10:02:32  24   WE BREAK OUT WHO WE WANT TO INTERVIEW, AND WE STRUCTURE OUR

10:02:38  25   QUESTIONS FOR THE INTERVIEW WITH THAT IN MIND.

DIRECT EXAMINATION BY MR. CANNON

10:02:42 1  Q.   AND ARE THERE IRS FORMS THAT THESE INTERVIEW QUESTIONS ARE

10:02:47 2  DESIGNED TO GO ON?

10:02:49 3  A.   I BELIEVE SO, YEAH.

10:02:53 4  Q.   AND IS IT KIND OF STANDARD PRACTICE TO WRITE OUT THESE

10:02:58 5  QUESTIONS BEFORE YOU GO TO THE INTERVIEW?

10:03:00 6  A.   YES, INDEED.

10:03:01 7  Q.   NOW, I ASKED YOU SOME QUESTIONS -- CAN YOU TELL THE JURY

10:03:15 8  WHAT A NOMINEE IS?

10:03:19 9  A.   A NOMINEE IS ANY PERSON WHO HOLDS AN ASSET FOR SOMEONE

10:03:24 10  ELSE.  IT'S NOT THEIRS, IT'S NOT A TAXABLE EVENT, THEY SIMPLY

10:03:29 11  TAKE POSSESSION AND HOLD IT.

10:03:31 12  Q.   AND DOES THE IRS HAVE A LOT OF EXPERIENCE IN DEALING WITH

10:03:34 13  NOMINEES?

10:03:34 14  A.   OH, YEAH.

10:03:35 15  Q.   AND CAN YOU EXPLAIN TO THE JURY WHY THAT IS?

10:03:39 16  A.   BECAUSE SOME PEOPLE TRY TO GET ASSETS OUT OF THEIR NAME,

10:03:42 17  PUT IT IN THE NAME OF A NOMINEE, AND TAKE ADVANTAGE OF THAT

10:03:47 18  PROCEDURE I JUST PREVIOUSLY MENTIONED.

10:03:49 19      SO IT'S A MEANS OF HIDING ASSET, PUTTING YOUR ASSETS IN

10:03:54 20  OTHER PEOPLE'S NAMES, AND SO THAT YOU NEED MORE IN-DEPTH REVIEW

10:04:01 21  OF THE NOMINEE, THE ASSET, BE IT BANK ACCOUNT, A CAR, IT HAS TO

10:04:08 22  BE REVIEWED IN TERMS OF WHAT ITS PURPOSE IS.

10:04:11 23  Q.   AND DOES THE IRS COMMONLY IGNORE THE LEGAL TITLE OF

10:04:19 24  SOMETHING IN ORDER TO TAKE ACTION AGAINST THE ASSETS, OUT OF

10:04:23 25  THE NAME OF THE NOMINEE?

10:04:24  1     A.   WELL, WE LOOK BEYOND THE LEGAL TITLE, SURE.  THERE'S AN

10:04:28  2     ACCOUNTING TERM USED, SUBSTANCE OVER FORM.  THE SUBSTANCE OVER

10:04:31  3     FORM IS AN ACCOUNTING TERM THAT ADDRESSES THE PROBABILITY OF A

10:04:38  4     PROPRIETY IN THE FINANCIAL STATEMENTS.

10:04:41  5         AND THE FINANCIAL STATEMENTS, FOR OUR PURPOSES, IS AN

10:04:43  6     INCOME STATEMENT WHICH SHOWS INCOME, EXPENSES, GIVES YOU

10:04:48  7     INCOME, THAT'S WHAT YOU GET YOUR TAX ON.

10:04:51  8         AND THE OTHER DOCUMENT IS A BALANCE SHEET.  IT ESSENTIALLY

10:04:54  9     IS WHAT AN ENTITY, A PERSON OWNS, LESS WHAT THEY OWE.  AND

10:05:00  10    WHAT'S LEFT OVER IS CALLED EQUITY.

10:05:04  11    Q.   NOW I ASKED YOU SOME QUESTIONS YESTERDAY ABOUT THE

10:05:06  12    SOURCING OF DOCUMENTS AND SOURCING OF DEPOSITS.  WHY DOES THE

10:05:12  13    IRS REQUIRE THE SOURCING OF DEPOSITS?

10:05:15  14    A.   FIRST, SOURCING IS LOOKING AT A DEPOSIT AND DETERMINING

10:05:20  15    WHERE IT CAME FROM AND THE DOCUMENTATION THAT WOULD SHOW THE

10:05:23  16    NATURE OF THAT.  SO THE IMPORTANCE IS WHETHER IT'S TAXABLE OR

10:05:27  17    NOT.

10:05:28  18    Q.   OKAY.  AND WHEN YOU WERE SUPERVISING PEOPLE IN THE IRS,

10:05:34  19    WHAT WOULD YOU DO IF SOMEBODY CAME TO YOU WITH A FILE WHERE THE

10:05:37  20    DEPOSITS WEREN'T SOURCED?

10:05:42  21    A.   I WOULD SOURCE IT.

10:05:45  22    Q.   AND WHAT WOULD YOU DO IF A REVENUE AGENT CAME TO ASK YOU

10:05:50  23    ABOUT AN AUDIT OF A RECYCLING MATERIALS BROKER?

10:05:54  24    A.   WELL, FIRST THING I'M GOING TO DO IS PUT TOGETHER AN AUDIT

10:05:58  25    PLAN.  AND THAT AUDIT PLAN, AS I MENTIONED, WE ARE GOING TO DO

DIRECT EXAMINATION BY MR. CANNON

10:06:02  1   BACKGROUND INFORMATION IN TERMS OF WHAT THE GOVERNMENT HAS, WE

10:06:04  2   ARE GOING TO GET THE AUDIT GUIDE, LEARN THE JARGON OF THE

10:06:08  3   TRADE, WE ARE GOING TO LEARN HOW THE TRADE OPERATES, AND START

10:06:13  4   BUILDING AN AUDIT PLAN FROM THERE.

10:06:14  5   Q.   OKAY.  AND IS IT IMPORTANT TO KNOW WHAT THE MARGINS IN A

10:06:20  6   BUSINESS ARE WHEN YOU ARE AUDITING THE BUSINESS?

10:06:23  7   A.   OH, INDEED, IT'S A BIG TIP.

10:06:25  8   Q.   CAN YOU EXPLAIN TO THE JURY WHY THAT IS?

10:06:27  9   A.   WELL, FIRST, WHAT IS A MARGIN?  A MARGIN IS PROFITABILITY.

10:06:33  10       SO YOU TAKE EVERYTHING THAT GOES INTO A BUSINESS AND

10:06:37  11  SUBTRACT IT FROM THEIR INCOME AND YOU SEE HOW MUCH THEY MAKE.

10:06:40  12  AND THOSE ARE CALLED MARGINS, WHEN MEASURED AGAINST EVERYONE IN

10:06:44  13  THE INDUSTRY.

10:06:45  14       SO KNOWING WHAT AN INDUSTRY MARGIN AVERAGE IS, GIVES YOU

10:06:51  15  SOME IDEA ABOUT THE PROFITABILITY OF YOUR COMPANY, IS IT

10:06:56  16  OPERATING IN THE MARGINS.

10:06:57  17       SO I MIGHT ADD THAT IT'S A STATISTICAL CONCEPT, AND A LOT

10:07:01  18  OF STATISTICAL METHODS ARE APPLIED IN DETERMINING WHAT'S THE

10:07:08  19  PROBABILITY OF AN AUDIT ISSUE HERE.

10:07:11  20  Q.   OKAY.  AND DOES THE IRS HAVE AVAILABLE TO IT, STATISTICS

10:07:19  21  THAT TELLS YOU WHAT'S THE OPERATING MARGIN ON, LET'S SAY, A

10:07:23  22  GROCERY STORE OR AN AUTO DEALER OR A COMPUTER SOFTWARE

10:07:27  23  MANUFACTURER OR A SCRAP METAL BUSINESS?

10:07:29  24  A.   THEY DO.  USUALLY IN THE AUDIT GUIDES, NOT ALWAYS.  BUT

10:07:34  25  USUALLY IF THEY ARE NOT, IT'S EASY ENOUGH TO GO ON THE INTERNET

10:07:37  1    AND FIND THEM.

10:07:38  2    Q.   AND ACCORDING TO THE INTERNAL REVENUE SERVICE MANUAL AND

10:07:43  3    YOUR EXPERIENCE AND TRAINING, ARE BANK RECORDS SUFFICIENT TO

10:07:46  4    ESTABLISH INCOME?

10:07:48  5    A.   WELL, CERTAINLY AN IMPORTANT STEP BUT NOT IN AND OF

10:07:51  6    ITSELF, NO.

10:07:51  7    Q.   OKAY.  WOULD YOU SAY IT'S THE FIRST STEP IN THE PROCESS?

10:07:57  8    A.   COULD BE AN EARLY STEP IN THE PROCESS, YES.

10:08:00  9    Q.   AND IS IT IMPORTANT TO INTERVIEW THE ORIGINATORS OF THE

10:08:05  10   WIRES TO FIND OUT WHETHER MONEY THAT FLOWS INTO A BANK ACCOUNT

10:08:09  11   IS INCOME OR SOMETHING ELSE?

10:08:11  12   A.   WELL, THAT CERTAINLY WOULD HELP.

10:08:12  13        YES, OF COURSE, YOU WANT TO KNOW WHERE IT CAME FROM, WHO

10:08:16  14   SENT IT, WHAT THE PURPOSE WAS, WAS IT BUSINESS RECEIPTS THAT

10:08:20  15   BELONG IN THE BUSINESS, AS OPPOSED TO SOMETHING ELSE THAT MAY

10:08:24  16   NOT BE TAXABLE, LIKE LOANS, GIFTS INHERITANCES.

10:08:29  17   Q.   OR SOMETHING THAT IS TAXED IN ANOTHER COUNTRY?

10:08:33  18   A.   OR SOMETHING TAXED IN ANOTHER COUNTRY, INDEED.

10:08:36  19   Q.   NOW, WE WERE TALKING THE OTHER DAY ABOUT HOW REVENUE

10:08:43  20   AGENTS INTERVIEW PEOPLE.  DO YOU REMEMBER THOSE CONVERSATIONS?

10:08:45  21   A.   I DID.

10:08:46  22   Q.   AND COULD YOU TELL THE JURY THE KINDS OF INTERVIEWS THAT

10:08:48  23   PEOPLE, REVENUE AGENTS ARE TRAINED TO CONDUCT?

10:08:51  24   A.   WELL, THERE ARE DIFFERENT PEOPLE WE ARE GOING TO

10:09:01  25   INTERVIEW.  WE ARE GOING TO INTERVIEW PEOPLE, COOPERATING

10:09:04  1     PEOPLE, WE ARE GOING TO INTERVIEW THE TAXPAYER.  SO EACH

10:09:09  2     INTERVIEW IS STRUCTURED WITH THAT IN MIND.

10:09:11  3          FOR INSTANCE, THE TAXPAYER.  YOU WANT TO KNOW SOME BASIC

10:09:16  4     INFORMATION.  HOW THEY DO THEIR BUSINESS, HOW THEY GOT IN

10:09:19  5     BUSINESS, HOW THEY HANDLE THE ACCOUNTING OF THE BUSINESS, WHO

10:09:22  6     DOES THE ACCOUNTING, WHERE DO THEY BANK, WHO ARE THEIR

10:09:27  7     INVENTORY SUPPLIERS, WHAT IS THEIR CUSTOMER BASE, HOW BIG OF AN

10:09:32  8     OPERATION, DO THEY OPERATE OUT OF STATE, DO THEY OPERATE OUT OF

10:09:38  9     THE COUNTRY.  DO THEY DO THEIR OWN MANUFACTURING, DO THEY

10:09:40  10    SOURCE OUT MANUFACTURING, THINGS LIKE THAT.  THERE'S A LOT

10:09:47  11    TO -- THAT GOES INTO THE STRUCTURE OF AN AUDIT PLAN REGARDING

10:09:51  12    THE INTERVIEW.

10:09:52  13    Q.   OKAY.  AND ARE THERE THEORIES OF HOW TO DO AN

10:09:56  14    INVESTIGATION?  AND BY THIS I MEAN, WHAT DO REVENUE AGENTS DO

10:10:02  15    TO DEAL WITH OBSERVATIONAL BIAS?

10:10:05  16    A.   OBSERVATIONAL BIAS IS A CONCEPT THAT YOU START OUT WITH,

10:10:17  17    ALL RIGHT, SO YOU LOOK AT A BANK ACCOUNT AND THERE'S -- EVERY

10:10:21  18    MONTH THERE'S A HUNDRED DOLLARS DEPOSITED, AND I'M JUST USING

10:10:24  19    THAT FIGURE, THERE'S A HUNDRED DOLLARS DEPOSITED IN THE BANK

10:10:27  20    ACCOUNT, OKAY.

10:10:29  21         AND YOU FIND THAT THAT'S THEIR INCOME, JUST A FIGURE, I'M

10:10:35  22    ILLUSTRATING SOMETHING HERE.  AND SOMETIMES EVERY YEAR THERE'S

10:10:39  23    A DEPOSIT OF, SAY, A THOUSAND DOLLARS IN APRIL.  ANY IDEA WHAT

10:10:47  24    THAT MIGHT BE?  WELL, SOMETHING COMES TO MIND, BUT IT WOULD, ON

10:10:53  25    THE ONE HAND, TRIGGER AN INTEREST, RIGHT, HUNDRED DOLLARS AND

10:10:56  1    ALL THE SUDDEN THERE'S A THOUSAND DOLLARS, YOU WANT TO LOOK AT

10:10:58  2    THAT.

10:10:59  3         AND YOU WOULD.  BUT, IT'S PROBABLY THEIR TAX REFUND.

10:11:04  4    Q.   OKAY.  AND SO IF AN AUDITOR IS CONDUCTING AN AUDIT, ARE

10:11:08  5    THERE -- WHAT DO THEY DO ONCE THEY HAVE A HYPOTHESIS?

10:11:15  6    A.   A HYPOTHESIS IS A CONCEPT THAT YOU START OUT WITH THAT,

10:11:21  7    YOU KNOW, AUDITS COME FROM DIFFERENT SOURCES.  IT COULD BE AN

10:11:25  8    INFORMANT, IT COULD BE A BANK LEAD.  BANKS DO PROVIDE

10:11:30  9    INFORMATION, AND WITH THAT IN MIND, YOU START WITH THE

10:11:34  10   HYPOTHESIS THAT, IT'S NOT ANYWHERE YOU COULD SEE ON THE TAX

10:11:39  11   RETURNS, THE HYPOTHESIS IS THIS IS UNREPORTED INCOME.

10:11:45  12        SO WHAT YOU WOULD DO IS YOU WOULD START WITH THAT

10:11:48  13   HYPOTHESIS TO PROVE IT.  AND AT THE END OF THAT, WHATEVER YOUR

10:11:55  14   RESULT IS, IF IT'S IN FAVOR OF THE GOVERNMENT, IT'S IMPORTANT

10:11:58  15   TO DISPROVE IT BECAUSE OPERATIONAL BIAS CAN TRIGGER A CONCEPT

10:12:05  16   WHERE YOU CLOSE YOUR MIND OFF TO THE OTHER SIDE OF THE STORY.

10:12:11  17        AND REVENUE AGENTS, AND MOST INVESTIGATORS ARE TRAINED

10:12:16  18   THAT THERE'S TWO SIDES TO EVERY STORY.  YOU NEED TO DEVELOP ONE

10:12:20  19   SIDE, BUT YOU ALSO HAVE TO HAVE AN OPEN MIND TO AN ALTERNATIVE

10:12:25  20   POSITION, TWO SIDES TO EVERY STORY.  OPERATIONAL BIAS TENDS TO

10:12:30  21   CLOSE OFF THAT SECOND SIDE.

10:12:32  22   Q.   AND WOULD IT BE FAIR TO SAY THAT IT'S THE RESPONSIBILITY

10:12:36  23   OF THE REVENUE AGENT TO KIND OF ACT AS A DEVIL'S ADVOCATE TO

10:12:41  24   UNDERMINE THEIR OWN THEORY AS TO WHAT HAPPENED?

10:12:43  25   A.   THAT'S WHAT YOU USE TO DISPROVE THE FIRST THEORY.

DIRECT EXAMINATION BY MR. CANNON

10:12:46   1    Q.   AND IS THAT STANDARD PRACTICES SET OUT IN THE INTERNAL

10:12:50   2    REVENUE MANUAL?

10:12:51   3    A.   IT IS, YES.

10:12:54   4    Q.   FROM LOOKING AT THE DOCUMENTS YOU'VE SEEN IN THIS CASE AND

10:12:57   5    LISTENING TO THE TESTIMONY YOU'VE LISTENED TO IN COURT AND

10:12:59   6    READING AGENT GARRISON'S REPORT, WHAT DOES IT APPEAR HAPPENED

10:13:02   7    IN THIS CASE?

10:13:03   8    A.   OPERATIONAL BIAS.  THERE WAS NO ATTEMPT TO LOOK AT THE

10:13:08   9    OTHER SIDE OF THE STORY TO DISPROVE, INDEED THERE WAS NO

10:13:12   10   ATTEMPT TO IDENTIFY THE SOURCE DOCUMENTS TO FIND OUT WHETHER OR

10:13:15   11   NOT THEY WERE INCOME, WHETHER OR NOT IT WAS A LOAN AND

10:13:17   12   THEREFORE NOT TAXABLE, WHETHER OR NOT IT WAS A TRANSFER,

10:13:20   13   THEREFORE NOT TAXABLE, WHETHER OR NOT IT WAS AN INHERITANCE,

10:13:24   14   THEREFORE NOT TAXABLE.

10:13:25   15   Q.   DOES THE IRS TRAIN ITS AGENTS TO MAKE A REASONABLE EFFORT

10:13:29   16   TO FIND OUT A DOCUMENT THAT SOURCES THE FUNDS?

10:13:33   17   A.   IT TRAINS THEM, AND IT TRAINS THEM ALSO TO THE CONCEPT

10:13:35   18   THAT IT IS A REQUIRED STEP IN EVERY AUDIT.

10:13:39   19   Q.   DOES THE INTERNAL REVENUE MANUAL ALLOW A REVENUE AGENT TO

10:13:44   20   REJECT A TAXPAYER'S EXPLANATION WITHOUT INVESTIGATION?

10:13:47   21   A.   OH, NO.  IT MUST BE INVESTIGATED OR THE TAXPAYER'S

10:13:50   22   POSITION STANDS.

10:13:52   23   Q.   AND DID YOU SEE ANY EVIDENCE HERE, INCLUDING THE EXHIBITS

10:13:56   24   POINTED OUT BY MR. PITMAN, THAT ESTABLISHES THAT THE BANK

10:14:00   25   DEPOSITS IN THIS CASE ARE INCOME?

DIRECT EXAMINATION BY MR. CANNON

10:14:01  1          MR. PITMAN:  OBJECTION, YOUR HONOR.  THIS IS BEYOND

10:14:03  2     THE SCOPE.

10:14:04  3          THE COURT:  SUSTAINED.

10:14:05  4     BY MR. CANNON:

10:14:07  5     Q.  DID YOU SEE ANY EVIDENCE FROM THE TESTIMONY OF AGENT

10:14:14  6     CAMPBELL WHICH YOU OBSERVED, OR AGENT GARRISON, THAT YOU READ

10:14:20  7     THAT INDICATED THE IRS TOOK ANY ACTION TO SOURCE THE DEPOSITS?

10:14:24  8     A.  DID ANY WHAT?

10:14:27  9     Q.  I'M SORRY.  YOU READ THE TESTIMONY OF AGENT GARRISON,

10:14:29 10     RIGHT?

10:14:30 11     A.  I DID.

10:14:31 12     Q.  AND YOU OBSERVED THE TESTIMONY OF AGENT CAMPBELL, RIGHT?

10:14:33 13     A.  YES.

10:14:34 14     Q.  AND DID YOU SEE ANY EVIDENCE, YOUR OBSERVATIONS, THAT THE

10:14:38 15     IRS DID ANYTHING TO SOURCE THE DEPOSITS IN THIS CASE?

10:14:42 16     A.  NO.

10:14:44 17     Q.  AND HAVE YOU SEEN SUFFICIENT PROOF TO ESTABLISH AN AMOUNT

10:14:47 18     OF INCOME IN THIS CASE ACCORDING TO THE STANDARDS UNDER THE

10:14:50 19     INTERNAL REVENUE MANUAL?

10:14:52 20          THE COURT:  SUSTAINED.  THE OBJECTION IS SUSTAINED.

10:14:54 21     THAT IS THE JURY'S PROVINCE.

10:14:59 22     BY MR. CANNON:

10:15:02 23     Q.  IN THIS CASE, DID YOU REVIEW AGENT GARRISON'S TESTIMONY?

10:15:08 24     A.  I REVIEWED AGENT GARRISON'S DIRECT TESTIMONY AND YOUR

10:15:14 25     CROSS-EXAMINATION OF AGENT GARRISON, I DID.

10:15:16   1    Q.   AND WAS THERE ANYTHING ABOUT THAT TESTIMONY THAT REALLY

10:15:20   2    STRUCK YOU?

10:15:20   3    A.   OH, YES.  AGENT GARRISON COMMENTED THAT SHE COULDN'T

10:15:24   4    DETERMINE INCOME FROM THE BANK OF AMERICA ACCOUNTS BECAUSE SHE

10:15:27   5    HADN'T COMPLETED HER EXAMINATION.

10:15:31   6         MR. CANNON:  I HAVE NO FURTHER QUESTIONS.

10:15:40   7         THANK YOU.

10:15:42   8         THE COURT:  ALL RIGHT.  CROSS-EXAMINATION?

10:15:44   9         MR. PITMAN:  THANK YOU, YOUR HONOR.

10:15:45  10                    **CROSS-EXAMINATION**

10:15:46  11    BY MR. PITMAN:

10:15:54  12    Q.   HELLO, MR. HORDYK.

10:15:56  13    A.   GOOD MORNING.

10:15:56  14    Q.   WHEN DID YOU RETIRE FROM THE IRS?

10:15:58  15    A.   DECEMBER 2004.

10:16:01  16    Q.   AND SINCE THEN YOU'VE BEEN WORKING AS A CONSULTANT?

10:16:07  17    A.   YES.

10:16:09  18    Q.   OKAY.  AND JUST TO BE CLEAR, WHEN YOU DID WORK FOR THE

10:16:13  19    IRS, YOU WORKED ON THE CIVIL SIDE EXCLUSIVELY; IS THAT CORRECT?

10:16:16  20    A.   I WAS A CIVIL REVENUE AGENT, YES.

10:16:20  21    Q.   AND YOU DIDN'T WORK FOR CI, OR THE CRIMINAL INVESTIGATION

10:16:25  22    DIVISION?

10:16:26  23    A.   NO.

10:16:26  24    Q.   I'M SORRY?

10:16:27  25    A.   NO, NO.

CROSS-EXAMINATION BY MR. PITMAN

10:16:30  1    Q.   WE HAD THE SAME PROBLEM YESTERDAY.

10:16:32  2         IN ANTICIPATION OF YOUR TESTIMONY TODAY, DID YOU PREPARE A

10:16:36  3    WRITTEN REPORT?

10:16:37  4    A.   I DID NOT.

10:16:38  5    Q.   OKAY.  AND DO YOU HAVE ANY NOTES WITH YOU RIGHT NOW?

10:16:41  6    A.   I DO NOT.

10:16:42  7    Q.   I SAW YOU REVIEWING SOME NOTES BEFORE YOU TESTIFIED TODAY?

10:16:44  8    A.   I WAS REVIEWING THE TESTIMONY.

10:16:46  9    Q.   OKAY.  AND WHOSE TESTIMONY WAS THAT YOU WERE REVIEWING?

10:16:49 10    A.   AGENT CAMPBELL, AGENT GARRISON.

10:16:52 11    Q.   OKAY.  THANK YOU.

10:16:53 12         AND WHEN YOU WORKED FOR THE IRS, YOU DIDN'T SUPERVISE

10:16:57 13    AGENT GARRISON; IS THAT RIGHT?

10:16:58 14    A.   I DID NOT.

10:16:59 15    Q.   OKAY.  HER BOSS WAS TOM BORGO?

10:17:02 16    A.   I KNOW HIM.

10:17:03 17    Q.   YOU KNEW HIM?

10:17:05 18    A.   HE'S DISEASED.

10:17:07 19    Q.   HE IS.  BUT THAT WAS AGENT GARRISON'S BOSS WHEN SHE WAS

10:17:10 20    CONDUCTING THIS AUDIT?

10:17:11 21    A.   OKAY.

10:17:13 22    Q.   IS THAT ACCURATE?

10:17:15 23    A.   I HAVE NO IDEA, I WASN'T THERE.

10:17:17 24    Q.   OKAY.  AND YOU HAVEN'T BEEN HERE FOR THE WHOLE TRIAL; IS

10:17:21 25    THAT RIGHT?

10:17:21  1    A.   THAT'S CORRECT, I WAS NOT HERE LAST WEEK.

10:17:23  2    Q.   OKAY.  SO YOU DIDN'T HEAR THE TESTIMONY OF MS. YOH?

10:17:27  3    A.   I DID NOT.

10:17:28  4    Q.   AND YOU HAVEN'T REVIEWED THAT TESTIMONY?

10:17:29  5    A.   I DID NOT.

10:17:30  6    Q.   AND YOU DIDN'T HEAR THE TESTIMONY OF MS. SHI?

10:17:35  7    A.   I DID NOT.

10:17:36  8    Q.   AND DID YOU REVIEW THAT TESTIMONY?

10:17:37  9    A.   I DID NOT.

10:17:38  10   Q.   AND YOU WEREN'T HERE WHEN MR. ECKLEY TESTIFIED?

10:17:40  11   A.   NO.

10:17:41  12   Q.   AND YOU DIDN'T REVIEW HIS TESTIMONY?

10:17:43  13   A.   NO.

10:17:43  14   Q.   OKAY.  WE HAD QUITE A FEW DOCUMENT CUSTODIANS COME THROUGH

10:17:49  15   THE COURT.  WERE YOU HERE FOR ALL THE DOCUMENT CUSTODIANS?

10:17:53  16   A.   NOT ALL OF THEM, NO.

10:17:54  17   Q.   AND HAVE YOU HAD A CHANCE TO REVIEW ALL THE EXHIBITS THAT

10:17:57  18   WERE ADMITTED THROUGH THE DOCUMENT CUSTODIANS?

10:17:59  19   A.   NO, NOT ALL OF THEM.

10:18:00  20   Q.   WHAT ABOUT AGENT RICHARDS, WERE YOU HERE FOR AGENT

10:18:03  21   RICHARDS'S TESTIMONY?

10:18:04  22   A.   A PORTION OF IT.

10:18:05  23   Q.   A PORTION OF IT?

10:18:05  24   A.   UH-HUH.

10:18:06  25   Q.   AND DID YOU REVIEW ALL THE DOCUMENTS HE ADMITTED INTO

10:18:09   1      EVIDENCE?

10:18:09   2      A.   SOME OF THEM, NOT ALL OF THEM.

10:18:11   3      Q.   ARE YOU FAMILIAR WITH THE CONCEPT OF REPATRIATION?

10:18:14   4      A.   OF COURSE.  I'VE USED IT.

10:18:16   5      Q.   PERSONALLY?

10:18:18   6      A.   NO.  AS A REVENUE AGENT.

10:18:20   7      Q.   SURE.  SO CAN YOU PLEASE DESCRIBE THAT CONCEPT TO THE

10:18:23   8      JURY?

10:18:23   9      A.   REPATRIATION WAS A WRIT ISSUED BY A COURT WHERE THE COURT

10:18:28  10      ORDERS SOMEONE TO RETURN SOMETHING TO THIS COUNTRY.  THAT'S THE

10:18:33  11      LEGAL CONCEPT.

10:18:34  12          ANOTHER CONCEPT IS WHERE PEOPLE, ON THEIR OWN, BRING

10:18:38  13      ASSETS FROM ONE COUNTRY TO THEIR COUNTRY OF ORIGIN.

10:18:42  14      Q.   AND SO IF I UNDERSTOOD YOUR TESTIMONY, IT IS ACCURATE TO

10:18:47  15      SAY THAT A U.S. CITIZEN WHO MAKES MONEY IN ANOTHER COUNTRY,

10:18:53  16      MUST REPORT THAT INCOME ON THEIR INCOME TAX RETURNS, CORRECT?

10:18:56  17      A.   THAT'S CORRECT.

10:18:57  18      Q.   AND EVEN IF THAT MONEY IS EARNED IN ANOTHER COUNTRY?

10:19:00  19      A.   EVEN IF THAT MONEY IS EARNED IN ANOTHER COUNTRY, YES.

10:19:03  20      Q.   OKAY.  BUT THERE'S NO THIRD-PARTY REPORTING GENERALLY FOR

10:19:06  21      INCOME GENERATED IN THIRD COUNTRIES?

10:19:08  22      A.   THERE IS NOT.

10:19:09  23      Q.   OKAY.  SO THE IRS JUST TRUSTS PEOPLE TO DO THAT PROPERLY.

10:19:13  24      BUT SOMETIMES PEOPLE THAT MAKE MONEY OFF SHORE DON'T REPORT IT,

10:19:16  25      RIGHT?

CROSS-EXAMINATION BY MR. PITMAN

10:19:16  1    A.    IT'S POSSIBLE.

10:19:18  2    Q.    WELL HAVE YOU EVER SEEN THAT?

10:19:19  3    A.    OH, OF COURSE.

10:19:20  4    Q.    OKAY.  AND THAT'S A PROBLEM BECAUSE THE INCOME IS NOT

10:19:24  5    REPORTED TO THE IRS?

10:19:28  6    A.    THAT'S A QUESTION?

10:19:29  7    Q.    WOULD YOU DESCRIBE THAT AS A PROBLEM, UNREPORTED INCOME?

10:19:31  8    A.    YES, I WOULD.

10:19:32  9    Q.    AND IT'S ALSO KIND OF A PROBLEM FOR THE PERSON WHO EARNS

10:19:38  10   THE MONEY, RIGHT?

10:19:39  11   A.    VERY WELL COULD BE.

10:19:40  12   Q.    BECAUSE THE MONEY IS NOT HERE, THEY CAN'T GET ACCESS TO

10:19:44  13   IT?

10:19:44  14   A.    THAT'S AN INTERESTING CONCEPT.  YES, THEY CAN, OF COURSE.

10:19:47  15   Q.    THEY CAN THROUGH REPATRIATION, RIGHT?

10:19:50  16   A.    IF THAT'S THE TERM YOU USE, LET ME DESCRIBE SOMETHING ELSE

10:19:54  17   FOR YOU THERE'S NOTHING.

10:19:55  18   Q.    WELL, LET'S JUST FOCUS ON MY QUESTIONS IF ARE NOW.

10:19:59  19        HAVE YOU EVER USED THE TERM -- OR IN YOUR CAREER AS A

10:20:03  20   REVENUE AGENT, HAVE YOU EVER HEARD THE TERM "REPATRIATION" USED

10:20:06  21   TO DESCRIBE THE PROCESS OF BRINGING MONEY BACK INTO THIS

10:20:10  22   COUNTRY WHICH HAS NOT BEEN TAXED AFTER IT WAS EARNED THROUGH

10:20:17  23   BUSINESS IN FOREIGN COUNTRIES?

10:20:19  24   A.    OF COURSE.

10:20:19  25   Q.    OKAY.  AND AS PART OF THAT PROCESS, THE PERSON WHO IS

10:20:26  1      BRINGING THE MONEY BACK DISGUISES THE SOURCE OF THE MONEY ISN'T

10:20:29  2      THAT RIGHT?

10:20:30  3      A.   THAT'S ONE MEANS, YES.

10:20:31  4      Q.   OKAY.  SO THEY MIGHT DESCRIBE IT AS A LOAN, FOR INSTANCE?

10:20:36  5      A.   IT'S POSSIBLE.

10:20:36  6      Q.   AND THAT'S A COMMON PRACTICE IN MONEY LAUNDERING AS WELL?

10:20:40  7      A.   OH, YEAH, UH-HUH.

10:20:41  8      Q.   NOW LET ME ASK YOU REAL QUICK, YOU TOOK A LOOK AT THIS

10:20:48  9      DOCUMENT, DID YOU SEE THIS, EXHIBIT 1086?

10:20:52 10      A.   YES, IT'S IN FRONT OF ME.

10:20:54 11      Q.   OKAY.  AND WHEN WAS THAT DOCUMENT PUBLISHED?

10:21:00 12      A.   WHEN THE INTERNAL REVENUE SERVICE STARTED ISSUING -- THIS

10:21:03 13      DOCUMENT IS THE AUDIT TECHNIQUE GUIDE.  WHEN I FIRST STARTED IN

10:21:07 14      THE VERY --

10:21:08 15           THE COURT:  I'M SORRY, THAT'S NOT THE QUESTION.

10:21:10 16      COULD YOU LISTEN TO THE QUESTION, PLEASE.

10:21:12 17           THE WITNESS:  I'M GETTING THERE.

10:21:13 18           THE COURT:  NO, I'M SORRY, YOU HAVE TO ANSWER THE

10:21:15 19      QUESTION.

10:21:15 20           THE WITNESS:  WHEN WAS IT ISSUED?

10:21:17 21      BY MR. PITMAN:

10:21:17 22      Q.   WHEN WAS THIS DOCUMENT ISSUED?

10:21:19 23      A.   SOME TIME IN THE MID '70S.

10:21:21 24      Q.   YOU ARE CONFIDENT THAT THIS DOCUMENT --

10:21:22 25      A.   IT WAS ONE OF THE FIRST ONES ISSUED, THE CASH INTENSIVE

CROSS-EXAMINATION BY MR. PITMAN

10:21:26  1      BUSINESSES IS WHAT THEY WANTED TO ISSUE, THE FIRST AUDIT GUIDE.

10:21:28  2      Q.   AND YOU ARE CONFIDENT THAT THE CASH INTENSIVE BUSINESS

10:21:31  3      AUDIT TECHNIQUE GUIDE, CHAPTER 16 REGARDING SCRAP METAL, WHICH

10:21:36  4      YOU TESTIFIED ABOUT DURING DIRECT, WAS ISSUED IN THE 70'S?

10:21:40  5      A.   NOT IN THIS FORMAT, BUT IT WAS ONE OF THE FIRST AUDIT

10:21:44  6      GUIDES ISSUED FOR THIS CASH INTENSIVE BUSINESSES.

10:21:46  7      Q.   SO LET ME JUST ASK YOU --

10:21:48  8      A.   THIS WAS ONE OF THEM.

10:21:49  9      Q.   CAN YOU TELL THE JURY WHEN THIS DOCUMENT WAS ISSUED?

10:21:51  10     A.   THERE'S NO DATE ON IT.

10:21:53  11     Q.   SO YOU DON'T KNOW?

10:21:55  12     A.   THIS PARTICULAR DOCUMENT, NO.

10:21:57  13     Q.   DO YOU REMEMBER WHEN AGENT GARRISON STARTED HER AUDIT?

10:22:03  14     A.   2010 COMES TO MIND.

10:22:10  15     Q.   OKAY.  YOU ARE PRETTY CLOSE.

10:22:11  16          AS PART OF YOUR REVIEW OF AGENT GARRISON'S TESTIMONY, DID

10:22:14  17     IT APPEAR TO YOU THAT SHE HAD ISSUED IDR'S AS PART OF HER WORK?

10:22:18  18     A.   YES, YES.

10:22:19  19     Q.   OKAY.  AND THAT'S ONE OF THE STEPS YOU TALKED ABOUT WITH

10:22:22  20     MR. CANNON?

10:22:23  21     A.   CORRECT.

10:22:23  22     Q.   AND SHE ALSO INTERVIEWED THE TAXPAYERS, THE DEFENDANTS?

10:22:26  23     A.   YES.

10:22:27  24     Q.   SEVERAL TIMES?

10:22:29  25     A.   APPEARS TO BE, YES.

10:22:30   1    Q.   AND DO YOU KNOW WHEN SHE PREPARED A LIST OF WRITTEN

10:22:33   2    QUESTIONS FOR THOSE INTERVIEWS?

10:22:34   3    A.   I SAW SOME QUESTIONS THAT SHE WROTE OUT, YES.

10:22:37   4    Q.   SO HOW MANY TIMES WHEN YOU WERE A REVENUE AGENT, HOW MANY

10:22:45   5    TIMES DID YOU TRAVEL INTERNATIONALLY TO CONDUCT INVESTIGATIONS?

10:22:51   6    A.   12, 15.

10:22:54   7    Q.   AND CAN YOU JUST TELL US, IF YOU REMEMBER, WHICH COUNTRIES

10:22:58   8    YOU VISITED?

10:22:59   9    A.   CHINA, RUSSIA, ENGLAND, CANADA, BELGIUM, TO NAME A FEW.

10:23:11   10   Q.   OKAY.  HOW ABOUT TAIWAN?

10:23:13   11   A.   I DON'T THINK I'VE EVER BEEN TO TAIWAN.

10:23:17   12   Q.   AND DID YOU EVER GO TO HONG KONG AS PART OF AN

10:23:19   13   INVESTIGATION?

10:23:20   14   A.   OH, YEAH.

10:23:20   15   Q.   I KNOW YOU MENTIONED THAT DURING YOUR DIRECT.

10:23:28   16        SO AGAIN, FOCUSSING ON THE AUDIT PROCESS, DURING THE AUDIT

10:23:33   17   PROCESS, IT'S NOT UNUSUAL FOR A REVENUE AGENT TO CONDUCT AN

10:23:37   18   INTERVIEW OF THE TAXPAYERS; IS THAT RIGHT?

10:23:40   19   A.   IT'S THE FIRST STEP WHEN YOU SEE THE TAXPAYER, CORRECT.

10:23:46   20   Q.   SO THE INTERVIEW IS THE FIRST STEP?

10:23:48   21   A.   WITH THE TAXPAYER.

10:23:49   22   Q.   OH, BUT WHAT ABOUT IDR'S, ISN'T THAT CONTACT WITH THE

10:23:53   23   TAXPAYERS TOO?

10:23:53   24   A.   AS I STATED ON DIRECT, THE FIRST STEP IS TO BUILD OR

10:23:58   25   CONSTRUCT AN AUDIT PLAN.  IN THAT AUDIT PLAN, PART OF THE

CROSS-EXAMINATION BY MR. PITMAN

| | | |
|---|---|---|
| 10:24:03 | 1 | BUILDING PROCESS WOULD BE TO STRUCTURE OUT YOUR INTERVIEW. |
| 10:24:08 | 2 | Q.   SO CONDUCTING AN INTERVIEW WITH THE TAXPAYER IS A TYPICAL |
| 10:24:13 | 3 | PART OF A REVENUE AGENT'S AUDIT? |
| 10:24:15 | 4 | A.   YES. |
| 10:24:15 | 5 | Q.   OKAY.  AND ARE THOSE INTERVIEWS SORT OF INFORMAL EVENTS |
| 10:24:19 | 6 | WHERE PEOPLE ARE JUST BEHAVING SOCIALLY? |
| 10:24:21 | 7 | A.   NO. |
| 10:24:22 | 8 | Q.   NO.  THEY ARE PART OF AN OFFICIAL GOVERNMENT |
| 10:24:25 | 9 | INVESTIGATION? |
| 10:24:25 | 10 | A.   YES. |
| 10:24:25 | 11 | Q.   AND THE ANSWERS THAT TAXPAYERS GIVE TO AUDITING REVENUE |
| 10:24:29 | 12 | AGENTS DURING THOSE INTERVIEWS ARE VERY IMPORTANT, AREN'T THEY? |
| 10:24:32 | 13 | A.   THEY ARE. |
| 10:24:33 | 14 | Q.   AND IF SOMEONE WERE TO MAKE A MISSTATEMENT OR TO LIE ABOUT |
| 10:24:37 | 15 | THEIR INCOME DURING AN AUDIT, DO YOU THINK THAT THAT COULD HAVE |
| 10:24:41 | 16 | THE POTENTIAL TO AFFECT THE COURSE OF THE AUDIT? |
| 10:24:43 | 17 | A.   IT'S QUITE POSSIBLE. |
| 10:24:45 | 18 | Q.   IT'S QUITE POSSIBLE.  OKAY. |
| 10:24:47 | 19 | WHAT ABOUT FOREIGN ACCOUNTS, IF SOMEONE DURING AN |
| 10:24:50 | 20 | INTERVIEW WITH AN A REVENUE AGENT WERE TO LIE ABOUT WHETHER |
| 10:24:53 | 21 | THEY HAD FOREIGN ACCOUNTS OR NOT, DO YOU THINK THAT THAT COULD |
| 10:24:56 | 22 | AFFECT THE COURSE OF THE AUDIT? |
| 10:24:57 | 23 | A.   LYING IS A HARD TERM.  PEOPLE ARE CONFUSED ABOUT -- |
| 10:25:01 | 24 | Q.   WELL, THAT'S NOT MY QUESTION. |
| 10:25:03 | 25 | A.   MANY THINGS.  NOW, I CAN'T COMMENT ON LYING -- |

| | | |
|---|---|---|
| 10:25:06 | 1 | THE COURT:  EXCUSE ME. |
| 10:25:07 | 2 | BY MR. PITMAN: |
| 10:25:08 | 3 | Q.  SO YOU DON'T KNOW WHETHER IF SOMEONE LIES DURING AN AUDIT, |
| 10:25:11 | 4 | WHETHER THAT COULD IMPACT THE COURSE OF THE AUDIT? |
| 10:25:14 | 5 | A.  OF COURSE IT COULD, BUT IT HAS TO BE PROVEN.  SO SOMEONE |
| 10:25:18 | 6 | MAKES A STATEMENT, AND -- |
| 10:25:19 | 7 | Q.  OKAY.  MR. HORDYK, THAT'S NOT MY QUESTION.  I'M ASKING YOU |
| 10:25:23 | 8 | VERY SIMPLE QUESTIONS. |
| 10:25:25 | 9 | IF SOMEONE LIES TO A REVENUE AGENT DURING AN AUDIT, IS |
| 10:25:28 | 10 | THAT SIGNIFICANT? |
| 10:25:28 | 11 | A.  YES. |
| 10:25:29 | 12 | Q.  AND WHAT ABOUT IF SOMEONE WERE TO LIE ABOUT THE |
| 10:25:32 | 13 | RELATIONSHIP WITH THE BUSINESS THAT WAS GENERATING INCOME, |
| 10:25:34 | 14 | COULD THAT ALSO AFFECT THE COURSE OF THE AUDIT? |
| 10:25:36 | 15 | A.  YES. |
| 10:25:36 | 16 | Q.  ARE YOU FAMILIAR WITH THE TERM "BADGES OF FRAUD?" |
| 10:25:40 | 17 | A.  YES. |
| 10:25:41 | 18 | Q.  OKAY.  KIND OF BREAD AND BUTTER STUFF FOR A REVENUE AGENT? |
| 10:25:44 | 19 | A.  IT IS. |
| 10:25:45 | 20 | Q.  CAN YOU DESCRIBE JUST GENERALLY THE CONCEPT FOR THE JURY, |
| 10:25:48 | 21 | PLEASE? |
| 10:25:48 | 22 | A.  THE CONCEPT IS THIS, IS THAT WHEN YOU LOOK TO SEE WHAT |
| 10:25:54 | 23 | FRAUD IS, THE COURTS HAVE GIVEN US A STANDARD, AND IT'S -- |
| 10:26:01 | 24 | Q.  WELL, LET'S JUST DISCUSS WHAT, IN GENERAL, IT'S NOT YOUR |
| 10:26:05 | 25 | JOB HERE TO EDUCATE THE JURY ABOUT THE LAW. |

| | |
|---|---|
| 10:26:07 1 | A.   SO AN ELEMENT OF THE CRIME OF TAX FRAUD -- |
| 10:26:10 2 | Q.   ALL RIGHT. |
| 10:26:10 3 | MR. HORDYK, I'M SORRY, IF YOU CAN'T ANSWER THE QUESTION -- |
| 10:26:13 4 | THE COURT:  MR. HORDYK, WHAT IS YOUR UNDERSTANDING OF |
| 10:26:15 5 | THE TERM? |
| 10:26:16 6 | THE WITNESS:  THE BADGES OF FRAUD IDENTIFIES ONE'S |
| 10:26:19 7 | ACTIONS. |
| 10:26:21 8 | SO IN PROVING INTENT, ONE'S ACTIONS INDICATE THEIR INTENT. |
| 10:26:25 9 | THE BADGES OF FRAUD ARE THINGS THAT INDICATE SOMEONE'S INTENT, |
| 10:26:29 10 | LIKE DOUBLE SET OF BOOKS, A FOREIGN BANK ACCOUNT THAT THEY |
| 10:26:36 11 | DON'T REPORT. |
| 10:26:38 12 | BY MR. PITMAN: |
| 10:26:38 13 | Q.   OKAY.  WOULD OTHER BADGES OF FRAUD INCLUDE DECEPTION? |
| 10:26:42 14 | A.   YES. |
| 10:26:42 15 | Q.   AND HOW ABOUT MISREPRESENTING YOUR MATERIAL FACTS? |
| 10:26:45 16 | A.   YES. |
| 10:26:45 17 | Q.   PRESENTING FALSE OR ALTERED DOCUMENTS? |
| 10:26:47 18 | A.   CORRECT, YES. |
| 10:26:48 19 | Q.   AND YOU MENTIONED A FAILURE TO REPORT FOREIGN ACCOUNTS? |
| 10:26:51 20 | A.   YES. |
| 10:26:51 21 | Q.   WHAT ABOUT ACCOUNTING IRREGULARITIES, WOULD YOU CONSIDER |
| 10:26:55 22 | THAT A BADGE OF FRAUD? |
| 10:26:56 23 | A.   IT'S POSSIBLE. |
| 10:26:57 24 | Q.   OKAY.  AND WHAT ABOUT REFUSING TO COOPERATE WITH AN AUDIT? |
| 10:27:01 25 | A.   THAT'S ONE, YES. |

| | | |
|---|---|---|
| 10:27:02 | 1 | Q.   AND MAINTAINING TWO SETS OF BOOKS, WOULD THAT BE A BADGE |
| 10:27:08 | 2 | OF FRAUD? |
| 10:27:08 | 3 | A.   I MENTIONED THAT. |
| 10:27:09 | 4 | Q.   AND WHAT ABOUT IMPLAUSIBLE OR INCONSISTENT EXPLANATIONS, |
| 10:27:11 | 5 | WOULD THAT BE A BADGE OF FRAUD? |
| 10:27:13 | 6 | A.   YES. |
| 10:27:13 | 7 | Q.   SO I JUST WANT TO MAKE SURE I UNDERSTOOD, THERE WAS SOME |
| 10:27:22 | 8 | TESTIMONY ABOUT CHINESE CURRENCY CONTROL RESTRICTIONS.  DO YOU |
| 10:27:28 | 9 | REMEMBER TESTIFYING ABOUT THAT? |
| 10:27:29 | 10 | A.   YES. |
| 10:27:29 | 11 | Q.   AND WAS YOUR TESTIMONY BASED ON THINGS THAT YOU HEARD IN |
| 10:27:32 | 12 | THE COURTROOM? |
| 10:27:35 | 13 | A.   THAT AND I HAVE FIRSTHAND EXPERIENCE OF IT. |
| 10:27:38 | 14 | Q.   OKAY.  SO CURRENCY CONTROL, THE UNITED STATES GOVERNMENT |
| 10:27:43 | 15 | HAS LAWS THAT CONTROL CURRENCY, DOESN'T IT? |
| 10:27:47 | 16 | A.   IT DOES. |
| 10:27:48 | 17 | Q.   OKAY.  SO TITLE 31 HAS A LOT OF LAWS ABOUT WHAT PEOPLE IN |
| 10:27:53 | 18 | THE UNITED STATES CAN DO WITH THEIR MONEY? |
| 10:27:54 | 19 | A.   YES, IT DOES. |
| 10:27:56 | 20 | Q.   OKAY.  ARE YOU FAMILIAR WITH THE TERM STRUCTURING? |
| 10:28:00 | 21 | A.   I AM. |
| 10:28:01 | 22 | Q.   OKAY.  AND CAN YOU DESCRIBE WHAT STRUCTURING IS FOR THE |
| 10:28:05 | 23 | JURY? |
| 10:28:05 | 24 | A.   STRUCTURING IS AN ATTEMPT ON THE PART OF A PERSON TO |
| 10:28:10 | 25 | MINIMIZE THE AMOUNT OF MONEY THEY PUT INTO A BANK TO AVOID THE |

CROSS-EXAMINATION BY MR. PITMAN

10:28:16   1    BANK REPORTING IT.

10:28:18   2        LIKE, FOR INSTANCE, IT'S COMMON KNOWLEDGE THAT PUTTING

10:28:21   3    MONEY, CASH, INTO A BANK, MORE THAN $10,000, THE BANK IS GOING

10:28:27   4    TO REPORT THAT TO THE GOVERNMENT.

10:28:31   5        STRUCTURING IS THE MEANS BY WHICH YOU PUT LESS THAN

10:28:35   6    $10,000 OVER A PERIOD OF TIME SO THAT THE BANK DOESN'T REPORT

10:28:40   7    THAT, THAT'S STRUCTURING.

10:28:42   8    Q.   SO IF YOU WERE TO DEPOSIT LIKE $9,900 ONE DAY AND $9,900

10:28:48   9    THE NEXT, INSTEAD OF MAKING A $20,000 DEPOSIT?

10:28:51  10    A.   THAT'S STRUCTURING.

10:28:52  11    Q.   OKAY.  IS THAT SIMILAR -- HOW DOES THAT COMPARE, YOU

10:28:55  12    THINK, TO THE CHINESE LAWS REFERRED TO EARLIER?

10:28:58  13    A.   IT'S NOT THE SAME.

10:28:59  14    Q.   NOT THE SAME?

10:29:00  15    A.   NO.

10:29:00  16    Q.   SO WHAT ARE THE CURRENCY RESTRICTIONS THAT YOU WERE

10:29:03  17    REFERRING TO UNDER CHINESE LAW?

10:29:05  18    A.   THE UNITED STATES, AS I MENTIONED, HAS THE WORLD RESERVE

10:29:11  19    CURRENCY.  THERE'S NOT A COUNTRY ON THE PLANET THAT WOULDN'T

10:29:15  20    LIKE TO HAVE OUR CURRENCY OR INVEST IN OUR CURRENCY.

10:29:18  21        SO IN ORDER TO KEEP CURRENCIES IN THE HOME COUNTRY,

10:29:22  22    COUNTRIES ESTABLISH PROVISIONS TO ENSURE THAT THEY KEEP MOST OF

10:29:27  23    THEIR CURRENCY IN THEIR HOME COUNTRY SO THAT THEY CAN INVEST

10:29:31  24    AND CREATE THEIR OWN ECONOMIES.

10:29:34  25    Q.   AND ARE THESE LAWS -- I DIDN'T GET TO THE END POINT THERE,

| | |
|---|---|
| 10:29:39 | 1 |

SO THE LAWS YOU ARE TALKING ABOUT IN CHINA --

10:29:42  2     A.    THAT'S WHAT I WAS TALKING ABOUT.

10:29:44  3     Q.    SO WHAT, EXACTLY, DO THEY PROHIBIT?

10:29:45  4     A.    THE MOVEMENT OF CHINESE CURRENCY OUT OF THE COUNTRY.

10:29:49  5     Q.    SO YOU THINK THAT IT'S IMPORTANT THAT PEOPLE IN THE

10:29:53  6     UNITED STATES RESPECT TITLE 31 AND THE GOVERNMENT'S RULES ABOUT

10:29:56  7     STRUCTURING AND OTHER FINANCIAL TRANSACTIONS?

10:29:59  8     A.    OF COURSE, YES.

10:30:00  9     Q.    AND DO YOU FEEL THE SAME WAY ABOUT CHINESE LAW?

10:30:03  10    A.    IT SHOULD BE RESPECTED, YES, WE HAVE A TREATY AGREEMENT

10:30:06  11    WITH THEM.

10:30:07  12    Q.    LET ME ASK YOU, PLEASE, TO TAKE A LOOK AT EXHIBIT 661,

10:30:11  13    WHICH I THINK IS IN EVIDENCE.  AND CAN WE GO TO PAGE 30,

10:30:35  14    PLEASE.

10:30:39  15         SO MR. HORDYK, I THINK DURING YOUR TESTIMONY YOU TALKED A

10:30:42  16    LITTLE BIT ABOUT WIRE TRANSFERS AND --

10:30:46  17    A.    THIS IS --

10:30:49  18              THE COURT:  WE CAN GIVE HIM THE DOCUMENT INSTEAD, IF

10:30:52  19    THAT'S TOO SMALL.

10:30:54  20              MR. PITMAN:  WOULD YOU PREFER A PAPER COPY?

10:30:56  21              THE WITNESS:  I WOULD.

10:30:57  22              MR. PITMAN:  YOUR HONOR, MAY I APPROACH?

10:30:58  23              THE COURT:  YES, OF COURSE.

10:31:54  24    Q.    SO MR. HORDYK, I'M HANDING YOU EXHIBIT 661.

10:32:04  25              AND I WOULD LIKE YOU TO LOOK AT -- I THINK YOU'VE GOT TWO

CROSS-EXAMINATION BY MR. PITMAN

10:32:08  1     PAGES THERE, I WOULD LIKE YOU TO LOOK AT THE PAGE BATES STAMPED

10:32:12  2     57 AT THE END THERE.

10:32:13  3     A.   YES.

10:32:14  4     Q.   OKAY.  SO DURING YOUR DIRECT TESTIMONY, YOU TALKED A

10:32:17  5     LITTLE BIT ABOUT WIRE TRANSFERS AND THE INFORMATION THAT OFTEN

10:32:22  6     ACCOMPANY WIRE TRANSFERS?

10:32:23  7     A.   YES.

10:32:24  8     Q.   AND I THINK, AND I'M NOT SURE I UNDERSTOOD, BUT I THOUGHT

10:32:27  9     YOU SAID THAT THE WIRE TRANSFERS OFTEN HAVE A PAGE 2?

10:32:30  10    A.   YES.

10:32:30  11    Q.   IS THIS A PAGE 2?

10:32:32  12    A.   IT'S -- IT APPEARS TO BE, YES.

10:32:53  13    Q.   OKAY.  SO I THINK IF I UNDERSTOOD YOUR TESTIMONY, IT WAS

10:32:56  14    THAT FROM PAGE 2, YOU CAN OFTEN DETERMINE THE SENDER, THEIR

10:33:02  15    BANK, THEIR ADDRESS, MAYBE THEIR PHONE NUMBER; IS THAT RIGHT?

10:33:06  16    A.   I DID.

10:33:07  17    Q.   OKAY.  SO LOOKING AT THIS PAGE 2, CAN YOU TELL US WHO WAS

10:33:11  18    THE SENDER?

10:33:13  19    A.   YES.

10:33:16  20    Q.   OKAY.

10:33:17  21    A.   DON'T ASK ME TO PRONOUNCE IT.

10:33:19  22    Q.   WELL, COULD YOU AT LEAST TELL US WHERE IT IS ON THE PAGE?

10:33:22  23    A.   FIRST NAME IS CHEN, C-H-E-N.  IS THAT GOOD ENOUGH?

10:33:27  24    Q.   I'M GOING TO DO MY BEST TO TOUCH THE SCREEN HERE.  I'M

10:33:30  25    TRYING TO PUT A PURPLE DOT NEAR THE NAME THAT STARTS WITH CHEN.

CROSS-EXAMINATION BY MR. PITMAN

10:33:35  1    A.   THAT'S IT.

10:33:35  2    Q.   CHEN XIAOLING, IS THE PERSON THAT SENT THIS WIRE?

10:33:39  3    A.   YES.

10:33:40  4    Q.   OKAY.  AND WHERE DID THE WIRE COME FROM?

10:33:43  5    A.   BANK OF CHINA NEW YORK CITY.

10:34:03  6    Q.   OKAY.  SO I'M GOING TO TRY AGAIN TO PUT A PURPLE DOT NEAR

10:34:07  7    WHAT I THINK YOU ARE LOOKING AT.  AM I GETTING PRETTY CLOSE?

10:34:10  8    A.   THIS SCREEN IS VERY FUZZY, BUT YES.

10:34:14  9    Q.   OKAY.  THANK YOU.

10:34:17  10        SO THE MONEY CAME FROM NEW YORK CITY?

10:34:20  11   A.   THE SENDER WAS THE BANK OF CHINA, NEW YORK CITY.

10:34:28  12   Q.   UH-HUH.  IS THAT WHERE THE MONEY CAME FROM?

10:34:30  13   A.   THAT'S WHERE IT CAME FROM.

10:34:32  14   Q.   FROM NEW YORK CITY?

10:34:33  15   A.   THAT'S WHAT IT SAYS.

10:34:34  16   Q.   SO THIS WIRE DIDN'T ORIGINATE IN AMONG KONG.

10:34:46  17   A.   I'M SORRY, I'M ON THE WRONG LINE.  ORIGINAL FINANCIAL

10:34:51  18   INSTITUTION IS BANK OF CHINA, HONG KONG, YES.

10:34:54  19   Q.   SO CAN YOU JUST, IN INTERPRETING THIS DOCUMENT, CAN YOU

10:34:58  20   DESCRIBE FOR THE JURY WHAT IT LOOKS LIKE HAPPENED HERE?

10:35:01  21   A.   IT LOOKS LIKE THE BANK OF HONG KONG SENT $149,982 TO THE

10:35:10  22   BANK OF CHINA, NEW YORK CITY.

10:35:17  23   Q.   AND IS THAT WHERE THE MONEY STOPPED?

10:35:34  24   A.   DO YOU HAVE PAGE 2 SO I CAN SEE THE INSTRUCTION?

10:35:37  25   Q.   I'M SORRY, I THOUGHT WE WERE LOOKING AT PAGE 2.

10:35:40  1     A.   THERE'S USUALLY MORE WHEN I SEE THINGS LIKE THIS BECAUSE

10:35:43  2     THERE'S NAMES IN TERMS OF WHAT IT'S FOR.  IN MY EXPERIENCE

10:35:47  3     READING THIS, BUT IT DOES LOOK LIKE IT CAME TO METRO UNITED

10:35:51  4     BANK SAN MATEO, CALIFORNIA.

10:35:53  5     Q.   OKAY.  SO DOES IT LOOK LIKE MAYBE THE BANK OF CHINA NEW

10:35:57  6     YORK CITY WAS THE CORRESPONDENT BANK?

10:35:59  7     A.   POSSIBLE.

10:36:00  8     Q.   AN INTERMEDIARY?

10:36:01  9     A.   POSSIBLE.

10:36:02  10    Q.   OKAY.  SO, BUT THERE'S NOTHING, DO YOU SEE ANY ADDRESSES

10:36:06  11    IN THE PEOPLE'S REPUBLIC OF CHINA ON THIS?

10:36:09  12    A.   I DO NOT.

10:36:10  13    Q.   OKAY.  AND DO YOU SEE ANY PHONE NUMBERS FOR THE PEOPLE'S

10:36:16  14    REPUBLIC OF CHINA?

10:36:16  15    A.   I DO NOT.

10:36:16  16    Q.   OKAY.  YOU CAN PUT THAT ASIDE.

10:36:21  17         SO MR. HORDYK, HOW LONG HAVE YOU BEEN WORKING ON THIS

10:36:24  18    CASE?

10:36:24  19    A.   SINCE MAY 3RD.

10:36:25  20    Q.   OKAY.  SO SINCE THE DAY BEFORE TRIAL.  ARE YOU WORKING ON

10:36:31  21    THIS CASE FOR FREE?

10:36:33  22    A.   OF COURSE NOT, NONE OF US ARE.

10:36:35  23    Q.   OKAY.  SO YOU ARE BEING PAID FOR YOUR TIME HERE TODAY?

10:36:39  24    A.   I AM.

10:36:40  25    Q.   AND WHO IS PAYING YOU?

CROSS-EXAMINATION BY MR. PITMAN

10:36:41  1    A.   MY ATTORNEY.

10:36:43  2    Q.   YOUR ATTORNEY IS PAYING YOU.  OKAY.  AND WHO IS YOUR

10:36:46  3    ATTORNEY?

10:36:47  4    A.   RHONDA -- I'M --

10:36:52  5    Q.   RANDY SUE?

10:36:53  6    A.   RANDY, YES.

10:36:54  7    Q.   OKAY.  RANDY SUE POLLOCK IS PAYING YOU.  SO WHEN YOU WORK

10:36:57  8    ON A CASE LIKE THIS, DO YOU BILL BY THE HOUR OR BY THE

10:37:01  9    ASSIGNMENT?

10:37:01  10   A.   BY THE HOUR.

10:37:02  11   Q.   OKAY.  DOES YOUR HOURLY RATE CHANGE WHEN YOU ARE IN COURT,

10:37:06  12   THAN IF YOU ARE WORKING IN YOUR OFFICE?

10:37:07  13   A.   IT DEPENDS.  SOMETIMES, SOMETIMES NOT.

10:37:10  14   Q.   ON THIS CASE?

10:37:11  15   A.   IT'S AN HOURLY RATE ACROSS THE BOARD.

10:37:16  16   Q.   OKAY.  WHAT'S YOUR HOURLY RATE FOR YOUR WORK ON THIS CASE?

10:37:19  17   A.   $500 AN HOUR.

10:37:21  18   Q.   SO HOW MUCH HAVE YOU BILLED ALREADY?

10:37:23  19   A.   I HAVEN'T BILLED ANYTHING, BUT I DID HAVE A RETAINER.

10:37:26  20   Q.   OKAY.  WHAT WAS YOUR RETAINER?

10:37:28  21   A.   $2,000.

10:37:29  22   Q.   HOW MANY HOURS DO YOU THINK YOU'VE WORKED ON THE CASE SO

10:37:32  23   FAR?

10:37:32  24   A.   I DON'T HAVE A CALCULATOR.

10:37:34  25   Q.   OKAY.

REDIRECT EXAMINATION BY MR. CANNON

10:37:35  1          MR. PITMAN:  I DON'T HAVE ANY FURTHER QUESTIONS,

10:37:37  2    YOUR HONOR.

10:37:39  3          THE COURT:  MR. CANNON, REDIRECT?

10:37:41  4          MR. CANNON:  THANK YOU, YOUR HONOR.

10:37:42  5                    **REDIRECT EXAMINATION**

10:37:43  6    BY MR. CANNON:

10:37:52  7    Q.  CAN I HAVE EXHIBIT 1087, PLEASE.

10:38:32  8    A.  I'M THERE.

10:38:33  9    Q.  OKAY.  MR. HORDYK, MR. PITMAN ASKED YOU SOME QUESTIONS

10:38:36 10    ABOUT AUDIT GUIDES.  DO YOU RECALL THAT -- THOSE QUESTIONS?

10:38:39 11    A.  YES.

10:38:40 12    Q.  AND ARE AUDIT GUIDES -- DOES THE IRS CONTINUALLY UPDATE

10:38:46 13    ITS AUDIT GUIDES?

10:38:47 14    A.  CONTINUALLY.

10:38:48 15    Q.  AND WHY DO YOU HAVE TO CONTINUALLY UPDATE THINGS?

10:38:51 16    A.  BUSINESSES CHANGE, AND THE ECONOMY CHANGES, BUSINESSES

10:38:55 17    GROW, NEW BUSINESS ENTERED THE WORLD MARKETPLACE.

10:39:00 18    Q.  AND IF YOU COULD LOOK AT EXHIBIT 1087, WHICH IS IN

10:39:04 19    EVIDENCE.

10:39:06 20          IS THAT THE KIND OF COVER SHEET FOR THE CASH INTENSIVE

10:39:09 21    BUSINESS AUDIT TECHNIQUES GUIDE TABLE OF CONTENTS?

10:39:12 22    A.  YES, IT IS.

10:39:13 23    Q.  AND DOES THAT INDICATE THE REVISION DATE OF THE AUDIT

10:39:17 24    GUIDES?

10:39:17 25    A.  IT DOES, INDEED.

REDIRECT EXAMINATION BY MR. CANNON

| | | |
|---|---|---|
| 10:39:19 | 1 | Q.   AND WHAT'S THE REVISION DATE? |
| 10:39:20 | 2 | A.   APRIL 2010. |
| 10:39:21 | 3 | Q.   NOW MR. PITMAN ALSO ASKED YOU QUESTIONS ABOUT INTERVIEWS |
| 10:39:38 | 4 | OF CLIENTS, RIGHT? |
| 10:39:39 | 5 | A.   YES. |
| 10:39:40 | 6 | Q.   AND INTERVIEWS OF TAXPAYERS?  I'M SORRY. |
| 10:39:42 | 7 | A.   YES. |
| 10:39:42 | 8 | Q.   AND WHEN YOU INTERVIEW TAXPAYERS, IS IT COMMON NOT TO GET |
| 10:39:47 | 9 | THE FULL STORY RIGHT AWAY? |
| 10:39:48 | 10 | A.   ALMOST ALWAYS. |
| 10:39:50 | 11 | Q.   AND IS IT A GIVE AND TAKE PROCESS? |
| 10:39:53 | 12 | A.   IT IS. |
| 10:39:55 | 13 | Q.   AND WHY IS THAT? |
| 10:39:57 | 14 | A.   YOU CONTINUE TO GAIN INFORMATION, AND THAT BROADENS YOUR |
| 10:40:03 | 15 | KNOWLEDGE OF WHAT THE AUDIT IS. |
| 10:40:05 | 16 | Q.   AND IS THE AVERAGE TAXPAYER BEING INTERVIEWED IN AN AUDIT |
| 10:40:10 | 17 | UNDER SOME DEGREE OF STRESS? |
| 10:40:12 | 18 | A.   OH, YES. |
| 10:40:13 | 19 | Q.   ARE THERE OFTEN MISCOMMUNICATIONS? |
| 10:40:15 | 20 | A.   OFTEN. |
| 10:40:16 | 21 | Q.   ARE THERE OFTEN MISUNDERSTANDINGS? |
| 10:40:20 | 22 | A.   YES. |
| 10:40:21 | 23 | Q.   AND IS IT IMPORTANT TO FOLLOW UP ON THE INFORMATION THAT |
| 10:40:25 | 24 | THE AGENTS GET FROM TAXPAYERS? |
| 10:40:27 | 25 | A.   THAT'S WHY YOU NOTE THE INFORMATION TO FOLLOW UP IS TO |

10:40:31  1    CLARIFY AND DOCUMENT THE MATTERS THAT COME UP IN THE AUDIT, I

10:40:38  2    MEAN IN THE INTERVIEW.

10:40:39  3    Q.   NOW MR. PITMAN SHOWED YOU EXHIBIT 661, PAGE 30.

10:40:51  4         THAT WAS -- DO YOU HAVE A COPY OF THAT WIRE IN FRONT OF

10:40:55  5    YOU?

10:40:55  6    A.   I WILL HAVE TO RETRIEVE IT AGAIN.  YOU ARE GOING TO HAVE

10:41:14  7    TO HELP ME DIRECT TO THE PAGE.  I HAVE MORE THAN ONE.

10:41:18  8    Q.   WE DON'T NEED THE EXHIBIT.

10:41:20  9         I CAN JUST DO THIS.  SO WHEN A WIRE IS TRANSFERRED, THERE

10:41:26  10   ARE A BUNCH OF TERMS THAT ARE ON THE WIRE, RIGHT?

10:41:29  11   A.   OH, YES.

10:41:29  12   Q.   DO THOSE TERMS INCLUDE THE BENEFICIARY?

10:41:32  13   A.   IT COULD, YES.

10:41:33  14   Q.   DO THEY INCLUDE THE SENDER?

10:41:35  15   A.   INCLUDES THE SENDER.

10:41:36  16   Q.   THE ORIGINATOR?

10:41:37  17   A.   THE ORIGINATOR.

10:41:38  18   Q.   IS THERE A CORRESPONDENT BANK?

10:41:40  19   A.   YES.

10:41:41  20   Q.   SO WHO IS THE ORIGINATOR OF A WIRE?

10:41:46  21   A.   IN TERMS OF BANKS OR PEOPLE?

10:41:49  22   Q.   IN TERMS OF PEOPLE AND THEN -- FIRST IN TERMS OF PEOPLE?

10:41:55  23   A.   LET'S USE THE TERM PERSON TO DESCRIBE THE ORIGINATOR.  SO

10:41:59  24   IT'S SOME PERSON NEEDS TO TRANSFER MONEY FROM ONE PLACE TO

10:42:04  25   ANOTHER.  FROM SAN FRANCISCO TO OAKLAND, FOR HEAVEN'S SAKES,

```
10:42:09   1    CALIFORNIA TO NEW YORK, CHINA TO CALIFORNIA.

10:42:13   2        IT'S OFTEN DONE -- THERE IS A NUMBER OF WAYS TO DO IT.  OF

10:42:19   3    COURSE YOU CAN SEND A CHECK, BUT THE MORE CONVENIENT, IMMEDIATE

10:42:25   4    WAY IS TO SEND A WIRE TRANSFER.

10:42:27   5    Q.   OKAY.  LET'S JUST WALK THROUGH THE WIRE TRANSFER PROCESS

10:42:29   6    TO MAKE SURE EVERYBODY UNDERSTANDS.

10:42:31   7        SO THE PERSON WHO SENDS THE MONEY, THAT IS THE PERSONAL

10:42:39   8    ORIGINATOR, RIGHT?

10:42:40   9    A.   THAT'S CORRECT.

10:42:41  10    Q.   AND THAT PERSON HAS THEIR PERSONAL BANK, RIGHT?

10:42:44  11    A.   YES.

10:42:45  12    Q.   AND WOULD THAT BANK BE THE ORIGINATING BANK?

10:42:50  13    A.   THE BANK WOULD BE THE ORIGINATING BANK.

10:42:52  14    Q.   AND THEN WOULD IT GO, GENERALLY, WHEN THERE'S A WIRE

10:42:56  15    TRANSFER FROM OVERSEAS, DOES THE TRANSFER GO FROM THE

10:42:59  16    ORIGINATING BANK IN THE COUNTRY OF ORIGIN THROUGH A

10:43:02  17    CORRESPONDENT BANK IN THE U.S.?

10:43:03  18    A.   YES.

10:43:04  19    Q.   AND DOES IT GO FROM THE CORRESPONDENT BANK IN THE U.S. TO

10:43:10  20    ANOTHER BANK IN THE U.S.?

10:43:11  21    A.   OFTEN.

10:43:12  22    Q.   AND IS THAT LAST BANK WHERE SOMEBODY RECEIVES MONEY, IS

10:43:21  23    THAT COMMONLY THE BANK OF THE PERSON WHO IS ULTIMATELY GOING TO

10:43:25  24    BE THE BENEFICIARY OF THE TRANSFER?

10:43:26  25    A.   YES.
```

10:43:27  1    Q.   SO A WIRES IS A PROCESS, RIGHT?

10:43:30  2    A.   IT IS.

10:43:30  3    Q.   AND TO WIRE MONEY INTO THE UNITED STATES, THERE HAS TO BE

10:43:34  4    A CORRESPONDENT BANK, RIGHT?

10:43:36  5    A.   YES.

10:43:37  6    Q.   AND MR. PITMAN ASKED YOU SOME QUESTIONS ABOUT GETTING

10:43:43  7    MONEY FROM FOREIGN BANKS?

10:43:44  8    A.   YES.

10:43:45  9    Q.   AND THE ABILITY TO GET -- TO GET INFORMATION FROM FOREIGN

10:43:52  10   BANKS HAS INCREASED OVER TIME, HASN'T IT?

10:43:54  11   A.   OH, YES.

10:43:55  12   Q.   AND ONE OF THE WAYS THE IRS HAS BEEN ABLE TO LEVERAGE

10:44:02  13   FOREIGN BANKS TO GIVE MONEY ON FOREIGN TRANSACTIONS IS THROUGH

10:44:06  14   THEIR CORRESPONDENT BANKS?

10:44:10  15   A.   YES.

10:44:10  16   Q.   BECAUSE IF A FOREIGN BANK IS DOING BUSINESS IN THE UNITED

10:44:13  17   STATES, THE IRS CAN GET THE DOMESTIC RECORDS VERY EASILY,

10:44:17  18   RIGHT?

10:44:17  19   A.   YES.

10:44:18  20   Q.   AND AS WE DISCUSSED BEFORE, THERE'S A SPECIFIC TREATY

10:44:23  21   BETWEEN THE U.S. AND CHINA TO GET INFORMATION FROM CHINESE

10:44:26  22   BANKS?

10:44:26  23   A.   THERE IS.

10:44:27  24   Q.   AND DID YOU MISSPEAK WHEN MR. PITMAN ASKED YOU IF THERE

10:44:33  25   ARE REPORTING REQUIREMENTS FOR FOREIGN BANKS ON PEOPLE WHO ARE

REDIRECT EXAMINATION BY MR. CANNON

| | | |
|---|---|---|
| 10:44:36 | 1 | U.S. RESIDENTS? |
| 10:44:38 | 2 | A.    THERE ARE REPORTING REQUIREMENTS. |
| 10:44:40 | 3 | Q.    THAT'S RIGHT. |
| 10:44:42 | 4 |           MR. CANNON:  THANK YOU VERY MUCH. |
| 10:44:47 | 5 |           THE COURT:  ANYTHING ELSE? |
| 10:44:49 | 6 |       MS. POLLOCK, DID YOU HAVE QUESTIONS? |
| 10:44:50 | 7 |           MS. POLLOCK:  NO, YOUR HONOR. |
| 10:44:51 | 8 |       THANK YOU. |
| 10:44:51 | 9 |           THE COURT:  ALL RIGHT. |
| 10:44:51 | 10 |       MR. PITMAN, ANYTHING ELSE? |
| 10:44:58 | 11 |           MR. PITMAN:  NO THANKS, YOUR HONOR. |
| 10:45:00 | 12 |           THE COURT:  MAY MR. HORDYK BE EXCUSED?  MAY THIS |
| 10:45:03 | 13 |   WITNESS BE EXCUSED? |
| 10:45:04 | 14 |           MR. CANNON:  YES, YOUR HONOR. |
| 10:45:04 | 15 |           THE COURT:  ALL RIGHT.  MR. HORDYK THANK YOU FOR YOUR |
| 10:45:07 | 16 |   TESTIMONY.  HOPEFULLY KEEP ALL THOSE THINGS IN THE FOLDERS THEY |
| 10:45:10 | 17 |   WERE IN.  AND THANK YOU VERY MUCH, SIR. |
| 10:45:11 | 18 |       WE ARE GOING TO TAKE A SHORT BREAK.  I KNOW THAT YOU ALL |
| 10:45:13 | 19 |   JUST GOT HERE AN HOUR AGO, BUT WE STARTED AT 9:00, SO LET'S |
| 10:45:18 | 20 |   COME BACK AT 11:00. |
| 10:45:20 | 21 |       (RECESS FROM 10:45 A.M. UNTIL 11:01 A.M.) |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

1

2

3

4                    **CERTIFICATE OF REPORTER**

5

6

7

8            I, THE UNDERSIGNED OFFICIAL COURT

9    REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10   THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11   FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12   CERTIFY:

13            THAT THE FOREGOING TRANSCRIPT,

14   CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND

15   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS

16   SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

17   HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18   TRANSCRIPTION TO THE BEST OF MY ABILITY.

19

20

21

22

23

24   _____

25   SUMMER A. FISHER, CSR, CRR
     CERTIFICATE NUMBER 13185          DATED: 5/25/18