UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. 15-cr-00065-BLF-2 |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT HORNG'S REQUEST FOR STAY OF EXECUTION** |
| JYH-CHAU HORNG, | [ECF 438] |
| Defendant. | |

After denying Defendant Horng's original request for a stay of execution of his sentence, *see* ECF 436, this Court decided *sua sponte* to reconsider its ruling in light of our public health directives in response to the COVID-19 national emergency, ECF 437. The Court directed the parties to provide their respective positions on the matter, ECF 437, which they have now done. Specifically, Defendant Horng asks the Court to postpone his surrender date until May 4, 2020, ECF 438, which request the Government opposes, ECF 439.

A district court has inherent authority to stay proceedings "where such a stay would be a proper exercise of discretion." *Rhines v. Weber*, 544 U.S. 269, 276 (2005) (citing *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). The Court finds that, notwithstanding the Government's opposition, ECF 439, Mr. Horng has shown good cause for a delay in his surrender date. The seriousness of the COVID-19 national emergency is well-documented in the Northern District of California's General Order No. 72, issued on March 16, 2020 by Chief District Judge Phyllis J. Hamilton. Here, moreover, Mr. Horng represents that his pre-existing health conditions—namely, diabetes and high cholesterol, as documented in his Pre-Sentence Investigation Report, ECF 417 at 14 (sealed)—"make him one of the people the CDC [(Centers for Disease Control)] has categorized as most-at-risk for contracting" COVID-19. ECF 438 at 1. Under the present circumstances, and given Mr.

Horng's heightened health risk, the Court believes a postponement of surrender date is warranted.

Accordingly, Mr. Horng's original surrender date of March 25, 2020 is hereby VACATED. The Court sets a status hearing for **May 5, 2020**, with Mr. Horng's surrender to take place within a few days thereof if conditions permit.

**IT IS SO ORDERED.**

Dated: March 20, 2020

_____
BETH LABSON FREEMAN
United States District Judge